**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: April 8, 2025
Docket #: 25-817
Short Title: Trombetta v. Novocin

DC Docket #: 1:18-cv-993
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Laura Taylor Swain

# NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_   Record on Appeal - Certified List

\_\_\_\_   Record on Appeal - CD ROM

\_\_\_\_   Record on Appeal - Paper Documents

\_x\_\_   Record on Appeal - Electronic Index

\_\_\_\_   Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8561.