## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: **Trombetta v Novociy**   Docket No.: **25-817**

Lead Counsel of Record (name/firm) or (Pro se Party) (name): **Annamarie Trombetta**

Appearance for (party/designation): none

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [ ] Correct
- [x] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- [x] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
  Party    Correct Designation

**Contact Information** for Lead Counsel/(Pro Se Party) is: **Annamarie Trombetta**
- [x] Correct
- [ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: **Annamarie Trombetta**
Firm: **Pro Se Apellant**
Address: **175 East 96th Street #12R**
Telephone: **(929) 286-3235**    Fax:
Email: **annamarietrombettalegal@outlook.com**

## RELATED CASES

- [x] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are:_____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that ( [ ] ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( [ ] ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
    OR
Signature of pro se litigant: *Annamarie Trombetta*
Type or Print Name: **Annamarie Trombetta**
- [x] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Trombetta

v.

The Novogins &
Worth Point Corporation

**CERTIFICATE OF SERVICE***

Docket Number: 25-817

I, _Annmarie Trombetta_, hereby certify under penalty of perjury that
on _April 18, 2025_, I served a copy of 1) Acknowledgement & Notice of Appearance
2) Form D-P  3) Caption Page Change  4) Letter to the Court Reason for Appeal
(list all documents)

by (select all applicable)**

___ Personal Delivery     ___ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

Adam Ross Bialek | 150 East 42nd Street | New York | NY | 10017
Name | Address | City | State | Zip Code

Anderson Isiah Duff | 43-10 Cresent Street Suite 1217 | Long Island City | NY | 11101
Name | Address | City | State | Zip Code

Estate Auctions Inc. / The Novocins' Attorney
Name | Address | City | State | Zip Code

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

April 18, 2025
Today's Date

_[signature]_
Signature

Certificate of Service Form (Last Revised 12/2015)

# 

Case: 25-817, 04/18/2025, DktEntry: 7.1, Page 3 of 4

**UNITED STATES POSTAL SERVICE** — Certificate of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS. This form may be used for domestic and international mail.

From: Annamarie Trombetta
175 East 96th Street
New York, New York 10128

To: Adam Ross Bialek
Wilson, Elser, Moskowitz, Edel[man]
150 East 42nd Street
New York, New York, 10017

PS Form **3817**, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
FCM LETTER
NEW YORK, NY
10128
APR 18, 25
AMOUNT $2.20
S2324K502164-15

RDC 99

---

**UNITED STATES POSTAL SERVICE**

YORKVILLE
1617 3RD AVE
NEW YORK, NY 10128-9991
(800)275-8777

04/18/2025                          01:15 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.73 |

New York, NY 10017
Weight: 0 lb 0.80 oz
Estimated Delivery Date
   Mon 04/21/2025
Cert of Mailing                            $2.20
Total                                      $2.93

Grand Total:                               $2.93

Cash                                       $5.00
Change                                    -$2.07

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

---

Annamarie Trombetta
175 East 96th Street (1D)
New York, New York 10128

Adam Ross Bialek
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, New York, 10017

**UNITED STATES POSTAL SERVICE®**
Certificate of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS
This form may be used for domestic and international mail.

From: Annamarie Trombetta
175 East 96th Street
New York, New York
10128

To: Anderson Josiah Doff
Doff Law PLLC
43-10 Cresent Street Sui
Long Island City, New York 11101

PS Form **3817**, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE PAID
FCM LETTER
NEW YORK, NY
10128
APR 18, 25
AMOUNT
$2.20
S2324K502164-15

RDC 99

---

**UNITED STATES POSTAL SERVICE.**

YORKVILLE
1617 3RD AVE
NEW YORK, NY 10128-9991
(800)275-8777

04/18/2025                              01:16 PM

Product                Qty   Unit      Price
                             Price

First-Class Mail®       1              $0.73
Letter
    Long Island City, NY 11101
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
        Mon 04/21/2025
    Cert of Mailing              $2.20
Total                            $2.93

Grand Total:                     $2.93

Cash                             $3.00
Change                          -$0.07

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

---

Annamarie Trombetta
175 East 96th Street (1R)
New York, New York, 10128

Anderson Josiah Doff
Doff Law PLLC
43-10 Crescent Street, Suite 1217
Long Island City, New York
11101