# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Trombetta v. Novocin          Docket No.: 25-817

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jana Slavina

Firm: Wilson Elser Moskowitz Edelman & Dicker LLP

Address: 1133 Westchester Avenue, White Plains, NY 10017

Telephone: 914.872.7247     Fax: 914.323.7001

E-mail: jana.slavin@wilsonelser.com

Appearance for: Worthpoint Corporation
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☒ Additional counsel (co-counsel with: Adam R. Bialek, Wilson Elser Moskowitz Edelman & Dicker, LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on February 14, 2023      OR

☐ I applied for admission on _____ .

Signature of Counsel: Jana Slavina /s/

Type or Print Name: Jana Slavina