# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Trombetta

v.

Novocin et al

**CERTIFICATE OF SERVICE***

Docket Number: 25-817

I, Angela Belvedere Triscari, hereby certify under penalty of perjury that
(print name)

on May 6, 2025, I served a copy of _____
(date)

(1) Acknowledgment of Notice of Appearance for Adam Bialek and (2) Notice of Appearance Form for Additional Counsel for Jana Farmer

(list all documents)

by (select all applicable)**

___ Personal Delivery     _X_ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier    _X_ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Annamarie Trombetta | 175 East 96th Street Apt 12R | New York | NY | 10128 |
| Anderson Josiah Duff | 43-10 Crescent St. Ste 1217 | Long Island City | NY | 11101 |
|  |  |  |  |  |
|  |  |  |  |  |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

May 6, 2025                                    Angela Belvedere Triscari
Today's Date                                   Signature

Certificate of Service Form (Last Revised 12/2015)