1972 original oil painting man with red umbrella signed annamarie trombetta yqz - Google Search



Plaintiff 000066          5/4/17, 8:21 AM

Exhibit 13A

Google+ | Search | Images | Maps | Play | YouTube | News | Gmail | More ▾                Annamarie Trombetta    Share

Go gle    1972 original oil painting man with red umbrella signed annamarie trombetta yq

All    Shopping    Images    Videos    News    More ▾    Search tools

6 results (0.68 seconds)

**1972 Original Oil Painting Man With Red Umbrella Signed ..**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for. Start Free Trial or Sign In to see what it's worth Item Category. .

**Page 1 - Italian American Museum**
italianamericanmuseum.org/exhibitions/P1pinain.htm ▾
Acclaimed artist Annamarie Trombetta presents a solo exhibition that .. Ms. Trombetta
has created works in printmaking, watercolor, oil and pastel and is .. On view are works
of art executed in oils, pastels, watercolors, etchings and drawing



**Annamarie Trombetta, Artist Interviewed by June Middleton ..**
https://www.youtube.com/watch?v=nflE03D3LWns
Apr 29, 2015 · Uploaded by JaneMiddlingBusiness
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has on / 'works in oil.



**Painting Central - artist Annamarie Trombetta on Vimeo**
vimeo.com › salem krieger › Videos   Vimeo ▾
Nov 6, 2012
Artist Annamarie Trombetta a NYC based painter working in
Central Park. A profile of Annamarie as an artist

**Central Park's Plein Air Past | OutdoorPainter**
www.outdoorpainter.com/central-park-s-plein-air-past/ ▾
So it's perfectly natural that plein air painting would go on in those choice .. "The
Destructive Dance of 'Sandy," by Annamarie Trombetta .. "Central Park Clockwork
Mode of Multicolored Apes," by Annamarie Trombetta, oil and mixed media

**Staten Island native's passionate love affair with Central ...**
www.silive.com/entertainment/.../annamarie_trom. ▾ Staten Island Advance ▾
Jan 12, 2015  Paintings, prints, drawings and photos by Annamarie Trombetta
resident is showing 60 works — etchings, oil paintings, watercolors, pastels .
Missing: 1972 man red umbrella yqz

**Original Oil Paintings**
www.ugallery.com/Buy-Original-Art ▾
Shop from a Large Range of Original Art. Free Shipping on all Artwork!
New Art Released Weekly · Custom Packaging · Free Returns
The Showroom · Staff Favorites · New Arrivals · Most Popular Artists

**Collectible Original Art - Say No to Prints and Reproductions**
www.zatista.com/ ▾
Over 7000 Completely Original Works

**Original Paintings - Find Emerging Artists & Chic Prints**
www.onekingslane.com/Paintings ▾
★ ★ ★ ★ rating for www.onekingslane.com
Fabulous Sales Today' Join For Free

Plaintiff 000067                    5/9/17, 8:37 AI

annamarie trombetta artist - Google Search

**Google**    annamarie trombetta artist

EXHIBIT #B

All    Images    News    Videos    Shopping    More ·    Search tools

Page 6 of about 30,000 results (0.63 seconds)

EXHIBIT

#10A

(9)

**Cash for SI Ferry crash | New York Post**
nypost.com/2010/01/01/cash-for-si-ferry-crash/ ▾ New York Post
Jan 1, 2010 - A starving artist injured on the 2003 Staten Island Ferry crash cashed in on .... Annamarie
Trombetta, 46, of Staten Island, never made more than ...

[PDF] **Fiscal Year Ending June 30, 2011 [PDF] - San Jose State University**
www.sjsu.edu/towerfoundation/.../tower-annual-report-2011.... ▾ San Jose State University
by an engineer's innovation, a nurse's care or an artist's creation. At the heart of ...... Anna Marie and
Larry Boucher, Susan and ..... Diane trombetta. Margaret ...

**Who's Who in American Art - Learn more about Who's Who in ...**
www.lit1me.com/learn?s=Who's_Who_in_American_Art
Who's Who in American Art is a biographical hardcover directory of noteworthy individuals in the visual
arts community in the United States, published by ...

**Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...**
www.worthpoint.com › Worthopedia™ ▾
... Blue Hello Kitty Obey Giant Shepard Fairey Signed & Numbered Rare Print · Handmade New
Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...

**Lower Manhattan Cultural Council celebrates 40 years - full list ...**
article.wn.com/.../Lower_Manhattan_Cultural_Council_celebrates_40_years_full_li/ ▾
Mar 20, 2013 - but River To River is just the tip of the iceberg in terms of programs and support offered
by LMCC to artists and arts organizations.

[PDF] **January 12 - Saint Helena Church**
www.sainthelena-centersquare.net/wp-content/uploads/2011/04/January-12.pdf ▾
Jan 12, 2014 - Our Art & Environment Committee who decorate our Church and ..... Trombetta, Brad
Soudera, Peter Niccolo, Joseph Yeccarino,. Irene Koziol ...

[PDF] **2014 Winter Newsletter and Annual Report(PDF) - Villa St. Joseph**
www.villastjoseph.org/files/files/14VillaAnnualReport_R7.pdf ▾
our residents, and initiate an art program for residents that takes ...... Patricia Tellish, Thomas and Anna
Marie Testa ... Joann M. Tridico. Arnold A. Trombetta.

[PDF] **Read Latest Issue - St. Vincent Meals on Wheels**
https://stvincentmow.org/.../VOL.31-ISSUE-3-FALL.pdf ▾ St. Vincent Meals on Wheels
passions: artworks by local artists and artifacts from her travel. 21 BREAD .... Trombetta Family Wines.
Workman Ayer .... Ms. Annamarie Espinosa. Mr. John A.

**Interventi edilizi maggiori - Comune di Milano**
www.comune.milano.it/wps/portal/ist/it/.../pratiche_edilizie ▾ Translate this page
Francesco Trombetta francesco.trombetta@comune.milano.it 02.884.66129 ... Sig.ra Annamaria
Bracciale annamaria.bracciale@comune.milano.it 02.884. 66337 ... ornato, prima dell'inizio di tali
opere va depositata denuncia (ai sensi dell'art.

[PDF] **Herman Gift Sustains Student Tutoring Program - Cabrillo College**
https://www.cabrillo.edu/associations/.../2014%20Annual%20Report.... ▾ Cabrillo College
Dec 5, 2014 - SD Trombetta Foundation .... Omega Nu/ Sigma Alpha Chapter · Palace Art & Office
Supply · Julio Porro & Jennifer Hastings .... Virginia Draper · Carol Dressler · Teresa Duarte · Lonnie &
Annamarie Dugger · Linda Durnall ·.

