EXHIBIT#1

EAI000058 April

**Wednesday, April 27, 2022 at 21:30:09 Eastern Daylight Time**

**Subject:** Fwd: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)

**Date:** Tuesday, January 10, 2017 at 5:28:43 PM Eastern Standard Time

**From:** eBay EAI

**To:** Norb Novocin, marie novocin

Exhibit 22A

---------- Forwarded message ----------
From: eBay <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
To: ebay@novocin.com

MISSING LOGO – No Color EBAY Logo

eBay

**eBay sent this message to Norb & Marie Novocin (estateauctionsinc).**
Your registered name is included to show this message originated from eBay. Learn more.

**Congratulations, your item sold!**

Dear estateauctionsinc,

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print

Complete one of the following:

- Print a shipping label Avoid a trip to the post office, print and pay for your label at home. Printing shipping la you reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking i automatically.
- Provide shipping and tracking information. When you upload tracking information to eBay, we'll send it to yo the item is on its way. This will save you time, and may result in fewer questions from buyers and higher del
- Mark your item as shipped in My eBay. Do this, and we'll let your buyer know the item is on its way. This wil result in fewer questions from buyers and higher detailed seller ratings.

You should always leave feedback for your buyer to encourage them to buy from you again.

2 Second Title

1 First Title

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

1972 Original Oil Painting Man \ Annamarie Trombetta yqz...

| | |
|---|---|
| Sale price: | $181.! |
| Quantity sold: | 1 |
| Sale date: | Dec-0 |
| Buyer: | nina c 9naclc [conta |
| Buyer's shipping address: | nina c 14215 reno, I |

Sell another item | Send invoice

1972 Name of Listing

1972 Name of Listing

Cut Off Text

Select your email preferences

- Want to reduce your inbox email volume? Receive this email as a daily digest. For other email digest options, go to Notification Preferences in My eBay.
- Don't want to receive this email? Unsubscribe from this email.

Receipt Cut Off

EXHIBIT #3A

(1) Yellow BAR Missing

From: eBay <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
To: <ebay@novecin.com>

EBAY Logo is on EAI000060 and NOT on EAI000058

ebay eBay sent this message to Norb & Maria Novecin (estateauctionsinc).
Your registered name is included to show this message originated from eBay. Learn more.

**Congratulations, your item sold!** — Yellow Bar Missing

Dear estateauctionsinc,

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print your eBay shipping label.

Complete one of the following:

- Print a shipping label Avoid a trip to the post office, print and pay for your label at home. Printing shipping labels on eBay also offers you reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking information is uploaded automatically.
- Provide shipping and tracking information. When you upload tracking information to eBay, we'll send it to your buyer and let them know the item is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed seller ratings.
- Mark your item as shipped in My eBay. Do this, and we'll let your buyer know the item is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed seller ratings.

**Provide shipping information**

Go to My eBay

You should always leave feedback for your buyer to encourage them to buy from you again.

(2) Title Missing Different from EAI000058

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

| | |
|---|---|
| **Sale price:** | **$181.50** |
| Quantity sold: | 1 |
| Sale date: | Dec-01-12 18:54:01 PST |
| Buyer: | nina correia<br>9naclock (ninascorreia@aol.com)<br>[contact buyer] |
| Buyer's shipping address: | nina correia<br>14215 prairie flower ct<br>reno, NV 89511-6710 United States |

Sell another item | Send invoice to buyer

**Select your email preferences**

- Want to reduce your inbox email volume? Receive this email as a daily digest. For other email digest options, go to Notification Preferences in My eBay.
- Don't want to receive this email? Unsubscribe from this email.

---

**Email reference id: [#45d0df16f2ea40759d3656f834970b06#]**
Please don't remove this number. eBay customer support may ask you for this number, if you should need assistance.

