# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Trombetta

**CERTIFICATE OF SERVICE***

v.

Docket Number: 25 – 817

Novocin

I, _Annamarie Trombetta_ , hereby certify under penalty of perjury that
        (print name)
on _May 12, 2025_ , I served a copy of _Motion to Change Caption with 4_
     (date)
_Exhibits, Motion Information Statement – Form 1080 – Notice of Appearance_
           (list all documents)

by (select all applicable)**

___ Personal Delivery     ___ United States Mail     ___ Federal Express or other
                                                           Overnight Courier

___ Commercial Carrier     _X_ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Adam Ross Bialek | 150 East 42nd Street | New York, | NY | 10017 |
| Tona Farmer | 150 East 42nd Street | New York, | NY | 10017 |
| Anderson Josiah Duff | 43-10 Cresent St-Ste | Long Island City | NY | 11101 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

_May 12, 2025_                              _[signature]_
    Today's Date                                  Signature

Certificate of Service Form (Last Revised 12/2015)