

Adam Bialek
212.915.5143 (direct)
917.538.0616 (mobile)
Adam.Bialek@wilsonelser.com

May 15, 2025

**VIA ECF**
Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Attention: Taylor Esposito

RE:  Annamarie Trombetta v. Novocin et al.
  Docket No.: 25-817
  Our File No.: 19701.00006

Dear Ms. Esposito:

Further to our conversation this morning, this will confirm that the attorneys at Wilson Elser Moskowitz & Dicker LLP, counsel to Defendant WorthPoint Corporation, consent to email service and receipt of filing by email. We previously requested and confirmed consent for email service with plaintiffs Annamarie Trombetta and co-defendant's counsel Anderson Duff.

Please note that Wilson Elser's consent covers the undersigned, Jana Slavina Farmer and any other attorney from our firm who hereafter may make an appearance on behalf Defendant, WorthPoint Corporation in this matter.

Thank you in advance attention to this matter. Should you have any questions or comments, please do not hesitate to contact the undersigned.

Respectfully submitted,

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Adam R. Bialek
ARB/ab

cc:  Jana Slavina Farmer – Wilson Elser

90 Merrick Avenue, Suite 700 | Long Island, NY 11530 | p 516.228.8900 | f 516.228.0200 | wilsonelser.com
150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

313178337v.1

Annamarie Trombetta
annamarietrombettalegal@outlook.com
175 East 96th Street #12R
New York, NY 10128

Anderson Josiah Duff
ajd@hoganduff.com
43-10 Crescent St., Ste 1217
Long Island City, NY 11101

313178337v.1