CAPTION:

Trombetta

v.

Nodocin

**CERTIFICATE OF SERVICE***

Docket Number: 25-817

I, __Annamarie Trombetta__, hereby certify under penalty of perjury that
(print name)

on __May 12, 2025__, I served a copy of __Motion to Change Caption with 4
(date)
Exhibits, Motion Information Statement - Form 1080 - Notice of Appearance__
(list all documents)

by (select all applicable)**

___ Personal Delivery  ___ United States Mail  ___ Federal Express or other Overnight Courier

___ Commercial Carrier  _X_ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Adam Ross Bialek | 150 East 42nd Street | New York | NY | 10017 |
| Iona Farmer | 150 East 42nd Street | New York | NY | 10017 |
| Anderson Josiah Doff | 43-10 Cresent St - Ste | Long Island City | NY | 11101 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__May 12, 2025__
Today's Date

__[signature]__
Signature

Certificate of Service Form (Last Revised 12/2015)

*[Handwritten annotations across top: "Exhibit #1 Attorney Adam Bialek Request To Serve by Email May 6, 2025"]*

# Outlook

## Email Service

**From** Bialek, Adam <Adam.Bialek@wilsonelser.com>
**Date** Tue 5/6/2025 1:51 PM
**To** annamarietrombettalegal@outlook.com <annamarietrombettalegal@outlook.com>; Annamarie Trombetta <atrombettaart@gmail.com>; trombettaart@yahoo.com <trombettaart@yahoo.com>; ajd@hoganduff.com <ajd@hoganduff.com>; anderson@revisionlegal.com <anderson@revisionlegal.com>; ajd@andersonjduff.com <ajd@andersonjduff.com>
**Cc** Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Cahill, John <John.Cahill@wilsonelser.com>

Dear Annamarie:

I understand that you have filed your notice of appeal. I will be addressing that separately. In the interim, please confirm that email service is acceptable to you. Otherwise, the parties, including you, will need to formally serve papers by mail. Since Jana and I are located in different offices, you would need to send papers to different offices.

We believe that service by mail will be an unnecessary expense for all parties and therefore we are suggesting a way to limit the expense.

Please confirm your agreement to email service and advise which of your email addresses we should use.

Anderson: do we have your consent? Please let us know which email address to use for you if you agree.

Regards,

Adam

Adam R. Bialek
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E. 42nd St.
New York, NY 10017
(212) 490-3000
Direct (212) 915-5143
Fax (212) 490-3038
Cell (917) 538-0616
Adam.Bialek@wilsonelser.com

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser Moskowitz Edelman & Dicker LLP provides to you either in the body of this or any email or in an attachment without first speaking with the attorney in our office who is handling your transaction. Further, DO NOT accept emailed wire instructions from anyone else without voice verification. Even if an email looks like it has come from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

Thank you.

*[Handwritten annotation across top: Exhibit #2 Consent to Serve via Email From Attorney Anderson Duff May 6, 2025]*

# Outlook

## Re: Email Service

**From** Anderson Duff <ajd@hoganduff.com>
**Date** Tue 5/6/2025 1:53 PM
**To** Bialek, Adam <Adam.Bialek@wilsonelser.com>
**Cc** Annamarie Trombetta <annamarietrombettalegal@outlook.com>; Annamarie Trombetta <atrombettaart@gmail.com>; trombettaart@yahoo.com <trombettaart@yahoo.com>; Anderson Duff <anderson@revisionlegal.com>; Stephen <ajd@andersonjduff.com>; Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Cahill, John <John.Cahill@wilsonelser.com>

You have my consent. Please use ajd@hoganduff.com.

Best,

-Anderson-
646.450.3607

On Tue, May 6, 2025, 1:51 PM Bialek, Adam <Adam.Bialek@wilsonelser.com> wrote:
> Dear Annamarie:
>
> I understand that you have filed your notice of appeal. I will be addressing that separately. In the interim, please confirm that email service is acceptable to you. Otherwise, the parties, including you, will need to formally serve papers by mail. Since Jana and I are located in different offices, you would need to send papers to different offices.
>
> We believe that service by mail will be an unnecessary expense for all parties and therefore we are suggesting a way to limit the expense.
>
> Please confirm your agreement to email service and advise which of your email addresses we should use.
>
> Anderson: do we have your consent? Please let us know which email address to use for you if you agree.
>
> Regards,
>
> Adam
>
> Adam R. Bialek
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 150 E. 42nd St.
> New York, NY 10017
> (212) 490-3000
> Direct (212) 915-5143
> Fax (212) 490-3038
> Cell (917) 538-0616
> Adam.Bialek@wilsonelser.com

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser Moskowitz Edelman & Dicker LLP provides to you either in the body of this or any email or in an attachment without first speaking with the attorney in our office who is handling your transaction. Further, DO NOT accept emailed wire instructions from anyone else without voice verification. Even if an email looks like it has come from this office or someone involved in your transaction, CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

*[Handwritten annotation across top: "Exhibit #3 Plaintiff's Consent to Serve via Email on May 9, 2025"]*

## Outlook

**Re: Email Service**

**From** Annamarie Trombetta <annamarietrombettalegal@outlook.com>
**Date** Fri 5/9/2025 2:48 PM
**To** Bialek, Adam <Adam.Bialek@wilsonelser.com>; Anderson Duff <ajd@hoganduff.com>
**Cc** Annamarie Trombetta <atrombettaart@gmail.com>; trombettaart@yahoo.com <trombettaart@yahoo.com>; Anderson Duff <anderson@revisionlegal.com>; Stephen <ajd@andersonjduff.com>; Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Cahill, John <John.Cahill@wilsonelser.com>

Dear Mr. Bialek and to all the other attorneys,

The Certificate of Service does have an E-mail on Consent option. Of course I would choose anything easy.

