# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Trombetta v. Worthpoint        Docket No.: 25-817

Lead Counsel of Record (name/firm) or Pro se Party (name): Adam R. Bialek, Wilson Elser Moskowitz Edelman & Dicker, LLP
150 E. 42nd Street, New York, NY 10017

Appearance for (party/designation): Worthpoint Corporation

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(x) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(x) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.  Please change the following parties' designations:
    Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(x) Correct
( ) Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____        Fax: _____
Email: _____

## RELATED CASES

(x) This case has not been before this Court previously.
( ) This case has been before this Court previously.  The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (x) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on August 4, 2020     OR that ( ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: Adam R. Bialek /s/
Type or Print Name: Adam R. Bialek
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Trombetta v. Worthpoint                    Docket No.: 25-817

Lead Counsel of Record (name/firm) or Pro se Party (name): Adam R. Bialek, Wilson Elser Moskowitz Edelman & Dicker, LLP
150 E. 42nd Street, New York, NY 10017

Appearance for (party/designation): Worthpoint Corporation

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(x) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(x) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
         Parties: _____
( ) Incorrect.   Please change the following parties' designations:
         Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(x) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____                Fax: _____
Email: _____

### RELATED CASES

(x) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that (x) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on August 4, 2020   OR that ( ) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: Adam R. Bialek /s/
Type or Print Name: Adam R. Bialek
         OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.