The United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York, 10001

Annamarie Trombetta
175 East 96th Street (12 R)
New York. New York 10007

May 14, 2025

RE: Case 25-817— Failure of Attorneys for WorthPoint Corporation to Mail Plaintiff Correct
Documents informing that Jana Farmer will be an attorney on this case.
— Failure of Jana Farmer to respond and consent to Service by emails.

To The United States Court of Appeals for the Second Circuit :

On May 6, 2025, in Case 25-817, the named attorney, Adam Bialek for Defendant, WorthPoint Corporation, emailed Plaintiff, Annamarie Trombetta, if I would consent to Service by email. The first Defendant attorney in Trombetta v. Novocin, Anderson Duff with a CC to Jana Farmer, were on the email addresses from Mr. Bialk's, consent to file and have the Certificate of Service be sent via email. On May 6, 2025, attorney Anderson Duff sent his written email consented to email service. Plaintiff waited till May 9, 2025, to see if any further emails from attorney Jana Farmer or attorney John Cahill would be sent to confirm and consent to service by email. Both attorneys failed to respond to to Mr. Bialek's email to consent to service by email. Plaintiff assumed since Mr. Bialek requested service by email, that his legal colleagues were aware of his request. In short, I did not know Ms Farmer made an appearance or that needed Ms. Farmer's consent to serve my May 12, 2025 documents by email. Plaintiff is a Pro Se litigant and such nuanced details are not known to me.

On May 12, 2025, Plaintiff emailed my May 12, 2025 1080 Motion Statement — Motion Pursuant to FRAP 27 to Change Caption to include WorthPoint Corporation with Supporting Exhibits—-and Form D-P— and the Certificate of Service by Email to all attorneys. On May 12, 2025, I confirmed with the clerk of Court and with my case manager, Tracy Esposito, that my filings and email had been received. At the time of my phone confirmation, I informed Ms.Esposito I filed multiple exhibits with my motion. Ms. Esposito promptly informed me such large filings requires the production of three separate copies of all filed documents. On May 13, 2025, Plaintiff filed the required three copies of documents in person on or around 12:55 pm, the clerk of Court stamped my documents

Today on Wednesday, May 14, 2025, it was brought to my attention by my case manager, Taylor Esposito that attorney Jana Farmer's did not respond or consent to Mr. Bialek's email to consent to file by email. Technically, Ms. Farmer's lack of consent to Plaintiff, required me to mail all the documents to Ms. Farmer by US Postal Service. The confusion Generated by the attorneys at Wilson Elser law firm were further complicated.

Allegedly, on May 6, 2025, the law firm of Wilson Elser, for Defendant WorthPoint Corporation, mailed incorrect documents to the Plaintiff. These documents were allegedly filed with the Court on May 6, 2025. Upon examination mailed documents from Wilson Elser, the enclosures were an unrelate, old, 2021 Court Response from a case in Rhode Island. The only relevant document was one dated May 6, 2025 a Certificate of Service which states that it was sent email and by US Postal mail. Plaintiff received by email and by US Postal mail one Certificate of Service. These confusing documents from the Wilson Elser mailing, were devoid of any information that Ms. Jana Farmer will be on the Case -25-817.

Plaintiff informs the Court that on May 14, 2025, the same day Ms. Esposito brought the lack of Ms. Farmer's consent to my attention, Plaintiff promptly mailed Ms. Farmer via US Postal Mail, mailed a printed version, that I emailed to Ms. Jana Farmer on the May 12, 2025.

If the attorneys for WorthPoint Corporation mailed the Plaintiff the correct documents on time, Plaintiff would not have had to correct this issue. The unrelated documents mailed to Plaintiff in error were the mistake of the law firm. Plaintiff was not aware Jana Farmer was added as an attorney. Nor did I have her correct address until I emailed Ms. Farmer. As a Pro Se litigant, such nuanced mistakes, such as the lack of consent by Ms. Jana Farmer to receive service by email, is crucial and infringes on Plaintiff's ability to meet the requirements of The The United States Court of Appeals for the Second Circuit.

Upon being notified to mail Ms. Jana Farmer a hard copy via Mail, I have done so immediately. Again, on May 12, 2025, I did email Ms. Jana Farmer , Adam Bialek and Anderson Duff all the required and aforementioned documents. Additionally, on May 14, 2025, Plaintiff filed with the Court, all the unrelated documents incorrectly mailed to the Plaintiff. On May 14, 2025, I have also contacted Ms. Jana Farmer by email seeking consent for future filings via service by email. To date, I am awaiting Ms. Farmer's response.

As a confirmation of my US Postal mailing and all the aforementioned, documents I include this letter which has been notarized for the Courts' acceptance.

Sincerely,

*[signature]*

Annamarie Trombetta

PLAINTIFF :                                              NOTARY. :

*[signature]*                                            *[signature]*

_____                                  _____

May 14, 2025                                             May 14, 2025

Nafiu Zahid Shoisob
Notary Public State of New York
01SH0022453
Qualified in Bronx County
Commission Expires March 18, 20 28

Annamarie Trombetta
175 East 96th Street (12R)
New York, New York 10128
Tel. (929) 286-3235

May 13, 2025

RE: In Person -Delivery —Three Copies of Form 1080—with May 12, 2025

Motion to Amend Caption Change to Include WorthPoint Corporation

Pro Se Plaintiff emailed and filed the attached documents to change the caption

Of my appeal case on May 12, 2025. Upon confirming with the Appeals' Clerk

Of Court my emailed files were received, I was informed any filing over 50

pages required the submission of three additional printed copies of the May

12, 2025 filing.

Please find the three copies of the Motion with Exhibits documents.

Sincerely,

*Annamarie Trombetta* (signature)

Annamarie Trombetta

May 13, 2025

---

Please sign to confirm receipt of three 1080- Motion with Exhibits — copied documents.

---

May 13, 2025