# EXHIBITS - Case 25-817-May 14, 2025

# RE: Failure of WorthPoint's Attorneys to Email and Mail Plaintiff Correctly Filed Court Documents-May 6, 2025

**EXHIBIT #1**  May 12, 2025, email confirmation Attorney Jana Farmer of Plaintiff's Form-DP - Certificate of Service by Email Form 1080- Motion Statement of Information with Motion Pursuant to FRAP 27 with Exhibits

**EXHIBIT #2**  May 14, 2025 Mailing Plaintiff's ofForm-DP - Certificate of  Service by US Postal Mail —by May 17, 2025. Form 1080- Motion Statement of Information with Motion Pursuant to FRAP 27 with Exhibits

**EXHIBIT #3**  Plaintiff's May 14, 2025, Certificate of Service by US Postal Mail.

**EXHIBIT #4**  Plaintiff's May 14, 2025 email to Attorney Jana Farmer Requesting Consent to serve by email.

**Exhibit #1**
**Farmer Email May 12, 2025**



**Farmer, Jana S.** <Jana.Farmer@wilsonelser.com>
To: You

Mon 5/12/2025 4:57 PM

Thank you for your message. I am currently travelling through May 17th.

During this time, I will be checking my email but my response may be somewhat delayed. For time-sensitive issues that require my direct attention, you may reach me via text.

Thank you for your understanding.

Best regards,

Jana Slavina Farmer, AIGP, CIPP/US, FIP
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604
914.872.7247 (Direct)
914.552.9644 (Cell)
914.323.7000 (Main)
914.323.7001 (Fax)
jana.farmer@wilsonelser.com



# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Trombetta
_____

Exhibit #2

**CERTIFICATE OF SERVICE***

Docket Number: 25-817

v.

Novicon
_____

I, **Annamarie Trombetta**, hereby certify under penalty of perjury that
on **May 14, 2025**, I served a copy of **1) Form D-p2) 1080 Form Motion Statement with Pl. Motion Pursuant FRAP 27 with Exhibits 5)**
(list all documents)

by (select all applicable)**

___ Personal Delivery    **X United States Mail**    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Ms. Jana Farmer | Wilson Elser Law Firm 1133 Westchester Ave | White Plains | NY | zip 10604 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**May 14, 2025**
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)

Exhibit #4

## Outlook

**Case 25-817 Annamarie Trombetta Consent to be Served by Email**

From Annamarie Trombetta <annamarietrombettalegal@outlook.com>
Date Wed 5/14/2025 2:50 PM
To    Farmer, Jana S. <Jana.Farmer@wilsonelser.com>

2 attachments (7 MB)
EX#1_Case-25-817_WorthPoint Attorneys-Request to Serve via Email.pdf; Unrelated Documents from Wilson, Elser_mailed with May 6, 2025 Certificate of Service_Case 25-817.pdf;

Screenshot 2025-05-1...

To Ms. Farmer,

On May 6, 2025, Mr. Bialek sent me an email requesting my consent for service to be sent by email.

Please review the Attachment labled Ex. #1. On May 6, 2025 --Attorney Anderson Duff consented to service by email.

On May 9, 2025, Plaintiff-Annamarie Trombetta consented to service by email.

Despite a CC to your email address JanaFarmer@wilsonelsor.com, I did NOT receive a consent of service by email.

On May 12, 2025, I did receive an email confirmation that you received my message and documents. Please see attached.

I am contacting your due to the fact that your firm did NOT mail the correct documents filed with the Appeals Court. Instead I received a 2021 Defendant's Responses to Plaintiff's First Set of Interrogatories.
In the United States District Court of Rhode Island. This error is not Correct .
I am requesting that I be mailed a copy of the appropriate documents that were incorrectly mailed by Angela Belvedere Triscari.

Plaintiff has not received the appropriate documents by email nor by mail. I am requesting a copy of the correct documents be mailed to me.


Please confirm and consent if you wish to receive service by email.
Please confirm receipt of my May 12, 2025 email of the 1080 Motion Statement—with Motion Pursuant to FRAP with Exhibits. Please confirm receipt of the -D-P Form

  1- My Form D-P
  2- The Motion Information Statement Form T-1080 attached to Plaintiff's Motion Request for a Caption Change Pursuant to FRAP Rule 27 with
     3-Supporting Exhibits File #1 and File #2
     4- My Certificate of Service . Attached please find my Certificate of Service to the Opposing Counsel.

Kindly confirm all of the above. Most important for future filings please Consent-- Yes or No on email service.

Sincerely,

Annamarie Trombetta