# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Trombetta v. Novocin

Docket No.: 25-817

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Jana Slavina

Firm: Wilson Elser Moskowitz Edelman & Dicker LLP

Address: 1133 Westchester Avenue, White Plains, NY 10017

Telephone: 914.872.7247

Fax: 914.323.7001

E-mail: jana.slavin@wilsonelser.com

Appearance for: Worthpoint Corporation
(party/designation)

Select One:

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[x] Additional counsel (co-counsel with: Adam R. Bialek, Wilson Elser Moskowitz Edelman & Dicker, LLP )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[x] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on February 14, 2023

OR

[ ] I applied for admission on _____

Signature of Counsel: Jana Slavina /s/

Type or Print Name: Jana Slavina

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Trombetta v. Worthpoint                                   Docket No.: 25-817

Lead Counsel of Record (name/firm) or Pro se Party (name): Adam R. Bialek, Wilson Elser Moskowitz Edelman & Dicker, LLP
150 E. 42nd Street, New York, NY 10017

Appearance for (party/designation): Worthpoint Corporation

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

Caption as indicated is:
[x] Correct
[ ] Incorrect.  See attached caption page with corrections.

Appellate Designation is:
[x] Correct
[ ] Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _____
[ ] Incorrect.  Please change the following parties' designations:
    Party                           Correct Designation

Contact Information for Lead Counsel/Pro Se Party is:
[x] Correct
[ ] Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

## RELATED CASES

[x] This case has not been before this Court previously.
[ ] This case has been before this Court previously.  The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that ([x]) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on August 4, 2020 _____ OR that ([ ]) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: Adam R. Bialek /s/
Type or Print Name: Adam R. Bialek

OR

Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

## Trombetta

v.

## Novocin et al

**CERTIFICATE OF SERVICE***

Docket Number: 25-817

I, **Angela Belvedere Triscari**, hereby certify under penalty of perjury that
(print name)
on May 6, 2025, I served a copy of _____
(date)
(1) Acknowledgment of Notice of Appearance for Adam Bialek and (2) Notice of Appearance Form for Additional Counsel for Jana Farmer
(list all documents)

by (select all applicable)**

___ Personal Delivery    **X** United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    **X** E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Annamarie Trombetta | 175 East 96th Street Apt 12R | New York | NY | 10128 |
| Anderson Josiah Duff | 43-10 Crescent St. Ste 1217 | Long Island City | NY | 11101 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**May 6, 2025**          *Angela Belvedere Triscari*
Today's Date                Signature

Certificate of Service Form (Last Revised 12/2015)