# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of May, two thousand twenty-five.

Annamarie Trombetta, Artist,

    Plaintiff - Appellant,

v.

Norb Novocin, Marie Novocin, Estate Auctions, Inc., WorthPoint Corporation,

    Defendants - Appellees,

William Seippel, Worthpoint.com, Jason Packer, Employee at Worthpoint Corporation,

    Defendants.

**ORDER**

Docket No. 25-817

Appellant, pro se, moves to amend to caption to include WorthPoint Corporation.

IT IS HEREBY ORDERED that the motion is DENIED as unnecessary because WorthPoint Corporation is already listed as an Appellee in this matter.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

