**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: May 16, 2025
Docket #: 25-817
Short Title: Trombetta v. Novocin

DC Docket #: 1:18-cv-993
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Laura Taylor Swain

## CASE STATUS UPDATE NOTICE

In response to your letter dated May 14, 2025, your appeal is open. Please note the attached copy of the docket sheet.

Inquiries regarding this case may be directed to 212-857-8568.