# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Trombetta v. Novocin                                                                 Docket No.: 25-817

Lead Counsel of Record (name/firm) or Pro se Party (name): Anderson J. Duff / Lincoln Square Legal Services, Inc., Fordham University School of Law 150 West 62nd Street, Ninth Floor, New York, New York 10023

Appearance for (party/designation): Defendants / Appellees Norb Novocin, Marie Novocin, and Estate Auctions, Inc.

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
  Parties: _____
( ) Incorrect.   Please change the following parties' designations:
  Party                                     Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
(✔) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen

Name: Anderson J. Duff
Firm: Lincoln Square Legal Services, Inc.
Address: Fordham University School of Law, 150 West 62nd Street, Ninth Floor, New York, New York 10023
Telephone: 646.450.3607                                   Fax: _____
Email: aduff1@lsls.fordham.edu

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are:_____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that ( ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that (✔) I applied for admission on May 21, 2025 _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: [signature]
Type or Print Name: Anderson J. Duff
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

ADDENDUM A TO ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Instructions: This addendum must be (1) completed by counsel whom the Court has not yet admitted or approved for renewed admission, (2) submitted in CM/ECF as a separate attachment when filing the Acknowledgment and Notice of Appearance (use the multiple attachments option in CM/ECF when filing the Acknowledgment and Notice of Appearance) with client personal contact information redacted, and (3) submitted in unredacted form in accordance with the procedures outlined in Local Rule 25.2(c) and (d). If counsel represents multiple parties in the same appeal for which the Acknowledgment and Notice of Appearance is being filed, the attorney must separately list each client and provide the client's personal contact information. Attach additional pages as necessary.

**Case Information:**

Short Title: Trombetta v. Novocin       Docket Number: 25-817

**Personal Contact Information:**

Client 1:

Name: Norb Novocin
Address: 14 O'Daniel Avenue Apt. D, Newark, Delaware 19711
Telephone: 302.500.0811       Fax:
Email: norb@novocin.com

Client 2:

Name: Marie Novocin
Address: 14 O'Daniel Avenue Apt. D, Newark, Delaware 19711
Telephone: 302.500.0811       Fax:
Email: norb@novocin.com

Client 3:

Name: Estate Auctions, Inc.
Address: 14 O'Daniel Avenue Apt. D, Newark, Delaware 19711
Telephone: 302.500.0811       Fax:
Email: norb@novocin.com

Client 4:

Name:
Address:
Telephone:       Fax:
Email:

Client 5:

Name:
Address:
Telephone:       Fax:
Email: