# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Trombetta v. Novocin                                             Docket No.: 25-817

Lead Counsel of Record (name/firm) or Pro se Party (name): Anderson J. Duff / Lincoln Square Legal Services, Inc., Fordham University School of Law 150 West 62nd Street, Ninth Floor, New York, New York 10023

Appearance for (party/designation): Defendants / Appellees Norb Novocin, Marie Novocin, and Estate Auctions, Inc.

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
Parties: _____
( ) Incorrect. Please change the following parties' designations:
Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
(✔) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen

Name: Anderson J. Duff
Firm: Lincoln Square Legal Services, Inc.
Address: Fordham University School of Law, 150 West 62nd Street, Ninth Floor, New York, New York 10023
Telephone: 646.450.3607                         Fax: _____
Email: aduff1@lsls.fordham.edu

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that ( ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that (✔) I applied for admission on May 21, 2025 _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: [signature]
Type or Print Name: Anderson J. Duff
OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.