# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

_____

                                                    **CERTIFICATE OF SERVICE**\*

                                v.                  Docket Number: _____

_____

I,_____, hereby certify under penalty of perjury that
                    (print name)

on _____, I served a copy of _____
            (date)

_____
                                (list all documents)

by (select all applicable)\*\*

___ Personal Delivery          ___ United States Mail          ___ Federal Express or other
                                                                   Overnight Courier

___ Commercial Carrier         ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

\*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding.  The Court will reject papers for filing if a certificate of service is not simultaneously filed.

\*\*If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

_____              _____
     Today's Date                              Signature

Certificate of Service Form (Last Revised 12/2015)