# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Trombetta

v.

Novocin et al

**CERTIFICATE OF SERVICE***

Docket Number: 25-817

I, Angela Belvedere Triscari, hereby certify under penalty of perjury that
(print name)

on June 4, 2025, I served a copy of Response to Motion
(date)

(1) Acknowledgment of Notice of Appearance for Adam Bialek and (2) Notice of Appearance Form for Additional Counsel for Jana Farmer

(list all documents)

by (select all applicable)**

___ Personal Delivery         X  United States Mail         ___ Federal Express or other Overnight Courier

___ Commercial Carrier        X  E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Annamarie Trombetta | 175 East 96th Street Apt 12R | New York | NY | 10128 |
| Anderson Josiah Duff | 43-10 Crescent St. Ste 1217 | Long Island City | NY | 11101 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

June 4, 2025                                              *Angela Belvedere Triscari*
Today's Date                                                    Signature

Certificate of Service Form (Last Revised 12/2015)