# EXHIBITS WITH JULY 31, 2025 Letter

**EXHIBIT #1    Full page askART Terms of Useon askART's website.  PLEASE READ SECTION Ownership Restrictions Trademark**

[Image of askART Terms of Service and Internet Privacy Policy page, marked as Case 1:18-cv-00993-RA-SLC Document 72 Filed 07/13/20, Page 28 of 39, with handwritten "Exhibit 14" notation. Contains sections: ACCEPTANCE OF TERMS, LICENSE TO USE THE SITE, OWNERSHIP; RESTRICTIONS; TRADEMARKS (highlighted), USE OF INFORMATION. URL: https://www.askart.com/SiteTerms.aspx]

## EXHIBIT#2 Defendants EAI Willful Denial of Plaintiff's 1972 Signatures PROOF

Case 1:18-cv-00993-LTS-SLC    Document 504    Filed 06/14/23    Page 4 of 24

4 of 24




### PLAINTIFF"S STATEMENT OF MATERIAL FACTS NO. 15

*15[a]. There is no dispute that the signature A. Trombetta ,on the front of the 1972 Original Oil Painting entiled Man With Red is not the Plaintiff's signature. (Pl. Declaration ¶¶ 34 Ex. 47)*

**EAI Defendants' Response: Disputed. The record does not demonstrate with evidence aside from Plaintiff's testimony that this statement is true, and Plaintiff has demonstrated that she is willing to make misrepresentations while under oath.**

       Plaintiff brings to the Court's attention on April 8, 2022 Plaintiff produced from my 1972 notebook three examples of my "authentic 1972 childhood signatures" **EXHIBIT #2 A** My evidence inserted below., was produced to both Defendants over a year and a half ago.





**EXHIBIT#3 Defendants Fraudulent Defective Evidence AskART Archive Bio**



**EXHIBIT #4  Plaintiff TRUE askART webpage with Sept. 22, 2015 capture notice.**

[Screenshot of Case 1:18-cv-00993-LTS-SLC Document 517-4 Filed 06/29/23 Page 36 of 38, displayed sideways. Handwritten annotations read "EXHIBIT #30.B" and "True askART webpage". The image shows a web.archive.org capture dated 22 Sep 2015 of askart.com artist page for Annamarie Trombetta (born 1963).]

URL: https://www.askart.com/artist/Annamarie_Trombetta/11156459/Annamarie_Trombetta.aspx
Wayback capture: web.archive.org/web/20150922105738/https://www.askart.com/artist/A...
1 capture 22 Sep 2015

askART — What's my art worth?  Auction Records  Research Art  Buy / Sell  Our Services

Annamarie Trombetta (born 1963)

Annamarie Trombetta is active/lives in New York. Annamarie Trombetta is known for geometric still life arrangements-painting.

The Artist | Auction Records | Buy / Sell | Resources

- Overview
- Biography
- Quick Facts
- Get Alerts

- Auction Records (0)
- Upcoming Auctions (0)
- What's my art worth?
- Charts

- For Sale (0)
- Wanted (0)
- Dealers (0)
- Place an Ad

- Signatures (0)
- Related Artists
- Publications
- Samples of work

Biography Annamarie Trombetta

The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for m ... Displaying 750 of 8277 characters.

> Continue reading about Annamarie Trombetta

Discover art and art p...
- Auction rec
- Record pric
- Artist signa
- More abou

Subscribe / Sign in

Plaintiff000259

**EXHIBIT#5 Plaintiff's Original Hand Written Draft of Self Authored Biography**

