**EXHIBIT #6 2003 Website Biography of Annamarie Trombetta with CMI & DMCA notices**



**EXHIBIT#7   Letter Confirming Exhibit Re-Presenting <u>Representation</u> Arnot Art Museum**

Plaintiff's Evidence 000389

**ARNOT ART MUSEUM**

EXHIBIT#2 A

December 2, 2002

235 LAKE STREET
ELMIRA, NEW YORK 14901-3191
607-734-3697
FAX 607-734-5687

Ms. Annamarie Trombetta
175 E. 96th Street
Apt. 14P
New York, NY   10128

Re:  Re-presenting Representation VI

Dear Annamarie:

I am enclosing the loan agreement for the following works of art that our Director/curator, John O'Hern has requested to borrow for the above exhibit.

Annamarie Trombetta
*Cardinal Numbers I* - oil

Please review the agreement and correct or complete any information regarding the art work that is missing (highlighted in yellow). All of the information on the forms must be complete in order for me to get the information accurately in our catalogue and for our records. If you do not have this information, please let me know as soon as possible.  Please sign at the bottom by the red x and return to me in the enclosed postage paid envelope.  I will forward a fully signed copy back to you.

If you have a transparency, please forward it with this loan agreement. I must have slides or transparencies by December 10, 2002 for possible inclusion in our catalogue.

We will be in touch regarding shipping arrangements. Please make sure you specify clearly on the loan from there pick up of the art work will be.  I expect pick up in the NYC area in early March, 2003.  If you have any questions or concerns regarding the loan, please feel free to call me (607) 734-3697 ext. 131.  My email is: maryhickey@arnotartmuseum.org

Sincerely,

Mary

Mary C. Hickey
Director of Operations
Encs.

PS.  Here is the catalogue from our last exhibit!  Hope you like it.

**EXHIBIT#8 WP Willful Denial of Plaintiff's Self Authored Bio & Realist Artist PROOF**

Case 1:18-cv-00993-RA-SLC Document 479 Filed 05/30/23 Page 1 of 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Annamarie Trombetta,

        Plaintiff          C.A. NO. 18-CV-993 (RA) (SLC)

VS.

Norb Novocin, Marie Novocin and
Estate Auctions Inc. and WorthPoint Corp.,

        Defendants.

### DEFENDANT'S WORTHPOINT CORP.'s COUNTER STATEMENT OF FACTS

Pursuant to Rule 56.1(b) of the Local Rules of the United States Courts for the Eastern and Southern Districts of New York, Defendant WorthPoint Corporation ("WorthPoint") responds as follows to each statement, numbered 1 through 18, in Plaintiff's Rule 56.1 Statement of Undisputed Material Fact In Support of Plaintiff, Annamarie Trombetta's Motion for Summary Judgment in the above-captioned action:

**Plaintiff's Statement #1**[1]

Artist Annamarie Trombetta known professionally as a realist artist created a self authored biography for the artist's personal catalog and artist website in 2003, New York City. The self authored personal biography which contained irrefutable, personal, ("Subject Infringed Self Authored Biography"), self identifying information to artist Annamarie Trombetta as the one and only true author of the artist's personal life experiences (birthplace) travels, education and professional colleagues and friends.

**Response:** WorthPoint lacks sufficient information to form a belief as to the truth of this compound statement. Furthermore, Plaintiff failed to timely file or serve the Declaration that she is citing in purported support of this statement.

---

[1] Plaintiff's 56.1 Statement contains two statements No. 15. WorthPoint's response addresses each statements consecutively, meaning that response No. 16 addresses Plaintiff's second statement No. 15, etc.

# EXHIBIT#9 A WorthPoint's 2009 Sub Licensing Agreement —WP000008

Advanced Economic Research Inc.
Suite 2307 – 4464 Markham Street
Victoria, British Columbia Canada V1Z 7X8

**Public Use**
**Amended and Restated AERS Data Sub-License Agreement**

THIS AMENDED AND RESTATED DATA SUBLICENSE AGREEMENT (the "Agreement") is made and entered into as of September 9, 2010 by and between ADVANCED ECONOMIC RESEARCH SYSTEMS INC., a British Columbia company with its principal place of business at Suite 2307 – 4464 Markham Street, Victoria, British Columbia Canada V1Z 7X8 ("AERS"), and WorthPoint Corporation, an American corporation with a place of business at 75 5th Street, NW, Suite 212, Atlanta, GA 30308 ("Sub-Licensee").

**BACKGROUND**

**WHEREAS,** eBay owns and operates a web site currently accessible at www.ebay.com that, for purposes of this Agreement, shall only include domestic properties or international properties (but specifically excludes co-branded domestic or international properties) in which eBay participates or may participate in the future as specified in this Agreement (the "eBay Site");

**WHEREAS,** eBay, through its technology relating to the eBay Site collects certain data comprising the eBay Data (as further defined in Section 1.5. below);

**WHEREAS** in accordance with the terms of its Data Service Provider Agreement and Data License with eBay, AERS has the right to sublicense the eBay Data to third parties;

**WHEREAS,** AERS, as the designated Data Service Provider, shall be responsible for the administration and operation of this Agreement on behalf of eBay and will provide a continuation of eBay Data Services to the SubLicensee in accordance with the terms and conditions of this Agreement;

**WHEREAS,** Sublicensee primarily operates/conducts websites currently located at [redacted] www.worthpoint.com ("Sublicensee Site") through which Sublicensee provides an online marketplace for art, antiques and collectibles, offering an integrated, one-stop solution for storefront and live auction selling and various marketing services for both dealers and buyers ("Sublicensee's Services"), and desires to license the eBay Data to develop eBay Statistics (as defined in Section 1.9. below) for use in its business in accordance with the terms of this Agreement. [redacted]

The Applications developed by the Licensee will enable users of Licensee Applications to generate item search results pages and item details pages, and perform an analysis of the value of such items.

**NOW, THEREFORE,** the parties agree as follows:

**1.    DEFINITIONS.**
In addition to the defined terms otherwise included in this Agreement, the following terms shall have the meanings set forth below:

**1.1.** "**Agreement**" shall mean this SubLicense Agreement and any schedules, exhibits, or amendments attached hereto.

**1.2.** "**ASP**" means average selling or sales price.

**1.3.** "**Category**" or "**Categories**" means division(s) of the eBay site containing multiple Items

---

1
Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL                              WP000008

**EXHIBIT#9B  WorthPoint's 2009   Sub Licensing Agreement —WP000013**

