**EXHIBIT#9C  WorthPoint's 2009 Sub Licensing Agreement —WP000030**



## EXHIBIT#10 False Claims of Permanent Removal by Will Seippel and Jason Packer

Case 1:18-cv-00993-LTS-SLC   Document 526-2   Filed 08/01/23   Page 2 of 13

Plaintiff's Evidence 000606

RESPONSE: WorthPoint objects to this request on the grounds that it is duplicative of plaintiff's prior similar request, and it mischaracterizes the manner in which eBay data is made available on WorthPoint's service. Subject to and without waiving the foregoing objections, WorthPoint states that there were no such employees that manually posted this specific listing. Furthermore, WorthPoint is not in possession of any information as to when this listing was posted on WorthPoint's website. Based on the Google Analytics records WorthPoint previously produced, this listing had no traffic (i.e., no person had viewed it) prior to August 2015.

**Plaintiff's Interrogatory No. 9**
State in writing the month and year WHEN the WorthPoint Corporation employee REMOVED the "1972 Original Oil PaintingMan With Red Umbrella WorthPoint Ad" from the WorthPoint website. If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

RESPONSE: WorthPoint objects to this request on the grounds that it is duplicative of plaintiff's multiple prior requests, and mischaracterizes the listing. Subject to and without waiving the foregoing objections, WorthPoint removed the subject listing on February 4, 2016.

**Plaintiff's Interrogatory No. 10**
State the name of the WorthPoint Corporation employee that REMOVED the "1972 Man With Red Umbrella Oil Painting sold on eBay by Estate Auctions Inc with Plaintiff's biography from the www.worthpoint.com website. If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

RESPONSE: WorthPoint objects to this request on the grounds that it mischaracterizes the listing. Subject to and without waiving the foregoing objections, Jason Packer, who is an independent contractor to WorthPoint, removed the subject listing from WorthPoint's website.

4
CONFIDENTIAL

EXHIBIT#7 and #9

**EXHIBIT #11 Google's Public Info. Website - Temporary Removal last 6 months.**

**With Instructions for Permanent removal of a URL that WorthPoint <u>FAILED</u> to do.**

