UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 25-817

Caption [use short title]: Trombetta vs Novocins & WorthPoint Corp.

Motion for: Extension to File Brief Due to Pending Court [Response] To Appellant's June 2, 2025 Motion For Pro Bono Attorney that is still pending.

Set forth below precise, complete statement of relief sought:

Appellant is Requesting an Extension to File My Brief for Appeal due to Court's Pending Response to Appellant's Motion Request for a Court Appointed Pro Bono Attorney on June 2, 2025. Appellant, Annamarie Trombetta is awaiting a Court Response and has not signed the scheduling pr[oposal]. There is no date set. The 91 day brief deadline is soon.

MOVING PARTY: ____  
☒ Plaintiff ☐ Defendant  
☒ Appellant/Petitioner ☐ Appellee/Respondent

OPPOSING PARTY: Norb & Marie Novocin EAI and WorthPoint

MOVING ATTORNEY: ____  OPPOSING ATTORNEY: ____
[name of attorney, with firm, address, phone number and e-mail]

Adam Bialik Wilson, Elser etc. 150 East 42nd Street NY  (212) 915-5143 adam.bialek@wilsonelser.com

Jana Farmer Wilson, Elser etc. 1133 Westchester Ave, W  (914) 872-7247 jana.farmer@wilsonelser.com

Anderson J. Duff Law PLLC 353 Ocean Ave. Suite 4E B  (646)450-3607 ajd@andersonjduff.com

Court- Judge/ Agency appealed from: Judge Laura Taylor Swain

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):  
☒ Yes ☐ No (explain): ____

Opposing counsel's position on motion:  
☐ Unopposed ☐ Opposed ☒ Don't Know  
Does opposing counsel intend to file a response:  
☐ Yes ☐ No ☒ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:  
Has this request for relief been made below? ☐ Yes ☐ No  
Has this relief been previously sought in this court? ☐ Yes ☒ No  
Requested return date and explanation of emergency: ____

Is the oral argument on motion requested? ☒ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No  If yes, enter date: ____

Signature of Moving Attorney: _[signature]_ Date: August 4, 2025  Service: ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)