**United States District Court**
**For The**
**Second Circuit District Of New York**

Annamarie Trombetta,
Plaintiff, Appellant

vs.

Norb and Marie Novocin and
WorthPoint Corporation
Defendants, Appellees

**Case No. 25-817**

**APPELLANT'S MOTION REQUEST FOR AN EXTENSION TO FILE MY BRIEF DUE TO PENDING COURT REPLY TO APPELLANT'S REQUEST FOR A PRO BONO ATTORNEY IN MY JUNE 2, 2025 LETTER WITH EXHIBITS**

---

## I. PRELIMINARY STATEMENT— REASONS FOR MOTION TO FILE AN EXTENSION TO FILE APPELLANT'S BRIEF

On May 12, 2025, Plaintiff /Appellant, Annamarie Trombetta, filed a Motion pursuant to FRAP Rule 27. In my motion, I listed some of the factual errors made by the District Court in support of the grounds for filing my appeal. On May 22, 2025, the attorneys for Defendant, WorthPoint Corporation sent me a letter that prompted me to request a Pro Bono attorney from The Second Circuit Court. My fourteen page letter with exhibits, further explains my reasons for filing my appeal and requesting a Pro Bono attorney, were filed on June 2, 2025. I have been awaiting the Court's response to my request. The purpose of this Motion for An Extension is to find out if or when I will be assigned a Pro Bono attorney. In contacting my Court case manager, regarding my pending attorney request, she suggested I file a Motion for an Extension to file my Appellant Brief.

Appellant, cured my DP Form 1080, which was refiled on May 12, 2025. Pursuant to Local Rule 31.2 (a) (1) (A) my brief should be filed within 91 days after the D-P Form was filed with the Court. According to this rule of measurement, my brief is due on August 11, 2025. I note that on

the Pro Se Scheduling Notification form, if I fail to return a signed scheduling proposal, the Court will issue an order setting a 40-day deadline to file my brief. Appellant has not filed the Pro Se Scheduling Notification form because the Court's decision on my request for a Pro Bono attorney is pending. My June 2, 2025 Motion is interfering with the 91 days deadline for my Appeals' Brief, hence the reason and need for my request for an extension of time to file my Appellant Brief.

**II. -— IMPORTANT POINTS FOR TO MY APPEAL**

The basis for my appeal is to bring to the Second Circuit's attention factual errors and oversights made by the district Court. Most importantly, my case pertains to an online ad on the website of WorthPoint.com (second Defendant). The ad was composed by the first Defendant, Norb Novocin who claims he found and sold a 1972 oil painting, signed on the front and back with Plaintiff's name. Mr. Novocin alleges my name and biography were on a website named askART in 2012 and that he gleaned my biography from askART in 2012. First, my biography was not on askART's website until 2015 which has been documented and proven in my 2015 emails to Bob Bahr. Second, The terms of use on askART's website do **NOT** permit the transference of any content from askART's website. Plaintiff filed askART Terms of Service and Internet Privacy Policy on July 13, 2020 in Doc .75, May 30, 2023 Doc. 488 EX#21 D and June 7, 2023 filed in Doc. 496 EX. #31.

Plaintiff and now Appellant filed in my Original Complaint that in January 2015, I had a solo exhibit on my Central Park Images at the Union League Club on Park Avenue in New York. I had several online endorsements from The National Organization of Italian American Women and received a write ups in the Staten Island Advance Newspapers. In March 2015, I received an online review in Outdoor Painters written by Bob Bahr to whom I gave my written consent to have my biography listed on askART. In February 2015, I had another solo exhibit at The Italian American Museum located in Little Italy New York. I received an online write up in The Italian Tribune and another short online write up by Bob Baker on my second show. In April 2015, another video with host June Middleton was posted online that I was following. Prior to my exhibits, I was watching my online presence. My online profiles and post were of a Piano I painted for Sing For

Hope in 2011 covered by CBS news and the New Yorker Magazine and a Vimeo video by Salem Krieger posted in Nov. 2012. With all my new 2015 online write ups and videos Plaintiff verifies And confirms, if the fake WorthPoint webpage of the 1972 oil painting was online in Dec. 2012 or anytime after this date, Plaintiff and my colleagues would have seen it online. Inserted below is a Google Listing direct computer print out dated Jan. 5, in 2016 with the fake 1972 oil painting "Man With Red Umbrella" falsely claiming the painting was signed Annamarie Trombetta. This appeared with my genuine, true, online webpages and professional connections and accomplishments.

