# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Trombetta, Annamarie

**CERTIFICATE OF SERVICE***

Docket Number: **25-817**

v.

Novocin and WorthPoint

I, **Annamarie Trombetta**, hereby certify under penalty of perjury that
(print name)
on **August 4, 2025**, I served a copy of **Appellant's Motion to Fil**
(date)

To the Court RE: Status of Request for Pro Bono Attorney filed June 2, 2025--On August 4, 2025 I emailed the Certifcate of Service with Letter & Exhi

(list all documents)

by (select all applicable)**

___ Personal Delivery     ___ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier    **X** E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Adam R. Bialek | Wilson Elser, Mosko | New Yor | New Y | 10017 |
| Jana Farmer | Wilson Elser, Mosko | White Pl | New Y | 10604 |
| Anderson J. Duff | 353 Ocean Avenue | Brooklyn | New Y | 11226 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

August 4, 2025
Today's Date

[Signature]
Signature

Certificate of Service Form (Last Revised 12/2015)