# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of August, two thousand twenty-five.

Annamarie Trombetta, Artist,

    Plaintiff - Appellant,

  v.

Norb Novocin, Marie Novocin, Estate Auctions, Inc., WorthPoint Corporation,

    Defendants - Appellees,

William Seippel, Worthpoint.com, Jason Packer, Employee at Worthpoint Corporation,

    Defendants.

**ORDER**

Docket No. 25-817

Appellant, pro se, moves for an extension of time to file the opening brief, pending the Court's decision on her motion for assignment of pro bono counsel.

IT IS HEREBY ORDERED that the motion is DENIED as unnecessary. The briefing schedule is tolled until the Court rules on the pending motion for assignment of counsel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

