S.D.N.Y. – N.Y.C.
18-cv-993
Swain, C.J.
Cave, M.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of October, two thousand twenty-five.

Present:
    Amalya L. Kearse,
    Richard C. Wesley,
    Maria Araújo Kahn,
        *Circuit Judges*.

_____

Annamarie Trombetta, Artist,

    *Plaintiff-Appellant*,

v.                           25-817

Norb Novocin, et al.,

    *Defendants-Appellees*,

William Seippel, et al.,

    *Defendants*.

_____

Appellant, pro se, moves for appointment of counsel. Upon due consideration, it is hereby ORDERED that the motion is DENIED. The appeal will proceed as there may be non-frivolous issues raised by Appellant, such as the district court's decision to preclude two expert reports as untimely for failure to meet a discovery deadline that passed before the court granted her permission to file the second amended—operative—complaint.

                            FOR THE COURT:
                            Catherine O'Hagan Wolfe, Clerk of Court

