# Duff Law PLLC

Anderson J. Duff
Managing Member
(646) 450-3607
ajd@hoganduff.com

December 13, 2022

**VIA ECF ONLY**
Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Annamarie Trombetta v. Norb Novocin, et al.*, Case No. 18-cv-0993-RA-SLC

Dear Judge Cave:

On December 9, 2022, Plaintiff, without meeting and conferring with counsel for Defendants, filed a letter with the Court that appears to represent that the EAI Defendants have not fulfilled their discovery obligations with respect to an eBay receipt sent to my client by eBay more than ten years ago. On December 12, 2022, the Court issued an order stating that "[b]y **Tuesday, December 13, 2022,** Defendants shall file a response to Ms. Trombetta's letter requesting a more fulsome production of the data for 'EAI00073 thr[ough] [] EAI00079[.]'" (Dkt. No. 333.)

Plaintiff's assertion that "[n]one of the attorneys sent the visual document eBay receipt" (Dkt. No. 331 at 1) is, to the extent Defendants understand it, wrong. The EAI Defendants have produced the December 1, 2012 email receipt in question to all Parties in multiple formats, including the native .eml file and Bates Stamped .pdfs. At least one .pdf of this email stamped as EAI000060 has been filed with the Court. (Dkt. No. 326-2.)

Plaintiff appears to be confused by the fact that Defendant Norb Novocin forwarded a copy of the December 1, 2012 email receipt in question to additional email accounts controlled by Defendants Norb and Marie Novocin on January 10, 2017. (Dkt. No. 326-1.) This version of the eBay email receipt is stamped EAI000058 and EAI000059 and was produced as a .pdf to all Parties in April. (Dkt. No. 326-1.)

The EAI Defendants have, as a courtesy, used the native .eml file for the emails to generate .pdfs containing different information derived from the native .eml file, Bates Stamp those .pdfs, and produce them to all Parties. In Plaintiff's most recent filing, she states that she wants the EAI Defendants to provide her with "***TWO** RAW MESSAGE EMAIL EXAMPLES WITH THE UNBROKEN EMAILS AND CODING COMPLETE AND ENCLOSED IN IT'S ENTIRTY* [sic] ***JUST IN ONE ENVELOPE PDF FORMAT***." (Dkt. No. 331 at 2.)

Defendants do not understand Plaintiff's request. To the extent Plaintiff is asking for a .pdf showing the source for the email receipt eBay sent to my client on December 1, 2012 that Defendant Norb forwarded to himself on January 10, 2017, EAI has already generated that .pdf, stamped it as EAI000073 through EAI000079 and produced the same to all Parties. (Ex. A.) To the extent that Defendants have failed to understand Plaintiff's argument, Plaintiff can use the native .eml files that are in her possession to extract,



# Duff Law PLLC

Anderson J. Duff
Managing Member
(646) 450-3607
ajd@hoganduff.com

analyze, and print out any code, metadata, or other information she wishes. The EAI Defendants have produced everything that they have within their possession, custody, or control concerning the December 1, 2012 email receipt from eBay.

In an effort to avoid wasting judicial resources, Defendants catered to Plaintiff's persistent demand that the "coding" of the December 1, 2012 eBay email receipt be produced as a .pdf, but Defendants have no obligation to create new records for Plaintiff. No Party is contesting that Defendant EAI sold the painting identified in the December 1, 2012 email receipt from eBay. Plaintiff's repeated assertions that Defendants have doctored or fabricated the December 1, 2012 email receipt from eBay are unwarranted and unnecessary.

Respectfully submitted,

By: ______________________
Anderson J. Duff

AJD/jo
cc: Annamarie Trombetta
Jana Farmer
Adam Bialek

# EXHIBIT A

# EAI000073-EAI000079

```
Date: Tue, 10 Jan 2017 18:28:43 -0400
Subject: Fwd: Your eBay item sold! 1972 Original Oil Painting Man Wit
 Umbrella Signed Annamarie Trombetta yqz (330833102936)
From: eBay EAI <ebay@novocin.com>
To: Norb Novocin <norb@novocin.com>,
    marie novocin <mombaree@gmail.com>
Message-ID: <CALKoPL433C9xXwJ0WZpXwn-4UZVXa=hvafEWq3oDxQKfNrR2ug@mail
Thread-Topic: Your eBay item sold! 1972 Original Oil Painting Man Wit
 Umbrella Signed Annamarie Trombetta yqz (330833102936)
Thread-Index: AU1pMjQwkqX6qfiN3bMXxD06g9CD6GdEPVhD
Mime-version: 1.0
Content-type: multipart/alternative;
    boundary="B_3739174330_4019078869"

> This message is in MIME format. Since your mail reader does not und
this format, some or all of this message may not be legible.

--B_3739174330_4019078869
Content-type: text/plain;
    charset="UTF-8"
Content-transfer-encoding: quoted-printable


---------- Forwarded message ----------
From: eBay <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red
lla Signed Annamarie Trombetta yqz (330833102936)
To: ebay@novocin.com


eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
Your registered name is included to show this message originated from
 Learn more.
Congratulations, your item sold!
Dear estateauctionsinc,
You did it! Your item sold. Please ship this item to the buyer after
uyer pays. As soon as your buyer pays, print your eBay shipping label
Complete one of the following:
Print a shipping label Avoid a trip to the post office, print and pay
our label at home. Printing shipping labels on eBay also offers you r
pricing on some shipping services, and when you print shipping labels
y, your tracking information is uploaded automatically.
Provide shipping and tracking information. When you upload tracking i
tion to eBay, we'll send it to your buyer and let them know the item
ts way. This will save you time, and may result in fewer questions fr
```

rs and higher detailed seller ratings.
Mark your item as shipped in My eBay. Do this, and we'll let your buy
w the item is on its way. This will save you time, and may result in
uestions from buyers and higher detailed seller ratings.
You should always leave feedback for your buyer to encourage them to
om you again.

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Tro
 yqz
Sale price:$181.50
Quantity sold:1
Sale date:Dec-01-12 18:54:01 PST
Buyer:nina correia
9naclock (ninascorreia@aol.com) [contact buyer]
Buyer's shipping address:
nina correia
14215 prairie flower ct
reno, NV 89511-6710 United States
Sell another Item | Send invoice to buyer
Provide shipping information


Select your email preferences
Want to reduce your inbox email volume? Receive this email as a daily
t.
For other email digest options, go to Notification Preferences in My

Don't want to receive this email? Unsubscribe from this email.
Email reference id: [#45d0df16f2ea40759d3656f834970b06#]
Please don't remove this number. eBay customer support may ask you fo
 number, if you should need assistance.
Learn More to protect yourself from spoof (fake) emails.

eBay sent this email to you at ebay@novocin.com about your account re
ed on www.ebay.com.

eBay sends these emails based on the preferences you set for your acc
To unsubscribe from this email, change your communication preferences
e note that it may take up to 10 days to process your request. Visit
vacy Policy and User Agreement if you have any questions.

