# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of January, two thousand twenty-six.

Before: Amalya L. Kearse,
     Richard C. Wesley,
     Maria Araújo Kahn,
      *Circuit Judges*.

_____

Annamarie Trombetta, Artist,

   Plaintiff - Appellant,

 v.

Norb Novocin, Marie Novocin, Estate Auctions, Inc., WorthPoint Corporation,

   Defendants - Appellees,

William Seippel, Worthpoint.com, Jason Packer, Employee at Worthpoint Corporation,

   Defendants.

_____

**ORDER**

Docket No. 25-817

Appellant, pro se, moves for reconsideration of the Court's order denying Appellant's motion for appointment of pro bono counsel.

IT IS HEREBY ORDERED that the motion is DENIED.

It is further ordered that, should Appellant elected to pursue the appeal, Appellant must file the opening brief by April 16, 2026. Appellant is also advised that a principal brief may not exceed 14,000 words. See Local Rule 32.1(a)(4)(A).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

