UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 25-817

Caption [use short title]
Trombetta vs Novocin and WorthPoint Corp.

Motion for: FRAP 27 Word Extension for Appeal's Brief

Set forth below precise, complete statement of relief sought:

Appellant is Pro Se and has No Appellees and is need of a brief word extension due to a prolonged litigation in the district courts and the production of Fraudulent evidence by Appellees

Word Extension For Appeal's Brief

MOVING PARTY: Annamarie Trombetta

OPPOSING PARTY: The Novocins EAI and WorthPoint Corp.

[X] Plaintiff          [ ] Defendant

[X] Appellant/Petitioner   [ ] Appellee/Respondent

MOVING ATTORNEY: Annamarie Trombetta

OPPOSING ATTORNEY: Adam Bialik, Jana Farmer, Anderson Duff

[name of attorney, with firm, address, phone number and e-mail]

Adam Bialek  Wilson Elser Moskowitz

150 East 42nd Street NYNY 10017 (212) 915-5143 Adam.bialek@wilsonelser.com

Jana Farmer Wilson Elser Moskowitz

1133Westchester Avenue White Plains NY 10604 (914) 872-7247 janafarmer@wilsonelser.com

Anderson J. Duff

353 Ocean Avenue Brooklyn NY 11226 (646)450-3607 ajd@andersonjduff.com

Court- Judge/ Agency appealed from: SDNY-0993 Judge Laura Taylor Swain and Magistrat Judge Sarah L. Cave

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[X] Yes   [ ] No (explain): _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [X] No

Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [X] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [X] Don't Know

Is the oral argument on motion requested? [ ] Yes [X] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? [ ] Yes [ ] No  If yes, enter date: _____

Signature of Moving Attorney: _____ Date: April 1, 2026   Service : [X] Electronic  [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# United States District Court

## For The

## Second Circuit District Of New York

| | |
|---|---|
| Annamarie Trombetta, | Case No. 25-817 |
| Plaintiff, Appellant | MOTION FOR WORD EXTENSION FOR |
| vs. | APPELLANT'S APPEAL'S BRIEF DUE TO |
| Norb and Marie Novocin, EAI and | DEFENDANTS FRAUDULENT EVIDENCE AND |
| WorthPoint Corporation | CIVIL LIBERTY VIOLATIONS AND ERRORS MADE |
| Defendants, Appellees | BY THE DISTRICT JUDGES AND CLERK OF COURT |

Pro se Appellant is filing a FRAP 27 Motion for an extension of words for my Appeals' Brief due to the amount of fraudulent documents filed by two Appellees and the confusion and errors this caused in the district courts. Proving my case should have been simple and quick, given my "prima facie" dispositive facts and evidence. Truth is unchanging. Both Appellees' initial intent to commit fraud was consistently exhibited in their misleading conduct, patterns of filing false material statements or disinformation documents and/or the absence of pure logic, seen in their forged signatures, visually or in text. WorthPoint's webpage photo featured a forged signature, absent my first name, with a fraudulent copyright and licensing claim. EAI's took four years to produce a forged red signature, misspelling my name, three ways. The signer of these forged signatures is **unknown**, yet my name is still on this 1972 oil painting, hence my Appeal.

**Signature on 1972 internet webpage**
**FRONT— Absent my first name**

**Signature noted in 1972 internet webpage**
**BACK— Misspelled my first name 3 ways**





**First**    Both  Defendants produced "aporetic evidence" and  implemented distorted/disjunctive syllogism  to disguise the deceit in  Appellees  evidence and deposition statements.  Appellees unnecessarily elongating this case by delaying  production of  Discovery.   The  district court and  Judges extended a preponderance  of  leniency to Appellees  who had attorneys, allowing for an unjust and unfair prejudicial  litigation proceeding.  Conversely,  the Judges   failed to read or review  the  preponderance of evidence  Appellant filed.  Below is one example that  verifies my  askART biography listing was in 2015. My Motion notes a few of  Appellees  fraudulent and contradictory conundrums  and litigation violations of  FRCP Rule 26- Rule 37 Rule 37 (e).

**Second**    Most of  my  irrefutable proof was overlooked. One of  Judge  Swain errors in Doc. 538  filed on Feb. 20, 2024,  on **p. 3**, states    *"Plaintiff  disputes  without  offering   any relevant  evidence that   Norb Novocin found all   information  regarding  the **Painting**   and Plaintiff's biography on a website called  askART etc…"*  To  clarify,  the 1972 painting  was **never**  on askART 's website, only my biography.  Disputed, is the year it was listed on askART. On **page 33**, for the second  time, the Judge incorrectly  wrote I provided  **"no  evidence "** other than **one** Wayback Machine in  Doc. 488- **Ex. 18.**  and stated  this data  was cached in  2015". Please note, Doc. 488  has  **THREE,** separate and  related,  bate  stamped  exhibits  #18—#18 A and  #18 B.  Each one  verifies, who, when  and how my bio  was initially  listed on askART's website in 2015.  Defendants  falsely claim they  gleaned my biography off  askART in 2012  for a 1972 painting  sale on eBay.  Judge Swain  mistakenly thought  exhibit #18 in  Doc. 488  was one exhibit.  There are 3 exhibits bate stamped  as 1- PL. 000149  2-  PL 000150  3-  PL 000151

**RIGHT INSERT**

**PAGE 33 DOC. 538 JUDGE SWAIN REFERENCE DOC.488 Ex.#18**

> [4]   Plaintiff argues that Mr. Novocin could not have found her biography on askArt.com in December of 2012 because — Plaintiff asserts — her profile on askArt was first created in 2015. (Pl. Mem. at 22-23.)  Plaintiff purports to substantiate her allegations with a computer screenshot, taken through Wayback Machine, which shows that her askArt profile was viewable in 2015.  (Docket entry no. 488-1 at Ex. 18.)  Plaintiff seems to misunderstand her own evidence.  The existence of Trombetta's askArt profile in 2015 only shows that the webpage existed, and its data was cached, by 2015 at the latest.  It does not disprove EAI's assertion that the page existed in 2012 and earlier.  Because Plaintiff provides no evidence to contradict Mr. Novocin's testimony, the Court cannot find a genuine issue of fact regarding whether Mr. Novocin found the biography on askArt.
>
> TROMBETTA CROSS MSJs                VERSION FEBRUARY 20, 2024                33

**Ex. #18** 000149 is the Wayback Machine documenting Sept. 22, 2015 is bio date on askART.

**Ex.#18 A** 000151 is March 5, 2015 my email confirming to Bob Bahr listed bio on askART.

**Ex.#18 B** 000150 is June 6, 2015 my email consent to Bob Bahr will list my bio to askART.

The inserted box highlighted in yellow is from Doc 488 Ex.#15 to #17 and has vital evidence.

**PLEASE REVIEW IN ORDER EXHIBITS #15 to #18 B Doc. 488**



EXHIBIT #15 EAI's. April 27, 2022-cut off and altered Nov. 16, 2022 2012 eBay sales receipts

EXHIBIT#16 Sept. 21, 2022 Deposition page 38-39 GARBLED hard to read sig. Norb Novocin

EXHIBIT#17 June 30 2020 email from Kris at askART Bio 000585

EXHIBIT#18 AskART 2015 bio Wayback Machine 000149 Pl Evid Emails 00150 - 000151

**Ex.#15** are **2** different EAI 2012 eBay receipts produced April 27, 2022 and Nov. 16, 2022

April 26, 2022 EAI000**058**—has a Yellow bar- **has NO ebay logo** —has a header -Jan. 10, 2017

Nov.16, 2022 EAI000**60**— has **NO Yellow bar** —has eBay logo— **NO header - Jan.10, 2017**

Insert below is a side by side comparison of Defendants two different 2012 eBay sales receipts.



April 27, 2022 **FIRST** eBay Receipt

November 16, 2022 **SECOND** eBay Receipt

**Ex.#16** N. Novocin's Depo 1972 webpage photo signature last name was hard to read/Garbled.

**Ex. #17** Email from askART employee Kris, confirming in writing *"Your recognition on askART was most likely the result of your being included in a publication ( Outdoor Painter ) some years ago (2015)* — **Doc. 75 p.18-on 07/13/20, Doc.488 Ex#17-on 05/30/2**

**EXHIBIT #1 Exhibit Lists in Doc. 488 filed 05/30/23 —Please view docket Ex #1 thru #41**

**Third** One main reason for filing my Motion to Reconsider on March 19, 2024 in Doc. 542 was to bring to Judge Swain's attention my two dated emails I sent to Bob Bahr. He recommended my biography be listed on askART's website in **2015**. In **Doc. 542** filed on (Motion To Reconsider) I inserted the content of my March 5, 2015 email consenting to my have my biography listed. My June 6, 2015 email confirms to Bob Bahr, my biography was added/listed on askART. **Motion 542 p.13 inserted at right.** These two dated emails are in Doc. 488 as Ex.#18 A and Ex. #18B. Again, Exhibit #18 has three documents. Judge Swain was assigned to my case in June 15, 2023, I refiled these 2015 emails in **Doc, 504 -2 page 4, also in Doc. 517-4 page 30-31 -32-33** and **Doc. 518-2 - page 4.**

In **Doc. 556** on 03/07/25, Judge Swain never commented on my emails to Bob Bahr. Attached as **EXHIBIT #2 A—G askART documents proving my bio was initially listed on askART in 2015.**

I bring to the Appeals' Court's attention in **Doc. 75, Doc. 488** - **Ex.#21D** in **Doc. 542**

I filed askART's *Terms of Service and Internet Privacy Policy* stating no one can modify or create derivative work from any content on askART's website for…… public or commercial use. The Novocins willfully violated askART's Terms of Service. Mr. Novocin has been a paid member of askART since 2001. **See SDNY Subpoena for Records Insert at the Right.**

**BELOW Doc. 542 Mot. To Reconsider Page 13**



In Discovery, I requested from Mr. Novocin's attorney his askART his membership history, however, Mr. Duff failed to produce it. Please note, I had to subpoena askART for this data.

**Fourth**    In June 2015, two relevant events happened simultaneously. On June 6, 2015, my biography was listed on askART website by Bob Bahr, author of my 2015 online article, *Central Park's Plein Air Past.* My June 6, 2015 email is in **Doc. 517-4 page 31 file 06/29/23.** At the same time my bio was listed on askART, on June 13, 2015 for the first time, I opened an eBay account. I filed my eBay emails in **Doc. 517-4 on 06/ 29/23, see pages 21-22-23.**

My 2015 eBay emails, were to purchase an item, to select payment and shipping. I filed my 2015 eBay payment and shipping in **Doc. 320 on 12/01/22.** Please review my eBay receipts in juxtaposition to Appellees receipts, **in Doc. 320 12/01/22.**

It is important for the Court to recognize, my 2015 authentic eBay purchased email receipts have color logos. My authentic payment evidence to the seller using Pay Pal has a Pay Pal color logo on the receipt. EAI/ Appellee's delayed production of the payment receipts till it was ordered in Doc. 319 on Nov. 23, 2022. —1 b. EAI's receipts **DOES NOT** have any color or eBay or Pay Pal logo (in **Doc331).** In Discovery, I requested the email for the 1972 eBay sale in 2012 from the EAI Defendant. EAI's eBay sales email was produced April 2022 and was incomplete on one side-**see on p. 3 of this Motion.** Seven months later, in Nov. 2022, a second, different email was produced. I requested a conference with Judge Cave. During the call on Nov. 23, 2022, I requested one, electronic 2012 eBay email which is noted in Doc. 319 as #1-a—**inserted below.** I was ordered to produce to WorthPoint, my Feb. 20, 2016 email, in the same native electronic format. My electronic email is in **Doc. 331 - 12/09/22 as Ex. #5.** Please review so the Court recognizes what an electronic email should look like. I also

**INSERTED AT THE RIGHT JUDGE CAVE'S NOV. 23, 2022 DOC. 319 ORDER**

Trombetta"), the following:

a. the eBay receipt of the 2012 sale of the 1972 original oil painting, in the native electronic format; and

b. documentation of the medium by which the transaction occurred (i.e., Paypal, credit card, check, etc.), to the extent such information exists.

included my Jan. 4, 2017 electronic email to Mr. Seippel as **Ex. #6**. EAI Defendants failed to produce the 2012 eBay sale of the 1972 painting in an electronic format, violating Discovery Rule 37 (e). In Doc. 538, p. 25, Judge Swain wrote EAI was cooperative in providing evidence. EAI consistently delayed Discovery, documented in ten dockets : Doc. **230**, Doc. **237**, Doc. **257**, Doc**. 266**, Doc. **278**, Doc. **284**, Doc. **287,** Doc. **312,** Doc **320**, Doc. **331** and Doc. **339.**

> constituted a net profit. (EAI 56.1 ¶ 22.) Third, EAI has been cooperative in providing the appropriate receipts and evidence to establish the value of the infringing material. Fourth,

The Novocins Appellees' failure to produce one 2012, eBay email, in a digital native format along with the fraudulent colorless, black and white purchase and payment receipts, without logos for a 2012 eBay sale claim, indicates scienter and willful intent to commit fraud.

