UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): __25-817__    Caption [use short title]

Motion for: __Extension of Words between 18,000 to 20,000__

__words. An word  increase of 4000 to 6000 additional words__

__and a extension to file my Appeal's Brief Monday April 20, 2026__

Caption: Trombetta vs. Novocin & WorthPoint Corp.

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

_____

_____

_____

**MOVING PARTY:** __Annamarie Trombetta__     **OPPOSING PARTY:** __EAI, The Novocins and WorthPoint Corp.__

- ☑ Plaintiff      ☐ Defendant
- ☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** __Pro Se Appellant__     **OPPOSING ATTORNEY:** __Mr. Bialek, Ms. Farmer, Mr Duff__

[name of attorney, with firm, address, phone number and e-mail]

| | |
|---|---|
| Adam R. Bialek Wilson Elsor, Moskowitz etc. | 150 Est 42nd Street New York, NY 10017 (212)915-5143 |
| Jana Farmer Wilson Elsor, Moskowitz etc. | 1133 Westchester Avenue White Plains NY 10604 (914)872-7247 |
| Anderson J. Duff | 353 Ocean Avenue Brooklyn, NY 11226 (646)450-3607 |

Court- Judge/ Agency appealed from: _____

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below?  ☐ Yes  ☐ No

Has this relief been previously sought in this court?  ☐ Yes  ☑ No

Requested return date and explanation of emergency: _____

_____

_____

_____

Is the oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☑ No  If yes, enter date: _____

Signature of Moving Attorney: _[signature]_  Date: March 30, 2026   Service : ☐ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)