UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): __25-817__          Caption [use short title]: Trombetta vs. Novocin & WorthPoint Corp.

Motion for: __Extension of Words between 18,000 to 20,000__

__words. An word increase of 4000 to 6000 additional words__

__and a extension to file my Appeal's Brief Monday April 20, 2026__

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

_____

_____

MOVING PARTY: __Annamarie Trombetta__          OPPOSING PARTY: __EAI, The Novocins and WorthPoint Corp.__

☑ Plaintiff          ☐ Defendant

☐ Appellant/Petitioner          ☐ Appellee/Respondent

MOVING ATTORNEY: __Pro Se Appellant__          OPPOSING ATTORNEY: __Mr. Bialek, Ms. Farmer, Mr Duff__

[name of attorney, with firm, address, phone number and e-mail]

Adam R. Bialek Wilson Elsor, Moskowitz etc.          150 Est 42nd Street New York, NY 10017 (212)915-5143

Jana Farmer Wilson Elsor, Moskowitz etc.          1133 Westchester Avenue White Plains NY 10604 (914)872-7247

Anderson J. Duff          353 Ocean Avenue Brooklyn, NY 11226 (646)450-3607

Court- Judge/ Agency appealed from: _____

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes          ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below?          ☐ Yes  ☐ No
Has this relief been previously sought in this court?          ☐ Yes  ☑ No

Requested return date and explanation of emergency: _____

_____

_____

_____

Is the oral argument on motion requested?          ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?          ☐ Yes  ☑ No  If yes, enter date: _____

Signature of Moving Attorney: _[signature]_  Date: March 30, 2026          Service: ☐ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

Case No. 25-817                     Title: Trombetta v.  Novocin & WorthPoint Corporation
                                                    Appellant  v. Defendants ~ Appellees

RE: S.D.N.Y ~N.Y.C
18-cv 0993 ~ Magistrate Judge Sarah L. Cave and Chief Judge Laura Taylor Swain

United  States Court of Appeals
Thurgood Marshall U.S. Courthouse
40 Foley Square, New York, New York 10007

March 30,  2026

To The Honorable  Chief   Judge Debra Ann Livingston,
To The Honorable Circuit  Judge Amalya L. Kearse
To The Honorable Circuit  Judge Richard C. Wesley
To The Honorable Circuit  Judge  Maria Ara'ujo  Kahn

   Pro Se Appellant, Annamarie Trombetta, is contacting the Second Circuit Court of Appeals
to request two extensions.  The first is for a  word  extension  from  the standard 14,000  to  possible
between 18,000 to 20,000  words.   Secondly, I wish to request a brief extension to file my  Appeal's brief.
May I  file my Brief on Monday April 20, 2026, instead of April 16, 2026  for the following reasons  :

   I have been contacting many  art law and  legal  organizations  in search of a lawyer,  in
Brooklyn and in Manhattan. I  lost six weeks  of time, in pursuit of  acquiring a  lawyer.  The history of
this case conjoined with   the fact that there are two Appellees and a team of lawyers, have added to
Appellant's  difficulty  in obtaining   legal representation, particularly in the Court of Appeals.  I did
request permission to be assigned  a  Pro Bono lawyer from the Court of Appeals and was denied  twice.

   I reiterate, once again, I had nothing to do with this damaged 1972 oil painting or either one
of the Appellees.  I lost a great deal of time contacting  both parties in 2015, 2016 and  again in late 2016
to 2017 prior to filing my lawsuit.  Appellees  produced  two  forged signatures which did not even spell
my name correctly and an online ad for a painting, devoid of any photos of the painting.  I have inserted a
screen shot from one of the legal Pro Se programs   I contacted confirming  my efforts to simplify this
Appeal with the assistance of a lawyer.  My word extension request is due in part,  to my Pro Se status.



   In support of  my  request for a brief extension,  I ask  the  Court of Appeals to  consider  why
WorthPoint and Estate Auctions Inc.'s  2012   eBay sale for a 1972 painting  webpage,  was online in  the
first place.  In Doc. 1, filed on Feb. 18, 2018,  it verifies  the webpage was online on August 1  **2015.**
Both   Appellees have   eBay based businesses.   Defendants never clarified the purposeful   need   to

advertise, a **2012** sale for a damaged, four foot, painting allegedly sold on eBay on the internet. The fact that it remained and kept resurfacing online after I reported this ad was fraudulent, supports my Appeal. The caption of WorthPoint's webpage was "1972 Original Oil Painting Man With Red Umbrella Signed **Annamarie Trombetta** yqz (12/01/2012). The caption text has my name spelled Annamarie however, my first name, Annamarie is missing in the only photo of a signature featured within fraudulent 1972 painting webpage. Mr. Novocin admitted in his deposition, the signature used in the photo was garbled, Doc 504-1 page 2, yet when we spoke by phone, in Jan. 2017, I inform him its' not my signature or painting, Novocin stated he did nothing wrong and suggested I hire an attorney and go for it-see Doc. 518-2 filed on 06/29/23 pages 18 - 22. The word "original" means, one of a kind, created by one artist. My year, of birth 1963 was in the 1972 painting webpage. The painting size is four feet high by two foot wide. Defendants claim it sold on eBay on Dec. 1, 2012 for $181.50 yet produced three dissimilar eBay receipts in Doc.488 filed on 05/30/23 Ex. 15 A—E. Appellant asks the Court of Appeals to ruminate, how a nine year old child could paint a four foot painting. The non sequitur, or absence of logic is a constant, conjoined with Defendants lack of explanations why or how its written 12 photos were missing, why the red signature was not visible in the 1972 webpage and with my names not spelled correctly, why was I was assumed the artist. Again, documenting the forged signature and image of the 1972 painting was a goal in filing my lawsuit.

