Case No. 25-817                  Title: Trombetta v. Novocin & WorthPoint Corporation
                                               Appellant v. Defendants ~ Appellees

RE: S.D.N.Y ~N.Y.C
18-cv 0993 ~ Magistrate Judge Sarah L. Cave and Chief Judge Laura Taylor Swain

United States Court of Appeals
Thurgood Marshall U.S. Courthouse
40 Foley Square, New York, New York 10007

April 8, 2026

To The Honorable Chief Judge Debra Ann Livingston,
To The Honorable Circuit Judge Amalya L. Kearse
To The Honorable Circuit Judge Richard C. Wesley
To The Honorable Circuit Judge Maria Ara'ujo Kahn

        Pro Se Appellant, Annamarie Trombetta, is contacting the Second Circuit Court of Appeals to find out about the status of my request for two extensions. The first is for a word extension from the 14,000 to possible between 18,000 to 20,000 words. My second request was for a brief extension to file my Appeal's brief. May I file my Brief on Monday April 20, 2026, instead of April 16, 2026 ? I also I would like to request a Pro Bono attorney once again. If the Court denies my third request, may I kindly receive a reason for the Court's denial of my fervent request.

        In addition to the three requests aforementioned, I am writing to the Court of Appeal's Judges to find out if I am permitted to include inserts of the visual text or photos of my evidence and docketed court filings. For example, filed in most of my docketed motions and letters to the Court of Appeals for 25-817, Appellant, for the purpose of clarity and correctness, is the inserted text or visuals such as the two forgeries, counterfeit signatures inserted below:

**FORGED SIGNATURE ON THE. INTERNET- ON THE FRONT OF THE 1972 OIL PAINTING**





**FORGED RED SIGNATURE NOTED IN WORTHPOINT AD ON BACK OF THE 1972 PAINTING**

     May I have permission from the Court of Appeals to insert some of the docketed text and visuals into my Appeal's Brief. As per my search, I did not find any permission for such an additon.

     I ask the Judges to kindly inform me about the questions and requests I posed in my letter. I have one week to assemble all the required documents for my Appeal. My sincere appreciation for your anticipated responses

                          Respectfully Submitted,

Pro Se Plaintiff

                 —------ Electronic Signature —-------

Annamarie Trombetta

175 East 96th Street (12 R)         /s/  Annamarie Trombetta,  April  8, 2026

New York, New York  10128

                         Annamarie    Trombetta

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Annamarie Trombetta

_____

v.

Novocins, EAI and WorthPoint Corp.

_____

**CERTIFICATE OF SERVICE***

25-817

Docket Number: _____

I, Annamarie Trombetta , hereby certify under penalty of perjury that
_____
(print name)                                    a two page letter to the Court of Appeals

on April 8, 2026 _____, I served a copy of _____
(date)
One two page Letter and Certificate of Service _____

(list all documents)

by (select all applicable)**

___ Personal Delivery          ___ United States Mail          ___ Federal Express or other
                                                                              Overnight Courier

                                        X
___ Commercial Carrier        ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Adam R. Bialek | 150 East 42nd Street | New York | New York | 10017 |
| Jana S. Farmer | 1133 Westchester Avenue | New York | New York | 10604 |
| Anderson J. Duff | 353 Ocean Avenue | Brooklyn | New York | 11226 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

April 8, 2026
_____
Today's Date

Annamarie Trombetta
_____
Signature

Certificate of Service Form (Last Revised 12/2015)