# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Trombetta

v.

Novocin et al

**CERTIFICATE OF SERVICE***

Docket Number: 25-817

I, John Cahill                              , hereby certify under penalty of perjury that
(print name)

on April 9,2026                , I served a copy of WorthPoint's Opposition (Dkt. Ent. 54) to Plaintiff's Motions (Dkt. Ents. 51, 52)
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery          ___ United States Mail          ___ Federal Express or other Overnight Courier

___ Commercial Carrier        X  E-Mail (on consent)

on the following parties:

Annamarie Trombetta      annamarietrombettalegal@outlook.com

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Anderson Josh Duff | ajd@hoganduff.com | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding.  The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

April 13, 2026
Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)