# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of April, two thousand twenty-six.

Before:      Michael H. Park,
                  *Circuit Judge.*

---

Annamarie Trombetta, Artist,

      Plaintiff - Appellant,

   v.

Norb Novocin, Marie Novocin, Estate Auctions, Inc., WorthPoint Corporation,

      Defendants - Appellees,

William Seippel, Worthpoint.com, Jason Packer, Employee at Worthpoint Corporation,

      Defendants.

---

**ORDER**

Docket No. 25-817

Appellant, pro se, moves for an extension of time to April 20, 2026 to file the opening brief, for leave to file an oversized brief, and for appointment of pro bono counsel.

IT IS HEREBY ORDERED that the motion for an extension of time is GRANTED. The motion for leave to file an oversized brief is DENIED. The motion for appointment of pro bono counsel is DENIED pursuant to the Court's October 31, 2025 and January 15, 2026 orders.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

