LINCOLN SQUARE LEGAL SERVICES, INC. | Fordham University School of Law
150 West 62nd Street, Ninth Floor
New York, NY 10023 | Tel 212-636-6934
Fax 212-636-6923

May 13, 2026

**VIA ACMS**
Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**RE:** *Trombetta v. Novocin, et al.*, **25-817**

To the Clerk of the Court:

We represent Appellees Estate Auctions, Inc., Norb Novocin, and Marie Novocin (the "Novocin Appellees") in the above-captioned matter. Pursuant to Local Rule 31.2(a)(1)(B), we respectfully ask that the Novocin Appellees' brief be due on or before Friday, July 17, 2026 to accommodate the summer academic schedule. This deadline is within 91 days of the filing date of the Appellant's last brief.

Thank you for your attention to this matter.

Respectfully submitted,

Anderson J. Duff
Counsel for Novocin Appellees
Lincoln Square Legal Services, Inc.
150 West 62nd Street, 9th Floor
New York, New York 10022
(t) 646.450.3607
(e) aduff1@lsls.fordham.edu

AJD/jo