# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**Trombetta**

**CERTIFICATE OF SERVICE\***

Docket Number: **25-817**

v.

**Novocin, et al.**

I, **Anderson J. Duff** , hereby certify under penalty of perjury that
(print name)

on **May 13, 2026** , I served a copy of **Appellee's request for briefing deadline**
(date)

_____
(list all documents)

by (select all applicable)\*\*

___ Personal Delivery      ___ United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier      **X** E-Mail (on consent)

on the following parties:

**Annamarie Trombetta**   annamarietrombettalegal@outlook.com

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| **Adam Ross Bialek** | Adam.Bialek@wilsonelser.comJana.Farmer@wilsonelser.com | | | |
| Name | Address | City | State | Zip Code |
| **Jana A. Slavina** | Jana.Farmer@wilsonelser.com | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |

\*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

\*\*If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**May 13, 2026**
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)