

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

May 14, 2026

**Adam Bialek**
212.915.5143 (direct)
917.538.0616 (mobile)
Adam.Bialek@wilsonelser.com

**Via ECF**
United States Court of Appeals for the Second Circuit
Thurgood Marshall US Courthouse
40 Foley Square
New York, New York 10007

Attn:   Clerk of the Court

Re:     Trombetta v. Novocin
Docket No.: 25-817
Our File No. 19701.0006

To the Clerk of the Court:

Our office represents Defendant-Appellee WorthPoint Corporation. Pursuant to Local Rule 31.2(a)(1)(B), WorthPoint Corporation respectfully requests that the deadline for submission of its brief and record be conditionally set to July 17, 2026.

The Defendant-Appellee's counsel just returned from a two-week business trip and has recognized that the Plaintiff-Appellant's Brief is not in compliance with the Court directions and certain materials were filed after the deadline.  As such, Defendant-Appellee is not clear on what will be allowed to proceed.  Defendant-Appellee WorthPoint Corporation intends to shortly file a motion directing Plaintiff-Appellant to file a conforming brief and to clarify what the Court is going to deem part of the Appeal.  Should the Court grant that motion and direct compliance, the briefing schedule and timing set forth herein may need to be changed to accommodate any further deadlines that the Court may Order.

Thank you in advance for your attention to this matter.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Adam R. Bialek

ARB:jm

cc:     All parties (via ECF and email)

90 Merrick Avenue, Suite 700 | Long Island, NY 11530 | p 516.228.8900 | f 516.228.0200 | wilsonelser.com
150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Edwardsville, IL
Long Island, NY | Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA
Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

335791508v.1