## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Trombetta

**CERTIFICATE OF SERVICE***

Docket Number: 25-817

v.

Novocin et al

I, John Cahill , hereby certify under penalty of perjury that
(print name)

on May 14, 2026 Motion to Direct Appellant to file a Conforming
(date) Brief

(list all documents)

by (select all applicable)**

___ Personal Delivery      ___ United States Mail      ___ Federal Express or other
                                                          Overnight Courier

___ Commercial Carrier     X   E-Mail (on consent)

on the following parties:

Annamarie Trombetta      annamarietrombettalegal@outlook.com

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Anderson Josh Duff | ajd@hoganduff.com | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

May 14, 2026
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)