# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**Trombetta**

v.

**Novocin et al**

**CERTIFICATE OF SERVICE***

Docket Number: __25-817__

I, __John Cahill__ , hereby certify under penalty of perjury that
(print name)

on __May 14, 2026__ , I served a copy of __Appellee's request for briefing deadline__
(date)

_____
(list all documents)

by (select all applicable)**

___ Personal Delivery          ___ United States Mail          ___ Federal Express or other Overnight Courier

___ Commercial Carrier          _X_ E-Mail (on consent)

on the following parties:

Annamarie Trombetta        annamarietrombettalegal@outlook.com

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Anderson Josh Duff | ajd@hoganduff.com | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__May 14, 2026__
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)