# EXHIBIT LIST  FOR APPELLANT'S

# MAY 18, 2026   REPLY   LETTER

**EXHIBIT #1 Will Seippel sent email to Appellant on Feb. 20, 2016 stating he will remove false post.**

**EXHIBIT #1A Will Seippel 's 2020 falsely declares Feb. 4, 2016 is date of false webpage removal.**

**EXHIBIT #2 Jason Packer's false Declaration claiming I used <u>annamarie@trombettaart.com</u>**

**EXHIBIT #2A Jason Packer's false Declaration false chart with false date Feb. 3, 2016.**

**EXHIBIT #3 Google listing with  4  WP's reposted false 1972  Painting webpage April 27, 2017**

**EXHIBIT #3A WP 's sent email to Appellant printed April 27, 2017, same time as Google Listing.**

**EXHIBIT #4  WorthPoint's  sent emails to Appellant website email <u>annamarie@trombettaart.com</u>**

**EXHIBIT #4A WorthPoint's Jan. 29, 2016 sent Payment Decline email notice for WP Membership.**

**EXHIBIT #4B WorthPoint Terms  sent email to Appellant on MARCH 25, 2022 during lawsuit.**

**EXHIBIT #5 Appellant's 1972 signature in print and script with my Girl Scout Sash location decals.**

**EXHIBIT #5A Appellant's self authored bio  unethically in WP  1972 false ad printed May 7, 2017.**

# EXHIBIT #1

# AND

# EXHIBIT #1A

Exhibit #1

(W) WorthPoint   May 2026

WorthPoint's EXHIBIT #43

Evidence Jason Packer <jason.packer@worthpoint.com>

---

## RE: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

9 messages

---

**Will Seippel** <will.seippel@worthpoint.com>                    Sat, Feb 20, 2016 at 10:35 AM
To: Annamarie Trombetta <trombettaart@yahoo.com>, will@worthpoint.com, Jason Packer <jason.packer@worthpoint.com>
Cc: Worthpoint Support <support@worthpoint.com>

Hi, Annamarie. The art world is a very dark world and it is our goal to remove as many shadows as possible and supply equal information, and a lot of it, to all. To achieve this goal many auction houses allow us to use their data, including eBay.

We unfortunately do not take the data from eBay you are asking for. We only obtain selling price, pictures and the description. We do not obtain sellers, buyers and all such information you are asking for. I am sorry we do not do that but we never had and it is more information than we are allowed to collect. I do not think that data actually exists anywhere at this point as we are the only persons that have saved this to my knowledge. Since you are the artists, and I have no reason to doubt that, and you feel this is fraudulent, we will remove the item from the site so that it does not mislead anyone on your paintings.

If I can be of any other help, please let me know.

WP 62

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Saturday, February 20, 2016 10:24 AM
**To:** will@worthpoint.com
**Cc:** Worthpoint Support <support@worthpoint.com>
**Subject:** Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

Dear Mr. Seippel and Mr. Watkins,

Allow me to introduce myself to you Mr. Seippel.  I am  professional artist Annamarie Trombetta.  I as well as other people found a listing for a painting entitled 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta.  This is not one of my paintings.  There is a photo of a signature A. Trombetta with the eBay logo and Copyright symbol written "Copyrighted work licensed by Worthpoint " with your company logo in yellow next to it.  This is not my signature. **Please see attachments.**

On February 3, 2016  I spoke with Mr. Gregory Watkins.  Mr. Watkins also stated that you were at a conference in Las Vegas.  I asked Mr. Watkins certain  questions regarding the artwork falsely attributed to me.  I  requested that he e-mail me his answers regarding these questions that I had about this artwork  on Tuesday February 3, 2016.  Today is February 20, 2016  and  nothing has been forwarded  to me. I have contacted eBay several times  prior to contacting your company.

WorthPoint's Evidence

WP000062

Exhibit # 1 A May 2026          EXHIBIT #45

4.     WorthPoint's primary offering, the Worthopedia, is a searchable online database that provides subscribing users with historical pricing data from actual auction and retail sales. The Worthopedia is accessible to users from the website www.worthpoint.com. And it provides subscribers with access to more than 525 million historical auction listings, including historical listings from the online auction website www.ebay.com.

5.     In or around January 2016, I became aware that Plaintiff Annamarie Trombetta contacted WorthPoint regarding an auction listing in the Worthopedia that she alleged infringed her copyright rights (hereinafter, the "Allegedly Infringing Auction Listing"). And, on or around February 4, 2016, I caused the Allegedly Infringing Auction Listing, which was displayed at https://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-4892417, to be permanently deleted from WorthPoint's website. Once deleted, the Allegedly Infringing Auction Listing was never reposted to the Worthopedia.

