# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**Trombetta**

**CERTIFICATE OF SERVICE***

Docket Number: **25-817**

v.

**Novocin et al**

I, **John Cahill**_____, hereby certify under penalty of perjury that
(print name)

on **May 26, 2026**_____ I served a copy of **Appellees Reply in Further**
(date)

**Support of its Motion to Direct Appellant to file a Conforming Brief**_____

(list all documents)

by (select all applicable)**

___ Personal Delivery          ___ United States Mail          ___ Federal Express or other
                                                                      Overnight Courier

___ Commercial Carrier          **X** E-Mail (on consent)

on the following parties:

Annamarie Trombetta          annamarietrombettalegal@outlook.com

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Anderson Josh Duff | ajd@hoganduff.com | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding.  The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**May 26, 2026**_____
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)