# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of May, two thousand twenty-six.

Before:　　　Maria Araújo Kahn,
　　　　　　　*Circuit Judge.*

_____

Annamarie Trombetta, Artist,

　　　　　　Plaintiff - Appellant,

　　v.

Norb Novocin, Marie Novocin, Estate Auctions, Inc., WorthPoint Corporation,

　　　　　　Defendants - Appellees,

William Seippel, Worthpoint.com, Jason Packer, Employee at Worthpoint Corporation,

　　　　　　Defendants.

_____

**ORDER**

Docket No. 25-817

Appellee WorthPoint Corporation moves the Court to direct Appellant to file a conforming brief.

IT IS HEREBY ORDERED that the motion is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court