# 25-817-CV

IN THE

# United States Court of Appeals

## FOR THE SECOND CIRCUIT

————————————▶◀————————————

ANNAMARIE TROMBETTA, ARTIST,

*Plaintiff-Appellant,*

*v.*

NORB NOVOCIN, MARIE NOVOCIN,
ESTATE AUCTIONS, INC., WORTHPOINT CORPORATION,

*Defendants-Appellees,*

WILLIAM SEIPPEL, WORTHPOINT.COM,
JASON PACKER, EMPLOYEE AT WORTHPOINT CORPORATION,

*Defendants.*

————————————

*On Appeal from the United States District Court
for the Southern District of New York*

———————————————————————

**SUPPLEMENTAL APPENDIX
VOLUME 1 OF 12
Pages SA1 to SA272**

———————————————————————

WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP
*Attorneys for Defendant-Appellee
WorthPoint Corporation*
150 East 42nd Street, 23rd Floor
New York, New York 10017
212-490-3000



**Table of Contents**

**Page**

## Volume 1

Proposed Amended Complaint, dated January 17, 2020,
with Exhibits ................................................................... SA1

Plaintiff's Response in Opposition to Defendant's Motion to
Dismiss Amended Complaint, dated February 21, 2020,
with Exhibits ................................................................... SA64

Opinion and Order of the Honorable Sarah L. Cave,
dated March 19, 2020 .................................................... SA112

Protective Order of the Honorable Sarah L. Cave,
so-ordered on February 16, 2022 .................................. SA126

Order of the Honorable Sarah L. Cave,
so-ordered on December 8, 2022 ................................... SA130

Order of the Honorable Sarah L. Cave,
so-ordered on December 20, 2022 ................................. SA131

Memorandum by Plaintiff in Support of Motion
for Leave to File a Proposed Amended Complaint,
dated December 23, 2022 ............................................... SA134

Proposed Second Amended Complaint,
dated December 23, 2022 ............................................... SA216

Exhibits to Memorandum by Plaintiff in Support of Motion
for Leave to File a Proposed Amended Complaint ....... SA237

Order of the Honorable Sarah L. Cave,
dated December 29, 2022 ............................................... SA264

Order of the Honorable Sarah L. Cave,
dated February 2, 2023 .................................................. SA266

**Table of Contents**
**(Continued)**

**Page**

Defendant WorthPoint Corporation's Omnibus Motion
*in Limine* Concerning Experts, dated April 10, 2023 .................... SA268

Declaration of Jana S. Farmer in Support of Defendant's
Motion *in Limine*, dated April 7, 2023 ......................................... SA270

**Volume 2**

Exhibit A to Farmer Declaration -
Documented Communications from WorthPoint's
Counsel to Plaintiff ...................................................... SA273

Exhibit B to Farmer Declaration -
Expert Affidavit of Patrick O'Leary,
sworn to December 5, 2022, with Exhibits ............................ SA298

Exhibit C to Farmer Declaration -
Expert Disclosure and Expert Report of
Joseph V. Scelsa, dated February 16, 2023,
with Exhibits ........................................................ SA327

Exhibit D to Farmer Declaration -
Transcript of Proceedings held before the
Honorable Sarah L. Cave on November 23, 2022 ................. SA390

Notice of Motion by Defendant WorthPoint Corporation
for Summary Judgment, dated April 17, 2023 ............................. SA458

Declaration of Jana S. Farmer in Support of Defendant's
Motion for Summary Judgment, dated April 17, 2023 ................. SA460

**Volume 3**

Exhibit A to Farmer Declaration -
Deposition Testimony of Annamarie Trombetta,
taken August 30, 2022 ........................................................ SA465
*(cont'd in Vol 4)*

ii

**Table of Contents**
**(Continued)**

**Page**

**Volume 5**

Exhibit B to Farmer Declaration -
Deposition Testimony of Norb Novocin,
taken September 21, 2022 ........................................................ SA837

Exhibit C to Farmer Declaration -
Redacted Deposition Testimony of Willie Chu,
taken October 7, 2022 ............................................................ SA1084

**Volume 6**

Exhibit D to Farmer Declaration -
Redacted Deposition Testimony of Vanessa Koi-Ploski,
taken October 17, 2022, with Cover Letter ............................ SA1136

Exhibit E to Farmer Declaration -
Redacted Defendant WorthPoint Corporation's
Expert Disclosure Pursuant to FRCP Rule 26(a)(2)
of Jessie Stricchiola, dated January 19, 2023,
with Report and Exhibits ........................................................ SA1237

Exhibit F to Farmer Declaration -
Redacted Declaration of Jason Packer,
dated January 19, 2023, with Exhibits ................................... SA1280

Exhibit G to Farmer Declaration -
Declaration of William H. Seippel,
dated April 17, 2023, with Exhibits ....................................... SA1303

Exhibit H to Farmer Declaration -
Expert Affidavit of Patrick O'Leary,
sworn to December 5, 2022, with Exhibits ............................ SA1349

**Volume 7**

Exhibit I to Farmer Declaration -
Deposition Testimony of Patrick O'Leary,
taken February 28, 2023 ........................................................ SA1382

iii

**Table of Contents**
**(Continued)**

**Page**

Exhibit J to Farmer Declaration -
Google Search Results, dated March 15, 2017 ..................... SA1654

Exhibit K to Farmer Declaration -
Screenshots of the WorthPoint Report ................................ SA1655

**Volume 8**

Exhibit L to Farmer Declaration -
Defendant WorthPoint's First Request for Production,
dated February 25, 2022 ......................................................... SA1661

Exhibit M to Farmer Declaration -
Plaintiff's Response to WorthPoint's First
Request for Production, dated April 22, 2022 ....................... SA1674

Exhibit N to Farmer Declaration -
WorthPoint's Post-Deposition Demands to Plaintiff,
dated October 6, 2022 ............................................................ SA1691

Exhibit O to Farmer Declaration -
Plaintiff's Response to WorthPoint's Post-Deposition
Demands, dated October 20, 2022, with Attachments .......... SA1701

Exhibit P to Farmer Declaration -
Deposition Testimony of Scott Goodwillie,
taken October 6, 2022, with Cover Letter ............................. SA1800

Rule 56.1 Statement of Material Facts by Defendant
WorthPoint, dated April 17, 2023 ................................. SA1884

Letter from Jana S. Farmer to the Honorable Sarah L. Cave,
dated May 9, 2023 ......................................................... SA1896

Exhibit A to Letter -
Email from Adam Bialek to Annamarie Trombetta,
dated January 18, 2022 ......................................................... SA1901

iv

**Table of Contents**
**(Continued)**

**Page**

Exhibit B to Letter -
WorthPoint's First Set of Interrogatories,
dated February 25, 2022 ........................................................ SA1903

Exhibit C to Letter -
Plaintiff's Third Response to WorthPoint's
Interrogatories, dated June 27, 2022 .................................... SA1916

Exhibit D to Letter -
Various Email Correspondence,
dated July 19, 2022 through August 8, 2022 ......................... SA1926

Exhibit E to Letter -
Various Email Correspondence,
dated September 9, 2022 to September 12, 2022 ................... SA1935

Exhibit F to Letter -
Email from Annamarie Trombetta to Nicole Haimson,
*et al*., dated September 15, 2022 .......................................... SA1939

Exhibit G to Letter -
Various Email Correspondence,
dated September 15, 2022 to September 28, 2022 ................. SA1940

**Volume 9**

Exhibit H to Letter -
Post-Deadline Court Submissions
Regarding Expert Disclosure Issues ...................................... SA1943

Exhibit I to Letter -
Redacted Documents Relating to Dr. Joseph Scelsa's
Opinions and Qualifications .................................................. SA1952

Exhibit J to Letter -
Redacted Expert Report of Gayle Skluzacek,
dated February 21, 2023, with Attachments .......................... SA2016

v

# Table of Contents
## (Continued)

**Page**

Plaintiff's Opposition Response to Defendant WorthPoint's
Motion to Preclude and Proffer Plaintiff's Expert Witnesses,
dated May 19, 2023 ........................................................................ SA2051

Defendant WorthPoint's Response to Plaintiff's (Trombetta's)
First Set of Notice to Admit for Defendants [Sic] WorthPoint
Corporation, dated April 8, 2022 ................................................. SA2069

WorthPoint' s Responses and Objections to Plaintiff's
Request for the Production of Documents and Photos,
dated April 8, 2022 ........................................................................ SA2087

Defendant Worth Point's Responses and Objections to
Plaintiff's Request for the First Set of Interrogatories for
Defendants WorthPoint Corporation, dated April 8, 2022 ........... SA2115

Defendant Worth Point Corp.'s Response to Plaintiff's
Second Request for Admissions, dated July 13, 2022 .................. SA2132

Defendant WorthPoint Corp.'s Answers to Plaintiff's
Second Set of Interrogatories for Defendant WorthPoint
Corporation, dated July 1, 2022 ................................................... SA2146

Defendant WorthPoint Corp.'s Answers to Plaintiff's
Second Request for Production of Documents,
dated July 1, 2022 ........................................................................ SA2157

Defendant WorthPoint Corp.'s Responses to Plaintiff's
Third Request for Interrogatories, dated August 15, 2022 ........... SA2167

Defendant WorthPoint Corp.'s Responses and Objections
to Plaintiff's Third Request For Production of Documents,
dated August 15, 2022 .................................................................. SA2182

Defendant WorthPoint Corp.'s Responses and Objections
to Plaintiff's Fourth Request For Production of Documents,
dated October 11, 2022 ................................................................. SA2194

**Table of Contents**
**(Continued)**

**Page**

**Volume 10**

Exhibits to Plaintiff's Opposition Response to Defendant
WorthPoint's Motion to Preclude and Proffer Plaintiff's
Expert Witnesses ............................................................ SA2208

Exhibits to Plaintiff's Opposition Response to Defendant
WorthPoint's Motion to Preclude and Proffer Plaintiff's
Expert Witnesses ............................................................ SA2241

Declaration of Jana S. Farmer in Opposition to Plaintiff's
Various Motions *in Limine* and Motions to Proffer,
dated May 30, 2023 ....................................................... SA2264

      Exhibit A to Farmer Declaration -
      First Initial Disclosure of Defendant WorthPoint
      Corporation Pursuant to FRCP 26(A)(1),
      dated February 25, 2022 ......................................... SA2267

      Exhibit B to Farmer Declaration -
      Redacted Declaration of Jason Packer,
      dated January 19, 2023, with Exhibits ................... SA2273

      Exhibit C to Farmer Declaration -
      Redacted Defendant WorthPoint Corporation's
      Expert Disclosure Pursuant to FRCP Rule 26(a)(2) of
      Jessie Stricchiola, dated January 19, 2023, with Exhibits ..... SA2296

      Exhibit D to Farmer Declaration -
      Email from Jana S. Farmer to Annamarie Trombetta,
      *et al*., dated October 11, 2022 ............................. SA2339

Plaintiff's Response to Defendants Estate Auctions Inc. and
Norb and Marie Novocin's Motion for Summary Judgment,
dated May 30, 2023 ....................................................... SA2340

Exhibits 1-12 of Plaintiff's Response to Defendants
Estate Auctions Inc. and Norb and Marie Novocin's
Motion for Summary Judgment .................................... SA2372

**Table of Contents**
**(Continued)**

**Page**

Exhibits 13-21 of Plaintiff's Response to Defendants
    Estate Auctions Inc. and Norb and Marie Novocin's
    Motion for Summary Judgment ...................................................... SA2410

Exhibits 22-35 of Plaintiff's Response to Defendants
    Estate Auctions Inc. and Norb and Marie Novocin's
    Motion for Summary Judgment ...................................................... SA2445

**Volume 11**

Exhibits 36-38 of Plaintiff's Response to Defendants
    Estate Auctions Inc. Motion for Summary Judgment .................. SA2482

Exhibit 41 of Plaintiff's Response to Defendants
    Estate Auctions Inc. and Norb and Marie Novocin's
    Motion for Summary Judgment ...................................................... SA2525

Exhibits 39-41 of Plaintiff's Response to Defendants
    Estate Auctions Inc. Motion for Summary Judgement ................ SA2547