‹ Goooooooooogle ›



*Google Search*

worthpoint.com and will seippel

*Date and Time*

All    Images    News    Shopping    Videos    Short videos    Forums    ⋮ More                Tools

*May 11, 2025*

**willseippel.com**
https://willseippel.com
**Will Seippel: Homepage**
**Will Seippel is the CEO and founder of WorthPoint**, the world's largest provider of information about art, antiques, and collectibles.

**LinkedIn · Will Seippel**
2.1K+ followers
**Will Seippel - WorthPoint**
Cape Coral, Florida, United States · WorthPoint
**Will Seippel is the CEO and founder of WorthPoint**®, the world's largest provider of... · Experience: WorthPoint · Education: Georgia Institute of Technology ...

**WorthPoint**
https://www.worthpoint.com › author › will-seippel
**Authors**
**Will Seippel, CEO of WorthPoint**, enjoys watching the items sold at auctions held by our WorthPoint Industry Partners.

**WorthPoint**
https://www.worthpoint.com › articles › collectibles › g...
**Getting To Know You: Will Seippel**
Oct 6, 2024 — I am the **founder of WorthPoint** and the head cheerleader. What exactly does your WP job entail? Driving a vision of our product throughout a team and keeping ...

**Wikipedia**
https://en.wikipedia.org › wiki › Will_Seippel
**Will Seippel**
Seippel **currently serves as founder, chief executive officer and chairman of WorthPoint Corporation**, the leading global resource for researching, valuing, and ...

**willseippel.com**
https://willseippel.com › about-will-seippel
**About Will Seippel**
CEO WorthPoint®. **Will Seippel is the CEO and founder of WorthPoint**, the world's largest provider of information about art, antiques, and collectibles.

**WorthPoint**
https://www.worthpoint.com › articles › media › will-se...
**Will Seippel, Founder/CEO of WorthPoint Inc. Shares His ...**
Thanks for joining us today. Our presentation is with **Will Seippel, the founder and CEO of WorthPoint**. He's going to share with us his top tips ...

**WorthPoint**
https://www.worthpoint.com › articles › news › insights...
**Insights on Auction Sales: Inflation and High-Ticket Items in ...**
Mar 19, 2025 — **Will Seippel is the founder, president, and CEO of WorthPoint**. Will has been an avid collector since 1974 and dealer of just about all things ...

**People also ask**  ⋮

Who is the CEO of WorthPoint?                                                                                    ⌄

**Will Seippel**
Public figure                                                                                                          ›

News        Images        Videos

*Exhibit 13C*

WorthPoint (/)
DISCOVER VALUE PRESERVE

# PRICE GUIDE

Buy better & sell smarter by using our Price Guide to search across 900 million sold-for prices to find accurate pricing trends.

**ENTER SEARCH TERM (i.e. captain america toy)**

Enter your search term

All Categories ⌄

App Store (https://apps.apple.com/app/id1472512649)  Google play (https://play.google.com/store/apps/details?id=com.worthpoint.priceguide&hl=en)

## POPULAR ITEMS



Antique Victorian Turquoise Glass Inkwell W/gold Embossed Floral

(worthopedia/antique-victorian-turquoise-glass-3837540400)



"Miami Hurricanes Mascot ""Sebastian"" FOAMHEADS Headgear/Hat Vintage NC

(worthopedia/miami-hurricanes-mascot-sebastian-4801412976)



Vintage Kist Orange Soda Tray

(worthopedia/vintage-kist-orange-soda-tray-1731533389)

So
An
Auxili
F

(worth
ameri

## DICTIONARY PAGES

Lorraine (German Occupation) Stamps (1940 – 1941)
(/dictionary/p/stamps/-country/lorraine-german-occupation)

https://www.worthpoint.com/worthopedia

1/3



*Annamarie Trombetta*

Pl. Amended Complaint

Doc 36

Exhibit 14A

Appeal

| HOME | PORTFOLIO | VIDEO | ARTIST INFO | BIOGRAPHY | CREDENTIALS |

| CONTACT | **Biography** |

Exhibit 3

Feb. 21, 202



The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog (tba) was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the facade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge.

As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely.

I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time helped me to see the similarities as well as the differences of each quite clearly.



Upon my return I enrolled in an art history course to examine the content of art in relation to its chronological, political and historical relevance while applying to art colleges. I was accepted to Parsons School of Design located in lower Manhattan. The pulsating pace of this compressed cosmopolitan city was reflected in the school's curriculum. Although I did enjoy the challenges and experiences which expanded my capabilities, I was not satisfied with the level of my drawing and painting skills. In the

mid Eighties I attended The New York Academy of Art which focused on teaching the history and traditional techniques from periods of art, such as the Italian Renaissance, the classical and neoclassical periods in France, as well as the Spanish, Dutch and Fleming masters. Here I studied cast drawing, grisaille painting, anatomy, dissected cadavers, yet most influential to me was geometry and perspective.



During this period I traveled once again to France and Italy to study with my teachers who offered summer classes in art history, drawing and painting. I remember when I was in the French countryside feeling as if I was walking into a huge painting. The views felt so familiar due to the talents of Monet, Pissarro, VanGogh, etc. In my solitude I would envision them, particularly VanGogh in a wheat field painting or see the circular hay stacks change colors by sunset right before my eyes. The truth captured in their paintings a century ago felt so real to me, it spiraled an indelible influence. This experience still inspires me to strive towards capturing my subjects with a sense of presence and atmosphere. Visiting Italy again, my ancestral homeland, sharpened my acuity and attraction to works of art on uniquely shaped canvases. There were so many moments that will be with me throughout my life, most notable was to see the chariot markings while walking in the ruins of ancient Rome, or to hear bells toll in St. Mark's Square, and to be within inches of some of the most revered art in the world.

When I returned to the States, the desire to develop artwork in various mediums became the goal. I started attending The National Academy School of Fine Arts to explore and prefect the media of pastels and figure painting, and also to study printmaking. During this time I was employed at The National Academy Museum. The Academy and its intriguing history filled the chasm of my knowledge for the heritage of American art while also informing me of the cultural developments in my country, particularly those in New York. The opportunity to read the Academy's books while I was working at the Museum, was an enlightening experience. I learned, most importantly, about the Hudson River School painters and their personal involvement with writer/poet William Cullen Bryant. This relationship between artists and writers of that time initiated the unfoldment of Central Park. The Park, which is adjacent to The National Academy Museum was already charted territory for my artistic expression. Learning about the creation of the Park intensified my passion for depicting it.