---

Learn More to protect yourself from spoof (fake) emails

eBay sent this email to you at ebay@novecin.com about your account registered on www.ebay.com

eBay sends these emails based on the preferences you set for your account. To unsubscribe from this email, change your communication preferences. Please note that it may take up to 10 days to process your request. Visit our Privacy Policy and User Agreement if you have any questions.

Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125

Exhibit 22B



EXHIBIT #3A

Gmail - Email

Annamarie Trombetta <atrombettaart@gmail.com>

# Email

**Bialek, Adam** <Adam.Bialek@wilsonelser.com> Wed, Nov 23, 2022 at 11:33 AM
To: Annamarie Trombetta <annamarietrombettalegal@outlook.com>, Annamarie Trombetta <atrombettaart@gmail.com>, "ajd@hoganduff.com" <ajd@hoganduff.com>, "ajd@andersonjduff.com" <ajd@andersonjduff.com>
Cc: "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>, "Haimson, Nicole" <Nicole.Haimson@wilsonelser.com>

Here is the Source Information from the email that I was able to capture. Being sent as a courtesy.

Exhibit 23 A

<html><head>

</head><body><div dir="ltr"><br><div class="gmail_quote">---------- Forwarded message ---------<br>From: <b class="gmail_sendername">eBay</b> <span dir="ltr"><<a href="mailto:ebay@ebay.com">ebay@ebay.com</a>></span><br>Date: Sat, Dec 1, 2012 at 9:54 PM<br>Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936) <br>To: <a href="mailto:ebay@novocin.com">ebay@novocin.com</a><br><br><br><div><div id="m_3729392004584666707Header"><div><table border="0" cellpadding="0" cellspacing="0" width="100%"> <tbody><tr><td width="100%" style="word-wrap:break-word"><table cellpadding="2" cellspacing="3" border="0" width="100%"><tbody><tr><td width="1%" nowrap=""><img src="http://q.ebaystatic.com/aw/pics/logos/ebay_95x39.gif" height="39" width="95" alt="eBay"></td><td align="left" valign="bottom"> <span style="font-weight:bold;font-size:xx-small;font-family:verdana,sans-serif;color:#666"><b>eBay sent this message to Norb & Marie Novocin (estateauctionsinc).</b><br></span><span style="font-size:xx-small;font-family:verdana,sans-serif;color:#666">Your registered name is included to show this message originated from eBay. <a href="http://pages.ebay.com/help/confidence/name-userid-emails.html" target="_blank">Learn more</a>.</span></td></tr></tbody></table></td></tr></tbody></table></div></div> <div id="m_3729392004584666707Title"><div><table style="background-color:#ffe680" border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td width="8" valign="top"><img src="http://q.ebaystatic.com/aw/pics/globalAssets/ltCurve.gif" height="8" width="8"></td><td valign="bottom" width="100%"><span style="font-weight:bold;font-size:14pt;font-family:arial,sans-serif;color:#000;margin: 2px 0 2px 0">Congratulations, your item sold!</span></td><td width="8" valign="top" align="right"><img src="http://p.ebaystatic.com/aw/pics/globalAssets/rtCurve.gif" height="8" width="8"></td></tr><tr><td style="background-color:#fc0" colspan="3" height="4"></td></tr></tbody></table></div></div><div id="m_3729392004584666707SingleItemCTA"><div><table border="0" cellpadding="2" cellspacing="3" width="100%"><tbody><tr><td><font style="font-size:10pt;font-family:arial,sans-serif;color:#000">Dear estateauctionsinc,<table border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td><img src="http://q.ebaystatic.com/aw/pics/s.gif" height="10" alt=" "></td></tr></tbody></table>You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print your eBay shipping label.<table border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td><img src="http://q.ebaystatic.com/aw/pics/s.gif" height="10" alt=" "></td></tr></tbody></table><div>Complete one of the following:<br><ul style="list-style-type:disc;margin:10px 10 10 14px"><li><a href="http://rover.ebay.com/rover/0/e12011.m354.l1337/7?euid=45d0df16f2ea40759d3656f834970b06&loc=http%3A%2F%2Fpayments.ebay.com%2Fws%2FeBayISAPI.dll%3FPrintPostage%26transactionid%3D0%26itemid%3D330833102936%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1337" target="_blank">Print a shipping label</a> Avoid a trip to the post office, print and pay for your label at home. Printing shipping labels on eBay also offers you reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking information is uploaded automatically.</li><li><a href="http://rover.ebay.com/rover/0/e12011.m354.l1663/7?euid=45d0df16f2ea40759d3656f834970b06&loc=http%3A%2F%2Fpayments.ebay.com%2Fws%2FeBayISAPI.dll%3FAddTrackingNumber2%26flow%3Dmyebay%26LineID%3D330833102936_0%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1663" target="_blank">Provide shipping and tracking information</a>. When you upload tracking information to eBay, we'll send it to your buyer and let them know the item is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed seller ratings.</li><li><a