I consent and agree to service my email.

Enjoy your weekend and Happy Mother's Day to all applicable parties,

Annamarie Trombetta

---

**From:** Bialek, Adam <Adam.Bialek@wilsonelser.com>
**Sent:** Tuesday, May 6, 2025 2:06 PM
**To:** Anderson Duff <ajd@hoganduff.com>
**Cc:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>; Annamarie Trombetta <atrombettaart@gmail.com>; trombettaart@yahoo.com <trombettaart@yahoo.com>; Anderson Duff <anderson@revisionlegal.com>; Stephen <ajd@andersonjduff.com>; Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Cahill, John <John.Cahill@wilsonelser.com>
**Subject:** Re: Email Service

Thanks Anderson. We consent too. Annamarie?

Adam R. Bialek
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E. 42nd St.
New York, NY 10017
(212) 490-3000
Direct (212) 915-5143
Fax (212) 490-3038
Cell (917) 538-0616
Adam.Bialek@wilsonelser.com

On May 6, 2025, at 1:56 PM, Anderson Duff <ajd@hoganduff.com> wrote:

**EXTERNAL EMAIL** This email originated from outside the organization.

You have my consent. Please use ajd@hoganduff.com.

Best,

-Anderson-
646.450.3607

On Tue, May 6, 2025, 1:51 PM Bialek, Adam <Adam.Bialek@wilsonelser.com> wrote:
Dear Annamarie:

I understand that you have filed your notice of appeal. I will be addressing that separately. In the interim, please confirm that email service is acceptable to you. Otherwise, the parties, including you, will need to formally serve papers by mail. Since Jana and I are located in different offices, you would need to send papers to different offices.

We believe that service by mail will be an unnecessary expense for all parties and therefore we are suggesting a way to limit the expense.

Please confirm your agreement to email service and advise which of your email addresses we should use.

Anderson: do we have your consent? Please let us know which email address to use for you if you agree.

Regards,

Adam

Adam R. Bialek
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E. 42nd St.
New York, NY 10017
(212) 490-3000
Direct (212) 915-5143
Fax (212) 490-3038
Cell (917) 538-0616
Adam.Bialek@wilsonelser.com

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser Moskowitz Edelman & Dicker LLP provides to you either in the body of this or any email or in an attachment without first speaking with the attorney in our office who is handling your transaction. Further, DO NOT accept emailed wire instructions from anyone else without voice verification. Even if an email looks like it has come from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser Moskowitz Edelman & Dicker LLP provides to you either in the body of this or any email or in an attachment without first speaking with the attorney in our office who is handling your transaction. Further, DO NOT accept emailed wire instructions from anyone else without voice verification. Even if an email looks like it has come from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

 Outlook

**Plaintiff Motion Statement Motion to Change Caption EXHIBITS**

From  Annamarie Trombetta <annamarietrombettalegal@outlook.com>
Date  Mon 5/12/2025 4:56 PM
To    Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; ajd@andersonjduff.com <ajd@andersonjduff.com>; ajd@hoganduff.com <ajd@hoganduff.com>

5 attachments (23 MB)
1-Mot. Ch. Cap. EX#1 -EX#4.pdf; 2-Mot Ch Cap. EX5A-EX9E.pdf; Certificate of Service.pdf; Form-D-P Annamarie Trombetta.pdf; FormT-1080 Mot. to Ch Cap. Purs. FRAP 27.pdf;

To All Parties,

Attached please find the following documents

1-Form-1080 with Motion t in Support o Change Caption.

2- FormD-P

3--Certificate of Service

4- Exhibits in Support of Motion

This is one of two emaills.

Annamarie Trombetta

 Outlook

**Motion to Change Caption Exhibits #4 --#5**

From Annamarie Trombetta <annamarietrombettalegal@outlook.com>
Date Mon 5/12/2025 4:56 PM
To Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; ajd@andersonjduff.com <ajd@andersonjduff.com>; ajd@hoganduff.com <ajd@hoganduff.com>

3 attachments (28 MB)
4-Mot. ChCapEX#13A -EX22E.pdf; 5-Mot.Ch Cap EX #22A- EX 28B.pdf; 3-Mot. Ch. Cap EX#10A EX#12E.pdf;

To All Parties,

This isytwoyof two emails.yThis one has the rest of my Exhibitsyto Support myyMotionyfor a Caption Change,y

#3 Exhibits.y

#4 Exhibits

#5 Exhibits

Regards,

Annamarie Trombetta

**FS** Farmer, Jana S.<Jana.Farmer@wilsonelser.com>

To: You


Mon 5/12/2025 4:57 PM

Thank you for your message. I am currently travelling through May 17th.

During this time, I will be checking my email but my response may be somewhat delayed. For time-sensitive issues that require my direct attention, you may reach me via text.

Thank you for your understanding.

Best regards,

Jana Slavina Farmer, AIGP, CIPP/US, FIP
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604
914.872.7247 (Direct)
914.552.9644 (Cell)
914.323.7000 (Main)
914.323.7001 (Fax)
jana.farmer@wilsonelser.com