artist annamarie trombetta - Google Search 1/5/16, 1:34 PM

Plaintiff 000054

Google artist annamarie trombetta

All Images Videos News Shopping More Search tools

Page 2 of about 36,300 results (0.38 seconds)

1972 Original Oil Painting Man With Red Umbrella Signed ...
www.worthpoint.com › Worthopedia™
UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition.
You've visited this page many times. Last visit: 1/5/16

Central Park's Plein Air Past | OutdoorPainter
www.outdoorpainter.com/central-park-s-plein-air-past/
"The Destructive Dance of 'Sandy,'" by Annamarie Trombetta ... Finding out about all this history, and the connections generated by artists, gave me a mission.".
You've visited this page many times. Last visit: 12/13/15

Annamarie M Trombetta - Intelius
www.intelius.com/people/Annamarie-Trombetta/0csdtac91wf
Annamarie M Trombetta's Pic Annamarie M Trombetta. Annamarie M Trombetta Sagittarius Zodiac SignSagittarius. Annamarie M Trombetta Instructor at Art Lab

Annamarie Trombetta on Paddle8
https://paddle8.com/artists/annamarie-trombetta/
Become a Paddle8 collector. Sign up to bid on our auctions, follow your favorite artists, and receive complimentary auction estimates. Start Collecting. Already a ...

Annamarie Trombetta - Address, Phone Number, Public ...
radaris.com/p/Annamarie/Trombetta/
trombettaart.com The Process of Printmaking reveals some of the steps taken in order to create an intaglio etching. The artist Annamarie Trombetta has made a ...

Artist Annamarie Trombetta working on her piano, which ...
https://www.pinterest.com/pin/177751516514603960/ Pinterest
Artist Annamarie Trombetta working on her piano, which commemorates the 10- year anniversary of 9/11. | See more about Piano, Anniversaries and Artists.

Video - Salem Krieger
www.newyork-portrait-photography.com/gallery.html?gallery=Video
Painting Central - artist Annamarie Trombetta. Painter Donald Vaccino. Study #1 Daily Chores. Bissel Gardens - Organic Community Garden - Bronx, NY ...

CBS New York » Annamarie Trombetta
newyork.cbslocal.com/tag/annamarie-trombetta/feed/ WCBS-TV
Jun 7, 2011 - "To me, it sums up what music is about, what art is about, which is pulling ... Annamarie Trombetta works on her design for a public piano - New ...

NOIAW Wishes Everyone Happy Holidays -- December ...
www.noiaw.org/.../noiaw-wishes-everyone-happy-holidays-december-ne...
Jan 9, 2015 - NOIAW member and artist, Annamarie Trombetta, will be featured in an upcoming exhibition at the Union League Club in New York City from ...

Annamarie Trombetta - artist - Marquis Who's Who Biography
bios.marquiswhoswho.com/annamarie_trombetta/artist/3976399
New York NY · artist
Marquis Who's Who Biography for Annamarie Trombetta, artist.

https://www.google.com/?client=safari&channel=mac_bm#q=artist+annamarie+trombetta&channel=mac_bm&start=10 Page 1 of 2

In June 2015, for the first time ever, I created an eBay account and put a bid on an item. Again, this was the first time I used eBay. On August 1, 2015, a colleague contacted me about

the fake 1972, strange online webpage on WorthPoint's website, listed under the Plaintiff name and profession. I affirm that at no time prior to August 2015 did I or any friends or colleagues see the False 1972 online ad under my name. Inserted below is proof I put on eBay on **June 13, 2015.**

Case 1:18-cv-00993-LTS-SLC Document 517-4 Filed 06/29/23 Page 21 of 38

Yahoo Mail - eBay Offer Declined Notice: Plaintiff's Evidence 000573

eBav Offer Declined Notice:

From: eBay (bestoffer@ebay.com)
To: trombettaart@yahoo.com
Date: Saturday, June 13, 2015, 12:33 PM EDT

EXHIBIT#2

eBay sent this message to Annamarie Trombetta (trombannam).
Your registered name is included to show this message originated from eBay. Learn more.

Offer declined. Sorry, your offer has been declined

Dear trombannam,
Your offer has been declined on the following eBay item:

Don't let it get away!.

Buy It Now

The false 1972 painting ad stated that there were two signatures. The online ad odocumented the red signature in on the back of the "damaged" and "original oil painting" was painted in 1972 "Gifted 1977" . The online ad had correctly spelled of my first name as one word. The signature in red, produced after the Discovery deadline in April 2022, misspelled my name in three ways. Neither of the two signatures replicated the Defendants claim the painting was signed Annamarie Trombetta. The one in black on the front of the damaged oil painting "Man With Red Umbrella" below on the right, was photo featured online with one initial and allegedly Appellant's last name did not mirror the Defendants false claim, "1972 Original Oil Painting Man With Red Umbrella" signed "Annamarie Trombetta". The spelling of my first name appears numerous times in the fake online ad and is always spelled as one word.