Copyright =C2=A9 2012 eBay Inc. All Rights Reserved. Designated trade
brands are the property of their respective owners. eBay and the eBay
re trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Aven
 Jose, CA 95125.=20

```
--B_3739174330_4019078869
Content-type: text/html;
    charset="UTF-8"
Content-transfer-encoding: quoted-printable

<html><head>
<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Dutf
body><div dir=3D"ltr"><br><div class=3D"gmail_quote">---------- Forwa
e ----------<br>From: <b class=3D"gmail_sendername">eBay</b> <span di
lt;<a href=3D"mailto:ebay@ebay.com">ebay@ebay.com</a>&gt;</span><br>D
 Dec 1, 2012 at 9:54 PM<br>Subject: Your eBay item sold! 1972 Origina
ainting Man With Red Umbrella Signed Annamarie Trombetta yqz (3308331
br>To: <a href=3D"mailto:ebay@novocin.com">ebay@novocin.com</a><br><b
v><div id=3D"m_3729392004584666707Header"><div><table border=3D"0" ce
0" cellspacing=3D"0" width=3D"100%"><tbody><tr><td width=3D"100%" sty
:break-word"><table cellpadding=3D"2" cellspacing=3D"3" border=3D"0"
<tbody><tr><td width=3D"1%" nowrap=3D""><img src=3D"http://q.ebaystat
s/logos/ebay_95x39.gif" height=3D"39" width=3D"95" alt=3D"eBay"></td>
ft" valign=3D"bottom"><span style=3D"font-weight:bold;font-size:xx-sm
mily:verdana,sans-serif;color:#666"><b>eBay sent this message to Norb
Marie Novocin (estateauctionsinc).</b><br></span><span style=3D"font-
mall;font-family:verdana,sans-serif;color:#666">Your registered name
uded to show this message originated from eBay. <a href=3D"http://pag
om/help/confidence/name-userid-emails.html" target=3D"_blank">Learn m
/span></td></tr></tbody></table></td></tr></tbody></table></div></div
d=3D"m_3729392004584666707Title"><div><table style=3D"background-colo
border=3D"0" cellpadding=3D"0" cellspacing=3D"0" width=3D"100%"><tbod
=3D"8" valign=3D"top"><img src=3D"http://q.ebaystatic.com/aw/pics/glo
urve.gif" height=3D"8" width=3D"8"></td><td valign=3D"bottom" width=3
tyle=3D"font-weight:bold;font-size:14pt;font-family:arial,sans-serif;
0;margin:2px 0 2px 0">Congratulations, your item sold!</span></td><td
"8" valign=3D"top" align=3D"right"><img src=3D"http://p.ebaystatic.co
balAssets/rtCurve.gif" height=3D"8" width=3D"8"></td></tr><tr><td sty
und-color:#fc0" colspan=3D"3" height=3D"4"></td></tr></tbody></table>
><div id=3D"m_3729392004584666707SingleItemCTA"><div><table border=3D
ding=3D"2" cellspacing=3D"3" width=3D"100%"><tbody><tr><td><font styl
10pt;font-family:arial,sans-serif;color:#000">Dear estateauctionsinc,
border=3D"0" cellpadding=3D"0" cellspacing=3D"0" width=3D"100%"><tbod
src=3D"http://q.ebaystatic.com/aw/pics/s.gif" height=3D"10" alt=3D" "
tbody></table>You did it! Your item sold. Please ship this item to th
 after your buyer pays. As soon as your buyer pays, print your eBay s
 label.<table border=3D"0" cellpadding=3D"0" cellspacing=3D"0" width=
><tr><td><img src=3D"http://q.ebaystatic.com/aw/pics/s.gif" height=3D
"></td></tr></tbody></table><div>Complete one of the following:<br><u
=3D"list-style-type:disc;margin:10px 10 10 14px"><li><a href=3D"http:
y.com/rover/0/e12011.m354.l1337/7?euid=3D45d0df16f2ea40759d3656f83497
```