I ask the Second Circuit of Appeals Court, to recognize, WorthPoint and Estate Auctions Inc.'s failure to produce **any** evidence that its 1972 painting webpage was online in **2012.** On **Feb. 1, 2018.** I filed two 1972 webpages dated **August 1, 2015.** I inform this Court, in 2015 I had two solo exhibits in NYC in January and February. New online write ups /videos/links appeared in 2014 thru 2015 were listed under my name. Sales of my 2015, artwork are filed in **Doc. 517-4 on pages -13 thu 20 filed 07/ 29/23.** After the fraudulent 1972 webpage was posted in August 2015, I no longer had sales for my artwork. I lost a painting sale for $8500. Judge Swain, on p. 4 of Doc. 538, made grave errors. Her incorrectness fails to acknowledge my 2015 diligence to remove WorthPoint's fraudulent webpage who in turn, lied and kept it online. The Judge stated EAI was cooperative and compliant and I refused to provide income from art sales or lost opportunities. Please review. **Doc. 517-4 Pages 1 to 38 filed on 06/29/23.**

> record that the Plaintiff lost <u>any</u> revenue because of the infringement. Ms. Trombetta refused to provide discovery evidence regarding her usual income from art sales, and she has offered no admissible evidence demonstrating that she lost opportunities to sell or showcase her work due t the Listing. Fifth, the conduct and attitude of the parties weighs in favor of a modest award of statutory damages. Litigation in this case has been contentious and protracted, particularly due to repeated and unnecessary discovery disputes. Although courts should and do afford certain indulgences to pro se plaintiffs, the Court finds that EAI has been cooperative and compliant

**JUDGE SWAIN'S OVERLOOKED VERIFYING EVIDENCE IN FOUR PHONE CALLS**

I began contacting WorthPoint and eBay to determine which company had the 1972 webpage on it website, August 1, 2015. WorthPoint's employee, Anita Brooks. agreed to state in writing, I needed to contact eBay to remove the online 1972 webpage, Nov 16,.2015. Her four month disinformation intentionally misled and directed me to contact eBay to remove the 1972 webpage- **Doc. 33, 01/17/20, p. 20,** also **Doc. 517-4 on 06/29/23,. 29 Below Ms. Brooks**

**INSERTED AT RIGHT**

**WORTHPOINT'S.**
**EMPLOYEEE**
**ANITA BROOKS**
**NOV. 16, 2015**
**DELIBERATE**
**DISINFORMATION**
**TO CONTACT eBAY.**

> Here is the e-mail that my contact forwarded to me from Worthpoint
> NOV 16. 2015 | 08:35AM EST.
> **Anita B.** replied:
> Hello,
> We do not buy or sell anything on the site. Rather: we buy sales records from various auction houses and sites and compile them into a price guide to help users determine the value of antiques and collectibles.
> If this particular item sold on EBay, I recommend trying to contact EBay, as they may be able to provide you with the additional information you are seeking.
> Kind Regards,
> The WorthPoint Team
> www.WorthPoint.com
> (877) 481-5750
>
> Regards,.
>
> Customer Support Team
> WorthPoint, Inc.

Judge Swain's written details on page 17 **(below)** and on page 4 **(bottom)** in Doc. 538. are incorrect. Her mistake changes the statutes of limitations and avoids the separate accrual rule for WorthPoint's second repost violations. The. repost occurred in the end of 2016 into mid 2017.

> Cir. 2014). According to the Plaintiff's pleadings, she discovered the WorthPoint Listing in "mid-August 2015" and first contacted WorthPoint about the misattributed painting in 2016.

In Jan. 2017, I called EAI once . Mr. Novocin called me the same night. The Judge failed to note **eBay's call** which stated the 2012 sale was **undefined.** WorthPoint 's three dated calls establish first infringement violation in 2015 with WorthPoint's removal in 2016. All four calls verify authentic material facts, exact dialogues that cannot or should not be deemed disputed.

> 2B.) In January 2017, Plaintiff called EAI Defendants multiple times to obtain information regarding the Painting's buyer and to request that the WorthPoint Listing be taken down. (SAC ¶ 17; EAI 56.1 ¶¶ 27-33.) The exact details of these phone calls are disputed and are ultimately immaterial, but it is clear that the parties were unable to conclude the matter in a manner

**Appellant's Three Dated Phone Calls to EBay and WorthPoint RE: Webpage Removal:**

1 —The Dec. 2015 eBay call verifies the 1972 painting eBay sale in 2012 was **undefined**

After Nov. 16 2015, I consistently contacted eBay. After several hang ups, I confirmed with eBay, the 1972 webpage was on WorthPoint website. I recorded my phone call with eBay, in case WorthPoint lied and denied the 1972 webpage was NOT on its website, as it did from August 2015 till Nov. 2015 and verified by Anita Brooks' email, dated Nov. 16, 2015- **above.** My eBay phone call is filed throughout my case, last in **Doc. 517-7 filed on 06/ 29/23 on p. 2 to 22.** On pages **9, 10 and 11,** eBay phone rep, **named Jamie,** gave me WorthPoint's phone number. EBay specialist, **Aldrin, on pages 15 and 16,** went online to verify WorthPoint's webpage was live and confirmed the 1972 webpage. The fourth **eBay rep, named Archer** was from eBay internet listings—see page 16. On page 19, Archer stated "nothing on eBay for the sale is showing up —no item number —no transaction number not even a link to the original sales website." My 2015 eBay call revealed the 2012 sale was. undefined, by two eBay reps. On page 21, of the eBay phone transcript, Archer confirmed eBay cannot remove the false webpage, the sale is undefined. WorthPoint had the 1972 webpage on its site My Bay call was in late, Dec. 2015. filed in **Doc. In 517-7 06/29/23, page 2 to 22.**

**INSERT TO THE RIGHT**

**Page 22 -Doc. 517-7**
**PLAINTIFF'S DEC. 2025 AUDIO AND PHONE TRANSCRIPT WITH EBAY TO REMOVE THE FALSE 1972 WEBPAGE**

**EBAY CONFIRMED THE FRAUDULENT 1972 WEBPAGE WAS ON WORTHPOINT'S WEBSITE IN 2015**

**WORTHPOINT WILLFULLY LIED TO APPELLANT WHO WAS RELIANT ON WORTHPOINT TO HAVE THE FALSE 1972 WEBPAGE REMOVED.**

Case 1:18-cv-00993-LTS-SLC Document 517-7 Filed 06/29/23 Page 22 of 27

EX #42

You know if you want this page to be removed you should contact WorthPoint it's on their Web site. The page is associated with this but we Don't have the right to remove this page

00;42;47;18 - 00;42;54;25
Annamarie Trombetta
You don't have the right to remove the page.

Archer
No,

Annamarie Trombetta
but it's it's linked and it's linked to eBay.

00;42;58;01 - 00;43;09;25
Archer
But it's copyrighted to your name and you have all the right to request and remove it this page?

00;43;09;26 - 00;43;27;06
Annamarie Trombetta
Sir The purpose of my call is to get this off the Internet. This has been going on since August 2015. It is now December. I keep contacting Worth Point and they're telling me to contact you. I have no idea what's true and what's not.

**2**—The Jan. 22, 2016 phone conversation documents WorthPoint needed to remove its webpage. The Second phone call on Jan. 22, 2016, with WorthPoint's employee Anita Brooks is in **Doc. 504-3 filed on 06/14/23 Ex.#13 pages 3-19.** Ms. Brooks kept blaming and directing me to contact eBay again pages **10, to 15** . She denied the 1972 webpage was on WorthPoint's website. Without any information, she kept arguing with me, stating WorthPoint was allowed to use public information. Please review **pages 13, 14 , 15.** As our call ended, she told me to email WorthPoint. Ms. Brooks, gave me email support@worthpoint.com to contact WorthPoint in writing on Jan. 22, 2016 - **page 11 -Doc. 504-3.** My file of emails to WorthPoint to remove webpage are in **Doc. 504-2 pages 1 thru 30.** I did **not** receive any response after my Jan. 22, 2016 call or emails. On Feb. 1st and Feb. 2, 2016, I called again, stating to Anita Brooks, its 1972 webpages are fraud, please remove it and sent more emails and filed out WorthPoint website forms. Dated emails and form submissions to WorthPoint are in **Doc. 504-3 filed 06/14/ 23 on pages 3 to 13** and **Doc. 504-3 filed 06// 14/23 page 17 to 19.** According to law, the webpage removal date is Jan. 22, 2016. On Feb. 2, 2016, I spoke to Ms. Brooks again. I was reliant on WorthPoint to remove the false 1972 webpage and signature.

**3**— The Feb. 3, 2016 call with Mr. Watkins verifies on page 30, I informed him the WorthPoint webpages were fraudulent, I did not paint nor sign this painting. and to permanently remove it. Watkins gave me Will Seippel email **Doc. 504-3 page 30.** I gave to Watkins my email address trombettaart@yahoo.com on page 32. I requested meta data etc. No one got back to me. This call with WorthPoint's webmaster, Gregory Watkins is in **Doc. 504-3 filed on 06/14/23 - Pages 20 to 36.** On Feb. 17, 2016, the false 1972 webpage was online despite speaking to Watkins on Feb. 3, 2016. Proof of this Google listing on Feb.17, 2016 is in **Doc. 517-4 p. 11-**

**06/29/23**. On Feb. 20, 2016, I filed a fraudulent artwork form and received WPTicket # 57565 receipt- **see Doc. 518-4 06/29/23 page 23.** Emails to Seippel began Feb. 20, 2016, ending on March 7, 2016 to remove all WorthPoint's linked webpages to the 1972 webpage see **in Doc. 518-5 filed on 06/29/23 pages 2 to 14.** In Seippel's Feb. 20, 2016 email he stated _we will_ remove webpage filed in **Doc. 504-3 p 35-38.** Due to this lawsuit, the removal dates changed. Jason Packer issued false dates tied to my website email address that I never used to contact WorthPoint, arguing the permanent removal date was Feb. 4, 2016. **Doc.526-2 page2-08/01/23.**

**WORHTPOINT'S INTERROGTAORY RESPONSE No. 9 FILE AUGUST 1. 2023 DOC 526-2 PAGE 2**

Plaintiff's Interrogatory No. 9
State in writing the month and year WHEN the WorthPoint Corporation employee REMOVED the "1972 Original Oil PaintingMan With Red Umbrella WorthPoint Ad" from the WorthPoint website. If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

RESPONSE: WorthPoint objects to this request on the grounds that it is duplicative of plaintiff's multiple prior requests, and mischaracterizes the listing. Subject to and without waiving the foregoing objections, WorthPoint removed the subject listing on February 4, 2016.