Appellees' eBay ad used my biography claiming it was taken from askART's website. My biography was not on askART until June 2015. At the same time in June 2015, I opened an eBay account. Appellees included my statement *"I began my formal training in high school"* to identify my professional artistic status for its 1972 painting. My bio was used, without authorization and clearly contradicts Appellees' 1972 claim. My 2003 biography is in my catalog and website text filed 06/29/23 in Doc. 517-2, pages 2 thru 25. I produced two childhood signatures, in print and in script in Doc. 518-2 filed 6/29/23 page 2-3 and in Doc. 527-1 filed 08/01/ 23 page 20. My Girl Scout sash had location patches, New York District and Brooklyn Diocese, locations named in the 1972 infringed biography. Even if I did not produce my two signatures, Appellees produced two different visual forgeries, both with incorrect spellings of my name. Neither matches **Annamarie** Trombetta. The use of my name, brand and identity, adds value to this 1972 painting or any artwork. My name, signature and artistic reputation are the backbone to my ability to earn a living and increase the value of my artwork. My Appeal's goal, is to be granted Permanent Injunctive Relief and have the forgeries removed from the painting. In the 1972 webpage, insert below, my name is spelled correctly. There is NOT a name separation, nor a capital "M" nor does my first name end in the letter *a* as written in EAI's forged red signature. Appellees delayed its red forgery from 2018 to 2022 and made low bid settlement offers, yet filed a $20,000 bond motion. WorthPoint's had an active link to *Start a Free Trial* or *Sign In* and EAI brief introduction *Welcome to Estate Auctions Inc.* advertises them in the 1972 ad.

---

**1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz**

- Sold for: Start Free Trial or Sign In to see what it's worth.
- Item Category: -
- Source: eBay
- Sold Date: Dec 01,2012
- Channel: Online Auction

Welcome to EstateAuctionsInc! We are one of the Top Sellers of Antiques, Collectibles and Quirky items on eBay. We have been selling since 1998 and ALL of our auctions start at .99 cents. We are proud to announce that we maintain a "FIVE STAR Detailed Seller Rating" and our staff strives for 100% customer satisfaction, our 100% feedback rating will vouch for that. We work with consignors from Coast-To-Coast and work hard to make sure we have top quality items. We are "Your Quality Zone" - search "YQZ" to see our other listings our !

I  respectfully request the Court of Appeals to grant my word extension request, in light of their being two Appellees, multiple lawyers and an elongated Discovery period that produced multiple ambiguous fraudulent documents  that Appellant needs to state  in my Appeal's Brief.  Without  any legal experience or legal acumen,  I may need the aid of additional words. I sincerely ask that my two  minor extension in light of the  time  and effort  I have invested, in first, trying to acquire an attorney and secondly,  researching how to write my Appeal's Brief,  will render my request granted.  In addition, in discovering all the errors  made in the district court,  this  adds to my  word extension request  and date in which I can  filing  my  Appeal' s Brief.   Once again, one of the main reasons for my Appeal is to seek legal protection against  Appellees  and to prevent any further fraudulent webpages or forgeries surfacing on the internet. The threat of  Appellees creating a fraudulent secondary market is highly probable given the production of fraudulent evidence by Appellees   in the lower court, hence my consistent request to the Court  to grant  Permanent Injunctive Relief.

In addition, I would like to request  a Pro Bono attorney once again. If  the Court denies my third request, may I kindly receive a reason for the Court's denial of my fervent  request.

Lastly, in support of my word extension request, I will be filing a   Motion in support  of  my word extension request  in detail  on April 1, 2026.

Respectfully Submitted,

Pro Se Plaintiff

—-———— Electronic Signature  —————

Annamarie Trombetta
175 East 96th Street (12 R)                    /s/  Annamarie Trombetta,  March 30, 2026
New York, New York  10128

_____

Annamarie   Trombetta

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Trombetta, Annamarie

**CERTIFICATE OF SERVICE\***

25-817

Docket Number: _____

v.

Novocin and WorthPoint Corp.

I, __Annamarie Trombetta_____, hereby certify under penalty of perjury that
(print name)

on __March 30, 2026_____, I served a copy of ___March 30, 2026 Letter Request for two extensions___
(date)

Three page letter for an extension of words and date to file my Appeal's Brief and a 1080 Motion Information Form and Certificate of Service Form

(list all documents)

by (select all applicable)\*\*

____ Personal Delivery     ____ United States Mail     ____ Federal Express or other Overnight Courier

____ Commercial Carrier    X   ____ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Adam R. Bialek | Wilson Elser Moskowitz 150 East 42nd Street | New York | N Y | 10017 |
| Jana Farmer | Wilson Elser Moskowitz 1133 Westchester Avenue | White Plains | N Y | 11226 |
| Anderson J. Duff | 353 Ocean Avenue | Brooklyn | N Y | 11226 |
| | | | | |
| | | | | |

\*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

\*\*If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__March 30, 2026_____        __Annamarie Trombetta_____

Today's Date                    Signature

Certificate of Service Form (Last Revised 12/2015)