6.     On February 20, 2016, I received an email from Plaintiff Trombetta which stated that a reference to the title of the Allegedly Infringing Auction Listing remained visible when she conducted a "google search for the painting '1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta...'" Shortly thereafter, on March 1, 2016, I responded to Plaintiff Trombetta's February 20, 2016 email and informed her that "we have taken down any pages that you have asked to have taken down as a courtesy to you" and that any reference to the Allegedly Infringing Auction Listing in her Google search "reflected the past" and was the result "of that search engine's memory."

7.     On February 5, 2018, Plaintiff Trombetta filed a complaint against Estate Auctions, Inc., Marie Novocin, and Norb Novocin in the United States District Court for the

2

WHS 3
2 of
1.24/20

Plaintiff000215

# EXHIBIT #2

# AND

# EXHIBIT #2A

Exhibit #2
May 2026

EXHIBIT #34

15.     Figure 9 shows, once again, that the visitor on May 8, 2017 also encountered the "404 Page not found" error, which demonstrates with a reasonable degree of professional certainty that the URL had not returned any content and had not been reloaded.

16.     I further declare that there have not been any tagging errors or outages that would have caused significant data loss to WorthPoint's data processing server or Google Analytics account during the relevant time periods from 2012 to present.

17.     WorthPoint monitors their Google Analytics account closely and logs issues in Google Analytics as annotations. There are no relevant annotations in Google analytics indicating any tagging errors or outages during the relevant time period.

18.     WorthPoint does not sell any artworks or collectables. Rather, visitors and subscribers to WorthPoint's website are given an opportunity to view available information on sales of artwork. Further, only paid subscribers can view the price for which listed artworks or collectibles previously sold. WorthPoint was not involved in the sale of the 1972 Man with Red Umbrella painting, did not create the content in the listing, did not participate in identifying the artist of the painting, and was not party to the inclusion of plaintiff's biography in the original listing.

19.     According to WorthPoint's log of price lookups (a true and correct screenshot of which is annexed hereto as Exhibit 3 and Figure 10 below) made from the price guide detail page, only two users made those requests for the artwork described in the subject URL. Upon information and belief, annamarie@trombettaart.com is plaintiff's email address, meaning that one of the two users looking up the price for the subject painting was plaintiff herself. Upon information and belief, the other visitor, with an address of Simianarts@cs.com appears to have been plaintiff's friend.

False Statement by Jason Packer

257342712v.2

*Exhibit #2A*
*May 2026*

*EXHIBIT #34*

**Figure 10:**

```
worthpoint=> select email,date_unsubscribed from price_lookup, wpuser where wpuser.id = price_lookup.user_id
and inventory_id='368924172';
          email          |    date_unsubscribed
-------------------------+-------------------------
 annamarie@trombettaart.com | 2016-02-03 23:25:13.404
 simianarts@cs.com          | 2015-08-31 10:10:54.099
(2 rows)
```

*False Information — Never use email*
*annamarie@trombetta to*
*contact*
*by*
*email*
*Worth*
*Point*

20.     I have searched WothPoint's records and confirmed that neither user referenced in Figure 10 was an active subscriber to WorthPoint's services after February 3, 2016. Once they were inactive, they would not have been able to see the price that the painting previously sold at.

21.     WorthPoint's website currently receives approximately 650,000 Googlebot spidering data refresh requests per day to price guide detail pages, which Google does in order to capture the content of those pages for their search engine, as well as cache versions of pages. WorthPoint currently has over 670 million price guide detail pages, which means that on average, each individual page may be spidered by Google and refreshed approximately once per 1,031 days. The frequency at which Googlebot returns to an individual URL may vary greatly, but on average individual price guide detail pages such as the URL in question are requested very infrequently if at all.

22.     In my personal experience serving as the SEO lead for WorthPoint since 2008, the overall volume of price guide detail pages and spidering rates were different in 2015-2017 vs currently, but the ratios of how often each page may be crawled and refreshed has remained quite consistent. Annexed hereto as Exhibit 4 and Figure 11 is a true and correct screenshot of WorthPoint's crawl request data:

**Figure 11:**

10

257342712v.2

# EXHIBIT #3

# AND

# EXHIBIT #3A

Exhibit #3 May 2026

Case 1:18-cv-00993-LTS-SLC   Document 518-3   Filed 06/29/23   Page 8 of 37   Page 8

1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAMARIE TROMBETTA YQZ - Google Search          4/27/17, 12:40 PM

EXHIBIT #10 A (7)

Google+  Search  Images  Maps  Play  YouTube  News  Gmail  More ▾          Plaintiff 000065      artofannamarie@gmail.com ▾

Google    1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAM    [🔍]

All   Shopping   Images   Videos   News   More   Search tools

About 17 results (0.54 seconds)

**1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for: Start Free Trial or Sign in to see what it's worth. Item Category...

**Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz · Mustangs" Frank Howland ~ Original Serigraph ~ LARGE DRAMATIC...

**THOMAS KINKADE -KINCAID - WorthPoint**
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or Sign in to see what it's worth. ... 1972 Original Oil Painting
Man With Red Umbrella Signed Annamarie Trombetta yqz · Handmade New Mexican
Folk Art Church Birdhouse LARGE Lark Sedona · BLUE HELLO KITTY ...

**1789 bonnaterre original antique hand colored reptile ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz · Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sed...

**1789 bonnaterre original antique hand colored reptile ...**
www.worthpoint.com › Worthopedia™ ▾
Category: Original Antique Print Egyptian Cobra, Egg Eating Snake Pl 22 Historical
Information: This ... 1972 Original Oil Painting Man With Red Umbrella Signed
Annamarie Trombetta yqz · 1789 BONNATERRE ORIGINAL ANTIQUE HAND

**Annamarie Trombetta - Biography**
www.trombettaart.com/bio.html ▾
When I was a tiny seed of contemplative thought, my artistic nature began to sprout
interest while gazing up at the ceiling paintings in a neighborhood church ...

**Annamarie Trombetta - Artist Info**
www.trombettaart.com/info.html ▾
EDUCATION 1999 - National Academy School of Fine Arts 1991 - William Butler Yeats
Summer School, Sligo,Ireland 1989 - New York Academy of Art 1987 - Art ...

**artist annamarie trombetta's imagery offers visionary ...**
italianamericanmuseum.org/news/news_plele.html ▾
Artist Annamarie Trombetta's "Central Park imagery," a collection of en plein air ... Ms.
Trombetta is an artist who has created works in printmaking, watercolor, oil ... The New
York Academy of Art, The National Academy Museum,    School ...

**Annamarie Trombetta, Artist Interviewed by June Middleton ...**
https://www.youtube.com/watch?v=uIEO3D3LVms
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has created works in oil,

Painting Central - artist Annamarie Trombetta on Vimeo

Original Oil Paintings
www.ugallery.com/Buy-Original-Art ▾
Original Art. Top Emerging Artists.
Expertly Curated — Free Shipping!

Original Art Gallery
www.zatista.com/ ▾
Over 7000 Completely Original Works
Great Value. Buy Today, Save Big

Original Art For Sale
www.saatchiart.com/ ▾
        rating for saatchiart.com
Curated Man Collections.
Paintings, Sculpture, Photo & More!

Montclair Art Museum
www.montclairartmuseum.org/ ▾
(973) 746-5555
Celebrating American Art
for 100 Years!

Famous Paintings in NYC
www.drawingcenter.org/painting ▾
Visit The Drawing Center in SoHo
A Museum Dedicated to Drawings.
35 Wooster St, New York, NY

Incredible Art for Sale
www.pcba.org/shop ▾
Masterworks from artists who left
us too soon available only at PCBA!

See your ad here ›

Print   Exhibit 3A May 2026

Plaintiff 000064          4/27/17, 12:40 PM

Page 88A #/0A6)
EXHIBIT #

**Subject:**  WorthPoint for FREE for LIFE!

**From:** WorthPoint Insider (insider@worthpoint.com)

**To:** trombettaart@yahoo.com;

**Date:** Monday, April 24, 2017 12:02 PM

## W WorthPoint®

## WorthPoint Insider
### April 24, 2017

Keeping you informed, connected, and involved in the antiques
and collectibles industry

Rate WorthPoint!     Start Free Trial




# EXHIBIT #4

# EXHIBIT #4A

# AND

# EXHIBIT #4B

Exhibit # 4 May 2026

EXHIBIT #15

Inbox of Annamarie Trombetta's Website Email

emailmg.dotster.com

Dotster | Domain | and Experience | Foundation

Roundcube Webmail — Search result

roundcube

Plaintiff's Evidence Expert Dis_000880

annamarie@trombettaart.com  Logout

MAIL    CONTACTS    CALENDAR    SETTINGS    APPS

Refresh    Compose    Reply    Reply all    Forward    Delete    Mark    More    SENT 2022    All    WorthPoint.com