Letter from Annamarie Trombetta to the Honorable
    Sarah L. Cave, dated June 1, 2023 .............................................. SA2582

        Exhibit 1 to Letter -
        Various Email Correspondence between Annamarie
        Trombetta and Art Appraiser Gayle Skluzacek ..................... SA2584

        Exhibit 2 to Letter -
        Various Email Correspondence between
        Annamarie Trombetta and Dr. Joseph Scelsa ........................ SA2596

        Exhibit 3 to Letter -
        Plaintiff's Communication with Defendants
        for Witnesses ........................................................................ SA2618

        Exhibit 4 to Letter -
        Problems and Delays Caused by WorthPoint Defendants ..... SA2632

**Table of Contents**
**(Continued)**

**Page**

Exhibit 5 to Letter -
Plaintiff's Illness Beginning December 7, 2022
into Late January 2023 ........................................... SA2673

Exhibit 6 to Letter -
WorthPoint Attorneys 2023 Emailing Plaintiff
Requesting Expert Witness Depositions ............................... SA2676

Exhibit 7 to Letter -
Ebay Phone Call Transcript ................................... SA2682

Exhibit 8 to Letter -
List and Number by Month February to
December 2022 Plaintiff's Problems with Defendants ......... SA2708

Plaintiff's Response to Defendant WorthPoint Corporation's
Motion for Summary Judgment, dated June 7, 2023 ................... SA2721

## Volume 12

Exhibits 1-9 to Plaintiff's Response to Defendant
WorthPoint Corporation's Motion for Summary Judgment ......... SA2759

Exhibit 10 to Plaintiff's Response to Defendant WorthPoint
Corporation's Motion for Summary Judgment ........................... SA2792

Exhibits 12-18D to Plaintiff's Response to Defendant
WorthPoint Corporation's Motion for Summary Judgment ......... SA2822

Exhibits 19A-24 to Plaintiff's Response to Defendant
WorthPoint Corporation's Motion for Summary Judgment ......... SA2857

Exhibits 25A-27 to Plaintiff's Response to Defendant
WorthPoint Corporation's Motion for Summary Judgment ......... SA2888

Exhibits 28-30D to Plaintiff's Response to Defendant
WorthPoint Corporation's Motion for Summary Judgment ......... SA2922

## **Table of Contents**
### **(Continued)**

**Page**

Letter from Jana S. Farmer to the Honorable Sarah L. Cave,
   dated June 8, 2023 .......................................................... SA2947

Opinion and Order of the Honorable Sarah L. Cave,
   dated June 22, 2023 ....................................................... SA2949

Order of the Honorable Laura Taylor Swain, dated July 5, 2023 ....... SA2966

x

**SA1**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Annamarie Trombetta
_____

Artist
_____

Write the full name of each plaintiff.

-against-

Norb and Marie Novicin
_____

Estate Auctions  Inc.
_____

Will  Seipple
_____

Worthpoint .com and or Worthpoint Corporation
_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

18 CV 0993

(Include case number if one has been assigned)

*Proposed* AMENDED COMPLAINT

Do you want a jury trial?
☑ Yes     ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

L /1-20

Rev. 1/9/17

**SA2**

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☑  **Diversity of Citizenship**

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

1)Identity Thert-The Deterrence Act of 1998 -Federal Title 18 USC 1028

2) Copyright Infringement Act-Federal 3) The Lanham Act-Federal 4) The Visual Artist Rights Act-Federal

5)New York Consolidated Law on Arts & Culture Affairs Article 14.03

6) New York State The Rights of Publicity Law Section  50 & 51

## B.  If you checked Diversity of Citizenship

### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Annamarie Trombetta__ , is a citizen of the State of
(Plaintiff's name)

New YorkNorb
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

**SA3**

If the defendant is an individual:

The defendant, __Norb Novicin_____, is a citizen of the State of
(Defendant's name)

__Delaware__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, __Estate Auctions, Inc.__, is incorporated under the laws of

the State of __Delaware__

and has its principal place of business in the State of __Delaware__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Annamarie Trombetta__

| First Name | Middle Initial | Last Name |
|---|---|---|

__175 East 96th Street ( 12 R )__

Street Address

| New York | New York | 10128 |
|---|---|---|
| County, City | State | Zip Code |

__(212) 427-5990__ | __ATROMBETTAART@GMAIL.COM__

Telephone Number | Email Address (if available)

Page 3

If the defendant is an individual:

The defendant, **Marie  Novicin**_____, is a citizen of the State of
(Defendant's name)

**Delaware**
_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, **Estate Auctions, Inc.**, is incorporated under the laws of

the State of **Delaware**_____

and has its principal place of business in the State of **Delaware**_____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**Annamarie                                        Trombetta**
_____
First Name              Middle Initial        Last Name

**175 East 96th Street (  12  R )**
_____
Street Address

**New York**                    **New York**          **10128**
_____
County, City                  State              Zip Code

**(212) 427-5990**             **ATROMBETTAART@GMAIL.COM**
_____
Telephone Number              Email Address (if available)

SA5

If the defendant is an individual:

The defendant, **Will Seipple** , is a citizen of the State of
(Defendant's name)

## Delaware

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If the defendant is a corporation:

The defendant, **Worthpoint Corporation** , is incorporated under the laws of

the State of **Georgia**

and has its principal place of business in the State of **Georgia**

or is incorporated under the laws of (foreign state)

and has its principal place of business in

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Annamarie Trombetta

First Name        Middle Initial        Last Name

175 East 96th Street ( 12 R )

Street Address

New York                New York        10128

County, City            State        Zip Code

(212) 427-5990          ATROMBETTAART@GMAIL.COM

Telephone Number        Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

| Norb | Novicin |
|---|---|
| First Name | Last Name |

Owner, Estate Auctions, Inc.

Current Job Title (or other identifying information)

12221 Old Furnace Road

Current Work Address (or other address where defendant may be served)

| Seaford, | Delaware | 19973 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

| Marie | Novicin |
|---|---|
| First Name | Last Name |

12221 Old Furnace Road

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| Seaford | Delaware | 19973 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

| Estate Auctions Inc, | |
|---|---|
| First Name | Last Name |

Current Job Title (or other identifying information)

12221 Old Furnace Road

Current Work Address (or other address where defendant may be served)

| Seaford | Delaware | 19973 |
|---|---|---|
| County, City | State | Zip Code |

Page 4

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Will                          Seipple
First Name                    Last Name

Founder, Owner of WorthPoint Corporation/Worthpoint.com
Current Job Title (or other identifying information)

5 Concourse Parkway NE   Suite 2850
Current Work Address (or other address where defendant may be served)

Atlanta                       Georgia              30328
County, City                  State                Zip Code

Defendant 2:

WorthPoint Corporation
First Name                    Last Name

Current Job Title (or other identifying information)

5     Concourse   Parkway     NE  Suite   2850
Current Work Address (or other address where defendant may be served)

Atlanta                       Georgia              30328
County, City                  State                Zip Code

Defendant 3:

WorthPoint .com
First Name                    Last Name

Current Job Title (or other identifying information)

5     Concourse   Parkway     NE  Suite   2850
Current Work Address (or other address where defendant may be served)

Atlanta                       Georgia              30328
County, City                  State                Zip Code

Defendant 4:    Jason Packer

First Name                    Last Name

Employee, At  WorthPoint Corporation

Current Job Title (or other identifying information)

5  Concourse Parkway  NE    Suite 2850

Current Work Address (or other address where defendant may be served)

Atlanta                Georgia                30328

County, City              State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:    Internet  Web  Posting  { Fraudulent }

Date(s) of occurrence:    Began 2015 --Repost found in  Dec.2016 and May 2017

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

SEE    ATTACHED  SHEETS for  ESTATE AUCTIONS INC.

NORB  NOVICIN   and  MARIE  NOVICIN

AND   ATTACHED  SHEETS for  WORTHPOINT CORPORATION

WILL  SEIPPLE   and   JASON PACKER

Page 5

**Attachment of Facts From Original Complaint with Defendants Norb and Marie Novicins Estate Auctions Inc.**

1. In late summer of 2015, I found a Fraudulent internet posting using my name and biography . This painting was allegedly sold in December 2012 by Estate Auctions Inc, which is owned and operated by Marie and Norb Novocin who sold a painting that they falsely misattributed to me. Initially the seller was not known to be until months later.   The first company I contacted was eBay.

2. In time I learned that on December 1, 2012 Marie and Norb Novocin sold an Oil painting dated 1972, entitled "Man with a Red Umbrella". In their description listing was an internet posting and link that the painting was signed Annamarie Trombetta and that I painted it in 1972. They also included in the description on the internet a photo of a signature on the painting which is not my signature. The photo signature is A. Trombetta. The painting description documents that it was signed Annamarie Trombetta. The Estate Auction Inc. description stated there were " 12 photos . The photos of the images were not visible online, only the photo of the A. Trombetta signature signed in oil.

3. In 1972 I was nine years old and was not painting at all. My website biography makes that clear. Estate Auctions Inc. copied information from my artistic website and listed my biography on their on-line store for their e-Bay internet site . This posting was listed under my name and profession/Artist listing on the internet. This is how I found and kept finding false links and additional information.

4. Value--The 1972 "Man with the Red Umbrella" sold for $181.50 and was described as a large oil approx. 17 1/2 wide X 48 1/2 tall. The description states that there is a tear in the canvas 5/8 long and is described as "shabby chic". Further, the EA Inc. listing stated that the painting was "signed on the bottom but on the back it has written in red on the stretcher, Annamarie Trombetta " Gifted" 1977, Painted 1972.  I did not paint in oil until 1981.

5. This damaged low bid priced painting which is falsely attributed to my name posted on the internet greatly devalues my work and the integrity of the quality of my materials used to create my work. This is defamation.

6. The prices of my artwork at present are not listed on the internet nor on my website. The Estate Auction Inc. misappropriated sale which attributed a false damaged painting with a low price to my name undermines the value of my work which constitutes libel. Some examples of my current retail value is 2 inch by 2 inch miniature oil painting sold in 2016 for $500. A painting sold in 2017 is an oil size 16 inch by 20 inch which was purchased for $5500.

7. I created all the content--text(biography) and visuals on my website and I am the sole owner and author of that content. The Digital Millennium Copyright Acts permits others to use the text for education but does not for the use to gain a profit.

8. I never gave Estate Auctions Inc.the right to use my name nor to use the content of my biography. As the owner of the copyright I did NOT sell the reproduction rights nor did I sell the license to print while I retain the Copyrights. No such transaction with either EA Inc or WorthPoint happened.

9. I am a New York artist who creates, sells & exhibit my work in NY City. Most of my subject matter is of New York, Central Park in particular. In 2015 I had 2 solo exhibits on my Central Park artwork, one venue was at a museum. The false painting was posted on the internet and is visible throughout the world. The internet posting was up since the sale of December 1, 2012 until 2017.

10. This posting caused the value and sales of my work to decrease. I know of one lost sale due to this posting after my two solo exhibits in 2015.

11. Estate Auctions Inc. defines themselves under their description for the 1972 Original Olil Painting Man With Red Umbrella Signed Annamarie Trombetta YQZ as the " seller of Antiques, Collectibles and Quirky items on eBay. E Bay is described as an internet multi-national e-commerce corporation. Estate Auctions Inc states that they have been in business "since 1998. ALL of their auctions start at 99 cents.

12. The misappropriated painting and the use of my name in association has been posted on the internet since the sale of the fraudulent artwork on December 1, 2012 according to Gregory Watkins who is the website master at WorthPoint.com. WorthPoint is an internet website which posts the sales made by Estate Auctions Inc. The photo feature of the signature A.Trombetta--a signature that was NOT MINE featured the ebay logo and had with the © symbol & "Copyrighted work licensed by WorthPoint".

To clarify my reason for this legal action I will give a brief history prior to commencing this lawsuit.

13. History--Beginning in 2015 I had two solo exhibitions. There were four articles written on my exhibits which in time were on the internet.

14. In mid August 2015 a colleague brought to my attention the false posting using my personal and detailed biography which was listed on the Worthpoint,com website stating that the painting was sold . The e Bay logo and statement  a copyright logo and the statement "Copyrighted work licensed by WorthPoint" appeared under a signature "A.Trombetta painted in oil on canvas which is not mine.