During my tenure at The Academy, a conversation with a museum visit led to my interest in the W.B. Yeats Society of New York , and another trip abroad. Coincidentally and perhaps synchronistically I had been attending lectures on Theosophy about the same time I was learning about Yeats. Crucial to my personal and professional development at that time was my comprehension of why Theosophy influenced the modern movement in the Arts. Yeats, like many other writers, musicians, and artists such as Mondrian and Klee, etc. drew inspiration from the philosophical texts written by the robust Russian, Madame Blavatsky. Within a few months I had won a scholarship under the auspices of the Yeats Summer School in Sligo, Ireland via the Yeats Society of New York.

A short trip to London, preceded the Summer School, where I hunted down John Singer Sargent's charcoal sketch of Yeats at the National Portrait Gallery. This inspired a trip to the Tate, and several other collections. Traveling to England first set the stage for the political, personal, and historical dynamics that I was about to encounter regarding the legacy of Yeats and of Ireland. Before the school commenced, there was a ceremonial service at Drumcliff Church where Yeats is buried. The picturesque view and the enigmatic words of his icy epitaph became etched in my memory on that day and inspired me to create a painting titled after his poem "Under Benbulben" which

Case 1:13-cv-00993-RA-SEC  Document 36  Filed 04/22/19  Page 16 of 38

elaborates on his immortal words. To learn about his family, his life and his vision
motivated me to begin a new chapter in creating my own work.

To culminate my journey, when I returned home I gathered the metaphorical leaves
and branches that had fallen from my artistic tree, be it ancestral or archetypal and
concentrated solely on 'The Holy Tree' described in Yeats's poem "The Two Trees."
This image, inspired by the milieu of a mentor miles away is a tribute to his gifts and
determined ways which regenerated and awakened the visionary in me. This
upcoming catalogue highlights the pictorial progression from that trip and the time
that followed.

I wish to acknowledge certain individuals who have enhanced my artistic sensibilities
as a person, as well as an artist. These individuals include Everett Raymond Kinstler,
Raymond Steiner, Harvey Dinnerstein, Burton Silverman, the artist's in The Painting
Group particularly Aaron Shikler, David Levine, Danny Schwartz, Irene Hecht. I
thank them for their help and guidance in my life.

All work on this site are ©Annamarie Trombetta. All rights reserved.

Copyright
Symbol

⌐ DMCA

Exhibit
Badge
# 3 Feb. 21, 2020

Exhibit 14C

Doc. 36
Plaintiff Amended
Complaint

EX 15

Exhibit D 1

Exhibit #6 on Feb 21 2020



and Marie Novicin could have contacted me to verify if I was the artist . They failed to check if I was

the artist that created this painting. After being informed that I did not create the painting there was no

remorse or admission of a mistake. There was the suggestion to "Go for It and Hire An Attorney".





I wish to acknowledge certain individuals who have enhanced my artistic sensibilities as a
person, as well as an artist. These individuals include Everett Raymond Kinstler, Raymond
Steiner, Harvey Dinnerstein, Burton Silverman, the artist's in The Painting Group particularly
Aaron Shikler, David Levine, Danny Schwartz, Irene Hecht. I thank them for their help and
guidance in my life. (LAST STATEMENT FROM PLAINTIFF"S BIO ON WEBSITE)
All work on this site are ©Annamarie Trombetta. All rights reserved.

" **DMCA** "

**15.** In late January 2017 Plaintiff , after the reposting of the false internet listing of the misattributed

painting  Plaintiff  contacted the dmcc.com website and had the **DMCA** logo badge above  added to the

Plaintiff's website in order to protect against future  copyright infringements.   The DMCA website states

that any notification of a takedown request that is consistently ignored allows the infringed copyright

owner the right to civil litigation .The  Defendants, particularly Worthpoint .com with the visual and

statement  " Copyrighted work licensed by Worthpoint. com."   violated the notice and the written  take

down request evidenced in the  e-mails from February 2016 —January 2017 and the Document dated

May 9, 2017  which lists "1972 Original Oil Painting  Man With Red Umbrella Signed Annamarie

Trombetta"  with  the five of the Plaintiff's  bonafide and important credentials. **EXHIBITS #5**

**16.** On February 5, 2018 Plaintiff filed a Complaint against Defendants Marie and Norb

Novicin and Estate Auctions Inc. alleging claims under the Title 17 106A Rights of Certain authors to

attribution and Integrity,  The Lanham Act, The Visual Artists Rights Act (VARA), The New York Civil

published a near verbatim copy of Plaintiffs' literary and biographical work. Accordingly, and taking the

facts as alleged in Plaintiffs' Amended Complaint as true, Plaintiff again has alleged that the Individual

Defendants removed Plaintiffs' copyright notice, provided false attribution, reproduced, distributed, and

displayed a near verbatim copy of the Plaintiff's personal identifying Biography without authorization of

the copyright owner and after the Plaintiff informed Worhtpoint .com that this was false and requested a

permanent removable. Such actions violate the exclusive rights granted to Plaintiffs as the copyright

owner and exclusive licensee under the U.S. Copyright Act and constitute direct copyright infringement.

17 U.S.C. §§ 106, 501. For the reasons stated herein, the Individual Defendants cannot be shielded from

liability by Qualified Immunity as their actions in unlawfully removing Plaintiffs' copyright, replacing it

with a false attribution, and publishing the work without authorization, were objectively unreasonable in

light of clearly established copyright law.

Exhibit 15-B

**Section 1202(b) provides:**

No person shall without the authority of the copyright owner or the law—
1. intentionally remove or alter any copyright management information,
2. distribute or import for distribution copyright management information knowing that the copyright management information has been removed or altered without authority of the copyright owner or the law, or
3. distribute, import for distribution, or publicly perform works, copies of works, or phonorecords, knowing that copyright management information has been removed or altered without authority of the copyright owner or the law--knowing, or, with respect to civil remedies under section 1203, having reasonable grounds to know, that it will induce, enable, facilitate, or conceal an infringement of any right under this title.[4]

Section 1202(c) defines the term "copyright management information" to include any of the following information conveyed "in connection with" copies, displays, phonorecords, or performances of a work:
1. The title and other information identifying the work, including the information set forth on a notice of copyright.
2. The name of, and other identifying information about, the author of a work.
3. The name of, and other identifying information about, the copyright owner of the work, including the information set forth in a notice of copyright.