Plaintiff000826

EXHIBIT #23B

href="http://rover.ebay.com/rover/0/e12011.m354.l1662/7?euid=45d0df16f2ea40759d3656f834970b06&loc=http%3A%2F%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyEbayBeta%26CurrentPage%3DMyeBayNextSold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1662" target="_blank">Mark your item as shipped in My eBay</a>. Do this, and we'll let your buyer know the item is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed seller ratings.</li></ul>You should always <a href="http://rover.ebay.com/rover/0/e12011.m354.l1332/7?euid=45d0df16f2ea40759d3656f834970b06&loc=http%3A%2F%2Ffeedback.ebay.com%2Fws%2FeBayISAPI.dll%3FLeaveFeedback2%26show_as%3Dsold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1332" target="_blank">leave feedback</a> for your buyer to encourage them to buy from you again.<br><br></div></font><div><table width="100%" cellpadding="0" cellspacing="3" border="0"><tbody><tr><td valign="top" align="center" width="100" nowrap=""><a href="http://rover.ebay.com/rover/0/e12011.m43.l1123/7?euid=45d0df16f2ea40759d3656f834970b06&loc=http%3A%2F%2Fcgi.ebay.com%2Fws%2FeBayISAPI.dll%3FViewItem%26item%3D330833102936%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1123" target="_blank"><img src="http://thumbs.ebaystatic.com/pict/330833102936.jpg" alt="1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz" border="0"></a></td><td colspan="2" valign="top"><table width="100%" cellpadding="0" cellspacing="0" border="0"><tbody><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" colspan="2"><a href="http://rover.ebay.com/rover/0/e12011.m43.l1123/7?euid=45d0df16f2ea40759d3656f834970b06&loc=http%3A%2F%2Fcgi.ebay.com%2Fws%2FeBayISAPI.dll%3FViewItem%26item%3D330833102936%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1123" target="_blank">1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz</a></td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" width="15%" nowrap="" valign="top"><font style="font-weight:bold;font-size:10pt;font-family:arial,sans-serif;color:#000">Sale price:</font></td><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top"><font style="font-weight:bold;font-size:10pt;font-family:arial,sans-serif;color:#000">$181.50</font></td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" width="15%" nowrap="" valign="top">Quantity sold:</td><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top">1</td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" width="15%" nowrap="" valign="top">Sale date:</td><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top">Dec-01-12 18:54:01 PST</td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" width="15%" nowrap="" valign="top">Buyer:</td><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top">nina correia</td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" width="15%" nowrap="" valign="top"></td><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top"><div><table border="0" cellpadding="0" cellspacing="0"><tbody><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top" class="m_3729392004584666707noWrap"><font style="font-size:10pt;font-family:arial,sans-serif;color:#000">9naclock (<a href="mailto:ninascorreia@aol.com" target="_blank">ninascorreia@aol.com</a>) [<a href="http://contact.ebay.com/ws/eBayISAPI.dll?ReturnUserEmail&requested=9naclock&redirect=0&iid=330833102936" target="_blank">contact buyer</a>]</font></td></tr></tbody></table></div></td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" width="15%" nowrap="" valign="top">Buyer's shipping address:</td><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top"><div><table border="0" cellpadding="0" cellspacing="0"><tbody><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top" class="m_3729392004584666707noWrap" nowrap="">nina correia</td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top" class="m_3729392004584666707noWrap" nowrap="">14215 prairie flower ct</td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top" class="m_3729392004584666707noWrap" nowrap="">reno, NV 89511-6710 United States</td></tr></tbody></table></div></td></tr><tr><td colspan="2"><font style="font-size:10pt;font-family:arial,sans-serif;color:#000"><a href="http://rover.ebay.com/rover/0/e12011.m43.l1151/7?euid=45d0df16f2ea40759d3656f834970b06&loc=http%3A%2F%2Fcgi5.ebay.com%2Fws%2FeBayISAPI.dll%3FSellHub3%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1151" target="_blank">Sell another item</a> | <a href="http://rover.ebay.com/rover/0/e12011.m43.l1156/7?euid=45d0df16f2ea40759d3656f834970b06&loc=http%3A%2F%2Fpayments.ebay.com%2Fws%2FeBayISAPI.dll%3FUnifiedCheckoutSellerUpdateDetails%26itemId%3D330833102936%26transId%3D0%26buyerid%3D0%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1156" target="_blank">Send invoice to buyer</a></font></td></tr></tbody></table></td></tr></tbody></table></div></td><td valign="top" width="185"><div><span style="font-weight:bold;font-size:10pt;font-family:arial,sans-serif;color:#000"><strong>Provide shipping information</strong></span><table border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td><img src="http://q.ebaystatic.com/aw/pics/s.gif" height="4" alt=" "></td></tr></tbody></table><a href="http://rover.ebay.com/rover/0/e12011.m44.l1121/7?euid=45d0df16f2ea40759d3656f834970b