Norb Novocin, admitted that the online ad, photo featured signature in black was "garbled" . I filed Mr. Novocin's Deposition testimony statement of the "garbled signature" admission many times. Noted is Doc. 504-1 filed on 06/14/2023 on page 2. Inserted below from Doc.504 is Mr. Novocin's admission that this front signature in black was a *" hard to read signature"*.

N. NOVOCIN

words, the signature on the front of the painting was a garbled and it was kind of hard to read, when you turn it over, it had printed out what it was and if it were up to me, I would make it almost a law that all the artists had to print out the actual name and so forth. Because some artists pictures are so, so hard to read. So this

The signature in red on the back of the stretcher bar, misspelled my name in three ways. First, the fake red signature separates my one name into two names. Aside from a space between the two names ANNA and MARIA, the second name is MARIA , not Marie, ending in the letter "A" and not with the letter "e". On page 2 in Doc. 504-1 filed on 06/14/2023 Norb Novocin's issues and excuse that he did not remember the name was MARIA and not Annamarie spelled as one word.

pictures are so, so hard to read. So this allowed us to be able to look up Trombetta, Annamarie. This one says Maria. I didn't remember it saying Maria, but that's how I looked it up.

**Annexed as EXHIBIT#1 A—EXHIBIT#1 B and EXHIBIT#1 C** are Deposition pages by Norb Novocin regarding the alleged forged signatures on the 1972 oil painting, front and back, I filed on June 14, 2023. I note Judge Swain took over the case on June 15, 2023. I also bring to

the Second Circuit Court's attention, Mr. Novocin's deposition testimony that he could not interpret the last name in the signature. Mr. Novocin allegedly photographed or he had this signature and painting photographed which was included in the fake 1972 oil painting online ad-Photo above.

Q. When you looked at the back of the stretcher and you saw the words Annamarie Trombetta that we discussed earlier, did it help you interpret what the signatures may have read?

A. It certainly interpreted the last name. I couldn't do anything for that first initial.

I note to the Court, as a visual artist, there are limited means that can increase the financial value of one's artwork . A professional res`sume' and in the digital age, public online posts that record one's notoriety and true exhibits or write ups, are a few means of adding value to the name and personae of an artist. The signature by an artist, on their artwork of any kind, a painting, drawing. print or photograph can increase its value exponentially. The absence will decrease the value. I note two lawsuits, one in 2017 by actor David Spade vs Photographer Peter Beard. Mr. Spade sued Mr. Beard due to the lack of a signature on the photograph . The lack of authenticity of the photo infers it might not have been completed or signed by Mr. Beard." And subjected Mr.Beard to a lawsuit due an unsigned photograph. Another art-authorship dispute lawsuit was against an artist, named Peter Doig. In short, the objective of this lawsuit was to increase the financial value of a painting to the well known artist, Peter Doig who did not create the painting and is similar to my case. Also is the misspelled signature as Peter Doige, ending with the letter e. Despite the last name Doige misspelling of well known artist Peter Doig, this artist was sued. This case also went to the Appellate Court. Unlike or dissimilar to my case with the 1972 painting Man With Red Umbrella, in Peter Doig's case, the identity as to who painted the Doige painting is now known and was noted to be done by an incarcerated inmate, not by Scottish, known artist, Peter Doig.

In my case, despite the decade long dispute, the misattribution of my name, brand and biography , no artist or party has ever claimed authorship of the alleged 1972 oil painting that Mr. Novocin, himself titled "Man With Red Umbrella". Both Defendants false claim that I painted a four foot high painting at age nine, which allegedly sold for $181.50, severely depreciated the value of my artwork and my integrity. Moreover, the damage created and the time I lost to prove I did not paint this oil, suppressed true career opportunities. This one online webpage, distorted my name/ brand, recognition while also prevented me from pursuing lucrative and expansive endeavors to further my artistic pursuits. Noted in my Original Complaint is my lost sale of my oil painting Wisteria Arbor Mandala priced at $8500 dollars. Appellant knew about the two lawsuits aforementioned prior to filing my case. My goals for filing this lawsuit were to :

1) document and legally discredit the two , false signatures front and back, in black and in red, on the fake 1972 painting described as an "original oil painting title Man With Red Umbrella.
2) authenticate or document the person or party who painted the damaged 1972 " oil painting.
3) prevent a false secondary market with unauthentic signatures on artworks misattributed to me.
4) prevent any further use or abuse of my intellectual property or copyrighted biography.
5) physically sand off and remove my name from the 1972 oil painting.
6) obtain justified financial awards and judgment for my time, career and financial losses due to the intentional negligence and willful creation of afraudulent ad, fraudulent evidence, delaying litigation and caused tort and IIED. I also wanted to recoup my expenses and debt from this lawsuit.