loc=3Dhttp%3A%2F%2Fpayments.ebay.com%2Fws%2FeBayISAPI.dll%3FPrintPost
nsactionid%3D0%26itemid%3D330833102936%26ssPageName%3DADME%3AL%3AEOIS
%3A1337" target=3D"_blank">Print a shipping label</a> Avoid a trip to
 office, print and pay for your label at home. Printing shipping labe
Bay also offers you reduced pricing on some shipping services, and wh
print shipping labels on eBay, your tracking information is uploaded
ically.</li><li><a href=3D"http://rover.ebay.com/rover/0/e12011.m354.
uid=3D45d0df16f2ea40759d3656f834970b06&loc=3Dhttp%3A%2F%2Fpayment
2Fws%2FeBayISAPI.dll%3FAddTrackingNumber2%26flow%3Dmyebay%26LineID%3D
02936_0%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1663" target=3D"_blan
e shipping and tracking information</a>. When you upload tracking inf
n to eBay, we'll send it to your buyer and let them know the item is
way. This will save you time, and may result in fewer questions from
and higher detailed seller ratings.</li><li><a href=3D"http://rover.e
over/0/e12011.m354.l1662/7?euid=3D45d0df16f2ea40759d3656f834970b06&am
p%3A%2F%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyEbayBeta%26CurrentPage
ayNextSold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1662" target=3D"_b
k your item as shipped in My eBay</a>. Do this, and we'll let your bu
w the item is on its way. This will save you time, and may result in
uestions from buyers and higher detailed seller ratings.</li></ul>You
 always <a href=3D"http://rover.ebay.com/rover/0/e12011.m354.l1332/7?
df16f2ea40759d3656f834970b06&loc=3Dhttp%3A%2F%2Ffeedback.ebay.com
BayISAPI.dll%3FLeaveFeedback2%26show_as%3Dsold%26ssPageName%3DADME%3A
SSA%3AUS%3A1332" target=3D"_blank">leave feedback</a> for your buyer
age them to buy from you again.<br><br></div></font><div><table width
 cellpadding=3D"0" cellspacing=3D"3" border=3D"0"><tbody><tr><td vali
n=3D"center" width=3D"100" nowrap=3D""><a href=3D"http://rover.ebay.c
11.m43.l1123/7?euid=3D45d0df16f2ea40759d3656f834970b06&loc=3Dhttp
i.ebay.com%2Fws%2FeBayISAPI.dll%3FViewItem%26item%3D330833102936%26ss
e%3DADME%3AL%3AEOISSA%3AUS%3A1123" target=3D"_blank"><img src=3D"http
baystatic.com/pict/330833102936.jpg" alt=3D"1972 Original Oil Paintin
h Red Umbrella Signed Annamarie Trombetta yqz" border=3D"0"></a></td>
an=3D"2" valign=3D"top"><table width=3D"100%" cellpadding=3D"0" cells
er=3D"0"><tbody><tr><td style=3D"font-size:10pt;font-family:arial,san
or:#000" colspan=3D"2"><a href=3D"http://rover.ebay.com/rover/0/e1201
/7?euid=3D45d0df16f2ea40759d3656f834970b06&loc=3Dhttp%3A%2F%2Fcgi
Fws%2FeBayISAPI.dll%3FViewItem%26item%3D330833102936%26ssPageName%3DA
%3AEOISSA%3AUS%3A1123" target=3D"_blank">1972 Original Oil Painting M
ed Umbrella Signed Annamarie Trombetta yqz</a></td></tr><tr><td style
size:10pt;font-family:arial,sans-serif;color:#000" width=3D"15%" nowr
ign=3D"top"><font style=3D"font-weight:bold;font-size:10pt;font-famil
s-serif;color:#000">Sale price:</font></td><td style=3D"font-size:10p
mily:arial,sans-serif;color:#000" valign=3D"top"><font style=3D"font-
;font-size:10pt;font-family:arial,sans-serif;color:#000">$181.50</fon
</tr><tr><td style=3D"font-size:10pt;font-family:arial,sans-serif;col
width=3D"15%" nowrap=3D"" valign=3D"top">Quantity sold:</td><td style
0pt;font-family:arial,sans-serif;color:#000" valign=3D"top">1</td></t

```
 style=3D"font-size:10pt;font-family:arial,sans-serif;color:#000" wid
nowrap=3D"" valign=3D"top">Sale date:</td><td style=3D"font-size:10pt
arial,sans-serif;color:#000" valign=3D"top">Dec-01-12 18:54:01 PST</t
r><td style=3D"font-size:10pt;font-family:arial,sans-serif;color:#000
15%" nowrap=3D"" valign=3D"top">Buyer:</td><td style=3D"font-size:10p
:arial,sans-serif;color:#000" valign=3D"top">nina correia</td></tr><t
le=3D"font-size:10pt;font-family:arial,sans-serif;color:#000" width=3
ap=3D"" valign=3D"top"></td><td style=3D"font-size:10pt;font-family:a
if;color:#000" valign=3D"top"><div><table border=3D"0" cellpadding=3D
ng=3D"0"><tbody><tr><td style=3D"font-size:10pt;font-family:arial,san
or:#000" valign=3D"top" class=3D"m_3729392004584666707noWrap"><font s
size:10pt;font-family:arial,sans-serif;color:#000">9naclock (<a href=
:ninascorreia@aol.com" target=3D"_blank">ninascorreia@aol.com</a>) [<
ttp://contact.ebay.com/ws/eBayISAPI.dll?ReturnUserEmail&amp;requested
ck&amp;redirect=3D0&amp;iid=3D330833102936" target=3D"_blank">contact
font></td></tr></tbody></table></div></td></tr><tr><td style=3D"font-
;font-family:arial,sans-serif;color:#000" width=3D"15%" nowrap=3D"" v
>Buyer's shipping address:</td><td style=3D"font-size:10pt;font-famil
ans-serif;color:#000" valign=3D"top"><div><table border=3D"0" cellpad
llspacing=3D"0"><tbody><tr><td style=3D"font-size:10pt;font-family:ar
rif;color:#000" valign=3D"top" class=3D"m_3729392004584666707noWrap"
ina correia</td></tr><tr><td style=3D"font-size:10pt;font-family:aria
rif;color:#000" valign=3D"top" class=3D"m_3729392004584666707noWrap"
4215 prairie flower ct</td></tr><tr><td style=3D"font-size:10pt;font-
ial,sans-serif;color:#000" valign=3D"top" class=3D"m_3729392004584666
nowrap=3D"">reno, NV 89511-6710 United States</td></tr></tbody></tabl
/td></tr><tr><td colspan=3D"2"><font style=3D"font-size:10pt;font-fam
ans-serif;color:#000"><a href=3D"http://rover.ebay.com/rover/0/e12011
1/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Fcg
%2Fws%2FeBayISAPI.dll%3FSellHub3%26ssPageName%3DADME%3AL%3AEOISSA%3AU
1" target=3D"_blank">Sell another Item</a> | <a href=3D"http://rover.
ver/0/e12011.m43.l1156/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;
3A%2F%2Fpayments.ebay.com%2Fws%2FeBayISAPI.dll%3FUnifiedCheckoutSelle
Details%26itemId%3D330833102936%26transId%3D0%26buyerid%3D0%26ssPageN
DME%3AL%3AEOISSA%3AUS%3A1156" target=3D"_blank">Send invoice to buyer
t></td></tr></tbody></table></td></tr></tbody></table></div></td><td
"top" width=3D"185"><div><span style=3D"font-weight:bold;font-size:10
ily:arial,sans-serif;color:#000"><strong>Provide shipping information
g></span><table border=3D"0" cellpadding=3D"0" cellspacing=3D"0" widt
dy><tr><td><img src=3D"http://q.ebaystatic.com/aw/pics/s.gif" height=
 "></td></tr></tbody></table><a href=3D"http://rover.ebay.com/rover/0
44.l1121/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%
y.com%2Fws%2FeBayISAPI.dll%3FMyeBay%26CurrentPage%3DMyeBaySold%26ssPa
3DADME%3AL%3AEOISSA%3AUS%3A1121" title=3D"http://rover.ebay.com/rover
.m44.l1121/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3
bay.com%2Fws%2FeBayISAPI.dll%3FMyeBay%26CurrentPage%3DMyeBaySold%26ss
e%3DADME%3AL%3AEOISSA%3AUS%3A1121" target=3D"_blank"><img src=3D"http
```

```
atic.com/aw/pics/buttons/btnGotoMyeBay.gif" border=3D"0" height=3D"32
0"></a><br><span style=3D"font-style:italic;font-size:8pt;font-family
ns-serif;color:#000"></span></div></td></tr></tbody></table><br></div
<div id=3D"m_3729392004584666707OneClickDigestOrUnsubscribe"><div><di
m_3729392004584666707cub-cwrp"><h3 class=3D"m_3729392004584666707cub-
ct your email preferences</h3><div class=3D"m_3729392004584666707cub-
 class=3D"m_3729392004584666707cub-ulst"><li><span class=3D"m_3729392
7cub-ltxt"><span>Want to reduce your inbox email volume? <a href=3D"h
ebay.com/ws/eBayISAPI.dll?DigestEmail&amp;emailType=3D12011" target=3
eceive this email as a daily digest</a>.</span><br><span>For other em
est options, go to <a href=3D"http://my.ebay.com/ws/eBayISAPI.dll?MyE
mp;CurrentPage=3DMyeBayNextNotificationPreferences" target=3D"_blank"
on Preferences</a> in My eBay.</span><br></span></li><li><span class=
392004584666707cub-ltxt"><span>Don't want to receive this email? <a h
tp://my.ebay.com/ws/eBayISAPI.dll?EmailUnsubscribe&amp;emailType=3D12
et=3D"_blank">Unsubscribe from this email</a>.</span><br></span></li>
v></div></div></div><div id=3D"m_3729392004584666707MarketPlaceSafety
v><div id=3D"m_3729392004584666707Footer"><div><hr style=3D"HEIGHT:1p
order=3D"0" cellpadding=3D"0" cellspacing=3D"0" width=3D"100%"><tbody
"100%"><font style=3D"font-size:10pt;font-family:arial,sans-serif;col
<b>Email reference id: [#<wbr>45d0df16f2ea40759d3656f834970b<wbr>06#]
>Please don't remove this number. eBay customer support may ask you f
 number, if you should need assistance.</font></td></tr></tbody></tab
</div><hr style=3D"HEIGHT:1px"><table border=3D"0" cellpadding=3D"0"
0" width=3D"100%"><tbody><tr><td width=3D"100%"><font style=3D"font-s
font-family:verdana;color:#666"><a href=3D"http://pages.ebay.com/educ
oftutorial/index.html" target=3D"_blank">Learn More</a> to protect yo
om spoof (fake) emails.<br><br>eBay sent this email to you at <a href
o:ebay@novocin.com" target=3D"_blank">ebay@novocin.com</a> about your
registered on <a href=3D"http://www.ebay.com" target=3D"_blank">www.e
.<br><br>eBay sends these emails based on the preferences you set for
ccount. To unsubscribe from this email, change your <a href=3D"http:/
com/ws/eBayISAPI.dll?MyEbayBeta&amp;CurrentPage=3DMyeBayNextNotificat
ences" target=3D"_blank">communication preferences</a>. Please note t
y take up to 10 days to process your request. Visit our <a href=3D"ht
s.ebay.com/help/policies/privacy-policy.html" target=3D"_blank">Priva
</a> and <a href=3D"http://pages.ebay.com/help/policies/user-agreemen
arget=3D"_blank">User Agreement</a> if you have any questions.<br><br
t =C2=A9 2012 eBay Inc. All Rights Reserved. Designated trademarks an
e the property of their respective owners. eBay and the eBay logo are
arks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San J
 95125. </font></td></tr></tbody></table><img src=3D"http://rover.eba
eropen/0/e12011/7?euid=3D45d0df16f2ea40759d3656f834970b06" height=3D"
"></div></div></div><br></div></body></html>

--B_3739174330_4019078869--
```