In support of my request for word extension, I need to inform the Court, I filed many documents verifying WorthPoint reposted the fraudulent 1972 painting website after its six months removal. Jason Packer filed a "temporary Google removal." Proof of. Packer 's Google temporary removal is in March 2016 - **Doc. 33 p. 60 Ex .#6 and Doc. 36 p. 46.** I filed proof that Google's temporary removal are NOT permanent and last six months in **Doc. 518-4 on 06/29/23-p. 2 to 8**. On page 7 it notes a link to " Making removal permanent **—Below**



Very important notes:
- A successful request lasts only about six months. After that, your information can appear on Google search results (see Making removal permanent).

In the _fall of 2016_, I started receiving emails from WorthPoint Corp. I saw the 1972 webpage on Google Listings dated Oct. 26, 2016. filed in **Doc. 504-2 p. 14** WorthPoint sent emails dated Nov. 23, 2016 and dated Jan. 31, 2017 to me are in p.15-16. Filed in **Doc. 518-3 on 06/ 29/23**

are WorthPoint's **2017** emails and Google Listings. On Jan. 4, 2017, I emailed Will Seippel stating its false 1972 webpage was on the internet again, listed under my name and credentials. Will Seippel never responded or contacted me. This was WorthPoint second, successive infringement violation. Internet law, defines the separate accrual rule statues of limitation: to be a new cause of action raised each time the infringing content is republished. WorthPoint's Jan. 2017 bate stamped WP 132-134 is filed in **Doc. 504-3 on 06/14/ 23 page 41 to 43 and in Doc. 518-2 filed on 06/29/23- page 23 -25.** Their dated Jan. 4, 2017 email between Will Seippel and Jason Packer confirmed the 2017 URL and webpage was online again. It remained online for months till my lawyer sent EAI a settlement letter. **BELOW-** Packer's Jan. 4, 2017 email filing a temporary Google removal request **See 518-4Filed on 06/29/23-p. 2 to 8.**

Jason Packer <jason.packer@worthpoint.com>                    Wed, Jan 4, 2017 at 9:49 PM
To: Will Seippel <will.seippel@worthpoint.com>
Cc: Antoine Lyseight <antoine.lyseight@worthpoint.com>

I filed a temporary removal request with Google which may help flush out that URL, but since that URL is showing up for that search based on off-page signals that may not be enough to get it to stop showing.

Beyond that the only thing we could do is remove the URL altogether, let me know if I should do that.

Important to note, Packer is blaming off-page signals for the 2017 repost, the same way Ms. Brooks blamed eBay in 2015, while the 1972 webpage was on it website. Off-page signals allegedly happen when the domain authority or the search engine thinks the page is relevant. Again, Google support instructs how to permanently remove webpages. **Doc. 518-4 p. 2 to 8.**

**Appellant's Fourth Dated Phone Call For Second Removal Request to EAI Novocins :**

4— My call on Jan.10, 2017 to EAI was due to WorthPoint's reposted 1972 webpage. For the **first and only time**,I spoke to Marie Novocin to ask if they had any information or if they could remove the 1972 webpage. After our call on Jan. 10, 2017, Norb Novocin, phoned me back as a photo at 7:10 pm proves - **Doc. 518-1 filed on 06/29/23 on page 21**. The five page transcript filed last in **Doc. 518-2 filed on 06/ 29/23 p. 18 thru 22.** I informed Mr. Novocin he

took my biography from my website, he did NOT deny it. I informed Novocin his ad and painting were fraudulent. Novocin did not admit he made a mistake, or apologized, nor called it an error, a statement that would prove NO ill intent Instead he said he did nothing wrong and to"go for it and hire an attorney". A sum of ambiguities, 12 unseen photos of a damaged painting, an unknown red signature and Novocin's prompt to hire a lawyer, contributed my 2017 attorney's settlement letter, everything ignored. On Feb. 1, 2018 I filed a lawsuit. All chronological phone transcripts are docketed with verifying dated facts and events for removal.

On March 16, 2017, I filed an unsubscribed request to stop WorthPoint from emailing me in **Doc. 518-3-p 3**. Despite unsubscribing, WorthPoint kept sending me more emails, one dated April 24, 2017 which is written on WorthPoint's sent email. I did a Google Search, Annamarie Trombetta artist and WorthPoint's fraudulent 1972 oil painting webpage was with my credentials. Both email and Google Listing were printed out at **12:40 PM**, on **April 27, 2017** filed in **Doc, 518-3 p. 7–8 filed 06/29/23.** On May 7 , 2017, I printed out at 11:18 AM WorthPoint's reposted active link of the fraudulent 1972 two webpages dated **Doc. 518-3 on p. 13 - 14**. I printed out another Google Listing on May 9, 2017 at 8:37 AM. All 2017 reposts in **Doc. 518-3 p.9 to 14.**

In Doc. 538 on page 19, Judge Swain disputes and incorrectly stated my computer, real time print outs are " screen shots". In Doc. 538, page 17, Judge Swain overlooked my first contact to WorthPoint in 2015. I was intentionally misdirected to eBay. WorthPoint's first removal was in 2016. WorthPoint's infringing repost began in late 2016 into 2017, this verifies the separate accrual rule. Below is Judge Swain's reference to Doc. 36 filed 02/21/20.

> (SAC ¶ 14.) Plaintiff did not seek to add WorthPoint as a Defendant in this action, however, until her First Amended Complaint on February 21, 2020, well after the three-year limitation period had expired. (Docket entry no. 36.) No circumstances prevented Plaintiff from identifying and naming WorthPoint as a Defendant in this action in a timely manner. Cf. Abbas

Inserted below is Pl/ Appellee's excerpt from. **Doc. 36** **SAC** **filed** **February/21, 2020 on p. 4.**

> 4. The Plaintiff Dec, 2015/Feb 2016 contacted Worthpoint .com by phone and wrote e-mail requesting a take down notice in which Ticket # 57565: Subject Fraudulent artwork Artist Annamarie Trombetta was received. **EXHIBITS #2** (DOCUMENT 29-1-#3 FILED LAST ON DECEMBER 3,2019). Plaintiff directly e-mailed Will Siepple regarding the removal of the false internet listing in February 2016. The outreach to Will Siepple took place after the Plaintiff spoke with Worhtpoint employee Anita B in Dec. 2015 . In Feb. 2016 Plaintiff spoke at length with Gregory Watkins Website Master for Worthpoint .com. These repeated actions by phone and in writing are Proof and Elements of Notification for a Take Down by the Plaintiff /Copyright holder and biographer of the personal identifying information falsely used by Estate Auctions Inc. to sell a painting . Secondly to promote the sale of the artwork by the Plaintiff and allegedly have my followers go to the Worthpoint website.

My Proposed (Doc.33 p.49) and Operative Complaint (Doc. 36 p.7) were granted based on the second reposting by WorthPoint and the separate - accrual rule's statute of limitations that run separately from each violation. In 2019, EAI clarified WorthPoint reposted the webpage due to EAI's statement they had no involvement with the third party reposting **Read Below** I had no dealings, knowledge of, or trust in either EAI or WorthPoint, prior to this ordeal.

> pointed out and wrote in an e-mail dated March 1, 2019 *"We now understand that at least one third-party internet site scraped information about the December 1, 2012 eBay sale that contained the mis-attribution naming Ms. Trombetta and reposted the same on its website at least twice. Because Estate Auctions has no control over this third party, Ms. Trombetta had difficulty removing this information from the website. We regret that this error added any stress to an artist's life, and, although this is the*

Discovery disclosed Norb Novocin is a paid member of WorthPoint since May 15, 2014. In Jan. 2017, I spoke to Marie Novocin, to help remove the repost on WorthPoint's website. The Novocins could have contacted WorthPoint but didn't-**Doc. 518-5 p.21 06/29/23.**

> proprietary business information and information as to WorthPoint's members.
>
> Subject to and without waiving the foregoing objections, WorthPoint confirms that Norb Novocin is a paid subscriber to worthpoint.com from May 15, 2014 to present.

In Doc. 556, page 6, Judge Swain botches all the facts stated in this Motion p.2-3 as also done in Doc. 538 regarding Doc. 488 Ex.#18, . Judge Abrams Order noted the separate accrual rule in Doc. 124 and Doc 187. In Doc. 556, p. 5, Judge Swain again, dismisses my 2015/2016 calls and relied on WorthPoint's internet expert, Jessie Stricchiola's false claims my 2017 computer prints are cached webpages. She also falsely alleged I somehow manipulated the dates on my evidence. My word extension is to further explain other mistakes Stricchiola's made. Below Doc. 566 page 6

> 17.) Because WorthPoint was not named as a defendant until February 21, 2020, to have stated a
>
> TROMBETTA MTR        MARCH 7, 2025        5
>
> Case 1:18-cv-00993-LTS-SLC    Document 556    Filed 03/07/25    Page 6 of 8
>
> timely claim under the copyright act against WorthPoint, Trombetta needed to have proffered admissible evidence sufficient to create a genuine dispute that WorthPoint engaged in a "renewed act" of infringement after February 21, 2017. (Id. at 18.) In the Final Opinion, the Court explicitly referenced and discussed the proffered March 2017 screenshot because that would have been a sufficiently timely "renewed act," had any screenshots from Google Searches created a genuine dispute regarding the listing's accessibility after February 21, 2017. As the Court found from consideration of the expert testimony offered by WorthPoint's witnesses, screenshots of Google search results could still display a "cached" version of the webpage even after WorthPoint deactivated the page. (Id.) Without more, the screenshots failed to show that

> Finally, Trombetta again proffers various pieces of evidence that are not relevant to any dispositive findings in this action.  These include transcripts of phone calls between Trombetta and the EAI Defendants (Motion at 29-33), records of her pre-February 2017 discussions with WorthPoint requesting that the platform remove the misattributed listing from their website (id. at 17-25), and disputes over her preferred email address (id. at 40).

Judge Swain's  dismissal of  my material  facts,  subverts my civil  liberties mainly,  the right to defend  myself , the right to due  process  of law and my right of  equality before the law.

In  Doc. 556  on  page 6,  the Judge  continued to dismiss my phone  audio and transcripts that verify dated event and WorthPoint's disinformation. My evidence is in compliance with the FRE Rule 401 and Rule 403. The Judge  wrote  there was a dispute over my preferred email address.



My word extension Motion  request has to address Jason Packer 's fraudulent evidence based on an email I never used to contact WorthPoint, the Judge deems preferred.  Jason Packer's fraudulent evidence was produced in Jan. 2023, after I filed my SAC to included  fraud on Dec. 19, 2022. On the same day Judge Cave  permanently close discovery.

## WORTHPOINT'S   VEXATIOUS  LITIGATION UNDER   28  U.S.C. DUE TO FRAUD

On Dec. 13, 2023  Doc. 528,  Judge Swain's specifically  requested  Jason Packer's Declaration as well as any other evidence that was  redacted  with access to the Plaintiff **-Below.**

ORDERED that Defendant WorthPoint Corporation file under seal, with access to the Plaintiff, Defendant WorthPoint, and court personnel only, the unredacted version of Jason Packer's Declaration (docket entry no. 425-6, 480-2), as well as any other evidence that was redacted to protect proprietary information and offered in connection with WorthPoint's Motion

As a Pro Se litigant I have equal rights noted in the statute 28 U.S.C § 1654 . WorthPoint failed to produce its AERS Canadian sub licensing agreement, violating Discovery Rule 37 and Rule 37 (b)—failure to obey a Court Order. I filed the AERS redacted version in Doc. 497-2p. 2 to 29 bate stamped WP000009-WP000034 on 06/07/23, six months earlier. Another violations is my Nov. 23, 2022, request of the 2012 eBay electronic email. WorthPoint's attorneys emailed code and titled it Source Information from the email-Doc. 526–1 p.7 -9. I had my internet specialist Mr. O'Leary, decipher this ambiguous coding filed in Doc .323 —- 12/05/22.