Inbox    2808

| Subject | From | Date | Size |
|---|---|---|---|
| We've Updated our Terms of Use | WorthPoint Marketing | 2022-03-25 10:33 | 25 KB |
| SPAM: Is collecting antiques old hat? WorthPoint thinks not! | WorthPoint | 2016-10-20 12:16 | 57 KB |
| SPAM: Is collecting antiques old hat? WorthPoint thinks not! | WorthPoint | 2016-10-13 14:17 | 57 KB |
| SPAM: Make your mark and partner with WorthPoint! | WorthPoint | 2016-09-29 13:17 | 58 KB |
| SPAM: Today is the day to partner with WorthPoint! | WorthPoint | 2016-09-22 13:55 | 54 KB |
| SPAM: Get ready to partner with WorthPoint! | WorthPoint | 2016-09-15 17:01 | 49 KB |
| Spam from Website Follow up from the CEO | WorthPoint CEO | 2016-04-14 16:48 | 34 KB |
| Spam from Website Letter From The CEO | WorthPoint | 2016-03-31 15:59 | 42 KB |
| Worthpoint- Your Account Cancellation was successful | WorthPoint | 2016-02-29 17:50 | 3 KB |
| Your payment was declined | WorthPoint | 2016-01-29 17:10 | 106 KB |
| Welcome to WorthPoint - Your Subscription Has Been Created | WorthPoint | 2016-01-22 10:30 | 5 KB |

Drafts
Sent
Trash

Select    Threads    Threads 1 to 11 of 11    1

Plaintiff's Evidence Expert Dis. 000872

Exhibit #40
May 2026

🔒 Secure | https://mail.yahoo.com/d/search/name=support%2540worthpoint.com&emailAddresses=support%2540worthpoint.com&listFilter=FROM&contactIds=0500....

HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SEARCH   SHOPPING   YAHOO PLUS   MORE...   y!mail+   Upgrade N

yahoo!mail    support@worthpoint.com    Add keywords    Advanced ∨    🔍                Annamarie

My Subpoena Respo    Fw: trombetta Yahoo    support@worthp    Loading ∨

← Back  ↩  ⇚  ⇛              📧 Archive   Move   🗑 Delete   🛡 Spam   ⋯           ∧  ✕

Compose

Inbox
Unread
Starred
Drafts          581
Sent
Archive
Spam
Trash
∧ Less

Views          Hide
  Photos
  Documents
  Subscriptions
  Shopping
  Receipts
  Travel

Folders        Hide
÷ New Folder
  gertie de jongh
  Images of Paintings

support@worthpoint.com
www.worthpoint.com                          Visit site

*Artist Website Email*

Your payment was declined                    Annamarie .... Inbox ☆

WorthPoint <support@worthpoint.com>                    Fri, Jan 29, 2016 at 5:25 PM ☆
To: annamarie@trombettaart.com

*Also*
→ *Sent to Plaintiff's Website Email*

Dear Annamarie Trombetta,

We tried to make a payment for $19.99 USD on 01/29/2016, but the payment was not successful (Error: Error processing transaction.304 - Lost/Stolen Card).

Here are some details about your Credit Card information on file:

Annamarie Trombetta

•••••••••••2798

01/2020

Visa

In order to ensure your service is not interrupted, please update your payment information or provide a new payment method.

If you have further questions or concerns, please contact WorthPoint's Customer Support at 877-481-5750 or support@worthpoint.com.

Thank you for your business!

*Invoice # INV0006582*

📄
INV0006558....pdf

*EXHIBIT #18A*

*Exhibit 4B*
*May 2026*

Roundcube Webmail :: We've Updated our Terms of Use

| | |
|---|---|
| Subject | **We've Updated our Terms of Use** |
| From | WorthPoint Marketing <marketing@worthpoint.com> |
| To | <annamarie@trombettaart.com> |
| Reply-To | Marketing <reply-ff001770716503-993_HTML-23580177-526003011-0@wpemail.worthpoint.com> |
| Date | 2022-03-25 10:33 |

*March 25, 2022*

roundcube



DISCOVER. VALUE. PRESERVE.

Hello there,

We're reaching out to let you know that we updated our Terms of Use on March 10, 2022.

As our WorthPoint community grows, we've been hard at work on new features and improvements to our site that bring even more value to our members. Please make sure to take a look at the updated Terms of Use for more detail on the changes mentioned below.

The changes include:

- Our new address (we moved!)
- Limitations on use
- Better details on billing
- Information on how to best use the "Sell to Partner" feature

The good news is that you can continue to use our site as you always have. But of course, let us know if you have any questions or concerns.

Thanks,
WorthPoint

P.S. Be on the lookout for some exciting updates coming soon!

*Year 2022*

© 2022 WorthPoint Corporation
5 Concourse Parkway NE, Suite 2900, Atlanta, Georgia 30328
877.481.5750

# EXHIBIT #5

# AND

# EXHIBIT #5A



Exhibit
#5 A May 2026

Case 1:18-cv-00993-LTS-SLC   Document 518-3   Filed 06/29/23   Page 14 of 37

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (12/01/2012)

Plaintiff 000070

Page 90
5/7/17, 11:18 AM

website: Annamarie Trombetta (1963 - ) Lived/Active: New York The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly. My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge. As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely. I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time...

**Similar Items**

No image available

EXHIBIT
#10 (12

Oil painting, original oil painting, impressionism

No image available

original oil painting on canvas

http://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172

Page 3 of 7