15. From late August to October 2015 I kept contacting e Bay by phone and via e-mail to no avail and /or derived any conclusive information.

16. From late October 2016 I kept contacting Worthpoint.com which was the website which listed the posting of the misappropriated painting sold by Estate Auctions Inc. I was unable to contact or receive a response until I signed onto their website Membership. Anita who worked at WorthPoint was my phone contact. After many calls I informed her that I was NOT the artist who painted this image etc. In February 2016 I spoke with Worthpoint's Web Master/Designer Gregory Watkins at (770) 344-9182. Mr. Watkins gave me the e-mail of William Sieppel will@worthpoint.com & I was given a removal ticket # 57675. In time the internet post disappeared.

17. In December 2016 I found the WorthPoint posting on the internet again under Annamarie Trombetta & Artist Annamarie Trombetta. This time I and one of my collectors, Teri Meissner contacted the original seller of the false painting which was Estate Auctions Inc. Upon receiving a no answer response, I phoned Marie Novocin on January 10th 2017. Shortly after I received a phone call from Norb Novocin . In short he stated they did nothing illegal and that I should "GO FOR IT and hire an attorney".

18. In January 2017 I also contacted Will Sieppel CEO at WorthPoint.com via e-mail to have the second posting removed AGAIN from the internet.

19. In September of 2017 Attorney Megan Noh of Cahill Cossu Noh & Robinson sent a Letter to Marie & Norb Novocin for Settlement Purposes. Megan Noh did not receive any response. She called to confirm receipt of the letter which Marie Novocin did confirm yet she refused to accept any liability.

20. In October 2017 I made a report with the BBB of Delaware. A response letter from November 28, 2017 was forwarded to the Delaware Better Business Bureau by Marie Novocin which contained either incorrect and or false statements. These Statements regarding myself and the Letter from Attorney Megan Noh are:

1. "We have not bought or sold anything from her". Her is Annamarie Trombetta
2. "she was very upset with us, and threatened to get a lawyer to force us to divulge our buyer's name.
3. "we received a demand letter from an attorney on behalf of the person filing the complaint with you for damages. This was forwarded to our attorney who assured us that we did nothing wrong and not to respond to the demand letter. There was no mention of providing the name of the buyer of the painting in question"
4. "Her contention that we used information from her website is incorrect " EAInc. made a sale/profit & misattributed this painting that I did not paint.

SEE   ATTACHED   SHEETS for ESTATE AUCTIONS INC.
NORB  NOVICIN  and  MARIE  NOVICIN

AND   ATTACHED SHEETS for WORTHPOINT CORPORATION

WILL  SEIPPLE  and  JASON  PACKER

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

SEE   ATTACHED   SHEETS

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

SEE   ATTACHED   SHEETS

**SA13**

## INJURIES

In January 2015 I had two Solo exhibitions after a period of ten years. The last Solo exhibition took place in 2005. I had an accident in 2003 and was seriously injured and after my last solo exhibit in 2005 I required surgery. I was in physical and occupational therapy since 2003 until late 2013. I emerged out of a difficult situation to have my first Solo exhibit in 10 years at the Union League Club Gallery on Park Avenue and East 34th Street in New York City. The Union League Club was founded in part with the involvement of Frederick Law Olmsted designer of Central Park, the nation's first public urban park. My solo exhibition featured my artwork based on the theme of Central Park. The exhibit was one month. My second Solo exhibition was at The Italian American Museum in "Little Italy" which also lasted one month.

In the months that followed I received four favorable write up and some sales ensued but not as I had hoped. A friend in earnest contacted me about a listing found under my name on the internet. I know the Estate Auction Inc. posting for certain cost me one definite sale.

The arduous task began to try and figure out who posted this listing and how do I remove this FALSE posting. Months of Stress ---Worry---Work-- Loss of Income and Time---- Disappointment and Frustration required me to return back to an Orthopedic Specialist. He stated that stress and emotional turmoil can aggravate injuries . I was in physical therapy for months. Further my other doctor who is a general physician also found that I had thyroid issues.

This ordeal with a low bid --FALSE ORIGIN---that unethically used my personal biography without my consent was and still is a serious and unjust hardship for me to endure. I have lost a great deal of time---opportunities ---money and physical stamina from such an egregious and willful act. All my efforts within the year of 2017 to contact the both companies who committed the False misappropriation and repetitive postings have been ignored. The owner who admitted to selling this false painting suggested that I " hire an attorney" which I did and who sent a letter to Estate Auctions Inc. They never replied to the attorney's letter, thus leading me to spend more time and agony to bring about a lawsuit. I recorded a phone conversation between Norb Novocin and myself. Worthpoint owner Will Seipple was several times in 2016 and once again in January 2017 and yet a posting was found to include the false links with my name and credentials in May of 2017.

The end of 2015 and most of 2016 required me to be in physical therapy and had continuous doctor visits.

No one can gage who saw the fraudulent internet posting or how it adveresely effected the plaintiff. The Plaintiff , therefore asks Judge Abrams to review the allegations and the laws that were violated in conjunction with the loss of time, past and future sales of artwork and the damage this fake link that was up since 2012 has done to the Plaintiff.

Last, the Plaintiff was aware of the arduous task of litigation and went through great effort and years of turmoil to avoid and or bring justice to what is clearly two deliberate companies looking to drive traffic to their internet sites and the expense and irreparable damage to the Plaintiff.

## RELIEF

I am seeking Relief for the Federal Laws Violated in which there are three plus the New York State Laws in which there are three.

The Federal Violations and Acts include and entitle me to the following:
1) **The Visual Artist Rights Act** entitle me to 1) Actual and 2) Statutory Damages
2) **The Lanham Act** Violation A) False Designation of Origin
                               B) Interstate Commerce Effect
People all over the country and the world have access to the internet. The posting came up under several listings--FIRST--Under my personal name SECOND- Under my Profession- Google search for Artist Annamarie Trombetta
C) Created the likelihood of confusion amongst the consuming public

3) **The Copyright Infringement Act** Claim for an Actual Loss of Sale of Artwork
4) **Identity Theft** on a Public Platform  1.  18 U.S. Code § 1028. Fraud and related activity in connection with identification documents, authentication features, and information (a) Whoever, in a circumstance described in subsection (c) of this section  1) knowingly and without lawful authority produces an identification document, or a false identification document; (2)knowingly transfers an identification document, authentication feature, or a false identification document knowing that such document or feature was stolen or produced without lawful authority;
2.  Under the Identity Theft and Assumption Deterrence Act, it is a federal crime when a person "knowingly transfers or uses,  without lawful authority, a means of identification of another person with the intent to commit, or to aid or abet, any unlawful activity that constitutes a violation of Federal law, or that constitutes a felony under any applicable State or local law." **Any measurable value of loss individual victims have suffered as a result of the Identity Theft. This includes the harm of reputations, inconveniences and other consequences.**

My New York State Claims include Three Specific Violations
1) **The Right of Publicity** law.   Section 50  Right of Privacy and 51 § 51.  Action for injunction and for damages  This law  entitles me to seek damages for Emotional  and Physical Distress which I elaborated on under  INJURIES question.

2) **The New York Consolidated Laws on Arts & Cultural Affairs  Title C  Article 14.03** Artist Authorship Rights  entitles me to see damages for the unauthorized use of my name.

In SUMMARY  I am seek Monetary Damages in the Amount of $76,000 for these  Reasons.
1) The known loss of a sale of Artwork---$8000 which my attorney letter requested and was ignored and in addition a phone call was made to confirm receipt of the letter.  The effort to gain the name of the owner--a settlement---and to resolve this situation were exercised.
2) The  past -present and future damaging  effects to my artistic reputation. THE POSTING WAS UP SINCE DECEMBER 2012 --UNTIL DECEMBER 2016.  $8000 x 5 = $40,000.
3) Physical and Emotional pain and suffering due to this false designation of origin and world wide internet posting.  The cost and time for legal consultations etc. have increased the relief to request the amount to be $76,000 or whatever the court deems proper and suitable.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| January 17, 2020 | Annamarie Trombetta |
| Dated | Plaintiff's Signature |
| Annamarie | Trombetta |
| First Name     Middle Initial | Last Name |
| 175 East 76th Street (12R) | |
| Street Address | |
| New York     New York     10128 | |
| County, City     State     Zip Code | |
| (212) 427-5990 | atrombettaart@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**SA16**

### Attachment of Facts for Defendant Will Seipple and WorthPoint .com/Corporation

1. In late summer of 2015, via the internet, Plaintiff found a false posting under her name Annamarie Trombetta and under "Artist" - Annamarie Trombetta . The false posting was on an internet website entitled WorthPoint .com. There was a photo with a © symbol and statement "Copyright work licensed by WorthPoint" which also had the e Bay logo in color that was next to a description of a painting that had authentic biographical content from the website of the artist, Annamarie Trombetta. Plaintiff/artist did not paint in oil in 1972 nor is the signature in oil paint by the hand of artist Annamarie Trombetta. This statement insinuates that a Licensing Agreement to establish a legally binding contract between the person who owns the intellectual property and a person who receives a license to use the IP is in existence. The image and statement next to the fraudulent use of my biography also communicates to the online viewer that the signature "A.Trombetta painted in oil is created by the Plaintiff which it is not. This constitutes identity theft and copyright infringement.

2. The Plaintiff's first attempt to find out who posted the internet link for the purpose of removing the false link was the company eBay and the company WorthPoint .com due to the logos on the photo featured signature A. Trombetta This signature in oil paint which is not of the hand of the Plaintiff had no indication to the company that was "hosting" or "posting" the link on the internet.

3. Months of endless phone calls to eBay and WorthPoint .com resulted in obtaining e-mail addresses which were frustratingly futile in finding out who admittedly sold the painting and who or why this posting of the fraudulent link was on the internet. More importantly which source could possibly take this link fraudulent link off the internet.

4. On November 16, 2015 I received a written response from WorthPoint .com from one of the employee's named "Anita B." In her e-mail she wrote " We do not buy or sell anything on the site. Rather we **buy** sales records from various auction houses and sites and compile them into a price guide to help user determine the value of antiques and collectibles. If this particular item sold on eBay I recommend trying to contact eBay as they may be able to provide you with the addition information you are seeking.   See **EXHIBIT 1** - Plaintiff 's Email to eBay with Worthpoint's response . I sent this notice to eBay who never offered any information other than to contact the spoof@ebay address and report the link to them. Ebay never stated how to remove the link. I did find out that eBay does not keep information longer than ninety days to six months.

5. On January 22, 2016 I subscribed to WorthPoint in order to view the entire listing of 1972, entitled "Man with a Red Umbrella" falsely misattributed in order to find out

as much as I could about this listing. Secondly I was hoping that if I was a member of WorthPoint .com someone from the company might return my phone calls or e-mails See **EXHIBIT 2** — **WorthPoint subscription  Membership confirmation**

6.  On January 22, 2016 I also e-mailed support@worthpoint.com with a series of questions to the Worthpoint staff  as to  who posted the 1972, entitled "Man with a Red Umbrella"  and that it was falsely misattributed to Annamarie Trombetta, etc. See **EXHIBIT 3** —

7.  On or around January 22, 2016 I spoke at length with Anita B. from WorthPoint .com on the phone  regarding the misattributed painting. I informed Anita that I was NOT the artist and  yet the information for this painting was posted on the internet under my name.  Anita insisted that I had to contact ebay  to find out who the seller could be.  My  response to Anita was that I  had been in contact with ebay and they were not the  responsible party for posting the fraudulent posting on the internet. Plaintiff has a RECORDING OF THE PHONE CALLS TO ANITA-EMPLOYEE AT WORTHPOINT AS PROOF .  THE PHONE CALL ALSO  PROVES  HOW DIFFICULT  IT  WAS  FOR THE PLAINTIFF  TO OBTAIN INFORMATION AND TO FIND OUT WHO CAN REMOVE THE FALSE  INTERNET POSTING.