Section 1203 gives courts the power to grant a range of equitable and monetary remedies similar to those

available under the Copyright Act, including statutory damages. The court has discretion to reduce or

remit damages in cases of innocent violations where the violator proves that it was not aware and had no

reason to believe its acts constituted a violation. Plaintiff has already established and submitted proof to

(11 of 25), Page 11 of 25    Case 25-817, 05/12/2025, DktEntry 21.3, Page 11 of 25
Case 1:18-cv-00993-RA-SLC    Document 341    Filed 12/19/22    Page 28 of 39

Page 28 of 39

Exhibit 16A

information that Plaintiff has a right to request. If the first EAI eBay receipt did not lack deficiencies or was not truncated on one side , Plaintiff would not assert misrepresentation of written receipts. The amount of time, involved in repeatedly requesting the same simple items and being met with unending, delays is disrespectful, unprofessional, subject to suspect and mistrust and ha delayed the end of \ Discovery, to the point where I as well as my expert witnesses are frustrated by the inability to progress forward and complete the objective of producing a sound, informative substantiating report that supports the Plaintiff's infringements and problems. Despite this and as duly documented in the Nov. 23, 2022 transcript, the Defendants are unyielding to settlement talks or ending this lawsuit. Plaintiff regrets but must inform the Court, post the Nov 23, 2022 Conference call I was sent an email from attorney Anderson Duff s who informed me of his fees for his time on the Conference call. He also informed me his clients would be seeking attorneys fees upon the conclusion of my case. WorthPoint's attorney, Adam Bialek has informed me of the same assertion to burden the Plaintiff with attorneys fees. Once again Plaintiff has produce irrefutable evidence of my childhood signature. The infliction of fear and requests for production since mid summer to the present has caused Plaintiff to add a claim for IIED and Tort in my Proposed Amended Complaint.

## 8) FRAUD ~ COUNT VIII ~ TANGIBLE CONVERSION (BIOGRAPHY IN CATALOG) TAKING AND MISAPPROPRIATION PLAINTIFF BIOGRAPHY

**A)** A party has a cause of action for conversion when (1) the plaintiff has an exclusive right of possession, (2) into which the defendant, (3) intentionally, (4) interferes with that right. In general, conversion fraud deals with tangible goods. The Plaintiff 's claim for tangible conversion fraud is founded on my exclusive right of possession to my original, self authored biography. It is is a "literary work" written in prose, is an individual artistic expression and exists in a tangible form as my self published catalog . My self authored biography is also "fixed " and exists in a digital form on my professional and personal website. A fraud conversion claim is applicable to intellectual property rights if it is merged in the physical form and in this instance it is. My infringed biography exists in two personal tangible forms. Violations occur when a person

Exhibit 16B

without authority or permission intentionally takes the personal property of another or deprives the Plaintiff of the possession of my exclusive rights to my self authored biography in my personal catalog. The original EAI eBay ad for the 1972 oil has Plaintiff's statement from my personal catalog which documents and references my personal property is *"All of the imagery in this catalog was either created en plein air or from the subject directly.".* This personal statement referencing my catalog i in the Defendants version to include the Defendants EAI and WorthPoint's and their Confidential evidence. using my Catalog biography Both Defendants included and reference my statement regarding my catalog in the false ad for the 1972 oil painting and both Defendant s partook in the improper and unauthorized relocation of personal property.

The subject regarding the length of Plaitniff's biography in the EAI eBay sale ad was addressed on Page 91. A reference to the cut off statement "concentrated period of time" dot dot dot was noted by WorthPoint's attorneys to Norb Novocin who affirmed it's written presence. On Page 92 of Mr. Novocin's deposition he references computer software issues that " Might " have cut off the biography. Again EAI failed to produce any documents/ data what-so-ever.

**B)** There are two "improper" connotations and uses by the Defendants regarding my biography. First and foremost, I did not paint the 1972 Original Oil Man With Red Umbrella nor did I sign the painting. This is a proven fact. Plaintiff produced my childhood signature . It is in Plaintiff's evidence 000260, 000316 also in script and print number 000495. The EAI signature in red produce in Discovery by EAI, in April 2022 , misspells Plaintiff's first name and adds a space between ANNA and MARIA. The use of my personal self authored biography is "Improper" as it is wrongfully applied , I am not the artist who created. the 1972 oil. This conversion as aforementioned is unauthorized in every way. The EAI use of Plaintiff's biography was for commercial and selling purposes for a damaged 1972 oil painting. In like fashion, WorthPoint's website's chief purpose is to report the " commercial sales records" of items sold on eBay. WorthPoint has a membership charge in order to view the sales price. It is not free to see the selling price. Both Defendants have used my biography for commercial gain, ergo it is not fair use, rather

18cv993 (RA)(SLC) Trombetta v. Novocin et al

May 26, 2022

The Honorable Judge Ronnie Abrams
United States District Court Southern District of New York
40 Foley Square, Room 2203 New York, NY 10007

The Honorable Judge Sarah L. Cave
United States District Court Southern District of New York
500 Pearl St., Courtroom 18A New York, NY 10007-1312

Re: Request for Chronological Court Rules / " Bad Faith " b

To Judge Cave and Judge Abrams :

> The Court will address the matters raised in Plaintiff Annamarie Trombetta's ("Ms. Trombetta")Letter dated May 26, 2022 (ECF No. 230) at the conference scheduled for Monday, June 13, 2022 at 10:00 am. (ECF No. 223).
>
> The Clerk of Court is respectfuly directed to mail a copy of this Order to Ms. Trombetta at the address below.
>
> SO ORDERED 05/27/2022
>
> SARAH L. CAVE
> United States Magistrate Judge
>
> Mail to:
> Annamarie Trombetta
> 175 East 96th Street, Apt 12R
> New York, New York 10128

The purpose of my letter is to set forth clear communication regarding Plaintiff's filings and my actions. Plaintiff is seeking correctness and clarity regarding the rules of the Court. The main request is to seek direct instructions from the Court regarding the Discovery process, Rule 37 letters and the appropriate and proper time to submit my Proposed Amended Complaint. Unfortunately, I have to to inform the Court of the willful reluctance by the Defendants Attorneys to respond to Plaintiff 's simple email request sent on Monday May 23, 2022 —to confirm receipt of my response letter with attachments to Defendants Rule 37 letter - **Attached.**

I begin by reiterating facts. Upon viewing the falsification of evidence and the numerous deficiencies within Defendants Discovery responses, prior to and after April 26th, the Plaintiff filed Doc. 224 and 225 on May 18, 2022. From the 26th of April until my filing on May 18th, I was researching, writing and preparing my submission. At some point, I received a Rule 37 letter from WorthPoint demanding more Discovery responses, many of which have no relevance to this lawsuit. A new WorthPoint attorney Nicole Haimson composed the letter.