EXHIBIT #30

06&loc=http%3A%2F%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyeBay%26CurrentPage%
3DMyeBaySold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1121"
title="http://rover.ebay.com/rover/0/e12011.m44.l1121/7?euid=45d0df16f2ea40759d3656f834970b
06&loc=http%3A%2F%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyeBay%26CurrentPage%
3DMyeBaySold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1121" target="_blank"><img
src="http://p.ebaystatic.com/aw/pics/buttons/btnGotoMyeBay.gif" border="0" height="32" width="120"></a>
<br><span style="font-style:italic;font-size:8pt;font-family:arial,sans-serif;color:#000"></span></div></td>
</tr></tbody></table><br></div></div><div id="m_3729392004584666707OneClickDigestOrUnsubscribe">
<div><div class="m_3729392004584666707cub-cwrp"><h3 class="m_3729392004584666707cub-chd">
Select your email preferences</h3><div class="m_3729392004584666707cub-ccnt"><ul class="m_
3729392004584666707cub-ulst"><li><span class="m_3729392004584666707cub-ltxt"><span>Want to
reduce your inbox email volume? <a href="http://my.ebay.com/ws/eBayISAPI.dll?DigestEmail&
emailType=12011" target="_blank">Receive this email as a daily digest</a>.</span><br><span>For other
email digest options, go to <a href="http://my.ebay.com/ws/eBayISAPI.dll?MyEbayBeta&CurrentPage=
MyeBayNextNotificationPreferences" target="_blank">Notification Preferences</a> in My eBay.</span><br>
</span></li><li><span class="m_3729392004584666707cub-ltxt"><span>Don't want to receive this email?
<a href="http://my.ebay.com/ws/eBayISAPI.dll?EmailUnsubscribe&emailType=12011"
target="_blank">Unsubscribe from this email</a>.</span><br></span></li></ul></div></div></div></div>
<div id="m_3729392004584666707MarketPlaceSafetyTip"></div><div id="m_
3729392004584666707Footer"><div><hr style="HEIGHT:1px"><table border="0" cellpadding="0"
cellspacing="0" width="100%"><tbody><tr><td width="100%"><font style="font-size:10pt;font-
family:arial,sans-serif;color:#000"><b>Email reference id: [#<wbr>45d0df16f2ea40759d3656f834970b
<wbr>06#]</b><br>Please don't remove this number. eBay customer support may ask you for this number,
if you should need assistance.</font></td></tr></tbody></table><br></div><hr style="HEIGHT:1px"><table
border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td width="100%"><font style="font-
size:xx-small;font-family:verdana;color:#666"><a href="http://pages.ebay.com/education/spooftutorial/index.
html" target="_blank">Learn More</a> to protect yourself from spoof (fake) emails.<br><br>eBay sent this
email to you at <a href="mailto:ebay@novocin.com" target="_blank">ebay@novocin.com</a> about your
account registered on <a href="http://www.ebay.com" target="_blank">www.ebay.com</a>.<br><br>eBay
sends these emails based on the preferences you set for your account. To unsubscribe from this email,
change your <a href="http://my.ebay.com/ws/eBayISAPI.dll?MyEbayBeta&CurrentPage=
MyeBayNextNotificationPreferences" target="_blank">communication preferences</a>. Please note that it
may take up to 10 days to process your request. Visit our <a href="http://pages.ebay.com/
help/policies/privacy-policy.html" target="_blank">Privacy Policy</a> and <a href="http://pages.ebay.com/
help/policies/user-agreement.html" target="_blank">User Agreement</a> if you have any questions.<br>
<br>Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property
of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145
Hamilton Avenue, San Jose, CA 95125. </font></td></tr></tbody></table><img src="http://rover.ebay.com/
roveropen/0/e12011/7?euid=45d0df16f2ea40759d3656f834970b06" height="1" width="1"></div></div>
</div><br></div></body></html>