For the foregoing reasons, I asks the Court to grant my Motion Request for an Extension to file my Appellant Brief and any other reliefs that Court deems just and proper.

Respectfully Submitted,

Pro Se Plaintiff

—————— Electronic Signature ——————-

Annamarie Trombetta
175 East 96th Street (12 R)
New York, New York 10128

/s/ Annamarie Trombetta. August 4, 2025

————————————————————————-

Annamarie Trombetta

# EXHIBITS WITH MOTION TO REQUEST EXTENSION TO FILE APPELLANT'S BRIEF

**Exhibit #1 A. Doc. 504-1 Page 3 Norb Novocin Depostion page 38**

EXHIBIT #1A

N. NOVOCIN

words, the signature on the front of the painting was a garbled and it was kind of hard to read, when you turn it over, it had printed out what it was and if it were up to me, I would make it almost a law that all the artists had to print out the actual name and so forth. Because some artists pictures are so, so hard to read. So this allowed us to be able to look up Trombetta, Annamarie. This one says Maria. I didn't remember it saying Maria, but that's how I looked it up.

MR. BIALEK: Marlene, can you read back the beginning of his answer.

(Whereupon, the referred to answer was read back by the Reporter).

Q. Mr. Novocin, in your practice of dealing with antiques, have you ever encountered any ratings or stamps or labels glued to the back of the painting?

A. Yes.

Q. In your experience, is there

**Exhibit #1 B Doc. 504-1 Page 3 Norb Novocin Depostion page 52**

EXHIBIT#1B

yes.

Q. Again, this document shows the signature and I think you testified earlier that you did not find it legible when you first saw the painting, correct?

A. Correct.

Q. When you looked at the back of the stretcher and you saw the words Annamarie Trombetta that we discussed earlier, did it help you interpret what the signatures may have read?

A. It certainly interpreted the last name. I couldn't do anything for that first initial.

Q. Taken together with the information on the bottom, how did you determine who may be the artist?

A. You have to rephrase that. I'm sorry. You are going to have to rephrase that. You got gunked [sic] up on the internet.

Q. Actually, give me one second. I have someone mowing the lawn outside of my window. I'm going to try to shut the

**Exhibit #1 C Doc. 504-1 Page 3 Norb Novocin Depostion page 47.**



EXHIBIT #1 C



N. NOVOCIN

EAI000024. I'm showing it to you at 150 percent and I have just scrolled from the top to the bottom of the document. Mr. Novocin, my question to you is, does this image depict the signature that appeared on the painting Man With A Red Umbrella?

A. Yes.

Q. Is this one of the photographs that was included in Estate Auctions Ebay listing for that painting?

A. Yes.

Q. Sir, how do you know that?

A. Because if there's anything that we have seen over and over is this signature. It came off of Worthpoint. It's the only signature or only picture that survived on Worthpoint. Why, I don't know. That's how we know. It just was there.

Q. Let me just follow up with you on that. So as far as you know, you testified that Worthpoint doesn't sell any paintings, correct?

A. Correct.

Certificate of Service for Motion for an Extension to File My Appellant Brief.

CAPTION:

Trombetta, Annamarie

**CERTIFICATE OF SERVICE***

Docket Number: 25-817

v.

Novocin and WorthPoint

I, Annamarie Trombetta, hereby certify under penalty of perjury that
(print name)

on August 4, 2025, I served a copy of Appellant's Motion to Fil
(date)

To the Court RE: Status of Request for Pro Bono Attorney filed June 2, 2025--On August 4, 2025 I emailed the Certifcate of Service with Letter &Exhi
(list all documents)

by (select all applicable)**

___ Personal Delivery ___ United States Mail ___ Federal Express or other Overnight Courier

___ Commercial Carrier X E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Adam R. Bialek | Wilson Elser,Mosko | New Yor | New Y | 10017 |
| Jana Farmer | Wilson Elser,Mosko | White Pl | New Y | 10604 |
| Anderson J. Duff | 353 Ocean Avenue | Brooklyn | New Y | 11226 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

August 4, 2025
Today's Date

[signature]
Signature