EAI0000079

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

Plaintiff,

-v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of pro se Plaintiff Annamarie Trombetta's ("Ms. Trombetta") letters dated December 8 and 9, 2022, (ECF Nos. 330–31), and orders as follows:

1. The parties shall file a joint letter certifying the completion of fact discovery by **Thursday, December 15, 2022**.
2. To the extent that Ms. Trombetta wishes to amend her complaint, by **Monday, December 19, 2022**, she shall file her motion to amend the complaint (the "Motion") attaching the proposed amended complaint. By **Tuesday, January 10, 2023**, Defendants shall file their response to the Motion. By **Tuesday, January 17, 2023**, Ms. Trombetta shall file her reply.
3. All discovery, including expert discovery, shall be completed by **Tuesday, February 7, 2023**.
   a. Ms. Trombetta's expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be due by **Monday, December 19, 2022**, and Defendants' shall be due by **Thursday, January 19, 2023**.
   b. Depositions of experts shall be completed by **Tuesday, February 7, 2023**.

c. The parties shall file a joint status report certifying the completion of all discovery by **Tuesday, February 14, 2023**. The parties shall adhere to the individual practices of the Honorable Ronnie Abrams concerning the filing and contents of any motion(s) for summary judgment or pretrial filings, including a proposed joint pretrial order.

4. By **Tuesday, December 13, 2022**, Defendants shall file a response to Ms. Trombetta's letter requesting a more fulsome production of the data for "EAI00073 thr[ough] [] EAI00079[.]" (ECF No. 331). To the extent Ms. Trombetta raises merits issues for the Court's consideration, the Court reaffirms, (see ECF Nos. 221; 236; 244; 271; 286; 297; 302; 321), that any evidentiary or merits issues are not yet ripe, and may be appropriately raised at the summary judgment and/or trial stages of this case.

5. No further extensions of the deadlines in this Order shall be granted absent extraordinary circumstances.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated: New York, New York
December 12, 2022

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To: Annamarie Trombetta
175 East 96th Street, Apt 12R
New York, New York 10128

# EXHIBIT#11A askART Evidence Dated February 24, 2015 From Writer Bob Bahr

possible article in PleinAir magazine's weekly enewsletter

From: Bob Bahr (babahr@yahoo.com)
To: annamarie@trombettaart.com
Date: Tuesday, February 24, 2015, 10:26 AM EST

Exhibit #1

Hello, Ms. Trombetta.

I would like to interview you about your Central Park paintings for PleinAir Today, the weekly enewsletter for PleinAir magazine. Would you be interested in this? It would require about 20 minutes on the phone and JPEGs of about 8 paintings done on location in Central Park.

Please do let me know.