Throughout litigation, WorthPoint has harassed me, my witnesses noted in **Doc. 256 on 08/01/22**, shown bad faith towards my witnesses **in Doc. 289 -09/28/22.** I had to have my witnesses contact information sealed in **Doc. 309 Doc. 295** As aforementioned, I noted Jason Packer's false declaration regarding my website email to contact WorthPoint and WorthPoint's internet expert testimony implied I "somehow" changed the dates on my 2017 computer print outs. Additionally, WorthPoint willfully produced a false backdated askART biography. Despite a Discovery deadline in April, WorthPoint's attorneys produced their fraudulent askART documents on August 30, 2022, at my nine hour deposition.Their fraudulent askART documents are deficient , defected grammatically, absent the word IS in the statement *"This biography from the Archives of AskART."* The URL is difficult to read and does not have my name in the URL and was double bate stamped -**WP000141 WP000142 -WP000143 - WP00014 filed in Doc. 517-4-p. 34 to 38. EXHIBIT# 3 WorthPoint's False askART docs.**

On the  same  day,  Appellees produced a fraudulent askART document, attempts to intentionally  intimidate,  harass and  exhaust me. literally and   financially with a  frivolous lawsuit, support a  vexation litigation claim.  I was  improperly  served of a summon  and complaint from Fulton  County Ga., after a nine hour deposition .  I note, upon leaving my deposition  I  phoned a friend while  speaking  in the law firm's  lobby and took out my Metro Card.  Both hands were full.  Walking, talking on the phone I went outside.  stopped at a red light, someone  behind  me grab  my bag. I thought I was being pickpocketed. WorthPoint's Attorneys hired a  process server who  improperly  served  a lawsuit Fulton  County Ga. for IIED falsely  claiming  my  the court ordered  SDNY  summons to  Will Seippel  was mailed at Christmas time.  Imperative to recognize is the deliberate intention of  Seippel  instructing his first  attorney, to delay responding  to  the summons waiver.on on Dec. 8, 2020 —**BELOW**

---

**Third and Last Attempt to Request a Signature for the Waiver for Summons Plus the submission of the Dec. 2, 2020 Summonses and Amended Complaint**

Will Seippel <will.seippel@worthpoint.com>                                    Tue, Dec 8, 2020 at 11:18 PM
To: Annamarie Trombetta <atrombettaart@gmail.com>
Cc: Will Seippel <will@worthpoint.com>, WorthPoint Support <support@worthpoint.com>, Arnie Lutzker
<arnie@lutzker.com>, info@lutzker.com, dmca@lutzker.com

On this, we should take the max time we have to get back to her under the law. Not a day earlier. Since we are not obligated to go at her expanded pace then why go faster?  Maybe she does not have the money to hire someone which is why she is throwing a tantrum. Won't this be the first time she has to spend money. We have to, so should she. There is nothing for us to do until she dips into her pocket. Maybe she won't and we are done.
[Quoted text hidden]

---

The Ga. complaint   dated June 14,  2022 is in **Doc. 526-3-August 1, 2023.** WorthPoint delayed improperly  serving   me,  77 days. The  Ga. complaint statement   No.10  has a date of Jan. 17, 2020. The last statement   on the same page in  No. 15 states Seippel  was served on Jan. 1, 2020. which is New Year's day.    There are errors in the material facts and dates.  In addition, mailing   delivery was Jan.11, 2021verified  by USPS certified mail and in No.15, Seippel stated Jan. 1, 2020 to fit a false claim.  Judge Abrams in Doc. 126-12/18/20      specifically ordered me to mail  the SDNY summons and complaint to Seippel's dwelling or  abode in Georgia.

WorthPoint's lawsuit was partially the fault of the  SDNY clerk of  court. Errors by the clerk of  Court include printing out  my original summons in August 2020  on  the wrong

FOIA form. Prior to sending this summons, I phoned the Pro Se office, due to the 30 day response time on FOIA summons. It was different from the summons I served the Novocins. I asked the Pro Se phone rep if the increased days was do to the Covid Epidemic. Pro Se clerk incorrectly advise me to send the summons as it was sealed and signed.

**II Inexplicable errors were made by the SDNY clerk of court contributing to my Appeal.**

The most recent error, violated my civil liberty rights, are due to the inexplicable and Complete disappearance of my Feb .16, 2024, email filings, despite receiving two email acknowledgement from the SDNY's clerk of court after I filed. Inserted below is my proof from SDNY for two sent emails. Attached as **EXHIBIT#4** are my two description emails, titled and dated 2/16/24 that are listed above in my atrombettaart@gmail.com account.



My Feb. 16, 2024 letter intended to attention to Judge Swain's errors, in Doc. 537, filed on 02/08/ 24. The Judge dismissed my expert witnesses based on Judge Cave's opinion. My three page letter addressed the Judge's classification WorthPoint's lawsuit against me in Georgia, as *"unrelated"*. WorthPoint's. frivolous and non sequitur lawsuit would not have happened if Judge Abrams did not order me to mail the summons and complaint Will Seippel's home. Seippel and his lawyer knew I had to mail it. My letter aimed to inform Judge Swain, I was never in, nor did business in Georgia. Mr. Seippel's suit was a direct result of my lawsuit in

SDNY. My Feb. 16, 2024 filings was based on Doc. 537, which I paid to obtain from the public docket.



My Feb. 16, 2024 letter with exhibits was not filed under Rule 5.2 or Rule 49.1- special circumstances. By right, as per FRCP Rule 5, FRCP Rule 77 and FRCP Rule 79, all electronically emailed documents filed with SDNY clerk of court should be filed and docketed by the SDNY clerk of court. **Attached as EXHIBIT #5 are my two Feb.16, 2024 Feb. 16, 2024 letter and exhibits** On Feb.20, 2024 I phone the Pro Se Intake office three times morning and afternoon. I was told it takes up to 48 hours to docket electronic filings. On Feb. 20, 2024, I checked Court Listener and saw Judge Swain's Decision/Order Doc.538 and Appeals papers in Doc.539. I filed two letters, on Feb. 21, 2024 in Doc. 540 and Doc. 541, to confirm and document I contacted the court regarding the disappearance of my Feb. 16, 2024

filings. Despite my letters in Doc. 540 and 541, my Feb. 16, 2024 filings were never docketed. It is mandatory, not discretionary for all electronic filings emailed to the SDNY clerk of court, to be dockets.

**EXHIBIT #6 Doc. 540 Feb. 21, 2024 Letter to the Court inquiry on Feb. 16, 2024 filings.**

Attached to this Motion is **EXHIBIT #4 A Proof of sent emails** and **EXHIBIT#5,** my Feb. 16, 2024 letter with 13 exhibits, not docketed in the district court. This omission of my Feb. 16, 2024 filings, violates my civil liberty rights to just, due process in my lawsuit.

WorthPoint in it's typical pattern, delayed service of its complaint by three months. WorthPoint's complaint altered the material facts and dates in SDNY. WorthPoint's also filed. prematurely, for Default Judgment before my Answer was decided by the Ga. Judge, thus violating Ga Rule 15, specifically stating no filing for Default Judgment with a docketed Answer. This verifies that no matter what court or state, WorthPoint and it attorneys will manipulate the laws Please note, I did hire an attorney Trey Ross, to dismiss WorthPoint's frivolous lawsuit-. Seippel's tortious suit intended to cause IIED, by the way I was improperly served, to overwork me and to upstage my deadlines filings in SDNY for , my expert witness reports. Judge Swain failed to acknowledge, the obvious direct, root cause of WorthPoint's suit by inexplicably and unjustly ignoring all relevant facts in Doc. 537 filed Feb, 8, 2024. Judge Swain's characterization of Will Seippel's Ga. lawsuit, as "unrelated" is completely incorrect and unjust. Both Appellees are problem producing, pernicious people, perpetually pilfering for profits.

My word extension Motion request is in direct need and correlation to document the Appellees gamesmanship and that of their lawyers to elongate litigation. For the foregoing

reasons, I asks the Court to grant my  Motion Request for an Extension to file my Appellant

Brief and any other reliefs that Court  deems just and proper.

Respectfully Submitted,

Pro Se Plaintiff                              Annamarie Trombetta

175 East 96th Street (12 R)          ————— Electronic Signature —————

New York, New York 10128                /s/  Annamarie Trombetta     April 1, 2026

_____

Annamarie Trombetta

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

CAPTION:

Trombetta, Annamarie

**CERTIFICATE OF SERVICE***

Docket Number: 25-817

v.

Novocin and WorthPoint Corp.

I, Annamarie Trombetta , hereby certify under penalty of perjury that
           (print name)                              Appellant's Motion for Word Extension for Appeal's Brief

on April 1, 2026 , I served a copy of _____
           (date)

Motion for Word Extension-Exhibits for Motion --Feb 16 2024 Letter and Exhibits-Certificate of Service  Motion 1080. Information Statement--

(list all documents)

by (select all applicable)**

___ Personal Delivery          ___ United States Mail          ___ Federal Express or other
                                                                      Overnight Courier

                              X
___ Commercial Carrier        ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Adam R. Bialik | Wilson Elser Moskowitz 150 East 42nd Street | New York | NY | 10017 |
| Jana Farmer | Wilson Elser Moskowitz 1133 Westchester Avenue | White Plains | NY | 10604 |
| Anderson J. Duff | 353 Ocean Avenue | Brooklyn | NY | 11226 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

April 1, 2026                              Annamarie Trombetta
_____          _____
Today's Date                              Signature

Certificate of Service Form (Last Revised 12/2015)

# EXHIBIT  # 1

Doc. 488  Two Page Exhibit List

Exhibits in file  #1 to # 41

Appellant requests  the Second Circuit

Court of Appeals to Review all the

Exhibits in Doc. 488

Doc. 488

# EXHIBITS TO PLAINTIFF'S RESPONSE

EXHIBIT #1 A Estate Auction Inc text 1972 Original Oil Painting Man With Red Umbrella

B Pl's Evid Text of ad 000158 dated Jan. 14, 2016 and 000159 Aug. 1, 2015

EXHIBIT# 2 A Letter by Alex Raspa warning of misspellings and fraudulent signature.

B Norb Novocin Dep New York Listed Artist -Shabby Chic p83-86

EXHIBIT #3 A Plaintiff's 1972 childhood signature Plaintiff's Evid. 000260 and 000493

EXHIBIT #4 A False Frontal Oil Painting signature "A. Trombetta" on 1972 oil paining.

B Plaintiff's Evidence 000690 TransUnion and 000694 Experian.

EXHIBIT #5 EAI red pencil signatureANNA (gap) MARIA TROMBETTA 1972 GIFTED 1977

EXHIBIT #6 Norb Novocin Deposition Page 53 Does NOT remember AnnamariA signature.