8.  Another follow up phone call to Anita B. from Worthpoint .com by me took place on January 29, 2016. Secondly the Plaintiff submitted a Request for the Removal of Fraudulent Links to the Worthpoint .com website  resulting in a ticket number # 57565 entitled Fraudulent Artwork and  Links  **EXHIBIT 4**

9.  On February 3, 2016 I spoke with a  Mr. Gregg Watkins who was the webmaster and maintained the information on WorthPoint 's website via the phone. We spoke  at length regarding  the internet posting. I informed Mr. Watson that I was not the artist that created this  painting and  yet the listing was underneath my name with all my authentic credentials.  I asked Mr.Watkins if the post was up since 2012 when the painting had been sold   and he assumed it was up since 2012. I first communicated to Mr. Watson that I was not the artist who executed this oil painting. and that this was a fraudulent listing  I then requested that the internet link beremoved.   Mr. Watson gave me the  name and e-mail address of the owner of the company Will Seipple.  A RECORDING  OF  THE  PHONE  CALLS  TO  GREGG WATKINS WEBSITE MASTER FOR  WORTHPOINT AS PROOF OF THE DETAILS REGARDING THE POST ETC.  THE PHONE CALL ALSO  PROVES  HOW DIFFICULT  IT  WAS  FOR THE  PLAINTIFF  TO OBTAIN INFORMATION AND REGARDING THE SELLER AND HOW  LONG THE POST WAS LISTED AND WHO CAN PROVIDE INFORMATION ON THE POST.   Mr. Watkins stated he take down the posting.

10.  On February 20, 2016  the false post was still under my name.after I phoned and e-mailed both Gregg Watkins and Will Seipple CEO of Worthpoint on the 20th of February.informing both parties that I have  no  connection to any of the numerous false links that are under my name.  I requested  in this e-mail that WorthPoint

remove the links since under my name since they have not relation to my personal or professional credentials.

**EXHIBIT 5 —    E-mail to Will Seipple and Gregg Watkins**
**EXHIBIT 6   Ticket #57565**

11. On February 29, 2016 I sent another email to Will Seipple and Greg Watkins due to a lack of response from Mr. Seipple while concurrently the false listings from Worthpoint were still on the internet under my name.

12. On March 1, 2016 I received an-email from Will Seipple with responses.

13. On March 7, 2016 I sent my final e-mail to Will Seipple.  Mr. Seipple responded and in doing so sent the "String of Correspondence E-mails" one in particular to from a e-mail to Will Seipple  will.seippel@worthpoint.com  from Jason Packer e-mail jason.packer@worthpoint.com dated **March 2, 2016**  with the subject F W: Artist Annamarie Trombetta—-Fraudulent Artwork—and links to Fraudulent Artwork. I **EXHIBIT 7**  Jason Packer states    " I can file a  TEMPORARY removal request w/Google for this URL........  Should I go ahead and do that ? They don't  always process those but there's no real danger other than LOSING TRAFFIC for just one page.  This e-mail  gives validation  and explains Why in December 2016 the fraudulent link that I requested to be removed was again reposted.

14. Months later on or around  December 2016 I found that the same 1972, entitled "Man with a Red  Umbrella" and related posted were on the internet under my name again.  Despite the verbal and written requests within the numerous e-mails to Will Seipple and Greg Watkins to remove this false information,  I had to contact them again.  This conscious posting after Worthpoint was informed constitutes a violation of Identity  Theft and Assumption Deterrence Act holds that damages include  " Any measurable value of loss individual victims have suffered as a result of the theft. This includes the harm of reputations, inconvenience and other consequences.

15. On January 4, 2017  I contacted Will Seipple of WorthPoint yet again  reviewing and re-submitting all the information I sent a year earlier.  I forwarded the Ticket # 57565 regarding the fraudulent links and the request to remove this information. I NEVER received a written response or phone call from WorthPoint . **EXHIBIT 9**

16. On January 31, 2017  did receive an e-mail concerning investing in WorthPoint. The company that kept re posting a fraudulent link despite any verbal or written requests kept e-mailing investment  solicitations—the classic insult to injury scenario. **EXHIBIT  9**

17, While I am contacting Worthpoint again I finally tracked down the origins of the problem — the seller of the misattributed oil.

On January 11, 2017 I it was confirmed during a phone call from Norb Novicin that on December 1, 2012 Estate Auctions Inc, which is owned and operated by Marie and Norb Novocin sold a painting dated 1972, entitled "Man with a Red Umbrella" they falsely misattributed to Annamarie Trombetta, the Plaintiff. THEY WERE THE SELLERS which was confirmed in the phone recording. Estate Auction description listing was an internet posting and link that the painting was signed Annamarie Trombetta and that I painted it in 1972. They also included in the description on the internet a photo of a signature on the painting which is not my signature. The photo signature is A. Trombetta. The painting description documents that it was signed Annamarie Trombetta. The Estate Auction Inc. description stated there were " 12 photos . The photos of the images were not visible online, only the photo of the A. Trombetta signature signed in oil. Biographical information from the artist's website was used and altered in order to sell the painting which in turn was inaccurately listed under the Plaintiff's name.

18. In May 2017, Plaintiff found a listing of her credential on Google under 1972, entitled "Man with a Red Umbrella" . It is the association of this fraudulent painting with the Plaintiff's authentic credentials which constitutes and violates The Rights of Publicity Law , The Lanham Act, The Visual Artists Rights Act

19. In the fall of 2017 Attorney Megan Noh of Cahill Cossu Noh & Robinson sent a Letter to Marie & Norb Novocin for Settlement Purposes. Megan Noh did not receive any response. She called to confirm receipt of the letter which Marie Novocin did confirm yet she refused to accept any liability.

20. On February 5, 2018 , artist Annamarie Trombetta filed a law suit in against Estate Auctions Inc. and owners Norb and Marie Novicin.

21. On January 17, 2020 Plaintiff Annamarie Trombetta submits her Proposed Amended Complaint to include Will Seipple and WorthPoint .com and or Corporation

**SA20**

### Use of Ebay logo and link on False page

From:  Annamarie Trombetta (trombettaart@yahoo.com)

To:     ippermissions@ebay.com

Date:  Thursday, November 26, 2015, 12:40 PM EST

*Exhibit #1* (handwritten)

To the E Bay Staff,

My name is Annamarie Trombetta.   I am an artist and I received an e-mail that informed me about a website named
Worthpoint.com.

When I googled me name Annamarie Trombetta I found this Marilyn Monroe link below. At the bottom of the Maryiln Monroe link is a link to a painting that Worthpoint is stating that I painted.   My biography is listed in great detail, however I did NOT paint this image.

Please review the information below.   I am requesting a response as soon as possible.

Here is the e-mail that my contact forwarded to me from Worthpoint
NOV 16, 2015 | 08:35AM EST
**Anita B. replied:**
Hello,
We do not buy or sell anything on the site. Rather, we buy sales records from various auction houses and sites and compile them into a price guide to help users determine the value of antiques and collectibles.
If this particular item sold on EBay, I recommend trying to contact EBay, as they may be able to provide you with the additional information you are seeking.
Kind Regards,
The WorthPoint Team
www.WorthPoint.com
(877) 481-5750

Regards,

Customer Support Team
WorthPoint, Inc.


### Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...
www.worthpoint.com › Worthopedia™  ▾

1972 Original Oil Painting Man With Red Umbrella Signed **Annamarie Trombetta** yqz;
Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (12/01/2012)

> 1972 Original Oil Painting
> Man With Red Umbrella
> Welcome to EstateAuctionsInc! We are
> one of the Top Sellers of Antiques,
> Collectibles and Quirky items on eBay. We
> have been selling since 1998 and ALL of

1/3

## Welcome to WorthPoint - Your Subscription Has Been Created

From:   WorthPoint (support@worthpoint.com)

To:      annamarie@trombettaart.com

Date:   Friday, January 22, 2016, 11:29 AM EST

*Exhibit #2*

Dear Annamarie Trombetta,

I would like to congratulate you on your recent decision to buy a WorthPoint product and welcome you into the WorthPoint community! When I founded this company in 2007, I wanted to provide an easy way for people to find the value of everything from their beloved items to the stuff in their closets. I am now proud to say we have become the largest database in the world for this type of information and our product families include:

-> About 300 million prices realized from online sources;

-> About 1 billion images of antiques and collectibles;

-> About 100,000 maker's marks, autographs, patterns and symbols;

-> A digital library of more than 1,000 reference books, catalogs and historic price guides.

If you should have any questions, contact our personable Atlanta-based customer support team via email at support@worthpoint.com or by phone at 877.481.5750 Monday through Friday from 8 a.m. to 6 p.m. EST.

Sincerely,

William Seippel
CEO and Founder of WorthPoint.com

Your Membership Details:
Account Email:

----------------------------------------------------------------

Charge Name:      Monthly Membership Charge
Charge Type:       Recurring
Effective Start Date:   01/29/2016
Unit Price:          19.99
QTY:
Total:             19.99

----------------------------------------------------------------

Charge Name:      Discount
Charge Type:       Recurring
Effective Start Date:   01/29/2016
Unit Price:          (0.00)
QTY:
Total:             (0.00)

We remind you that orders for http://www.worthpoint.com are processed by Zuora as the authorized vendor of WorthPoint products. Please note that zuora*worthpoint.com will appear on your card statement state.

Thank you for your business!

You can log in to WorthPoint.com at the top of any page on the site with your username/email and password. The username/email associated with this account is indicated above. To make updates to your account after signing in, simply click on "Account Settings" at the top of any page. You can change your password, update your method of payment and verify your subscription status. If you lose your login information, simply click on the "I've forgotten my password" link on the sign in page.

**SA22**

As a reminder, there is a free seven-day or seven-price look-up trial for Worthopedia subscriptions. If you utilize your seven price look ups before the seven days end, you must click on the "Activate Now" button to have further access to begin your monthly subscription to WorthPoint. If you subscribed to Marks or Library Products you have seven days until your trial expires.

Questions?

If you have questions, please contact our Customer Support team at 877-481-5750 or via email at Support@Worthpoint.com.

**SA23**

Re: Welcome to WorthPoint - Your Subscription Has Been Created

From: Annamarie Trombetta (trombettaart@yahoo.com)

To: support@worthpoint.com

Date: Friday, January 22, 2016, 02:25 PM EST

To The Worthpoint Staff,
I found this link to Worthpoint under Artist Annamarie Trombetta. The link 1972 is associated with several of my personal and professional
Worthpoint to see the value of this painting. The worth is $181.50 . See below

**1)Who is responsible for posing "1972 Original Oil Painting man with Red Umbrella signed Annamarie Trombetta" information on website ??**
**2)Can I have the name of the person who is the Worthpoint webmaster??**
**3)Can I have the name of the person who posted this information?**
**4) Who was the seller?? I called eBay and they do not have the information? Does Worthpoint have this information??**
**5) Please confirm if your website was last update on** Updated Date: 30-apr-2013--see below
**6) Why do you state that there are are 12 photos in the description. Below is the text that is on the page for this painting. I only signature --see below**
**7) Kindly forward any information that you have regarding this painting .**
**Thankyou for your anticipated cooperation.**
>>>>> UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition
- DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could
umbrella. This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To
the style of Andre Kohn.

1972 Original Oil Painting Man With Red Umbrella Signed ...

www.worthpoint.com › Worthopedia™ ▾

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz.
Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...

HOME > WORTHOPEDIA™ >
1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAMARIE TROMBETTA YQZ

## 1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAMARIE TROMBETTA YQZ

2)Can I have
person who
information'

SOLD FOR:

$181.50

ITEM CATEGORY:

SOURCE:

eBay

ebay
Raw data from eBay
under subscription
Items in the Worthopedia are obtained
exclusively from licensors and partners
solely for our members' research needs.

Worthopedia™
price guide

Flag item for content or
copyright

SOLD DATE:

Dec 01,2012

CHANNEL:

Online Auction

Domain Name: WORTHPOINT.COM

Registrar: GODADDY.COM, LLC

Sponsoring Registrar IANA ID: 146

Whois Server: whois.godaddy.com

Referral URL: http://registrar.godaddy.com

Name Server: NS1.P24.DYNECT.NET

Name Server: NS2.P24.DYNECT.NET

Name Server: NS3.P24.DYNECT.NET

Name Server: NS4.P24.DYNECT.NET

On Friday, Januar
WorthPoint <supp

Dear Annamar

I would like to
recent decisior
product and w
WorthPoint co
this company i
provide an eas
the value of ev
beloved items
closets. I am n
become the la
world for this t
our product fa

-> About 300

**SA24**

Status: clientDeleteProhibited

Status: clientRenewProhibited

Status: clientTransferProhibited

Status: clientUpdateProhibited

Updated Date: 30-apr-2013

Creation Date: 09-jan-2007

Expiration Date: 09-jan-2023

from online so

-> About 1 bil
and collectible

-> About 100,
autographs, pa

-> A digital lib
reference bool

price guides.