On May 19th, Ms. Farmer sent her letter that was filed with the Court to my direct email. My time is presently limited due to the enormous work generated by this lawsuit. Immediately, in haste, I composed a response, went off to an appointment and I filed my response letter, without the knowledge of Judge Cave's Order in Doc. 227. My response letter (Doc.228) was not a Second Request. My letter was intended to inform the Court that WorthPoint's alleged evidence that is deemed "Confidential" contains 1354 words from the Plaintiff's full biography. The word count in the fraudulent 1972 ebay internet ad created by Estate Auctions Inc that was allegedly bought by WorthPoint, contains 418 words. WorthPoint's alleged evidence contains triple the amount of words from the Plaintiff's biography. WorthPoint is presently claiming that all 1354 words are WorthPoint's "Confidential" evidence. Additionally, the Plaintiff informed the Court that without my consent, WorthPoint labeled my Discovery responses. In WorthPoint's Rule 37 letter by a new Attorney, Nicole Haimson I was informed that my documents of which there were 40 were not "Bate" stamped. Ms. Haimson stated that she " *took the liberty* " of stamping my evidence. Again this was done without my knowledge or consent . The order of my evidence has been usurped. These actions by WorthPoint have

Doc 542 Page 75

Exhibit 8A

```
20121201_site0_category550_valueguide.data.header
Finished at     : Tue Dec  4 09:30:42 2012
Rows Retrieved : 4454


20121201_site0_category550_valueguide.data.bz2:330833102936 1972 Original Oil
Painting Man With Red Umbrella Signed Annamarie Trombetta yqz New York Listed Artist
- Shabby Chic Condition 01-DEC-12 19:54:01 10 1 1 551 0 181.50 1 18 Y


20121201_site0_category550_descriptions.data.bz2:<EBAYID>330833102936</EBAYID><EBAYD
ESC> <p> Welcome to EstateAuctionsInc! We are one of the Top Sellers of Antiques,
Collectibles and Quirky items on eBay. We have been selling since 1998 and ALL of
our auctions start at .99 cents. We are proud to announce that we maintain a "FIVE
STAR Detailed Seller Rating" and our staff strives for 100% customer satisfaction,
our 100% feedback rating will vouch for that. We work with consigners from
Coast-To-Coast and work hard to make sure we have top quality items. We are "Your
Quality Zone" - search "YQZ" to see our other listings our Click Here! </p>
<p>_____</p> >>>>>
UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed
Annamarie Trombetta New York Listed Artist - Shabby Chic Condition <p> - DESCRIPTION
- Please be patient there are 12 photos to be loaded in this auction. Up in this
auction is a wonderful and delightful oil on canvas painting of a man (I guess it
could be a woman) with a red umbrella. This is by Annamarie Trombette. It is signed
on the bottom, but on the back it has written in red on the stretcher, Annamarie
Trombetta "Gifted" 1977, "Painted" 1972. To our eyes it looks like it is after the
style of Andre Kohn. It is quite large being approx. 48 1/2" tall and 17 1/2" wide.
We are calling it shabby chic condition as it has a tear in the canvas, about 5/8"
long just to the left of the man's knees, but still such a great painting. For those
not familiar with Trombetta, here is information about her from off AskArt as they
got it from her website: Annamarie Trombetta (1963 - ) Lived/Active: New York The
nature of an artist's life, creativity and growth may be synonymously expressed in
the image of an archetypal tree. Beginning with the earthly descendent roots the
artist like the tree branches out into its surrounding environmental and celestial
world. Both ascend and descend, widening their girth of consciousness while
producing visual imagery, weathering each season of change. Thus, I believe it is
the nature of the artist and of nature itself to regenerate and manifest. All of the
imagery in this catalog was either created en plein air or from the subject
directly. My journey to becoming an artist began many years ago. The consanguineous
roots of my Italian family tree provided me with an innate constitution for my
artistic profession. When I was a tiny seed of contemplative thought, my artistic
nature began to sprout interest while gazing up at the ceiling paintings in a
neighborhood church named Regina Pacis, meaning Queen of Peace. The church located
in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and
incorporates architectural elements for the façade and the belfry that are of
Italianate design. Before the age of three I was able to surmise that the church in
the ceiling painting was indeed the church I was in. The visual stimulation was a
form of education. It fostered my sense of perception which became my strongest mode
for acquiring knowledge. As the years unfurled, my family moved to Staten Island. At
this time it was a scenic field of luminosity, lush vegetation and a harbor view
complete with sail boats and small yachts. A few years after we moved my tree of
life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed
```

a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely. I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time helped me to see the similarities as well as the differences of each quite clearly. Upon my return I enrolled in an art history course to examine the content of art in relation to its chronological, politic al and historical relevance while applying to art colleges. I was accepted to Parsons School of Design located in lower Manhattan. The pulsating pace of this compressed cosmopolitan city was reflected in the school's curriculum. Although I did enjoy the challenges and experiences which expanded my capabilities, I was not satisfied with the level of my drawing and painting skills. In the mid Eighties I attended The New York Academy of Art which focused on teaching the history and traditional techniques from periods of art, such as the Italian Renaissance, the classical and neoclassical periods in France, as well as the Spanish, Dutch and Fleming masters. Here I studied cast drawing, grisaille painting, anatomy, dissected cadavers, yet most influential to me was geometry and perspective. During this period I traveled once again to France and Italy to study with my teachers who offered summer classes in art history, drawing and painting. I remember when I was in the French countryside feeling as if I was walking into a huge painting. The views felt so familiar due to the talents of Monet, Pissarro, VanGogh, etc. In my solitude I would envision them, particularly VanGogh in a wheat field painting or see the circular hay stacks change colors by sunset right before my eyes. The truth captured in their paintings a century ago felt so real to me, it spiraled an indelible influence. This experience still inspires me to strive towards capturing my subjects with a sense of presence and atmosphere. Visiting Italy again, my ancestral homeland, sharpened my acuity and attraction to works of art on uniquely shaped canvases. There were so many moments that will be with me throughout my life, most notable was to see the chariot markings while walking in the ruins of ancient Rome, or to hear bells toll in St. Mark's Square, and to be within inches of some of the most revered art in the world. When I returned to the States, the desire to develop artwork in various mediums became the goal. I started attending The National Academy School of Fine Arts to explore and prefect the media of pastels and figure painting, and also to study printmaking. During this time I was employed at The National Academy Museum. The Academy and its intriguing history filled the chasm of my knowledge for the heritage of American art while also informing me of the cultural developments in my country, particularly those in New York. The opportunity to read the Academy's books while I was working at the Museum, was an enlightening experience. I learned, most importantly, about the Hudson River School painters and their personal involvement with writer/poet William Cullen Bryant. This relationship between artists and writers of that time initiated the unfoldment of Central Park. The Park, which is adjacent to The National Academy Museum was already charted territory for my artistic expression. Learning about the creation of the Park intensified my passion for depicting it. During my tenure at The Academy, a conversation with a museum visit led to my interest in the W.B. Yeats Society of New York , and another trip