Adam Bialek
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017
212.915.5143 (Direct)
917.538.0616 (Cell)
212.490.3000 (Main)
212.490.3038 (Fax)
adam.bialek@wilsonelser.com

**From:** Bialek, Adam
**Sent:** Thursday, November 17, 2022 1:33 PM
**To:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>; Annamarie Trombetta <atrombettaart@gmail.com>; ajd@hoganduff.com; ajd@andersonjduff.com

Exhibit
24-A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,
Plaintiff,

-v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,
Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the telephonic discovery conference held today, November 23, 2022 (the "Conference"), the Court orders as follows:

1. Defendants Norb Novocin, Marie Novocin, and Estate Auctions Inc. (together, the "EAI Defendants") shall produce to pro se Plaintiff Annamarie Trombetta ("Ms. Trombetta"), the following:
   a. the eBay receipt of the 2012 sale of the 1972 original oil painting, in the native electronic format; and
   b. documentation of the medium by which the transaction occurred (i.e., Paypal, credit card, check, etc.), to the extent such information exists.
2. Defendant Worthpoint Corporation ("Worthpoint," together with the EAI Defendants, the "Defendants") shall produce to Ms. Trombetta the last known contact information for Greg Watkins and Anita Brooks.
3. Ms. Trombetta's request for EAI's 2012 tax returns and information relating to its computer server is DENIED.

Exhibit 24-B

4. As a result of Ms. Trombetta's representations at the Conference concerning the damages she is seeking in this action, Worthpoint's requests for Ms. Trombetta's tax and medical records, and sales records from 2018 through 2021, are DENIED WITHOUT PREJUDICE.

5. Ms. Trombetta shall produce to Defendants, the following:

   a. the February 20, 2016 email and attachments in native electronic format; and

   b. **all** communications Ms. Trombetta has had with **any** non-party witnesses relevant to the claims or defenses in this action.

6. The parties shall produce the documents set forth in this Order by no later than **December 2, 2022**.

7. Defendants shall order a transcript of the Conference and file it on the docket. The parties shall submit a single request to: etranscripts@nysd.uscourts.gov by **Monday, November 28, 2022**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated: New York, New York
November 23, 2022

SO ORDERED.