Thanks,

Bob Bahr
editor
PleinAir Today



# EXHIBIT#11B askART Evidence Dated March 5, 2015 From Writer Bob Bahr Time 9:53 AM

Yahoo Mail - Re: Annamarie Trombetta

Exhibit#3B

4/5/22, 4:01 PM

**Re: Annamarie Trombetta**

From: Bob Bahr (babahr@yahoo.com)
To: trombettaart@yahoo.com
Date: Thursday, March 5, 2015, 09:53 AM EST

Date March 5 2015

Thanks. Very glad you liked it. Yes, that is the right link.

I will try to send you a PDF later so you have it in that form as well.

Hope we can paint together sometime when it's above freezing!

Bob

---

From: Annamarie Trombetta <trombettaart@yahoo.com>
To: Bob Bahr <babahr@yahoo.com>
Sent: Thursday, March 5, 2015 9:47 AM
Subject: Annamarie Trombetta

Ask Art Website

Hi Bob,

Thank you so much for a wonderful article. I have been sharing it with some of my collectors and colleagues and will do so with many more people. Also thank you for your recommendation for the Ask Artwebsite . I consent to include my biography listing to their site.
Can you send me a link that is just this piece or is this the link below?? Also is there a magazine version that I can purchase.

I am please with the work that you selected as one of my collectors expressed her delight as well.

With sincere gratitude,
Annamarie Trombetta

http://www.outdoorpainter.com/artist-profiles/central-park-s-plein-air-past.html?utm_source=Art+List&utm_campaign=f24b0abe29-PAT_3_4_15&utm_medium=email&utm_term=0_6907cc7961-f24b0abe29-232018861

EXHIBIT#6B

# EXHIBIT#11C Article in Outdoor Painter

## Dated March 5, 2015 Time 9:56 AM

## Written by Writer Bob Bahr

OutdoorPainter
The Home of Plein Air Magazine

SUBSCRIBE NOW! PleinAir
Preview Digital Edition
View Table of Contents

Home Magazine Convention Art History Community WIN $20,000 Directories Contact Us

PleinAir TODAY FREE NEWSLETTER! Edited by BOB BAHR Contributing Editor JEFFREY CARLSON CLICK TO SIGN UP

Search

Like 9,799 people like this. Sign Up to see what your friends like.

FREE Weekly Newsletter!

Read *PleinAir* Magazine on the Go
App Store Google play

Monday, 02 March 2015 13:46

### Central Park's Plein Air Past

Written by Bob Bahr

Bob Bahr

font size Print Email

Rate this item (0 votes)

"Angel of the Water/Bethesda Fountain," by Annamarie Trombetta, oil, 24 in.

A PANEL FOR EVERY PAINTING STYLE
SHOP NOW
RayMar Art
Supplies for the Artist

**Central Park, the green lung of New York City, the cool, shady resting spot for summer-soaked New Yorkers, the Olmsted masterpiece of landscape design, was inspired by the work and the ideas of the Hudson River School of painting. So it's perfectly natural that plein air painting would go on in those choice 843 acres. Just ask Annamarie Trombetta.**

EXHIBIT#6C Time 9:56 AM

Date March 5, 2015

EXHIBIT#11D askART Evidence Dated June 6, 2015
From Writer Bob Bahr Time 12: 49 PM

Exhibit #1 3B

A Big Thank you from Annamarie Trombetta

From: Annamarie Trombetta (trombettaart@yahoo.com)
To: babahr@yahoo.com
Date: Saturday, June 6, 2015, 12:49 PM EDT

Date June 2015

Hi Bob,

My sincere appreciation for including me once again in Outdoor Painter! I am indeed delighted as was the host of the show to learn that the link and a feature was in the Newsletter for Outdoor Painter.

It is the kind of situation that brings attention not just to me--the Magazine but also to the Hudson River School Painters who have done so much for this country's history in art, Parks and conservation.

Last thank you for the recommendation. I am delighted that my bio is now on AskArt-- Mille Grazie for that!

I hope to meet you in person one of these days. Let's plan a meeting if you live in the New York area. Take great care and all the best to you.

Warm Regards,
Annamarie Trombetta

AskArt
2015

EXHIBIT#6D

EXHIBIT#11E Archives of askART Evidence
Dated June 30,2020 From askART Employee Kris

Gmail Annamarie Trombetta <atrombettaart@gmail.com>

**Artist Annamarie Trombetta Question Regarding my Biography**
4 messages

**Annamarie Trombetta** <atrombettaart@gmail.com> Tue, Jun 30, 2020 at 2:08 PM
To: AskART Customer Service <AskART@askart.com>

Exhibit #3

Dear Kris,

I am an artist and my biography is listed on ask art.

Can you send me the full Biography of my own Biography as it is Listed on ask Art as I do not have a subscription .

When I look up my name Annamarie Trombetta I only get the first few lines.

Thank you in advance for you cooperation.
Annamarie Trombetta

**AskART Customer Service** <AskART@askart.com> Tue, Jun 30, 2020 at 3:10 PM
To: "atrombettaart@gmail.com" <atrombettaart@gmail.com>

Dear Annamarie,

Your recognition on askART was most likely the result of your being included in a publication some years ago, where askART has always been pleased to help promote upcoming talented artists. Most likely one of our interns around that time posted your publicly available biography on our site, with credit to your website. Please let us know if you would prefer that your artist recognition be removed from the askART website, or alternatively, if you might wish to provide some updated information and examples of your works of art (in which case please send to images@askart.com)

Sincerely,

Kris

Biography from the Archives of askART

EXHIBIT#6E

EXHIBIT#11F askART WEBSITE Evidence

One Capture on September 22, 2015

Not Secure | web.archive.org/web/20150922105738/https://www.askart.com/artist/A...

https://www.askart.com/artist/Annamarie_Trombetta/11156459/Annamarie_Trombetta.aspx Go

1 capture 22 Sep 2015

AUG SEP OCT 22 2014 2015 2016

askART What's my art worth? Auction Records Research Art Buy / Sell Our Services

Enter artist name or use alphabet

a b c d e f g h i j k l m n o p q r s t u

# Annamarie Trombetta (born 1963)

Annamarie Trombetta is active/lives in New York. Annamarie Trombetta is known for geometric still life arrangements-painting.

| The Artist | Auction Records | Buy / Sell | Resources |
|---|---|---|---|
| Overview | Auction Records (0) | For Sale (0) | Signatures (0) |
| Biography | Upcoming Auctions (0) | Wanted (0) | Related Artists |
| Quick Facts | What's my art worth? | Dealers (0) | Publications |
| Get Alerts | Charts | Place an Ad | Samples of work |