EXHIBIT #7 EAI Rule 56.1 Statement of Facts Page 2 No. 11 CHANGE A to Annamari-E

EXHIBIT #8 Phone Transcript of Norb Novocin & Plaintiff on Jan. 10, 2017

EXHIBIT#9 ECF 22 April 24, 2019 p. 10 and 11 red signature settlement requests to EAI

EXHIBIT#10 Norb Novocin Dep Page 9 & p138-139- mother is artist- N. Novocin trained in oils

EXHIBIT #11 Bate stamped EAI as EAI00001-2-3 August 28, 2017 settlement

EXHIBIT#12 Anderson Duff's May 16, 2023 email proof of Plaintiff's $8000 settlement

EXHIBIT#13 Sept. 21, 2022 Deposition page 63-64 settlement letter Marie Novocin

EXHIBIT#14 Sept. 21, 2022 Deposition pages 94- 97 settlement letter Norb Novocin

EXHIBIT #15 EAI's. April 27, 2022-cut off and altered Nov. 16, 2022 2012 eBay sales receipts

EXHIBIT#16 Sept. 21, 2022 Deposition page 38-39 GARBLED hard to read sig. Norb Novocin

EXHIBIT#17 June 30 2020 email from Kris at askART Bio 000585

EXHIBIT#18 AskART 2015 bio Wayback Machine 000149 Pl Evid Emails 00150 - 000151

EXHIBIT#19 Norb Novocin Dep. pages 17 -18 Proficient Researcher

EXHIBIT#20 EAI00004 Jan. 6, 2017 email sent to EAI by Teri Meissner -written reference to Jane

EXHIBIT#21 A -Norb Novocin askART Member 2001 to present Pl. Evid 000586 -000592

B- Norb Novocin Dep pages 53-54 askART research

C- Norb Novocin Page 54 No secondary market-somebody of value to painting.

D- askART Terms of Use Plain. Evid. 000342 DEPOSITION as exhibit # 8

① ② ③

③ 2015 AskART PROOF

askART Prohits Transfer of content from it's Website

# EXHIBITS  PAGE 2

EXHIBIT #22   A Marie Novocin Dep, P 9- EAI  picture taker, shipper P.13
              B Marie Novocin Dep.Pages 41-43) Never saw 1972 Painting -Photographer

EXHIBIT#23    Marie Novocin Dep. Page 13—Attorney nothing to do with painting

EXHIBIT#24    Marie Novocin Dep Page 55-58   Question about photos of painting in 2012

EXHIBIT#25    Marie Novocin Dep Page 66   Owner of 1972 Oil unknown.

EXHIBIT#26    Norb Novocin Dep. Page 31-32 Owner Gifted  1972 Oil owner unknown.
              Norb Novocin Dep. Page 32  No visible Tear in Canvas

EXHIBIT#27    Nina Correia no written sales  receipt for eBay 1972 oil Pl. Evid. 000501

EXHIBIT#28    EBay  Receipts by Norb Novocin are on  Pages 135-136  EX. #28

EXHIBIT#29    Norb Novocin Dep.Page 52-55 Annamaria -unusual name -Secondary market

EXHIBIT#30    Norb Novocin Dep Page 15, EX# 30

EXHIBIT#31     99 Cents/ Norb Novocin Dep.Page 42- 47  WP Attorneys  ask about Signature

EXHIBIT#32    EAI Facebook page  selling Counterfeit items comment in Plain. Evid. 000345

EXHIBIT#33    Gayle Skluzacek askART bio in her files. EX, Pl. Evid. 000323-000579

EXHIBIT#34    Kris from askART Jan. 16, 2018 emails Regarding my Bio.000 321 -322
              Plaintiff's email to askART June 30, 2020 Plaintiff's Evidence 000585

EXHIBIT#35    Norb Novocin Dep. page 96-97 A. Trombetta as Teri Meissner sue him
              Dep. page 100

EXHIBIT#36    A Declaration Norb Novocin   Pl. Evid. 000174—000177
              B Declaration Marie Novocin  Pl.Evid. 000332—000337

EXHIBIT#37    Affidavit Patrick O'Leary Four eBay receipts

EXHIBIT#38    Attorney Anderson Duff in Pl. Evid. 000266-267  Rule 68 Offer of Judge
              Attorney Anderson Duff  Pl.  Evid -000 262-263  Blocked his emails

EXHBIT#39     Plaintiff's CMI Evidence Biography  000295-296-

EXHIBIT#40    Plaintiff's Website Domain  Year of creation 2003 Pl's Evid. 000250

EXHBIT#41     EBay  Phone Call 2015/2016 Transcript

# EXHIBIT # 2

Appellant requests  the Second Circuit

Court of Appeals to Review all the

Exhibits for 2015  askART  Biography

Listing  Exhibits  A thru I

weekly enewsletter                                                7/5/20, 12:.

## possible article in PleinAir magazine's weekly enewsletter

From:  Bob Bahr (babahr@yahoo.com)

To:  annamarie@trombettaart.com

Date:  Tuesday, February 24, 2015, 10:26 AM EST



Hello, Ms. Trombetta.

I would like to interview you about your Central Park paintings for PleinAir Today, the weekly enewsletter for PleinAir magazine. Would you be interested in this? It would require about 20 minutes on the phone and JPEGs of about 8 paintings done on location in Central Park.

Please do let me know.

Thanks,

Bob Bahr
editor
PleinAir Today

Yahoo Mail - Re: Annamarie Trombetta                                                                    4/9/22, 4:01 PM

## Re: Annamarie Trombetta

*Exhibit #3B* (handwritten)

From:  Bob Bahr (babahr@yahoo.com)

To:    trombettaart@yahoo.com

Date:  Thursday, March 5, 2015, 09:53 AM EST

*Date March 5 2015* (handwritten)

Thanks. Very glad you liked it. Yes, that is the right link.

I will try to send you a PDF later so you have it in that form as well.

Hope we can paint together sometime when it's above freezing!

Bob

From: Annamarie Trombetta <trombettaart@yahoo.com>
To: Bob Bahr <babahr@yahoo.com>
Sent: Thursday, March 5, 2015 9:47 AM
Subject: Annamarie Trombetta

*Ask Art Website* (handwritten)

Hi Bob,

Thank you so much for a wonderful article.   I have been sharing it with some of my collectors and  colleagues and will do so with many more people. Also thank you for your recommendation for the Ask Artwebsite . I consent to include  my biography  listing to their site.
Can you send me a link that is just this piece or is this the link below??    Also is there a magazine version that I can purchase.

I am please with the work that you selected as one of my collectors expressed her delight as well.

With sincere gratitude,
Annamarie Trombetta

http://www.outdoorpainter.com/artist-profiles/central-park-s-plein-air-past.html?
utm_source=Art+List&utm_campaign=f24b0abe29-PAT_3_4_15&utm_medium=email&utm_term=0_6907cc7961-
f24b0abe29-232018861



Plaintiff000151

# OutdoorPainter
The Home of Plein Air Magazine

SUBSCRIBE NOW!
Preview Digital Edition
View Table of Contents


PleinAir

**Home**   **Magazine**   **Convention**   **Art History**   **Community**   **WIN $20,000**   **Directories**   **Contact Us**

FROM THE EDITORS OF PleinAir Magazine
PleinAir TODAY

FREE NEWSLETTER!
Edited by BOB BAHR Contributing Editor JEFFREY CARLSON
CLICK TO SIGN UP

Search

Like  9,799 people like this. Sign Up to see what your friends like.

PLEIN AIR   FREE Weekly Newsletter!

Monday, 02 March 2015 13:46

## Central Park's Plein Air Past

Written by  Bob Bahr

*Bob Bahr*

font size    |    Print   Email

Rate this item                    (0 votes)

Read *PleinAir* Magazine on the Go
Download on the App Store
Google play



"Angel of the Water/Bethesda Fountain," by Annamarie Trombetta, oil, 24 in.


A PANEL FOR EVERY PAINTING STYLE

Plein Aire Panel

SHOP NOW

RayMar Art
Supplies for the Artist

**Central Park, the green lung of New York City, the cool, shady resting spot for summer-soaked New Yorkers, the Olmsted masterpiece of landscape design, was inspired by the work and the ideas of the Hudson River School of painting. So it's perfectly natural that plein air painting would go on in those choice 843 acres. Just ask Annamarie Trombetta.**

EXHIBIT #CC   Date March 5, 2015   Time 9:56 AM

1 of 6                                                                                    3/5/15, 9:56 AM

Yahoo Mail – A Big Thank you from Annamarie Trombetta

4/17/21, 9:27 PM

## A Big Thank you from Annamarie Trombetta

From: Annamarie Trombetta (trombettaart@yahoo.com)

To:     babahr@yahoo.com

Date:   Saturday, June 6, 2015, 12:49 PM EDT

*Exhibit #1 3B*

*Date June 2015*

Hi Bob,

My sincere appreciation for including me once again in Outdoor Painter!   I am indeed delighted as was the host of the show to learn that the link and a feature was in the Newsletter for Outdoor Painter.

It is the kind of situation that brings attention not just to me--the Magazine but also to the Hudson River School Painters who have done so much for this country's history in art, Parks and conservation.

Last thank you for the recommendation.  I am delighted that my bio is now on AskArt-- Mille Grazie for that!

I hope to meet you in person one of these days.  Let's plan a meeting if you live in the New York area. Take great care and all the best to you.

Warm Regards,
Annamarie Trombetta

*AskArt*

*2015*



*EXHIBIT #1 D*

Plaintiff000150



7/10/20, 12:09

Annamarie Trombetta <atrombettaart@gmai...>

# Artist Annamarie Trombetta Question Regarding my Biography

4 messages

**Annamarie Trombetta** <atrombettaart@gmail.com>
To: AskART Customer Service <AskART@askart.com>

Tue, Jun 30, 2020 at 2:08 PM

Dear Kris,

I am an artist and my biography is listed on ask art.

Can you send me the full Biography of my own Biography as it is Listed on ask Art as I do not have a subscription.

When I look up my name Annamarie Trombetta I only get the first few lines.

Thank you in advance for you cooperation.

Annamarie Trombetta

**AskART Customer Service** <AskART@askart.com>
To: "atrombettaart@gmail.com" <atrombettaart@gmail.com>

Tue, Jun 30, 2020 at 3:10 PM

Dear Annamarie,

Your recognition on askART was most likely the result of your being included in a publication some years ago, where askART has always been pleased to help promote upcoming talented artists. Most likely one of our interns around that time posted your publicly available biography on our site, with credit to your website. Please let us know if you would prefer that your artist recognition be removed from the askART website, or alternatively, if you might wish to provide some updated information and examples of your works of art (in which case please send to images@askart.com)

Sincerely,

Kris



Biography from the Archives of askART

# askART

What's my art worth?   Auction Records   Research Art   Buy / Sell   Our Services   Sign In   Subsc

Enter artist name or use alphabet    a b c d e f g h i j k l m n o p q r s t u v w x y

# Terms of Service and Internet Privacy Policy

## ACCEPTANCE OF TERMS

Welcome to askART. These terms and conditions of use apply to and govern your use of the askART Web site (the "Site"). By using this service, you agree to the terms and conditions outlined below. If you do not agree to these terms and conditions, please do not use this site. The right to use askART services is personal and not transferable to any other person or entity.

Unless explicitly stated otherwise, any new features or service offerings that augment the current Service (as defined below) shall be subject to these Terms of Service.

askART reserves the right to change, modify, add or remove portions of these terms at any time, without notice to you. Usage of the site after changes are posted means you have accepted all such terms as posted.

As a Subscriber, unless otherwise agreed upon, the Subscriber account is limited solely to you and does not include usage by additional people or entities. You will be allowed almost unlimited access unless the activity level reaches our most active list, as determined in our sole discretion. In such case we reserve the further right in our sole discretion to issue replacement passwords at any time, and if appropriate, offer the service at a price to you to reflect this higher level of service usage. We also reserve the right to terminate your account with or without notice if we determine an abuse regarding the spirit of this agreement. We will confirm with you before making a custom pricing change, in which case you may subscribe on those different pricing terms. If you do not accept such different pricing terms, you or askART may elect to discontinue your subscription at any time.

askART reserves the right to cancel an account if in our sole determination there is unusual usage, not limited to automatic searches, storage or piracy of our data. Further, askART reserves the right to terminate any account for any reason not identified in these Terms of Service and that is not prohibited by law.