If you should have any questions, contact our personable Atlanta-based customer support team via email at support@worthpoint.com or by phone at 8 through Friday from 8 a.m. to 6 p.m. EST.

Sincerely,

William Seippel
CEO and Founder of WorthPoint.com

Your Membership Details:
Account Email:
--------------------------------------------------------------------------------

| | |
|---|---|
| Charge Name: | Monthly Membership Charge |
| Charge Type: | Recurring |
| Effective Start Date: | 01/29/2016 |
| Unit Price: | 19.99 |
| QTY: | |
| Total: | 19.99 |

--------------------------------------------------------------------------------

| | |
|---|---|
| Charge Name: | Discount |
| Charge Type: | Recurring |
| Effective Start Date: | 01/29/2016 |
| Unit Price: | (0.00) |
| QTY: | |
| Total: | (0.00) |

We remind you that orders for http://www.worthpoint.com are processed by Zuora as the authorized vendor of WorthPoint products. Please note that z appear on your card statement state.

Thank you for your business!

You can log in to WorthPoint.com at the top of any page on the site with your username/email and password. The username/email associated with this above. To make updates to your account after signing in, simply click on "Account Settings" at the top of any page. You can change your password, up payment and verify your subscription status. If you lose your login information, simply click on the "I've forgotten my password" link on the sign in page

As a reminder, there is a free seven-day or seven-price look-up trial for Worthopedia subscriptions. If you utilize your seven price look ups before the se click on the "Activate Now" button to have further access to begin your monthly subscription to WorthPoint. If you subscribed to Marks or Library Prodi until your trial expires.

Questions?

If you have questions, please contact our Customer Support team at 877-481-5750 or via email at Support@Worthpoint.com.

1/17/2020     Case 1:18-cv-00993-LTS-SLC   Document 33   Filed 01/17/20   Page 25 of 63

## Re: Fw: Welcome to WorthPoint - Your Subscription Has Been Created

From: WorthPoint Customer Support (support@worthpoint.desk-mail.com)

To:     trombettaart@yahoo.com

Date:   Friday, January 29, 2016, 05:00 PM EST

*Exhibit 4*

## Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Created

**WorthPoint** | Jan 29, 2016 04:59PM EST

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

**Thanks in advance for your patience and support.**

This message was sent to trombettaart@yahoo.com in reference to Case #56607.

[[c768dfffcc36a12e30ef15c05f2719f62ecb5676-620588658]]

**SA26**

### Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

From:  Annamarie Trombetta (trombettaart@yahoo.com)

To:    will@worthpoint.com

Cc:    support@worthpoint.com

Date:  Saturday, February 20, 2016, 10:24 AM EST

Exhibit 5

Dear Mr. Seippel and Mr. Watkins,

Allow me to introduce myself to you Mr. Seippel. I am professional artist Annamarie Trombetta. I as well as other people found a listing for a painting entitled 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta. This is not one of my paintings. There is a photo of a signature A. Trombetta with the eBay logo and Copyright symbol written "Copyrighted work licensed by Worthpoint " with your company logo in yellow next to it. This is not my signature. **Please see attachments.**

On February 3, 2016 I spoke with Mr. Gregory Watkins. Mr. Watkins also stated that you were at a conference in Las Vegas. I asked Mr. Watkins certain questions regarding the artwork falsely attributed to me. I requested that he e-mail me his answers regarding these questions that I had about this artwork on Tuesday February 3, 2016. Today is February 20, 2016 and nothing has been forwarded to me. I have contacted eBay several times prior to contacting your company.

EBay stated that they do not have the name of the seller nor the name of the buyer or the listing for this painting. Ebay expressed several times to me that I need to contact Worthpoint since the listing is on your site..

There are still listing for Worthpoint.com under my name. Under google search for the painting "1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta there is a link entitled **Marilyn Monroe 1988 Vintage Michael Ochs Archive and also Thomas Kinkade** . Both Worthpoint sites list 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta which is why they are surfacing under my name and under 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta.

When I spoke to Mr. Watkins on the phone on February 2, 2016 I asked Mr. Watkins the following questions and asked him to forward me the information which he has not done. I have contacted you in order to have these questions answered please:

1) HOW did your company obtained this information -listing for " 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta "?
2) Can you forward me the name of the seller?
3) How long has this link been on your site?? The date of the sale is from December 1, 2012. I will assume from December 1, 2012 and Mr. Watkins agreed during our phone conversation on February 3, 2016.

4) Who owns this painting?? The description is a damaged painting. It also states that there is a signature in RED on the back of the stretcher. This signature is outside of the photo of a signature A.Trombetta. The painting is dated 1972--Do you know how old I would have been at the time the painting has been dated?

5) Who provided you with the photo of the signature A.Trombetta? Again I assure it is not my signature.

6) The Worthpoint description of this painting states that there are are 12 photos. Below is the text that is on the page for this painting. Where did you get my biography?? It is so specific it is definitely mine.

7) I did sign up for the Free Trial in order to obtain the information below. If there is a purchase price of $181. 50 duly documented and listed there was a financial transaction and there should be a receipt of payment for this item. May I have this information as well?

Kindly forward any information that you have regarding this painting .


Attached is a printout from February 2016 which lists items and links that are on Worthpoint.com These items are listed with my unrelated personal and professional links. I have no association to the Worthpoint.com company---data base nor the artwork that is associated with these link. Please review. I am requesting that you kindly remove your links since they have no relation to my personal and professional credentials.


Sincerely,
Annamarie Trombetta

1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED
ANNAMARIE TROMBETTA YQZ

- **SOLD FOR:**
- $181.50
- **ITEM CATEGORY:**
- 
- **SOURCE:**
- eBay
- **SOLD DATE:**
- Dec 01,2012
- **CHANNEL:**
- Online Auction

This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To our eyes it looks like it is after the style of Andre Kohn. It is quite large being approx. 48 1/2" tall and 17 1/2" wide. We are calling it shabby chic condition as it has a tear in the canvas, about 5/8" long just to the left of the man's knees, but still such a great painting. For those not familiar with Trombetta, here is information about her from off AskArt as they got it from her website: Annamarie Trombetta (1963 - ) Lived/Active: New York The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly. My journey to becoming an artist began many years ago. The consanguineous roots of my

**SA28**

Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge. As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely. I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time...

1972 Original Oil Painting ---Worthpoint Fraudulent Signature.png
576.1kB

Fraudulent Signature of A.Trombetta Copyrighted work licensed by Worthpoint.png
585.2kB

Listing under 1972 Original Oil Man w:Red Umbrella:signed Annamarie Trombetta.jpg
2.2MB

**SA29**

## Re: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

From: WorthPoint Customer Support (support@worthpoint.desk-mail.com)

To:     trombettaart@yahoo.com

Date:   Saturday, February 20, 2016, 10:25 AM EST

*Exhibit 6*

## Ticket #57565: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

**WorthPoint** | Feb 20, 2016 10:24AM EST

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

**Thanks in advance for your patience and support.**

This message was sent to trombettaart@yahoo.com in reference to Case #57565.

[[7e0d850a2b9039a31cbf23ab9ae58ea3fc4a46c9-641339616]]

1/1

**SA30**

### RE: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

From:  Will Seippel (will.seippel@worthpoint.com)

To:     trombettaart@yahoo.com

Date:  Tuesday, March 1, 2016, 07:47 PM EST

*Exhibit #7*

I wrote to you on the 20th and perhaps you did not receive that email? As a result of that confusion I have requested a delivery and read receipt.

We do not have the information you are requesting. We are only in receipt of images of an item , it's description and sold for price. We have no additional information. We do not get it with the listings and are not licensed to have that type of information.

We have taken down any pages that you have asked to have taken down as a courtesy to you. If you were to go into our site and do a search you would see that. If you are searching on Google, or possibly another search engine, and it is reflecting the past and will take some time for that to clear out of that search engine's memory. Thus we can not help but the page no longer exists on our site for Google or other's to link to.

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Monday, February 29, 2016 11:54 AM
**To:** will@worthpoint.com
**Cc:** Worthpoint Support <support@worthpoint.com>
**Subject:** Fw: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

Dear Mr. Seippel and Mr. Watkins,

I am resending this e-mail as I have NOT received a response from either of you regarding my questions and concerns. Another link to Worthpoint.com entitled Titanic still has the 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta. This is still attached to my personal credentials.

Kindly answer the questions I have sent to you on February 20 2016 and have discussed with Mr. Watkins during our phone conversation.

Sincerely Annamarie Trombetta

1/5

## Annamarie Trombetta - Artist Info

www.**trombetta**art.com/info.html

- 
- 

2001, -Richmondtown Historic Museum,S.I, NY "Plein Air **Paintings** of Staten ... representation may be, **Annamarie Trombetta** is enough of an artist to realize that ...

Missing: ~~1972 oil man red umbrella yqz~~

You've visited this page many times. Last visit: 2/21/16

## Staten Island native's passionate love affair with Central ...

www.silive.com/entertainment/.../annamarie_trom...

- 
- 

Staten Island Advance

Jan 12, 2015 - Paintings, prints, drawings and photos by **Annamarie Trombetta** ... resident is showing 80 works — etchings, **oil paintings**, watercolors, pastels, ...

Missing: ~~1972 red umbrella yqz~~

You've visited this page 3 times. Last visit: 1/7/16

## TITANIC lithograph poster (12/01/2012) - WorthPoint

www.worthpoint.com › Worthopedia™

- 

About the Art : Great care was taken to precisely re-create the artist's **original** image. ... **1972 Original Oil Painting Man With Red Umbrella Signed Annamarie** ...

You visited this page on 2/16/16.

On Saturday, February 20, 2016 10:24 AM, Annamarie Trombetta <trombettaart@yahoo.com> wrote:

Dear Mr. Seippel and Mr. Watkins,

Allow me to introduce myself to you Mr. Seippel.  I am  professional artist Annamarie Trombetta.   I as well as other people found a listing for a painting entitled 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta.  This is not

one of my paintings.   There is a photo of a signature A. Trombetta  with the eBay logo and Copyright symbol written "Copyrighted work licensed by Worthpoint " with your company logo in yellow next to it.  This is not my signature.  **Please see attachments.**

On February 3, 2016  I spoke with Mr. Gregory Watkins.  Mr. Watkins also stated that you were at a conference in Las Vegas.  I asked Mr. Watkins certain  questions regarding the artwork falsely attributed to me.  I  requested that he e-mail me his answers regarding these questions that I had about this artwork  on Tuesday February 3, 2016.  Today is February 20, 2016  and  nothing has been forwarded  to me.  I have contacted eBay several times  prior to contacting your company.

EBay stated that they do not have the name of the seller  nor the name of the buyer or the listing for this painting.  Ebay expressed several times to me that I need to contact Worthpoint since the listing is on your site..

There are still listing for Worthpoint.com under my name.   Under google search for the painting "1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta there is a link entitled **Marilyn Monroe 1988 Vintage  Michael Ochs Archive and also Thomas Kinkade .**  Both  Worthpoint sites list 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta (We only have one site, WorthPoint.com I have no idea what you mean by "Both sites")

which is why they are surfacing under my name and under 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta. .

I do not see anything on these pages you are referring to. Yes you show up in that specific search on google and you are likely to for some time but no content relating to you is any longer on the pages that are presented. It will take some time for that to disappear out of Google's memory. These are the pages, with links that you are referring to.

http://www.worthpoint.com/worthopedia/titanic-lithograph-poster-48924121

http://www.worthpoint.com/worthopedia/thomas-kinkade-kincaid-everett-48924157

http://www.worthpoint.com/worthopedia/marilyn-monroe-1988-vintage-michael-48924126

When I spoke to Mr. Watkins on the phone on February 2, 2016  I asked Mr. Watkins  the following questions and asked him to forward me the information which he has not done.  I have contacted you in order to have these questions answered please:

1) HOW did  your company obtained this information -listing for  " 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta "?
    We aggregate electronic records under permission from numerous auction houses. The auction house that reported the sale and is listed would have had the record for us to collect.