CONFIDENTIAL

WP000039

Doc 542 page 77                                    Exhibit 18C

abroad. Coincidentally and perhaps synchronistically I had been attending lectures
on Theosophy about the same time I was learning about Yeats. Crucial to my personal
and professional development at that time was my comprehension of why Theosophy
influenced the modern movement in the Arts. Yeats, like many other writers,
musicians, and artists such as Mondrian and Klee, etc. drew inspiration from the
philosophical texts written by the robust Russian, Madame Blavatsky. Within a few
months I had won a scholarship under the auspices of the Yeats Summer School in
Sligo, Ireland via the Yeats Society of New York. A short trip to London, preceded
the Summer School, where I hunted down John Singer Sargent's charcoal sketch of
Yeats at the National Portrait Gallery. This inspired a trip to the Tate, and
several other collections. Traveling to England first set the stage for the
political, personal, and historical dynamics that I was about to encounter regarding
the legacy of Yeats and of Ireland. Before the school commenced, there was a
ceremonial service at Drumcliff Church where Yeats is buried. The picturesque view
and the enigmatic words of his icy epitaph became etched in my memory on that day
and inspired me to create a painting titled after his poem "Under Benbulben" which
elaborates on his immortal words. To learn about his family, his life and his vision
motivated me to begin a new chapter in creating my own work. To culminate my
journey, when I returned home I gathered the metaphorical leaves and branches that
had fallen from my artistic tree, be it ancestral or archetypal and concentrated
"souly" on "The Holy Tree" described in Yeats' poem "The Two Trees." This image,
inspired by the milieu of a mentor miles away is a tribute to his gifts and
determined ways which regenerated and awakened the visionary in me. This catalogue
highlights the pictorial progression from that trip and the time that followed. I
wish to acknowledge certain individuals who have enhanced my artistic sensibilities
as a person, as well as an artist. These individuals include Everett Raymond
Kinstler, Raymond Steiner, Harvey Dinnerstein, Burton Silverman, the artist's in The
Painting Group particularly Aaron Shikler, David Levine, Danny Schwartz, Irene
Hecht. I thank them for their help and guidance in my life. <br>

20121201_site0_category550_pic_url.data.bz2:330833102936 http://i.ebayimg.com/00/s/M
TQ1OFg3MDA=/$T2eC16NHJFoE9nh6nPFrBQrWEHG7v!~~60_12.JPG?set_id=880000500F http://i.eb
ayimg.com/00/s/MTQ1OFg3MDA=/$T2eC16NHJFoE9nh6nPFrBQrWEHG7v!~~60_12.JPG?set_id=880000
500F;http://i.ebayimg.com/00/s/NjUwWDY1MA==/$(KGrHqV,!pcFCp)55,H5BQrWEi,4Bg~~60_12.J
PG?set_id=880000500F;http://i.ebayimg.com/00/s/MTQ5Mlg3MDA=/$T2eC16d,!)QE9s3HF4leBQr
WEL4zjw~~60_12.JPG?set_id=880000500F;http://i.ebayimg.com/00/s/NTA0WDcwMA==/$(KGrHqZ
HJDQFC(WFYZVWBQrWEODvIg~~60_12.JPG?set_id=880000500F;http://i.ebayimg.com/00/s/MTE4N
Vg3MDA=/$(KGrHqZHJDoFCjyicZ-)BQrWEQehZQ~~60_12.JPG?set_id=880000500F;http://i.ebayim
g.com/00/s/NTI1WDcwMA==/$(KGrHqZ,!qIFCCg!,eGdBQrWESZT-!~~60_12.JPG?set_id=880000500F
;http://i.ebayimg.com/00/s/OTMzWDcwMA==/$(KGrHqZ,!hYFCcyud04uBQrWEUvTB!~~60_12.JPG?s
et_id=880000500F;http://i.ebayimg.com/00/s/OTMzWDcwMA==/$(KGrHqZ,!i!FCs07eYByBQrWE(Z
WRQ~~60_12.JPG?set_id=880000500F;http://i.ebayimg.com/00/s/NTI1WDcwMA==/$(KGrHqZHJCg
FChEtL(UcBQrWEZfll!~~60_12.JPG?set_id=880000500F;http://i.ebayimg.com/00/s/OTMzWDcwM
A==/$(KGrHqV,!qcFBpy)ocZgBQrWEbfSN!~~60_12.JPG?set_id=880000500F;http://i.ebayimg.co
m/00/s/OTMzWDcwMA==/$(KGrHqV,!jUFCV6QhwjoBQrWEeGSTw~~60_12.JPG?set_id=880000500F;htt
p://i.ebayimg.com/00/s/MTA0Mlg3MDA=/$T2eC16VHJI!E9qSO8)JJBQrWEgpgsg~~60_12.JPG?set_i
d=880000500F;

CONFIDENTIAL                                    WP000040

Worth Point's Doc.                    Exhibit 19 - A

The SAC is far from clear as to what causes of action under the Digital Millennium Copyright

Act ("DMCA") are being asserted, other than that Plaintiff asserts a violation of the DMCA.