Sarah Cave

**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To: Annamarie Trombetta
175 East 96th Street, Apt 12R
New York, New York 10128

 Annamarie Trombetta <atrombettaart@gmail.com

**:V-18-00993 Plaintiff Annamarie Trombetta-Sudden Flu**

message

**ınnamarie Trombetta** <atrombettaart@gmail.com> Sun, Dec 11, 2022 at 11:48 Pl
'o: Cave NYSD Chambers <Cave_NYSDChambers@nysd.uscourts.gov>

To the Honorable Judge Cave,

I am presently very ill with a stomach flu which came upon me this morning and has not improved.

May I ask for a brief extension--to recover.
My submission is due Dec 12th
however, it is difficult to stand upright

Kindly convey your decision at your earliest convenience.

Respectfully,
Annamarie Trombetta
Tel (212) 427-5990

Exhibit
25

Exhibit

Fulton County Superior Court
***EFILED***RM
Date: 9/1/2022 5:22 PM
Cathelene Robinson, Clerk

P7219694

26A

Form 1 - AFFIDAVIT OF SERVICE

WILSON, ELSER, MOSKOWITZ, CHITRA BHADRASAIN

IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA

WORTHPOINT CORP., ET AL., PLAINTIFF

- vs -

ANNAMARIE TROMBETTA DEFENDANT

Index No. 2022CV366175
Date Filed
Office No. N/A
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

FREDDI SIMON being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the 30TH day of AUGUST, 2022 7:45 PM at
150 E 42ND STREET
NEW YORK NY 10017
I served the SUMMONS, COMPLAINT FOR DAMAGES
upon ANNAMARIE TROMBETTA
the DEFENDANT therein named by delivering and leaving a true copy or copies of the aforementioned documents with ANNAMARIE TROMBETTA
said DEFENDANT personally.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: FEMALE COLOR: WHITE HAIR: BROWN
APP.AGE: 55-65 APP. HT: 5'8 APP. WT: 135
OTHER IDENTIFYING FEATURES

That at the time of service, as aforesaid, I asked the DEFENDANT whether he/she was in the military service of the United States Government, or of the State of New York, and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. Upon information and belief based upon the conversation and observation as aforesaid I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

18 Sworn to before me this
31ST day of AUGUST, 2022
SEPT

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

FREDDI SIMON 2066183
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-WEMED-7219694

EXHIBIT #5A

Fulton County Superior Court
***EFILED***LW

Motion To Dismiss EXHIBIT 6

10.

Trombetta was directed to file her purported Amended Complaint by January 17, 2020. On that date Trombetta filed a pleading entitled "Proposed Amended Complaint."

11.

Trombetta then untimely filed a pleading entitled the "Operative Amended Complaint" on February 21, 2020.

Wrong

12.

Trombetta's Amended Complaint alleged claims against WorthPoint, worthpoint.com, WSeippel, and Jason Packer, a WorthPoint employee.

13.

On March 19, 2020, Trombetta was ordered to effect service of the Amended Complaint on WorthPoint and WSeippel. Ms. Trombetta failed to properly effect service.

14.

On April 6, 2020, Trombetta was again ordered to effect service of the Amended Complaint on WorthPoint and WSeippel no later than May 21, 2020. Ms. Trombetta failed to properly effect service.

15.

Approximately one (1) full year after filing the Amended Complaint, Trombetta arranged service of process on WorthPoint and WSeippel. On Jan 1, 2020, service was delivered via certified mail to WorthPoint. On January 4, 2020, service was delivered via Certified Mail to WSeippel and SSeippel's home residence.

Exhibit 26B

Wrong Year

Wrong Year

Plaintiff's Evidence 000481

EXHIBIT #2A

**COUNT II – CLAIM FOR NEGLIGENT OR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS BY SEIPPEL**

Exhibit 26C

29.

Plaintiffs WSeippel and SSeippel reallege and incorporate by reference paragraphs 1 through 28 of the Complaint as if fully set forth herein.