Discover art and art pı

Subscribe

Sign in

- Auction rec
- Record pric
- Artist signa
- More abou

## Biography Annamarie Trombetta

The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for m ... Displaying 750 of 8277 characters

Continue reading about Annamarie Trombetta

Plaintiff000259

True askART web page

EXHIBIT #30B

EXHIBIT #6F

EXHIBIT#11G Wayback Internet Archive
RE : askART WEBSITE Evidence
One Capture on September 22, 2015

Wayback Machine — 1 Capture Sept 22 2015
web.archive.org
Annamarie Trombetta - Artist, Fine Art Prices, Auction Records for Annamarie Trombetta
INTERNET ARCHIVE
WaybackMachine
https://www.askart.com/artist/Annamarie_Trombetta/11156459/Annamarie_Trombetta.aspx
Go
AUG SEP OCT
22
2014 2015 2016
1 capture
22 Sep 2015
— Year
askART
What's my art worth? Auction Records Research Art Buy / Sell Our Services
Sign In Subscribe
Enter artist name or use alphabet
a b c d e f g h i j k l m n o p q r s t u v w x y z

## Annamarie Trombetta (born 1963)

Annamarie Trombetta is active/lives in New York. Annamarie Trombetta is known for geometric still life arrangements-painting.

The Artist
Auction Records
Buy / Sell
Resources
Overview
Auction Records (0)
For Sale (0)
Signatures (0)
Biography
Upcoming Auctions (0)
Wanted (0)
Related Artists
Quick Facts
What's my art worth?
Dealers (0)
Publications
Get Alerts
Charts
Place an Ad
Samples of work
Discover art and art prices ...
Subscribe
Sign In
• Auction records and images
• Record prices, graphs, stats
• Artist signature examples
• More about subscribing

Biography Annamarie Trombetta

The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for m ... Displaying 750 of 8277 characters.

EXHIBIT
text
#6G
Exhibit 29A
Plaintiff000149

Case: 25-817, 11/18/2025, DktEntry: 48.1, Page 20 of 30

# EXHIBIT#11H askART Website Terms of Use and Internet Privacy Policy

Exhibit 11H

7/10/20, 11:

askART What's my art worth? Auction Records Research Art Buy / Sell Our Services Sign In Subsc

Enter artist name or use alphabet à b c d e f g h i j k l m n o p q r s t u v w x y

## Terms of Service and Internet Privacy Policy

### ACCEPTANCE OF TERMS

Welcome to askART. These terms and conditions of use apply to and govern your use of the askART Web site (the "Site"). By using this service, you agree to the terms and conditions outlined below. If you do not agree to these terms and conditions, please do not use this site. The right to use askART services is personal and not transferable to any other person or entity.

Unless explicitly stated otherwise, any new features or service offerings that augment the current Service (as defined below) shall be subject to these Terms of Service.

askART reserves the right to change, modify, add or remove portions of these terms at any time, without notice to you. Usage of the site after changes are posted means you have accepted all such terms as posted.

As a Subscriber, unless otherwise agreed upon, the Subscriber account is limited solely to you and does not include usage by additional people or entities. You will be allowed almost unlimited access unless the activity level reaches our most active list, as determined in our sole discretion. In such case we reserve the further right in our sole discretion to issue replacement passwords at any time, and if appropriate, offer the service at a price to you to reflect this higher level of service usage. We also reserve the right to terminate your account with or without notice if we determine an abuse regarding the spirit of this agreement. We will confirm with you before making a custom pricing change, in which case you may subscribe on those different pricing terms. If you do not accept such different pricing terms, you or askART may elect to discontinue your subscription at any time.

askART reserves the right to cancel an account if in our sole determination there is unusual usage, not limited to automatic searches, storage or piracy of our data. Further, askART reserves the right to terminate any account for any reason not identified in these Terms of Service and that is not prohibited by law.

### LICENSE TO USE THE SITE

askART grants you a non-exclusive, non-transferable, limited right to access, use and display of the Site and the materials thereon for your personal use only, provided that you comply fully with these terms and conditions of use. You shall not interfere or attempt to interfere with the operation of the Site in any way through any means or device including, but not limited to, spamming, hacking, uploading computer viruses or time bombs, or the means expressly prohibited by any provision of these terms and conditions of use.

### OWNERSHIP; RESTRICTIONS; TRADEMARKS

askART owns, controls, licenses or has the right to use and provide the Site and all material on the Site, including, without limitation the askART Artist database, text, images, artist biographies, price valuation reports, articles, photographs, illustrations, audio and video clips, (collectively the "Content"). The Site is protected by copyright as a collective work and/or compilation, pursuant to U.S. copyright laws, international conventions, and other copyright laws. askART is the owner of the copyright in the entire Site. askART owns a copyright in the selection, coordination, arrangement and enhancement of the Site. You agree to abide by any and all copyright notices, information or restrictions displayed on the Site. askART does not grant permission to users of the site to reproduce images of original works of art.

You may not modify, create derivative works from, participate in the transfer or sale of, post on the World Wide Web, or in any way exploit the Site or any portion thereof for any public or commercial use without the express written permission of askART. You are responsible for complying with all applicable laws, rules and regulations regarding your use of any such downloaded Content. In the event of any permitted copying, redistribution or publication of material from the Site, no changes in or deletion of author attribution, trademark, legend or copyright notice shall be made.

askART and Artist Bluebook are trademarks and service marks of askART, Inc. ALL RIGHTS RESERVED. All other trademarks, service marks, product names and company names or logos appearing on the Site are the property of their respective owners. Any use of such trademarks, service marks, product names and company names or logos, including the reproduction, modification, distribution or republication without the prior written permission of the owner of same, is strictly prohibited.

### USE OF INFORMATION

As a user of the Site, you acknowledge that you may provide information regarding your tastes and preferences, and you hereby authorize askART, Inc. and its affiliates to use such information in connection with any online or offline offering or any electronic mail offering directed to you. askART, Inc. is committed to protecting your privacy. Any information that askART, Inc. collects about you will be used to enhance your utilization of the Site. By using our web site, you consent to the collection and use of this information by askART, Inc. and its affiliates.