*Prohibited to Transfer Content*

## LICENSE TO USE THE SITE

askART grants you a non-exclusive, non-transferable, limited right to access, use and display of the Site and the materials thereon for your personal use only, provided that you comply fully with these terms and conditions of use. You shall not interfere or attempt to interfere with the operation of the Site in any way through any means or device including, but not limited to, spamming, hacking, uploading computer viruses or time bombs, or the means expressly prohibited by any provision of these terms and conditions of use.

## OWNERSHIP; RESTRICTIONS; TRADEMARKS

askART owns, controls, licenses or has the right to use and provide the Site and all material on the Site, including, without limitation the askART Artist database, text, images, artist biographies, price valuation reports, articles, photographs, illustrations, audio and video clips, (collectively the "Content"). The Site is protected by copyright as a collective work and/or compilation, pursuant to U.S. copyright laws, international conventions, and other copyright laws. askART is the owner of the copyright in the entire Site. askART owns a copyright in the selection, coordination, arrangement and enhancement of the Site. You agree to abide by any and all copyright notices, information or restrictions displayed on the Site. askART does not grant permission to users of the site to reproduce images of original works of art.

You may not modify, create derivative works from, participate in the transfer or sale of, post on the World Wide Web, or in any way exploit the Site or any portion thereof for any public or commercial use without the express written permission of askART. You are responsible for complying with all applicable laws, rules and regulations regarding your use of any such downloaded Content. In the event of any permitted copying, redistribution or publication of material from the Site, no changes in or deletion of author attribution, trademark, legend or copyright notice shall be made.

askART and Artist Bluebook are trademarks and service marks of askART, Inc. ALL RIGHTS RESERVED. All other trademarks, service marks, product names and company names or logos appearing on the Site are the property of their respective owners. Any use of such trademarks, service marks, product names and company names or logos, including the reproduction, modification, distribution or republication without the prior written permission of the owner of same, is strictly prohibited.

## USE OF INFORMATION

As a user of the Site, you acknowledge that you may provide information regarding your tastes and preferences, and you hereby authorize askART, Inc. and its affiliates to use such information in connection with any online or offline offering or any electronic mail offering directed to you. askART, Inc. is committed to protecting your privacy. Any information that askART, Inc. collects about you will be used to enhance your utilization of the Site. By using our web site, you consent to the collection and use of this information by askART, Inc. and its affiliates.

By uploading material to any forum or by submitting any comments, recommendations or data ("information") to us, you automatically grant (or represent and warrant to us that the owner of such rights has expressly granted) to us a perpetual, royalty-free, irrevocable, nonexclusive right and license to use, reproduce, modify, adapt, publish, sublicense, translate, create derivative works of and distribute such information worldwide and/or incorporate such information into any form, medium, or technology now known or later developed. In addition, you represent and warrant to us that all so-called moral rights in the information have been waived.

**Exhibit B** *(handwritten)*

## askART

What's my art worth?    Auction Records    Research Art    Buy / Sell    Our Services      Sign In   Subscribe

Enter artist name or use alphabet      a b c d e f g h i j k l m n o p q r s t u v w x y z

## DMCA INFRINGEMENT NOTIFICATION PROCEDURE

In accordance with the Digital Millennium Copyright Act of 1998 ("DMCA"), askART.com, Inc. ("askART") will respond expeditiously to claims of copyright infringement that are reported to askART's designated copyright agent identified below. If you are a copyright owner, or are authorized to act on behalf of an owner of the copyright, and believe that your work has been copied in a way that constitutes copyright infringement, please report your notice of infringement to askART by providing askART's designated copyright agent listed below with the following information:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
2. Identification of the copyright work claimed to have been infringed;
3. Identification of the location of the material that is claimed to be infringing (i.e., on a specific part of the askART website) and sufficient information that allows askART to identify such materials;
4. You name, address, telephone number and email address;
5. A written statement by you that you have a good-faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent or the law; and
6. A statement that the above information in your notification is accurate and, under penalty of perjury, that you are the copyright owner or authorized to act on behalf of the copyright owner.

You should send DMCA Infringement Notifications to askART as follows:

askART, Inc.
Attention: Copyright Agent
P.O. Box 380
Tonganoxie, KS 66086
copyright@askART.com (Subject: DMCA Infringement Notification)

## WHAT WE DO WITH YOUR INFRINGEMENT NOTIFICATION

Upon receipt of your DMCA Infringement Notification, we will take reasonable steps to promptly notify the relevant user that askART has removed or disabled access to the material.

DMCA COUNTER-NOTIFICATION PROCEDURE
To file a counter notification with us, you must provide a written communication that sets forth the items specified below. Please note that under Section 512(f) of the Copyright Act, any person who knowingly materially misrepresents that material or activity was removed or disabled by mistake or misidentification may be subject to liability. Please also be advised that we enforce a policy that provides for the termination in appropriate circumstances of subscribers who are repeat infringers. Accordingly, if you are not sure whether certain material infringes the copyrights of others, we suggest that you first contact an attorney.

## ELEMENTS OF COUNTER-NOTIFICATION

1. Identify the specific material that askART has removed or to which askART has disabled access.
2. Provide your full name, address, telephone number, and email address, and the username of your askART account.
3. Provide a statement that you consent to the jurisdiction of Federal District Court for the judicial district in which your address is located (or San Francisco County, California if your address is outside of the United States), and that you will accept service of process from the person who provided notification or an agent of such person.
4. Include the following statement: "I swear, under penalty of perjury, that I have a good faith belief that the material was



Appealant's NAME    NAME    Twice
From askART site

# Annamarie Trombetta (born 1963)

Annamarie Trombetta is active/lives in New York. Annamarie Trombetta is known for geometric still life arrangements-painting.

| The Artist | Auction Records | Buy / Sell | Resources |
|---|---|---|---|
| Overview ✒ | Auction Records (0) | For Sale (0) | Signatures (0) |
| Biography | Upcoming Auctions (0) | Wanted (0) | Related Artists |
| Quick Facts | What's my art worth? | Dealers (0) | Publications |
| Get Alerts | Charts | Place an Ad | Samples of work |

Discover art and art p[...]
- Auction rec[...]
- Record pric[...]
- Artist signa[...]
- More about[...]

Subscribe

Sign in

## Biography  Annamarie Trombetta

The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for m  ...  Displaying 750 of 8277 characters

- Continue reading about Annamarie Trombetta

Plaintiff000259



Case 1:18-cv-00093-LTS-SLC  Document 517-4  Filed 06/29/23  Page 30 of 38

*Wayback Machine — 1 Capture Sept 22, 2015*

# Annamarie Trombetta (born 1963)

Annamarie Trombetta is active/lives in New York. Annamarie Trombetta is known for geometric still life arrangements-painting.

| The Artist | Auction Records | Buy / Sell | Resources |
|---|---|---|---|
| Overview | Auction Records (0) | For Sale (0) | Signatures (0) |
| Biography | Upcoming Auctions (0) | Wanted (0) | Related Artists |
| Quick Facts | What's my art worth? | Dealers (0) | Publications |
| Get Alerts | Charts | Place an Ad | Samples of work |

## Discover art and art prices ...

**Subscribe**

Sign In

- Auction records and images
- Record prices, graphs, stats
- Artist signature examples
- More about subscribing

## Biography  Annamarie Trombetta

The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for m ... Displaying 750 of 8277 characters.

Plaintiff000149

# EXHIBIT # 3

Appellant requests the Second Circuit

Court of Appeals to Review Apellees'

WP000141—WP000142
WP000143—WP000144

Fraudulent askART Biography with
1 Absent Appellant's name in theURL

2 GRAMMATICAL ERROR in
statement "This biography from the
Archives of AskART.



web.archive.org/web/20100820213943/http://www.askart.com/askart/artist.asp?artist=11156459

**Missing Name**

Annamarie Trombetta (1963 - )

Ask/ART The Artists' Bluebook™ –Worldwide Edition!

Artist Search

| Research : Annamarie Trombetta | | Marketplace : Annamarie Trombetta | | Login for full access |
|---|---|---|---|---|
| Summary | Examples of her work | For sale ads | Auction results* | Login | Register |
| Quick facts | Exhibits - current | Wanted ads | Auctions upcoming for her* | View AskART Services |
| Biography™ | Museums | Dealers | Auction sales graphs* | |
| Book references | Magazine references pre-2007 | What's my art worth? | Magazine ads pre-1995* | Ask/ART |
| Discussion board | Signature Examples | Market Alert - Free | Place a classified ad | Sign up Here |

**Lived/Active:** New York     **Known for:** geometric still life arrangements-painting

*may require subscription

**Back to Previous Page**

**Available for Annamarie Trombetta:**

| | |
|---|---|
| Quick facts (Styles, locations, mediums, teachers, subjects, geography, etc.) Annamarie Trombetta | yes |
| Biographical information Annamarie Trombetta | yes |
| Book references Annamarie Trombetta | 0 |
| Magazine references Annamarie Trombetta | 1 |
| Discussion board entries Annamarie Trombetta | 0 |

Ⓢ Please send me Alert Updates for Annamarie Trombetta (free)
What is an alert list?

*Grammatically Incorrect*

**This biography from the Archives of AskART:**

The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge.

As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely.

I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time helped me to see the similarities as well as the differences of each quite clearly.

Upon my return I enrolled in an art history course to examine the content of art in relation to its chronological, political and historical relevance while applying to art colleges. I was accepted to Parsons School of Design located in lower Manhattan. The pulsating pace of this compressed cosmopolitan city was reflected in the school's curriculum. Although I did enjoy the challenges and experiences which expanded my capabilities, I was not satisfied with the level of my drawing

and painting skills. In the mid Eighties I attended The New York Academy of Art which focused on teaching the history and traditional techniques from periods of art, such as the Italian Renaissance, the classical and neoclassical periods in France, as well as the Spanish, Dutch and Fleming masters. Here I studied cast drawing, grisaille painting, anatomy, dissected cadavers, yet most influential to me was geometry and perspective.

During this period I traveled once again to France and Italy to study with my teachers who offered summer classes in art history, drawing and painting. I remember when I was in the French countryside feeling as if I was walking into a huge painting. The views felt so familiar due to the talents of Monet, Pissarro, VanGogh, etc. In my solitude I would envision them, particularly VanGogh in a wheat field painting or see the circular hay stacks change colors by sunset right before my eyes. The truth captured in their paintings a century ago felt so real to me, it spiraled an indelible influence. This experience still inspires me to strive towards capturing my subjects with a sense of presence and atmosphere. Visiting Italy again, my ancestral homeland, sharpened my acuity and attraction to works of art on uniquely shaped canvases. There were so many moments that will be with me throughout my life, most notable was to see the chariot markings while walking in the ruins of ancient Rome, or to hear bells toll in St. Mark's Square, and to be within inches of some of the most revered art in the world.

When I returned to the States, the desire to develop artwork in various mediums became the goal. I started attending The National Academy School of Fine Arts to explore and prefect the media of pastels and figure painting, and also to study printmaking. During this time I was employed at The National Academy Museum. The Academy and its intriguing history filled the chasm of my knowledge for the heritage of American art while also informing me of the cultural developments in my country, particularly those in New York. The opportunity to read the Academy's books while I was working at the Museum, was an enlightening experience. I learned, most importantly, about the Hudson River School painters and their personal involvement with writer/poet William Cullen Bryant. This relationship between artists and writers of that time initiated the unfoldment of Central Park. The Park, which is adjacent to The National Academy Museum was already charted territory for my artistic expression. Learning about the creation of the Park intensified my passion for depicting it.