2) Can you forward me the name of the seller? (no, that is a piece of data we are not allowed to collect so we do not have it.)

3) How long has this link been on your site?? The date of the sale is from December 1, 2012. I will assume from December 1, 2012 and Mr. Watkins agreed during our phone conversation on February 3, 2016. (That is a bad assumption as we are not timely in collecting the data and the time we collect and display the data is not instantaneous or in regular intervals. I am not aware of when this item was posted.)

4) Who owns this painting?? The description is a damaged painting. It also states that there is a signature in RED on the back of the stretcher. This signature is outside of the photo of a signature A.Trombetta. The painting is dated 1972--Do you know how old I would have been at the time the painting has been dated? I have no idea when you were born so I can not relate your age to 1972. I also have no idea of who bought the painting or who currently is in possession of it.

5) Who provided you with the photo of the signature A.Trombetta? Again I assure it is not my signature. Any photos that were with this would have been from the listing. I do not know what your signature looks like and we did not create it.

6) The Worthpoint description of this painting states that there are are 12 photos. Below is the text that is on the page for this painting. Where did you get my biography?? It is so specific it is definitely mine. That would have been posted by the seller. We do not write descriptions for any items.

7) I did sign up for the Free Trial in order to obtain the information below. If there is a purchase price of $181. 50 duly documented and listed there was a financial transaction and there should be a receipt of payment for this item. May I have this information as well? We are only a reporting service and not a marketplace. Any transactions that occurred would have originally been with them and we would not have a copy.

Kindly forward any information that you have regarding this painting . The information we had would have been on the site when you looked at it. It would have the price, the auction house sold at, the date, description and images. It is all we had. You saw it. I can not see it any longer to offer any comments as it was deleted at your request.

Attached is a printout from February 2016 which lists items and links that are on Worthpoint.com These items are listed with my unrelated personal and professional links. I have no association to the Worthpoint.com company---data base nor the artwork that is associated with these link. Please review. I am requesting that you kindly remove your links since they have no relation to my personal and professional credentials.

The item was removed at your request. I would suggest going into our search browser on our site to assure yourself this has been removed or you see any other items you think are yours and are not correctly represented. I did a search myself and found 3 Trombetta paintings and none of them were yours. They were all done by men.

Sincerely,
Annamarie Trombetta
1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED
ANNAMARIE TROMBETTA YQZ
- **SOLD FOR:**
- $181.50

- **ITEM CATEGORY:**
-
- **SOURCE:**
- eBay
- **SOLD DATE:**
- Dec 01,2012
- **CHANNEL:**
- Online Auction

This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To our eyes it looks like it is after the style of Andre Kohn. It is quite large being approx. 48 1/2" tall and 17 1/2" wide. We are calling it shabby chic condition as it has a tear in the canvas, about 5/8" long just to the left of the man's knees, but still such a great painting. For those not familiar with Trombetta, here is information about her from off AskArt as they got it from her website: Annamarie Trombetta (1963 - ) Lived/Active: New York The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly. My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge. As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely. I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time...

**From:** Jason Packer [mailto:jason.packer@worthpoint.com]
**Sent:** Wednesday, March 2, 2016 6:15 PM
**To:** Will Seippel <will.seippel@worthpoint.com>
**Subject:** Re: FW: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

----------
**From:** Jason Packer <jason.packer@worthpoint.com>
Date: Thu, Mar 3, 2016 at 8:39 AM
To: Will Seippel <will.seippel@worthpoint.com>

I can file a temporary removal request w/Google for this URL:
http://www.worthpoint.com/worthopedia/titanic-lithograph-poster-48924121
Which is the one that has her text in the old cached version w/Google:
http://webcache.googleusercontent.com/search?q=cache:7Xt_g7k26S8J:www.worthpoint.com/worthopedia/titanic-lithograph-poster-48924121+&cd=1&hl=en&ct=clnk&gl=us
Should I go ahead and do that? They don't always process those but there's no real danger to us other than losing traffic for just one page.

----------
**From:** Will Seippel <will.seippel@worthpoint.com>
Date: Thu, Mar 3, 2016 at 2:46 PM
To: Jason Packer <jason.packer@worthpoint.com>

Yes, please do.

**From:** Jason Packer [mailto:jason.packer@worthpoint.com]
**Sent:** Thursday, March 3, 2016 8:39 AM

----------
**From:** Will Seippel <will.seippel@worthpoint.com>
Date: Thu, Mar 3, 2016 at 2:46 PM
To: Jason Packer <jason.packer@worthpoint.com>

Yes, please do.

**From:** Jason Packer [mailto:jason.packer@worthpoint.com]
**Sent:** Thursday, March 3, 2016 8:39 AM

--
Will Seippel
CEO/Founder
WorthPoint Corporation

(404) 996-1472 O)

Annamarie Trombetta

From: Annamarie Trombetta (trombettaart@yahoo.com)

To:      will@worthpoint.com

Date:   Monday, March 7, 2016, 07:26 AM EST

*Exhibit #8*

Mr. Seippel,

The e-mail below has no greeting or salutation.   Mr. Seippel did you send this to me?   Secondly if you wrote me a response on the 20th of February it should be in your sent folder.   I am requesting that you Re-Send the e-mail from February 20th.

Third---Can you send me the images of the said Item that you have in your possession --**We are only in receipt of images of an item**

Fourth---you posted a price but you do not know who sold it and who bought it---Is that correct??
Fifth---How did you obtain this information??   Who is the source??
Kindly respond to me at your earliest convenience.
Sincerely,
Annamarie Trombetta

Will Seippel <will.seippel@worthpoint.com>
To  'Annamarie Trombetta'

Mar 1 at 7:47 PM

I wrote to you on the 20th and perhaps you did not receive that email? As a result of that confusion I have requested a delivery and read receipt.

We do not have the information you are requesting. We are only in receipt of images of an item , it's description and sold for price. We have no additional information. We do not get it with the listings and are not licensed to have that type of information.

We have taken down any pages that you have asked to have taken down as a courtesy to you. If you were to go into our site and do a search you would see that. If you are searching on Google, or possibly another search engine, and it is reflecting the past and will take some time for that to clear out of that search engine's memory. Thus we can not help but the page no longer exists on our site for Google or other's to link to.

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Monday, February 29, 2016 11:54 AM
**To:** will@worthpoint.com
**Cc:** Worthpoint Support <support@worthpoint.com>
**Subject:** Fw: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

Dear Mr. Seippel and Mr. Watkins,

I am resending this e-mail as I have NOT received a response from either of you regarding my questions and concerns. Another link to Worthpoint.com entitled Titanic still has the 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta.   This is still attached to my personal credentials.

Kindly answer the questions I have sent to you on February 20 2016 and have discussed with Mr. Watkins during our phone conversation.
Sincerely Annamarie Trombetta

**Annamarie Trombetta - Artist Info**
*www.trombettaart.com/info.html*
> •
> •

2001, -Richmondtown Historic Museum,S.I, NY "Plein Air **Paintings** of Staten ... representation may be, **Annamarie Trombetta** is enough of an artist to realize that ...
Missing: ~~1972 oil man red umbrella yqz~~

1/2

**SA37**

You've visited this page many times. Last visit: 2/21/16

**Staten Island native's passionate love affair with Central ...**
*www.silive.com/entertainment/.../annamarie_trom...*

  •
  •

Staten Island Advance
Jan 12, 2015 - Paintings, prints, drawings and photos by **Annamarie Trombetta** ... resident is showing 80 works — etchings, **oil paintings**, watercolors, pastels, ...
Missing: ~~1972 red umbrella yqz~~
You've visited this page 3 times. Last visit: 1/7/16

**TITANIC lithograph poster (12/01/2012) - WorthPoint**
*www.worthpoint.com › Worthopedia™*

  •

About the Art : Great care was taken to precisely re-create the artist's **original** image. ... **1972 Original Oil Painting Man With Red Umbrella Signed Annamarie** ...
You visited this page on 2/16/16.

1/16/2020     Yahoo Mail - Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ... www.worthpoint.com › Worthopedia™-----Artist Annamarie Tr...

Case 1:18-cv-00993-LTS-SLC    Document 33    Filed 01/17/20    Page 38 of 63

Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ... www.worthpoint.com ›
Worthopedia™------Artist Annamarie Trombetta

From:  Annamarie Trombetta (trombettaart@yahoo.com)

To:  will@worthpoint.com

Date:  Wednesday, January 4, 2017, 11:28 AM EST

*Exhibit 9*

Mr. Sieppel,

Please allow me to Re-introduce myself.  My name is Annamarie Trombetta.  I am an artist .
Last year  I found a MISATTRIBUTION of a painting that I did NOT create on your website--
Worthpoint.com which came up  on the internet under my name.   Specific personal  content
from my  professional  biography  on my personal artist  website  was  copied, transplanted
and posted on your site.  A picture of a  painted signature on canvas signed   A. Trombetta
that was NOT MY signature was also photo featured on the Worthpoint.com website  listing.

On February  20, 2016  I contacted you via e-mail.  Prior to contacting you  I had spoken
several times   with  your employer Anita  and eventually I  was  on the phone at length  with
your  webmaster  Mr. Gregory  Watkins  regarding the FRAUDULENT posting  of a painting  that
I did not create.   I requested that this Fraudulent listing be permanently  removed.  I also sent
a notice to the company website.  SEE BELOW

---

## Ticket #57565: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

**WorthPoint** | Feb 20, 2016 10:24AM EST

Thank you for submitting your request. We have received your request and are working on responding
to you as soon as possible. If you have any additional information to add to this case, please reply to
this email.

**Thanks in advance for your patience and support.**

This message was sent to trombettaart@yahoo.com in reference to Case #57565.

[[7e0d850a2b9039a31cbf23ab9ae58ea3fc4a46c9-641

---

I am contacting you once  again  **almost a year later** because I found  yet again a listing  from
Worthpoint.com under my name--Annamarie Trombetta artist.  Below is today's  listing
January 4th 2017 of subjects and site which come up  when I  Google  **Annamarie Trombetta
artist. PLEASE REVIEW  ---   The Marilyn Monroe listing** was the **first** place where my name
was  Falsely associated  along with the fraudulent painting and signature attributed to me that
was listed on Worthpoint.com.

A year ago I took time, energy and effort to contact you and your company regarding the  false
attribution and requested that it should be removed.     I have NEVER HAD ANY ASSOCIATION
with WORTHPOINT.com---NOR have I ever had any business  with Worthpoint.com  and yet in
a Google search for Annamarie Trombetta Artist  your company is listed under my name.  **This
listing is not authentic and has NO RIGHT TO BE LISTED UNDER MY NAME.  The Listing
from Worthpoint.com is taking up space that should be for  my other TRUE  credentials ---
and should not  BE  OCCUPIED  by your company.**

**SA39**

1/16/2020    Yahoo Mail - Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ... www.worthpoint.com › Worthopedia™ ... Artist Annamarie Tr...

Case 1:18-cv-00993-LTS-SLC    Document 33    Filed 01/17/20    Page 39 of 63

I am requesting that you remove this IMMEDIATELY from the internet -- kindly contact Google and responsibly deal with this issue to bring about a PERMANENT ENDING. I do NOT WISH TO BE ASSOCIATED with your company---in ANY WAY. The numerous times that I have had to contact you regarding this issue is an outrage and a waste of my personal time. This is costing me time, effort and energy needlessly and for NO LOGICAL REASON as AGAIN I have contacted your company numerous times.

I am requesting a written response to this e-mail as soon as possible as a confirmation for receipt of this e-mail. Further, I am requesting that you and your company PERMANENTLY remove the association --or connection that Google or the algorithms on any other internet site thereof have between your company ---Worthpoint.com---- and my name Annamarie Trombetta.