WorthPoint's best interpretation is that Plaintiff's allegations boil down to two: (1) that WorthPoint

violated Section 1202(a) of the DMCA by affixing a copyright "© symbol & "Copyrighted work

licensed by WorthPoint'" to the page on its website where the photograph accompanying the

Auction Listing appears (SAC, p. 8, ¶12; p. 11, ¶1); and (2) that WorthPoint violated Section

1202(b) by distributing the WP Report with "authentic biographical content from the website of

the artist, Annamarie Trombetta" (SAC, p. 11, ¶1), apparently with Copyright Management

Information removed, although the SAC does not expressly allege that. Both of Plaintiff's potential

DMCA claims fail as a matter of law.

    i.      **Plaintiff's DMCA Claims are Untimely**

Initially, Plaintiff's DMCA claims are subject to a three-year statute of limitations. *See* 17

U.S.C. §§507(b), 1202(a), (b); *see also Hirsch v. Rehs Galleries, Inc.*, 2020 U.S. Dist. LEXIS

32926, 8-9 (S.D.N.Y., Feb. 26, 2020). Additional acts of direct copyright infringement, if any,

related to a DMCA violation does not restart the statute of limitations. *See Media Rights Techs.,

Inc. v. Microsoft Corp.*, 922 F.3d 1014, 1025-26 (9th Cir. 2019); *see also Goldberg*, 2009 U.S.

Dist. LEXIS 59633, 18-26. For the same reasons as set forth in POINT III, supra, Plaintiff's

DMCA claims are time-barred.

Here, Plaintiff alleges that Norb Novocin had included her Biography in 2012 in an eBay

listing for the sale of the Painting, which he misattributed to Plaintiff. SAC, p. 13-14, ¶17. Norb

Novocin admits that he alone composed the eBay Auction Listing without any input from

WorthPoint. Ex. B, Novocin Deposition, at p. 79, l. 24, through p.80, l. 3. Plaintiff also reiterates

that she discovered the Auction Listing on WorthPoint's website in August in 2015 (ECF 348-1,

282088480v.1

Case 1:18-cv-00993-RA-SLC   Document 427   Filed 04/17/23   Page 31 of 40

WorthPoint Doc                    Exhibit 19-B

SAC, p. 8, ¶14) and she alleges that she informed WorthPoint of a "fraudulent signature" in connection with the listing in early 2016 (SAC, p. 12, ¶¶7-9). WorthPoint displayed/reported the original eBay Auction Listing without making any modifications to the information provided to it. Ex. "G", Seippel Decl., at ¶10. For the same reasons as articulated in POINT III above, Plaintiff's DMCA claims are untimely and must be dismissed.

ii.     Plaintiff's Claim Under DMCA §1202(a) Must Be Dismissed

The elements of a claim for a violation of Section 1202(a) of the DMCA are: (1) that the defendant knowingly provided or distributed false copyright management information ("CMI"); and (2) that defendant did so with the intent to induce, enable, facilitate, or conceal an infringement. *Krechmer v. Tantaros*, 747 F. App'x 6, 9-10 (2d Cir. 2018). The first task in assessing a claim under Section 1202(a) is to determine whether "false CMI" was affixed to the work being assessed. *Laser Kitten, LLC v. Marc Jacobs Int'l, LLC*, 2018 U.S. Dist. LEXIS 171962, at *5-7 (S.D.N.Y. Oct. 4, 2018).

In this District, courts that have considered this question have applied a two-pronged analysis "in which they determine (1) whether information defendant provided in connection with the allegedly infringing work is CMI under §1202(c)'s definition, and, if it is CMI, (2) whether that information was false." *Id.* To be CMI, information must be the type of information detailed in §1202(c) and be "conveyed in connection with" copies of the work at issue. *Id.* Where alleged CMI relates to a work in which the plaintiff does not own a copyright interest, it cannot serve as the foundation for his or her Section 1202(a) claim. *See SellPoolSuppliesOnline.com LLC v. Ugly Pools Ariz., Inc.,* 344 F. Supp. 3d 1075, 1080-83 (D. Ariz. 2018) (finding that a copyright notice on the footer of defendant's website was not CMI because the copyrighted work at issue for

Exhibit 20

"SAC"); see also docket entry nos. 353, 366 (orders clarifying that docket entry no. 348-1 would be the operative pleading in this action and no further amendment would be permitted); docket entry no. 370 (denying Plaintiff's attempt to further amend the SAC)), and that, to the extent those claims were asserted in her motion for summary judgment, they would not be considered on the merits because they were deemed waived. (Motion at 4-5; see Final Opinion at 1 n.2.) Trombetta seems to argue that her January 4, 2023 "Proposed [Third] Amended Complaint" should have been considered because of her confusion regarding the deadline for final amendment of her pleading. (Motion at 4-5.) As the Court found in the Final Opinion, Judge Cave clearly communicated the deadline for amendment and Trombetta was warned repeatedly that there would be no further amendment permitted after December 2022. (See Final Opinion at 1 n.2.)

To the extent Trombetta also argues that her operative pleading in this action asserted claims for fraud and negligence that were not considered at summary judgment (Motion at 4), the Court disagrees. In the SAC, Trombetta styled her "fraud"-based assertions as a claim for identity theft, which was considered and rejected on the merits in the Final Opinion. (See docket entry no. 348-1, at 18; Final Opinion at 15.) Although the Court is bound to liberally construe pleadings by pro se plaintiffs to assert "the strongest [claims] they suggest," Triestman v. Fed. Bureau of Prisons, 470 F.3d 471, 474 (2d Cir. 2006) (internal quotation marks and citations omitted) (emphasis in original), nothing in Trombetta's operative pleading supports a viable inference that she was the victim of any fraudulent statements or misrepresentations made by Defendants, nor that she had a viable claim for negligence. Therefore, the Court did not err by finding that the SAC did not suggest claims for fraud and negligence.

**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**

**1.4**    **"Category Level Definitions"** shall have the meaning set forth in Exhibit A, which is attached hereto and incorporated herein by this reference.

**1.5.**    **"Data"** means certain raw data files relating to closed eBay Listings that, as of the Effective Date, contain some or all of the data fields set forth in Exhibit A, which may be modified by eBay from time to time.  Actual eBay Data licensed to SubLicensee under this Agreement is set forth in Section 1 of Exhibit A.

**1.6**    **"eBay Button"** means the eBay logo attached as Exhibit B or any other graphic that contains an eBay logo provided by AERS on behalf of eBay to the Sublicensee and, thereafter by AERS from time to time.