30.

Trombetta wrongfully delayed proper service of the Amended Complaint.

31.

Trombetta then intentionally, maliciously, and wrongfully arranged for service to be delivered to coincide with the Christmas and New Years holiday in a direct effort to cause emotional distress to WSeippel, SSeippel and their family.

32.

As a result of Trombetta's misconduct, WSeippel and SSeippel have suffered emotional distress including mental anguish, headaches, trouble sleeping and anxiety.

33.

Seippel requests compensatory and punitive damages against Trombetta in an amount to be proven at or before trial.

WHEREFORE, Plaintiffs pray for trial by jury and judgment as follows:

(a) That each Plaintiff be awarded compensatory damages against Defendants for Trombetta's abusive litigation;

(b) That Plaintiff Seippel be awarded compensatory and punitive damages for Trombetta's infliction of emotional distress;

(12 of 15), Page 12 of 15 Case: 25-817, 05/12/2025, DktEntry: 21.4, Page 12 of 15

1/14/2021 USPS.com® - USPS Tracking® Results

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...

# USPS Tracking®

FAQs >

Exhibit # Page 1 17

Track Another Package +

Tracking Number: 70190160000091348478

Remove X

Your item was delivered to an individual at the address at 1:54 pm on January 11, 2021 in ROSWELL, GA 30075.

Jan 11, 2021
Delivered
January 11, 2021 at 1:54 pm
Delivered, Left with Individual
ROSWELL, GA 30075
Get Updates
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Roswell, GA 30075
OFFICIAL USE
Certified Mail Fee
$3.55
Extra Services & Fees
Return Receipt (hardcopy) $0.00
Return Receipt (electronic) $0.00
Certified Mail Restricted Delivery $0.00
Adult Signature Required $0.00
Adult Signature Restricted Delivery $0.00
Postage
$2.80
Total Postage and Fees
$9.20
0043
06
Postmark Here
01/04/2021
Mailed on Jan 4, 2021
7019 0160 0000 9134 8478
Sent To
William H. Seippel Sharon A. Seippel
190 Inwood Terrace
Roswell, Georgia, 30075
PS Form 3800, April 2015 PSN 7530-02-000-9047
See Reverse for Instructions
Feedback

Text & Email Updates

Tracking History

Exhibit 26 D

January 11, 2021, 1:54 pm
Delivered, Left with Individual
ROSWELL, GA 30075
Your item was delivered to an individual at the address at 1:54 pm on January 11, 2021 in ROSWELL, GA 30075.

January 11, 2021, 6:10 am
Out for Delivery
ROSWELL, GA 30075

ps://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70190160000091348478 1/2

Wrong

FOIA Forms Exhibit #6A

FOIA Summons III form 4
4/17

UNITED STATES DISTRICT COURT
for the
Southern District of New York

Annamarie Trombetta

Plaintiff

v.

William Seipple — Wrong Spelling
Worthpoint Corporation

Defendant

Civil Action No. 1:18-cv-00993-RA-SLC

SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
William Seipple — Wrong Spelling of Last Name
Worthpoint Corporation
5 Concourse Parkway, NE
Suite 2850
Atlanta, Georgia, 30328

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Wrong time of 30 days.

Annamarie Trombetta
175 East 96th Street (12R)
New York, New York, 10128
(Pro Se Litigant)

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Exhibit 27

CLERK OF COURT

Date: 08/07/2020

D. Sko

Signature of Clerk or Deputy Clerk



Annamarie Trombetta <atrombettaart@gmail.com>

## Plaintiff's Feb. 16, 2024 Letter & 13 Exhibits Re: Relevance and Derivation of 18-cv-0993 to WorthPoint's Lawsuit in Fulton County Ga.