By uploading material to any forum or by submitting any comments, recommendations or data ("information") to us, you automatically grant (or represent and warrant to us that the owner of such rights has expressly granted) to us a perpetual, royalty-free, irrevocable, nonexclusive right and license to use, reproduce, modify, adapt, publish, sublicense, translate, create derivative works of and distribute such information worldwide and/or incorporate such information into any form, medium, or technology now known or later developed. In addition, you represent and warrant to us that all so-called moral rights in the information have been waived.

https://www.askart.com/SiteTerms.aspx Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                              Plaintiff,

                against

NORB NOVOCIN, et al.,

                              Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER DENYING MOTION FOR BOND
WITHOUT PREJUDICE**

**SARAH L. CAVE,** United States Magistrate Judge.

## I.      INTRODUCTION

In this action, pro se Plaintiff Annamarie Trombetta, an artist, brings several federal and

state claims against Defendants for purportedly advertising and selling online a low-quality work

that was misattributed to her, causing damages. (See ECF No. 36). Plaintiff asserts claims against

Defendants Norb Novocin, Marie Novocin and Estate Actions, Inc., (collectively, "Moving

Defendants") as well as William Seippel and WorthPoint Corporation ("WorthPoint Defendants).

(Id.)

This case now comes before the Court on Moving Defendants' application for an order

requiring Plaintiff to post a security bond of $20,000 for their incurred and anticipated costs and

attorneys' fees in this action ("Bond Motion"). (See ECF Nos. 54–58).

For the reasons that follow, the Bond Motion is DENIED without prejudice.

## II.      BACKGROUND

The factual background of this case has been set forth in detail in the decisions of The

Honorable Ronnie Abrams, United States District Judge, granting in part and denying in part the

Moving Defendants' motion to dismiss Plaintiff's original Complaint, Trombetta v. Novocin, 414 F. Supp. 3d 625, 628 (S.D.N.Y. 2019),[1] and the undersigned concerning Plaintiff's subsequent motion to amend the complaint. (ECF No. 40).[2] Following these decisions, Plaintiff's surviving claims include: (i) Visual Artists Rights Act ("VARA") and direct copyright infringement claims against the Moving Defendants; (ii) contributory copyright infringement claims against the WorthPoint Defendants; and (iii) claims under the Digital Millennium Copyright Act ("DMCA") against both the Moving and the WorthPoint Defendants. (ECF No. 40 at 13).

On June 26, 2020, Moving Defendants filed the Bond Motion. (ECF Nos. 54–58). Plaintiff opposed the Bond Motion on July 13, 2020 (ECF Nos. 72–75); Moving Defendants replied on July 21, 2020 (ECF Nos. 82–84); and on August 7, 2020, Plaintiff submitted a "second response to [Defense counsel's] declaration for plaintiff to post a bond," which the Court construes as a sur-reply. (ECF No. 96).

Also pending before Judge Abrams are WorthPoint Defendants' Motion to Dismiss (ECF No. 60) and WorthPoint Defendants' Motion to Quash and Motion to Strike (ECF Nos. 107–08). Because the Motion to Quash and Motion to Strike are "intertwined" with the Motion to Dismiss, they will be decided together. (ECF No. 110).

## III. DISCUSSION

### A. Legal Standard

Rule 54.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York ("Local Rule 54.2") permits the Court to order any party to file "an

[1] At the time, Moving Defendants were the only defendants. See 414 F. Supp. 3d at 628.
[2] In that decision, Moving Defendants were referred to as the "EAI Defendants." (ECF No. 40 at 1).

original bond for costs or additional security for costs in such an amount and so conditioned as it

may designate." "Courts have broad discretion in deciding whether a party should be required

to post such a bond." Khaldei v. Kaspiev, No. 10 Civ. 8328 (JFK) (GWG), 2014 WL 7373383, at *1

(S.D.N.Y. Dec. 30, 2014) (citing Beautiful Jewellers Private Ltd. v. Tiffany & Co., No. 06 Civ. 3085

(KMW) (FM) 2008 WL 2876508, at *2 (S.D.N.Y. Jul. 21, 2008); see also Zlozower v. Highsnobiety

Inc., No. 18 Civ. 1120 (GDB) (BCM) (ECF No. 39) (S.D.N.Y. Nov. 6, 2018).

Under Local Rule 54.2, factors for the Court to consider in determining whether to impose

a bond include: "[1] the financial condition and ability to pay of the party at issue; [2] whether

that party is a non-resident or foreign corporation; [3] the merits of the underlying claims; [4] the

extent and scope of discovery; [5] the legal costs expected to be incurred; and [6] compliance

with past court orders." Selletti v. Carey, 173 F.R.D. 96, 100–01 (S.D.N.Y. 1997) (internal citations

omitted).

### B.     Application

Moving Defendants argue that the merits of the underlying claims, their expected legal

costs to be incurred and Plaintiff's noncompliance with past Court orders justify imposing a bond.

(ECF No. 55 at 10).[3] In Moving Defendants' reply, they add the extent and scope of discovery as

an additional factor justifying a bond.  (ECF No. 82 at 3–4).

In opposing the Bond Motion, Plaintiff emphasizes that the merits of the claims favor her,

highlights her damages, disputes that she has been noncompliant with Court orders, and argues

that Moving Defendants' purported legal fees are inflated.  (See ECF No. 75 at 1–3, 10–14).

---

[3] Citations to the parties' written submissions are to the ECF page number at the top of the page rather than the
documents' page numbers at the bottom.

Plaintiff also submits three separate responses to Moving Defendants' declarations in support of the Bond Motion, responding to the factual assertions therein. (See ECF Nos. 72–74).

**1. Merits of the underlying claims**

Moving Defendants refer to Plaintiff's lawsuit as "ill-conceived." (ECF No. 55 at 10). Plaintiff, who is pro se, has, however, pled at least some claims that survived a motion to dismiss (see Trombetta, 414 F. Supp. 3d at 634) and a contested motion to amend. (See ECF No. 40 at 13). While Moving Defendants dispute that Plaintiff sustained any damages and emphasize that certain categories of damages may be unavailable, the possibility that she could prevail at least on the issue of liability has not yet been foreclosed. (See ECF No. 55 at 9). Compare Selletti, 173 F.R.D. at 97–98, 102 (imposing $50,000 bond in "questionable" copyright action by a former bodyguard whose allegations — that he actually composed defendant Mariah Carey's hit song "Hero" — were "speculative at best"). Accordingly, this factor does not support the imposition of a bond.

**2. Expected legal costs**

Moving Defendants argue that Plaintiff's "numerous and lengthy filings" increase their legal costs, asserting that her "repetitive and disjointed" arguments force them to "sift through those filings and piece together any relevant arguments that warrant a response." (ECF No. 82 at 3). Other than reviewing and responding to Plaintiff's filings, Moving Defendants do not further describe how Plaintiff's acts unnecessarily increase their fees, nor do Moving Defendants specify their expected fees, other than by describing their accrued fees as "significant." (ECF No. 55 at 10).