During my tenure at The Academy, a conversation with a museum visit led to my interest in the W.B. Yeats Society of New York , and another trip abroad. Coincidentally and perhaps synchronistically I had been attending lectures on Theosophy about the same time I was learning about Yeats. Crucial to my personal and professional development at that time was my comprehension of why Theosophy influenced the modern movement in the Arts. Yeats, like many other writers, musicians, and artists such as Mondrian and Klee, etc. drew inspiration from the philosophical texts written by the robust Russian, Madame Blavatsky. Within a few months I had won a scholarship under the auspices of the Yeats Summer School in Sligo, Ireland via the Yeats Society of New York.

A short trip to London, preceded the Summer School, where I hunted down John Singer Sargent's charcoal sketch of Yeats at the National Portrait Gallery. This inspired a trip to the Tate, and several other collections. Traveling to England first set the stage for the political, personal, and historical dynamics that I was about to encounter regarding the legacy of Yeats and of Ireland. Before the school commenced, there was a ceremonial service at Drumcliff Church where Yeats is buried. The picturesque view and the enigmatic words of his icy epitaph became etched in my memory on that day and inspired me to create a painting titled after his poem "Under Benbulben" which elaborates on his immortal words. To learn about his family, his life and his vision motivated me to begin a new chapter in creating my own work.

To culminate my journey, when I returned home I gathered the metaphorical leaves and branches that had fallen from my artistic tree, be it ancestral or archetypal and concentrated "souly" on "The Holy Tree" described in Yeats' poem "The Two Trees." This image, inspired by the milieu of a mentor miles away is a tribute to his gifts and determined ways which regenerated and awakened the visionary in me. This catalogue highlights the pictorial progression from that trip and the time that followed.

I wish to acknowledge certain individuals who have enhanced my artistic sensibilities as a person, as well asan artist. These individuals include Everett Raymond Kinstler, Raymond Steiner, Harvey Dinnerstein, Burton Silverman, the artist's in The Painting Group particularly Aaron Shikler, David Levine, Danny Schwartz, Irene Hecht. I thank them for their help and guidance in my life.

Source:
The website of the artist

** If you discover credit omissions or have additional information to add, please let us know at registrar@AskART.com.

copyright © 2000-2010 AskART all rights reserved ® AskART and Artists' Bluebook are registered trademarks.

WP000142

Case 1:18-cv-00993-LTS-SLC   Document 517-4   Filed 06/29/23   Page 37 of 38



**Missing Name**

## Annamarie Trombetta (1963-)

http://www.askart.com/askart/artist.aspx?artist=11156459   Go   AUG AUG SEP

2 captures   29   2010 2014 2015

**Ask/ART** The Artists' Bluebook™ –Worldwide Edition!

Artist Search

artist last name | first name (optional) | GO

abcdefghijklmnopqrstuvwxyz

> GO TO HOME PAGE

| About: Annamarie Trombetta | | Buy and Sell: Annamarie Trombetta | | Login for full access |
|---|---|---|---|---|
| Summary | Examples of her work | For sale ads | Auction results* | Login \| Register |
| Quick facts | Exhibits - current | Wanted ads | Auctions upcoming for her* | View AskART Services |
| Biography™ | Museums | Dealers | Auction sales graphs* | Ask/ART |
| Book references | Magazine references pre-2007 | What's my art worth? | Magazine ads pre-1998* | Sign up Here |
| Discussion board | Signature Examples* | Market Alert - Free | Place a classified ad | |

*may require subscription

**Lived/Active:** New York    **Known for:** geometric still life arrangements-painting

**Available for Annamarie Trombetta:**

| | |
|---|---|
| **Quick facts** (Styles, locations, mediums, teachers, subjects, geography, etc.) Annamarie Trombetta | yes |
| Biographical information Annamarie Trombetta | yes |
| Book references Annamarie Trombetta | 0 |
| Magazine references Annamarie Trombetta | 1 |
| Discussion board entries Annamarie Trombetta | 0 |

⊘ Please send me Alert Updates for Annamarie Trombetta (free)

What is an alert list?

**Missing**  *Grammatically Incorrect*

### This biography from the Archives of AskART:

The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree.  Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change.  Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge.

As the years unfurled, my family moved to Staten Island.  At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor.  It was an almost fatal or perhaps even a fated occurrence in my life.  The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely.

I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time helped me to see the similarities as well as the differences of each quite clearly.

WP000143

Upon my return I enrolled in an art history course to examine the content of art in relation to its chronological, political and historical relevance while applying

to art colleges. I was accepted to Parsons School of Design located in lower Manhattan. The pulsating pace of this compressed cosmopolitan city was reflected in the school's curriculum. Although I did enjoy the challenges and experiences which expanded my capabilities, I was not satisfied with the level of my drawing and painting skills. In the mid Eighties I attended The New York Academy of Art which focused on teaching the history and traditional techniques from periods of art, such as the Italian Renaissance, the classical and neoclassical periods in France, as well as the Spanish, Dutch and Fleming masters. Here I studied cast drawing, grisaille painting, anatomy, dissected cadavers, yet most influential to me was geometry and perspective.

During this period I traveled once again to France and Italy to study with my teachers who offered summer classes in art history, drawing and painting. I remember when I was in the French countryside feeling as if I was walking into a huge painting. The views felt so familiar due to the talents of Monet, Pissarro, VanGogh, etc. In my solitude I would envision them, particularly VanGogh in a wheat field painting or see the circular hay stacks change colors by sunset right before my eyes. The truth captured in their paintings a century ago felt so real to me, it spiraled an indelible influence. This experience still inspires me to strive towards capturing my subjects with a sense of presence and atmosphere. Visiting Italy again, my ancestral homeland, sharpened my acuity and attraction to works of art on uniquely shaped canvases. There were so many moments that will be with me throughout my life, most notable was to see the chariot markings while walking in the ruins of ancient Rome, or to hear bells toll in St. Mark's Square, and to be within inches of some of the most revered art in the world.

When I returned to the States, the desire to develop artwork in various mediums became the goal. I started attending The National Academy School of Fine Arts to explore and prefect the media of pastels and figure painting, and also to study printmaking. During this time I was employed at The National Academy Museum. The Academy and its intriguing history filled the chasm of my knowledge for the heritage of American art while also informing me of the cultural developments in my country, particularly those in New York. The opportunity to read the Academy's books while I was working at the Museum, was an enlightening experience. I learned, most importantly, about the Hudson River School painters and their personal involvement with writer/poet William Cullen Bryant. This relationship between artists and writers of that time initiated the unfoldment of Central Park. The Park, which is adjacent to The National Academy Museum was already charted territory for my artistic expression. Learning about the creation of the Park intensified my passion for depicting it.

During my tenure at The Academy, a conversation with a museum visit led to my interest in the W.B. Yeats Society of New York , and another trip abroad. Coincidentally and perhaps synchronistically I had been attending lectures on Theosophy about the same time I was learning about Yeats. Crucial to my personal and professional development at that time was my comprehension of why Theosophy influenced the modern movement in the Arts. Yeats, like many other writers, musicians, and artists such as Mondrian and Klee, etc. drew inspiration from the philosophical texts written by the robust Russian, Madame Blavatsky. Within a few months I had won a scholarship under the auspices of the Yeats Summer School in Sligo, Ireland via the Yeats Society of New York.

A short trip to London, preceded the Summer School, where I hunted down John Singer Sargent's charcoal sketch of Yeats at the National Portrait Gallery. This inspired a trip to the Tate, and several other collections. Traveling to England first set the stage for the political, personal, and historical dynamics that I was about to encounter regarding the legacy of Yeats and of Ireland. Before the school commenced, there was a ceremonial service at Drumcliff Church where Yeats is buried. The picturesque view and the enigmatic words of his icy epitaph became etched in my memory on that day and inspired me to create a painting titled after his poem "Under Benbulben" which elaborates on his immortal words. To learn about his family, his life and his vision motivated me to begin a new chapter in creating my own work.

To culminate my journey, when I returned home I gathered the metaphorical leaves and branches that had fallen from my artistic tree, be it ancestral or archetypal and concentrated "souly" on "The Holy Tree" described in Yeats' poem "The Two Trees." This image, inspired by the milieu of a mentor miles away is a tribute to his gifts and determined ways which regenerated and awakened the visionary in me. This catalogue highlights the pictorial progression from that trip and the time that followed.

I wish to acknowledge certain individuals who have enhanced my artistic sensibilities as a person, as well asan artist. These individuals include Everett Raymond Kinstler, Raymond Steiner, Harvey Dinnerstein, Burton Silverman, the artist's in The Painting Group particularly Aaron Shikler, David Levine, Danny Schwartz, Irene Hecht. I thank them for their help and guidance in my life.

Source:
The website of the artist

*** If you discover credit omissions or have additional information to add, please let us know at registrar@AskART.com.

go to top

home | site map | site terms | AskART services & subscriptions | contact | about us

copyright © 2000-2014 AskART all rights reserved ® AskART and Artists' Bluebook are registered trademarks

A | B | C | D-E | F-G | H | I-K | L | M | N-P | Q-R | S | T-V | W-Z
frequently searched artists 1, 2, more...
art appraisals, art for sale, auction records, misc artists

WP000144

# EXHIBIT # 4

Appellant requests the Second Circuit Court of Appeals to Review :

Sent files on Friday February 16, 2024

Two electronic acknowledgement of receipt from SDNY clerk of court.

First Filing -Letter to Judge Swain With Exhibits #1 to #4

Second Filing - Exhibits # 5 to # 8 And Exhibits # 9 to # 13

* These files were <u>NEVER</u> docketed by the SDNY clerk of court.

# GMAIL SENT FOLDER



Case: 25-817, 04/02/2026, DktEntry: 51.1, Page 44 of 53

Gmail - Plaintiff's Feb. 16, 2024 Letter & 13 Exhibits Re: Relevance a...Derivation of 18-cv-0993 to WorthPoint's Lawsuit in Fulton County Ga.          3/15/26, 7:00 PM



*(handwritten, red ink: "First Email   Feb 16, 2024")*

## Plaintiff's Feb. 16, 2024 Letter & 13 Exhibits Re: Relevance and Derivation of 18-cv-0993 to WorthPoint's Lawsuit in Fulton County Ga.

**Annamarie Trombetta** <atrombettaart@gmail.com>          Fri, Feb 16, 2024 at 2:33 PM
To: Temporary_Pro_Se_Filing@nysd.uscourts.gov

*(handwritten, red ink: "TIME", "A—Email")*

To Whom It May Concern,

I , Annamarie Trombetta and I  am the Flier in case 18-CV-0993

Plaintiff          Annamarie Trombetta
 Address          175 East 96th Street  (12 R)
                      New York,  New York 10128
Telephone      (212) 427-5990

Plaintiff is filing   a three page Letter to The Honorable Judge Swain  dated February 16, 2024 Re  Relevance and Derivation of 18-cv-0993 to WorthPoint's Lawsuit in Fulton County Ga. with EXHIBITS #1 to #13.

The attached 1-PDF with EXHIBITS #1 to #5 are included in the email.

PLEASE NOTE I will send a second email with  2-PDF EXHIBITS #5 to #8  and
3-PDF  EXHIBITS #9 to #13

Thank you in advance for your anticipated cooperation and efforts.

Sincerely,

Annamarie Trombetta--Pro Se  Plaintiff

---

**2 attachments**

📄 **1_Feb.16,2024 EXHIBITS #1 to #4.pdf**
5168K

📄 **Plaintiff's  Letter to Judge Swain's  RE:  Relevance of Civil Action No. 18-cv-0993 to WorthPoint's Ga State Court Proceding .pdf**
529K

*(handwritten, red ink: "1) Letter", "2) Exhibits #1 thru #4", "FIRST SENT EMAIL")*

*(handwritten: Page 1 Feb 16 2024 SDNY Confirmed Receipt First)*

 Gmail

## Acknowledgment of Receipt

**Temporary Pro Se Filing NYSD** <pro_se_filing@nysd.uscourts.gov>  ·  Fri, Feb 16, 2024 at 2:34 PM
To: Annamarie Trombetta <atrombettaart@gmail.com>

# IMPORTANT INFORMATION, PLEASE REVIEW

Your email has been received by the Pro Se Intake Unit of the United States District Court for the Southern District of New York.  (This is not the United States Bankruptcy Court.)
Documents from pro se litigants that meet the required standards for electronic filing will be filed and will appear on the ECF docket within two business days of receipt (see required standards below).  If you send your document by email and it is accepted for filing, you should not deliver a hard copy version to the court.