Sincerely,
Annamarie Trombetta

## Central Park's Plein Air Past | OutdoorPainter

www.outdoorpainter.com › Home › Artist Profile ▼

Mar 2, 2015 - "The Destructive Dance of 'Sandy,'" by **Annamarie Trombetta** ... all this history, and the connections generated by **artists**, gave me a mission.".
You've visited this page many times. Last visit: 11/2/16

## Artist Annamarie Trombetta working on her piano, which ... - Pinterest

https://www.pinterest.com/pin/177751516514603960/
**Artist Annamarie Trombetta** working on her piano, which commemorates the 10- year anniversary of 9/11.
| See more about Piano, Anniversaries and **Artists**.
You've visited this page 2 times. Last visit: 2/16/16

## Page 1 - Italian American Museum

italianamericanmuseum.org/exhibitions/Pleinair.htm ▼

Acclaimed **artist Annamarie Trombetta** presents a solo exhibition that celebrates the influence of the Italian Macchiaioli (Risorgimento) **Artists** and the American ...
You've visited this page many times. Last visit: 10/14/16

## artist annamarie trombetta's imagery offers visionary interpretation of ...

www.italianamericanmuseum.org/news/news_plein.html ▼

**Artist Annamarie Trombetta's** "Central Park Imagery," a collection of en plein air works in oils, pastels, watercolors, etchings and drawings will be on display at ...

## Staten Island native's passionate love affair with Central Park still ...

www.silive.com/entertainment/index.ssf/.../annamarie_trombetta_takes_a_wa.html
Jan 12, 2015 - STATEN ISLAND, N.Y. — After 20 years and well over a hundred works of **art**, painter **Annamarie Trombetta** still hasn't had her fill of Central ...
You've visited this page many times. Last visit: 11/2/16

## Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...
www.worthpoint.com › Worthopedia™

**SA40**

Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ... www.worthpoint.com ›
Worthopedia™------Artist Annamarie Trombetta

From:   Annamarie Trombetta (trombettaart@yahoo.com)

To:   will@worthpoint.com

Date:   Wednesday, January 4, 2017, 11:28 AM EST

*Exhibit #9*

Mr. Sieppel,

Please allow me to Re-introduce myself. My name is Annamarie Trombetta. I am an artist . Last year I found a MISATTRIBUTION of a painting that I did NOT create on your website-- Worthpoint.com which came up on the internet under my name. Specific personal content from my professional biography on my personal artist website was copied, transplanted and posted on your site. A picture of a painted signature on canvas signed A. Trombetta that was NOT MY signature was also photo featured on the Worthpoint.com website listing.

On February 20, 2016 I contacted you via e-mail. Prior to contacting you I had spoken several times with your employer Anita and eventually I was on the phone at length with your webmaster Mr. Gregory Watkins regarding the FRAUDULENT posting of a painting that I did not create. I requested that this Fraudulent listing be permanently removed. I also sent a notice to the company website. SEE BELOW

---

### Ticket #57565: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

**WorthPoint** | Feb 20, 2016 10:24AM EST
Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #57565.

[[7e0d850a2b9039a31cbf23ab9ae58ea3fc4a46c9-641

---

I am contacting you once again **almost a year later** because I found yet again a listing from Worthpoint.com under my name--Annamarie Trombetta artist. Below is today's listing January 4th 2017 of subjects and site which come up when I Google **Annamarie Trombetta artist. PLEASE REVIEW --- The Marilyn Monroe listing** was the **first** place where my name was Falsely associated along with the fraudulent painting and signature attributed to me that was listed on Worthpoint.com.

A year ago I took time, energy and effort to contact you and your company regarding the false attribution and requested that it should be removed. I have NEVER HAD ANY ASSOCIATION with WORTHPOINT.com---NOR have I ever had any business with Worthpoint.com and yet in a Google search for Annamarie Trombetta Artist your company is listed under my name. **This listing is not authentic and has NO RIGHT TO BE LISTED UNDER MY NAME. The Listing from Worthpoint.com is taking up space that should be for my other TRUE credentials --- and should not BE OCCUPIED by your company.**

I am requesting that you remove this IMMEDIATELY from the internet -- kindly contact Google and responsibly deal with this issue to bring about a PERMANENT ENDING. I do NOT WISH TO BE ASSOCIATED with your company---in ANY WAY. The numerous times that I have had to contact you regarding this issue is an outrage and a waste of my personal time. This is costing me time, effort and energy needlessly and for NO LOGICAL REASON as AGAIN I have contacted your company numerous times.

I am requesting a written response to this e-mail as soon as possible as a confirmation for receipt of this e-mail. Further, I am requesting that you and your company PERMANENTLY remove the association --or connection that Google or the algorithms on any other internet site thereof have between your company ---Worthpoint.com---- and my name Annamarie Trombetta.

Sincerely,
Annamarie Trombetta

## Central Park's Plein Air Past | OutdoorPainter

www.outdoorpainter.com › Home › Artist Profile ▼

Mar 2, 2015 - "The Destructive Dance of 'Sandy,'" by Annamarie Trombetta ... all this history, and the connections generated by **artists**, gave me a mission.".
You've visited this page many times. Last visit: 11/2/16

## Artist Annamarie Trombetta working on her piano, which ... - Pinterest

https://www.pinterest.com/pin/177751516514603960/
Artist Annamarie Trombetta working on her piano, which commemorates the 10- year anniversary of 9/11.
| See more about Piano, Anniversaries and **Artists**.
You've visited this page 2 times. Last visit: 2/16/16

## Page 1 - Italian American Museum

italianamericanmuseum.org/exhibitions/Pleinair.htm ▼

Acclaimed **artist Annamarie Trombetta** presents a solo exhibition that celebrates the influence of the Italian Macchiaioli (Risorgimento) **Artists** and the American ...
You've visited this page many times. Last visit: 10/14/16

## artist annamarie trombetta's imagery offers visionary interpretation of ...

www.italianamericanmuseum.org/news/news_plein.html ▼

**Artist Annamarie Trombetta's** "Central Park Imagery," a collection of en plein air works in oils, pastels, watercolors, etchings and drawings will be on display at ...

## Staten Island native's passionate love affair with Central Park still ...

www.silive.com/entertainment/index.ssf/.../annamarie_trombetta_takes_a_wa.html
Jan 12, 2015 - STATEN ISLAND, N.Y. — After 20 years and well over a hundred works of art, painter **Annamarie Trombetta** still hasn't had her fill of Central ...
You've visited this page many times. Last visit: 11/2/16

## Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...
www.worthpoint.com › Worthopedia™

1/17/2020    Case 1:18-cv-00993-LTS-SLC   Document 33   Filed 01/17/20   Page 42 of 63

.. Blue Hello Kitty Obey Giant Shepard Fairey Signed & Numbered Rare Print · Handmade New Mexican Folk **Art** Church Birdhouse LARGE Lark Sedona ...

**SA43**

## The day has come -- WorthPoint launches Reg A+ "Mini-IPO"



From: WorthPoint (equity@worthpoint.com)

To: trombettaart@yahoo.com

Date: Tuesday, January 31, 2017, 12:04 PM EST

Secure your investments on our website.        View this email in your browser



Find It.
Value It.
Price It.

Explore 265+ million items
and images (realized values)
from both auction houses and
online marketplaces.

After several months of Testing the Waters in order to gauge interest from potential investors, we are beyond excited to announce that WorthPoint's offering statement has been qualified by the SEC and WorthPoint is now able to accept investments in a Regulation A+ offering. The stock offering is taking place on WorthPoint's **website**, and the chance to own a piece of WorthPoint is available to everyone -- accredited and non-accredited investors alike.

As some of you may know, WorthPoint recently undertook a different crowdfunding round under Regulation Crowdfunding. Upon being qualified by the SEC, we decided to terminate that round early in favor of this larger Regulation A+ round, which allows for more flexible investment options both for you as an investor and WorthPoint as a company.

WorthPoint offers the world's largest resource for identifying, researching, and valuing antiques, art, and vintage collectibles using disruptive technology. As a first mover, WorthPoint has built an irreplaceable database and a proven, scalable business model.

The wait is over. We look forward to your investment.
Make your mark with WorthPoint today.

Click to Invest

Will Seippel

United States District Court
Southern District of New York

Annamarie Trombetta

    Plaintiff

        vs.

Norb Novocin, Marie Novocin and
    Estate Auctions Inc.

William Seippel and WorthPoint Corporation |
5 Concourse Parkway NE, Suite 2850
    Atlanta, Georgia 30328

    Defendants

Case No. 18-cv-0993-RA-HBP

**PROPOSED**

**AMENDED COMPLAINT**

**JURY TRIAL REQUESTED**

The Plaintiff, Annamarie Trombetta is a Pro Se Litigant in Case No. 18-cv-0993-RA-HBP.

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the Plaintiff for it's Complaint against

Defendants Norb Novicin, Marie Novocin and Estate Auctions Inc. submits her Proposed Amended

Complaint. The court has granted an opportunity to submit a Proposed Amended Complaint and the

Plaintiff seeks to add Defendant, William Seipple, WorthPoint.com and/or WorthPoint Corporation

along with the original Defendants Norb Novicin, Marie Novocin and Estate Auctions Inc.  Further the

assertion by the plaintiff of this cause of action and the joinder of these two companies as parties is

proper and desirable in view of the common rights and common questions of laws that were violated.

The Plaintiff is a sole-proprietor and a professional artist for close to thirty years. The initial cause for

this lawsuit is a misattributed fraudulent link posted under Plaintiff's name on the internet, claiming

that artist Annamarie Trombetta painted an oil in 1972. Plaintiff would have been nine years of age.

Plaintiff had no knowledge of either companies to include WorthPoint .com or Estate Auction Inc. prior

to this false internet post under the Plaintiff's name. Plaintiff has never done nor conducted business

with either company, nor has the Plaintiff ever had any written contractual agreement to include any commissioned work, sale of artwork or artist's right release for the use of her name and or biography for any purpose including that of a sale of artwork. Plaintiff was never an employee of either companies. Plaintiff contacted both companies several times, requested that the post be removed, requesting the provenance, the name of the seller, the name of the buyer of "**1972 Original Oil *Painting Man with Red Umbrella allegedly Signed by Annamarie Trombetta*,**" signed **A. Trombetta**" and was ignored. Therefore any use of the artist's information without permission was and is a clear violation of the artistic moral rights, copyright and trademark infringement and the cause for this lawsuit. The Plaintiff with the addition of the new Defendant asks the court to reconsider without prejudice the validity and violation of claims to include Copyright Infringement, Trademark Infringement , The Lanham Act, The New York Authorship Right Act, The New York Civil Rights Law, The New York Rights of Publicity Law § 50 § 51 and The Identity Theft and The Assumption Deterrence Act as each separate law or claim applies to one or both Defendants and is within the statues of limitations.

## JURISDICTION AND VENUE

The Court has subject matter jurisdiction pursuant to Rule 15 of the Federal Rules of Civil Procedure. FRCV Rule 15 provides that " a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). This Court has supplemental jurisdiction over the New York State law claims pursuant to 28 U.S.C. § 1367.

## INTRODUCTION

The Plaintiff is a professional artist for almost thirty years. In the artist's infancy years, in the late nineteen eighties the artist created a logo using her initials enclosed in a triangle. In 2003, the Plaintiff created an online internet website to include her very detailed and personal biography and her trademark

**SA46**

triangle logo that appears on every page of the Plaintiff's website. The Plaintiff uses that trademark logo along with the Plaintiff's signature to define the artwork of Annamarie Trombetta. The Plaintiff's website has always had on each page of her website the copyright symbol and the statement "All works on this site are © Annamarie Trombetta. All rights reserved" along with Plaintiff's self-created Logo and Trademark Branding. According to The **Artists Rights Society**, Copyright protection subsists from the time the work is created in fixed, tangible form. The copyright in the work of authorship immediately becomes the property of the author who created the work. Only the author or those deriving their rights through the author can rightfully claim copyright. Copyright is a form of protection provided by the laws of the United States (Title 17, U.S. Code) to the creators of "original works of authorship," including literary, dramatic, musical, artistic, and certain other intellectual works.

Lastly, the use of my personal biography in connection to the 1972 oil painting that I did not create, first and foremost constitutes Identity Theft on a public platform via the internet. Plaintiff was unaware of the publication and description of Plaintiff's biography with the *"1972 Original Oil Painting Man with Red Umbrella Signed by Annamarie Trombetta,"* signed *A. Trombetta, sold Dec in 2012 for $181.50,* until it was found on the internet under the Plaintiff's name and profession Artist Annamarie Trombetta in 2015. Plaintiff had two solo exhibits in 2015 and received write-ups and reviews on the internet. The false misattributed oil from 2012 appeared online at a crucial time to the Plaintiff's career and it is known to the artist that the post hinder the sale of one artwork for certain.