**1.7.**    **"eBay Seller(s)"** means parties who register as sellers on the eBay Site,

**1.8.**    **"eBay Site"** shall have the meaning set forth in the Background section above.

**1.9.**    **"eBay Statistics"** means computations and analyses developed by SubLicensee pursuant to this Agreement from the eBay Data through SubLicensee's methodology using a combination of best fit, average, regression, moving average and/or other calculations, as further described in Exhibit A.

**1.10.**    **"Effective Date"** means January 1, 2009.

**1.11**    **"GMV"** means gross merchandise volume (in sales).

**1.12.**    **"Item"** means a single, unique product type and model listed on the eBay Site.

**1.13.**    **"SubLicensee Customer(s)"** means any user, client, merchant, retailer, or manufacturer with whom SubLicensee has entered into a formal agreement to use SubLicensee's Services. "SubLicensee Customer(s)" shall include actual or prospective users, clients, merchants, retailers, or manufacturers for the purpose of distributing sample or teaser statistics designed to attract additional SubLicensee Customers.

**1.14**    **"SubLicensee's Services"** shall have the meaning set forth in Background section above.

**1.15.**    **"Listing(s)"** means Item(s) posted on the eBay Site by eBay Seller(s).

**1.16.**    **"Losses"** shall have the meaning set forth in Section 10.1.

**1.17.**    **"Privacy Policy"** shall mean the AERS then-current privacy policy available on the AERS Site (www.terapeak.com) and eBay's then-current privacy policy available on the eBay Site.

**1.18.**    **"Public Display"** or **"Publicly Displaying"** means display of eBay Statistics in a manner that is accessible to the general public.

**1.19.**    **"Specific User Information"** means personally identifiable information, or any information relating to Listings where individual eBay Users can be identified.

**1.20.**    **"Term"** shall have the meaning set forth in Section 8.1.

**1.21.**    **"Third-Level Category"** shall have the meaning set forth in Exhibit A.

**1.22.**    **"Third Party Content"** shall have the meaning set forth in Exhibit A.

**1.23.**    **"User(s)"** or **"eBay User(s)"** means any person who accesses any page on the eBay Site.

Advanced Economic Research Inc.
Suite 2307 – 4464 Markham Street
Victoria, British Columbia Canada V1Z 7X8



**1.24. "User Agreement"** or **"eBay User Agreement"** means eBay's then-current user agreement available on the eBay Site including any policies incorporated therein.

## 2.    SUBLICENSE.
### 2.1.    Data SubLicense Grant.
Subject to the terms and conditions herein, including without limitation the permitted uses and specific prohibitions set forth in this Section 2, AERS hereby grants to SubLicensee during the term of this Agreement a nonexclusive, non-assignable, nontransferable sublicense to use, make intermediate copies of, and analyze, the eBay Data only as permitted in this Agreement.

### 2.2    Data Service Provider.
AERS and the SubLicensee agree that AERS shall act as the Data Service Provider on behalf of eBay for the provision of eBay Data to the SubLicensee in accordance with the terms and conditions of this Agreement and shall be responsible for the administration and operation (including the collection of any licensee fees on behalf of eBay from the SubLicensee and forwarding of fees to eBay) of the Agreement on behalf of eBay.

### 2.3    eBay Statistics.
For purposes of this Agreement, Sublicensee may use the eBay Data to create and display on the Sublicensee's Site, the eBay Statistics and other eBay Data set forth in Exhibit A in accordance with the terms of this Agreement.

### 2.4    Permitted Uses of the eBay Data.
SubLicensee shall use the eBay Data only as expressly permitted in Section 4 of Exhibit A ("Permitted Uses").



Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL                    WP000010

*EX #10*

Advanced Economic Research Inc.
Suite 2307 – 4464 Markham Street
Victoria, British Columbia Canada V1Z 7X8

**7.    FEES.**
**7.1    Fees for Access to eBay Data.**
SubLicensee shall pay AERS the fees set forth in Exhibit A for the right to access the eBay Data and
exercise the other rights licensed pursuant to this Agreement in accordance with the payment terms set
therein.

EXHIBIT 21C

EX#10

**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**



Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL                WP000034

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK



| ANNAMARIE TROMBETTA, | |
|---|---|
| Plaintiff, | |
| -against- | 18-CV-0993-LTS-SLC |
| NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION, | |
| Defendants | |

ORDER

Defendant WorthPoint Corporation ("WorthPoint") has made a public filing

(docket entry no. 425-6, 480-2) from which information it represents is proprietary has been

redacted. Under the Individual Rules of Practice of then-presiding Judge Abrams, WorthPoint

was permitted to do so without first seeking leave of the Court to make such a filing. Judge

Abrams' Rule provides:

>   **5.**   **A. Redactions and Filing Under Seal.**
>
>   i.   **Redactions Not Requiring Court Approval.** The parties are referred to Rule 5.2 of the Federal Rules of Civil Procedure and the Southern District's ECF Privacy Policy ("Privacy Policy"). There are two categories of information that may be redacted from public court filings without prior permission from the Court: "sensitive information" and information requiring "caution." . . . Parties may also, without prior Court approval, redact from their public filings the six categories of information requiring caution described in the Privacy Policy (i.e., any personal identifying number, medical records [including information regarding treatment and diagnosis], employment history, individual financial information, proprietary or trade secret information, and information regarding an individual's cooperation with the government).

The Southern District's Privacy Policy further provides that "Parties are

responsible for maintaining possession of original, unredacted documents, and information

redacted from publicly filed documents. Upon request, counsel may be required by the Court to furnish the unredacted information."

Upon this Court's review of the parties' pleadings, it finds that the redacted information is relevant to questions of material fact raised in connection with several pending motions for summary judgment. (See docket entry nos. 418, 423, 432.)

Accordingly, it is hereby

ORDERED that Defendant WorthPoint Corporation file under seal, with access to the Plaintiff, Defendant WorthPoint, and court personnel only, the unredacted version of Jason Packer's Declaration (docket entry no. 425-6, 480-2), as well as any other evidence that was redacted to protect proprietary information and offered in connection with WorthPoint's Motion for Summary Judgment (docket entry no. 423), within 7 days of the date of entry of this Order.

The Parties are directed to comply with the Individual Practices rules of the undersigned in connection with further proceedings in this case. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the below address.

SO ORDERED.

Dated: New York, New York
       December 13, 2023

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

Mail To:     Annamarie Trombetta
             175 East 96th Street, Apt 12R
             New York, NY 10128