**Annamarie Trombetta** <atrombettaart@gmail.com> Fri, Feb 16, 2024 at 2:33 PM
To: Temporary_Pro_Se_Filing@nysd.uscourts.gov

To Whom It May Concern,

Exhibit 28A

I , Annamarie Trombetta and I am the Flier in case 18-CV-0993

Plaintiff Annamarie Trombetta
Address 175 East 96th Street (12 R)
New York, New York 10128
Telephone (212) 427-5990

Plaintiff is filing a three page Letter to The Honorable Judge Swain dated February 16, 2024 Re Relevance and Derivation of 18-cv-0993 to WorthPoint's Lawsuit in Fulton County Ga. with EXHIBITS #1 to #13.

The attached 1-PDF with EXHIBITS #1 to #5 are included in the email.

PLEASE NOTE I will send a second email with 2-PDF EXHIBITS #5 to #8 and
3-PDF EXHIBITS #9 to #13

Thank you in advance for your anticipated cooperation and efforts.

Sincerely,

Annamarie Trombetta--Pro Se Plaintiff

---

**2 attachments**

**1_Feb.16,2024 EXHIBITS #1 to #4.pdf**
5168K

**Plaintiff's Letter to Judge Swain's RE: Relevance of Civil Action No. 18-cv-0993 to WorthPoint's Ga State Court Proceding .pdf**
529K

Gmail Annamarie Trombetta <atrombettaart@gmail.com

**\cknowledgment of Receipt** Exhibit 28 B

message

**'emporary Pro Se Filing NYSD** <pro_se_filing@nysd.uscourts.gov> Fri, Feb 16, 2024 at 2:34 Pl
'o: Annamarie Trombetta <atrombettaart@gmail.com>

# IMPORTANT INFORMATION, PLEASE REVIEW

Your email has been received by the Pro Se Intake Unit of the United States District Court for the Southern District of New York. (This is not the United States Bankruptcy Court.)
Documents from pro se litigants that meet the required standards for electronic filing will be filed and will appear on the ECF docket within two business days of receipt (see required standards below). If you send your document by email and it is accepted for filing, you should not deliver a hard copy version to the court.

Required Standards for Filing by Email:

- Documents must be attached to the email in PDF format, no larger than 10 megabytes;
- The email and attached document must contain the case number, filer's name, address, and telephone number;
- Documents must be signed by the filing party by either
  - (a) signing by hand and then scanning the document;
  - (b) signing electronically using a digital signature; or
  - (c) by typing: "s/Filer's Name;"
- Any additional comments, questions, or other messages in the email will be disregarded;
- Any additional correspondence included in the email will be disregarded.

You may confirm the filing of your document by reviewing the docket sheet. If you do not have access to ECF you may use McVCIS. McVCIS is a centralized interactive voice response system that provides callers with case information in English or Spanish by calling a toll-free number, (866) 222-8029. If your document does not appear on the ECF docket within two business days, it has not met the required standards for electronic filing. If so, you must submit your document to the court in paper form by (a) sending your document by mail, or overnight delivery service, to the appropriate courthouse listed below; or (b) delivering your document in person to the appropriate courthouse listed below during the hours of 9:30 AM to 3:30 PM; or (c) depositing your document after hours in the court's night depository box at the 500 Pearl Street, NY, NY courthouse. You may also call the Pro Se Intake Unit at (212) 805-0175, Monday to Friday 8:30 AM to 5:00 PM.

United States Courthouse
Pro Se Intake Unit
500 Pearl Street
New York, NY 10007

or

United States Courthouse
Pro Se Intake Unit
300 Quarropas Street
White Plains, NY 10601

For more information on the Standards for Filing by Email go to: https://nysd.uscourts.gov/sites/default/files/pdf/covid-19/Notice%20-%20Pro%20Se%20Email.pdf.

You can receive notifications by email of activity in your case by consenting to receive documents electronically. To do so, complete and mail the form found at https://nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

**You may make an appointment with the NYLAG Legal Clinic for Pro Se Litigants to receive free legal advice by completing the clinic's intake form on your computer or smartphone. Alternatively, leave a message at 212-659-6190.**