Given that Moving Defendants do not at this time specify or estimate their fees, this factor

is not sufficient to warrant the imposition of a bond on Plaintiff, notwithstanding Moving Defendants' assertion (ECF No. 55 at 11) that Plaintiff may in due course be required to pay their attorneys' fees. See Zlozower, No. 18 Civ. 1120 (GDB) (BCM) (ECF No. 39, Nov. 6, 2018) (declining to impose a bond on a plaintiff who declined "a generous Rule 68 offer" and whom defendant argued could become liable for attorneys' fees).

### 3. Extent and scope of discovery

As to the extent and scope of discovery, Moving Defendants argue that "Plaintiff's premature discovery requests are unnecessarily broad." (ECF No. 82 at 3). Accepted as true, this factor does not warrant the imposition of a bond, because "discovery in this case is 'perhaps extensive [but] not particularly unusual in its magnitude.'" Khaldei, 2014 WL 7373383, at *1 (declining to impose a bond where "significant" costs included multiple party and non-party depositions) (quoting RLS Assocs., LLC v. United Bank of Kuwait PLC, No. 01 Civ. 1290 (CSH), 2005 WL 578917 at *1 (S.D.N.Y. Mar. 11, 2005)). Given that there is only a single plaintiff and two groups of defendants, and Plaintiff's claims involve a narrow set of events, discovery in this action is not likely to be complex or extended. Of course, the Court will exercise careful oversight help the parties focus their discovery requests and resolve promptly any disputes.

### 4. Compliance with past court orders

Moving Defendants argue that Plaintiff "ignore[d] the clear directions of the Court, which were provided to her verbally and in writing[]," by filing a Proposed Amended Complaint that included previously dismissed claims that should have been excluded. (ECF No. 55 at 15–16). In their reply, Moving Defendants add that Plaintiff has violated the Court's instruction to only contact the Court through the Pro Se Intake Office, not directly by email. (ECF No. 82 at 3–4).

These transgressions of Court instructions by an unrepresented pro se plaintiff stand in contrast to the repeated, willful violations of court orders that other courts have found warranted the imposition of a bond. For instance, several of the cases cited by Moving Defendants where bonds were imposed concern an attorney with a documented history violating court orders. See Mango v. Democracy Now! Prods., Inc., No. 18 Civ. 10588 (DLC), 2019 WL 3325842, at *6 (S.D.N.Y. July 24, 2019) (imposing a second bond, of $50,000, on plaintiff's counsel, and recognizing that counsel "was described as 'earn[ing] the dubious distinction of being a regular target of sanctions-related motions and orders.'") (quoting Rice v. NBCUniversal Media, LLC, No. 19 Civ. 447 (JMF), 2019 WL 3000808, at *1 (S.D.N.Y. July 10, 2019); Leibowitz v. Galore Media, Inc., No. 18 Civ. 2626 (RA) (HBP), 2018 WL 4519208 at *4 (S.D.N.Y. Sept. 20, 2018) (denying reconsideration of order imposing $10,000 bond, which was predicated in part on recognition that "Judges in this District have held, relying solely on plaintiff's counsel's record . . . that 'imposition of a bond is entirely appropriate.'") (citing Reynolds v. Hearst Commc'ns, Inc., No. 17 Civ. 6720 (DLC), 2018 WL 1229840, at *4 (S.D.N.Y. Mar. 3, 2018)); Cruz v. Am. Broad. Cos., Inc., No. 17 Civ. 8794 (LAK), 2017 WL 5665657, at *1 (S.D.N.Y. Nov. 17, 2017) (order to show cause as to why a bond should not be imposed given the court's "serious questions" about the merits of plaintiff's case, evident from the "face of the complaint"). Similarly, in Selletti, along with imposing a bond, the court sanctioned the party $5,000 for "repeatedly and wilfully violating [the court's] discovery orders." 173 F.R.D. at 103. None of the behavior described in these cases has occurred in this action.

Weighing the four relevant factors, and in the Court's "broad discretion," Khaldei, 2014 WL 7373383 at * 1, the Court accordingly declines to impose a bond on Plaintiff.

## IV. CONCLUSION

For the reasons set forth above, the Bond Motion is DENIED without prejudice.

The Clerk of Court is respectfully directed to close ECF No. 54 and to mail a copy of this Order to Plaintiff at the address below.

Dated: New York, New York
October 29, 2020

SO ORDERED

SARAH L. CAVE
United States Magistrate Judge

Mail To: Annamarie Trombetta
175 East 96th Street
Apt. 12R
New York, New York 10128

# BrendaMojica

\\server\name

PSCRIPT Page Separator

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

Plaintiff,

-v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of pro se Plaintiff Annamarie Trombetta's ("Ms. Trombetta") letter dated March 8, 2023, (ECF No. 386), and orders as follows:

1. On December 8, 2022, the Court deemed Defendants' production concerning the "coding for EAI00058 and EAU00060" (the "Emails") complete and all production-related issues resolved. (ECF No. 327). Defendants are not required to make any further production concerning the Emails.
2. On December 13, 2022, the Court struck Ms. Trombetta's revised proposed amended complaint (ECF No. 368) because the Court had already indicated that the previously-filed proposed amended complaint (ECF No. 348-1) will serve as the operative pleading in this action (ECF No. 366). (ECF No. 370).
3. On March 7, 2023, the Court denied Ms. Trombetta's request to re-open fact discovery and deemed all discovery—fact and expert—closed. (ECF No. 384 at 10–11 (the "Mar. 7 Order")).
4. To the extent Ms. Trombetta seeks permission to serve any expert reports past the deadlines the Court has set, of which Ms. Trombetta had adequate notice, that request is DENIED. (See ECF Nos. 333; 340; 361; 364; 367; 375).

5. Pursuant to the Mar. 7 Order (ECF No. ECF No. 384 at 10–11), by **Friday, April 7, 2023**, the parties shall file any anticipated motions (i) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and/or (ii) to proffer or exclude a party's experts pursuant to Federal Rule of Evidence 702 and Daubert v. Merrill Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993).

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated: New York, New York
March 10, 2023

SO ORDERED.

Sarah Cave

**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To: Annamarie Trombetta
175 East 96th Street, Apt 12R
New York, New York 10128