Required Standards for Filing by Email:

- Documents must be attached to the email in PDF format, no larger than 10 megabytes;

- The email and attached document must contain the case number, filer's name, address, and telephone number;

- Documents must be signed by the filing party by either

    - (a) signing by hand and then scanning the document;

    - (b) signing electronically using a digital signature; or

    - (c) by typing: "s/Filer's Name;"

*(handwritten: B - receipt Page 1)*

- Any additional comments, questions, or other messages in the email will be disregarded;

- Any additional correspondence included in the email will be disregarded.

You may confirm the filing of your document by reviewing the docket sheet.  If you do not have access to ECF you may use McVCIS.  McVCIS is a centralized interactive voice response system that provides callers with case information in English or Spanish by calling a toll-free number, (866) 222-8029. If your document does not appear on the ECF docket within two business days, it has not met the required standards for electronic filing.  If so, you must submit your document to the court in paper form by (a) sending your document by mail, or overnight delivery service, to the appropriate courthouse listed below; or (b) delivering your document in person to the appropriate courthouse listed below during the hours of 9:30 AM to 3:30 PM; or (c) depositing your document after hours in the court's night depository box at the 500 Pearl Street, NY, NY courthouse.  You may also call the Pro Se Intake Unit at (212) 805-0175, Monday to Friday 8:30 AM to 5:00 PM.

United States Courthouse
Pro Se Intake Unit
500 Pearl Street
New York, NY 10007

or

United States Courthouse
Pro Se Intake Unit
300 Quarropas Street
White Plains, NY 10601

For more information on the Standards for Filing by Email go to: https://nysd.uscourts.gov/sites/default/files/pdf/covid-19/Notice%20-%20Pro%20Se%20Email.pdf.

You can receive notifications by email of activity in your case by consenting to receive documents electronically.  To do so, complete and mail the form found at  https://nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

**You may make an appointment with the NYLAG Legal Clinic for Pro Se Litigants to receive free legal advice by completing the clinic's intake form on your computer or smartphone. Alternatively, leave a message at 212-659-6190.**

*[Handwritten annotations: "Page 2", "First SDNY", "SDNY Confirmed Receipt of Emailed Feb 16, 2024 Letter with Exhibits #1 thru #4", "receipt Page 2"]*

Case: 25-817, 04/02/2026, DktEntry: 51.1, Page 47 of 53

Gmail - 18-cv-0993 EXHIBITS #5 to #13for Relevance and Derivation of 18-cv-0993 to WorthPoint's Lawsuit in Fulton County Ga                3/15/26, 7:28 PM

*[handwritten: Second Email Feb 16, 2024]*

 Gmail

# 18-cv-0993 EXHIBITS #5 to #13for Relevance and Derivation of 18-cv-0993 to WorthPoint's Lawsuit in Fulton County Ga

**Annamarie Trombetta** <atrombettaart@gmail.com>
To: Temporary_Pro_Se_Filing@nysd.uscourts.gov

*[handwritten: TIME]*

Fri, Feb 16, 2024 at 2:33 PM

To Whom It May Concern,

I , Annamarie Trombetta and I am the Flier in case 18-CV-0993

| | |
|---|---|
| Plaintiff | Annamarie Trombetta |
| Address | 175 East 96th Street  (12 R) |
| | New York,  New York 10128 |
| Telephone | (212) 427-5990 |

*[handwritten: 2nd Filing A]*

Plaintiff is filing     2-PDF EXHIBITS #5 to #8  and
3-PDF  EXHIBITS #9 to #13 dated February 16, 2024   which is the SECOND EMAIL for Re  Relevance and
Derivation of 18-cv-0993 to WorthPoint's Lawsuit in Fulton County Ga. with EXHIBITS #5 to #13.
PLEASE NOTE this is the  second email.

Thank you in advance for your anticipated cooperation and efforts.

Sincerely,

Annamarie Trombetta--Pro Se  Plaintiff

*[handwritten: 2 attachments]*

**2 attachments**

📄 **2_Feb.16,2024 EXHIBITS #5 to #8 .pdf**
2800K

📄 **3_Feb.16,2024 EXHIBITS #9 to #13 pdf.pdf**
4030K

*[handwritten: Exhibits #5 thru #13]*

*[handwritten: Page 1]*

3/15/26, 7:25 PM



## Acknowledgment of Receipt

*[handwritten: SPNY Confirmed]*
*[handwritten: Second Receipt]*

**Temporary Pro Se Filing NYSD** <pro_se_filing@nysd.uscourts.gov>          Fri, Feb 16, 2024 at 2:34 PM
To: Annamarie Trombetta <atrombettaart@gmail.com>

# IMPORTANT INFORMATION, PLEASE REVIEW

Your email has been received by the Pro Se Intake Unit of the United States District Court for the Southern District of New York. (This is not the United States Bankruptcy Court.)
Documents from pro se litigants that meet the required standards for electronic filing will be filed and will appear on the ECF docket within two business days of receipt (see required standards below). If you send your document by email and it is accepted for filing, you should not deliver a hard copy version to the court.

Required Standards for Filing by Email:

· Documents must be attached to the email in PDF format, no larger than 10 megabytes;

· The email and attached document must contain the case number, filer's name, address, and telephone number;

· Documents must be signed by the filing party by either

·   (a) signing by hand and then scanning the document;

·   (b) signing electronically using a digital signature; or

·   (c) by typing: "s/Filer's Name;"

· Any additional comments, questions, or other messages in the email will be disregarded;

· Any additional correspondence included in the email will be disregarded.

*[handwritten: B receipt for 2nd Filing]*

You may confirm the filing of your document by reviewing the docket sheet. If you do not have access to ECF you may use McVCIS. McVCIS is a centralized interactive voice response system that provides callers with case information in English or Spanish by calling a toll-free number, (866) 222-8029. If your document does not appear on the ECF docket within two business days, it has not met the required standards for electronic filing. If so, you must submit your document to the court in paper form by (a) sending your document by mail, or overnight delivery service, to the appropriate courthouse listed below; or (b) delivering your document in person to the appropriate courthouse listed below during the hours of 9:30 AM to 3:30 PM; or (c) depositing your document after hours in the court's night depository box at the 500 Pearl Street, NY, NY courthouse. You may also call the Pro Se Intake Unit at (212) 805-0175, Monday to Friday 8:30 AM to 5:00 PM.

United States Courthouse
Pro Se Intake Unit
500 Pearl Street
New York, NY 10007

or

United States Courthouse
Pro Se Intake Unit
300 Quarropas Street
White Plains, NY 10601

*Page 2 Second SDNY* (handwritten, red)

For more information on the Standards for Filing by Email go to: https://nysd.uscourts.gov/sites/default/files/pdf/covid-19/Notice%20-%20Pro%20Se%20Email.pdf.

You can receive notifications by email of activity in your case by consenting to receive documents electronically. To do so, complete and mail the form found at https://nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

**You may make an appointment with the NYLAG Legal Clinic for Pro Se Litigants to receive free legal advice by completing the clinic's intake form on your computer or smartphone. Alternatively, leave a message at 212-659-6190.**

*C receipt for 2nd Feb. 16, 2024 Filing Page 2* (handwritten)

# EXHIBIT # 5

Appellant requests the Second Circuit Court of Appeals to Review :

Sent files on Friday February 16, 2024 which were <u>NEVER</u> docketed by the SDNY clerk of court.

First Filing had Letter to Judge Swain with Exhibits #1 to #4

Second Filing- Exhibits #5 to #8 and Exhibits #9 to #13.

Please see attached Electronic Filings of Feb. 16, 2024 letter and exhibits.

# EXHIBIT # 6

Appellant requests the Second Circuit Court of Appeals to Review :

**Docket # 540**

Letter to the Court RE:

Sent files on Friday February 16, 2024 Which were <u>NEVER</u> docketed by the SDNY clerk of court.

This is a violation of my civil liberties, the right to due process of law and the right of equality before the law such as FRCP Rule 5, FRCP Rule 77 and FRCP Rule 79

# Trombetta *v.* Novocin

## Letter — Document #540

District Court, S.D. New York

**Docket Number:** 1:18-cv-00993
**Citation:** Trombetta v. Novocin, 1:18-cv-00993, (S.D.N.Y. Feb 21, 2024) ECF No. 540
**Date Filed:** February 21st, 2024, 12:47 p.m. EST
**Uploaded:** February 21st, 2024, 2:21 p.m. EST

🔖 Add Note    🔍 **Search this PDF** ▾    **Download PDF** 🅐 ▾

### Description

LETTER addressed to Judge Laura Taylor Swain from A. Trombetta, dated 2/21/24 re: PLAINTIFF NEVER RECEIVED ECF 537 MAILED BY THE COURT ON 2/9/24 - PLAINTIFF FILED A THREE-PAGE LETTER ON FRIDAY, 2/16/24 YET IS NOT ON THE DOCKET. Document filed by Annamarie Trombetta.(sc) (Entered: 02/21/2024)

PDF    TEXT

February 21, 2024

The Honorable Chief Judge Laura Taylor Swain
United States District Court Southern District of New York
500 Pearl Street
New York New York, 10017 -1312
Civil Action No. 18-cv-0993 Trombetta vs. Novocin and WorthPoint Corporation

**RE: Plaintiff never received ECF 537 mailed by the Court on February 9, 2024**
       **Plaintiff filed a three page letter on Friday, February 16, 2024 yet is not on the docket.**

To The Honorable Judge Laura Taylor Swain and to the Southern District Court of New York:



Doc 540

February 21, 2024

The Honorable Chief Judge Laura Taylor Swain
United States District Court Southern District of New York
500 Pearl Street
New York New York, 10017-1312
Civil Action No. 18-cv-0993 Trombetta vs. Novocin and WorthPoint Corporation

**RE: Plaintiff never received ECF 537 mailed by the Court on February 9, 2024**
**Plaintiff filed a three page letter on Friday, February 16, 2024 yet is not on the docket.**

To The Honorable Judge Laura Taylor Swain and to the Southern District Court of New York:

Documented in the case history, is the Memorandum Order by Judge Laura Taylor Swain ECF 537, which allegedly was mailed on February 9, 2024. Despite the extended President's day and the 12 day gap, I have not received the February 8, 2024 Memorandum Order mailed by the Court.

Plaintiff informs the Court that on Friday, February 16, 2024 Plaintiff filed a three page letter with exhibits. This information did not make it onto the public case history and the Plaintiff is requesting the reason or grounds why my submission on Friday, February 16, 2024 was not docketed. Plaintiff phoned the Pro Se office on Tuesday February 20, 2024 and was told to wait another day

My lawsuit was filed to prevent and to protect my name, personal identity, brand, self authored bio and authentic artistic oeuvre. There is still allegedly a painting with my name on it. For all artists whose name can easily be forged on artworks that they did not create, Plaintiff asks what can the legal system recommend or offer to remedy personal identity theft of artists that create false misattribution ?

Pro Se Plaintiff
Annamarie Trombetta
175 East 96th Street (12 R)
New York, New York 10128

Respectfully Submitted,

———— Electronic Signature————

/s/ Annamarie Trombetta    February 21, 2024

Annamarie Trombetta