### PARTIES

Many of the facts set forth herein in the Proposed Amended Complaint court forms regarding both Defendants are taken from Plaintiff's First Amended Complaint ("FAC"), including the exhibits attached thereto and in the first complaint and matters of public record of which the Court may properly take

judicial notice under Federal Rule of Evidence 201. Federal Rule of Evidence 201 *(2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.* The facts drawn from Plaintiff's FAC are taken as true for purposes of this motion. *See Bell Atl. Corp. v. Twombly,* 550 U.S. 544, 555, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007) ("Factual allegations must be enough to raise a right to relief above the speculative level, on the assumption that all the allegations in the complaint are true (even if doubtful in fact)" (internal citation omitted). Defendants Norb and Marie Novicin and The Estate Auctions Inc. in their fraudulent advertisement asserted A) that the painting was signed not once but twice. The first signature in oil paint was photo featured "A. Trombetta appearing on the internet next to the false biography of the artist and the second was a signature in red on the stretcher in the back of the canvas" . The painting was described as damaged and torn. In this amended complaint the Plaintiff's wishes to bring to the attention of the court the Plaintiff's catalog and biography which was published in 2003 . It is also word for word on the artist/Plaintiff's website under Biography. Estate Auctions Inc's use of the statement B) "All of the imagery in **this catalog** was either created en plein air or from the subject directly" is of utmost importance as Estate Auctions Inc. used and referenced this catalog in their false description. A claim has "facial plausibility" when the plaintiff pleads "factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." Id. This "plausibility" standard is "not akin to a 'probability requirement,' but it asks for more than a sheer possibility that a defendant has acted unlawfully." The subject is the unauthorized use of Artist Annamarie Trombetts's Biographic content that was falsely attributed, altered and modified on a public internet platform to sell the " 1972 Original Oil Painting entitled Man With Red Umbrella Signed Annamarie Trombetta" and misattributed. The Visual Artist and Plaintiff is in fact the Author of the self written text on the biography page on the website for artist Annamarie Trombetta. The statements within the biography, although written in prose are indeed the facts and true

life experiences of—the artist—the Plaintiff—Annamarie Trombetta. The text is the Plaintiff's personal creation—ie —a literary work and as a literary work, this work is entitled to upon it's creation, copyright protection and intellectual property protection. Within the literary content are statements depicting actual occurrences evidenced and lived by the Plaintiff. The text, therefore can only be ascribed and attributed to Annamarie Trombetta the Plaintiff. It is a unique, original literary work containing factual events that are duly documented. Some facts to note A) I was born in Brooklyn, New York B) I was inspired as a child by the artwork and paintings inside Regina Pacis Church in Brooklyn, New York C) The year I was born is listed- 1963 D) My family did moved to Staten Island E) I had a cancerous tumor on my left leg as a teenager F) I attended the Brooklyn Museum School of Art while in high school G) In the Eighties I went to Europe to include all the countries listed . All these facts are true to no other person or artist but the Plaintiff. **EXHIBIT 1 Annamarie Trombetta Catalog and text.**

The Plaintiff went through arduous efforts to avoid any lawsuit and was unsuccessful. Plaintiff contacted the Defendants, Norb and Marie Novicin, evidenced by a phone call from Norb Novicin in January 2017. Within the phone recording Mr. Novicin stated that " they did nothing wrong" and asserted that if the Plaintiff wanted to hire an attorney to "Go For It". The Novocins again chose to deny responsibility when a settlement letter was mailed and the receipt was validated by my attorney in the fall of 2017 and in turn I was ignored. The Plaintiff in response to this lack of communication put a credit freeze on her accounts. The Plaintiff filed a lawsuit on February 5, 2018. A settlement conference in the spring of 2019 before Judge Abrams was unsuccessful with an offer of one hundred dollars, however it did bring to the Judge's attention that the Novicins filed for bankruptcy in January 2018.

Secondly, Plaintiff seeks to amend the complaint to name WorthPoint Corporation and William Seippel in addition to Norb Novocin, Marie Novocin and Estate Auction Inc. Attorney Anderson Duff clearly

pointed out and wrote in an e-mail dated March 1, 2019  *"We now understand that at least one third-party internet site scraped information about the December 1, 2012 eBay sale that contained the mis-attribution naming Ms. Trombetta and reposted the same on its website at least twice. Because Estate Auctions has no control over this third party, Ms. Trombetta had difficulty removing this information from the website. We regret that this error added any stress to an artist's life, and, although this is the only misidentification of any painting sold by Estate Auctions about which we are aware, we have taken steps to ensure that such a misidentification does not occur in the future. These steps include but are not limited to this statement clarifying that, as informed by Ms. Trombetta, the painting we sold through eBay on December 1, 2012 titled "1972 Original Oil Painting Man with Red Umbrella Signed by Annamarie Trombetta," signed A. Trombetta, was not painted by Annamarie Trombetta . We also alerted the buyer of this piece immediately after Ms. Trombetta contacted us"*.  The confirmation by Estate Auctions that there is no business connection between Estate Auctions Inc. and Will Sieppel of WorthPoint .com and or WorthPoint Corporation was not genuinely and verifiable known to the Plaintiff prior to this written confirmation by the Attorney Anderson Duff.  The internet website post was a "False" collection of information.  There were three separate listings under Google. The first was under "Annamarie Trombetta" **EXHIBIT  2** .  The second false posting was under Google "Artist Annamarie Trombetta" **EXHIBIT  3** .  The third was listed under Google *"1972 Original Oil Painting Man with Red Umbrella Signed by Annamarie Trombetta," signed A. Trombetta,* **EXHIBIT  4**  The new defendant William Seipple, WorthPoint.com and/or  WorthPoint Corporation featured a photo of a signature in oil paint "A.Trombetta" with an e Bay logo, copyright symbol and a claim "copyrighted work licensed by Worthpoint".  The Plaintiff needs to bring to the court's attention the photo feature signature "A. Trombetta" and  this claim by WorthPoint that the photo of signature "A. Trombetta" in oil paint, **EXHIBIT  5** .  This is the first opportunity that the Plaintiff has been given by Judge Abrams to amend

this complaint. The Plaintiff wishes to include the third party Will Siepple and WorthPoint. com/ Corporation to be held accountable for this visual posting under the Plaintiff's name. In an e-mail dated November 16, 2015 in a written response from WorthPoint .com from one of the employee's named "Anita B. " wrote " **We do not buy or sell anything on the site. Rather we buy sales records from various auction houses and sites and compile them into a price guide to help user determine the value of antiques and collectibles.** If this particular item sold on eBay I recommend trying to contact eBay as they may be able to provide you with the addition information you are seeking." The company ebay which I did contact several time via phone and e-mail upon finding the fraudulent post has a terms of use page to include liability and indemnity for companies and the lack there of which can be found at https://www.ebayinc.com/terms-of-use/. The ebay company is not responsible for content and upon the Plaintiff's efforts to investigate and seek the company policies, ebay sustains information in general for ninety days to six months. The Plaintiff 's contacted ebay and WorthPoint .com for months via phone and e-mailss . I simply wanted the post removed. Plaintiff lost an unfathomable amount of time going back and forth between ebay and WorthPoint . com /Corporation. The Plaintiff wishes to submit in part as evidence the potential motive and evidence as to WHY the Plaintiff's listing was reposted in December 2016 and again in May of 2017 after the Plaintiff wrote and communicated that the false post be removed from the internet. In an e-mail forwarded by Will Siepple on March 7, 2016 to the Plaintiff Annamarie Trombetta there were a string of e-mails. The Plaintiff brings to the court's attention an e-mail to Will Seipple will.seippel@worthpoint.com from Janson Packer e-mail jason.packer@worthpoint.com dated **March 2, 2016** with the subject F W: Artist Annamarie Trombetta —-Fraudulent Artwork—and links to Fraudulent Artwork. I **EXHIBIT 6** Jason Packer states " I can file a TEMPORARY removal request w/Google for this URL…….. Should I go ahead and do that ? They don't always process those but there's no real danger other than LOSING TRAFFIC for just one

page. Within the communication in this e-mail is the statement by Jason Packer to Will Seipple a "temporary removal" and "losing traffic for just one page" was duly documented. Months later in December 2016 this fraudulent link was reposted . I had to contact Mr. Seipple in January 4, 2017 to once again request in writing that the post be PERMANENTLY removed. **EXHIBIT 7.** The Plaintiff in February and March of 2016 gave the Defendant Will Seippel and WorhtPoint staff in essence a standard Take Down Infringement Notification verbally by phone calls with Worthpoint employees Anita B. and Worthpoint webmaster Gregg Watkins. Plaintiff also did so in writing and obtained a ticket number #57565. Repetitive reposting is not only a clear infringement it also constitute " Identity Theft" as it was known to all involved parties that the post was fraudulent. A repost resurfaced in May 2017. With the additional Defendant the Plaintiff asks the court to reexamine the initial claims for violations as these violations and claims for Copyright Infringement, Trademark Infringement , The Lanham Act, The New York Authorship Right Act, The New York Civil Rights Law and New York Rights of Publicity Law §50 §51s, are relative to Defendants Will Siepple WorthPoint .com or WorthPoint Corporation. The last repost was in May 2017 and this lawsuit was filed Feb. 5, 2018.

## PRAYER FOR RELIEF

Wherefore the Plaintiff Respectfully Request that the Proposed Amended Complaint be granted by the court to include Defendant Will Seipple and WorthPoint .com/Corporation and that the violations said forth in the Proposed Complaint be reconsidered and enforced.

Annamarie Trombetta, Plaintiff

# Exhibits

EXHIBIT  1     Annamarie Trombetta Catalog from 2003 and biography text

EXHIBIT  2     Google listing under "Annamarie Trombetta" false post 2015

EXHIBIT  3     Google listing under " Artist Annamarie Trombetta" false post 2015

EXHIBIT  4     Google listing under ""*1972 Original Oil Painting Man with Red Umbrella*

*Signed by Annamarie Trombetta,*" signed *A. Trombetta,*

EXHIBIT  5     A photos of  "A. Trombetta  signed in Oil Paint and the statement

" copyrighted work licensed by  Worthpoint"

EXHIBIT  6     March 2, 2016 E-mail from Jason Packer to Will Seipple

EXHIBIT  7     January 4, 2017 Plaintiff's e-mail to Will Seipple from Plaintiff

Annamarie Trombetta requesting another permanent removal of the

fraudulent link.

Case 1:18-cv-00993-LTS-SLC   Document 33   Filed 01/17/20   Page 53 of 63

SA53



ANNAMARIE TROMBETTA

Case: 25-817, 07/17/2026, DktEntry: 80.1, Page 65 of 65

Case 1:18-cv-00993-LTS-SLC    Document 33    Filed 01/17/20    Page 54 of 63

SA54

# Annamarie Trombetta

The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge.

As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely.

I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time helped me to see the similarities as well as the differences of each quite clearly.

Upon my return I enrolled in an art history course to examine the content of art in relation to its chronological, political and historical relevance while applying to art colleges. I was accepted to Parsons School of Design located in lower Manhattan. The pulsating pace of this compressed cosmopolitan city was reflected in the school's curriculum. Although I did enjoy the challenges and experiences which expanded my capabilities, I was not satisfied with the level of my drawing and painting skills. In the mid Eighties I attended The New York Academy of Art which focused on teaching the history and traditional techniques from periods of art, such as the Italian Renaissance, the classical and neoclassical periods in France, as well as the Spanish, Dutch and Flemish masters. Here I studied cast drawing, grisaille painting, anatomy, dissected cadavers, yet most influential to me was geometry and perspective.

During this period I traveled once again to France and Italy to study with my teachers who offered summer classes in art history, drawing and painting. I remember when I was in the French countryside feeling as if I was walking into a huge painting. The views felt so familiar due to the talents of Monet, Pissarro, VanGogh, etc. In my solitude I would envision them, particularly, VanGogh, in a wheat field painting or see the circular hay stacks