# 25-817-CV

IN THE

# United States Court of Appeals

## FOR THE SECOND CIRCUIT

———————⟡———————

ANNAMARIE TROMBETTA, ARTIST,

*Plaintiff-Appellant,*

*v.*

NORB NOVOCIN, MARIE NOVOCIN,
ESTATE AUCTIONS, INC., WORTHPOINT CORPORATION,

*Defendants-Appellees,*

WILLIAM SEIPPEL, WORTHPOINT.COM,
JASON PACKER, EMPLOYEE AT WORTHPOINT CORPORATION,

*Defendants.*

———————————

*On Appeal from the United States District Court
for the Southern District of New York*

---

## SUPPLEMENTAL APPENDIX
## VOLUME 4 OF 12
## Pages SA651 to SA836

---

WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP
*Attorneys for Defendant-Appellee
WorthPoint Corporation*
150 East 42nd Street, 23rd Floor
New York, New York 10017
212-490-3000



**Table of Contents**

**Page**

## Volume 1

Proposed Amended Complaint, dated January 17, 2020,
with Exhibits .................................................................................. SA1

Plaintiff's Response in Opposition to Defendant's Motion to
Dismiss Amended Complaint, dated February 21, 2020,
with Exhibits .................................................................................. SA64

Opinion and Order of the Honorable Sarah L. Cave,
dated March 19, 2020 ..................................................................... SA112

Protective Order of the Honorable Sarah L. Cave,
so-ordered on February 16, 2022 ................................................... SA126

Order of the Honorable Sarah L. Cave,
so-ordered on December 8, 2022 ................................................... SA130

Order of the Honorable Sarah L. Cave,
so-ordered on December 20, 2022 ................................................. SA131

Memorandum by Plaintiff in Support of Motion
for Leave to File a Proposed Amended Complaint,
dated December 23, 2022 ............................................................... SA134

Proposed Second Amended Complaint,
dated December 23, 2022 ............................................................... SA216

Exhibits to Memorandum by Plaintiff in Support of Motion
for Leave to File a Proposed Amended Complaint ....................... SA237

Order of the Honorable Sarah L. Cave,
dated December 29, 2022 ............................................................... SA264

Order of the Honorable Sarah L. Cave,
dated February 2, 2023 .................................................................. SA266

**Table of Contents**
**(Continued)**

**Page**

Defendant WorthPoint Corporation's Omnibus Motion
*in Limine* Concerning Experts, dated April 10, 2023 .................... SA268

Declaration of Jana S. Farmer in Support of Defendant's
Motion *in Limine*, dated April 7, 2023 ......................................... SA270

**Volume 2**

Exhibit A to Farmer Declaration -
Documented Communications from WorthPoint's
Counsel to Plaintiff ..................................................... SA273

Exhibit B to Farmer Declaration -
Expert Affidavit of Patrick O'Leary,
sworn to December 5, 2022, with Exhibits ........................... SA298

Exhibit C to Farmer Declaration -
Expert Disclosure and Expert Report of
Joseph V. Scelsa, dated February 16, 2023,
with Exhibits ........................................................ SA327

Exhibit D to Farmer Declaration -
Transcript of Proceedings held before the
Honorable Sarah L. Cave on November 23, 2022 ................. SA390

Notice of Motion by Defendant WorthPoint Corporation
for Summary Judgment, dated April 17, 2023 ............................. SA458

Declaration of Jana S. Farmer in Support of Defendant's
Motion for Summary Judgment, dated April 17, 2023 ................. SA460

**Volume 3**

Exhibit A to Farmer Declaration -
Deposition Testimony of Annamarie Trombetta,
taken August 30, 2022 ........................................................... SA465
*(cont'd in Vol 4)*

ii

**Table of Contents**
**(Continued)**

**Page**

**Volume 5**

Exhibit B to Farmer Declaration -
Deposition Testimony of Norb Novocin,
taken September 21, 2022 ...................................................... SA837

Exhibit C to Farmer Declaration -
Redacted Deposition Testimony of Willie Chu,
taken October 7, 2022 ........................................................... SA1084

**Volume 6**

Exhibit D to Farmer Declaration -
Redacted Deposition Testimony of Vanessa Koi-Ploski,
taken October 17, 2022, with Cover Letter ........................... SA1136

Exhibit E to Farmer Declaration -
Redacted Defendant WorthPoint Corporation's
Expert Disclosure Pursuant to FRCP Rule 26(a)(2)
of Jessie Stricchiola, dated January 19, 2023,
with Report and Exhibits ....................................................... SA1237

Exhibit F to Farmer Declaration -
Redacted Declaration of Jason Packer,
dated January 19, 2023, with Exhibits ................................... SA1280

Exhibit G to Farmer Declaration -
Declaration of William H. Seippel,
dated April 17, 2023, with Exhibits ....................................... SA1303

Exhibit H to Farmer Declaration -
Expert Affidavit of Patrick O'Leary,
sworn to December 5, 2022, with Exhibits ........................... SA1349

**Volume 7**

Exhibit I to Farmer Declaration -
Deposition Testimony of Patrick O'Leary,
taken February 28, 2023 ...................................................... SA1382

iii

**Table of Contents**
**(Continued)**

**Page**

Exhibit J to Farmer Declaration -
Google Search Results, dated March 15, 2017 ...................... SA1654

Exhibit K to Farmer Declaration -
Screenshots of the WorthPoint Report .................................. SA1655

**Volume 8**

Exhibit L to Farmer Declaration -
Defendant WorthPoint's First Request for Production,
dated February 25, 2022 ......................................................... SA1661

Exhibit M to Farmer Declaration -
Plaintiff's Response to WorthPoint's First
Request for Production, dated April 22, 2022 ....................... SA1674

Exhibit N to Farmer Declaration -
WorthPoint's Post-Deposition Demands to Plaintiff,
dated October 6, 2022 ............................................................ SA1691

Exhibit O to Farmer Declaration -
Plaintiff's Response to WorthPoint's Post-Deposition
Demands, dated October 20, 2022, with Attachments .......... SA1701

Exhibit P to Farmer Declaration -
Deposition Testimony of Scott Goodwillie,
taken October 6, 2022, with Cover Letter ............................. SA1800

Rule 56.1 Statement of Material Facts by Defendant
WorthPoint, dated April 17, 2023 ................................. SA1884

Letter from Jana S. Farmer to the Honorable Sarah L. Cave,
dated May 9, 2023 ......................................................... SA1896

Exhibit A to Letter -
Email from Adam Bialek to Annamarie Trombetta,
dated January 18, 2022 ......................................................... SA1901

iv

**Table of Contents**
**(Continued)**

|  | Page |
|---|---|

Exhibit B to Letter -
WorthPoint's First Set of Interrogatories,
dated February 25, 2022 ........................................................ SA1903

Exhibit C to Letter -
Plaintiff's Third Response to WorthPoint's
Interrogatories, dated June 27, 2022 .................................... SA1916

Exhibit D to Letter -
Various Email Correspondence,
dated July 19, 2022 through August 8, 2022 ......................... SA1926

Exhibit E to Letter -
Various Email Correspondence,
dated September 9, 2022 to September 12, 2022 ................... SA1935

Exhibit F to Letter -
Email from Annamarie Trombetta to Nicole Haimson,
*et al*., dated September 15, 2022 ......................................... SA1939

Exhibit G to Letter -
Various Email Correspondence,
dated September 15, 2022 to September 28, 2022 ................. SA1940

**Volume 9**

Exhibit H to Letter -
Post-Deadline Court Submissions
Regarding Expert Disclosure Issues ...................................... SA1943

Exhibit I to Letter -
Redacted Documents Relating to Dr. Joseph Scelsa's
Opinions and Qualifications .................................................. SA1952

Exhibit J to Letter -
Redacted Expert Report of Gayle Skluzacek,
dated February 21, 2023, with Attachments .......................... SA2016

**Table of Contents**
**(Continued)**

Page

Plaintiff's Opposition Response to Defendant WorthPoint's
Motion to Preclude and Proffer Plaintiff's Expert Witnesses,
dated May 19, 2023 ........................................................................ SA2051

Defendant WorthPoint's Response to Plaintiff's (Trombetta's)
First Set of Notice to Admit for Defendants [Sic] WorthPoint
Corporation, dated April 8, 2022 ................................................. SA2069

WorthPoint' s Responses and Objections to Plaintiff's
Request for the Production of Documents and Photos,
dated April 8, 2022 ........................................................................ SA2087

Defendant Worth Point's Responses and Objections to
Plaintiff's Request for the First Set of Interrogatories for
Defendants WorthPoint Corporation, dated April 8, 2022 ........... SA2115

Defendant Worth Point Corp.'s Response to Plaintiff's
Second Request for Admissions, dated July 13, 2022 .................. SA2132

Defendant WorthPoint Corp.'s Answers to Plaintiff's
Second Set of Interrogatories for Defendant WorthPoint
Corporation, dated July 1, 2022 ................................................... SA2146

Defendant WorthPoint Corp.'s Answers to Plaintiff's
Second Request for Production of Documents,
dated July 1, 2022 ........................................................................ SA2157

Defendant WorthPoint Corp.'s Responses to Plaintiff's
Third Request for Interrogatories, dated August 15, 2022 ........... SA2167

Defendant WorthPoint Corp.'s Responses and Objections
to Plaintiff's Third Request For Production of Documents,
dated August 15, 2022 .................................................................. SA2182

Defendant WorthPoint Corp.'s Responses and Objections
to Plaintiff's Fourth Request For Production of Documents,
dated October 11, 2022 ................................................................. SA2194

**Table of Contents**
**(Continued)**

**Page**

**Volume 10**

Exhibits to Plaintiff's Opposition Response to Defendant
WorthPoint's Motion to Preclude and Proffer Plaintiff's
Expert Witnesses ............................................................ SA2208

Exhibits to Plaintiff's Opposition Response to Defendant
WorthPoint's Motion to Preclude and Proffer Plaintiff's
Expert Witnesses ............................................................ SA2241

Declaration of Jana S. Farmer in Opposition to Plaintiff's
Various Motions *in Limine* and Motions to Proffer,
dated May 30, 2023 ........................................................ SA2264

    Exhibit A to Farmer Declaration -
    First Initial Disclosure of Defendant WorthPoint
    Corporation Pursuant to FRCP 26(A)(1),
    dated February 25, 2022 ........................................... SA2267

    Exhibit B to Farmer Declaration -
    Redacted Declaration of Jason Packer,
    dated January 19, 2023, with Exhibits ................... SA2273

    Exhibit C to Farmer Declaration -
    Redacted Defendant WorthPoint Corporation's
    Expert Disclosure Pursuant to FRCP Rule 26(a)(2) of
    Jessie Stricchiola, dated January 19, 2023, with Exhibits ..... SA2296

    Exhibit D to Farmer Declaration -
    Email from Jana S. Farmer to Annamarie Trombetta,
    *et al.*, dated October 11, 2022 ............................... SA2339

Plaintiff's Response to Defendants Estate Auctions Inc. and
Norb and Marie Novocin's Motion for Summary Judgment,
dated May 30, 2023 ........................................................ SA2340

Exhibits 1-12 of Plaintiff's Response to Defendants
Estate Auctions Inc. and Norb and Marie Novocin's
Motion for Summary Judgment ................................... SA2372

vii

**Table of Contents**
**(Continued)**

**Page**

Exhibits 13-21 of Plaintiff's Response to Defendants
    Estate Auctions Inc. and Norb and Marie Novocin's
    Motion for Summary Judgment ...................................................... SA2410

Exhibits 22-35 of Plaintiff's Response to Defendants
    Estate Auctions Inc. and Norb and Marie Novocin's
    Motion for Summary Judgment ...................................................... SA2445

**Volume 11**

Exhibits 36-38 of Plaintiff's Response to Defendants
    Estate Auctions Inc. Motion for Summary Judgment .................. SA2482

Exhibit 41 of Plaintiff's Response to Defendants
    Estate Auctions Inc. and Norb and Marie Novocin's
    Motion for Summary Judgment ...................................................... SA2525

Exhibits 39-41 of Plaintiff's Response to Defendants
    Estate Auctions Inc. Motion for Summary Judgement ................ SA2547

Letter from Annamarie Trombetta to the Honorable
    Sarah L. Cave, dated June 1, 2023 ............................................... SA2582

        Exhibit 1 to Letter -
        Various Email Correspondence between Annamarie
        Trombetta and Art Appraiser Gayle Skluzacek ..................... SA2584

        Exhibit 2 to Letter -
        Various Email Correspondence between
        Annamarie Trombetta and Dr. Joseph Scelsa ........................ SA2596

        Exhibit 3 to Letter -
        Plaintiff's Communication with Defendants
        for Witnesses ......................................................................... SA2618

        Exhibit 4 to Letter -
        Problems and Delays Caused by WorthPoint Defendants ..... SA2632

**Table of Contents**
**(Continued)**

**Page**

Exhibit 5 to Letter -
Plaintiff's Illness Beginning December 7, 2022
into Late January 2023 ........................................... SA2673

Exhibit 6 to Letter -
WorthPoint Attorneys 2023 Emailing Plaintiff
Requesting Expert Witness Depositions ............................... SA2676

Exhibit 7 to Letter -
Ebay Phone Call Transcript .................................... SA2682

Exhibit 8 to Letter -
List and Number by Month February to
December 2022 Plaintiff's Problems with Defendants ......... SA2708

Plaintiff's Response to Defendant WorthPoint Corporation's
Motion for Summary Judgment, dated June 7, 2023 ................... SA2721

## Volume 12

Exhibits 1-9 to Plaintiff's Response to Defendant
WorthPoint Corporation's Motion for Summary Judgment ......... SA2759

Exhibit 10 to Plaintiff's Response to Defendant WorthPoint
Corporation's Motion for Summary Judgment ............................ SA2792

Exhibits 12-18D to Plaintiff's Response to Defendant
WorthPoint Corporation's Motion for Summary Judgment ......... SA2822

Exhibits 19A-24 to Plaintiff's Response to Defendant
WorthPoint Corporation's Motion for Summary Judgment ......... SA2857

Exhibits 25A-27 to Plaintiff's Response to Defendant
WorthPoint Corporation's Motion for Summary Judgment ......... SA2888

Exhibits 28-30D to Plaintiff's Response to Defendant
WorthPoint Corporation's Motion for Summary Judgment ......... SA2922

**Table of Contents**
**(Continued)**

**Page**

Letter from Jana S. Farmer to the Honorable Sarah L. Cave,
     dated June 8, 2023 ........................................................... SA2947

Opinion and Order of the Honorable Sarah L. Cave,
     dated June 22, 2023 ...................................................... SA2949

Order of the Honorable Laura Taylor Swain, dated July 5, 2023 ....... SA2966

x

SA651

Page 187

A. Trombetta

Was this the first time you had contacted eBay?

A.    Asked and answered.

Q.    Could not have asked this.  I just introduced this document for the first time.

Was this the first time you contacted eBay?

A.    You introduced the document that is an e-mail to eBay.  The subject of eBay and the plaintiff contacting eBay was immediate in August of 2015, immediate.  Most of it was consistent through the phone.

Q.    Do you have notes of those conversations?

A.    I have only submitted the eBay recording in December of 2015.  You are asking me if I have notes.  To my knowledge, I did not take notes.  I will tell you upon speaking to eBay sometimes for a complete hour to three or two different representatives at the end and the conclusion that I was going to be transferred to an eBay specialist the phone dropped.  This was a repetitive pattern where I contacted eBay.  I explained over and over the same story, the same

**SA652**

Page 188

A. Trombetta

questions.  How can I get this removed?  This is old data.  We only -- eBay states that they only keep sales records for two a month.  Some said 90 days.  Some said 30 days.  Some said 90 days.  Some said up to three months.  Some said up to six months.  The recording submitted to your firm dated December 2015 was with four different eBay representatives.  The last one apparently a specialist.  At the beginning of the deposition I did state that the last person I spoke to when I gave him the code from Worthpoint's website for da, da, da, eight, nine digits, it was not consistent with the eBay sales code.

Q.   All I asked is whether you kept notes of your communications with eBay.

A.   To my recollection I can't say with certainty.  I know I wrote things down.  Where they are I cannot say that I know.

Q.   Do you have any journal entries, logs, calendar entries showing when you contacted eBay?

A.   I definitely have this e-mail which is very descriptive.  Aside from that, it lists not just the 1972 Man With Red Umbrella, it also lists what it was linked to Marilyn Monroe, a photo

Page 189

A. Trombetta

vintage Michael Ochs. It also --

Q. That's not my question. I don't mean to interrupt you, but you are not answering my question and it will take a lot longer if we keep going on these tangents. I am going to try to ask very pointed questions. If you could just keep your answers pointed to that.

Can you please read back the question?

(Record read.)

A. Defendants' evidence 14 is one exhibit.

Q. Do you have any logs, journal entries, ledgers, calendar entries that shows when you contacted eBay?

A. Asked and answered.

Q. It's been asked about four times, but it has not yet been answered and it is a simple yes or no answer.

Do you have --

A. I cannot respond with certainty. I said earlier Mr. Bialek, that I wrote things down. Do I have access to where I put those eBay notes, I cannot say conclusively right here and now where they are.

Page 190

A. Trombetta

Q. Where did you get the e-mail spoof at eBay.com?

A. I got the e-mail spoof and also IP permission at eBay from speaking with one of the representatives who said this could potentially be a spoof entry and I said no, it is on the Internet. So as per eBay's suggestion that this was an undocumented false posting, I described it as a false posting because I did not do this painting.

Q. You spoke with Anita B. at some point in November of 2015; correct?

A. Not only did I speak to her, as I stated earlier during this deposition, I asked her to put in writing this, these statements.

Q. And she did put in writing to you?

A. And she did.

Q. And she told you that Worthpoint does not buy or sell anything on site; correct?

A. That is what is written.

Q. And she told you that Worthpoint buys sales records from various auction houses; is that correct?

A. What is written there is what is

**SA655**

Page 191

A. Trombetta

correct.

Q. And did she also tell you that Worthpoint compiles those various auction house and site sales records into a price guide?

A. What is written is what I understood to be information that purported to be true.

Q. And did she recommend that you try to contact eBay as they may be able to provide you with the additional information you were seeking?

A. That is correct and that is how I proceeded.

Q. And is there a reason that you waited ten days before doing that?

A. I don't know exactly when I contacted eBay. I contacted them several times. As explained earlier, depending on the level of intelligence of the person who is answering the phone call, that's how far you are going to get.

Q. So you waited ten days before putting something in writing; correct?

A. I waited ten days before putting something in writing?

Q. Ten days after you got the reply from Anita B. at Worthpoint?

**SA656**

Page 192

A. Trombetta

A.     What I did and I can say this with certainty was I called several representatives once I received this e-mail to discern and to answer why this false link was on my site, not on my site but underneath my name on the Internet.

Q.     If you can go to the next page Plaintiff 000017, see at the top there is the 1972 original oil painting Man With Red Umbrella and there is a date 12/1/202; do you see that?

A.     Sir, according to eBay I see that.

Q.     Do you understand that to be the date that this painting was sold?

A.     The only thing I understand is that this ad is false.

Q.     Would you agree that it must -- that the posting must have been on eBay prior to it being sold?

A.     I understand that eBay told me that because my phone calls to them were in the year 2015 and this sale was in the year 2012, that they consistently told me we don't have that information or that record of the sale.  Hence, my struggle to figure out who's posting this on the Internet.

**SA657**

Page 193

A. Trombetta

Q. Prior to December 1, 2012 did anyone ever mention to you that they saw this listing on eBay?

A. Prior to August 2015 no one that I know or myself saw this.

Q. So getting back to my question. Prior to December 1, 2012, did anyone ever mention that they had seen this post? It is a yes or no question.

A. Underneath my name no one had ever seen it.

Q. Between December 1, 2012 and August 13, 2015, did anyone ever tell you that they had seen this post?

A. In August of 2015 I was contacted.

Q. Between December 1, 2012 and the beginning of August 2015, did anyone ever tell you that they saw this post?

A. In answer to your question with certainty in August 2015 yes, people saw it.

Q. Prior to August 2015 had anyone seen this post? Withdrawn.

Prior to August 2015 did anyone ever mention to you that they had seen this post?

**SA658**

Page 194

A. Trombetta

A.    Repeat the question.

(Record read.)

A.    Asked and answered no.

Q.    Has anyone ever told you that they had seen this post prior to December -- sorry.

Prior to September -- withdrawn.

Has anyone ever told you that they had seen this post prior to August 1, 2015?

A.    Asked and answered.

Q.    Different question.  Listen to my question.  I had just asked you if anybody had seen it -- withdrawn.

I just asked you whether anyone mentioned that they had seen it prior to August 1, 2015.  Now I am asking has anybody ever mentioned to you that they had seen the posting prior to August 1, 2015?  It could have been yesterday that they saw it prior to August 1, 2015.

Do you see the difference?

A.    I do not.

Q.    Let me rephrase it.

I had asked you the question whether anyone had mentioned to you prior to August 1, 2015 that they had seen this post and you said no.

A. Trombetta

Now I am asking did anyone ever mention to you that they had seen this post prior to August 1, 2015 regardless of when they mentioned it to you?

A.    This situation began August 2015.  Any person, people that contacted me about this post was after August 2015.

Asked, answered before at the beginning of this deposition and presently.

MR. BIALEK:  Can you please mark this as Defendants' 15.  It is Plaintiff 000019 to 20.

(Defendants' Exhibit 15, a document Bates stamped Plaintiff 000019 to 000020, marked for identification, as of this date.)

Q.    I am showing you what has been marked as Defendants' Exhibit 15 and ask if you have ever seen this document before?

A.    I produced it and yes, I have seen it.

Q.    What is your understanding of what this is?

A.    This is -- let me reel it in.

What is your question definitively; what do you want to know?

**SA660**

Page 196

A. Trombetta

Q. What is your understanding of what this document is?

A. It is self-described item review request. In the search bar it says www.Worthpoint.com about item and in it is the 1972 original oil painting.

Q. So this is your request in 2016 to remove this item from Worthpoint; is that correct?

A. That was one of them, yeah. I was reviewing the information.

Q. And this was from January 14, 2016?

A. I believe it doesn't say January.

Q. I think that's probably a hole in that one where the 1 is. I will represent to you that item Plaintiff 000019 that you produced to us has at the top request item removal 2016-01-14 at 8.47.43 a.m.

So this was your request to remove the item; correct?

A. I am trying to again, because it is from 2016. These are printouts from the Worthpoint web page, website rather. These are pages, web pages from Worthpoint.

Are we clear?

Page 197

A. Trombetta

Q.    I will go a little slower.  If you can look at the first paragraph it says "Worthpoint is a website for collectors and consumers that provides price history and other information for all types of collectible items.  These items are not for sale by Worthpoint."

Do you see that paragraph?

A.    I see it in writing.

Q.    Is there anything unclear about that paragraph?

A.    What's unclear is that in the documented phone call the outgoing message in order to leave a message states that we buy and sell.  If you have anything to buy and sell.  So there is a contradiction.

Q.    But not in --

A.    Between --

Q.    Not in this document; correct?

A.    In this document what is said is what you read to me.

Q.    And that's clear to you, there is no ambiguity there; correct?

A.    What is ambiguous is as mentioned that the document on the web page, just one web page

Page 198

A. Trombetta

says that they don't buy anything, but the phone call, which I encourage you to listen to, says if you are interested in buying or selling a painting.

So again, the theme of contradiction and confusing information side by side is what has elongated and perpetuated this problem.

Q. But this paragraph is not ambiguous at all; correct?

A. This paragraph has statements.

Q. Which are clear?

A. They are clear. I don't know if they are true or not.

Q. In the next paragraph says "We license the data displayed in the Worthopedia from a variety of sources."

That's clear to you?

A. Variety of sources, yeah.

Q. And does it say "We are an official licensee of eBay and many of the leading auction houses."? Do you see that?

A. I saw it long before you saw it.

Q. And it is clear to you; correct, it is not ambiguous?

Page 199

A. Trombetta

A.    What is ambiguous are the contradictions.  Please go ahead.

Q.    And it says "Our agreements permit us to display all art, antiques, and collectible items with full attribution that are contained in eBay's and the respective auction house partners' product catalogs along with the price paid for such item."

Is there anything unclear about that paragraph?

A.    What's unclear is that it says full attribution.  Mine was completely incorrect.  And the fact that it displays all art and my particular 1972 -- well, not mine but correction, stricken.  The 1972 original oil painting entitled Man With Red Umbrella was even though clear as a bell, can you see clearly 12 photos written in the description?  Clearly it was written 12 photos, but in reality on Worthpoint's website there were no visual photos.  I had no idea what the painting looked like.

Q.    Do you know whether Worthpoint was required to post every single thing that was on eBay's site?

Page 200

A. Trombetta

A.    If I encourage you to listen to the phone recording with Gregory Watkins.

Q.    Have you read the license for Worthpoint to publish these listings?

A.    Have I read the license?  I have tried to comprehend it.  So in answer to your question, I have read the license.

Q.    You see the area it says item review. "If you believe the item listed on the previous page is fraudulent or otherwise inappropriate for view, please supply the information requested below."

Do you see that?

A.    I see that.

Do you see the URL?

Q.    Yeah, I was going to ask you.

Did you populate that with the URL?

A.    What do you mean populate?

Q.    Did you type in that URL?

A.    Did I type in that URL?

Q.    Yes.

A.    There is something on top.

You see that, on top http?

Q.    Yes, I do, but I am asking did you

Page 201

A. Trombetta

type in the URL to report this as fraudulent or otherwise inappropriate for view?

A.   Since this is from 2016 I cannot say with any type of certainty.  I could only speculate that I had two pages open on my computer and the page that displayed this information (indicating) Mr. Bialek in evidence Exhibit number 7.

Q.   You have to do it out loud because she can't see that and report it in the record.  You have to describe it.  That's why I am trying not to look at you so that you describe it in such a way that it gets into the transcript.

A.   Sir, I am trying to communicate with you and do so in an articulate manner so that the court reporter can duly document my statements.

So with that, the same code that is in the search window of Defendants' evidence 7 is duly entered into the URL.

Q.   And you entered it there; correct?

A.   I must have gone to the search bar, highlighted, copied it and put it into the, I believe, the URL.

Q.   But as you sit here today you don't

**SA666**

Page 202

A. Trombetta

have any strong recollection either way?

A.   As I sit here today --

Q.   You can't say it with certainty?

A.   -- seven years into the momentary transference I can't say with certainty.

Q.   Do you know whether you ever populated the box that says reason for review?

A.   I did find at a later time documents with text in it.

Q.   But not this document; correct, this January 14, 2016 item review request?

A.   Whether this is a -- this could potentially be a screenshot.  I am not sure. Yeah, we are going to gray.  I am going to gray. My memory is -- I have reached a deposition break point.

Q.   What does that mean?

A.   The point at which I need a break.

Q.   Okay.

MR. BIALEK:  Off the record.

THE VIDEOGRAPHER:  We are going off the record at 4:09.  This will end media unit five.

(Recess taken.)

**SA667**

Page 203

A. Trombetta

THE VIDEOGRAPHER: We are back on the record. The time is 4:17. This will begin media unit six.

MR. BIALEK: Can you please mark this as Defendants' Exhibit 16. It is marked as Plaintiff 000021.

(Defendants' Exhibit 16, a document Bates stamped Plaintiff 000021, marked for identification, as of this date.)

BY MR. BIALEK:

Q. Showing you what has been marked as Defendants' Exhibit 16 and ask if you have ever seen this document before?

A. Hold on one second. I have seen it. I have produced it.

Q. By the way, did you ever have any business dealings with Estate Auctions?

A. Not at all.

Q. And did you ever have any business dealings with Worthpoint?

A. Not at all. This has been duly documented in my pleadings. No prior knowledge before August 2015.

Q. And how about since August 2015, have

Page 204

A. Trombetta

you had any business dealings?

A. Unfortunately, I know about these people. No business dealings whatsoever.

Q. With either one of them?

A. The short answer with certainty is absolutely not.

Q. That's with certainty no room for error; correct?

A. If -- I don't know that you would consider signing on to Worthpoint's membership as doing business with them.

Q. Why not?

A. Because I -- well, you have to describe to me what you, what constitutes business.

Q. Well, did you ever sign up or subscribe to Worthpoint service?

A. So in answer to that then I strike my former answer of absolutely not to do business with Worthpoint and restate that in order for me to be able to successfully contact and communicate with Worthpoint, I decided to sign on to the membership in order to gain a greater access in the hope of a response which was not possible.

Page 205

A. Trombetta

Q. Is that also because you wanted to see the information as to what items sold for and that wasn't generally available on the Internet?

A. No. It was specifically to gain greater access. I already knew what the price was.

Q. How did you know what the price was?

A. I knew what the price was from another source.

Q. And what source was that?

A. The same source that is no longer here.

Q. David Penna?

A. That is correct.

Q. And in order to get the pricing information, are you aware that you need to be a subscriber to Worthpoint?

A. I know that through my source he was able to find out. Now I again, reiterate that I subscribed to Worthpoint in order to have access to potential e-mails.

Q. Did you read the terms and conditions of your subscription before hitting I agree or enter?

Page 206

A. Trombetta

A.    I can respond with uncertainty that in all probability I may have read the terms.  Since again, this was back in either, I don't have the date 2016 and today is August 30th of 2022.  That's six years.

Q.    Do you generally read these terms before agreeing to them?

A.    In general I do like to be informed.

Q.    And if I understood you correctly, without certainty you are pretty sure that you may have read the terms; is that correct?

A.    I may have read the terms.  There was something about a trial.  That I can say I remember.  Some kind of trial, free trial for I don't know how many days.

Q.    So looking at Defendants' Exhibit 16, did you send a request to the Worthpoint staff?

A.    As I stated earlier, I submitted a phone call in August of 2022 at dates precisely through January 22nd, 2016.  This e-mail Friday, January 22, 2016 is this direct response to Anita Brooks telling me to contact Worthpoint and put this in writing which I have.  Who is responsible for posting?  I am asking who is responsible for

Page 207

A. Trombetta

posting the 1972 original oil painting Man With Red Umbrella?

Q. Did you ever have Anita Brooks' direct e-mail?

A. She did not provide me with that. No, in response to your question.

Q. Was this the only way you were able to reach her?

A. If you listen to the phone recording I asked her how do you want me to write or e-mail. This is what she provided to me.

Q. Did Worthpoint ever respond to your e-mail?

A. I would have to review my evidence, but in -- I don't believe they did because there was a series of e-mails. I think the next one that I sent was January 29th after leaving messages. Again, if you listen to the phone call I recorded my own voice saying this message is for Anita.

Q. Do you have page 2 of this e-mail?

A. I only have the one.

Q. So do we. I am asking if you have page 2. This is all that you produced.

**SA672**

Page 208

A. Trombetta

A.    I have to respond to that with sir, I have produced to your number 325 documents.

RQ        MR. BIALEK:  We request a complete copy of this January 22, 2016 e-mail.

Q.    In addition, I note on the bottom there is a section that's cut off where Worthpoint was e-mailing you.  If you see on the bottom right it says on Friday January and it is Worthpoint's sup, which I presume is support?

A.    Where?

Q.    On the bottom right it says "Dear Annama, I would like to."

Do you see that?  And then the sentences are cut off on the right side on the bottom of the page.

I am just asking if we can get a complete copy of this document because it is obvious that it is cut off; okay?

A.    Well, I will say this.  This is I will check my evidence.  That's what I need to do.

Q.    Do you delete e-mails from Trombetta art at Yahoo.com?

A.    I cannot say with certainty that I have this simply as I stated earlier, that I may

Page 209

A. Trombetta

have at one point deleted.  I don't believe I did.

Q.    I think you said that you threw out some documents, but I don't think you said that you deleted e-mails.

Did you also delete e-mails?

A.    I can't say with certainty.  I know that there were some e-mails that were solicitations for me to invest in Worthpoint that I duly deleted.  After they have created all these problems they had the, what's the word, gall/chutzpah, to send me e-mails to invest in the company.

Q.    Did you invest?

A.    Sir, would you?  They purported false information.

Q.    So I will take that as a no, you didn't invest?

A.    You can take that however way you would like to interpret it.

Q.    I would like your interpretation or your answer.

I take it you didn't invest in Worthpoint; correct?  It is a yes or no question.

A.    This is one of the reasons why this

**SA674**

Page 210

A. Trombetta

case is never ending because the lack of common sense is, supersedes the antagonism.

Q.    Miss Trombetta, you made a comment and I just followed up on it.  If you don't answer it, don't answer the question.

A.    I would never invest in Worthpoint period.

MR. BIALEK:  Can we please mark as Defendants' 17 WP 000050 through 61.

(Defendants' Exhibit 17, a document Bates stamped WP 000050 through 61, marked for identification, as of this date.)

Q.    I am showing you what has been marked as Defendants' Exhibit 17 and ask if you have ever seen this document?

A.    So it is WP 50.

Q.    Through 61.

A.    Through 61.  So I have noticed that there are gaps in the numbers sequentially that Worthpoint has given to me.

Q.    In this document?

A.    Since I did not review this recently, I will assume with uncertainty that this was sent to me; was it sent in April, okay.  So I have

**SA675**

Page 211

A. Trombetta
reviewed a lot of the evidence including my own
which is 300 pages. I did say I had at one time
in my life an eidetic memory, but I am not a
computer.

So in answer to your question, I would
have to say with uncertainty that I have reviewed
this and read it fully.

Q. Can you look at the first page on the
bottom. It says "Before using or subscribing to
our websites and services, please carefully read
these terms of use."

Do you see that on the bottom of page
1?

A. I see it.

Q. And did you read these terms before
using their services?

A. The terms were updated May 2015.

Q. You subscribed in January of '16;
correct?

A. That is correct.

Q. And this was as of January 11, 2016
this printout from the wayback machine?

A. This printout, this is your printout.

Q. From the wayback machine. I will

**SA676**

Page 212

A. Trombetta

point you to the top of page 1 where it says web.archive.org/web/2016011.

A. Got it.

Q. So these were January 11, 2016, these were the terms that were up which was before your January 22nd subscription; right?

A. I don't have the exact date for the subscription. I have the exact date of January 22nd for e-mailing at Anita Brooks' suggestion the e-mail to Anita and Greg at support at worthpoint.com.

MR. BIALEK: Can you please mark this as Defendants' Exhibit 18. It is marked as plaintiff 000022.

(Defendants' Exhibit 18, a document Bates stamped Plaintiff 000022, marked for identification, as of this date.)

Q. Please look at what has been marked at Defendants' Exhibit 18.

Does that refresh your recollection? Withdrawn.

Have you ever seen that e-mail before?

A. I have produced this e-mail, this evidence rather.

**SA677**

Page 213

A. Trombetta

Q. Does that refresh your recollection as to when you subscribed to Worthpoint?

A. It says "Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this e-mail. Thank you in advance."

Q. Do you see the big blue banner right in the middle of the page that says ticket 56607?

A. "Welcome to Worthpoint, your subscription has been created."

Q. Is that also the subject line for this e-mail on the top where it says re: Welcome to Worthpoint, your subscription has been created?

A. I do. I see a different support at Worthpoint.guest-mail.com and I believe that on January 29th I used that e-mail as well as the support at Worthpoint.com to contact.

Q. Does this refresh your recollection that in January of 2016 you subscribed to Worthpoint?

A. It does. There is the actual membership form that irrefutably states when I

Page 214

A. Trombetta

subscribed.

RQ          MR. BIALEK:  We ask that you produce that because it hasn't been.

A.    I know for certain that I have.  It might say round cube on it and that is from my website e-mail Annamarie at Trombetta art.com.

Q.    Going back to Defendants' 17, if you can look at the bottom of page 1 it says "By using our website and services" continuing on page 2.

A.    Wait a minute.  Please.  I am trying to write myself a note.  I will e-mail you tonight.

Q.    Okay?

A.    The numeric plaintiff evidence.

Q.    Great.

Can you repeat my question please?  I will restate it, it's quicker.

I would like to point your attention to Defendants' Exhibit 17 and ask you to look at the bottom of the page where it says "By using our website and services" continuing on page 2 "you agree to be bound by these terms of use."

Do you see that?

A.    I see terms of use.

**SA679**

Page 215

A. Trombetta

Q. Do you see on the bottom of page 1 it says by using --

A. I agree with you sir on page, on WP 000050 terms of use. Got it. Yes.

Q. Did you agree to be bound by these terms of use?

A. I signed up for the membership. Did I agree well, if I would have stayed with Worthpoint then it would have been a resounding yes, but since I did not, it is with uncertainty that I agreed to these terms.

Q. So did you falsify your ascent when you signed up for this subscription or when you signed up for the subscription did you genuinely agree to the terms?

A. I paid $20 or 19.99 to sign up for the subscription solely to gain access to a company that kept ignoring me.

Q. Did you tell them that?

A. I informed Miss Brooks that I am trying to communicate that I did not do this painting.

Q. But you never told her you are only signing up for that and you don't agree to the

Page 216

A. Trombetta

terms; correct?

A. There was not an opportunity. You go online. You sign up for it. There is very little and/or difficulty in communicating with worthpoint.com.

Q. Do you see on page 4 there is a liability disclaimer; do you see that?

A. You are giving me the page.

Q. On the bottom. It is WP 000053.

Do you see the liability disclaimer?

A. I would have to check and see if that was on my membership. You are saying that this is from the terms of use. The terms of use is not necessarily downloaded or accessed or in a hyperlink when you sign on for the membership. In other words, if I might okay, when you sign up you are not directed to this page in particular.

Q. But without a degree of certainty I think you believe, I think you said without a degree of certainty you are pretty sure that you reviewed these terms; correct?

A. I said in general I like to be informed. If I did not say -- let me restate this.

**SA681**

Page 217

A. Trombetta

Do I recall reading this in 2016, I do not.

Q. You signed up under the Trombetta art at Yahoo.com e-mail; correct?

A. That is correct.

Q. And that's your professional e-mail?

A. That was at the time -- define profession e-mail.

Q. That's the e-mail you conduct your business through; correct?

A. In part. I had stated earlier during this deposition I had in 2015 two e-mails, one was the one and only Yahoo Trombetta art at Yahoo. The secondary one was my website. I did not sign on to Worthpoint through my website.

Is that clear?

Q. I am pretty certain that is.

A. Okay.

Q. In 2016 did you have an e-mail Annamarie at Trombetta art.com?

A. In 2016?

Q. Correct.

A. I believe I answered that earlier.

Q. Do you recall signing up to Worthpoint

Page 218

A. Trombetta

using the Annamarie at Trombetta art.com e-mail?

A. I know that I said earlier that Worthpoint sent information and e-mails to my website address and I did not sign on to the membership at any time through my website e-mail Annamarie at Trombetta art.com, no.

Q. You are certain of that?

A. I am certain, but you did send me a receipt. I have receipts. I have e-mails from Worthpoint to both e-mails when I subscribed using the Yahoo e-mail.

Q. Where do you think that Worthpoint got your Annamarie at Trombetta art.com e-mail?

A. Where do I think?

Q. Mm-hmm.

A. Give me the date and I can give you a guesstimation.

Q. January 22, 2016.

A. This was after I spoke to Anita Brooks directly?

Q. You said that you paid 1999 or there about for your subscription?

A. That is correct.

Q. Did you ever cancel the payment?

Page 219

A. Trombetta

A.    I believe I did cancel and received some kind of an e-mail.  I would have to check my records to answer that with accuracy, but I definitely cancelled it.

Q.    That was after you got the information that you wanted; right?

A.    My intention was already duly stated as to why I signed up for the membership.  That was if you need for me to reiterate it, it was to possibly break the brick wall of silence.  In other words, week after week, month after month I was simply trying to communicate to Worthpoint and their staff that I did not do this painting so that they can remove the false posting and repeatedly all forms of communication were blocked.  All forms of information were contradicted and incorrectly given to me which elongated the amount of time and precluded me in a fast effective way to remove this false listing from the Internet.

Q.    So when you first signed up you did it under false pretenses; is that correct, you didn't intend to subscribe?

A.    In truth, I stated what my objective

Page 220

A. Trombetta

was.

Q.    To yourself not to them; correct?

A.    You can't state your objectives to them.  It is a sign on.  There is no communication.

Q.    Right, but when you signed on and subscribed you indicated that you were interested in a true subscription and that you were paying for that subscription and you subsequently cancelled that subscription and that payment; is that correct?

A.    Sir, your company has purported false information.  I believe what you are trying to do is purport a false integrity that your client lacks.

Q.    I get that's what you believe, but can we --

A.    This is what I have experienced and based on my experiences it is abnormal to not be able to communicate with a company through a phone call or a e-mail and not get a response in a timely fashion.

MR. BIALEK:  I would like to mark plaintiffs 000033 as Defendants' Exhibit 19.

**SA685**

Page 221

                    A. Trombetta

                    (Defendants' Exhibit 19, a document

Bates stamped plaintiff 000033, marked for

identification, as of this date.)

        A.    Can we go off the record?

        Q.    Yes.

                    THE VIDEOGRAPHER:  We are going off

        the record at 4:48.

                    (Recess taken.)

                    THE VIDEOGRAPHER:  We are back on the

        record at 4:52.

BY MR. BIALEK:

        Q.    I would like to show you what has been

marked as Defendants' Exhibit 19 and ask if you

can recognize this document?

        A.    Wait, before I do that, I would like

to state for the record that Exhibit 17, the terms

of use, am I correct this is ten and a half of

potentially 11 pages?

        Q.    It is what it is, but there is no

question that's pending.

        A.    I counted 11 pages.

        Q.    Okay.

        A.    So I need --

        Q.    There is no question that's pending.

**SA686**

Page 222

A. Trombetta

A.    I have a question.

Q.    When I am finished you can ask yourself questions.  Right now I have a question.

A.    I need to clarify to you Mr. Bialek --

Q.    Go ahead.

A.    -- that the terms of use to my recollection is on the bottom of Worthpoint's website under terms of use.

Q.    Is that with complete clarity that you remember it or --

A.    I do remember seeing that there was a separate terms of use.  Now I will check my records and see if the terms of use that you have given me in WP 000050 to 61 was e-mailed to me upon my membership.

Q.    So sitting here you have no certainty as to whether or not you had received that or not?

A.    As stated, I will check the membership to see if this 11-page document is included in my membership that I paid for in January of 2016.

MR. BIALEK:  We will leave a space in the transcript and you can indicate whether it was included or not included.

INSERT: _____

Page 223

A. Trombetta

_____

Q.    Now I would like you to look at Defendants' Exhibit 19 which is plaintiff 000033 and ask if you have ever seen this document?

A.    I have seen it and I actually believe that on, in February 20th I included this in my e-mail to Will Seippel.

Q.    Was this a printout?

A.    From the computer the search, Google search had 1972 original oil painting and I printed it out.

RQ         MR. BIALEK:  And we would request a complete copy as it looks like the side was cut off.

A.    If the side was cut off, it is not from my end.  It might be from yours.

Q.    Okay.

Do you see how many results return from that entry?

A.    Where specifically are you requesting me to look?

Q.    Under the entry it says "All shopping images, video" and under that it says "seven results per 41 seconds."

Page 224

A. Trombetta

Do you see that?

A.    I see in a very faded -- I would have to take your word on that.  7.  The next word is seconds and what else does it say?

Q.    That's it.

But you said that this is a complete document, there is no second page; right, and on this page there are seven results; am I correct?

A.    One, two, three, four, five, six, seven.  On this page it says number one, page one Italian American Museum which is my show in 2017.

Number two, this is from Worthpoint that was it has my name and the 1972 original oil painting even though it says Marilyn Monroe there is a hyperlink to the 1972 painting.

The next one is Thomas Kinkade Everett's Cottage.  Also, there is my name which means that the 1972 painting on the Worthpoint web page was connected to two other postings on the Worthpoint website.

Underneath that is Annamarie Trombetta and I will pull your attention to you visited this site.

Q.    Many times; right, you visited this

**SA689**

Page 225

A. Trombetta

page many times?

A. The Marilyn Monroe on the bottom says you visited this page last on 2/17/2016.

Do you see that?

Q. I do see that.

What does that mean to you?

A. That means that on February 17, 2016 I clipped on to Worthpoint with two sites and that is Marilyn Monroe with the vintage photo of by Michael Ochs and then I clicked on to the 1972 original oil painting Man With Red Umbrella and the date for that again, is February 17, 2016.

Q. And on February 17, 2016 you don't see the entry for the 1972 original oil painting Man With Red Umbrella; do you?

A. I do.

Q. Where?

A. Because it is in the search right here (indicating).

Q. No. That's what you type in.

A. That's what I typed in. This is what came up.

Q. Right.

A. And underneath, let me state this

**SA690**

Page 226

A. Trombetta

again. I visited the Worthpoint website with these two items --

Q. I will get to that in a second.

A. -- on February 17, 2016.

Q. I will get to that in a second.

But you didn't have a return for the 1972 original oil painting Man With Red Umbrella when you searched for it on February 17; correct?

A. It was linked to Marilyn Monroe. There is a return.

Q. Did you click on that on the 17th?

A. I just stated that on February 17th I clicked on to the Michael Ochs link.

Q. And you can say that with certainty?

A. With certainty I scrolled down and saw the link to the 1972 oil painting.

Q. Did you click on that link?

A. I did indeed.

Q. What happened when you clicked on that link?

A. I saw and printed out on the 17th the e-mail listing and I included it.

Q. What e-mail listing?

A. I am sorry. I misspoke.

Page 227

A. Trombetta

The 1972 web page for Man With Red Umbrella was not only visible, I printed it out.

Q. And you can say that with absolute certainty?

A. I can say that with absolute certainty.

Q. No room for error?

A. No room for error because I included it in my e-mail to Will Seippel dated February 20, 2016.

Q. You included to Will Seippel that actual link; is that what you are saying or I mean that return?

A. Worthpoint has produced your e-mail from me to Will Seippel with three colored attachments. This is one of the attachments. The other attachment is the ad, the eBay ad for the 1972 original oil.

Q. Did you attach that as an attachment or did you just cut and paste it into the e-mail?

A. The e-mail to Will Seippel on February 20th has three attachments. Those attachments were this document that is now evidence Defendants' evidence 19. That's one of the

Page 228

A. Trombetta

documents.

Q. And you can say that with certainty?

A. If you go to Worthpoint's evidence not the plaintiff's, you will see there is a color -- I believe the date is February 20th.

Q. Is that the e-mail from Mr. Seippel you claim you never received? Is that February 20 e-mail from Mr. Seippel, is that the one you are claiming you never saw?

A. No. I am just pausing so that you see the three documents in color. That's your evidence. I can't remember the number. It is WP.

Q. Are you saying that Worthpoint sent you attachments?

A. No. I am saying that I sent an e-mail to Will Seippel and these three attachments that you are currently looking at and pointing to are my attachments within the February 20, 2016 e-mail from the plaintiff to Will Seippel.

Q. And you are saying that those were printed out on February 20, 2016; is that what you are saying?

A. One of them was printed out on February 17, 2016 and --

**SA693**

Page 229

A. Trombetta

Q. How do you know that?

A. Because the date is in the upper -- I did it.

Q. Do you have copies of what you printed on the 17th?

A. This is one of the copies of the attachment.

Q. That's the results of the search that do not include a specific entry for the 1972 original oil painting Man With Red Umbrella.

What I am asking is: Do you have a contemporaneously printed out page showing the 1972 original oil painting Man With Red Umbrella listing?

A. One of those attachments is the printout from the Worthpoint web page for the 1972 Man With Red Umbrella ad. The first one.

Q. The Italian American Museum?

A. Sir, next to Jana is a book.

Q. Correct.

A. One, two, three. Those visuals, the first one is the ad.

Q. That's what you supplied to them; correct?

Page 230

A. Trombetta

A.    I have been consistently telling you that within my February 20th e-mail to Will Seippel from the plaintiff there were three attachments.  Those three attachments are visually seen in Jana's notebook.  The first attachment is the web page.

The second attachment is a closeup of the signature A Trombetta.

The third attachment is this document here Plaintiff 000033.

RQ        MR. BIALEK:  Can you please send us the electronic version of the e-mail from February 20, 2016 where you allegedly sent to Mr. Seippel the three attachments.

A.    Sir, you produced that evidence.

Q.    I understand.  I am asking for the electronic version so that it can be blown up so we can see the date that it was actually printed.

A.    This date in the upper right-hand corner is the date when it was printed February 17, 2016.  Let me please explain.  On February 17, 2016 I printed this out.  On February 20the, three days later, I either scanned it or it was on my desktop and I dropped and dragged it into.

Page 231

A. Trombetta

Q.    So that's what I am looking for.  The one from February 17 because as of your Google search it no longer appears on the Internet and it is my understanding that Mr. Seippel or Mr. Packard told you that the listing had been removed on February 4, 2016; is that correct?

A.    That is not correct and in fact, Mr. Seippel's declaration page 2.  I think you would have to get it within -- you would have to get the visual to document that in number two he states very clearly that he removed it on February 4th, okay.

And the next declaration statement Mr. Seippel is saying that -- Mr. Seippel responded to my February 20, 2016 e-mail on or around March. It is in his declaration.  The e-mails and his declaration say two contradictory things.  So let me repeat.  The e-mails from Worthpoint, documents, certain correspondence.  Yet Mr. Seippel's 2020 declaration has two statements with two dates purporting that he immediately removed on February 4th.  You have it.  Thank you Jana. And in the next statement he wrote that I received Miss Trombetta's e-mail on the 20th and I

Page 232

A. Trombetta

responded in March.

Again, we have the ever present theme of contradiction that has permeated my life for seven years.

Q. I think you are misunderstanding.

A. I am not misunderstanding. If you would allow me to see the declaration.

Q. That's fine. The declaration speaks for itself.

A. It does.

MR. BIALEK: Can you please mark as Defendants' Exhibit 20 plaintiff 000178.

(Defendants' Exhibit 20, a document Bates stamped plaintiff 000178, marked for identification, as of this date.)

Q. Can you please look at plaintiff 000178 and I ask if this is familiar to you?

A. What it is step by step I am going to explain this.

Q. Okay.

A. This is the second e-mail from Worthpoint to my website e-mail address that I did not, emphasis on not N-O-T, not K-N-O-T but yet there is a knot that I need to untangle time and

**SA697**

Page 233

A. Trombetta

time again. This is the second e-mail that states I signed up on January 22nd for the Worthpoint website. "I would like to congratulate you, yadda, yadda, yadda. If you should have any questions contact our personable Atlanta based customer support team via e-mail. Support at Worthpoint.com. Now I would have to check the times. Hold on.

Q. Okay.

A. This is a duplicate e-mail to my website e-mail that I did not, not, not ever give to Worthpoint.

Q. So Worthpoint just made this up that you subscribed?

A. Somehow Worthpoint looked up and on -- let's go to Exhibit number 2, plaintiff's contact page is Plaintiff 000127. Right there on my contact page on the left-hand side Annamarie at Trombetta art.com. Above that is I can be reached by phone at 212-427-5990.

Q. Are you claiming that Worthpoint fraudulently created a subscription for you that you already said that you created?

A. I need to speak without interruption.

**SA698**

Page 234

A. Trombetta

This is my request in response to your answer. On January 22, 2016 through my Trombetta art at Yahoo.com account, I signed on to the membership for Worthpoint for 19.99 and received a confirmation e-mail. Unbeknownst to me at a later date printed out on June 11, 2020 at 7:36 I printed out this membership from another e-mail address related to my website.

Q. Where did you print this from?

A. I believe I printed this from my --

Q. From your e-mail?

A. From my website e-mail.

Q. Right, but it was from yours; correct? It wasn't from the Internet, it was from your e-mail.

A. It was an e-mail that was sent to me by Worthpoint that I was unaware of until I printed it and found it on June 17, 2020.

Q. June 11?

A. I am sorry, I can't.

Q. It's okay.

A. June 11, 2020, yes.

Q. Just so we are clear, this document was printed from your e-mail on June 11, 2020; is

**SA699**

Page 235

A. Trombetta

that correct?

A.    That is correct.

Q.    That's not when this document was created; am I correct?

A.    Unbeknownst to me it was sent and I never saw it because I didn't expect to find it.

Q.    But this was actually sent on January 22, 2016; correct?

A.    That is correct.

Q.    But when it was printed out the legend at the top of the page on the top right says June 11, 2020; right?

A.    That is when it was printed out.

Q.    Do you remember earlier in our deposition you had said that the date that was on the upper right-hand corner of documents indicated the date that you printed it off the Internet; do you remember that?

A.    The document you are referring to I believe is Plaintiff 000033.  Now as I tried to point out to you, I said and noted under Marilyn Monroe.

Q.    That's actually not the document I am referring to.  If you want to look at the document

Page 236

A. Trombetta

I am referring to it is Defendants' Exhibit 8.  It is plaintiff 000069.  It is this one (indicating).

A.    So this was printed out from 1972 original oil painting Man With Red Umbrella on May 17, May 7, 2017.  That is not an e-mail.

Q.    That's the same print type as what we see in this Defendants' Exhibit 20; am I correct?

A.    You are alluding to incorrect information.

Q.    That's not the same print type; it is not the same font?

A.    What are you talking --

Q.    On the upper right-hand corner of Defendants' Exhibit 8 and on the upper right-hand corner of Defendants' Exhibit 20.

A.    20.  Wait I seem to have misplaced 20.

Q.    It is the round cube.

A.    I said I just misplaced it.

This is from a saved e-mail.

Q.    Right.

It is from a saved e-mail that was printed on June 11, 2020 and it has the same font, date and time stamp type; correct?

A.    Sir, you are making something out of

Page 237

A. Trombetta

nothing. The dates are the same font on both the 2/17/2016 and the 6/11/2020 and also let's see if we can find another one.

Q. Sure. You can go to Defendants' Exhibit 6. That's another one.

A. Let's go to -- yeah. That has a different date on it.

Q. Right, but that's the same type of nomenclature; right, the month, the day, the year, the time and then either a.m. or p.m.; correct?

A. I understand your objective is to conclude that the same printer printed out all these documents. This document, this one in particular is from a saved e-mail and it was printed out, okay. The other documents and I say this with utmost distinction, were from the Internet. This is from my saved e-mail.

Q. So your Trombetta art.com has the same format as when you print it out from the Internet?

A. No, sir. The computer is the consistent source of the font.

Q. So when the computer prints something out it date and time stamps when it prints it out?

A. If you print out an e-mail, do you get

**SA702**

Page 238

A. Trombetta

a date and time on your e-mails?

Q. I do.

A. Okay. Then we are in agreement on that one.

Q. But it is different than this.

A. What --

Q. If you look at Defendants' Exhibit 20 the date of this e-mail is January 22, 2016.

Do you see that?

A. It says right next to it "Web mail. Welcome to Worthpoint. Your subscription has been created."

Q. But we would actually like the --

A. That font --

Q. Go ahead.

A. You are bringing up the subject of the font. That font is different than the numeric font.

Q. Right.

A. And what I am trying to communicate as clearly as I can is that the font for the numbers on various documents is consistent. What is different is the date.

Q. Okay.

Page 239

A. Trombetta

RQ        MR. BIALEK:  We would like a cleaner copy of this without the corner folded down please.  That's plaintiff 000178.

A.    If I have the round tree in existence I will look and mark it down.

If it is printed out today, what date is going to be on the upper right-hand corner.

Q.    I am curious to see.  I would like to see that.  That would be nice.

A.    Because it is a saved e-mail, if it is printed out I will find out which computer it was printed out from either the one in my apartment or the one upstairs.

RQ        MR. BIALEK:  And if you could also print out Defendants' Exhibit 6 and Defendants' 8 I would be curious to see if those documents from your computer generate today's date as well.

A.    So what do you want?

Q.    Defendants' 6, Defendants' 8 and Defendants' 20.

A.    6.

Q.    8 and 20.

A.    8 and 20.

Page 240

A. Trombetta

MR. BIALEK:  Can you please mark this as Defendants' 21 which is Plaintiff 179 through 190.

(Defendants' Exhibit 21, a document Bates stamped Plaintiff 000179 through 000190, marked for identification, as of this date.)

Q.    Do you claim that you sustained any physical damages as a result of this incident as part of your lawsuit?

A.    Due to the stress right now I never get headaches.  I have on the side of my head a headache.  Never get headaches.  Never take medication whether it is prescribed or not.  I just don't take medication.

Q.    Who is Altman Physical Therapy?

A.    That is my spine specialist.

Q.    And what were you seeing your spine specialist for in 2015?

A.    Due to the injuries sustained and the stress endured from this false listing and the inability for weeks on end, months on end to remove this false posting, stress aggravated, weakened parts of my body.

Page 241

A. Trombetta

Q. Are you claiming in this lawsuit physical damages as a result of this incident?

A. I have to get back to you on that. If it is possible yes, because what is true and clear and evident in my time spent in physical therapy yes, I was out of physical therapy for an extended period of time doing my solo exhibitions. Creating work. Trying to advance my professional career and out of nowhere I have this problem which should have been solved very simply and yet it wasn't.

Q. You are going to have to let us know whether or not you are making a claim because if you are we need to set up a physical examination. We need to review all of your prior medical records from all of your treating providers and we would demand authorizations to obtain the records from them.

A. And we will have to present that to the judge.

Q. That's fine.

A. I have in discovery demanded metadata and data from information that was on your website and did not receive it.

Page 242

A. Trombetta

Can you tell me why?

Q.    I think we have already answered that question several times that it is not available. I think we put that in a representation to the court twice in the last two calendar days, two business days.  So I hope that makes it clear.

Can you please mark --

A.    What is available are these dates.  I provided with you evidence.

Q.    You need to let us know whether you are making that claim.

MR. BIALEK:  Can you please mark plaintiff 000195 as Defendants' 22.

(Defendants' Exhibit 22, a document Bates stamped plaintiff 000195, marked for identification, as of this date.)

Q.    I am showing you what has been marked as Defendants' Exhibit 22 and ask if you recognize this document?

A.    I have produced this?

Q.    Yes, you have.

A.    Yes.  No, I am saying conclusively I have produced this.

Q.    Do you see the date and time in the

**SA707**

Page 243

A. Trombetta

upper right-hand corner?

A.    I do.

Q.    That's a date it was printed out of your computer; correct?

A.    Again, this is an e-mail, a saved e-mail.

Q.    And date of the actual e-mail was July 3, 2014; correct?

A.    That is correct.

Q.    Why were you getting a reputation.com package in July of 2014?

A.    As stated, I was in the works of having a new website and looking at marketing tools to expand my audience.  This is a firm for that.

Q.    Do you know what reputation.com does?

A.    It puts your best foot forward. Meaning those items that you want in, on the first page or second page or third page.  Whatever your credentials are it tries to maximize your goals and credentials.

Q.    So you weren't having a problem with someone attacking your reputation then in 2014?

A.    There was an Internet link that also

Page 244

A. Trombetta

purported false information from The Daily News.

Q.     What kind of false information did it purport?

A.     It stated that I never sold more than $11,000 of artwork and that was in reference to the year of the ferry crash in 2003.  Without the reference to the ferry crash and the year 2003 it is an ambiguous statement and it conveys that I never made more than $11,000 for my artwork which is not true.

Q.     So you made more than $11,000 per year prior to 2010?

A.     That's confidential personal.  I object to that question.  That's the first time I have used my objection card.

Q.     So you are refusing not to answer that question; correct?

A.     I am stating that The Daily News purported false information.

Q.     Did you sue The Daily News?

A.     I wasn't even aware of the article until --

Q.     Well, you must have been aware --

A.     -- sometime later.

Page 245

A. Trombetta

Q.    Well, you were aware in 2014 when you got the reputation.com package; correct?

A.    No.  I wasn't aware in 20 --

Q.    I thought you just said that one of the reasons you got the package was this --

A.    This was in relation --

Q.    Sorry.  You got to let me --

A.    We are talking over one another again.

Q.    I thought one of the reasons you said you got the reputation.com package was because there was false information on the Internet related to The Daily News article?

A.    That's a little misconstrued.  I initially stated that the reputation.com people, I didn't employ them.  I just sought out information to see do they have a mailing list?  Do they contact people regarding who you are, your website?  Do they send information about you with your latest and greatest exhibitions?  I was preparing for my 2015 shows.  Some companies, as I am sure you are well aware, have mailing lists that they can expand your audience.  This is one of them.  Also, what they offer is a way of perfecting and championing your best links.

Page 246

A. Trombetta

Q. You said The Daily News article was inaccurate with respect to the money that you made per year?

A. It was inaccurate in stating that I had quote unquote brain damage. What I had was a severe concussion, as I clearly stated in the beginning of the deposition.

Q. Did you claim severe brain damage in the context of the lawsuit in which you were given a very, very hefty settlement?

A. Given the fact that the basis of one of my claims was memory and I did have lawyers, brain damage I assure you was not the characterization of my claim. I had a concussion, as I explained earlier, which diminished my memory. Again, we are ending the day the same, on the same subject which we began.

Q. You were awarded $813,480 in that lawsuit; correct?

A. Is that what it says?

Q. Yes.

A. Okay.

Q. Is that accurate?

A. To the best of my recollection, I

**SA711**

Page 247

                    A. Trombetta

believe that is true.  As an attorney you know how

settlements are -- well, no --

Q.    Was that a settlement?

A.    No.  We went to trial.

Q.    You went to trial on that case?

A.    The city insisted.

Q.    Did you settle it afterwards?

A.    After what?

Q.    After the verdict came in.

A.    Sir, the judge rendered a verdict.
You should know that.

Q.    After the judge rendered the verdict,
did you subsequently settle with The Daily News?
Sorry.  Did you subsequently settle your Staten
Island Ferry crash case?

A.    Sir, your question is ambiguous.  It
is not relative to the case.

Q.    You got an award?

A.    Nevertheless, I will entertain what it
is that you are trying to get across.

       What is it that you are trying to ask
me.

Q.    You were given an award?

A.    Period.

Page 248

A. Trombetta

Q.    Did they appeal?

A.    Who is they?

Q.    The defendants.

A.    The defendants, the New York City?

Q.    Yeah, the City of New York.

A.    They did not.  In fact, they quoted something like we hope this helps her or something.

Q.    And did you get that money as a result of damages for your back, arm, neck and shoulder?

A.    Do you know specifically what happened to me?

Q.    I don't.

A.    I object to answering that and I don't want to digress from this particular problem.  It was very severe and there are long standing consequences.

Q.    Did you claim that you sustained brain damage in that case?

A.    I just said that I don't want to discuss this because it is not relative.  I already explained that I have memory issues from the concussion.

Q.    Right, but you just said before that

**SA713**

Page 249

A. Trombetta

you didn't have brain damage and that was what was false in --

A.    The characterization of brain damage versus a concussion, you are asking me to define things when this is an old article and the very fact that I have repeatedly stated memory issues, I cannot say with any type of certainty what occurred.  How it was characterized.  I had attorneys.

Q.    But you are the one who testified; correct?

A.    The testimony I don't recall verbatim. It happened in 2010.  Again, that's 12 years ago. Again, I claimed memory problems and still incur them.

Sir, you are exhausting me to the point where I am going to need a break.

Q.    Okay, let's take a break.

THE VIDEOGRAPHER:  This will end media unit six.  Going off the record at 5:38.

(Recess taken.)

THE VIDEOGRAPHER:  We are back on the record.  The time is 5:46.  This will begin media unit seven.

Page 250

A. Trombetta

EXAMINATION BY

MS. FARMER:

Q.    I am Jana Farmer from Wilson Elser,
Mr. Bialek's partner also representing Worthpoint.
I will take over the questioning.

Lynne, would you please mark this as
Defendants' Exhibit 23.

(Defendants' Exhibit 23, Plaintiff's
Responses For the Production of Documents
and Photos and Interrogatories From
Defendants Worthpoint Corporation, marked
for identification, as of this date.)

MR. BIALEK:  Off the record.

THE VIDEOGRAPHER:  Going off the
record at 5:47.

(Pause.)

THE VIDEOGRAPHER:  Back on the record
at 5:47.

BY MS. FARMER:

Q.    Miss Trombetta, I am showing you what
has been marked as Defendants' Exhibit 23 of
today's date.

Are you familiar with the document?

Page 251

A. Trombetta

A.    First and foremost I recognize it, but upon resuming from break I wanted to state --

Q.    Miss Trombetta, thank you, but could you please --

A.    Exhibit 22.  Yes, I acknowledge Exhibit 23.  I need to state for the record a relevant point to this case which is this company as well as myself in 2014 was very much aware of what links were underneath my name Annamarie Trombetta as well as Annamarie Trombetta.  I did not find in 2014 any eBay Worthpoint link under my name in the year 2014.  As duly stated several times during the course of this deposition, it was in August 2015 that I found a sale for a painting dated in the year 2012.

Q.    Are you finished?

A.    I am indeed finished.

Q.    I just wanted to make certain.

I am now showing you again what has been marked as Defendants' Exhibit 23 and I'm asking you if you recognize that document?

A.    Plaintiff's response for production of documents and interrogatories from Worthpoint, yes.

**SA716**

Page 252

A. Trombetta

Q.    And it says responses to Rule 37?

A.    June 8, 2022.  So yes, this is in relationship to Rule 37.

Q.    May I just take a look at the document you were handed?

A.    The last page says June (handing).

Q.    Thank you (handing).

Miss Trombetta, could you please go to the section titled Plaintiff's Third Response to Interrogatory Number 3?  Unfortunately, the pages are not numbered, but it should be fifth page is where the section starts.

Do you see plaintiff's third response to interrogatory number 3?

A.    Let me clarify with you documents and communications that plaintiff submitted to the US Copyright Office, is that what you are asking me about?

Q.    No.  I am asking you about the page called Plaintiff's Third Response to Interrogatory Number 3.

A.    On the fifth page number 3 states "Documents and communications that Plaintiff submitted to the US Copyright Office."  Number 3,

Page 253

A. Trombetta

my response.

MS. FARMER:  Off the record.

THE VIDEOGRAPHER:  Going off the record at 5:52.

(Pause.)

THE VIDEOGRAPHER:  Back on the record at 5:54.

BY MS. FARMER:

Q.    Miss Trombetta, again this document doesn't have page numbers.  If I ask you to refer to the timeline in the interrogatory section, are you able to do that?  It looks like it is response to interrogatory number 4 and it is seven pages long.

A.    Identify the date when Plaintiff first viewed?

Q.    Yes, that's the one.  Now if you go two more pages forward with the page that starts with "I requested an immediate removal on 2/3/16."

Do you see that?

A.    Yes.

Q.    In general looking at this page, does this look like a timeline that you composed of the various communications you had with Worthpoint?

Page 254

A. Trombetta

A.    In general, yes.

Q.    Let me refer you now to numbers 10 and 11.

Do you see how number 10 starts with the date March 8, 2016?

A.    Yes.

Q.    And then number 11 starts with a date on January 4, 2017?

A.    Yes.

Q.    Miss Trombetta, my question to you is: Have you done anything to look for that listing on Worthpoint's website that we are talking about today between these two dates?

A.    Repeat your question.

Q.    Sure.

Between these two dates March 8, 2016 and January 4, 2017, have you done anything to check if the listing on Worthpoint's website that you had concerns about was or was not still on the website?

A.    In and around 2016 I believe it was October or November I found the link again underneath my name.  For the first time ever in January of 2017 I contacted Marie Novocin by phone

**SA719**

Page 255

A. Trombetta

simply because from January 2016 to March 2016 I went through great lengths and communicated consistently with Worthpoint to have this link and this 1972 oil painting that had, still has my name on it removed from the Internet. When it resurfaced the only rock that I did not lift up and look under was a direct communication to Estate Auctions Inc. and in search of an answer as to why this Internet posting was back on the Internet after several forms of communication by phone, by e-mail with Worthpoint failed to successfully have this 1972 link removed, I contacted Estate Auctions Inc. directly.

Q. I would like to follow up on something you just said.

A. Okay.

Q. You used the phrase back on the Internet and you also said, used the phrase failed to have the link removed.

So I wanted to clarify, which one is it?

A. Well, you are asking me a direct question and within this whole set of circumstances I was not the one who was in power

Page 256

A. Trombetta

to simply have this Internet link removed.  So in answer that substantiates my first statement is I don't know why this was so difficult.  I don't know who was adding this link to the Internet and I don't know how and here it is 2020 and again, after requesting information and not receiving it, the question still remained inconclusive.

Q.    Miss Trombetta, I appreciate all of that, but are you saying the question still remains inconclusive whether or not the listing remained on the Internet or whether or not it was reposted; is that what you are saying is inconclusive?

A.    I believe the same Internet link was reposted on Worthpoint's website.

Q.    Why do you believe that?

A.    Because within a string -- because I saw it.  Because I activated the link and saw it.

Number two, I did find within a string of e-mails that was sent to me by Will Seippel one from Jason Packer dated March 3rd in which Mr. Packer is asking Mr. Seippel should I put in for a temporary Google removal request and the answer from Mr. Seippel was yes.  In evidence, in the

**SA721**

Page 257

A. Trombetta

plaintiff's evidence from one to 0001, 00016, from 1 to 16 in a simplified digit format. Google, information pages on how to permanently remove something from the Internet permanently. There is an intricate amount of steps that one needs to take in order to remove a link permanently. What was duly documented in the e-mail that was either intentionally or inadvertently sent to me dated March 3, 2016 between Jason Packer and Will Seippel was clearly defined as a temporary removal Google request.

Q. So the temporarily removal that you are just referring to, that was from Google; correct?

A. No.

Q. Didn't you just say it was temporary removal Google request?

A. The information from Jason Packer was to ask Will Seippel if he Jason Packer should invoke or set the steps in motion for a temporary Google removal request.

So to clarify the question, you said distinctly is it from Google. Technically it is from Jason Packer and it is to Google. There is

Page 258

A. Trombetta

two parties that even though my name is at stake, my reputation is at stake, these two unknown parties are responsible for the removal and since the word temporary was clearly documented finding it again one -- I could only assume that the temporary removal was in part why it came back on to the Internet.

Q.    Again, Miss Trombetta, the temporary removal request Mr. Packer was planning to submit to Google; right?

A.    I would assume from reading that e-mail.  I cannot say with certainty what happened after that point.

Q.    That's fair.

A.    Thank you.

Q.    Then you were referring earlier to William Seippel's declaration where he said that he caused Worthpoint's listing to be permanently removed from Worthpoint?

A.    That's what he is declaring and he is also declaring that this happened on February 4, 2016 which beckons the question why on March 3rd, which is almost a month to the day, was Jason Packer asking Will Seippel to temporarily put in a

Page 259

A. Trombetta

temporary removal request for this link.

Q.    Miss Trombetta, to your knowledge, Worthpoint.com and Google.com, are they different websites?

A.    To my knowledge, they are different.

Q.    So when Mr. Packer was planning to submit a temporary removal request to Google, what he was doing was essentially asking operator of a different website to do something about their website; right?

A.    Google is a search engine.  It is not a website.

Q.    Fine.

Was Mr. Packer asking Google to do something about their search engine?

A.    One would assume so based on what was contained within the e-mail.  It is a assumption that this actually even happened but since I have nothing but the e-mail to go on, I don't know.

Q.    So the question then is:  Do you know whether or not the posting was actually reposted via Google as opposed to Worthpoint?

A.    Google is a search engine.  So in order for anything to appear on Google it would

Page 260

A. Trombetta

have to be posted on Worthpoint's website.

Q. Or on somebody's website; correct, not just Worthpoint?

A. It was on Worthpoint's website.

Q. Before, it was on Worthpoint's website before?

A. In the Fall of 2016 and 2017 it was on Worthpoint's website.

Q. So it was you are saying on Worthpoint's website in 2016 and you are saying in 2017 you found something else again.

How do you know that it was a different listing?

A. A different listing?

Q. Yes. A reposted. That's why I am saying a different listing.

A. It contained the information of the 1972 oil painting Man With Red Umbrella that had my name associated with it and was coming up underneath my name again.

Q. Why do you think it was not, for example, the same listing or a Google cache listing?

A. So I have since February 2022 looked

A. Trombetta

into what a Google cache is.  A Google cache is a saved version.  It usually, if it came up on my computer to tell you the specifics in general and I can't say with certainty, but the cache is usually something from your computer.  I happen to have used the business center computer to look up certain information and there it was.

So it is my affirmation that the 1972 listing was reposted either through the error or the incompetency on the part of Worthpoint but clearly in order for it to surface on Google search it had to have been on Worthpoint's website.  Now again, I explained I contacted Mr. and Mrs. Novocin regarding the sale.

Q.    You did say that and I apologize but you are losing me as where do you find that the listing was reposted?  You can see the listing, but how do you know it is a different listing as opposed to the same old ones you were seeing before?

A.    You are asking me a detailed question at the end of a very long day.  I am sorry.  I can't answer with any type of certainty.

Q.    So is it fair to say that as you sit

**SA726**

Page 262

A. Trombetta

here today you are not certain if it was that the listing was not removed or if it was reposted; is that fair?

A. It is fair to say that in April, May, June I did not see the Worthpoint listing and several months later I saw the listing underneath my name.

Q. The dates that we were looking at earlier is between March 8, 2016 and January 4, 2017.

Between these dates, did you see the Worthpoint listing on the Internet anywhere, the whole entire Worthpoint listing?

A. I believe I asked and answered.

Q. You mentioned October. You mentioned a Google search. I am asking you about the Worthpoint listing. Google and Worthpoint we said is a different website.

A. That's correct and I believe that we tried, I tried to establish that the listing was on Worthpoint's website again. Now if you know anything about websites you can instantaneously put something up and instantaneously take something down.

Page 263

A. Trombetta

Q.    Thank you.

But between March 2016 and October 2016 in those intervening months, did you keep checking for the listing on Worthpoint's website every month between March and October?  That's seven months.

A.    I did not check Worthpoint.  I checked my name.  When I saw that it came up under my name that's when I went to Worthpoint.  That's when I went to Norb and Marie Novocin in January because I thought this whole thing is resurfacing and why and how and who do I -- who and what do I have to do.

Q.    So I got you that you were not looking at Worthpoint's website, but you were checking Google listings under your name; yes?

A.    I was Googling my name.

Q.    Understood.

A.    And seeing my recent accomplishes as well.

Q.    So is it fair to say that between March 2016 and October 2016 you don't know what was happening with Worthpoint's website because you were looking under your name not under

Page 264

A. Trombetta

Worthpoint's website?

A.      To my recollection, I can't say for certain.

Q.      Thank you.

MS. FARMER:  Could we please mark this as Defendants' 24.

(Defendants' Exhibit 24, a document Bates stamped Plaintiff 000226, marked for identification, as of this date.)

Q.      Miss Trombetta, do you recognize this document marked as Defendants' 24?  And that's Bates stamped Plaintiff 000226.

A.      000226 yes.

Q.      Was this one of your unsubscribed, one of the unsubscribed responses that you received from Worthpoint?

A.      This is what I received after I unsubscribed from Worthpoint's newsletter. Whatever e-mail I received I unsubscribed to it.

Q.      Does it say which one of your e-mail addresses is unsubscribed; was it your G-mail, your Yahoo or which one?

A.      It does not.

Q.      Did you receive this document by

Page 265

A. Trombetta

e-mail?

A.    Did I receive this document by e-mail?

Q.    Yes.

A.    When you go to the unsubscribed and you fill out the form, this is the end result.

Q.    So did you print it out from a website or did you receive it by e-mail?

A.    I received an e-mail.  I believe I received an e-mail and then responded to that and then printed this out.

Q.    So that was my question.  This document, was it generated -- the way that it was delivered to you, was it sent to you by e-mail or did you see this page on the website once you completed the unsubscribe request?

A.    I am going to have to ask you to say that again because it is a long day.

Q.    Sure.

When you unsubscribe you said you went to the website and filled out the information?

A.    I received an e-mail from Worthpoint. When I responded and when I unsubscribe may not be on or around the exact day.  In other words, I wasn't looking to open up e-mails from Worthpoint,

Page 266

A. Trombetta

but I did make it a point to unsubscribe so that I did not have to receive e-mails from Worthpoint.

Q.     When you went to do the action to unsubscribe, did you fill out the form on the website?

A.     When you receive an e-mail, many e-mails from any company you scroll down and it asks you do you want to unsubscribe.  When you click on that it brings you to a page.  This is unsubscribe successful.

Q.     So this is a printout of a page then; correct?

A.     This is a printout of Worthpoint unsubscribe successful.  It is confirming.

Q.     Miss Trombetta, is this a page or is it an e-mail?  What is this?

A.     It is a Worthpoint confirmation that I have unsubscribed from Worthpoint's e-mail list.

Q.     Do you understand my question?  How did you --

A.     I understand your question and I have answered it.  If you want to rephrase it please do.

Q.     Was this document showed to you on

Page 267

A. Trombetta

your computer screen as part of the browser?

A.      As part of the browser?

Q.      Yes.

Did you see it in your browser?

A.      When you go online you need a browser.

Q.      Right.  So you saw this online not in your inbox, you saw it on the page; correct?

A.      Ma'am, you are misconstruing and you are creating a circular maze as opposed to point A to point B.  Point A, I received an e-mail from Worthpoint.

Point B, I scrolled down to the bottom of the e-mail and clicked on to the unsubscribe hyperlink.

Point three or C, I checked off that I wanted to unsubscribe.  The origin is Worthpoint's e-mail.  The secondary page to unsubscribe was duly clicked on.  This is the result.  This is the third page from the Worthpoint e-mail that was sent to me.

Is that duly clarified?

Q.      In the top right-hand corner, do you see where it says 3/15/17 at 9:54?

A.      That is when this unsubscribed was

Page 268

A. Trombetta

printed out.

Q.     Did you unsubscribe on that same day?

A.     I cannot tell you with any type of certainty.

Q.     Did you receive that document on your computer somewhere?

A.     I printed it out instantaneously when I received this.  I just printed it out, put it in a box because what -- I am sorry.  Go ahead.

Q.     How long did it take you to unsubscribe?

A.     I unsubscribed several different times to Worthpoint's e-mails.

Q.     Did this document that is in front of you, did it have more than one page?

A.     I just explained the answer to that. It went from the e-mail to the --

Q.     I am not asking you about the e-mail. This very document that you got once you filled out the information.

A.     I can't say with certainty.  I cannot answer this.  This is from 2017.

RQ          MS. FARMER:  We will ask you to please check your records and see if the originals

Page 269

A. Trombetta

that you saved have more than one page.

Could you please mark this as Defendants' Exhibit 25.

(Defendants' Exhibit 25, a document Bates stamped Plaintiff 000062A, marked for identification, as of this date.)

Q. Miss Trombetta, I am showing you what has been marked as Defendants' Exhibit 25 of today's date bearing the Bates stamp Plaintiff 000062A.

Do you see that?

A. 3/15/17 yes, I see it.

Q. Do you recognize this document?

A. I recognize this document.

Q. Is there a page number at the bottom?

A. One of two pages.

Q. Do you know where page two of this document is?

A. I do not with certainty know where page 2 is simply because I printed out the page that contained the 1972 oil painting.

RQ          MS. FARMER: We would call for you to check your records and see if you can locate page 2 of this listing.

Page 270

A. Trombetta

A.    You can request that, but I am almost positive that page 2 I did not print out.  What I -- my objective was to see these other links with my name and to document that.

Q.    Did you click on the Google search results for the 1972 original oil painting link that day?

A.    I cannot answer that with certainty.

Q.    What computer did you use to perform this Google search?

A.    I cannot respond with certainty whether it was my personal computer or upstairs in the business center.

Q.    When you print out documents from your computer upstairs or from the computer in the business center, does the printer date format look exactly the same?

A.    I would have to check that from this point forward.  It is almost as if I didn't know this law firm existed in this building until today.

Do you understand my example?

RQ          MS. FARMER:  Would you please check and let us know if the printer signature

**SA735**

Page 271

A. Trombetta

where the dates appear is the same.

Q. Have you used the computer in the business center previously in order to search for the 1972 original oil painting? And by previously I mean before the date of this document was printed.

A. That question is difficult to answer as it is a business center with three different computers. I know that they have switched out computers. So you are asking me is it the same computer basically and I can't say with any type of certainty because it is a common use.

Q. Remember how in some previous Google results we saw the notation that you have visited this page multiple times or a number of times.

Do you recall that?

A. I do recall that.

Q. And do you see on this document whether or not there is indication of whether or not you have visited that site before for 1972 original oil painting?

A. If it exists you are going to have to point it out.

Q. I don't see it so --

Page 272

A. Trombetta

A.    I don't see it.  I do see missing 1972 painting from Annamarie Trombetta artist interviewed by June Middleton.  I see it missing 1972 oil Red Umbrella from Painting Central on video.  So at one point one might assume that this was linked to the -- my credentials were linked or my name was linked.  There was some kind of link.

Q.    So I understand that that is your assumption.

Do you see the date and time that this document was printed?

A.    It is the same date as the unsubscribed which supports what I said in the deposition earlier today, which was even though I unsubscribed from the e-mails, it is those e-mails that prompted from Worthpoint that I had unsubscribed from that kept being sent to me that prompted me at times to look on the Internet.

Q.    Miss Trombetta, once again the time on that?

A.    I can't see.  3:15.  It is the same.

Q.    3/15 is the date; right?

A.    Right.

Q.    What is the time?

**SA737**

Page 273

A. Trombetta

A. I am trying to see where the unsubscribed one is.

So this means that there were two pages open at the same time. So I immediately when I found the listing unsubscribed and printed both things out.

Q. So that's your explanation of how you unsubscribed the same minute that you printed the Google search results?

A. Yes.

Q. Fair enough.

A. It is not uncommon to have two or three pages open at the same time.

MR. BIALEK: Would you please mark this as Defendants' 26.

(Defendants' Exhibit 26, a document Bates stamped 000062B, marked for identification, as of this date.)

A. Whose evidence is this?

Q. Do you see the Bates stamp 000062B? Miss Trombetta, do you recognize this document that's marked as Defendants' Exhibit 26 of today's date?

A. 26 of today's date?

Page 274

A. Trombetta

Q.    Yes, and it has the Bates stamp of 000062B.

A.    What is your question?

Q.    Do you recognize this document?

A.    I recognize the document.  I produced the document.

Q.    What do you know this document to be?

A.    It is well, this is confirmation.  One of the pages I must have gone to.  Again, this is from 2017.  So I am guesstimating to an answer. These links that are on this page corollate to this page.  I am not being very clear.  I can only guesstimate that I clicked on the links and on this day had Windows open and printed everything at the same time.

Q.    So you are guesstimating.  Thank you.
        For Defendants' 26, the document that you saw online, did it have more than one page?

A.    I am trying to compose a sentence with extreme fatigue.  So these links handmade Mexican folk art, the Titanic, the Kinkade.  All these links are linked together.

Q.    And you are referring now to --

A.    Exhibit 25.

Page 275

A. Trombetta

Q.   And Exhibit 25 is the Google search results; right?  So there's multiple search results on that page; correct?

A.   There are three with Worthpoint and the rest of them are mine.

Q.   So you just mentioned that there are three links to Worthpoint.

Which one of these links corresponds to Defendants' 26?

A.   I can't say with certainty.  I would assume -- I can't say with certainty.  I would assume that I went to the 1972 oil painting and what is supposed to be here are images.

Q.   On Defendants' 26 is your biography anywhere on that page?

A.   My name is associated with this.  On this document number 26 it says and it is cut off and very light no image, this I can read no image.  So these are the links.  There is no images.  My name is there.  My name is on document 25, 26.

Q.   Miss Trombetta, I just asked you if your biography appears anywhere on Defendants' 26?

A.   On page 26, no.  It doesn't even have imagery.  It just has the listings from the

Page 276

A. Trombetta

Worthpoint website.

Q.    And you just mentioned that Defendants' 26 appears to be cut off.

Do you have any other pages for this document that you printed on that day?

A.    To my recollection, I don't believe so.

Q.    So you just --

A.    Again, you are talking about a two-year span with this one particular situation which technically should have been clarified and resolved within days because when you have a website you immediately upload or take down.  It is not a difficult task.  What was difficult was communicating with Worthpoint.  What has been difficult in communicating with Worthpoint at the infancy of this elongated problem is now being mirrored in litigation.  It's constant questioning.  It's constant delays.  It's constant requests of me to do things when it was your responsibility -- it was Worthpoint's staff and responsibility to resolve this issue upon communicating.  The fact that it was so difficult to communicate with Worthpoint is the crux of one

Page 277

A. Trombetta

part of the reason for this.

The other part is that my name is associated falsely with this company period and it should not be to this extent.

Q. So to answer my question, this page does not reveal the subject listing with your biography?

A. This page indicated my name. At this point two years in it should not be indicating my name.

Q. What led you to search for more items from eBay on Worthpoint's website?

A. Define more items and the time frame.

Q. We are looking at the document.

A. You are referring to this document?

Q. Yes. We are still talking about Defendants' 26.

A. So then you need to direct your question to -- I don't need to do your job for you.

What do you want to know from me?

Q. Why you are searching for more items from eBay on Worthpoint's website?

A. I didn't search for more items. I can

Page 278

A. Trombetta

only guesstimate that I must have clicked on to 172. 1972 original oil painting and in going to that page scrolling down were all these links.

Q. And did you see the original 1972 oil painting?

A. I cannot say with certainty on this particular day with this particular website. Again, it has been a very long day. You are asking me perhaps something that you should have asked me in the beginning of the day.

Q. And Miss Trombetta, it looks like you also printed this document in the same minutes as Defendants' 24 and 25; is that right?

A. I have a propensity to particularly on the one computer, upright computer in the business center to open up the same page -- different pages on the same computer and that computer is linked to one printer.

Q. And a very fast one apparently.

A. Yes.

MS. FARMER: Would you please mark this as Defendants' 27.

(Defendants' Exhibit 27, a document Bates stamped 283, marked for

Page 279

A. Trombetta

identification, as of this date.)

Q.   Miss Trombetta, do you recognize this document?

A.   I recognize this document.

Q.   Did you search GoDaddy for Worthpoint's who is records?

A.   Yes.

Q.   Is this the result that you received after searching for Worthpoint's who is records?

A.   Yes.  To expand upon this, if you look at the Google link it does say, it instructs -- the plaintiff's evidence Google 0001 to number 16, those 16 pages of evidence relate to Google.  On one of those pages it recommends what to do to contact Worthpoint's website, so I went to who is at Worthpoint.

Q.   Was this a page that you printed off of the Internet?

A.   It is.

Q.   Why is there no detailed time on top of the page?

A.   I can't say with certainty why there isn't a time.

Q.   Are you able to change a setting on

Page 280

A. Trombetta

your printer whether or not a date is printed?

A.   I don't know how on my personal printer.

Q.   What about the business center printer?

A.   I don't know how on the business center.

MR. BIALEK:  Could you please mark this as Defendants' Exhibit 28.  That's Plaintiff 288.

(Defendants' Exhibit 28, a document Bates stamped Plaintiff 288, marked for identification, as of this date.)

Q.   Miss Trombetta, showing you what was marked as Defendants' Exhibit 28 of today's date. It also bears the Bates stamp of Plaintiff 288.

Do you see that?

A.   288, I see that.

Q.   Do you recognize this document?

A.   Yes.

Q.   Did you do a search of the US Copyright Office page for the name Trombetta, Annamarie?

A.   This is a very old document.

Page 281

A. Trombetta

Q. Just a yes or no question.

Did you do a search for your name on copyright office?

A. I did.

Q. And is this a printout of the results that you got?

A. It is.

Q. Again, this document does not have a date and time as far as when you printed it?

A. I don't see one.

Q. Do you know why that is?

A. Web voyage titles, it is on the upper left-hand corner. I can't say with any type of certainty.

MS. FARMER: Could you please mark this as Defendants' 29.

(Defendants' Exhibit 29, a document Bates stamped Plaintiff 000314, marked for identification, as of this date.)

Q. It is Plaintiff 000314.

Miss Trombetta, I am showing you what has been marked as Defendants' 29 of today's date.

Do you recognize this document?

A. Yes.

Page 282

A. Trombetta

Q.    What is it?

A.    It is the photos by Michael Ochs for the Marilyn Monroe that is in the listing with my other links.  Somehow this photo and the 1972 ad were on the Worthpoint website linked together.

Q.    When you printed this document -- actually let me back up.

Did you print out this document?

A.    I must have printed it out.

Q.    Do you see how on the bottom it says page 1 of 5?

A.    I do.

Q.    Did you ever print out pages 2, 3, 4 and 5 of 5?

A.    To my knowledge, I am not sure, but if you look at the bottom it says http Worthpoint Marilyn Monroe 1982 and it gives the code for it.  So this again, the listings seen in --

Q.    I am not asking about that.

A.    Wait a minute.  The listings seen in evidence 25.  You have 1972 oil painting Man With Red Umbrella signed and then you see my name in small print on the bottom.  Right underneath that is Marilyn Monroe.

Page 283

A. Trombetta

Also, you see the Red Umbrella.  So in answer to your question, this is a printout from either the link directly to Marilyn Monroe or linked to 1972 Man With Red Umbrella.

Q.   And you are currently pointing out which document?

A.   I am referring to document 25.  The point that needs to be highlighted in a neon sign is that these two links on the Internet, Marilyn Monroe and 1972, were somehow linked together on the Worthpoint web page, website.

Q.   Miss Trombetta, Defendants' 25 again, has which dates printed?

A.   Defendants' 25 has what?

Q.   What date does that indicate in the upper right-hand corner?

A.   It's the March 15, 2017.

Q.   And this document Defendants' 29 that you also printed, does this document have a date in the corner?

A.   This document is a smaller version.

In answer to your question no, but it is also quite faded as well.  Some of these documents are faded.

Page 284

A. Trombetta

Q.    Do you have a better copy of the document, of this document Plaintiff 314?

A.    I can't tell you right now.  I have this in front of me (indicating).

RQ          MS. FARMER:  We would ask you to please check if you have a better quality copy of this document as well as if you have the rest of the pages because it does say page 1 of 5 and we don't seem to have the rest of the pages.

A.    Mm-hmm.

MS. FARMER:  Would you please mark this as 30, Plaintiff 000161 and 162.

(Defendants' Exhibit 30, a document Bates stamped Plaintiff 000161 and 000162, marked for identification, as of this date.)

Q.    Miss Trombetta, does this document represent some of the pages of another listing that you say was linked to that Worthpoint 1972 Man With Red Umbrella listing?

A.    I printed something out that potentially was connected to the 1972.  I can't give you a date.

Q.    This document is missing a date also;

Page 285

A. Trombetta

yes?

A.    That is correct.

Q.    And do you know why that is?

A.    I would assume this is from my home printer, but again, I already stated I am not sure whether the printer upstairs prints the dates or they're my personal printer.

Q.    So you are going to check on that, yes?

A.    As duly stated.

Q.    Miss Trombetta, as part of your interrogatory responses to Worthpoint, you have disclosed a number of witnesses and I would like to follow up with you about some of these names.

Miss Eileen Guggenheim, is she a fact witness or an expert witness in your case?

A.    Miss Guggenheim furnished a letter and informed me that since the dates have been changed and the trial is unknown, she does not want to commit to being a witness.

Q.    So are you removing her from the list of witnesses?

A.    That is correct.

Q.    Mr. Caropreso, Daniel Caropreso?

**SA750**

Page 286

A. Trombetta

A.    I have not been able to get in direct contact with him to date.

Q.    That was not my question.

My question is:  Is he a fact witness or is he expert witness in your case?

A.    I believe he might be a fact witness if indeed he is still available because of the shift in the time frame.  Once again, let me -- I am getting fatigued, so my sentences are less fluid than earlier in the day.

That said, him in particular he has been away and I have been unable to contact him.

Q.    Why did you put him on the list of witnesses?  Do you think he knows something about this case that we are talking about?

A.    I would rather not answer that at this particular time.  I need to also clarify if he wants to be involved first.

Q.    Miss Trombetta, unfortunately we are up against the court's schedule.  So we need to subpoena the witnesses for deposition.  So we don't have the luxury of not knowing --

A.    I have not been able to get --

Q.    Please go ahead.

**SA751**

Page 287

A. Trombetta

A.    I just gave you the status on Miss Guggenheim.

Q.    I was asking you about Mr. Caropreso.

A.    And I have asked and answered.

Q.    Are you striking Mr. Caropreso from your witness list?

A.    I might if I continue not to get a response from him.  I believe he has been on holiday.  Maybe he is catching up.  I don't know. Literally, I have not heard from him.

Q.    We will be serving him with a subpoena so once you do get in touch with him just let him know.

Miss Trombetta, when you applied for copyright registration for your website, you submitted a package of documents to the corporate office; correct?

A.    It was done through the Internet.  The form actually is online.

Q.    And did you print out for your records a copy of everything that you submitted to the copyright office?

A.    I did not.  And quite frankly, I found -- I contacted them to find out how I would be

Page 288

A. Trombetta

able to get copies and I was told I had to literally go down to Washington to first confirm those documents that I sent. But the form is online.

Q. But you did not keep a copy of the form you filled out; correct?

A. I was instructed with a representative to compress pages. I eventually found those compressed pages and submitted them in document number 2. These are all my compressed pages from my website. You see how small they are.

Q. Document number -- Defendants' 2 represents all of the materials that you submitted to the US Copyright Office?

A. It should be all of them.

Q. Are you sure?

A. There are nine pages. It is all the pages from my website. What the forms are I don't know. Again, it is an online submission.

Q. But because you didn't keep a copy you can't say with certainty that this is everything; correct?

A. I can tell you with certainty that I have filled out online forms and upon submitting

Page 289

A. Trombetta

sometimes you have the opportunity to print everything out, but this it was not the case.

Q.    A few minutes ago you said the representative advised you to compress the forms.

Was it the representative of the copyright office?

A.    Yes.

Q.    Did you submit the forms yourself or through the representative?

A.    There is a help center because the compression of the format for the page is not common knowledge.  It has to be formatted in a specified way.  Ergo in order to fill out the copyright form, it requires you to contact the copyright office.

Q.    Miss Trombetta, as a result of this conduct of Worthpoint that you are complaining of in this litigation, was your earning capacity reduced?

A.    I have submitted evidence via a letter from a potential purchaser via her aunt.  She was interested in a painting and the sale did not go through.

Q.    Are you referring to the potential

Page 290

                    A. Trombetta

sale of the $8,500 Wisteria painting to the aunt

of Susan Goldstein; correct?

          A.    I am indeed.  That's one example.

Since the Internet is a personal search, I would

call it maybe -- you can't quantify the damage in

a bean counter way simply because the Internet is

seen globally and since this was on and underneath

my name for an extended period of time

repetitiously, I might add, meaning on there not

on there, throughout the course of two years, the

impact and the magnitude of the damage is

difficult to crystalize.  I have tried to.

          Q.    But other than the sale of Wisteria

painting, you can't point to any other specific

loss?

          A.    I have another incident where my

friend was trying to connect me to his associates.

He has done this for other people and --

          Q.    Is that Mr. Goodwilly?

          A.    That's correct.

          Q.    And he was trying to connect you with

J. Cacciola Gallery and Tazza Gallery; is that

correct?

          A.    Right.

Page 291

A. Trombetta

Q.     Are you aware that both galleries are currently out of business?

A.     I am now.  Mind you, I did not -- I don't know that I frequented these galleries.  He has his own connections.  I have my own connection.

Q.     Did you ever speak to the gallerists directly at these two galleries?

A.     I did not.  However, I will to clarify the point, in 2002 or 2003 Mr. Goodwilly recommended my work to a curator.  Upon his recommendation I sent images of my work to the Arnot, A-R-N-O-T, Art Museum and again, upon Mr. Goodwilly's recommendation the curator reviewed my work and I was included in a major group exhibition.

So it is not uncommon practice in the arts to recommend people for things.

Q.     Miss Trombetta, were you able to sell any artworks after 2016?

A.     After 2016 there was a significant decrease in my sales.

Q.     I am not asking you that.

I am asking did you sell any artworks

Page 292

A. Trombetta

after 2017?

A.    After 2017?

Q.    I am misspoke.  After 2016.

A.    I would have to check my records to see what exactly was sold, but it was significantly decreased from 2014 and 2015.

RQ          MS. FARMER:  Yes.  We would please ask you to check the records and we would call for the production of your records of art sales subsequent to 2016.

A.    I have to check my evidence to see if I actually -- I think I did.

Q.    Yes, you have produced and I am able to show you if you would like to see now your records of art sales from 2014, 2015 and 2016.

I am asking you after 2016, did you sell any art?

A.    I have to check my records.

Q.    So my earlier request for the production stands then; okay?

A.    And I said I produced 2014, '15 and '16.

Q.    So we are looking for 2017, 2018, 2019, 2020.

**SA757**

Page 293

A. Trombetta

A.    And I duly remember stating that I want to keep this relative to the initial time frame.

Q.    So if you do that that means that you are not claiming any losses from the other years because if you are not giving us that information we can't check.

A.    And I keep consistently saying I am fatigued.

What time is it please?

Q.    I think it is just about 7 o'clock.

A.    Okay.

Q.    If you would just answer my question then I think we can wrap it up today.

A.    Please refresh my memory.

MS. FARMER:  Would you mind reading it back please?

(Record read.)

A.    I am going to have to do my homework as I have said in the past.  I will state this: There are three claims and there are monetary awards for the violation of those three claims.

Q.    You mean the statutory damages?

A.    Statutory damages.

**SA758**

Page 294

A. Trombetta

Q.    So that means you are not claiming actual damages, you are only claiming statutory damages in this case?

A.    I have to check on that, but I have a lot of information at my fingertips that I have to double check.

RQ          MS. FARMER:  We would please ask you to check and let us know as soon as possible please, and Mr. Duff has just one question.

RQ          MR. BIALEK:  I have one statement before we pass the floor.  Again, this is Adam Bialek.  One just final statement.  We remain waiting for plaintiff to provide a confirmation as to whether or not she is seeking medical damages.  To the extent that she is, we are requesting copies of medical reports from the doctors.  We are requesting access to the medical records from the physicians and treating healthcare providers and we reserve our right to question the witness about any medical, physical damages if such claim is being made.

Thank you.

EXAMINATION BY

Page 295

A. Trombetta

MR. DUFF:

Q.    This is Anderson Duff.  I am representing Defendants Norb and Marie Novocin and Estate Auctions.

You have submitted recording of a phone conversation between you and Norb Novocin. Have you ever talked to Marie Novocin on the phone?

A.    I stated today that I spoke to Marie Novocin on January 10, 2017.

Q.    Do you have a recording of that phone call?

A.    I did not.

Q.    Thank you.  That's it.  Oh, I am sorry.

How did you get the -- you submitted some e-mails in filings with the court as well as in your production that are from Marie --

MS. FARMER:  Do you want to mark it?

MR. DUFF:  Let's mark it, yeah.

MS. FARMER:  Defendants' 31.

MR. DUFF:  31.

(Defendants' Exhibit 31, a document Bates stamped EAI 000023, marked for

Page 296

A. Trombetta

identification, as of this date.)

Q.    Miss Trombetta, do you recognize that document?

A.    Yes.  It is your EAI 23.

Q.    What's the content of the document?

A.    Ms. Novocin is answering back an e-mail from Terry Mizner.

Q.    Do you remember including this document in filings with the court?

A.    I believe I may have, but I would have to check the court documents.

Q.    How did you get this e-mail thread?

A.    I believe Terry Mizner gave it to me.

Q.    Did she print it out and give it to you?

A.    I believe so.

Q.    Is there a header or footer with a date on it?

A.    A header or footer with the date on it?

Q.    Stating when it was printed, if it was.

A.    It is not on here.  I can't answer that.

Page 297

A. Trombetta

Q.   And it wasn't forwarded to you by Terry Mizner?

A.   It was not forwarded.

Q.   And do you have Terry Mizner's contact info where we could reach her?

A.   I don't have it at the moment.

Q.   Could you acquire it?  Do you have it at home?

A.   I stated earlier she is in a family crisis.

Q.   I am sorry to hear that, but can you produce her --

A.   I can't say with certainty.

Q.   Could you get ahold of her right now if you needed to?

A.   I can't say with certainty.

Q.   How did you get ahold of her before?

A.   This is from 2017.

Q.   That's not what I asked.

How did you get ahold of Terry Mizner before?

A.   In what regard?

Q.   How did you correspond, how did you get in touch with Terry Mizner?

Page 298

A. Trombetta

A.    I received this.  She gave it to me. I was painting in the park.

Q.    Is that the only time that you have ever met Terry Mizner?  When you were painting in the park, is that the only time you met Terry Mizner?

A.    Your question is?

Q.    It is a yes or no question.

Yes or no?

A.    Yes.

Q.    Yes, you have?

A.    I have seen Terry Mizner.  That's how I met Terry Mizner in the park.

Q.    Have you seen her in person since then?

A.    It has been a while.

Q.    How long has it been?

A.    I can't say with any type of certainty.

Q.    Have you seen her in the past year?

A.    No.

Q.    Have you talked to her in the past year?

A.    I don't believe I have, no.

Page 299

A. Trombetta

Q. How do you know she has a family emergency right now?

A. It's been an ongoing issue. I can't remember exactly when she told me this. Possibly it was I think during the pandemic.

Q. Do you have Terry Mizner's phone number?

A. I don't know. I can't answer that.

Q. Can you find out if you have Terry Mizner's phone number?

A. I will do an inquiry.

Q. And where will you look to see if you have that phone number?

A. I will do an inquiry.

Q. What will that inquiry entail?

A. I am done.

RQ        MR. BIALEK: We would call for
        production of --

A. You can call. You can go to the court. You can call whatever you want. I am fatigued. It is after 7. The negotiation was 7 o'clock. It is way past 7.

RQ        MR. BIALEK: Let me finish please.
        We call for production of the contact

**SA764**

Page 300

A. Trombetta

information for Terry Mizner.  We can leave
a space in the transcript, but we would like
her phone number, address and current e-mail
if she has.  Thank you.

INSERT: _____

_____

THE VIDEOGRAPHER:  This will end media
unit seven and conclude the deposition of
Annamarie Trombetta.  We are going off the
record at 7:13 8/30/22.

(Time Noted:  7:13 p.m.)


_____

ANNAMARIE TROMBETTA


Subscribed and sworn to before me

this _____ day of _____, 2022.


_____

(Notary Public)      My Commission Expires:

Page 301

C E R T I F I C A T E.

STATE OF NEW YORK      )

                                        : ss.

COUNTY OF NEW YORK    )

I, LYNNE D. METZ, a Shorthand Reporter and a Notary Public within and for the State of New York, do hereby certify that the foregoing deposition of ANNAMARIE TROMBETTA was taken before me on the 30th day of August, 2022;

That the said witness was duly sworn before the commencement of her testimony; that the said testimony was taken stenographically by me and then transcribed.

I further certify that I am not related by blood or marriage to any of the parties to this action or interested directly or indirectly in the matter in controversy; nor am I in the employ of any of the counsel in this action.

IN WITNESS WHEREOF, I have hereunto set my hand this 12th day of September, 2022.

LYNNE D. METZ

Page 302

August 30, 2022

                                    I N D E X

WITNESS                    EXAMINATION BY          PAGE

ANNAMARIE TROMBETTA    MR. BIALEK              6

                       MS. FARMER              250

                       MR. DUFF                294


  ---------- INFORMATION REQUESTS ----------

DIRECTIONS (DI):       None

INSERT:                222, 300

RULINGS (RL):          None

REQUESTS (RQ):         99, 100, 156, 179, 208, 213,

                       223, 230, 238, 239, 268, 269,

                       270, 284, 292, 294, 299

CERTIFIED (CE):        None

MOTIONS (MO):          12, 144, 146, 147, 148


                  E X H I B I T S


 Defendants' Exhibits                      For ID

 Exhibit 1, Notice of Deposition of        4

 Plaintiff Annamarie Trombetta

 Exhibit 2, a document Bates stamped       63

Page 303

Plaintiff 119 to Plaintiff 127

Exhibit 3, invoice for Flat Black          78
Freelance Editing

Exhibit 4, a letter Bates stamped          79
Plaintiff 000228

Exhibit 5, a document Bates stamped        83
Plaintiff's 000294 through 296

Exhibit 6, a document titled Exhibit E2    85
and also marked confidential Plaintiff
000087

Exhibit 7, a printout from the             86
Worthpoint.com page regarding the 1972
original oil painting Man with Red
Umbrella signed Annamarie Trombetta YQZ
Bates stamped Plaintiff 000144

Exhibit 8, a document Bates stamped        86
Plaintiff 000069 and 000070 that
appears to have come or been printed
off the Worthpoint site

Exhibit 9, a document Bates stamped        87
confidential Plaintiff 000087

Exhibit 10, Declaration of Norb Novocin
in Support of Defendant's Motion For an

Page 304

Order Requiring Plaintiff to Post a
Bond


Exhibit 11, a printout from Ask Art on     168
the wayback machine from August 20,
2010

Exhibit 12, a document Bates stamped       183
Plaintiff 000001 through 000003

Exhibit 13, a document Bates stamped       184
Plaintiff 000005

Exhibit 14, a three-page document Bates    186
stamped Plaintiff 000016 through
000018A

Exhibit 15, a document Bates stamped       195
Plaintiff 000019 to 000020

Exhibit 16, a document Bates stamped       203
Plaintiff 000021

Exhibit 17, a document Bates stamped WP    210
000050 through 61

Exhibit 18, a document Bates stamped       212
Plaintiff 000022

Exhibit 19, a document Bates stamped       221
plaintiff 000033

**SA769**

Page 305

Exhibit 20, a document Bates stamped     232
plaintiff 000178

Exhibit 21, a document Bates stamped     240
Plaintiff 000179 through 000190

Exhibit 22, a document Bates stamped     242
plaintiff 000195

Exhibit 23, Plaintiff's Responses For    250
the Production of Documents and Photos
and Interrogatories From Defendants
Worthpoint Corporation

Exhibit 24, a document Bates stamped     264
Plaintiff 000226

Exhibit 25, a document Bates stamped     269
Plaintiff 000062A

Exhibit 26, a document Bates stamped     273
000062B

Exhibit 27, a document Bates stamped     278
283

Exhibit 28, a document Bates stamped     280
Plaintiff 288

Exhibit 29, a document Bates stamped     281
Plaintiff 000314

Exhibit 30, a document Bates stamped     284
Plaintiff 000161 and 000162

**SA770**

Page 306

Exhibit 31, a document Bates stamped        295

EAI 000023

(Exhibits retained by the court reporter.)

**SA771**

Page 307

**ERRATA SHEET**
**VERITEXT/NEW YORK REPORTING, LLC**

CASE NAME: Trombetta, Anna Marie v. Norb Novocin, Marine Novocin, Estate Auctions, Inc., Et Al
DATE OF DEPOSITION: 8/30/2022
WITNESSES' NAME: Annamarie Trombetta

| PAGE | LINE (S) | CHANGE | REASON |
|------|----------|--------|--------|
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |

_____
Annamarie Trombetta

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _____ DAY OF _____, 20___.


_____        _____
(NOTARY PUBLIC)              MY COMMISSION EXPIRES:

**[& - 12th]**

**&**

**&** 1:20 2:13

**0**

**000001** 183:13 183:16 304:10

**000003** 183:14 183:17 304:10

**000005** 184:24 185:4 304:12

**000016** 186:6,10 304:14

**000017** 192:8

**000018a** 186:7 186:10 304:15

**000019** 195:12 195:15 196:16 304:17

**000020** 195:15 304:17

**000021** 203:7,9 304:19

**000022** 212:15 212:17 304:23

**000023** 295:25 306:3

**000033** 220:25 221:3 223:4 230:11 235:21 304:25

**000050** 210:10 210:12 215:5 222:15 304:21

**000053** 216:10

**000062a** 269:6 269:11 305:15

**000062b** 273:18 273:21 274:3

305:17

**000069** 86:13,18 155:15,18 161:22 236:3 303:18

**000070** 86:14,18 155:16,18 303:18

**000087** 85:17,22 86:25 87:5 112:16 165:4,7 165:19 303:11 303:22

**0001** 257:2 279:13

**000121** 71:8

**000122** 71:25 72:21

**000123** 65:2

**000124** 63:21 107:17,21,25

**000127** 233:18

**000144** 86:2,10 114:6 303:16

**00016** 257:2

**000161** 284:14 284:16 305:25

**000162** 284:16 305:25

**000178** 232:13 232:15,18 239:4 305:3

**000179** 240:6 305:5

**000190** 240:7 305:5

**000195** 242:14 242:16 305:7

**000226** 264:9,13 264:14 305:13

**000228** 79:16 303:6

**000294** 83:19,23 303:8

**000314** 281:19 281:21 305:23

**00038** 149:23

**00039** 149:23

**00040** 149:24

**00124** 75:24

**00993** 1:4

**1**

**1** 4:3,5 8:10 9:11 9:13,17 29:18,19 93:22 94:16 100:2 106:12,20 107:5,10 131:15 141:9 156:11,19 164:10 165:5 193:2,8,13,17 194:9,15,18,19 194:24 195:4 196:15 211:14 212:2 214:9 215:2 257:3 282:12 284:10 302:23

**10** 95:15 124:21 125:12,16,22 131:11 138:13 138:22 149:9 151:3,16 154:2 254:3,5 295:11 303:24

**10/30/15** 95:16

**100** 302:14

**10017** 2:17

**10128** 10:10

**10:22** 44:24

**10:32** 45:4

**10:56** 61:6

**10th** 150:17

**11** 168:13,16,24 211:22 212:5 221:19,22 222:20 234:7,20 234:23,25 235:13 236:23 254:4,8 304:6

**11,000** 244:6,10 244:12

**11101** 2:9

**119** 63:7,10 303:2

**11:14** 61:9

**11:18** 157:18

**11:57** 85:11

**12** 104:20 116:13 183:2,11,12,21 185:14 199:18 199:19 249:14 302:18 304:9

**12/1/2012** 95:4

**12/1/202** 192:10

**1202** 148:19

**1217** 2:8

**127** 63:8,11 303:2

**12:22** 102:12

**12:23** 102:15

**12r** 10:9,15

**12th** 301:21

**[13 - 2010]**

**13** 115:5,11,12 115:14,17 117:7 124:5 178:24 179:12,19 184:22,23 185:3 193:14 304:11
**13th** 114:16,22 115:18 117:5 135:25
**14** 186:5,8,13 189:11 196:12 202:12 304:13
**144** 302:18
**146** 302:18
**147** 302:18
**148** 302:18
**15** 115:2,4 195:12,14,18 283:18 292:22 304:16
**150** 1:20 2:16 4:23 9:18
**156** 302:14
**16** 203:6,8,13 206:17 211:19 257:3 279:13,14 292:23 304:18
**162** 284:14
**168** 304:6
**17** 210:10,11,15 214:8,20 221:17 225:8,13,14 226:5,9 228:25 230:22,22 231:3 234:19 236:6 304:20
**172** 278:3

**175** 10:8
**179** 240:3 302:14
**17th** 226:12,13 226:22 229:6
**18** 1:4 4:21 160:13 182:20 212:14,16,20 304:22
**181.50.** 145:24
**183** 304:9
**184** 304:11
**186** 304:13
**19** 220:25 221:2 221:14 223:4 227:25 304:24
**19.99** 215:17 234:5
**190** 240:4
**195** 304:16
**1970s** 130:23
**1972** 72:10 86:3 86:8 87:14 101:12 112:4 114:18 117:13 122:3 123:23 126:22 127:17 134:20 136:5 140:12 145:5,15 146:20 147:7,18 148:7,24 151:6 156:5 164:5 166:5 171:6 175:12 179:3 180:3 182:2,7 188:24 192:8 196:7 199:15,16 207:2 223:11 224:14,16,19

225:11,15 226:8 226:17 227:2,19 229:10,14,17 236:4 255:5,13 260:19 261:9 269:22 270:7 271:5,21 272:2,5 275:13 278:3,5 282:5,22 283:5 283:11 284:20 284:23 303:13
**1977** 127:18 177:2
**1978** 66:18
**1980** 130:24
**1981** 64:8,21,22
**1982** 282:18
**1983** 66:6,8,10 66:19,19,21 67:20
**1986** 67:16,20,23
**1987** 68:2
**1989** 68:18
**1991** 69:16
**1997** 126:21
**1998** 122:19
**1999** 69:24 218:22
**1:28** 131:8

**2**

**2** 9:22 63:9,14 93:20 96:23,24 97:5,16 106:4,25 107:8,9,12,22,24 109:17 138:21 156:4 207:22,25 214:10,22 231:9 233:17 269:21

269:25 270:3 282:14 288:11 288:13 302:25
**2/17/2016** 225:4 237:3
**2/3/16** 253:20
**20** 70:13 77:4,5 77:15 150:13 168:15,18 183:7 195:13 215:17 227:10 228:8,19 228:22 230:14 231:16 232:13 232:14 236:8,16 236:17,17 238:8 239:22,24,25 245:4 304:7 305:2 307:22
**2002** 291:11
**2003** 18:6,13 19:2,5,7 49:4 76:6 79:8,21 81:9,10,10,15 82:15 83:10,16 84:8,9 244:7,8 291:11
**2004** 70:25 73:16
**2007** 170:20
**2008** 171:16
**2009** 75:17 171:16
**2010** 10:15 13:18 13:20 73:19,20 73:24 82:2,5 168:15,18 169:21 171:10 171:17 244:13 249:14 304:8

**[2012 - 230]**

Page 3

**2012**  121:3,5 126:16 127:8,20 128:9,19 129:4,8 138:4 139:20,23 141:9 145:5 164:10 178:21 192:21 193:2,8 193:13,17 251:16
**2013**  18:21,25 19:4
**2014**  243:9,12,24 245:2 251:9,12 251:13 292:7,16 292:22
**2015**  11:2,7,9,19 13:16 27:5,14,21 28:18,21 29:4 35:8,15,18,25 36:5,7,15,17,19 36:24 37:6,13 38:2,7,15,20 39:11 41:11 42:15 43:12 45:7 45:11 47:6,9,10 47:12,14 53:6,12 53:13,18,19,20 53:24 60:12 70:16 75:20 81:18 87:17,20 89:2 90:3 91:2 93:14 95:13,23 96:20 102:22 103:5 106:15,20 106:23 107:6 115:3,6,11,15,17 115:18 117:7 123:5 124:5

134:22 135:25 139:24 140:2,9 157:4 169:9,18 170:3 178:8,8,11 178:24 179:12 179:19 186:20 187:12,17 188:8 190:13 192:21 193:5,14,16,18 193:21,22,24 194:9,16,18,19 194:25 195:4,6,8 203:24,25 211:18 217:13 240:20 245:21 251:15 292:7,16
**2016**  43:19 105:2 106:2,6 157:16 181:12,16,18 182:5,14,19 183:8 196:8,12 196:22 201:4 202:12 206:5,21 206:22 208:5 211:22 212:5 213:22 217:2,20 217:22 218:19 222:21 225:8,13 225:14 226:5 227:11 228:19 228:22,25 230:14,22,23 231:7,16 234:3 235:9 238:9 254:6,17,22 255:2,2 257:10 258:23 260:8,11 262:10 263:3,4

263:23,23 291:21,22 292:4 292:11,16,17
**2016-01-14**  196:17
**2016011**  212:3
**2017**  12:13 13:5 13:10,20 42:3 44:2,17 46:2,5 46:15,20,23 47:2 47:21 48:8,25 53:11,22 54:2,3 124:22 150:18 150:19 151:3,16 153:3 158:21 162:13,16 163:11,13,23 224:12 236:6 254:9,18,25 260:8,12 262:11 268:23 274:11 283:18 292:2,3 292:24 295:11 297:19
**2018**  30:3 292:24
**2019**  93:25 97:11 98:3 99:16 292:25
**2020**  125:5 126:9 126:11 138:14 151:24 231:21 234:7,19,23,25 235:13 236:23 256:6 292:25
**2022**  1:15 28:17 30:5 42:16 68:6 79:9 104:24 145:11 169:3

206:5,20 252:3 260:25 300:18 301:9,21 302:2
**203**  304:18
**208**  302:14
**20th**  32:5 223:7 227:23 228:6 230:3 231:25
**20the**  230:23
**21**  80:21 240:3,5 305:4
**210**  304:20
**212**  304:22
**212-427-5990**  233:21
**213**  302:14
**21st**  32:5
**22**  94:23 97:10 97:11 105:2 165:15 206:22 208:5 218:19 234:3 235:9 238:9 242:14,15 242:19 251:6 305:6
**221**  304:24
**222**  302:12
**223**  302:15
**228**  79:14
**22nd**  105:14 182:15 185:23 206:21 212:7,10 233:3
**23**  250:9,10,23 251:7,21 296:5 305:8
**230**  302:15

[232 - 6]                                                                                              Page 4

**232** 305:2
**238** 302:15
**239** 302:15
**24** 16:25 17:3,6
17:10,14 93:24
97:11 98:3 99:16
264:7,8,12
278:14 305:12
**240** 305:4
**242** 305:6
**24th** 158:20
163:23
**25** 10:22 93:25
94:3,25 97:11
99:4 269:4,5,9
274:25 275:2,21
278:14 282:22
283:8,13,15
305:14
**250** 302:7 305:8
**25th** 126:11
**26** 138:14 186:19
273:16,17,23,25
274:18 275:10
275:15,18,21,23
275:24 276:4
277:18 305:16
**264** 305:12
**268** 302:15
**269** 302:15
305:14
**26th** 32:4,5,5
126:9
**27** 278:23,24
305:18
**270** 302:16
**273** 305:16

**274** 101:23
**278** 305:18
**28** 280:10,12,16
305:20
**280** 305:20
**281** 305:22
**283** 278:25
305:19
**284** 302:16
305:24
**288** 280:11,13,17
280:19 305:21
**29** 169:3 281:17
281:18,23
283:19 305:22
**292** 302:16
**294** 83:20 302:8
302:16
**295** 83:21 306:2
**296** 83:20,20,24
303:8
**299** 302:16
**29th** 207:18
213:19
**2:46** 155:3
**2:47** 155:12
**2nd** 157:16
183:8

**3**

**3** 78:20,21,25
85:12 93:22
94:17 96:23
100:3 107:10
138:15 156:4,5
181:11 182:19
183:8 243:9
252:11,15,22,23
252:25 257:10

282:14 303:3
**3/15** 272:23
**3/15/17** 267:24
269:13
**30** 1:15 74:19
106:15,23 188:5
284:14,15 302:2
305:24
**300** 211:3 302:12
**30th** 106:19,23
206:5 301:9
**31** 295:22,23,24
306:2
**314** 284:3
**325** 100:10 208:3
**37** 252:2,4
**38** 93:25 94:3,25
97:12 99:4
**3:15** 272:22
**3:31** 95:16
**3rd** 157:16
185:24 256:22
258:23

**4**

**4** 9:22 79:14,15
79:19 93:22 96:4
117:21 131:12
131:16 138:15
156:14,19 216:7
231:7 253:14
254:9,18 258:22
262:10 282:14
302:23 303:5
**4/24/19** 94:23
**4/24/2019** 165:14
**40** 68:6 104:8
**41** 223:25

**42nd** 1:20 2:16
4:23 9:18
**43-10** 2:7
**4313** 301:23
**489** 104:14
**48924172** 114:20
**4:09** 202:23
**4:17** 203:3
**4:48** 221:8
**4:52** 221:11
**4th** 231:12,23

**5**

**5** 9:23,23 68:16
83:18,22 93:22
101:23 132:13
138:15 153:3
156:14,19
282:12,15,15
284:10 303:7
**5/7/17** 157:18
158:6
**50** 210:17
**56** 138:11 139:7
**56607** 213:11
**5:38** 249:21
**5:46** 249:24
**5:47** 250:17,20
**5:52** 253:5
**5:54** 253:8
**5th** 30:5

**6**

**6** 9:24 85:15,20
87:8,10 93:23
106:8 108:21
109:6,16,18
156:14,19
165:17 167:15

**[6 - actual]**

237:6 239:16,21 239:23 302:6 303:9

**6/11/2020** 237:3

**61** 210:10,12,18 210:19 222:15 304:21

**63** 302:25

**6th** 13:14

**7**

**7** 85:25 86:6 93:20,23 94:17 96:24 97:5,16 100:3 104:16 106:4,12,20 107:2,6,11 111:19 114:6 135:21 138:21 141:6,8 142:19 149:9 156:4,15 156:19 162:13 163:11,13 201:9 201:19 224:4 236:6 293:12 299:22,22,23 303:12

**78** 303:3

**79** 303:5

**7:13** 300:11,12

**7:36** 234:7

**7th** 158:7

**8**

**8** 86:13,17 155:15,17,21 164:4 175:10 180:5,8 236:2,15 239:17,21,24,25

252:3 254:6,17 262:10 303:17

**8,500** 290:2

**8.47.43** 196:18

**8/30/2022** 307:3

**8/30/22** 4:10 44:25 45:4 85:8 85:11 131:5,8 154:5 155:12 300:11

**813,480** 246:19

**83** 303:7

**85** 303:9

**86** 303:12,17

**87** 303:21

**9**

**9** 10:2 86:23 87:4 165:3,6,11 166:8 166:24 167:4,10 303:21

**90** 188:4,5

**96th** 10:9

**99** 122:20 302:14

**99.7** 111:13

**993** 4:21

**9:23** 1:16 4:9

**9:54** 267:24

**9:55** 114:17,23

**a**

**a.m.** 1:16 4:9 10:2 114:17,23 157:18 196:18 237:11

**abbreviation** 118:12,16,24 119:10

**able** 10:5 42:25 43:11 80:7 157:11 191:9 204:22 205:20 207:8 220:21 253:13 279:25 286:2,24 288:2 291:20 292:14

**abnormal** 220:20

**absence** 114:2

**absent** 170:3

**absolute** 227:4,6

**absolutely** 8:13 59:5 103:25 204:7,20

**abundance** 113:20

**academy** 68:17 69:6,19

**accepted** 68:14

**access** 189:23 204:24 205:6,21 215:18 294:19

**accessed** 216:15

**accident** 18:11 18:12,14,23 19:7 19:9,12

**accomplish** 16:19

**accomplishes** 263:20

**account** 45:20 46:4,11,14,22 47:2 48:4 49:5,8 51:6,22 52:8,12 52:13,24 53:7,14 54:4,13 55:2,7,9

55:11,22,24 59:25 158:18 169:10,11 234:4

**accounts** 45:8 47:6,8,16 52:12 52:14,16 53:23 54:21 59:20 60:3 60:9,9,14,21 159:24

**accuracy** 137:22 140:22 148:5 168:9 175:5 219:4

**accurate** 66:7 138:25 141:3 171:20,21 246:24

**accurately** 143:10 156:13

**accusing** 127:14

**achievements** 171:16

**acknowledge** 251:6

**acquire** 297:8

**act** 72:12 148:13 148:19

**action** 5:6 266:4 301:16,19

**actions** 139:16 152:3

**activated** 256:19

**active** 45:19 116:14

**activities** 23:12 24:14

**actual** 78:4 84:24 173:16

213:24 227:13 243:8 294:3

**ad** 20:7 75:21 84:24 94:8 106:21 110:2 112:4 117:4,24 118:4,6,7,11,12 118:15,15,19,23 118:24 119:8,18 119:21,21,22,24 120:23 147:20 149:24 167:19 171:6 173:17 175:4 182:25 192:15 227:18 227:18 229:18 229:23 282:5

**adam** 2:18 5:15 6:25 294:13

**add** 72:13 84:21 133:3 162:17 184:9 213:7 290:10

**added** 72:6 83:13,14 119:23 143:8 161:24,25 162:7,19

**adding** 256:5

**addition** 7:18 9:2 37:25 51:8 82:12 208:6

**additional** 191:10 213:7

**address** 10:8,12 10:13 25:10 26:5 56:2,6,15,18,20 58:13 105:16,17 152:7,13,17

153:22 178:18 218:5 232:23 234:9 300:4

**addresses** 58:24 59:6,11,12 60:17 264:22

**addressing** 53:15

**adjectives** 120:15

**administer** 3:14 5:5

**admission** 65:17

**admitted** 138:3,8

**advance** 213:9 241:9

**advertised** 145:20 146:15 146:23

**advertisement** 118:12,13,14,16 118:20,25,25 119:9,10,11,15

**advertisements** 166:6

**advise** 161:10

**advised** 72:13 161:7 182:12 289:5

**affiliations** 5:12

**affirm** 133:12 173:21 177:7

**affirmation** 261:9

**aggravated** 240:24

**ago** 24:20 43:2 49:22 52:7 68:6

70:13 77:5,15 80:21 91:15 92:3 104:23 107:7 126:5 136:22 150:13 152:2 249:14 289:4

**agree** 4:15 57:20 94:14 113:24 118:11,17,18 119:9 123:17,18 138:4,5,7,10 139:4 192:16 205:24 214:23 215:4,6,9,16,25

**agreeable** 100:23

**agreed** 3:4,8,12 180:11,14 215:12

**agreeing** 206:8

**agreement** 57:23 177:11 238:4

**agreements** 199:4

**aha** 7:18

**ahead** 103:19 141:12 170:15 199:3 222:6 238:16 268:10 286:25

**ahold** 297:15,18 297:21

**air** 13:3 83:4 107:14 108:4 116:25 166:21 167:12

**al** 4:19 307:2

**alber** 67:24

**alcohol** 16:24

**alcoholic** 17:4

**alleged** 139:25 141:11

**allegedly** 133:25 146:5 147:22 151:6 153:15 176:9 230:14

**alleges** 141:13

**allow** 7:22,24 232:8

**alluding** 236:9

**alter** 184:9

**altered** 120:13 120:16 177:15 179:22 180:16 181:8

**altman** 240:17

**ambiguity** 197:23

**ambiguous** 197:24 198:9,25 199:2 244:9 247:17

**amended** 31:16

**american** 91:4 224:12 229:19

**amount** 143:20 219:19 257:6

**amy** 78:13,17,17 81:3

**anderson** 2:10 5:25 295:3

**andrew** 77:19 80:14

**anita** 103:5 104:22,24 105:15 106:18

[anita - appointments]

132:18 157:12
182:7 190:12
191:25 206:22
207:4,21 212:10
212:11 218:20
**anna** 307:2
**annama** 208:13
**annamarie** 1:6
1:18 4:4,6,17,18
48:13 50:25
58:15,16,20,22
59:7,9 71:9
82:14 86:5,9
90:17 91:20
92:16,18 93:14
95:3 109:8,12
121:22 126:21
127:11,17 133:6
134:21 136:7,13
136:19,24
138:16 140:11
140:11 151:7,17
156:6 170:23
174:25 175:12
175:15,15 176:4
176:16,25 214:7
217:21 218:2,7
218:14 224:22
233:19 251:10
251:11 272:3
280:24 300:10
300:15 301:8
302:6,24 303:15
307:3,21
**anne** 132:19
**announce**
119:11

**announced** 83:9
145:20
**announcement**
119:3 120:25
**answer** 7:23,24
8:4,5 9:7 17:21
21:3 23:15 25:17
25:19 27:17,18
27:19 30:2 32:21
33:4,8 43:6 44:9
48:3 51:12,16
52:5,6 53:20
56:23 57:3 67:9
73:17,22 77:16
80:17 92:21 99:7
99:15 106:10
111:7,9,10 113:9
115:22 121:15
122:4,24 128:2
129:13 130:7
140:3,24 141:17
141:20 142:14
142:19 143:2
144:25 145:3
147:5,9 148:10
149:2 150:6
152:19 156:13
168:8 172:5
178:9 179:7
185:13 189:19
192:5 193:20
200:7 204:6,19
204:20 209:22
210:5,6 211:6
219:4 234:2
244:17 255:9
256:3,24 261:24
268:17,23 270:9

271:8 274:11
277:6 283:3,23
286:17 293:14
296:24 299:9
**answered** 22:23
22:24 23:14
25:13,24 27:16
28:24 29:2 33:9
33:11,18,20
34:18 36:11 37:3
37:15,16,18 41:3
41:5 46:12 51:13
51:15,20 54:20
79:12 81:17 82:8
91:11 97:18
109:7 128:12
129:22 130:19
141:16,19,23
151:10,12
163:20 182:6
187:4 189:16,18
194:4,10 195:9
217:24 242:3
262:15 266:23
287:5
**answering** 11:13
37:21 103:22
189:4 191:18
248:15 296:7
**answers** 7:16
34:7 39:15 58:4
58:6,11 189:8
**antagonism**
210:3
**antiques** 122:17
140:19 199:5
**anybody** 12:3
13:6 32:23 33:3

34:15 54:14
79:10 80:22
194:12,16
**anyplace** 11:22
146:4
**apartment** 10:9
10:15,17 22:6
24:20,22,23 25:4
25:9,21 26:4,6
39:11 239:13
**apartments**
26:23
**apologies** 93:3
**apologize** 69:13
261:16
**apparently**
188:9 278:20
**appeal** 248:2
**appear** 100:3
176:19 259:25
271:2
**appearance** 5:10
**appearances**
5:11
**appeared** 88:13
93:16 180:12
**appearing** 184:3
184:13
**appears** 78:25
86:2,14,19 101:2
231:4 275:23
276:4 303:19
**applied** 165:25
287:15
**appointments**
22:2 27:25 28:3
28:6,16

[appraiser - associated]                                    Page 8

**appraiser**
  171:15 172:13
**appreciate** 140:6
  256:9
**appreciating**
  36:13
**april** 93:24 97:11
  98:3 99:16
  151:24 158:19
  163:22 210:25
  262:5
**archetypal**
  108:16,19,20
**archive** 170:9
  171:9 172:24
**archives** 172:25
**area** 33:24 200:9
**arguing** 113:3,5
**arm** 248:11
**arnot** 291:14
**arrival** 10:7
**arrow** 135:11
**arrows** 137:3
**art** 13:8 46:8,14
  46:25 47:4,5,15
  47:20 50:25
  58:15,16,21,22
  58:22 59:8,9,9
  60:13 62:20 68:2
  68:18 69:6 70:6
  140:20 149:12
  167:25 168:3,7
  168:14,17,21
  169:6,8,10,11,13
  169:15,16,19
  171:15,24,25
  172:13,14,17,25
  173:7 199:5,14

208:23 217:4,14
  234:3 274:22
  291:14 292:10
  292:16,18 304:6
**art.com** 48:10,13
  48:16 51:2,9,22
  52:15 58:21 59:8
  217:21 218:2,7
  218:14 237:19
**art.com.** 214:7
  233:20
**article** 244:22
  245:13 246:2
  249:6
**articles** 13:9
**articulate**
  201:16
**artist** 65:3,16
  70:9,11 82:22
  88:8 121:22,24
  128:17 132:12
  133:5 138:9
  140:11 150:20
  151:17 182:23
  272:3
**artist's** 108:12
  110:6,10,12,13
  116:19 148:12
  148:14
**artistic** 171:15
**artists** 131:19
  132:18
**arts** 63:25 64:11
  66:6,11,14 69:19
  291:19
**artwork** 244:6
  244:10

**artworks** 291:21
  291:25
**ascent** 215:13
**aside** 28:25
  188:23
**askart.com**
  132:3,7,8 138:19
  138:24 139:11
  149:17
**asked** 8:19 15:20
  22:23,24,25 23:2
  23:14 25:13,18
  25:20 26:2 27:16
  28:24 33:9,11,18
  33:20 34:6 36:10
  37:3,15,16 41:3
  41:5 46:12 51:13
  51:15,20 55:19
  56:7 79:12 82:8
  91:11 97:18
  100:18 104:18
  105:5 128:12
  129:22,24
  130:19 141:16
  141:19,21,23
  144:24 150:21
  151:10,11
  163:20 168:22
  173:14 177:22
  180:20 182:5,24
  187:4,5 188:15
  189:16,17
  190:15 194:4,10
  194:12,14,23
  195:9 207:11
  262:15 275:22
  278:11 287:5
  297:20

**asking** 7:3 19:6
  21:5 22:8 25:16
  30:17 36:22 37:5
  37:25 41:8 50:5
  51:18,19 52:2
  58:10 65:9 74:2
  77:16 88:15
  91:25 94:17
  96:15 111:6
  120:20 124:2,4
  128:8,18 139:4
  159:21 160:6
  162:19 174:6,7
  181:17,25
  182:16 183:5,19
  184:17 187:17
  194:16 195:2
  200:25 206:25
  207:24 208:17
  229:12 230:17
  249:5 251:22
  252:18,20
  255:23 256:23
  258:25 259:9,15
  261:22 262:17
  268:19 271:11
  278:10 282:20
  287:4 291:24,25
  292:17
**asks** 266:9
**assigned** 145:23
**assist** 105:6
**assistance**
  161:14
**associated** 15:3
  260:20 275:17
  277:4

**[associates - bank]**

**associates** 290:18

**association** 14:6

**assortment** 49:24

**assume** 10:22 43:15,16 152:12 167:18 176:18 210:24 258:6,12 259:17 272:6 275:12,13 285:5

**assumed** 164:22

**assumption** 259:18 272:10

**assure** 246:14

**asus** 37:11

**atlanta** 233:6

**atmosphere** 130:15

**attach** 227:20

**attachment** 152:21 227:18 227:20 229:8 230:6,8,10

**attachments** 227:17,17,23,23 228:15,17,19 229:16 230:5,5 230:15

**attacking** 243:24

**attempts** 144:2

**attend** 62:4

**attended** 62:6 63:24 66:12 69:11,18

**attending** 69:10

**attention** 43:15 88:21 106:17

214:19 224:23

**attorney** 5:13 6:21 32:10 247:2

**attorneys** 2:5,14 3:5 6:18 14:4 249:10

**attributed** 156:6

**attribution** 199:6,13

**auction** 116:9,11 121:10 122:8 140:16,17 164:13 175:15 190:23 191:4 198:21 199:7

**auction's** 138:24

**auctions** 1:10 2:6 6:2 95:10 122:9 122:16,19 123:3 124:19 125:3 126:16 127:6,20 128:9,19 129:4,7 133:8 138:2 147:22 164:16 164:20 175:8 176:10 203:18 255:9,14 295:5 307:2

**audience** 243:15 245:23

**audio** 4:13

**august** 1:15 32:4 87:20 89:2,3,5,7 93:15 95:13,23 102:22 104:23 114:16,22 115:2 115:5,11,12,14 115:17,18 117:5

117:7 124:5 135:25 145:11 157:4 168:14,18 169:3 171:10 178:8,24 179:12 179:19 187:11 193:5,13,16,18 193:21,22,24 194:9,15,18,19 194:24 195:4,6,8 203:24,25 206:5 206:20 251:15 301:9 302:2 304:7

**aunt** 289:22 290:2

**author** 124:20

**authored** 76:8 81:8 108:7 146:17 173:24

**authorizations** 241:18

**authorized** 3:14 5:4 57:18

**available** 205:4 242:4,9 286:8

**avenue** 13:15

**avoiding** 144:25

**award** 247:19,24

**awarded** 246:19

**awards** 293:23

**aware** 9:25 10:3 18:17 105:10 140:18,25 160:8 163:5 169:19 205:17 244:22 244:24 245:2,4 245:22 251:9

291:2

**b**

**b** 6:7 45:14 87:3 148:19 155:5 165:21 166:3 190:12 191:25 267:11,13 302:20

**ba** 61:18 67:7

**back** 12:18 20:23 21:2 23:3,7 27:9 45:3 49:6 52:5 53:24 60:12 61:8 61:25 84:7 85:10 91:8 93:6 101:7 102:14 103:2 109:14 124:15 126:22 131:7,11 135:11,14 137:24 155:11 162:16 164:4 169:20 170:22 171:17 174:7 178:13 179:6 185:14,23 189:9 193:7 203:2 206:4 214:8 221:10 241:4 248:11 249:23 250:19 253:7 255:10,18 258:7 282:8 293:18 296:7

**backbone** 133:3

**balanced** 142:8

**bald** 19:15

**bank** 20:7 26:13

Page 10

**banks** 26:19
**banner** 213:10
**bar** 196:5 201:22
**based** 54:19
97:15 121:20,21
123:19,20,22
124:21 127:10
140:22 147:24
153:17 170:14
171:11 173:19
173:19 220:20
233:6 259:17
**basically** 271:12
**basis** 246:12
**bates** 63:10
79:16 83:23
86:10,18 87:5
107:25 114:15
155:18 162:7,17
162:20 183:13
184:24 186:9
195:15 203:9
210:12 212:17
221:3 232:15
240:6 242:16
264:9,13 269:6
269:10 273:18
273:21 274:2
278:25 280:13
280:17 281:19
284:16 295:25
302:25 303:5,7
303:16,17,21
304:9,11,13,16
304:18,20,22,24
305:2,4,6,12,14
305:16,18,20,22
305:24 306:2

**bathroom** 44:6
130:25
**bc** 20:5
**bean** 290:7
**bearing** 269:10
**bears** 280:17
**beckons** 258:23
**becoming** 146:9
**began** 30:3 42:15
62:12,19 64:2
130:3,5 160:10
160:12,16 195:6
246:18
**beginning** 5:12
68:25 89:4,7
161:11 188:10
193:18 195:10
246:8 278:11
**begins** 117:19
**behalf** 7:2
**believe** 5:20 10:8
12:22 13:19 16:7
19:4 24:19 25:15
26:20 30:4 40:17
41:12,17,17
47:12 49:8 53:10
55:12 56:7,16
60:7 61:15 62:7
62:10 64:22
66:16,20 70:13
71:11 80:20
82:21 83:9,14,15
87:20 89:2 90:22
91:24 94:4 97:22
101:13 104:16
104:20 106:13
106:14,19,21
116:6 120:14

130:24 142:5
157:25 159:17
159:20 160:3
161:25 168:5
169:15 179:13
196:13 200:10
201:24 207:16
209:2 213:18
216:20 217:24
219:2 220:14,17
223:6 228:6
234:11 235:21
247:2 254:22
256:15,17
262:15,20 265:9
276:7 286:7
287:9 296:11,14
296:17 298:25
**bell** 199:18
**best** 16:12 17:21
18:2 27:3 28:8
28:19,23 29:6
32:22,25 33:4,21
35:9 38:3,16
45:9 47:17 49:7
50:21 52:22 53:9
53:22 56:3 59:15
59:23 60:6,22
64:8,18 70:7
71:21 73:17
77:17 80:10,15
90:20 91:14 92:8
92:21 95:24
99:15 160:22
243:18 245:25
246:25
**better** 49:11 50:9
50:13 119:4

284:2,7
**beverages** 17:4
**beyond** 57:10
140:9 160:7
**bialek** 2:18 4:2
5:14,15 6:4,13
6:23,25 8:9 12:6
20:23 21:2 23:3
25:20 37:9 43:23
44:7,12 45:6
59:5 61:2,10
63:6 78:19 79:13
83:17 85:4,13,24
86:12,22 99:25
100:24 102:10
102:16 114:4
124:14 125:11
131:2,10 141:25
144:10 146:18
146:24 148:20
155:10,14
156:18 165:2
168:12 179:6,16
183:10 184:21
186:4 189:22
195:11 201:8
202:21 203:5,11
208:4 210:9
212:13 214:3
220:24 221:12
222:5,22 223:13
230:12 232:12
239:2,15 240:2
242:13 250:15
273:15 280:9
294:11,13
299:18,24 302:6

**[bialek's - call]**

**bialek's** 250:6
**big** 21:8 33:24 40:22 136:18 139:24 163:22 213:10
**bing** 92:9 158:13
**biographical** 149:4,11,20
**biography** 57:18 62:7,8,10,25 63:20 68:11 75:22,23 76:2,3 76:4,8,10,16 77:12,20 79:4,23 80:2 81:6,8,9,12 81:13,14,15,20 82:4,5 84:14,21 87:23 88:21 94:10,13 107:16 107:20,25 108:7 108:7,11 110:4,9 110:14 111:21 111:22,23,24 112:7 116:20 117:24 125:7 129:23 130:5 143:18 146:17 149:25 165:3,6 166:3,9 168:4,5 169:12,14,17,20 170:21 171:2 172:16,24 173:5 173:24 174:2,13 174:14,17,19,24 175:3,8 176:5 177:16 182:10 275:15,23 277:8

**biological** 138:22
**black** 78:22 79:2 143:4 303:3
**blah** 104:15,15 104:15
**blocked** 219:17
**blood** 301:15
**blown** 170:2,14 170:17 230:18
**blue** 163:22 213:10
**board** 18:9
**boat** 19:13
**body** 116:8 174:24 240:25
**bold** 175:14
**bond** 125:15,19 304:3
**book** 28:16 79:24 170:19,20 170:22 229:20
**bottom** 82:13,17 93:19 106:25 117:18 157:17 208:6,8,12,16 211:10,13 214:9 214:21 215:2 216:10 222:8 225:3 267:13 269:16 282:11 282:17,24
**bought** 147:14
**bound** 214:23 215:6
**box** 162:22,23 163:2,8 202:8 268:10

**brain** 17:17,20 18:4,7 19:11,16 76:13 246:6,9,14 248:19 249:2,4
**break** 9:4,6,8 16:16 44:6,10,22 60:25 61:3 113:13 130:25 153:25 154:2 167:22 202:16 202:19 219:11 249:18,19 251:3
**brick** 219:11
**briefly** 33:16
**bring** 43:14 52:5
**bringing** 238:17
**brings** 266:10
**broad** 22:13 30:15 53:4
**brooklyn** 62:20 63:24 64:10 66:5 66:10,14,15,25
**brooks** 103:6 104:22,24 105:2 106:18 157:12 182:7,12 206:23 207:4 212:10 215:21 218:20
**brought** 53:24 88:21 104:10 106:17
**brown** 143:6
**browser** 92:5 267:2,3,5,6
**build** 127:13
**building** 10:16 10:20 25:21 38:10 270:21

**business** 13:14 38:11,13,18,19 39:4,9,13,14,20 39:23,25 40:7 42:6 121:14 132:24 147:10 157:25 158:10 173:23 203:18 203:20 204:2,4 204:12,16,20 217:11 242:7 261:7 270:14,17 271:4,9 278:16 280:5,7 291:3
**butler** 69:8,11
**buy** 145:9 147:13 190:20 197:14,15 198:2
**buying** 198:4
**buys** 190:22

**c**

**c** 2:2 148:19 267:16 301:2,2
**cable** 26:10,16
**cacciola** 290:23
**cache** 260:23 261:2,2,5
**calendar** 21:17 21:20,22 22:2,7 188:21 189:14 242:6
**calendars** 22:4,6
**call** 37:7 91:15 104:3,13,25 105:12 123:5 124:21,23 134:16 136:11 136:17 145:7

**[call - changed]**

147:11 151:24
177:25 179:19
191:19 197:13
198:3 206:20
207:19 220:22
269:23 290:6
292:9 295:13
299:18,20,21,25
**called** 6:8 65:18
88:19 150:16
192:3 252:21
**calling** 103:8
**calls** 104:6
157:14 192:20
**calm** 16:20
**camera** 136:9
**cancel** 218:25
219:2
**cancelled** 219:5
220:11
**capability** 39:8
**capacity** 289:19
**card** 244:16
**career** 241:10
**carefully** 130:16
211:11
**carmel** 143:6
**caropreso**
285:25,25 287:4
287:6
**carrier** 26:18
**case** 1:4 11:16
30:3 40:2,5,16
41:4,10,11,20,21
42:8,9 43:19
44:3,4,18 49:21
50:4,17 52:24,25
53:2,15,16,17

54:4,5,6,7,8,14
55:2,14,25 93:24
98:6 101:25
133:3,4 141:2
142:23 156:25
160:9,11 184:8
210:2 213:8
247:6,16,18
248:20 251:8
285:17 286:6,16
289:3 294:4
307:2
**catalog** 83:3,15
84:6 107:13
108:3 109:5
112:10,11
116:24 166:20
167:12 170:21
171:3 173:2
**catalogs** 199:8
**catching** 287:10
**cause** 19:16
**caused** 258:19
**causes** 14:10
**caveat** 9:6 20:21
21:6
**ce** 302:17
**ceased** 105:22
**center** 38:11,13
38:18,20 39:4,9
39:14,20,23,25
40:7 42:7 158:2
158:11 261:7
270:14,17 271:4
271:9 278:17
280:5,8 289:11
**central** 91:3,5
272:5

**cents** 122:20
**ceo** 181:12
**certain** 14:14
23:21 33:4 50:14
50:15,25 51:2
55:20 56:13
64:24 75:18
106:5 158:13
163:6 214:5
217:18 218:8,9
231:20 251:19
261:8 262:2
264:4
**certainty** 10:21
11:23 12:17
14:16 15:4 16:5
20:15,20 21:6,14
22:20 23:6,24
24:16 27:13 28:9
29:7 30:9,11,14
31:3,8 34:13
35:2,13 38:17,21
39:2 40:12,14,17
40:24 41:8,18,22
41:23 42:4,10,13
42:16,17,19,22
42:25 43:7,12,13
43:20,21,25
44:16,18,19
45:10,11 46:19
50:7,15 52:17
60:23 66:24 67:9
68:7 71:12 73:22
75:3 77:16 80:17
83:11 90:21
93:11 94:6,7
95:19 97:23
98:12,13 99:10

100:16 112:24
115:23 116:6
120:11 124:13
124:17 128:4
129:16,17
131:23 142:15
150:7 152:24
160:23 163:9,10
163:12 179:14
179:15 180:25
184:16 188:18
189:21 192:3
193:21 201:5
202:4,6 204:6,8
206:11 208:24
209:7 216:19,21
222:17 226:15
226:16 227:5,7
228:3 249:8
258:13 261:5,24
268:5,22 269:20
270:9,12 271:13
275:11,12 278:7
279:23 281:15
288:22,24
297:14,17
298:20
**certificate** 69:4,5
**certified** 302:17
**certify** 301:7,14
**championing**
245:25
**change** 25:9,11
26:5,22 82:11
184:9 279:25
307:5
**changed** 38:15
81:11,12,13

**[changed - collectible]**

82:16 149:20 285:19

**changes** 44:21 76:12 82:7,10

**changing** 76:24

**channel** 121:9 122:8 164:12

**chaos** 178:12

**characterization** 80:5 246:15 249:4

**characterize** 120:10

**characterized** 49:18 249:9

**charge** 39:19

**charged** 39:22 92:3

**check** 73:25 74:3 74:4,5,9,10 99:6 112:9,11 116:5 152:23 168:8 172:13 184:12 208:21 216:12 219:3 222:13,19 233:8 254:19 263:8 268:25 269:24 270:19 270:24 284:7 285:9 292:5,9,12 292:19 293:8 294:5,7,9 296:12

**checked** 48:23 263:8 267:16

**checking** 263:5 263:16

**child** 130:14

**choices** 159:9

**chosen** 119:20

**chuckled** 182:24

**chutzpah** 209:12

**cimini** 79:8

**circular** 267:10

**circumstances** 17:23 20:14 22:20,21 23:16 23:18,18 24:6,9 120:20 255:25

**cities** 117:22

**city** 121:24 247:7 248:5,6

**civil** 1:4

**claim** 58:10,12 59:12,13,14 72:9 84:10,14,16,19 84:20 121:21 132:16 142:11 150:23,25 152:22 167:15 180:12 181:21 228:8 240:9 241:14 242:12 246:9,15 248:19 294:23

**claimed** 131:25 136:2,4 138:8,18 139:8 149:10,14 168:4 249:15

**claiming** 113:6 142:25 146:12 146:14,19,22 147:6 148:6,23 149:3,8 157:2,6 158:5,7 175:9 228:10 233:22

241:2 293:6 294:2,3

**claims** 57:14,17 57:19,22 58:3,25 59:2 60:10 124:23 127:7 129:18 139:5,7 142:21 148:9,12 173:7 246:13 293:22,23

**clarified** 267:22 276:12

**clarify** 66:15 92:25 128:13 222:5 252:16 255:21 257:23 286:18 291:10

**clarifying** 127:16

**clarity** 83:17 114:20 133:4 222:10

**classes** 64:14 66:15 67:6

**cleaner** 239:2

**clear** 13:22 14:8 137:23 145:12 196:25 197:22 198:12,13,18,24 199:17 217:17 234:24 241:5 242:7 274:13

**clearly** 48:3 118:3 130:15 137:18 141:8 142:20 199:18 199:19 231:12 238:22 246:7

257:11 258:5 261:12

**clerical** 76:12,23

**click** 135:8,15 226:12,18 266:10 270:6

**clickable** 153:23

**clicked** 134:11 134:23 135:18 136:23 137:13 159:7,9 225:11 226:14,20 267:14,19 274:14 278:2

**clicking** 134:13 135:2

**client** 57:15,17 58:3,9,11 101:13 119:23 220:15

**client's** 57:14 75:21 84:11

**clients** 101:11

**clipped** 225:9

**close** 175:19

**closet** 65:10,12

**closeup** 230:8

**code** 104:14 170:2,3,8,9,17 171:12 188:12 188:14 201:18 282:18

**coder** 78:15,17 80:23

**codes** 149:24

**coffee** 16:17 143:3,8,9

**collectible** 197:6 199:5

**collectibles** 140:20

**collections** 122:18

**collector** 150:12 152:14,17

**collectors** 197:4

**college** 61:13 66:23 67:4

**color** 143:4,5 228:5,12

**colored** 227:16

**come** 10:5 86:15 86:19 95:8 124:9 166:6 177:9 303:19

**comes** 114:17

**coming** 43:4 60:20 71:9 178:13 260:20

**command** 47:25 96:4

**commencement** 71:13 301:11

**comment** 210:4

**comments** 76:15

**commission** 300:21 307:25

**commit** 285:21

**common** 158:22 210:2 271:13 289:13

**communicate** 54:13 55:2 59:20 60:3,10,15,18 151:19 201:15 204:22 215:22 219:13 220:21

238:21 276:25

**communicated** 151:23 182:6 255:3

**communicating** 53:16 54:6 59:24 150:24 151:2 216:5 276:16,17 276:24

**communication** 219:16 220:6 255:8,11

**communications** 160:20 188:16 252:17,24 253:25

**companies** 103:2 156:10 245:21

**company** 14:3 26:8,11,17 104:6 140:15 209:13 215:18 220:13 220:21 251:8 266:8 277:4

**compel** 52:4

**compelled** 185:25

**compiles** 191:4

**complaining** 289:18

**complaint** 31:17

**complete** 8:16 61:14 99:23 102:4 106:11 124:12 127:5 139:16 142:14 150:7 187:20 208:4,18 222:10

223:14 224:7

**completed** 81:10 265:16

**completely** 123:20 148:4 199:13

**compose** 274:20

**composed** 176:9 253:24

**composition** 127:25

**comprehend** 200:7

**compress** 288:9 289:5

**compressed** 288:10,11

**compression** 289:12

**comprised** 75:6 75:11

**compromised** 50:11

**computer** 34:19 34:20 35:3,5,7 36:18 38:9,12 40:15,20 41:2,9 41:14 42:2,11,14 47:24 91:17 92:7 95:17,20 96:13 100:14 101:4 106:8,12,14 116:3,5,7 135:11 156:21,23,25 157:23,24 158:2 158:17 162:9 180:21 201:6 211:5 223:10

237:21,23

239:12,18 243:5 261:4,6,7 267:2 268:7 270:10,13 270:16,16 271:3 271:12 278:16 278:16,18,18

**computerized** 20:6

**computers** 34:21 35:4,17,20,22,24 35:25 36:2,3,6,8 36:8,10,16,20,23 36:24,25 37:13 37:14,24,25 38:2 38:4,5,6,7,14,20 39:5,7,14,20,23 40:2,5,7 41:20 42:6,7,7,18 158:10,15 271:10,11

**concede** 149:13

**conceding** 127:20

**conceive** 98:24

**concentrated** 117:23

**concerned** 184:7

**concerns** 254:20

**concession** 139:3

**conclude** 237:13 300:9

**conclusion** 117:18 182:12 182:12 187:22

**conclusive** 173:10 174:4

**[conclusively - conversation]**

**conclusively**
149:6 168:9
180:25 189:24
242:23
**concussion**
19:23 246:7,15
248:24 249:5
**conditions**
205:23
**conduct** 217:10
289:18
**conducted**
131:18 138:8
**confidential**
85:17,22 86:25
87:5 112:15,18
112:23 113:2,4,7
113:10,12,14,16
113:21,23,25
114:3 165:4,7,19
244:14 303:10
303:22
**confirm** 25:20
82:9 101:10
132:4,6 142:23
166:10 288:3
**confirmation**
234:6 266:18
274:9 294:15
**confirmed** 105:5
110:3 133:16
**confirming**
266:15
**confusing** 78:16
112:22 198:7
**confusion**
103:13 178:13

**congratulate**
233:4
**conjunction**
40:16 58:24
59:12,14
**connect** 290:18
290:22
**connected** 39:8
224:20 284:23
**connection** 40:2
40:5 41:10,20
52:24 54:5
104:11 291:7
**connections**
291:6
**connoisseur**
171:24
**consent** 57:11
62:11 143:18
171:14
**consented**
169:18
**consenting** 169:8
**consequences**
248:18
**consider** 204:11
**considering**
113:22
**consist** 74:14
**consistent**
165:13 170:11
173:20 187:12
188:14 237:22
238:23
**consistently**
102:23 133:2
158:23 192:22
230:2 255:4

293:9
**constant** 276:19
276:20,20
**constitutes**
204:15
**consulted** 34:11
172:16
**consumers** 197:4
**cont'd** 155:9
**contact** 55:15,19
55:25 56:7,15
58:14 60:21
72:11 89:22
102:25 103:7,9
143:24 185:14
185:16 191:9
204:22 206:23
213:20 233:6,17
233:19 245:18
279:16 286:3,13
289:15 297:5
299:25
**contacted** 56:5
87:22 88:25
102:23 104:22
123:2 138:17
144:3 164:22
187:3,7,24
188:21 189:15
191:15,16
193:16 195:7
254:25 255:14
261:14 287:25
**contacting** 52:25
104:2 187:11
**contained** 74:25
100:4 109:17
110:5,17 149:5

159:6 199:6
259:18 260:18
269:22
**contains** 108:6
111:24
**contemporane...**
229:13
**content** 185:11
185:16 296:6
**context** 246:10
**continue** 4:14
103:24 287:8
**continued** 99:17
164:3
**continuing** 64:13
67:6 214:10,22
**contracted** 81:23
**contradicted**
219:18
**contradiction**
197:16 198:6
232:4
**contradictions**
199:3
**contradictory**
103:13 172:11
173:20 231:18
**contradicts**
170:12,13
**contrary** 139:14
**control** 57:11
**controversy**
301:17
**conundrum**
172:6
**conversation**
134:9 145:14
182:21 186:2

[conversation - cottage]

295:7
**conversations**
 4:12 106:17
 187:15
**conveyed** 65:13
**conveys** 244:9
**cooperate** 46:15
**coordinates**
 102:7
**copied** 99:8,8
 162:7 175:9
 201:23
**copies** 156:18
 229:5,7 288:2
 294:17
**copy** 8:15,18,19
 97:2,20 98:9,25
 99:19,20 101:5
 102:4 115:24,25
 162:9 208:5,18
 223:14 239:3
 284:2,8 287:22
 288:6,21
**copying** 79:11
**copyright** 72:12
 79:7 82:12,14
 148:16,19
 252:18,25
 280:23 281:4
 287:16,23
 288:15 289:7,15
 289:16
**copyrighted**
 105:8 137:14
 144:22,23
**corner** 95:15
 97:7,25 99:13
 114:24 156:7

230:21 235:17
236:14,16 239:3
239:8 243:2
267:23 281:14
283:17,21
**corollate** 274:12
**corporate**
 287:17
**corporation** 1:11
 2:15 5:18 7:2
 250:13 305:11
**correct** 6:19
 10:10,11,18
 12:24 14:11,12
 14:23 16:8,10,11
 17:18 18:16 19:3
 19:8 20:10,11,13
 24:21,24 25:12
 25:25 26:23,24
 27:11 34:17 35:6
 36:4,9,20,21
 40:3,9 45:16,19
 47:11 48:11,13
 48:14,20 49:15
 49:21 51:3,7
 55:14,23 58:17
 58:19 62:21,23
 62:24 63:3,21,22
 65:4 66:19 68:3
 68:10 69:20 72:3
 74:24 81:6,7
 82:18 84:4,11,12
 84:14,15,18
 88:18 90:2,12,18
 91:13 92:12 93:7
 93:9,12 94:24
 97:3 98:7,10,15
 99:14 108:10,22

109:11,17,19,23
110:7,18,20
111:12,25
113:17,23
116:12 117:7,8
119:7 121:3,17
121:20 122:12
123:7,11,16,25
125:25 128:24
130:11,21 132:9
132:22 133:11
133:19 134:2
135:3,9 136:3
138:19 141:10
141:15 142:6,13
143:14 150:19
153:14 157:7
161:12,16,20,22
161:23 162:14
163:3,4 164:8,11
164:14,18 166:9
166:14 167:17
169:5 173:13
174:3,17 175:8,9
175:13,18 176:5
176:6,15,17
177:6,10,21
178:21,25
180:13,24 181:3
181:9,19 183:6
185:18 186:22
190:13,20,24
191:2,11,21
196:9,20 197:19
197:23 198:10
198:24 201:21
202:11 204:9
205:15 206:12

209:24 211:20
211:21 216:2,22
217:5,6,11,23
218:24 219:23
220:3,12 221:18
224:9 226:9
229:21,25 231:7
231:8 234:14
235:2,3,5,9,10
236:8,24 237:11
243:5,9,10
244:18 245:3
246:20 249:12
257:15 260:3
262:20 266:13
267:8 275:4
285:3,24 287:18
288:7,23 290:3
290:21,24
**correcting** 78:6
**correction**
 199:15
**corrections** 8:21
 8:24 76:24
**correctly** 99:7
 109:12 175:14
 175:23 176:12
 176:23 206:10
**correctness**
 123:18
**correspond**
 297:24
**correspondence**
 231:20
**corresponds**
 275:9
**cottage** 224:18

**[counsel - date]**

**counsel** 5:10 6:17 161:11 169:23 301:18
**count** 114:12
**counted** 221:22
**counter** 142:11 290:7
**countries** 67:14
**county** 301:4
**couple** 30:12 153:17
**course** 87:18 89:13 95:5 98:2 107:3 113:19 128:5 134:15 144:8 162:18 251:14 290:11
**court** 1:2 4:20 5:3 6:20,22 7:14 7:19 10:10 41:12 63:6 85:14 87:7 97:19,20 98:10 98:10,12,14,16 99:3,5,6,9,18,21 100:4,17,18,20 100:22 101:2 112:20 113:12 113:15 125:10 138:12 201:17 242:6 295:18 296:10,12 299:21 306:4
**court's** 286:21
**courtesy** 163:21
**cover** 31:8,9
**covers** 22:13
**crafted** 125:2

**crash** 20:5 244:7 244:8 247:16
**crashes** 18:18
**create** 54:24 59:17,19 60:2,8 74:15 152:7 167:19,20
**created** 70:10 73:14,16,19,24 74:2 76:5,6 83:3 107:14 108:4 116:24 149:4 166:21 167:12 209:10 213:13 213:16 233:23 233:24 235:5 238:13
**creating** 103:13 241:9 267:10
**creation** 76:10
**creatively** 80:11
**creativity** 108:12
**creator** 109:25
**credentials** 90:23,24 91:6 140:13 243:21 243:22 272:7
**credible** 141:5
**crescent** 2:7
**crisis** 297:11
**critical** 142:17
**cross** 87:2
**crossed** 85:19
**crux** 177:4 276:25
**crystalize** 290:13
**cube** 214:6 236:18

**cultures** 117:23
**cups** 143:3
**curator** 291:12 291:15
**curious** 239:9,17
**current** 10:12,13 24:23 46:8 72:15 73:5 75:25 76:3 300:4
**currently** 14:3 34:14,19,20,21 36:19 38:14 50:22,24 72:16 72:17 228:18 283:6 291:3
**customer** 233:7
**cut** 14:8 84:23 113:2 120:2 208:7,15,19 223:15,16 227:21 275:18 276:4
**cv** 1:4 4:21

**d**

**d** 1:22 6:9 301:5 301:24 302:4
**da** 175:12,12,12 188:13,13,13
**daily** 22:7,15,16 23:11,22 24:15 25:3 26:25 27:4 27:7,8,14,22 28:10,20,21,22 29:5 44:20 244:2 244:19,21 245:13 246:2 247:14

**damage** 246:6,9 246:14 248:20 249:2,4 290:6,12
**damages** 57:15 57:22 240:10 241:3 248:11 293:24,25 294:3 294:4,16,22
**daniel** 285:25
**data** 180:21 188:3 198:16 241:24
**date** 4:7 9:17 30:4 53:10 63:12 67:17 68:19 78:23 79:8,17 83:25 85:23 86:11,21 87:6 94:20 95:14,15 98:17,21 100:10 106:23 125:5,20 141:9,11 155:19 157:18,20,21,21 158:20,20 162:12 163:9 164:9 165:8,14 168:19 182:15 183:15 184:25 186:11,16,17,18 186:19 192:10 192:12 195:16 203:10 206:5 210:13 212:8,9 212:18 218:17 221:4 225:13 228:6 229:3 230:19,20,21 232:16 234:7

**[date - defines]**

235:16,18
236:24 237:8,24
238:2,9,24 239:7
239:19 240:8
242:17,25 243:4
243:8 250:14,24
253:16 254:6,8
264:10 269:7,10
270:17 271:6
272:11,13,23
273:19,24,25
279:2 280:2,14
280:16 281:10
281:20,23
283:16,20
284:17,24,25
286:3 296:2,19
296:20 307:3
**dated**  105:2
125:4 135:25
158:19 172:13
173:16 181:11
188:8 227:10
251:16 256:22
257:9
**dates**  15:23
20:17 64:24
68:19,21,23
128:6,6 179:14
206:20 231:22
237:2 242:9
254:14,17 262:9
262:12 271:2
283:14 285:7,19
**david**  88:6,7,24
89:17,23,25 90:4
90:11 91:9
205:14

**day**  9:2 12:22
22:18 23:13 24:7
27:11,12 56:10
88:13 115:13
171:6 237:10
246:17 258:24
261:23 265:18
265:24 268:3
270:8 274:15
276:6 278:8,9,11
286:11 300:18
301:9,21 307:22
**days**  30:6,12,19
30:25 31:12
188:5,5,5 191:14
191:20,22,24
206:16 230:24
242:6,7 276:13
**deal**  103:8
164:23
**dealing**  24:7
**dealings**  203:18
203:21 204:2,4
**dear**  208:12
**debate**  119:16
**decade**  34:25
**deceased**  88:9
**december**  141:9
164:9 187:17
188:8 193:2,8,13
193:17 194:6
**decide**  58:9
**decided**  204:23
**decision**  166:7
**declaration**
125:4,9,13,16
126:5 127:22,25
132:23 167:23

231:9,14,17,18
231:21 232:8,9
258:18 303:24
**declaring**  258:21
258:22
**decrease**  291:23
**decreased**  292:7
**deem**  8:21
**deemed**  113:7
**defect**  111:17,18
**defendant**  2:14
5:18 55:6
**defendant's**
125:14,17
169:22 303:25
**defendants**  1:12
2:5 4:2,5 8:10
9:11,13 63:8,9
63:14 78:20,21
78:25 79:14,15
79:19 83:18,22
85:20,25 86:6,13
86:17,23 87:4,8
87:10 106:8
108:21 114:5
125:12,16,22
131:11 135:20
138:13 141:6,8
142:19 154:2
155:14,17,21
164:4 165:3,6,11
165:17 166:8,23
166:25 167:3,10
167:14 168:13
168:16,24
170:11 175:10
180:5 181:11
183:11,12,20

184:22,23 185:3
185:14 186:8,13
189:11 195:12
195:14,18
201:19 203:6,8
203:13 206:17
210:10,11,15
212:14,16,20
214:8,20 220:25
221:2,14 223:4
227:25 232:13
232:14 236:2,8
236:15,16 237:5
238:8 239:16,17
239:21,21,22
240:3,5 242:14
242:15,19 248:4
248:5 250:9,10
250:13,23
251:21 264:7,8
264:12 269:4,5,9
273:16,17,23
274:18 275:10
275:15,23 276:4
277:18 278:14
278:23,24
280:10,12,16
281:17,18,23
283:13,15,19
284:15 288:13
295:4,22,24
302:22 305:10
**define**  160:17
217:8 249:5
277:14
**defined**  257:11
**defines**  119:8

**[definite - directions]** Page 19

**definite** 147:9
**definitely** 105:4
188:22 219:5
**definition**
119:12,14,18,21
**definitively**
117:15 148:2
195:24
**defois** 67:24
**degree** 14:15
15:10 50:14,15
61:17 216:19,21
**delay** 10:7
**delays** 103:14
276:20
**delete** 114:2
160:4,5,9,11
161:2,6,8 181:17
182:2 208:22
209:6
**deleted** 111:3,5
111:12 117:21
160:15,24
167:20 209:2,5
209:10
**deletion** 105:25
110:25 120:6,6
**delivered** 265:14
**dell** 37:10
**demand** 161:16
241:18
**demanded**
241:23
**denied** 105:5
**deny** 133:12
**depend** 22:22
23:19

**depending** 17:22
172:9 191:17
**depends** 16:5
20:14 22:9,19
23:15,20 43:14
50:23
**deposed** 50:17
**deposit** 81:23
**deposition** 1:18
3:13,17 4:3,6,17
4:22 8:15 9:14
9:19,25 29:9,17
29:21,25 30:8,13
30:16 31:2,13
32:2,7,11,14,17
32:19,24 33:5,8
33:15 34:16
49:10,20 50:4
163:21 182:19
188:10 190:15
195:10 202:16
217:13 235:16
246:8 251:14
272:15 286:22
300:9 301:8
302:23 307:3
**derived** 13:7
**describe** 18:2
21:7 201:12,13
204:15
**described** 190:9
196:4
**description**
108:6 109:9
110:5,10 126:20
147:21 148:2
174:25 175:7
177:12 199:19

**descriptive**
188:23
**design** 61:21
67:16 68:15
**desktop** 96:8,11
96:19 230:25
**desperately**
143:21
**despite** 163:25
**detail** 80:16
**detailed** 103:23
182:21 261:22
279:21
**details** 43:11
47:24 71:22
91:25 96:15
**deter** 112:3
**devoid** 148:4
**di** 302:11
**diagnosed** 19:19
**diagnosis** 19:22
**diagonally** 5:20
**dicker** 1:20 2:13
5:17
**dictionary**
118:22 119:6
**difference**
118:19 194:20
**differences**
118:2 171:12
**different** 10:17
26:15 37:23 54:2
67:13,13 72:18
85:14 103:2,12
117:22 118:21
128:8 157:6
159:19 163:2
165:23 172:5

187:21 188:8
194:11 213:17
237:8 238:6,18
238:24 259:4,6
259:10 260:14
260:15,17
261:19 262:19
268:13 271:9
278:17
**differentiation**
166:2
**differently** 15:8
15:19
**differs** 149:25
**difficult** 7:19
256:4 271:8
276:15,15,17,24
290:13
**difficulty** 216:5
**digit** 257:3
**digital** 72:12
148:18
**digits** 104:20
188:13
**digress** 248:16
**diligence** 140:15
**diminished**
246:16
**diploma** 67:11
**direct** 96:22,23
148:16 183:8
206:22 207:4
255:8,23 277:19
286:2
**directed** 135:17
216:18
**directions**
302:11

[directive - documents] Page 20

| | | | |
|---|---|---|---|
| **directive** 185:13 | **distinctly** 257:24 | 162:6,20 163:7 | 283:7,8,19,20,22 |
| **directly** 59:24 | **distributed** | 165:12,14,15 | 284:3,3,8,15,18 |
| 83:4 84:17 96:16 | 146:16 | 166:18 168:25 | 284:25 288:10 |
| 98:9 99:9 103:5 | **district** 1:2,3 | 169:2 179:23 | 288:13 295:24 |
| 107:15 108:5 | 4:20,20 | 180:2,5,8 182:14 | 296:4,6,10 |
| 116:25 121:25 | **divulge** 51:4 | 183:12,22,23 | 302:25 303:7,9 |
| 122:25 166:22 | **dmca** 72:6,14 | 184:23 185:6,7 | 303:17,21 304:9 |
| 167:13 218:21 | 73:6 82:12,17 | 186:6,9,14 187:6 | 304:11,13,16,18 |
| 255:14 283:4 | **doc** 107:22 | 187:9 195:14,19 | 304:20,22,24 |
| 291:9 301:16 | **docket** 100:5 | 196:3 197:19,20 | 305:2,4,6,12,14 |
| **disagree** 57:20 | **doctors** 294:18 | 197:25 201:17 | 305:16,18,20,22 |
| 57:21 | **document** 9:14 | 202:11 203:8,14 | 305:24 306:2 |
| **disaster** 20:7 | 9:16,17 63:9,15 | 208:18 210:11 | **documented** |
| **discern** 192:4 | 63:17,18 78:5 | 210:16,22 | 41:13 43:5 69:15 |
| **disclaimer** 216:8 | 79:20 83:22 | 212:16 221:2,15 | 89:6 96:16 |
| 216:11 | 85:20 86:14,17 | 222:20 223:5 | 100:17 104:5,22 |
| **disclosed** 285:14 | 86:23 87:4,11,12 | 224:8 227:24 | 105:18 106:16 |
| **discovered** | 87:13 94:11,12 | 230:10 231:11 | 106:22 114:23 |
| 133:21 | 94:16,23 97:8,9 | 232:14 234:24 | 114:24 136:17 |
| **discovery** 173:14 | 98:3,11 100:9,18 | 235:4,20,24,25 | 183:4 197:13 |
| 177:18 186:23 | 100:19,25 | 237:14 240:5 | 203:23 257:8 |
| 241:23 | 101:24 104:16 | 242:15,20 | 258:5 |
| **discrepancy** | 106:7,11 113:4,7 | 250:25 251:22 | **documents** |
| 169:23 | 113:15 114:8,10 | 252:5 253:10 | 11:15 29:12,14 |
| **discuss** 53:2 | 114:13,14 | 264:8,12,25 | 29:16,20,22,24 |
| 248:22 | 120:18 121:4,18 | 265:3,13 266:25 | 30:7,10,13,20,23 |
| **discussed** 166:15 | 122:24 123:8 | 268:6,15,20 | 30:25 31:7,12,23 |
| **discussion** | 125:23,24 126:2 | 269:5,14,15,19 | 31:24,25 32:3,6 |
| 102:13 | 126:3,4,7 133:20 | 270:5 271:6,19 | 32:8 39:18 67:12 |
| **display** 199:5 | 133:22 135:20 | 272:12 273:17 | 78:18 85:14 94:5 |
| **displayed** 145:19 | 135:23 136:11 | 273:22 274:5,6,7 | 98:4,8 99:17 |
| 198:16 201:7 | 138:11,11,20 | 274:8,18 275:18 | 100:10 101:20 |
| **displays** 199:14 | 139:7,24 143:19 | 275:21 276:6 | 102:19 103:18 |
| **dispute** 132:15 | 145:25 146:2,4,8 | 277:15,16 | 105:23 106:2 |
| 132:20 | 150:2 155:17,22 | 278:13,24 279:4 | 125:10 144:16 |
| **distinction** | 155:23,24 | 279:5 280:12,20 | 145:17,22 146:3 |
| 237:17 | 156:20,22 157:5 | 280:25 281:9,18 | 146:6 152:21 |
| | 158:5 159:13,13 | 281:24 282:7,9 | 153:13,17 |

**[documents - eai]** Page 21

156:24 160:15
160:18,20
162:22,23 163:3
163:8 166:2,16
173:17 177:18
179:20 186:5
202:9 208:3
209:4 228:2,12
231:20 235:17
237:14,16
238:23 239:18
250:11 251:24
252:16,24
270:15 283:25
287:17 288:4
296:12 305:9
**doing** 23:16
30:23 74:19
88:12 113:19
158:17 179:2
191:14 204:12
241:8 259:9
**domain** 48:9
177:25
**dot** 117:20,21,21
**dots** 120:13
150:2
**double** 184:12
294:7
**downloaded**
216:15
**dozen** 24:20
**drag** 153:10
**dragged** 230:25
**draw** 13:2
**drawing** 66:16
**drink** 17:2

**drinking** 143:9
**dropped** 187:23
230:25
**drugs** 17:7,8
**dual** 127:10
**due** 12:4 75:20
140:14 186:2
240:12,21
**duff** 2:4,10 5:25
5:25 102:8
133:24 153:14
294:10 295:2,3
295:21,23 302:8
**duly** 6:8 20:6
41:12 104:5,22
105:18 106:16
114:23,24
134:16 145:3,11
182:18 183:3
201:17,20
203:22 209:10
219:8 251:13
257:8 267:19,22
285:11 293:2
301:10
**duplicate** 233:11
**duplicitous**
124:12

---
**e**
---

**e** 2:2,2 6:7,7 27:9
39:7 45:8,12,14
46:4,7,8 47:6,8
47:13,15,18,23
48:5,12,15,17,24
50:22 51:6,9,10
51:14,21 52:8,12
52:14,16,23 53:7
54:12,18,18,21

55:2,13,18,21,24
56:2,6,14,16,17
56:20,22 57:2,12
58:13,23 59:6,10
59:11,19 60:2,8
60:9,14,17,21
105:15,16 109:9
109:13 112:21
120:7,8 132:19
150:21 152:7,13
152:17 153:15
153:16,19,20,22
155:2,2,5,5
157:14 158:18
158:21,21,23
159:2,3,5,6,10
159:14,14,15,16
159:22,24
160:20 163:14
163:17,19,21,23
164:3 165:5
171:13 176:4
178:15,18
179:11,14,17
181:11,14,14,15
181:15,20,21
182:13,13
187:10 188:22
190:2,4 192:4
205:22 206:21
207:5,11,14,17
207:22 208:5,8
208:22 209:5,6,8
209:12 212:10
212:11,23,24
213:8,15,19
214:7,12 217:5,7
217:9,10,13,20

218:2,4,6,10,11
218:12,14 219:3
220:22 222:15
223:8 226:23,24
227:10,15,21,22
228:7,9,16,19
230:3,13 231:16
231:17,19,25
232:22,23 233:2
233:7,11,12
234:6,8,12,13,16
234:17,25 236:6
236:20,22
237:15,18,25
238:2,9 239:11
243:6,7,8 255:12
256:21 257:8
258:13 259:18
259:20 264:20
264:21 265:2,3,8
265:9,10,14,22
265:25 266:3,7,8
266:17,19
267:11,14,18,20
268:14,18,19
272:16,16
295:18 296:8,13
300:4 301:2,2
302:4,20
**e1** 86:24
**e2** 85:16,21
303:9
**eai** 60:3 108:6
150:15,16,24
151:2,19,23
153:14 177:5
295:25 296:5
306:3

**[earlier - entered]**                                                    Page 22

**earlier** 13:21 25:13 56:21 79:5 122:23 189:22 190:15 191:17 206:19 208:25 217:12,24 218:3 235:15 246:16 258:17 262:10 272:15 286:11 292:20 297:10
**early** 130:23
**earning** 289:19
**ease** 11:13 16:18
**easier** 84:3 101:8 101:9
**east** 1:20 2:16 4:23 9:18 10:9
**ebay** 60:10 91:17 102:24,25 103:7 103:10,11 104:2 104:3,7,10,11,17 104:19,21 106:18 112:4 121:7,7,15 122:18 123:2,6,9 123:15,18,24 124:9,13,24 126:17 127:7,21 128:10,19 129:4 129:8 133:7,25 134:2,3,7,10,12 134:16,17,18,22 134:24,25 135:5 135:6,7,9,12,17 136:12,17 137:17 138:3,25 139:10,19,23 140:17 141:14

142:4,12,20 143:24 149:16 156:8 163:24 164:2,2,7 166:4 166:4 172:6 173:6,17 179:23 180:2,5,10,18 181:9 187:3,8,10 187:10,11,16,19 187:23,24 188:3 188:8,14,16,21 189:15,23 190:5 191:9,16 192:11 192:17,19 193:4 198:21 227:18 251:12 277:13 277:24
**ebay's** 135:2,2 164:2 190:8 199:7,25
**ebay.com** 190:3
**ed** 67:6
**edelman** 1:20 2:13 5:17
**edit** 106:5
**edited** 76:11 78:12
**editing** 76:15 78:22 79:2,11 303:4
**editor** 76:14,23 77:5,7 78:7,16 79:4,7
**education** 61:12 65:18,22 66:2,4 70:5,6,7
**effect** 3:15 20:5

**effective** 219:20
**effort** 157:11,14 185:19,20
**eidetic** 20:4,9,18 211:4
**eight** 12:18 144:2,8 157:12 188:13
**eighties** 61:24 64:6,9 130:23
**eileen** 285:16
**either** 43:5 51:25 52:24 71:12 74:5 78:13 83:3 107:14 108:4 116:24 119:2,11 143:13 158:8,12 158:18 166:21 167:12 202:2 204:5 206:4 230:24 237:11 239:13 257:8 261:10 283:4
**electric** 26:7
**electricity** 25:12
**electronic** 98:16 101:3 230:13,18
**electronically** 98:15,19
**ellen** 78:13,17 79:6,7,10
**elongated** 198:8 219:19 276:18
**elser** 1:19 2:13 4:23 5:16 6:25 9:18 250:5
**emanated** 122:22

**embarrassed** 64:23
**emergency** 299:3
**emotionally** 92:3
**emphasis** 232:24
**employ** 245:16 301:18
**employed** 11:24 12:3,4,9 13:5,11
**employee** 103:5 134:10 182:7
**employer** 12:12 12:14
**employers** 186:3
**employment** 12:11
**en** 13:3 83:4 107:14 108:4 116:24 166:21 167:12
**encourage** 145:10 147:15 198:3 200:2
**ended** 105:12
**ends** 117:14,20 120:12
**endure** 14:8
**endured** 240:22
**engine** 259:12,16 259:24
**enlarged** 135:19
**enlargement** 137:13
**ensure** 138:24
**entail** 299:16
**enter** 205:25
**entered** 67:2 112:12 181:21

**[entered - exhibit]**

201:20,21

**entertain** 247:20

**entire** 84:21
94:10,13 262:14

**entirety** 93:17,19
140:5

**entitled** 58:4,6
58:11 199:16

**entity** 173:23

**entries** 188:20
188:21 189:13
189:14

**entry** 173:5
177:5 190:7
223:20,23
225:15 229:10

**ercole** 67:24

**ergo** 141:4
289:14

**errata** 8:20
307:1

**error** 204:9
227:8,9 261:10

**esq** 2:10,18,19

**essentially** 259:9

**establish** 262:21

**estate** 1:9 2:6 6:2
95:10 122:9,16
123:3 124:19
125:3 126:16
127:6,20 128:9
128:19 129:4,7
133:7 138:2,24
147:22 164:16
164:20 175:7
176:9 203:18
255:9,14 295:5
307:2

**et** 4:19 307:2

**event** 19:5 92:2

**events** 22:10
40:21 41:10,21
42:8,20 43:18,22
43:23 44:2,3

**eventually**
157:14 288:9

**everett's** 224:18

**evidence** 78:10
78:14 84:20 94:4
102:6 105:14,19
111:11,13
121:16 123:24
124:5,8,19,25
129:14 131:21
132:15,17,20
133:4,17,24
134:4,7 139:13
139:15,18,22
141:3,4 142:5,8
142:9,10 144:13
144:15,18,21
145:4,7,10,14
147:17 149:19
149:22 150:5,8
156:3,12,17
159:12,17,19
162:4 163:24
169:24 170:3,12
170:13,13,18
171:14 172:12
173:12,15,19,19
173:25 174:10
177:14,20 178:7
179:10,18,21
180:15,23 181:2
181:5,6 183:24

189:11 201:8,19
207:15 208:21
211:2 212:25
214:15 227:24
227:25 228:4,13
230:16 242:10
256:25 257:2
273:20 279:13
279:14 282:22
289:21 292:12

**evident** 241:6

**evolve** 58:7

**exact** 15:23 30:4
35:13 94:7
101:23 109:18
109:19,20,21,21
109:21 110:16
111:14 134:19
158:19 212:8,9
265:24

**exactly** 96:13
110:13,22
184:14 191:15
270:18 292:6
299:5

**examination**
6:12 9:23,24
155:9 241:15
250:2 294:25
302:5

**examined** 6:9

**example** 14:16
15:14 21:9,10
29:10 68:14
260:23 270:23
290:4

**exception** 174:20
174:21

**exceptions**
174:21

**excuse** 111:23

**exhausting**
249:17

**exhibit** 4:3,5
8:10 9:11,13,19
29:18,19 63:8,9
63:14 71:8 72:21
78:21,25 79:15
79:19 83:22
85:15,16,19,20
85:21 86:6,13,17
86:24 87:3,4,8
87:10 91:3
104:16 106:8
107:19,20,22,24
108:21 109:6,16
109:17,18
111:19 112:21
112:21 114:5
125:12,16,22
131:11 135:21
138:13,22 141:8
142:19 149:9
154:2 155:15,17
155:21 164:4
165:5,6,10,11,17
166:8,24 167:4
167:10,14
168:16,24
175:10 180:5
183:12,21
184:23 185:3,14
186:5,8,13
189:12 195:14
195:18 201:8
203:6,8,13

206:17 210:11 210:15 212:14 212:16,20 214:20 220:25 221:2,14,17 223:4 232:13,14 233:17 236:2,8 236:15,16 237:6 238:8 239:16 240:5 242:15,19 250:9,10,23 251:6,7,21 264:8 269:4,5,9 273:17 273:23 274:25 275:2 278:24 280:10,12,16 281:18 284:15 295:24 302:23 302:25 303:3,5,7 303:9,9,12,17,21 303:24 304:6,9 304:11,13,16,18 304:20,22,24 305:2,4,6,8,12 305:14,16,18,20 305:22,24 306:2

**exhibiting** 13:8

**exhibition** 71:4 91:4 291:17

**exhibitions** 65:18 241:8 245:20

**exhibits** 31:18 65:18 175:10 302:22 306:4

**exist** 100:22 171:7

**existed** 184:14 270:21

**existence** 48:7 239:5

**exists** 94:18 271:23

**expand** 243:15 245:23 279:11

**expanded** 137:14 170:19

**expansion** 96:14

**expect** 135:13 152:4 235:7

**expense** 52:5

**expenses** 27:24 28:13,15 74:12

**experience** 104:9 143:9

**experienced** 220:19

**experiences** 173:20 220:20

**expert** 285:17 286:6

**expertise** 140:21

**expires** 300:21 307:25

**explain** 7:11 10:3 102:18,20 113:11 230:22 232:20

**explained** 36:15 137:16 187:25 191:17 246:16 248:23 261:14 268:17

**explanation** 109:3 140:6

273:8

**expressed** 108:15

**extended** 143:20 241:7 290:9

**extent** 8:23 57:21 58:2 179:16 277:5 294:16

**extenuating** 17:22 23:15,18 24:6,9

**external** 120:20

**extreme** 20:19 274:21

**extremely** 182:21

**f**

**f** 155:2 301:2

**facetiously** 176:2

**fact** 16:5 54:19 68:12 94:8 109:3 112:20 123:22 127:19 133:5 171:12 173:5 199:14 231:8 246:12 248:7 249:7 276:24 285:16 286:5,7

**factors** 49:25

**facts** 7:4 16:3 42:24 43:3,14 44:17 52:25 53:15 54:5,7 58:25 59:13 147:23

**faded** 224:3 283:24,25

**failed** 255:12,19

**fair** 8:3,7,8 9:9 43:2,10 48:22 65:16 177:16,17 258:15 261:25 262:4,5 263:22 273:12

**fairly** 74:24 186:21

**fake** 59:17 70:16 83:7 91:6 93:13

**fall** 260:8

**false** 57:19 65:15 72:9 81:18,24 102:22 127:5,13 128:15 140:10 140:23 142:7,13 142:24 148:2 157:9 190:9,10 192:5,15 209:15 219:15,20,23 220:13,15 240:22,24 244:2 244:3,20 245:12 249:3

**falsely** 119:25 146:15,22 277:4

**falsification** 54:24

**falsify** 215:13

**familiar** 5:20 18:11 69:14 132:7,8 232:18 250:25

**family** 297:10 299:2

**family's** 11:21

**[far - forget]**                                                                     Page 25

**far** 60:16 61:25 175:5 184:7 191:19 281:10
**farmer** 2:19 5:19 250:3,5,21 253:3 253:9 264:6 268:24 269:23 270:24 278:22 281:16 284:6,13 292:8 293:17 294:8 295:20,22 302:7
**fashion** 66:17 220:23
**fast** 219:20 278:20
**fatigue** 274:21
**fatigued** 286:10 293:10 299:22
**feasible** 152:5
**featured** 126:20
**february** 30:3 157:16 160:13 178:8 182:19 183:7,8 185:24 223:7 225:8,13 225:14 226:5,9 226:13 227:10 227:22 228:6,8 228:19,22,25 230:3,14,21,22 230:23 231:3,7 231:12,16,23 258:22 260:25
**feedback** 77:23 77:25
**feel** 16:18 34:2

**fellow** 88:8
**felt** 185:25
**ferry** 18:10,15 18:18,22,25 19:7 49:21 50:4,16 244:7,8 247:16
**fifth** 252:12,23
**figure** 11:14 98:22 120:22 164:24 192:24
**file** 47:24 94:2 172:13,14
**filed** 4:19 32:3 93:24 94:15,23 97:11 98:5,20 106:9 113:4 126:8,9 138:12 138:14
**files** 20:16 21:7 99:12 162:7
**filing** 3:6 32:8 94:20 97:19,21 98:10,12,14,16 99:4,5,6,9,18,21 112:21
**filings** 101:23 295:18 296:10
**fill** 265:6 266:5 289:14
**filled** 265:21 268:20 288:7,25
**final** 104:7 294:13
**finally** 86:22
**financially** 5:6
**find** 15:16 37:12 71:8 87:21 88:17 90:10 92:14 94:9

99:16 111:17 123:3 155:25 162:8 163:7 202:9 205:20 235:7 237:4 239:12 251:12 256:20 261:17 287:25 299:10
**finding** 49:12 157:4 258:5
**fine** 53:6 62:3 63:25 64:11 66:6 66:11,14 69:19 92:25 171:24 232:9 241:22 259:14
**fingertips** 294:6
**finish** 7:23,24 57:24,25 103:17 103:20 120:3,12 123:14 153:25 170:15 299:24
**finished** 61:15 222:3 251:17,18
**firm** 5:16 101:10 104:25 173:15 188:7 243:15 270:21
**first** 6:8 27:5 46:10,13 65:21 71:8 76:17 79:6 82:19,21 88:24 89:14,15,16,24 90:22 108:2 109:12 114:9 116:20 151:3,15 166:11 172:20 172:23,23

175:11 177:12 178:10 183:8 187:2,6,7 197:3 211:9 219:22 229:18,23 230:6 243:19 244:15 251:2 253:16 254:24 256:3 286:19 288:3
**five** 38:24 116:23 155:13 166:11 202:24 224:10
**flat** 78:22 79:2 303:3
**flaws** 120:8
**floor** 294:12
**fluid** 286:11
**focused** 93:25
**folded** 97:6,17 97:24 98:23,24 99:9,13,19 239:3
**folk** 274:22
**follow** 255:15 285:15
**followed** 210:5
**following** 9:22
**follows** 6:10 155:7
**font** 236:12,23 237:2,22 238:15 238:18,18,19,22
**foot** 243:18
**footer** 296:18,20
**force** 3:15
**foregoing** 301:7
**foremost** 251:2
**forget** 15:13 16:3

**[forgetting - given]**

**forgetting** 14:14 14:19 15:3,18,22
**forgot** 10:4 14:17 21:11
**form** 3:9 75:25 101:2 213:25 265:6 266:5 287:20 288:4,7 289:15
**formal** 7:20 62:12,19 64:2 70:6,7 130:3,5
**format** 237:20 257:3 270:17 289:12
**formatted** 289:13
**former** 204:20
**forms** 172:11 173:15 219:16 219:17 255:11 288:19,25 289:5 289:9
**formulation** 52:20
**forth** 103:3 159:13
**forward** 102:23 243:18 253:19 270:20
**forwarded** 297:2 297:4
**found** 31:4,7 70:16 81:24 87:16,17,19,22 87:25 88:3,10 93:12,13 94:13 95:22 102:22

132:11 138:23 149:11 158:7,18 162:24 234:19 251:15 254:23 260:12 273:6 287:24 288:9
**foundation** 91:12
**four** 6:18 14:4 30:15 59:6,10 60:15 85:14 117:14 131:9 144:9 154:4 188:8 189:17 224:10
**frame** 53:4 124:3 277:14 286:9 293:4
**france** 67:24
**frankly** 287:24
**fraudulent** 143:25 181:21 200:11 201:2
**fraudulently** 233:23
**free** 206:15
**freelance** 78:22 79:2 303:4
**freeze** 81:20
**frequented** 291:5
**friday** 206:21 208:9
**friend** 87:22 91:16 151:22 290:18
**friend's** 42:11,13

**friends** 11:21 32:13,15 51:5
**front** 84:24 121:19 122:2 126:19 127:21 129:5 137:22 268:15 284:5
**frozen** 75:19
**fruit** 75:14
**frustrating** 172:12
**full** 70:2,2 99:22 101:5 102:4 137:21 149:24 199:6,12
**fully** 28:24 29:2 31:19 211:8
**functions** 26:22
**furnished** 285:18
**further** 3:8,12 128:13 155:7 301:14

**g**

**g** 46:9,10,14,18 46:22 47:2,5,15 47:20 48:6,7 50:25 51:9,23 52:8,9,11,13,15 53:8,14,23 54:4 55:9,11 58:18,22 58:23 59:9,10 152:12 264:22
**gain** 204:24 205:5 215:18
**gall** 209:12
**galleries** 291:2,5 291:9

**gallerists** 291:8
**gallery** 13:12 290:23,23
**gaps** 100:11 210:20
**general** 6:17 16:4 17:2,9 18:2 30:22,24 118:15 206:9 216:23 253:23 254:2 261:4
**generalization** 38:25
**generally** 205:4 206:7
**generate** 95:20 239:18
**generated** 265:13
**genuinely** 215:15
**getting** 10:6 58:7 159:2 193:7 243:11 286:10
**gifted** 126:21 177:2
**give** 21:9 29:10 34:9 40:13 47:12 53:10 68:11,12 71:22 87:8 115:20 123:12 125:5 127:25 143:17 218:17 218:17 233:12 284:24 296:15
**given** 8:19,20 39:8 50:19 55:9 59:7 85:13

**[given - handmade]** Page 27

101:11 103:3 104:6 210:21 219:18 222:15 246:10,12 247:24

**gives** 96:4 282:18

**giving** 33:20 52:25 53:15 54:6 54:7 57:12 58:25 59:13 124:3 216:9 293:7

**glasses** 9:20 65:6 155:25

**glauberson** 2:23 4:25

**gleaned** 125:6 139:11 149:16

**glitch** 73:9

**globally** 290:8

**go** 4:15 23:7 32:19,23 52:4 54:2 69:21 71:7 71:25 84:23 89:11 94:2 99:16 102:8 103:18 107:16 109:14 111:18 116:13 116:22 117:11 134:17 135:9 137:24 141:12 161:5 163:15 170:15 192:7 197:2 199:3 216:3 221:5 222:6 228:4 233:17 237:5,7 238:16 252:9

253:18 259:20 265:5 267:6 268:10 286:25 288:3 289:23 299:20

**goals** 243:21

**godaddy** 279:6

**goes** 180:7

**going** 4:9 8:4 9:19 12:18 16:12 16:17 23:17 43:14,16 44:24 49:10 54:9 60:12 61:5,25 66:25 68:4 83:18 85:7 91:18 93:21 102:11 109:14 114:4,7 131:4,11 135:14 137:24 143:2 145:8 146:25 148:3,22 154:4 160:25 169:20 187:22 189:6,6 191:19 200:17 202:15 202:15,22 214:8 221:7 232:19 239:8 241:13 249:18,21 250:16 253:4 265:17 271:23 278:3 285:9 293:20 300:10

**goldstein** 290:3

**good** 4:8 5:14 16:7,10 113:8,9

**goodwilly** 56:8 56:15 290:20

291:11

**goodwilly's** 291:15

**google** 91:19,21 91:22 92:6,9 96:17 158:12 183:24 223:10 231:3 256:24 257:3,12,14,18 257:22,24,25 258:11 259:8,12 259:15,23,24,25 260:23 261:2,2 261:12 262:17 262:18 263:17 270:6,11 271:14 273:10 275:2 279:12,13,14

**google.com** 259:4

**googled** 91:17 93:2,5

**googling** 263:18

**graduate** 64:10

**graduated** 62:3 64:7,16,16,20

**graduation** 67:18

**grant** 173:22

**grateful** 140:3

**gray** 202:15,15

**great** 157:11,13 164:23 185:19 185:19 214:16 255:3

**greater** 204:24 205:6

**greatest** 245:20

**greg** 105:15 157:15 182:20 212:11

**gregory** 185:22 200:3

**ground** 6:24

**group** 12:13,21 161:14 291:16

**growth** 108:13

**guesstimate** 274:14 278:2

**guesstimating** 274:11,17

**guesstimation** 218:18

**guggenheim** 285:16,18 287:3

**guide** 191:5

**h**

**h** 302:20

**half** 221:18

**hand** 72:22 95:15 97:7,25 111:20,20 114:23 117:11 137:2,7 156:7 183:18 230:20 233:19 235:17 236:14,15 239:8 243:2 267:23 281:14 283:17 301:21

**handed** 252:6

**handing** 252:7,8

**handmade** 274:21

**[hands - images]** Page 28

hands  7:18
handwritten 79:23 80:6
happen  131:22 261:6
happened  13:23 15:19 92:2 124:13 226:20 248:12 249:14 258:13,22 259:19
happening 263:24
happens  15:25 15:25
happy  9:5
hard  65:5 115:24 115:25 162:9
head  7:17 19:14 240:13
headache  240:14
headaches 240:13,14
header  296:18 296:20
healthcare 294:20
hear  7:6 297:12
heard  80:20 287:11
hearing  89:8,17
heart  116:17
hefty  246:11
held  1:19 64:13
help  16:18 34:4 289:11
helped  117:25

helps  248:8
hereinto  9:19
hereunto  301:20
hexagon  75:14
hexagons  75:14
high  62:12,16,17 62:22 64:3,4,16 64:17,19,20 66:8 67:3,5 130:7,8 130:20
highest  61:12
highlighted 107:12 108:8 109:5 110:16 134:11 166:13 166:15,17 201:23 283:9
highly  18:13 130:14 167:21
hired  78:7 80:24
history  152:4 197:5
hit  19:13,15 135:10,11
hitting  205:24
hmm  73:21 218:16 284:12
hold  70:18 156:2 184:4 203:15 233:9
holding  70:22
hole  196:14
holiday  287:10
home  52:18 175:11 285:5 297:9
homes  11:21

homework 293:20
hope  31:15 204:25 242:7 248:8
hoped  29:14 31:14,16,18
horror  178:12
host  177:25
hosted  91:5
hour  187:20
hours  16:25 17:3 17:6,10,14
house  191:4 199:7
houses  140:16,17 190:23 198:22
hp  37:10
http  200:24 282:17
huge  136:24
human  15:12 44:20
husband  80:13
hyperlink 136:10 216:16 224:16 267:15
hyperlinked 134:24 135:5 137:12 140:14

**i**

idea  121:14 172:18 199:21
identification 4:7 10:4 14:17 21:10 63:11 78:23 79:17 83:24 85:23

86:11,21 87:6 125:19 155:19 165:8 168:18 183:14 184:25 186:11 195:16 203:10 210:13 212:18 221:4 232:16 240:7 242:17 250:14 264:10 269:7 273:19 279:2 280:14 281:20 284:17 296:2
identified  52:14 55:12 60:16 186:6
identify  131:18 138:9 253:16
identity  15:23
ignoring  215:19
illegal  17:7,8
illustrates  72:21
illustration 66:17
image  73:12 108:15 116:4 137:5,11,12 184:2 275:19,19
imagery  71:23 83:3 91:3,5 107:13 108:3 109:4 112:10 116:24 166:20 167:11 172:21 173:2 275:25
images  72:5 73:13 136:9 223:24 275:14

**[images - instructed]**

275:20 291:13
**immediate** 47:25
   187:11,12
   253:20
**immediately**
   92:13 231:22
   273:5 276:14
**impact** 290:12
**impersonate**
   150:14
**important** 15:13
   20:17 178:19
**importantly**
   164:25
**improved** 15:25
   17:22 50:15
**inability** 240:23
**inaccurate** 246:3
   246:5
**inadvertently**
   257:9
**inappropriate**
   200:11 201:3
**inbox** 267:8
**incident** 70:21
   72:6 240:10
   241:3 290:17
**include** 100:9
   140:16,17
   229:10
**included** 43:8
   139:10 143:18
   146:23 149:16
   222:20,24,24
   223:7 226:23
   227:9,12 291:16
**including** 211:2
   296:9

**inclusion** 71:3,23
**income** 11:25
   13:7
**incompetency**
   261:11
**inconclusive**
   256:8,11,14
**incorrect** 103:3
   120:8 122:5
   123:20,20,21
   128:15 143:23
   143:23 148:4
   149:8 171:3
   199:13 236:9
**incorrectly**
   127:10,11
   174:22,23
   175:22 219:18
**incorrectness**
   164:22
**incur** 249:15
**indicate** 98:18
   107:2,4 110:21
   115:16 122:21
   143:5,6 151:13
   164:19 173:8
   222:23 283:16
**indicated** 14:22
   79:5 147:11
   151:8 220:8
   235:17 277:9
**indicates** 96:25
   98:20 107:5
   117:15 141:14
   173:10
**indicating**
   107:22 141:6
   170:4,24 201:8

225:20 236:3
   277:10 284:5
**indication**
   106:25 271:20
**indirectly**
   301:17
**individual** 21:16
**individuals**
   152:4
**infancy** 79:24
   276:18
**influence** 105:24
**info** 297:6
**inform** 143:22
**information**
   37:8 39:17 43:9
   65:3,17 70:9,11
   82:13 103:3,11
   105:9,10,21
   121:19,20 122:5
   123:4,19 128:24
   133:15 138:23
   139:9 142:24
   143:19,22,24
   146:16 149:4,7
   149:11,15,20
   150:4 151:4
   167:24 171:3
   172:11 175:6
   180:17 182:25
   184:10 191:7,10
   192:23 196:11
   197:5 198:7
   200:12 201:7
   205:3,17 209:16
   213:7 218:4
   219:6,17 220:14
   236:10 241:24

244:2,3,20
   245:12,16,19
   256:7 257:4,19
   260:18 261:8
   265:21 268:21
   293:7 294:6
   300:2 302:10
**informed** 102:24
   103:6 128:16
   134:10 182:22
   182:25 206:9
   215:21 216:24
   285:19
**infringement**
   148:17
**initial** 22:3 128:5
   157:4 293:3
**initially** 89:10
   245:15
**injured** 19:9
**injuries** 240:21
**injury** 17:17,20
   18:5,8 19:12,17
**inquires** 172:6
**inquiry** 178:2
   299:12,15,16
**insert** 222:25
   300:6 302:12
**insisted** 247:7
**inspect** 129:15
**inspected** 126:18
   129:11,11
**instantaneously**
   184:9 262:23,24
   268:8
**instruct** 55:21
**instructed** 288:8

**instructions** 105:13
**instructs** 279:12
**integrity** 148:5 220:15
**intelligence** 191:18
**intend** 219:24
**intending** 101:24
**intention** 219:8
**intentionally** 177:15 179:22 180:16 181:7 257:9
**interested** 5:7 198:4 220:8 289:23 301:16
**interject** 117:17
**internet** 14:6 39:7 57:10 65:15 70:17 81:19,24 83:7 87:16,17 88:11,12,20 89:11 90:3,9 96:24 102:22 104:4 105:22 106:16,22 134:22 140:2,10 144:7 158:8 163:15 164:24 190:8 192:6,25 205:4 219:21 231:4 234:15 235:18 237:18 237:20 243:25 245:12 255:6,10 255:11,19 256:2 256:5,12,15

257:5 258:8 262:13 272:19 279:19 283:10 287:19 290:5,7
**interpret** 209:20
**interpretation** 209:21
**interrogatories** 250:12 251:24 305:10
**interrogatory** 252:11,15,21 253:12,14 285:13
**interrupt** 189:4
**interruption** 233:25
**intervening** 263:4
**interviewed** 272:4
**intricate** 257:6
**introduced** 150:19 151:16 187:6,9
**invest** 209:9,12 209:14,18,23 210:7
**investigated** 140:7
**invoice** 78:21 79:2 303:3
**invoke** 257:21
**involve** 58:4
**involved** 24:11 286:19
**involvement** 123:19

**ip** 190:4
**ireland** 69:9,12
**irrefutable** 133:5
**irrefutably** 213:25
**irregardless** 158:24
**island** 18:9,15,18 18:22,24 19:6 49:21 50:4,16 62:18 71:4 247:16
**issue** 27:6 60:11 65:13 103:10 136:3 142:18 276:23 299:4
**issues** 14:11,13 18:3 248:23 249:7
**italian** 91:4 224:12 229:19
**italy** 12:14,16,20
**item** 104:20 196:4,6,9,16,17 196:20 199:9 200:9,10 202:12
**items** 122:18 160:24 197:6,6 199:6 205:3 226:3 243:19 277:12,14,23,25

**j**

**j** 2:10 290:23
**jana** 2:19 5:19 229:20 231:23 250:5
**jana's** 230:6

**january** 105:2 105:14 124:21 150:16 151:3,16 153:2 181:16,18 182:5,14,15 185:23 196:12 196:13 202:12 206:21,22 207:18 208:5,9 211:19,22 212:5 212:7,9 213:19 213:22 218:19 222:21 233:3 234:3 235:8 238:9 254:9,18 254:25 255:2 262:10 263:11 295:11
**jar** 151:25
**jason** 181:12 256:22 257:10 257:19,20,25 258:24
**job** 277:20
**journal** 188:20 189:13
**judge** 52:4,4 241:21 247:11 247:13
**july** 125:4 243:8 243:12
**june** 126:9,11 138:14 162:24 234:7,19,20,23 234:25 235:12 236:23 252:3,7 262:6 272:4

**[k - lengths]**

| k | | | |
|---|---|---|---|
| **k** 85:19 112:21 232:24 | 70:10 75:16 81:2 83:12 84:13 87:19 88:10,17 88:20,24 89:3,21 90:13 91:25 92:9 93:6,22 95:6 96:9,14,21 97:6 97:24 106:4,7,11 106:21 111:21 114:25 115:5,7 116:16 120:6,11 127:11 128:14 129:6,8,10,17 134:6 138:10,11 141:20 143:16 147:4,10 150:9 150:10 151:22 152:10,11,16,25 153:5,9 156:11 156:14 157:20 159:10 161:4,6 163:17,25 171:22 172:12 172:15 175:20 178:6 179:13 188:18,19 191:15 193:6 195:25 198:13 199:23 202:7 204:3,10 205:8 205:19 206:16 209:7 214:5 218:3 229:2 241:13 242:11 243:17 247:2,12 248:12 256:4,5,6 259:20,21 260:13 261:19 | 262:22 263:23 269:18,20 270:20,25 271:10 274:8 277:22 280:3,7 281:12 285:4 287:10,14 288:20 291:5 294:9 299:2,9 | 30:18 40:21 42:21 71:13 151:5 160:16,19 161:3,8,15 177:4 240:11 241:2 246:10,20 |
| **keep** 20:16 21:17 22:3,7,11,13,17 23:11,22 24:14 25:3 26:25 27:4 27:7,10,25 28:3 28:6,11,16 98:4 106:5 144:25 188:4 189:5,7 263:4 288:6,21 293:3,9 | | **knowing** 286:23 | **lawyers** 246:13 |
| **keeping** 21:19 | | **knowingly** 177:15 179:22 180:16 181:7 | **lay** 91:12 |
| **keeps** 178:13 | | **knowledge** 16:23 45:9 52:22 57:11 70:8 181:6 187:18 203:23 259:3,6 282:16 289:13 | **leading** 198:21 |
| **kept** 27:14,22 68:9 158:25 188:15 215:19 272:18 | | | **league** 68:3 |
| **keys** 15:23 | | **known** 20:3 132:2 | **lease** 11:9 |
| **kind** 18:7 20:2 21:7 22:21 24:9 35:3 206:15 219:3 244:3 272:8 | | **knows** 119:3 144:9 286:15 | **leased** 11:18 |
| **kinds** 21:25 | | | **leave** 197:14 222:22 300:2 |
| **kinkade** 224:17 274:22 | | l | **leaving** 207:18 |
| **kirchman** 81:3 | | **l** 181:14,15 | **led** 277:12 |
| **knew** 205:6,9 | | **label** 161:22 | **ledger** 27:24 28:2,5,7,12,14 28:20 29:5 74:11 74:12,14,19,21 75:2 |
| **knot** 232:25 | | **labels** 112:25 | |
| **know** 9:16 11:10 32:18 33:25 34:2 34:12 41:15 43:22 50:3 52:18 53:25 56:17 60:24 65:10 66:13 67:2,8 | | **lack** 133:4 142:8 186:2 210:2 | **ledgers** 74:18 189:14 |
| | | **lacking** 141:2 | **left** 5:19 19:14 66:20 68:24 72:22 75:8 97:7 97:25 111:20 117:11 137:2,7 156:7 233:19 281:14 |
| | | **lacks** 220:16 | |
| | | **late** 48:7 130:23 162:24 | |
| | | **latest** 245:20 | **legal** 161:13 173:23 |
| | | **law** 2:4 5:16 104:25 270:21 | **legend** 235:11 |
| | | **lawsuit** 7:4,4 11:11 12:5 30:15 | **legible** 94:10 |
| | | | **legitimate** 91:6 |
| | | | **length** 11:19 |
| | | | **lengths** 255:3 |

**[letter - look]**                                                                     Page 32

**letter** 79:15,22 119:20 161:16 161:18 285:18 289:21 303:5
**level** 61:12 140:21 191:17
**liability** 216:8,11
**library** 40:18 41:14,16,20 42:6
**license** 25:10 173:24 198:15 200:4,6,8
**licensed** 137:15 144:23
**licensee** 198:21
**licensing** 137:19
**life** 57:9 108:12 110:6,11,12,14 116:19 147:23 178:13 211:4 232:4
**lift** 255:7
**light** 143:6 275:19
**likes** 153:18
**limiting** 128:20
**line** 82:20 110:15 110:17 116:20 213:14 307:5
**lines** 116:13,23 116:23
**link** 88:20 104:9 158:8 192:5 226:14,17,18,21 227:13 243:25 251:12 254:23 255:4,13,20 256:2,5,15,19

257:7 259:2 270:7 272:8 279:12 283:4
**linked** 188:25 226:10 272:7,7,8 274:23 278:18 282:6 283:5,11 284:20
**links** 153:23 245:25 251:10 270:4 274:12,14 274:21,23 275:8 275:9,20 278:4 282:5 283:10
**list** 74:15 245:17 266:19 285:22 286:14 287:7
**listed** 68:8 126:16 127:7,21 128:6,9,19 129:4 129:7 138:3 139:19,23 141:11 163:16 164:6 165:3,7 200:10
**listen** 77:18 145:10 147:15 183:3 194:11 198:3 200:2 207:10,19
**listened** 77:22 80:4
**listening** 77:13 77:14 170:16
**listing** 9:20 27:6 90:10 93:13 117:6 122:22 123:6 124:8,20

136:2,5 138:25 139:10 140:10 140:23 144:7 149:16 157:9 158:24 164:20 173:6 180:4,19 181:17 182:2,17 183:6 184:11,15 193:3 219:20 226:23,24 229:15 231:6 240:22 254:12 254:19 256:11 258:19 260:14 260:15,17,23,24 261:10,18,18,19 262:3,6,7,13,14 262:18,21 263:5 269:25 273:6 277:7 282:4 284:19,21
**listings** 95:12 200:5 263:17 275:25 282:19 282:21
**lists** 188:23,24 245:22
**literally** 65:23 70:17 287:11 288:3
**litigant** 161:5
**litigation** 276:19 289:19
**little** 9:3 26:22 76:15 80:12 84:2 197:2 216:4 245:14

**live** 38:10 81:21 171:17
**lived** 10:14,16,19 116:14
**lives** 153:9
**llc** 307:1
**llp** 2:13 5:17
**locate** 269:24
**located** 68:15
**location** 4:22 62:17 72:19
**locations** 11:14
**log** 22:17
**logical** 24:17
**logo** 72:13,14 73:6 82:17 123:12 134:10 134:14,23 135:2 135:5,9,16 136:24 137:9,10 156:8
**logos** 156:9,10
**logs** 23:11 188:20 189:13
**long** 9:2 10:14 10:19 12:20 20:4 21:19 49:22 69:21 198:23 248:17 253:15 261:23 265:18 268:11 278:9 298:18
**longer** 11:22 20:18 88:4,16 189:5 205:12 231:4
**look** 27:9 33:12 33:17,19,21

**[look - mails]**                                                                     Page 33

40:18 64:23
67:10 73:23
75:23 82:19 90:9
94:21 99:24
118:22 131:12
159:12 167:14
168:3 172:19
180:4,8 183:20
183:25 185:6
197:3 201:13
211:9 212:19
214:9,20 223:3
223:22 232:17
235:25 238:8
239:6 252:5
253:24 254:12
255:8 261:7
270:17 272:19
279:11 282:17
299:13
**looked**  20:8
33:12 87:23
104:17 199:22
233:16 260:25
**looking**  34:14
73:10 75:5
143:13 149:9
164:4 167:23
174:11 181:2
206:17 228:18
231:2 243:14
253:23 262:9
263:15,25
265:25 277:15
292:24
**looks**  96:22
153:16,18 156:3
223:14 253:13

278:12
**losing**  261:17
**loss**  290:16
**losses**  293:6
**lost**  44:5 102:18
164:23
**lot**  14:7,8 26:21
31:7 70:8 101:8
122:5,23 189:5
211:2 294:6
**loud**  201:10
**lower**  72:22
**luckily**  10:6
**luncheon**  154:6
**luxury**  286:23
**lying**  127:14
**lynne**  1:22 5:3
6:9 124:15 250:8
301:5,24

**m**

**m**  6:7,7 45:14
109:12 155:5,5
**ma**  107:4
**ma'am**  267:9
**mac**  35:4,5,11,24
36:2,6,8,10,16
36:20,23,25 37:7
37:14,25 38:7
40:15,20 41:2,9
41:16,16 42:6
91:23,24
**machine**  168:14
168:17 211:23
211:25 304:7
**macs**  35:18 40:8
40:13
**magazine**  171:22

**magnitude**
290:12
**mail**  45:8,12
46:4,7,8,9,10,18
46:22 47:2,6,8
47:13,15,18,23
48:5,6,7,12,15
48:17,24 50:22
50:25 51:6,9,10
51:14,21 52:8,8
52:9,11,12,13,14
52:16,23 53:7,8
53:14,23 54:4,12
54:18,18,21 55:2
55:9,11,18,21,24
56:2,6,14,16,17
56:20,22 57:2,12
58:13,18,23 59:6
59:10,11,19 60:2
60:8,9,14,17,21
105:16 150:21
152:7,12,13,17
153:15,16,19,20
153:22 158:18
158:21,21,23
159:3,5,6,10,14
159:14,15,24
163:14,17,19,21
163:23 178:18
181:11,21
182:13,13
187:10 188:22
190:2,4 192:4
206:21 207:5,11
207:14,22 208:5
212:11,23,24
213:8,15,19
214:7,12 217:5,7

217:9,10,20
218:2,6,12,14
219:3 220:22
223:8 226:23,24
227:10,15,21,22
228:7,9,16,19
230:3,13 231:16
231:25 232:22
232:23 233:2,7
233:11,12 234:6
234:8,12,13,16
234:17,25 236:6
236:20,22
237:15,18,25
238:9,11 239:11
243:6,7,8 255:12
257:8 258:13
259:18,20
264:20,21,22
265:2,3,8,9,10
265:14,22 266:7
266:17,19
267:11,14,18,20
268:18,19 296:8
296:13 300:4
**mail.com**  46:14
47:5,15,20 51:23
52:15 58:22,23
59:9,10 152:8,11
152:14,18
213:18
**mailed**  181:20
222:15
**mailing**  208:8
212:10 245:17
245:22
**mails**  27:9 39:7
51:9 55:13

**[mails - means]**

105:15 157:14
159:2,16,22
160:20 164:3
171:13 178:15
179:11,14,17
205:22 207:17
208:22 209:5,6,8
209:12 217:13
218:4,10,11
231:17,19 238:2
256:21 265:25
266:3,8 268:14
272:16,16
295:18
**main** 45:11
**major** 291:16
**making** 57:14,22
58:2 98:25
236:25 241:14
242:12
**man** 12:14 72:11
86:4,8 87:15
95:3 114:19
117:13 133:6
134:20 140:12
145:6 146:20
147:7,19 148:7
148:24 151:6
156:5 164:5
166:5 180:3
182:3,8 188:24
192:9 199:17
207:2 225:12,15
226:8 227:2
229:11,14,18
236:5 260:19
282:22 283:5
284:21 303:14

**managed** 176:12
**manhattan**
68:15
**manifest** 14:13
14:18 82:23
**manifested** 15:8
**manner** 103:23
201:16
**march** 181:11
231:16 232:2
254:6,17 255:2
256:22 257:10
258:23 262:10
263:3,6,23
283:18
**marie** 2:5 6:3
151:4,15 254:25
263:11 295:4,8
295:10,19 307:2
**marilyn** 188:25
224:15 225:3,10
226:10 235:22
282:4,18,25
283:4,10
**marine** 1:9 307:2
**mark** 4:2 8:9
52:3 63:7 78:19
79:13 83:18
85:15,15,24
86:12,23 112:15
112:17 125:11
155:14 165:2
168:12 183:10
184:21 185:2
186:4 195:11
203:5 210:9
212:13 220:24
232:12 239:6

240:2 242:8,13
250:8 264:6
269:3 273:15
278:22 280:9
281:16 284:13
295:20,21
**marked** 4:7 9:11
9:12 63:11,13
78:22,24 79:16
79:18 83:24
85:17,21,22
86:10,20,25 87:6
87:10 100:25
112:23 114:5,6
125:19,21
155:19,20 165:8
165:10,18,20,21
167:3 168:18,23
183:14,16,20
184:24 185:3
186:10,12
195:16,17 203:6
203:9,12 210:12
210:14 212:14
212:17,19 221:3
221:14 232:15
240:7 242:16,18
250:13,23
251:21 264:9,12
269:6,9 273:18
273:23 278:25
280:13,16
281:19,23
284:17 295:25
303:10
**marketing**
243:14

**marriage** 301:15
**massive** 136:13
**master** 184:7
**match** 101:12
**matched** 132:12
**material** 181:9
**materials** 288:14
**matter** 4:18
15:17 27:7
110:24 165:25
186:21 301:17
**matters** 7:5 9:23
9:24
**maximize** 243:21
**maze** 267:10
**mean** 17:24
25:17,18 66:10
69:2,3 72:8 73:2
73:7 75:7,11
90:25 99:19
104:11,19 112:6
120:2 153:20
165:22 189:3
200:19 202:18
225:7 227:13
271:6 293:24
**meaning** 76:11
102:5 104:18
105:11 139:10
243:19 290:10
**meanings** 9:22
118:21
**means** 13:3
99:20 104:19
165:24 224:19
225:8 273:4
293:5 294:2

[media - momentary]                                      Page 35

media  4:16
  44:23 45:5 85:6
  85:12 131:3,9
  154:3 155:13
  202:23 203:4
  249:20,25 300:8
medical  241:16
  294:16,17,19,22
medically  19:20
medication  17:9
  240:15,16
medications
  17:11,13
meet  5:23,24
megan  161:19
member  146:9
membership
  204:11,24
  213:25 215:8
  216:13,16 218:6
  219:9 222:16,19
  222:21 234:4,8
memberships
  146:10
memory  14:2,11
  14:13,18,23 15:2
  15:7,17 16:7,10
  18:3 19:25 20:2
  20:4,6,9,18
  25:14 49:9,9,11
  50:9,11 53:25
  60:6,13 65:13
  151:25 160:7
  202:16 211:4
  246:13,17
  248:23 249:7,15
  293:16

mention  193:3,8
  193:25 195:3
mentioned  32:18
  70:5 150:20
  182:19 194:15
  194:16,24 195:5
  197:24 262:16
  262:16 275:7
  276:3
message  145:8
  197:13,14
  207:20
messages  207:19
met  129:12
  132:24 143:23
  298:5,6,14
metadata  58:7
  173:16 180:20
  241:23
metaphor  143:3
  143:15
methodically
  137:25
metz  1:22 5:4 6:4
  6:9 301:5,24
mexican  274:21
michael  189:2
  225:11 226:14
  282:3
microphones
  4:10
mid  117:20
middle  85:18
  87:2 116:11
  213:11
middleton  272:4
midpoint  84:23

milk  143:5,7
millennium
  72:12 148:18
mind  291:4
  293:17
mine  14:7 87:22
  150:12 163:25
  199:13,15 275:6
minus  111:13
minute  94:15
  95:16 182:21
  214:11 273:9
  282:21
minutes  52:7
  104:8 136:22
  278:13 289:4
miriam  119:5,8
mirror  37:8
  112:3
mirrored  276:19
misattributed
  87:14 151:18
  182:9
misattribution
  75:20
miscommunic...
  124:11
misconstrued
  245:14
misconstruing
  267:9
misinformed
  185:20
misplaced
  236:17,19
misremember
  15:18

missing  167:9
  272:2,4 284:25
misspelled
  175:20
misspelling
  175:17
misspoke  226:25
  292:4
mistake  14:9
  128:17
mistakes  122:24
misunderstand...
  232:6,7
mix  20:12
mizner  150:9,10
  150:11,20,23,25
  151:9,14,20,23
  152:16,20 153:2
  153:5,16,18,21
  296:8,14 297:3
  297:21,25 298:5
  298:7,13,14
  300:2
mizner's  297:5
  299:7,11
mm  73:21
  218:16 284:12
mo  12:6 144:10
  146:18,24
  148:20 302:18
modified  180:17
  181:8
moment  12:4
  47:12 85:5 102:9
  297:7
momentary
  202:5

**[monetary - new]** Page 36

**monetary** 293:22

**money** 75:13 246:3 248:10

**monitor** 38:18

**monitored** 130:16

**monroe** 188:25 224:15 225:3,10 226:10 235:23 282:4,18,25 283:4,11

**month** 11:22 24:8 38:24 93:14 188:4 219:12,12 237:10 258:24 263:6

**months** 103:2 144:3,8,8 157:12 158:23 185:21 188:6,7 240:23 262:7 263:4,7

**morning** 4:8 5:14 14:17 21:9

**moskowitz** 1:20 2:13 5:16

**motion** 7:17 125:14,18 257:21 303:25

**motions** 302:18

**move** 12:6 46:7 144:10 146:18 146:24 148:20

**moved** 24:19 25:4,8,21 26:3 26:23 46:5

**movie** 178:12

**moving** 136:9

**multiple** 146:6 159:9 271:16 275:3

**museum** 62:20 63:25 64:11,13 66:6,11,14,15,25 71:4 91:4 224:12 229:19 291:14

**mute** 4:12

**mutilated** 120:13

**mutilation** 120:16,16

**n**

**n** 2:2 6:7,7 132:19,19 155:2 155:2,2,5,5 232:24,24 291:14 302:4

**name** 4:25 5:15 5:25 14:6 45:13 52:21 55:10 57:18 78:9,16 79:6 81:2 88:6 90:14 93:13 109:11,12 120:7 121:20,25 123:21 127:9 128:5,6 129:18 132:12 136:7,14 145:21 146:16 146:23 148:14 151:20 158:9,9 163:16 170:4,6,8 174:22,23 175:18,20 192:6 193:11 224:14

224:18 251:10 251:13 254:24 255:5 258:2 260:20,21 262:8 263:9,9,17,18,25 270:5 272:8 275:17,21,21 277:3,9,11 280:23 281:3 282:23 290:9 307:2,3

**named** 72:11 79:6

**names** 132:18 285:15

**national** 69:19

**nature** 82:21,22 108:12 110:6,10 110:12,13 116:19 164:21

**near** 109:18,20 109:21 111:14 182:12

**necessarily** 100:4 104:11 216:15

**necessary** 8:22 8:23 25:7

**neck** 248:11

**need** 9:4 11:10 16:16,17 20:7 25:19 26:4 30:2 39:3,17 44:6 57:13,16,24 60:24 101:17 103:9 113:11,12 123:13 130:2,24 153:6 155:25

169:22 176:6 178:9 180:6 185:13,16 202:19 205:17 208:21 219:10 221:24 222:5 232:25 233:25 241:15,16 242:11 249:18 251:7 267:6 277:19,20 286:18,21

**needed** 26:22 297:16

**needs** 133:21 257:6 283:9

**negotiated** 103:8

**negotiation** 105:25 299:22

**neither** 133:12

**neon** 283:9

**never** 49:18 59:22 60:5 81:21 129:12,19 130:12 132:24 132:25 138:17 151:8 157:13 169:11 175:24 176:2 178:17 181:23 210:2,7 215:24 228:8,10 235:7 240:12,14 240:14 244:5,10

**nevertheless** 158:24 247:20

**new** 1:3,21,21,23 2:9,9,17,17 4:21 4:23,24 10:9,9

**[new - occasions]**

25:8 35:11 41:13
41:15 42:5 68:17
69:5 71:8,15
72:14 116:14
121:22,24
161:13 171:17
243:14 248:5,6
301:3,4,7 307:1
**news** 244:2,19,21
245:13 246:2
247:14
**newsletter**
264:19
**nice** 5:23,24
239:10
**nightmare**
178:11
**nine** 123:22
129:20 182:23
188:13 288:18
**nod** 7:17
**noh** 161:19
**nomenclature**
119:20 237:10
**non** 35:5 40:10
40:15,20 41:2,9
41:16
**nonresponsive**
144:11 148:21
**norb** 1:9 2:5
4:19 6:3 110:2
125:6,8,13,17
126:17 138:14
149:10,14
263:11 295:4,7
303:24 307:2
**normally** 7:7
11:12

**notary** 1:22 6:9
300:21 301:6
307:25
**notation** 271:15
**note** 4:10 208:6
214:12
**notebook** 230:6
**noted** 20:4 85:25
235:22 300:12
**notes** 80:6
187:14,18,19
188:15 189:23
**notice** 1:21 4:3,5
9:13 302:23
**noticed** 210:19
**noticing** 5:13
**notification**
183:9
**notified** 185:12
**notify** 26:7,10,13
26:16,18,19
**noun** 120:16
**nouns** 120:15
**november** 103:4
186:19 190:13
254:23
**novocin** 1:9,9
2:5,6 4:19 6:3
110:2 125:6,8,13
125:17 126:6,18
127:14,20
128:16 129:10
129:12,15
131:25 132:21
132:24 138:2,7
138:15,22
149:10,14,21
150:21 151:4,16

172:16 173:7
254:25 261:15
263:11 295:4,7,8
295:11 296:7
303:24 307:2,2
**novocin's** 124:22
132:16 167:23
**novocins** 60:3
153:2
**number** 26:6
37:17 69:22 97:9
98:17 104:18
107:24 111:19
114:19 117:14
128:12 138:15
144:4 155:13
162:8,17,20
165:24 170:3
181:22 183:24
185:14 201:8
208:3 224:11,13
228:13 231:11
233:17 252:11
252:15,22,23,25
253:14 254:5,8
256:20 269:16
271:16 275:18
279:13 285:14
288:11,13 299:8
299:11,14 300:4
**numbered**
252:12
**numbers** 15:24
20:5,6,7,12,17
64:25 89:5 95:2
104:19 165:23
210:20 238:22
253:11 254:3

**numeric** 145:23
214:15 238:18
**numerical** 94:5
100:11 102:7
**numerically** 93:8
93:10
**numerous** 43:3
98:8 163:25
**nypd** 89:22

**o**

**o** 6:7 45:14 155:2
155:2,2,5 232:24
232:24 291:14
**o'clock** 293:12
299:23
**oath** 3:15 5:5
**object** 11:10
51:11,24 54:19
56:21 74:5,9
169:16 244:15
248:15
**objected** 33:2
**objection** 244:16
**objections** 3:9
5:8 32:23
**objective** 219:25
237:12 270:4
**objectives** 220:4
**obligation** 161:2
**obtain** 241:18
**obtained** 167:24
171:25 180:18
182:24
**obvious** 208:19
**occasionally**
11:21
**occasions** 50:20

**[occurred - owner]**

**occurred** 15:9 42:25 43:12,19 44:2,17 72:7 178:11 249:9

**occurrence** 49:19

**ochs** 189:2 225:11 226:14 282:3

**october** 96:20 106:15,19,23 107:6 254:23 262:16 263:3,6 263:23

**odd** 77:5

**offer** 245:24

**office** 252:18,25 280:23 281:4 287:18,23 288:15 289:7,16

**officer** 3:14,16

**offices** 1:19

**official** 198:20

**oh** 66:13 295:15

**oil** 14:5 86:4,8 87:15 114:18 117:13 127:18 129:20,21,25 130:10,12,13,13 130:14,16,18 133:7 134:20 136:5 140:12 145:6,15,21 146:20 147:7,19 148:7,24 153:3 164:5 180:3 182:2,8 192:9 196:7 199:16

207:2 223:11 224:14 225:12 225:15 226:8,17 227:19 229:11 229:14 236:5 255:5 260:19 269:22 270:7 271:5,22 272:5 275:13 278:3,5 282:22 303:14

**okay** 9:8 16:15 16:19 44:22 51:12 54:19 61:4 62:2 65:24 75:24 101:21 123:15 131:2 202:20 208:19 210:25 214:14 216:17 217:19 221:23 223:18 231:13 232:21 233:10 234:22 237:16 238:4,25 246:23 249:19 255:17 292:21 293:13

**old** 34:23,24 35:2,7 47:24 64:14 91:24 123:23 129:20 182:23 188:3 249:6 261:20 280:25

**older** 36:17

**once** 20:8 134:11 173:21 192:4 265:15 268:20 272:20 286:9 287:13

**ones** 31:8 100:8 261:20

**ongoing** 299:4

**online** 33:13,23 33:24,25 91:10 91:13 121:10 122:8 132:2 164:12 216:4 267:6,7 274:19 287:20 288:5,20 288:25

**open** 9:7 160:17 201:6 265:25 273:5,14 274:15 278:17

**opened** 49:8 53:23 92:7

**operator** 259:9

**opinion** 140:22 141:7 173:11

**opportunity** 8:15,18 58:8 216:3 289:2

**opposed** 23:22 259:23 261:20 267:10

**order** 21:13 30:2 95:20 102:25 125:14,18 143:24 144:4 197:14 204:21 204:24 205:16 205:21 257:7 259:25 261:12 271:4 289:14 304:2

**origin** 267:17

**original** 83:15 86:4,8 87:15 97:13,15 99:13 99:22 100:2,19 100:25 101:21 102:4 105:8,23 114:16,18,21 117:13 133:7 134:20 136:5 140:12 145:6,15 145:21 146:20 147:7,18 148:7 148:24 164:5 180:3 182:8 192:9 196:7 199:16 207:2 223:11 224:14 225:12,15 226:8 227:19 229:11 229:14 236:5 270:7 271:5,22 278:3,5 303:14

**originally** 88:2 163:11

**originals** 268:25

**outcome** 5:7

**outdated** 185:10

**outdoors** 13:3

**outgoing** 48:24 197:13

**outside** 9:3 136:6

**overwhelmed** 29:13

**owned** 11:6 12:14 36:4,16,20 37:21,22 38:5

**owner** 184:6,20

**[owns - painting]** Page 39

**owns** 185:17

**p**

**p** 2:2,2 181:14,14
  181:15,15
**p.m.** 95:16 154:6
  155:3 237:11
  300:12
**package** 243:12
  245:3,6,11
  287:17
**packard** 231:6
**packer** 181:12
  256:22,23
  257:10,19,20,25
  258:10,25 259:7
  259:15
**pad** 37:18,19,21
**page** 9:17,22,22
  9:23 63:16 65:2
  65:17 70:9,11
  71:8,25 72:3,4
  72:18 73:6,11
  76:4 85:18 86:3
  86:7 87:2 90:22
  93:18,19,20,25
  94:3,5,13,16,25
  96:23,24 97:5,11
  97:15 99:4 100:2
  100:6,7,8 101:7
  104:10 106:4,25
  107:5,6,8,9,10
  107:12,17 108:2
  108:6 109:10
  110:14 116:10
  117:15 121:12
  131:14,15
  134:22,23 135:7
  135:12,24 136:4

137:6 138:21
156:4,11,23
159:5,8 166:3
170:22 172:22
172:23 175:19
175:23 183:25
184:2 186:5,9
192:7 196:23
197:25,25
200:11 201:7
207:22,25
208:16 211:9,13
212:2 213:11
214:9,10,21,22
215:2,4 216:7,9
216:18 222:20
224:8,9,11,11,20
225:2,4 227:2
229:13,17 230:7
231:9 233:18,19
235:12 243:20
243:20,20 252:7
252:12,20,23
253:11,19,23
265:15 266:10
266:12,16 267:8
267:18,20
268:16 269:2,16
269:18,21,21,25
270:3 271:16
274:12,13,19
275:4,16,24
277:6,9 278:4,17
279:18,22
280:23 282:12
283:12 284:10
289:12 302:5
303:13 304:13

307:5
**pages** 73:14
  93:22,25 94:3
  97:4 106:12,15
  106:20,24
  156:14,19
  196:24,24 201:6
  211:3 221:19,22
  252:11 253:14
  253:19 257:4
  269:17 273:5,14
  274:10 276:5
  278:17 279:14
  279:15 282:14
  284:9,11,19
  288:9,10,11,18
  288:19
**paid** 199:8
  215:17 218:22
  222:21
**paint** 13:3 14:5
  118:10 127:18
  128:7 130:6,14
  133:6
**painted** 126:22
  129:19 130:12
**painting** 14:5
  27:6 54:24 66:16
  72:10,10 86:4,8
  87:15,15 88:23
  101:10,15,15
  105:3 114:19
  117:13 118:8,14
  119:22 120:5
  121:13 122:3
  123:2 124:23
  126:17,18,23
  127:7,21 128:7,9

128:14,19 129:4
129:7,11,15,18
129:21,25 130:9
130:18 131:19
132:11,21,25
133:10,14,18,23
134:19,20 136:5
138:3,9,25
139:19,23
140:12,14 142:9
143:17 144:14
144:16,20 145:5
145:6,15,21,23
146:5,13,15,20
146:21 147:7,7
147:18,19,20,24
147:25 148:7,14
148:24 151:5,18
153:3 164:5
167:19 173:22
174:5 179:2
180:3 182:2,8,9
190:11 192:9,13
196:7 198:5
199:16,21 207:2
215:23 219:14
223:11 224:15
224:16,19
225:12,15 226:8
226:17 229:11
229:14 236:5
251:15 255:5
260:19 269:22
270:7 271:5,22
272:3,5 275:13
278:3,6 282:22
289:23 290:2,15
298:3,5 303:14

**[paintings - phone]** Page 40

**paintings** 145:9 145:9 147:13
**paints** 130:13,15 130:16
**pandemic** 299:6
**paper** 76:13 98:23,24
**paragraph** 68:16 82:20,21 108:2 117:21 126:12 126:25 127:3 131:12,16 132:10,13 138:21 149:9 172:20,23 175:11 197:3,8 197:11 198:9,11 198:15 199:11
**paragraphs** 166:12
**paraphrasing** 104:12
**park** 91:3,5 298:3,6,14
**parsons** 61:20,21 62:5 67:2,2,16 67:21 68:14
**part** 15:22 49:2 69:23 75:19 79:25 84:20 87:14 94:7 99:4 106:9 113:24 116:10 152:3 162:23 166:11 175:3,4 217:12 240:11 258:7 261:11 267:2,3 277:2,3 285:12

**partake** 17:8
**participate** 76:9 76:15
**particular** 24:12 28:17 94:2,11 95:21 98:21 119:21 123:8 141:2 146:7,8 162:11 177:12 178:10 184:8 199:15 216:18 237:15 248:16 276:11 278:8,8 286:12,18
**particularly** 54:15 65:14,14 278:15
**parties** 3:5 4:15 103:4 258:2,4 301:15
**partner** 137:19 250:6
**partners** 199:7
**parts** 81:17 240:25
**party** 5:6
**pass** 294:12
**passed** 88:4
**paste** 227:21
**pattern** 15:11 39:2 70:22 158:22 170:11 187:24
**pause** 250:18 253:6
**pausing** 228:11
**paying** 220:9

**payment** 218:25 220:11
**penalty** 125:10
**pending** 221:21 221:25
**penna** 88:6,7,24 205:14
**people** 7:7 12:13 12:16 32:18 43:7 53:2 78:15 193:21 195:7 204:4 245:15,18 290:19 291:19
**perfecting** 245:25
**perform** 270:10
**period** 42:23 43:8 101:22 104:8 117:20,23 120:5 144:2 185:24 210:8 241:8 247:25 277:4 290:9
**perjury** 125:10
**permanent** 105:25
**permanently** 144:4 157:9 257:4,5,7 258:19
**permeated** 232:4
**permission** 190:5
**permit** 199:4
**perpetuated** 198:8
**person** 76:18 77:3,4,17 78:11 90:4 127:24

129:17 163:22 171:13 173:22 185:17 188:11 191:18 195:7 298:15
**persona** 148:14
**personable** 233:6
**personal** 35:19 40:4 51:5,10,14 52:8,11,13,23 53:7,14 54:4,12 54:17,18 55:8,11 56:16,17,20,22 56:25 57:9,12,15 58:4 108:7 120:14 146:17 244:14 270:13 280:3 285:8 290:5
**personally** 58:3 126:18 129:11 129:15 145:17 152:15
**perspective** 57:14,17
**pertains** 24:11
**phil** 2:23 4:25
**phone** 20:6 90:5 90:6,10 91:9,15 103:6 104:3,5,5 104:13,22,24,25 105:12 106:16 123:5 124:21,23 134:9,16 136:11 145:7,13 147:11 147:11,15 157:14 182:6,11

**[phone - point]** Page 41

185:25 187:13 187:23 191:19 192:20 197:13 198:2 200:3 206:20 207:10 207:19 220:21 233:21 254:25 255:12 295:7,9 295:12 299:7,11 299:14 300:4

**phoned** 151:3

**phones** 4:13

**photo** 89:20 188:25 225:10 282:5

**photos** 39:18 89:19 183:2,2 199:18,19,21 250:12 282:3 305:9

**phrase** 76:24 255:18,19

**physical** 28:10 28:15,22 29:5 240:10,17 241:3 241:6,7,15 294:22

**physically** 88:16

**physicians** 294:20

**pick** 4:11 100:7

**picked** 100:8

**picking** 100:6

**piece** 75:6,7,13

**pieces** 75:7,12

**pier** 19:13

**pile** 165:16

**pinnacle** 103:4

**place** 4:14 135:15

**places** 175:23 176:13

**plain** 106:3

**plaintiff** 1:7 4:3 4:6 63:7,8,10,10 63:21 65:2 75:24 79:14,16 85:17 85:22,25 86:10 86:13,18,25 87:5 87:8 107:17,20 107:21,24 112:16 113:10 114:6 125:15,18 138:23 139:9 149:15 155:15 155:18 156:6 161:22 165:4,7 165:19 170:14 183:13,16 184:24 185:3 186:6,9 187:11 192:8 195:12,15 196:16 203:7,9 212:15,17 214:15 221:3 223:4 228:20 230:4,11 232:13 232:15,17 233:18 235:21 236:3 239:4 240:3,6 242:14 242:16 252:17 252:24 253:16 264:9,13 269:6 269:10 280:11

280:13,17 281:19,21 284:3 284:14,16 294:14 302:24 303:2,2,6,10,16 303:18,22 304:2 304:10,12,14,17 304:19,23,25 305:3,5,7,13,15 305:21,23,25

**plaintiff's** 83:19 83:23 167:2 183:24 228:5 233:17 250:10 251:23 252:10 252:14,21 257:2 279:13 303:8 305:8

**plaintiffs** 220:25

**planner** 22:15,16 23:11,22 24:15 25:3 26:25 27:4 27:7,8,15,22 28:10,20,22,22 29:5

**planning** 258:10 259:7

**plausible** 152:5 167:21

**pleading** 94:19

**pleadings** 203:23

**please** 4:10,12 5:9 7:6,8,10 8:9 9:5,10 20:24 22:14 23:3,9 35:23 78:19 79:13 83:19 87:8 123:14 124:15

125:11 126:13 126:15 141:25 142:16 147:4 148:10 156:2 165:9 168:12 174:7 179:6,7 180:8 183:10,18 184:21 185:2 189:9 195:11 199:3 200:12 203:5 210:9 211:11 212:13 212:19 213:8 214:11,17 230:12,22 232:12,17 239:4 240:2 242:8,13 250:8 251:5 252:9 264:6 266:23 268:24 269:3 270:24 273:15 278:22 280:9 281:16 284:7,13 286:25 292:8 293:11,16 293:18 294:8,10 299:24

**plein** 13:3 83:4 107:14 108:4 116:25 166:21 167:12

**plethora** 113:19 124:10

**pllc** 2:4

**ploski** 77:6,8,9 77:19 79:22

**point** 20:9 27:2,3 102:23 103:4

**[point - printed]** Page 42

127:12 128:23 130:4 144:9,19 169:22 176:21 178:19 185:21 190:12 202:17 202:19 209:2 212:2 214:19 235:22 249:18 251:8 258:14 266:2 267:10,11 267:11,13,16 270:20 271:24 272:6 277:10 283:9 290:15 291:11
**pointed** 91:16 189:7,8
**pointing** 228:18 283:6
**points** 121:25
**populate** 200:18 200:19
**populated** 202:7
**portfolio** 72:3,4 72:20 73:6,10,14
**portion** 75:22 96:22 107:25
**portions** 94:7
**position** 6:16 34:4,8 40:13 92:23,24 171:5
**positive** 270:3
**possession** 35:19 35:21 74:6
**possibility** 53:13
**possible** 139:2 204:25 213:6 241:5 294:9

**possibly** 56:12 74:11 76:12,24 113:25 158:20 219:11 299:5
**post** 37:18,19,20 37:21,23 110:22 125:15,19 140:15 193:9,15 193:19,23,25 194:6,9,25 195:3 195:7 199:24 304:2
**posted** 149:21 167:15 179:23 180:2 260:2
**posting** 57:10 65:15 70:17 72:9 81:18,24 83:7 84:10,13 91:7 102:22 124:9 125:2 142:7,12 143:25 149:5 163:15 169:7,9 169:16 190:9,10 192:17,24 194:17 206:25 207:2 219:15 240:24 255:10 259:22
**postings** 224:20
**potato** 110:24,24
**potential** 205:22 289:22,25
**potentially** 96:13 148:19 190:6 202:14 221:19 284:23

**power** 255:25
**practice** 21:16 131:18 291:18
**practices** 147:10
**pre** 170:20
**preceded** 99:17
**precedes** 175:17
**precise** 118:23
**precisely** 206:20
**precluded** 10:5 219:19
**predominantly** 173:15
**preparation** 29:11,17,20,23 29:25 33:14 76:16 77:12,20 81:6
**prepare** 29:8 30:8,13,20 31:2 31:12 32:2,7,9 32:11,14
**preparing** 32:17 79:25 245:21
**prescribed** 17:13 240:15
**present** 2:22 5:10 11:15,19 29:4 47:16 139:16 178:22 232:3 241:20
**presently** 11:24 15:24 153:9 195:10
**presume** 8:4,24 25:9 92:18 162:16 208:10

**presumed** 110:2
**pretenses** 219:23
**pretty** 33:24 206:11 216:21 217:18
**preventing** 13:24 16:22
**preview** 170:22
**previous** 200:10 271:14
**previously** 10:16 17:16 155:6 271:4,5
**price** 191:5 197:5 199:8 205:6,8,9
**pricing** 205:16
**primarily** 55:3,5 55:6
**print** 39:6,17 40:19 95:13,14 115:9,20 234:10 236:7,11 237:20 237:25 239:16 265:7 270:3,15 282:9,14,24 287:21 289:2 296:15
**printed** 86:15,19 95:17,18 96:12 96:19 97:14 100:15 101:4 106:15,20,24 107:7 112:25 115:8,11,17 124:6 156:22 157:6 161:21 162:11,13

**[printed - proving]** Page 43

163:11,13 223:12 226:22 227:3 228:22,24 229:5,13 230:19 230:21,23 234:7 234:8,11,19,25 235:11,14,18 236:4,23 237:13 237:16 239:7,12 239:13 243:4 265:11 268:2,8,9 269:21 271:7 272:12 273:6,9 274:15 276:6 278:13 279:18 280:2 281:10 282:7,10 283:14 283:20 284:22 296:22 303:19

**printer** 39:9,10 237:13 270:17 270:25 278:19 280:2,4,6 285:6 285:7,8

**printing** 39:22

**printout** 86:2,6 89:23,25 95:21 95:21 96:24 97:4 101:5 114:14,16 114:21 115:25 157:21 162:9 168:13,16 211:23,24,24 223:9 229:17 266:12,14 281:6 283:3 303:12 304:6

**printouts** 96:16 160:20 196:22

**prints** 237:23,24 285:7

**prior** 10:6 13:4 13:10,17 36:17 46:22 47:2 53:21 71:12 146:9 161:15 178:8,24 179:12,19 192:17 193:2,5,7 193:22,24 194:6 194:7,9,15,17,19 194:24 195:3 203:23 241:16 244:13

**prioritized** 147:24

**private** 4:12 57:9 127:24

**privately** 12:10

**pro** 161:4

**probability** 206:3

**probably** 69:17 84:2 153:11 196:14

**problem** 7:7 61:2 139:25 198:8 241:10 243:23 248:16 276:18

**problems** 14:2 14:18,23 15:2,2 15:7,7,17 19:25 20:2 25:14 209:11 249:15

**procedure** 185:11

**procedures** 96:15

**proceeded** 191:12

**proceeding** 5:9

**process** 70:15 81:19,22

**produce** 214:3 297:13

**produced** 101:20 149:23 169:24 170:14 171:13 171:14 173:18 177:19 181:10 183:23 185:8 186:15 195:20 196:16 203:16 207:25 208:3 212:24 227:15 230:16 242:21 242:24 274:6 292:14,22

**producing** 11:25

**product** 199:8

**production** 94:16 179:20 250:11 251:23 292:10,21 295:19 299:19 299:25 305:9

**profession** 13:2 217:9

**professional** 217:7 241:9

**program** 64:12

**progression** 100:12

**prohibits** 148:13

**projects** 12:2

**prompted** 72:11 163:14 272:17 272:19

**pronunciation** 69:13

**proof** 111:2,4 174:4,4

**proofread** 76:21 78:2,4 79:22 80:5

**proofreading** 78:6 79:11

**propensity** 278:15

**properties** 11:17

**property** 11:4,6 11:9

**proposing** 140:25

**pros** 76:20

**prove** 131:21

**provide** 77:23 79:11 152:20 191:9 207:6 294:14

**provided** 102:4 153:14 207:12 242:10

**providers** 241:17 294:20

**provides** 197:5

**providing** 76:14

**proving** 101:25

**[proximity - read]** Page 44

**proximity** 175:19

**public** 1:23 6:9 40:18 41:14,16 41:19 42:2,5 113:6 300:21 301:6 307:25

**publicized** 18:13

**publicly** 14:5 113:3

**publish** 200:5

**published** 123:25

**pull** 165:16 224:23

**pulled** 75:15

**purchaser** 289:22

**purport** 167:15 170:11 220:15 244:4

**purported** 145:20 191:7 209:15 220:13 244:2,20

**purporting** 231:22

**purpose** 77:24

**purposely** 173:13

**purposes** 101:18

**pursuant** 1:21 185:11

**put** 11:13 21:22 21:25 28:25 53:3 68:24,25 70:17 81:20,23 90:14 103:9 105:13

113:2,10 115:12 159:17,18 164:24 189:23 190:16,17 201:23 206:23 242:5 256:23 258:25 262:24 268:9 286:14

**puts** 243:18

**putting** 71:14 191:20,22

**q**

**quality** 95:11 284:7

**quantify** 290:6

**question** 3:10 6:14 7:10,23,25 8:5,6,12,14 9:7 11:20 12:19 14:20 15:21 20:22,24 22:3,12 22:14,25 23:4 25:16 27:20 30:15,18 35:23 36:13 37:22 43:6 43:17 44:9,14 48:3 51:11,19,24 52:3,6 53:3,5,21 53:21 54:10 56:24 57:4,6,7 58:8,12 59:4 80:18 92:20 93:8 99:15 109:7,8,15 111:6,7,8 113:8 115:22 120:21 121:15 122:4,25 124:2,15 128:8 128:21 129:13

129:24 130:8 133:2 139:17 140:3,21,24 141:21,23 142:2 143:2,7 144:12 144:24 145:2 146:11 147:3,3 148:11 150:6 156:13 160:6,17 168:22 174:7,8 179:4,7,8,24 180:7 189:3,5,9 193:7,10,20 194:2,11,12,23 195:24 200:7 207:7 209:24 210:6 211:6 214:17 221:21 221:25 222:2,4 242:4 244:15,18 247:17 254:11 254:15 255:24 256:8,10 257:23 258:23 259:21 261:22 265:12 266:20,22 271:8 274:4 277:6,20 281:2 283:3,23 286:4,5 293:14 294:10,21 298:8 298:9

**questionable** 133:20

**questioning** 250:7 276:20

**questions** 7:3 11:13 16:14,15 30:17,20 32:21

33:4,8 34:3,5,16 54:20 58:10,11 101:19 103:22 188:2 189:7 222:4 233:6

**quicker** 51:17 214:18

**quirky** 122:18

**quite** 50:11 118:3 283:24 287:24

**quote** 126:19,20 126:20,21,21,22 126:22 246:6

**quoted** 248:7

**r**

**r** 2:2,18 6:7,7 45:14,14 155:2,5 155:5 291:14 301:2

**ra** 1:4 4:21

**reach** 207:9 297:6

**reached** 202:16 233:20

**read** 20:23,25 21:2,4 23:3,5 31:8,16 76:23 77:10 78:3 80:7 80:10,14 84:3 85:2 87:23 88:21 89:5,10,18 95:9 108:23 114:20 122:7,13 124:14 124:16 125:9 126:13,14 129:23 131:13 139:12,12 142:3

**[read - red]**

149:18,18 174:7 174:9 179:6,9,25 185:15 189:9,10 194:3 197:21 200:4,6,8 205:23 206:3,7,12,13 211:8,11,16 275:19 293:19

**reading** 77:24 84:25 85:2 122:10,15 126:20 155:25 166:23 167:6 217:2 258:12 293:17

**real** 11:6

**reality** 199:20

**really** 45:10 152:2

**reason** 31:20 166:17 186:24 191:13 202:8 277:2 307:5

**reasons** 209:25 245:6,10

**recall** 34:12 44:2 50:7 64:4 73:11 80:5,16 167:22 169:6,8 181:16 181:25 182:16 183:5 185:6,8 217:2,25 249:13 271:17,18

**receipt** 218:10

**receipts** 27:23 28:12,15 218:10

**receive** 30:21 180:21 241:25

264:25 265:3,8 266:3,7 268:6

**received** 163:14 177:22 179:23 181:22,23 192:4 213:5 219:2 222:18 228:8 231:24 234:5 264:16,18,20 265:9,10,22 267:11 268:9 279:9 298:2

**receiving** 256:7

**recess** 45:2 61:7 85:9 131:6 154:6 202:25 221:9 249:22

**reclarify** 97:19

**recognize** 9:14 63:14,18 79:19 87:11,12 125:22 126:2,3 155:21 155:23 165:11 165:13 221:15 242:19 251:2,22 264:11 269:14 269:15 273:22 274:5,6 279:3,5 280:20 281:24 296:3

**recognized** 10:6

**recollection** 27:4 28:8,19,23,25 29:6 32:22,25 33:21 35:10 38:3 38:16 40:25 41:6 41:9 47:17 49:7 50:21 53:9,22

56:3 59:23 62:9 63:2,24 64:8,18 71:21 73:18 77:18 79:3 80:10 80:15 90:21 91:14 92:8,21 95:24 137:12 152:9 160:22 188:17 202:2 212:21 213:2,21 222:8 246:25 264:3 276:7

**recommend** 191:8 291:19

**recommendation** 291:13,15

**recommended** 169:14 291:12

**recommends** 279:15

**record** 4:9,15 5:12 20:25 21:4 23:5 27:10 44:24 45:4 56:25 61:6 61:9 68:9 85:4,7 85:11 101:18 102:8,12,13,15 102:17 122:15 124:16 130:13 131:4,8 136:9 142:3 153:6 154:4 155:12 174:9 178:20,23 179:2,9,25 185:25 189:10 192:23 194:3 201:11 202:21 202:23 203:3

221:5,8,11,17 249:21,24 250:15,17,19 251:7 253:3,5,7 293:19 300:11

**recorded** 4:17 124:22 134:16 147:11 207:20

**recording** 4:14 104:3,24 145:8 145:13 147:12 147:16 182:11 183:3 187:17 188:7 200:3 207:10 295:6,12

**records** 20:16 152:10,23 188:4 190:23 191:5 219:4 222:14 241:17,18 268:25 269:24 279:7,10 287:21 292:5,9,10,16,19 294:19

**recover** 17:19

**red** 72:11 86:4,8 87:15 95:3 114:19 117:13 126:22 133:7 134:20 140:12 145:6 146:20 147:8,19 148:7 148:24 151:6 156:5 164:5 166:5 180:4 182:3,8 188:24 192:9 199:17 207:3 225:12,16

**[red - reply]**                                                                                                           Page 46

226:8 227:2
229:11,14,18
236:5 260:19
272:5 282:23
283:2,5 284:21
303:14
**reduced** 289:20
**reel** 195:23
**refer** 118:4
253:11 254:3
**reference** 15:14
171:23 244:6,8
**referenced** 95:9
**references** 141:9
170:19,20,22
**referencing** 21:8
**referred** 94:20
**referring** 18:19
43:24 107:18,19
126:5 136:20,21
172:22 235:20
235:25 236:2
257:14 258:17
274:24 277:16
283:8 289:25
**reflection** 111:14
112:3
**refresh** 62:9 63:2
63:23 79:3
212:21 213:2,21
293:16
**refusing** 56:23
57:3,5 128:3
244:17
**refute** 127:19
**refuted** 128:17
**refuting** 128:4
171:9,11

**regard** 297:23
**regarding** 9:21
29:2 54:4,5 55:2
55:25 60:10 70:6
86:3,7 118:8
150:20 151:4
152:21 171:5
180:18 245:18
261:15 303:13
**regardless** 195:4
**regenerate** 82:22
**registration**
287:16
**regular** 49:19
**regularly** 38:6
45:25 46:17,22
48:21,23
**reiterate** 174:19
205:20 219:10
**relate** 54:23
279:14
**related** 5:5 7:5
14:19 48:5 53:15
54:20 134:3,8
137:17 146:6
156:24 160:19
160:24 161:2
234:9 245:13
301:15
**relates** 11:11
15:24
**relation** 245:7
**relationship**
34:5 120:19
252:4
**relative** 41:4
43:19 44:3,18
153:8 247:18

248:22 293:3
**relevant** 55:4
148:9 251:8
**relying** 150:5
**remain** 294:14
**remained** 256:8
256:12
**remains** 256:11
**remember** 10:22
13:13 15:8 21:13
22:25 25:16
42:17,20 43:8,11
43:18,22 44:17
56:4,14 61:16,24
62:2 64:6 65:7
65:10,25 69:7,9
70:3 78:9,11
92:5,22 95:25
105:17 125:7
137:20 152:2,6
158:16,19
206:15 222:11
222:12 228:13
235:15,19
271:14 293:2
296:9 299:5
**remembering**
15:20
**remind** 160:25
**removal** 196:17
253:20 256:24
257:11,13,18,22
258:4,7,10 259:2
259:8
**remove** 143:25
144:5 182:17
183:6 185:10,15
196:9,19 219:15

219:20 240:24
257:4,7
**removed** 105:21
144:7 157:9
173:13 180:17
181:8 184:2,11
188:2 231:6,12
231:22 255:6,13
255:20 256:2
258:20 262:3
**removing** 285:22
**rendered** 247:11
247:13
**rented** 11:18
**repeat** 23:14
59:3 139:21
179:24 182:4
194:2 214:17
231:19 254:15
**repeatedly**
219:16 249:7
**repeating** 158:25
**repetitiously**
290:10
**repetitive** 187:24
**rephrase** 7:11
14:20 20:22
22:14 23:7 27:20
35:23 36:14
43:16 44:12,13
46:24 53:3
136:15 142:16
145:2 180:6
194:22 266:23
**rephrasing** 23:9
**reply** 191:24
213:8

**[report - return]** Page 47

**report** 201:2,11
**reporter** 1:22
  5:3 6:20,22 7:14
  7:19 10:10 41:12
  63:7 85:14 87:7
  113:13 201:17
  301:5 306:4
**reporting** 307:1
**reports** 294:18
**reposted** 256:13
  256:16 259:22
  260:16 261:10
  261:18 262:3
**repostings** 157:7
**represent** 5:17
  115:14 196:15
  284:19
**representation**
  242:5
**representations**
  101:14
**representative**
  104:7 134:18
  288:8 289:5,6,10
**representatives**
  187:21 188:9
  190:6 192:3
**represented**
  161:19
**representing** 5:2
  6:2 250:6 295:4
**represents**
  288:14
**reputation**
  243:24 258:3
**reputation.com**
  243:11,17 245:3
  245:11,15

**request** 55:17
  99:25 100:2
  102:3 156:18
  157:8 162:5
  196:5,8,17,19
  202:12 206:18
  208:4 213:5,5
  223:13 234:2
  256:24 257:12
  257:18,22
  258:10 259:2,8
  265:16 270:2
  292:20
**requested** 55:16
  103:7 105:21
  162:2 177:18
  200:12 253:20
**requesting**
  223:21 256:7
  294:17,18
**requests** 101:8
  164:2 276:21
  302:10,14
**required** 199:24
**requires** 289:15
**requiring** 125:14
  125:18 304:2
**rerouted** 143:24
**research** 131:18
  132:2 138:8,16
  138:18 141:2,3,5
**researched**
  132:21
**researching**
  132:11 140:19
**reserve** 294:21
**reserved** 3:10
  78:7 82:15

**reside** 158:4
**residences** 10:23
  10:25
**resolve** 276:23
**resolved** 71:16
  276:13
**resounding**
  215:10
**resource** 140:19
**respect** 42:8
  55:13 93:3 246:3
**respectful**
  103:23
**respectfully**
  92:21
**respective** 3:5
  199:7
**respond** 34:16
  150:22 189:21
  206:2 207:13
  208:2 270:12
**responded**
  141:19 157:13
  231:15 232:2
  265:10,23
**responding**
  213:6
**response** 40:14
  40:22 156:16
  163:13 179:5
  181:24 186:2
  204:25 206:22
  207:7 220:22
  234:2 251:23
  252:10,14,21
  253:2,13 287:9
**responses** 7:18
  7:20 33:19

  124:12 250:11
  252:2 264:16
  285:13 305:8
**responsibilities**
  30:23 31:22
**responsibility**
  175:5 184:18,19
  276:22,23
**responsible**
  206:24,25 258:4
**responsive** 11:16
  12:7
**rest** 94:3 100:9
  117:25 275:6
  284:9,11
**restate** 204:21
  214:18 216:24
**result** 240:10
  241:3 248:10
  265:6 267:19
  279:9 289:17
**results** 92:11,14
  92:17,19 93:5,6
  184:13 223:19
  223:25 224:9
  229:9 270:7
  271:15 273:10
  275:3,4 281:6
**resumed** 155:6
**resuming** 251:3
**resurfaced** 144:9
  255:7
**resurfacing**
  263:12
**retained** 306:4
**retract** 144:5
**return** 223:19
  226:7,11 227:14

**[returned - says]**

**returned** 92:11 92:19 93:7

**reveal** 277:7

**reverse** 135:14

**review** 8:19 29:12,14,16,24 30:19 31:2,18,23 31:24,25 78:14 102:6 104:7 106:4 150:8 152:10 156:12 156:16 181:5 196:4 200:9 202:8,12 207:15 210:23 241:16

**reviewed** 29:18 29:20,22 30:7,10 30:12,22 32:7 153:13,15 171:15 211:2,7 216:22 291:15

**reviewing** 31:11 196:11

**right** 25:23 26:3 30:16 31:9 36:16 65:19 80:23 95:15 99:9 100:22 103:12 105:11,12 110:15 111:19 111:20 114:23 116:10 135:14 148:13 152:24 152:24 153:24 157:17 160:2 162:17 164:15 167:13,22 171:20 176:8,11

176:23,25 189:24 208:8,12 208:15 212:7 213:10 219:7 220:7 222:4 224:8,25 225:19 225:24 230:20 233:18 234:14 235:12,13,17 236:14,15,21 237:9,10 238:11 238:20 239:8 240:12 243:2 248:25 258:11 259:11 267:7,23 272:23,24 275:3 278:14 282:24 283:17 284:4 290:25 294:21 297:15 299:3

**rights** 82:15 173:23

**rise** 7:4 40:21 41:11,21 42:9,20 44:3 52:25 53:15 54:6,7 58:25 59:13

**rl** 302:13

**robert** 2:24 5:21

**robot** 15:12

**rock** 255:7

**role** 77:11,19

**room** 120:12 158:17 204:8 227:8,9

**round** 214:6 236:18 239:5

**rq** 99:25 100:24 156:18 179:16 208:4 214:3 223:13 230:12 239:2,15 268:24 269:23 270:24 284:6 292:8 294:8,11 299:18 299:24 302:14

**rule** 252:2,4

**rules** 6:24

**ruling** 52:3

**rulings** 302:13

**s**

**s** 2:2 155:2,2,2 181:14,15 302:20 307:5

**safari** 92:4

**safe** 74:23

**sake** 83:17 113:9 119:19

**sale** 118:23 119:2 121:5 124:13 133:25 139:25 141:9,11 145:21 146:7,15 192:21,23 197:7 251:15 261:15 289:23 290:2,14

**sales** 140:15 188:4,14 190:23 191:5 291:23 292:11,16

**save** 95:22 96:3 114:2

**saved** 96:2,8,10 96:19 100:13,15 106:8,12,13

116:3 156:20,23 236:20,22 237:15,18 239:11 243:6 261:3 269:2

**saw** 62:8 83:6 84:10 89:19,20 106:14 135:21 136:24 193:3,6 193:19,21 194:19 198:23 198:23 226:16 226:22 228:10 235:7 256:19,19 262:7 263:9 267:7,8 271:15 274:19

**saying** 18:21 26:3 124:7 145:18 207:20 216:13 227:13 228:14,16,21,23 231:15 242:23 256:10,13 260:10,11,17 293:9

**says** 62:6 66:13 66:19 67:15,16 69:16 82:20 83:2 85:18,19 93:20 94:3 95:2 96:23 109:10 115:2 116:9,23 117:12 121:6,8 122:7 123:6,8,16 128:9 131:17 138:6,20 153:18,21 164:15 165:4

**[says - seeking]**

170:19,20,22
172:24 176:25
180:10 184:2
196:5 197:3
198:2,3,15 199:4
199:12 200:9
202:8 208:9,12
211:10 212:2
213:4,11,15
214:9,21 215:3
223:23,24
224:11,15 225:3
235:12 238:11
246:21 252:2,7
267:24 275:18
282:11,17
**scanned** 230:24
**schedule** 22:10
22:11,14 286:21
**scheduled** 23:12
**schmidt** 2:24
5:21,23 6:15
181:15
**school** 61:21
62:4,13,16,17,20
62:23 63:25 64:3
64:5,11,16,17,19
64:20 66:6,8,11
66:14 67:3,5,16
68:13,15 69:9,12
69:19 130:7,8,20
**schools** 62:6
67:13 68:5,7
70:4,8
**scope** 160:7
184:19
**scott** 56:8,15

**screen** 88:13
267:2
**screenshot** 96:5
96:10,19,22,25
202:14
**scroll** 266:8
**scrolled** 226:16
267:13
**scrolling** 278:4
**sculpture** 66:16
**se** 161:4
**sealing** 3:6
**search** 88:14
89:12 91:10,13
91:19 92:17
95:11 96:17
117:12 158:12
184:13 196:5
201:19,22
223:10,11
225:19 229:9
231:4 255:9
259:12,16,24
261:13 262:17
270:6,11 271:4
273:10 275:2,3
277:12,25 279:6
280:22 281:3
290:5
**searched** 90:13
92:18 226:9
**searching**
277:23 279:10
**second** 126:5
203:15 224:8
226:4,6 230:8
232:22 233:2
243:20

**secondary**
217:15 267:18
**secondly** 148:16
170:18 178:15
**seconds** 223:25
224:5
**section** 65:21
66:2,5 110:4,9
148:19 176:3
208:7 252:10,13
253:12
**see** 7:14 65:5,19
65:20,23 66:14
82:24 83:5,6
84:5 93:18 94:16
94:22 95:2,4,11
97:9 99:17
101:20 102:6
106:4 115:13
116:6,8,10,15,16
116:18 117:2,3
117:19,25 121:6
121:7,8 126:10
126:12 128:11
128:12,22
131:17,25 132:4
132:5,10,13,14
137:4 139:3,5,8
139:11 145:22
145:25 146:4
149:10,12,13,14
157:17,19
163:15 164:6,9
164:12,17
165:18 167:4
168:3 172:20
173:3,4 180:10
183:2 186:16,18

192:8,10,11
194:20 197:8,9
198:22 199:18
200:9,14,15,16
200:24 201:11
205:2 208:8,14
211:13,15
213:10,17
214:24,25 215:2
216:7,8,11,12
222:14,20
223:19 224:2,3
225:5,6,14 228:5
228:11 230:19
232:8 236:8
237:3 238:10
239:9,10,17
242:25 245:17
252:14 253:21
254:5 261:18
262:6,12 265:15
267:5,24 268:25
269:12,13,24
270:4 271:19,25
272:2,2,4,11,22
273:2,21 278:5
280:18,19
281:11 282:11
282:23 283:2
288:12 292:6,12
292:15 299:13
**seeing** 158:21
169:6 222:12
240:19 261:20
263:20
**seeking** 191:10
294:16

**[seen - shown]**

**seen** 105:22 114:9,11 117:4,6 117:9 153:11 168:24 169:2 183:21 186:14 186:15 193:9,12 193:15,22,25 194:6,9,13,15,17 194:25 195:3,19 195:20 203:14 203:15 210:16 212:23 223:5,6 230:6 282:19,21 290:8 298:13,15 298:21

**seippel** 181:12 223:8 227:10,12 227:16,22 228:7 228:9,17,20 230:4,15 231:5 231:15,15 256:21,23,25 257:11,20 258:25

**seippel's** 231:9 231:21 258:18

**selection** 120:14

**self** 12:4,11 57:18 76:8 81:8 108:7 146:17 173:24 196:4

**sell** 119:12 145:9 147:13 190:20 197:15,15 291:20,25 292:18

**sellers** 122:17

**selling** 13:8 120:18,24 122:19 198:4

**sells** 146:10

**send** 103:11 164:3 206:18 209:12 218:9 230:12 245:19

**sense** 210:3

**sensitive** 4:11

**sent** 125:24 145:11 159:15 163:24 168:20 178:16 179:10 185:9 207:18 210:24,25 218:4 228:14,16 230:14 234:17 235:6,8 256:21 257:9 265:14 267:21 272:18 288:4 291:13

**sentence** 83:2 84:22 95:10 108:3,9,21 109:4 109:5,5,17 111:15 116:18 117:19,20,22,25 120:11 166:13 166:16,20 167:11 172:20 173:3 176:3 274:20

**sentences** 177:12 208:15 286:10

**separate** 74:16 74:21 75:6,12,14 222:13

**september** 194:7 301:21

**sequentially** 210:20

**series** 144:6 172:10 207:17

**serious** 152:14 152:17

**served** 161:16

**service** 204:18

**services** 211:11 211:17 214:10 214:22

**serving** 287:12

**set** 22:19 37:23 46:10,13 48:18 49:3 159:13 241:15 255:24 257:21 301:21

**setting** 279:25

**settle** 247:8,14 247:15

**settlement** 161:18 246:11 247:4

**settlements** 247:3

**seven** 40:23 41:2 42:23,25 43:8 70:4,8 91:15 92:3 97:4 101:22 106:15,23 107:6 124:11 202:5 223:24 224:9,11 232:5 249:25 253:14 263:7 300:9

**severe** 246:7,9 248:17

**shapes** 75:15

**sheet** 8:20 307:1

**shift** 96:4 286:9

**shock** 88:22

**shocked** 87:24

**shopping** 223:23

**short** 118:11 204:6

**shorthand** 1:22 301:5

**shortly** 89:21

**shoulder** 248:11

**shoulders** 184:19

**show** 8:10 9:10 90:19 114:4 137:21 165:9 170:4 174:12,16 221:13 224:12 292:15

**showed** 62:25 90:20 266:25

**showing** 9:12 63:13 78:24 79:18 87:9 125:21 133:22 155:20 165:10 168:23 186:12 188:21 195:17 203:12 210:14 229:13 242:18 250:22 251:20 269:8 280:15 281:22

**shown** 142:19

**[shows - source]**　　　　　　　　　　　　　　Page 51

shows  142:20 174:14,18 180:5 189:14 245:21

side  19:14,14 72:22 111:20 117:11 137:2,8 198:7,7 208:15 223:14,16 233:19 240:13

sign  204:17,23 215:17 216:4,16 216:17 217:15 218:5 220:5 283:9

signature  14:7 89:20 101:12 135:19 137:14 144:22 156:8 230:9 270:25 301:23

signed  3:13,15 86:5,9 95:3 126:10,19 128:7 131:19 138:9 151:6 175:12 215:8,14,15 217:4 219:9,22 220:7 233:3 234:4 282:23 303:15

significant 291:22

significantly 149:25 292:7

signing  204:11 215:25 217:25

silence  219:11

similar  156:3

similarities 118:2

similarly  37:24

simple  52:2,6 58:12 106:3 144:12 146:11 146:25 174:8 189:18

simplicity 119:19

simplified  257:3

simplify  54:9

simplistic  110:25

simply  161:17 208:25 219:13 241:11 255:2 256:2 269:21 290:7

sincerity  133:13 142:15

single  199:24

sir  108:23 173:14 176:6 185:20 192:11 201:15 208:2 209:15 215:4 220:13 229:20 230:16 236:25 237:21 247:11 247:17 249:17

sit  124:25 201:25 202:3 261:25

site  82:13 86:16 86:20 89:19 117:10 133:11 133:18 135:2,16 135:22 167:16

168:7 180:13 184:12 185:15 190:20 191:5 192:5,6 199:25 224:24 271:21 303:20

sites  225:9

sitting  122:2 124:7,10,18 222:17

situation  39:3 50:23 65:15 71:16 195:6 276:11

situations  47:23

six  144:8,8 178:3 188:6 203:4 206:6 224:10 249:21

size  149:25

sketch  79:23

skip  167:7

slc  1:4 4:21

sligo  69:9,12

slow  122:15

slower  197:2

small  26:21 94:9 109:12 282:24 288:12

smaller  137:11 283:22

sold  104:21 121:2 124:24 133:7,10,18,23 144:14,16,19 145:5,15,17,18 146:5,12,19 147:6,14,18,21

147:22 148:6,23 164:9 174:5 192:13,18 205:3 244:5 292:6

sole  150:4

solely  215:18

solicitations 209:9

solidify  103:10

solo  71:3 241:8

solved  241:11

somebody  76:21 79:6

somebody's 260:3

somewhat  80:3 112:22

soon  71:9 213:6 294:9

sorry  41:7 93:4 103:18 109:15 109:22 117:5 120:2 152:21 194:6 226:25 234:21 245:8 247:15 261:23 268:10 295:16 297:12

sought  245:16

sound  80:8

source  121:6,7 122:22 123:6,8 123:10,15,17 141:14 142:4,20 164:6 178:12 180:5,10,18 205:10,11,12,19 237:22

**[sourced - stated]** Page 52

**sourced** 181:9
**sources** 103:12
141:12 198:17
198:19
**southern** 1:3
4:20
**space** 222:22
300:3
**spam** 153:16,18
153:20
**span** 276:11
**spanned** 144:2
**spanning** 40:23
184:17
**spans** 42:23
**speak** 7:6,8
32:10,13,16,20
33:3,7,10 34:15
90:4 105:6
185:21 190:14
233:25 291:8
**speaking** 105:7
150:14 182:20
187:19 190:5
**speaks** 232:9
**specialist** 187:23
188:10 240:18
240:20
**specific** 21:23
22:16 30:24,25
53:10 55:18 74:3
92:2 96:15
144:18 157:5
159:25 182:15
229:10 290:15
**specifically** 30:7
63:20 64:7
102:21 104:18

205:5 223:21
248:12
**specifics** 134:6
261:4
**specified** 289:14
**specify** 140:16
**spectrum** 22:13
**speculate** 201:6
**spell** 109:11
176:12
**spelled** 121:21
174:22,23
175:14,22
176:22,23
**spelling** 109:24
109:25 123:21
**spellings** 120:9
175:18
**spend** 31:11
**spent** 67:21
241:6
**spine** 240:18,19
**split** 46:16
**spoke** 89:24 90:7
103:5 151:4,15
153:2 157:14
172:10,10
188:11 190:12
218:20 295:10
**spoof** 190:2,4,7
**sporadically**
39:12 45:18 66:9
68:4
**spot** 19:15
**spring** 105:23
**ss** 301:3
**staff** 143:22
206:18 219:14

276:22
**stage** 79:24
**stake** 258:2,3
**stamp** 114:15
236:24 269:10
273:21 274:2
280:17
**stamped** 63:10
79:16 83:23
86:10,18 87:5
107:25 155:18
183:13 184:24
186:9 195:15
203:9 210:12
212:17 221:3
232:15 240:6
242:16 264:9,13
269:6 273:18
278:25 280:13
281:19 284:16
295:25 302:25
303:5,7,16,17,21
304:9,11,14,16
304:18,20,22,24
305:2,4,6,12,14
305:16,18,20,22
305:24 306:2
**stamps** 237:24
**stance** 103:10
**stand** 127:23
155:7
**standard** 21:15
**standing** 20:4
248:17
**stands** 292:21
**stapled** 98:4,25
99:3

**start** 6:24 10:2
53:8 116:9
122:20 129:21
129:25 130:18
161:7
**started** 46:17
47:20 48:18
54:12,17 70:3
81:10 102:18
130:9
**starting** 32:4
161:15
**starts** 108:11
110:5,10 116:14
116:19 117:14
252:13 253:19
254:5,8
**state** 1:23 5:9,11
30:3 31:8 41:7
44:16 65:11
74:23 93:10
102:21 117:17
143:10 149:7
188:11 220:4
221:17 225:25
251:3,7 293:21
301:3,6
**stated** 17:25 19:4
33:23 36:17
55:12 79:5
113:20 122:23
151:2 174:18
182:18 190:15
206:19 208:25
217:12 219:8,25
222:19 226:13
243:13 244:5
245:15 246:7

**[stated - successfully]** Page 53

249:7 251:13 285:6,11 295:10 297:10
**statement** 74:24 80:18 81:18 107:13 108:5 112:10 127:5,13 127:23 128:15 128:15,16,22,25 129:6 137:21 138:6 147:24 231:14,24 244:9 256:3 294:11,13
**statements** 88:15 122:6 125:7 131:24 138:15 173:21 182:14 190:16 198:11 201:17 231:21
**staten** 18:9,15,18 18:22,24 19:6 49:21 50:4,16 62:17 71:4 247:15
**states** 1:2 4:20 121:4 122:25 130:4 137:19 171:2 188:3 197:14 213:25 231:11 233:2 252:23
**stating** 108:11 244:19 246:5 293:2 296:22
**status** 287:2
**statutory** 293:24 293:25 294:3

**stayed** 11:18,21 215:9
**stenographically** 301:12
**step** 137:24 232:19,19
**steps** 257:6,21
**stipulated** 3:4,8 3:12
**stop** 7:11 45:22 45:25 103:8
**stopped** 45:23 46:16
**store** 37:7 127:21 129:5
**stored** 101:3
**storefront** 126:17 127:8 128:10,20 138:4
**story** 159:19 187:25
**straight** 124:22
**stranger's** 139:16
**street** 1:20 2:7 2:16 4:23 9:18 10:9
**stress** 14:3,22 15:6,13 16:6,13 17:25 49:14,24 53:25 65:14 141:13 240:12 240:22,24
**stressed** 14:10 14:25 16:9 49:23
**stressful** 24:13 24:25 49:17

**stretcher** 126:23
**stricken** 199:16
**strike** 8:4 12:6 26:14 40:11 144:5,10 146:18 146:24 148:20 204:19
**striking** 287:6
**string** 256:18,20
**strong** 202:2
**structured** 83:20
**struggle** 192:24
**students** 68:3
**studios** 64:14
**subject** 44:20 83:4 107:14 108:4 116:25 125:10 151:5 165:25 166:21 167:13 187:10 213:14 238:17 246:18 277:7
**subjected** 57:12
**submission** 288:20
**submit** 99:12 162:4 258:10 259:8 289:9
**submitted** 77:4 78:10 97:8 100:19,21 102:7 104:23,25 105:14 132:17 133:24 182:11 187:16 188:7 206:19 252:17 252:25 287:17 287:22 288:10

288:14 289:21 295:6,17
**submitting** 213:4 288:25
**subpoena** 286:22 287:12
**subscribe** 204:18 219:24
**subscribed** 158:22 205:21 211:19 213:3,22 214:2 218:11 220:8 233:15 300:17 307:22
**subscriber** 205:18
**subscribing** 211:10
**subscription** 205:24 212:7,9 213:13,16 215:14,15,18 218:23 220:9,10 220:11 233:23 238:12
**subsequent** 157:8 292:11
**subsequently** 220:10 247:14 247:15
**substantiates** 256:3
**subway** 10:7
**successful** 266:11,15
**successfully** 204:22 255:13

**[succinct - terms]** Page 54

succinct 121:23
succinctly
  160:14
sue 244:21
sugar 143:7,8,10
  143:13
suggested
  120:15
suggestion 190:8
  212:10
suite 2:8
summarize
  105:20
summer 67:25
  69:8,12 79:21
  105:23 106:2
sup 208:10
supersedes 210:3
supplied 229:24
supply 200:12
support 105:16
  125:13,17
  181:20 208:10
  212:11 213:17
  213:20 233:7,7
  303:25
supports 272:14
supposed 10:2
  275:14
sure 14:21 21:24
  23:10 44:7,15
  54:11 57:8 80:21
  81:4 92:10
  102:10 108:18
  115:12 142:17
  202:14 206:11
  216:21 237:5
  245:22 254:16

265:19 282:16
  285:6 288:17
surface 43:4
  261:12
surfaced 93:11
susan 290:3
suspect 133:2
sustain 19:11
sustained 19:20
  240:9,21 248:19
swear 6:4
swept 57:10
switched 71:23
  271:10
sworn 3:13,16
  6:8 155:6 300:17
  301:10 307:22
symbol 144:23
sync 94:5
synonymously
  108:14,15

**t**

t 6:7,7,7 45:14
  45:14,14,14
  155:2,5,5,5
  232:24,24
  291:14 301:2,2
  302:20
tab 65:3 159:7
table 5:21 9:7
  143:4
take 4:14 7:19,25
  9:5,8 12:16
  44:10,22 53:12
  60:24 130:24
  154:2 184:10
  187:18 189:5
  209:17,19,23

224:4 240:14,16
  249:19 250:7
  252:5 257:7
  262:24 268:11
  276:14
taken 3:17 17:11
  17:14 45:2 61:7
  85:9 131:6 173:9
  176:14 177:5,8
  202:25 221:9
  249:22 301:8,12
takes 47:25
  135:14
talk 101:18
talked 295:8
  298:23
talking 30:6 55:8
  94:22 119:5
  131:14 134:25
  137:5,7 170:24
  236:13 245:9
  254:13 276:10
  277:17 286:16
tall 65:12
tangents 189:6
task 276:15
tasks 22:10
tazza 290:23
tb 111:14
tba 83:3,8 84:6
  109:2,6 110:19
  110:25 111:3,5
  111:12,24 112:2
  112:5,8 120:5
  167:8,12,16,20
  168:4,6,20 173:3
  173:4,6,13
  174:20

teach 12:10
teaching 12:23
  12:25
team 233:7
technical 73:9
technically
  45:23 257:24
  276:12
tell 34:10 37:19
  61:11 94:15
  112:18 113:12
  126:8 133:13
  134:5,5 143:12
  143:16,19,21
  171:4 172:4
  187:19 191:3
  193:14,18
  215:20 242:2
  261:4 268:4
  284:4 288:24
telling 72:24
  103:12 105:2
  142:22 206:23
  230:2
temporarily
  257:13 258:25
temporary
  256:24 257:11
  257:17,21 258:5
  258:7,9 259:2,8
ten 12:18,22
  104:20 191:14
  191:20,22,24
  221:18
term 33:11
  118:15 119:18
terms 9:21
  205:23 206:3,7

206:12,13
211:12,16,18
212:6 214:23,25
215:5,7,12,16
216:2,14,14,22
221:17 222:7,9
222:13,14
**terry** 150:9,10
150:11,23,25
151:9,14,20,22
152:16 153:16
153:18,21 296:8
296:14 297:3,5
297:21,25 298:5
298:6,13,14
299:7,10 300:2
**testified** 6:10
155:7 249:11
**testify** 49:16,18
49:19
**testifying** 13:25
16:22
**testimony** 8:25
50:19 249:13
301:11,12
**text** 108:23
156:5 166:4,4
167:20 176:7,7
202:10
**thank** 7:13,21
213:4,8 231:23
251:4 252:8
258:16 263:2
264:5 274:17
294:24 295:15
300:5
**theme** 198:6
232:3

**therapy** 240:17
241:6,7
**thing** 65:11
82:16 89:9,10,14
89:16 143:16
192:14 199:24
263:12
**things** 13:22
14:14,19 15:3,8
15:13,18,18
20:17 21:12,15
21:25 22:2 23:25
24:2 25:12 31:4
31:6 33:12,13,17
33:22 34:13 39:6
40:19,19 50:25
51:2 52:18 58:5
65:11 75:18
89:15 96:12
103:13 105:13
106:5 188:18
189:22 231:18
249:6 273:7
276:21 291:19
**think** 13:21 16:9
19:5 30:4 34:25
36:12 60:24
67:19 78:17 81:3
84:2 89:4,6
96:14 103:23
112:24 120:23
127:12 129:24
135:10,10
141:21 142:12
142:17 151:11
153:11 158:14
160:23 196:14
207:17 209:3,4

216:20,20
218:13,15 231:9
232:6 242:3,5
260:22 286:15
292:13 293:12
293:15 299:6
**third** 75:7
126:12 148:18
183:25 230:10
243:20 252:10
252:14,21
267:20
**thirties** 13:14
**thomas** 224:17
**thought** 44:5
245:5,10 263:12
**thread** 296:13
**three** 14:4 38:14
52:14 67:21
120:13,14 131:4
139:25 150:2
175:18,23
176:13,22 178:9
178:17 186:5,9
187:20 188:6
224:10 227:16
227:23 228:12
228:17 229:22
230:4,5,15,23
267:16 271:9
273:14 275:5,8
293:22,23
304:13
**threw** 209:3
**thrown** 106:3
**thursday** 114:16
114:22 115:13
115:13,15,19

124:5 153:2
186:19
**ticket** 181:22
213:11
**time** 3:10 4:13
5:9 7:5 8:2 9:4,8
9:18 11:19 12:8
13:10 15:20
23:16,20 24:12
24:25 25:4 27:21
28:17 31:11,17
40:23 43:4 46:20
49:17,22,23
50:12 53:4 56:5
60:21 66:11 68:5
69:23,25 70:2,2
70:19,23 71:2,5
81:24 92:8 98:23
105:24 114:2
117:20,23
119:16 124:3
136:10 143:20
148:22 150:3,7
151:3,15 157:6
159:11 164:23
172:5 173:23
187:2,6,7 202:9
203:3 211:3
217:8 218:6
219:19 232:25
233:2 236:24
237:11,24 238:2
241:6,8 242:25
244:15 249:24
254:24 272:11
272:20,25 273:5
273:14 274:16
277:14 279:21

**[time - trombetta]**

279:24 281:10 286:9,18 290:9 293:3,11 298:4,6 300:12

**timeline** 253:12 253:24

**timely** 220:23

**times** 14:2,24,25 15:4,12,23 18:17 20:7 21:14 23:21 23:22,24,25 29:13 37:17 38:24 39:6 40:6 54:15 55:15 102:24 104:2 114:11 144:25 170:12 172:3 176:22 182:22 189:17 191:16 224:25 225:2 233:9 242:4 251:14 268:13 271:16,16 272:19

**titanic** 274:22

**titled** 85:16,21 145:5 252:10 303:9

**titles** 281:13

**today** 5:19 7:3 13:25 15:14 16:13,22 29:9,17 29:21 30:16,21 32:2 33:2 49:10 49:12 50:17 53:14 67:9 72:23 79:8 101:19 107:23 119:16

124:7,10,18 125:2 159:22 201:25 202:3 206:5 239:7 254:14 262:2 270:22 272:15 293:15 295:10

**today's** 8:15 30:8 31:2 239:19 250:24 269:10 273:23,25 280:16 281:23

**told** 37:9 53:21 104:8 105:7 182:13 190:19 190:22 192:19 192:22 194:5,8 215:24 231:6 288:2 299:5

**tonight** 214:13

**tool** 132:2

**tools** 243:15

**top** 75:9,10 94:22 95:2 109:10 122:11 122:17 157:17 192:8 196:17 200:23,24 212:2 213:15 235:12 235:12 267:23 279:21

**topics** 9:21

**touch** 287:13 297:25

**toxic** 130:14,17

**track** 27:25 28:3 28:6 177:24

**train** 44:5

**training** 62:12 62:19 64:3 130:3 130:5

**transcribed** 301:13

**transcript** 8:19 25:17 101:6 113:14 201:14 222:23 300:3

**transference** 46:20 202:6

**transferred** 187:22

**transformed** 134:24

**traumatic** 17:16 17:20 18:4,7 19:11,16

**traumatically** 19:15

**treating** 241:17 294:20

**tree** 108:19,20 239:5

**trial** 3:11 206:14 206:15,15 247:5 247:6 285:20

**tried** 10:3 143:21 200:6 235:21 262:21,21 290:13

**tries** 243:21

**triggers** 24:3

**trip** 12:22,23 16:14

**trombetta** 1:6,19 4:4,6,17,18 5:1

5:15 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1,7 46:1,8,14 46:25 47:1,4,5 47:14,20 48:1,10 48:13,16 49:1 50:1,24 51:1,2,9 51:22 52:1,14 53:1 54:1 55:1 56:1 57:1 58:1 58:20,21,22 59:1 59:7,8,8 60:1,13 61:1,11 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1,9 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1,14 83:1 84:1 85:1 86:1,5,9 87:1,9 88:1 89:1 90:1 90:17 91:1,20 92:1,16,18 93:1 93:14 94:1 95:1 95:3 96:1 97:1

**[trombetta - trying]** Page 57

| | | | |
|---|---|---|---|
| 98:1 99:1 100:1 | 165:1 166:1 | 238:1 239:1 | **trombetta's** |
| 101:1 102:1 | 167:1 168:1 | 240:1 241:1 | 136:7 231:25 |
| 103:1 104:1 | 169:1 170:1,23 | 242:1 243:1 | **trombettaart** |
| 105:1 106:1 | 171:1 172:1 | 244:1 245:1 | 45:15 |
| 107:1 108:1 | 173:1 174:1 | 246:1 247:1 | **trombette** 109:9 |
| 109:1,10,20 | 175:1,12,15,16 | 248:1 249:1 | 109:21 175:2 |
| 110:1 111:1 | 176:1,25 177:1 | 250:1,22 251:1,4 | 176:4,16,18 |
| 112:1 113:1 | 178:1 179:1 | 251:11,11 252:1 | **true** 20:20 80:19 |
| 114:1 115:1 | 180:1 181:1 | 252:9 253:1,10 | 129:2,9 131:24 |
| 116:1 117:1 | 182:1 183:1,19 | 254:1,11 255:1 | 132:5 133:21 |
| 118:1 119:1 | 184:1 185:1,5 | 256:1,9 257:1 | 143:16 191:7 |
| 120:1 121:1,23 | 186:1 187:1 | 258:1,9 259:1,3 | 198:14 220:9 |
| 122:1 123:1 | 188:1 189:1 | 260:1 261:1 | 241:5 244:11 |
| 124:1 125:1 | 190:1 191:1 | 262:1 263:1 | 247:2 |
| 126:1,19,21 | 192:1 193:1 | 264:1,11 265:1 | **truncated** 94:10 |
| 127:1,10,11,16 | 194:1 195:1 | 266:1,16 267:1 | 120:13 |
| 127:17 128:1 | 196:1 197:1 | 268:1 269:1,8 | **truth** 133:13 |
| 129:1 130:1 | 198:1 199:1 | 270:1 271:1 | 219:25 |
| 131:1 132:1,12 | 200:1 201:1 | 272:1,3,20 273:1 | **truthfully** 13:25 |
| 132:18,19 133:1 | 202:1 203:1 | 273:22 274:1 | 16:22 |
| 133:6 134:1,21 | 204:1 205:1 | 275:1,22 276:1 | **try** 7:23 16:12,18 |
| 135:1,19 136:1 | 206:1 207:1 | 277:1 278:1,12 | 16:20,20 23:9 |
| 136:14,19,25 | 208:1,22 209:1 | 279:1,3 280:1,15 | 36:14 134:13,15 |
| 137:1,11 138:1 | 210:1,4 211:1 | 280:23 281:1,22 | 137:23 146:25 |
| 138:16 139:1 | 212:1 213:1 | 282:1 283:1,13 | 151:25 185:10 |
| 140:1,11,11 | 214:1,7 215:1 | 284:1,18 285:1 | 189:6 191:8 |
| 141:1 142:1 | 216:1 217:1,4,14 | 285:12 286:1,20 | **trying** 11:14 |
| 143:1 144:1 | 217:21 218:1,2,7 | 287:1,15 288:1 | 15:16 30:4 34:3 |
| 145:1 146:1 | 218:14 219:1 | 289:1,17 290:1 | 34:4,7,8,9 37:12 |
| 147:1 148:1 | 220:1 221:1 | 291:1,20 292:1 | 46:21 71:7 91:12 |
| 149:1 150:1 | 222:1 223:1 | 293:1 294:1 | 92:25 98:22 |
| 151:1,7,17 152:1 | 224:1,22 225:1 | 295:1 296:1,3 | 101:19 120:22 |
| 153:1 154:1 | 226:1 227:1 | 297:1 298:1 | 123:3 127:12 |
| 155:1 156:1,7 | 228:1 229:1 | 299:1 300:1,10 | 130:4 142:18 |
| 157:1 158:1 | 230:1,9 231:1 | 300:15 301:8 | 159:24 164:23 |
| 159:1 160:1 | 232:1 233:1,20 | 302:6,24 303:15 | 196:21 201:12 |
| 161:1 162:1 | 234:1,3 235:1 | 307:2,3,21 | 201:15 214:11 |
| 163:1 164:1 | 236:1 237:1,19 | | 215:22 219:13 |

**[trying - unsubscribe]**                                        Page 58

220:14 238:21
241:9 247:21,22
273:2 274:20
290:18,22
**turn** 65:2 72:13
**turned** 162:15
**twice** 158:25
242:6
**two** 14:4 30:19
30:25 31:12
34:23 35:18,19
35:24 36:2,6,7
36:10,16,20,23
36:25 37:6,13,25
38:4,7 39:7 42:6
45:5 50:20 51:25
52:7 53:13 56:12
78:14 85:7 96:12
103:2,12,12
104:23 117:15
119:20 122:10
137:3 143:3
156:2,10 165:22
175:18 185:24
187:20 188:4
201:6 217:13
224:10,13,20
225:9 226:3
229:22 231:11
231:18,21,22
242:6,6 253:19
254:14,17
256:20 258:2,3
269:17,18 273:4
273:13 276:11
277:10 283:10
290:11 291:9

**type** 91:19 94:9
122:16 175:14
200:20,21 201:2
201:5 225:21
236:7,11,24
237:9 249:8
261:24 268:4
271:12 281:14
298:19
**typed** 91:20
225:22
**types** 197:6
**typical** 131:17
**typically** 49:11
**typos** 175:24

**u**

**umbrella** 21:8
22:12 40:22 53:5
72:11 86:4,9
87:16 95:3 133:7
134:20 140:13
145:6 146:21
147:8,19 148:8
148:25 151:6
156:6 164:6
166:5 180:4
182:3,8 188:24
192:9 199:17
207:3 225:12,16
226:8 227:3
229:11,14,18
236:5 260:19
272:5 282:23
283:2,5 284:21
303:15
**unable** 29:14
80:16 286:13

**unaware** 234:18
**unbeknownst**
234:6 235:6
**uncertain**
156:24
**uncertainties**
171:7
**uncertainty**
14:16 15:10 80:3
181:4 206:2
210:24 211:7
215:11
**unclear** 197:10
197:12 199:10
199:12
**uncommon**
273:13 291:18
**underneath**
137:5 140:13
144:21 158:8
163:16 176:21
176:23 192:6
193:11 224:22
225:25 251:10
254:24 260:21
262:7 282:24
290:8
**understand** 7:9
7:10 8:3 15:15
22:8,9 34:4,8
57:13,16 92:20
118:6 127:6,9
128:23 140:4
147:2,2,3,4
170:5 177:23
192:12,14,19
230:17 237:12
266:20,22

270:23 272:9
**understanding**
59:15 121:11
126:24 127:2,4
195:21 196:2
231:5
**understood** 7:12
7:21 8:5 191:6
206:10 263:19
**undocumented**
43:5 190:9
**unexpected**
12:19
**unfolding** 22:10
**unfortunately**
204:3 252:11
286:20
**uniformity**
113:10
**unit** 4:16 44:24
45:5 85:7,12
131:4,9 154:4
155:13 202:24
203:4 249:21,25
300:9
**united** 1:2 4:19
**unknown** 258:3
285:20
**unlegible** 80:12
**unquote** 246:6
**unrecognizable**
153:22
**unsubscribe**
159:4,7,9 265:16
265:20,23 266:2
266:5,9,11,15
267:14,17,18
268:3,12

**[unsubscribed - waited]** Page 59

**unsubscribed**
158:25 163:25
264:15,16,19,20
264:22 265:5
266:19 267:25
268:13 272:14
272:16,18 273:3
273:6,9
**untangle** 232:25
**untrue** 122:5
**updated** 70:14
70:16,20,24 71:2
71:6,10,14,20,22
73:3,4,7 75:17
75:19 211:18
**updating** 81:20
**upload** 47:25
169:12 184:10
276:14
**uploaded** 82:11
169:15
**upper** 65:19
95:14 97:7,25
114:23 117:11
137:2,7 156:7
229:3 230:20
235:17 236:14
236:15 239:8
243:2 281:13
283:17
**upright** 278:16
**upstairs** 10:5
158:16 239:14
270:13,16 285:7
**urgent** 186:21,23
**url** 184:7,13
200:16,18,20,21
201:2,20,24

**use** 38:6,9,22
39:3,4,9,13,25
40:4,15 41:19,25
42:7 45:17,20
46:22,25 48:21
50:22,24 52:19
52:23 55:17,22
60:9,14,20 92:4
101:24 105:12
113:25 148:13
159:3 173:24
211:12 214:23
214:25 215:5,7
216:14,14
221:18 222:7,9
222:13,14
270:10 271:13
**usually** 15:24
49:13 185:16
261:3,6
**utmost** 133:13
237:17
**utterly** 148:4

**v**

**v** 307:2
**vague** 18:2
**validate** 127:23
**validates** 79:7
**value** 145:23
**valuing** 140:19
**vanessa** 77:6,8,9
79:22
**vanquished**
178:14
**vara** 148:12
**variety** 39:15
43:3 198:17,19

**various** 68:4
75:15 140:16
190:23 191:4
238:23 253:25
**vector** 82:14
144:22
**verb** 120:17
**verbal** 7:16,18
77:25 181:24
**verbally** 103:6
141:18 182:6
**verbatim** 75:22
75:22 104:13,15
105:18 108:24
125:5,8 137:20
249:13
**verdict** 247:10
247:11,13
**verifiable** 128:25
141:3
**verifiably** 129:9
133:15
**verification**
142:8
**veritext** 5:2,4
307:1
**version** 83:10
94:11 101:21
112:5,6,7,13
136:6 230:13,18
261:3 283:22
**versus** 4:18 24:4
249:5
**video** 4:13,16
223:24 272:6
**videographer**
2:23 4:8 5:3
44:23 45:3 61:5

61:8 85:6,10
102:11,14 131:3
131:7 154:3
155:11 202:22
203:2 221:7,10
249:20,23
250:16,19 253:4
253:7 300:8
**videotaped** 1:18
136:8
**view** 200:12
201:3
**viewed** 253:17
**viewing** 117:20
117:22
**villa** 12:15
**vintage** 140:20
189:2 225:10
**violation** 293:23
**visible** 227:3
**visited** 178:7
224:23,25 225:4
226:2 271:15,21
**visitors** 177:24
**visual** 94:8,9,12
148:12 163:22
199:21 231:11
**visually** 230:5
**visuals** 229:22
**voice** 207:20
**voyage** 281:13

**w**

**wait** 59:3 95:15
144:5 214:11
221:16 236:17
282:21
**waited** 186:24
191:13,20,22

**[waiting - went]**

waiting 294:14
waived 3:7
walk 61:3
wall 219:11
want 23:7 27:18
  43:15 51:4 56:25
  63:6 82:9,19
  100:8 113:12
  122:12 126:14
  153:10,25 161:5
  182:4 195:25
  207:11 235:25
  239:20 243:19
  248:16,21 266:9
  266:23 277:22
  285:20 293:3
  295:20 299:21
wanted 31:24
  205:2 219:7
  251:3,19 255:21
  267:17
wants 286:19
warm 9:3,4
warning 130:17
washington
  288:3
water 16:17
watkins 105:15
  157:15 182:20
  185:22 200:3
way 17:21 18:2,2
  72:23 97:13
  99:15 100:5
  121:20 176:22
  201:14 202:2
  203:17 207:8
  209:19 219:20
  245:24 265:13

289:14 290:7
299:23
wayback 168:14
  168:17 211:23
  211:25 304:7
ways 52:2
  178:10
weakened
  240:25
web 107:16
  118:7 134:22
  135:7,12,24
  136:4 156:23
  160:21 166:3
  170:8 171:8
  185:15 196:23
  196:24 197:25
  197:25 212:3
  224:19 227:2
  229:17 230:7
  238:11 281:13
  283:12
web.archive.org
  212:3
webmaster
  157:15 182:20
  184:20 185:15
  185:17,22
website 47:22
  48:5,9,19 49:3
  62:11 63:19 65:3
  65:8,12 66:2,4
  66:18 67:15
  68:22 70:12,15
  70:19,23 71:7,9
  71:15,17 72:12
  72:13,15,16,17
  73:5 75:21 76:4

76:13 78:15,17
80:24 81:15,25
82:6 84:11,17,20
84:22 91:2,4
95:18 104:12,14
105:4,8 107:20
108:2 109:23,24
110:14,17,23
114:22 115:10
116:2,21 117:16
118:8 123:13,14
133:8,23 134:11
134:19 135:4,19
135:24,25
136:14,18
137:18 145:19
146:8 158:6
159:6 164:2
166:9,19 169:20
174:2,13,15,17
174:19 175:6
176:15,16,20,25
177:2,3,6,9,13
177:16,21,24
178:7,16,18,21
178:24 179:18
184:6,6,8,10,20
184:20 185:16
185:17 188:12
196:23 197:4
199:20 214:7,10
214:22 217:15
217:16 218:5,6
222:9 224:21
226:2 232:23
233:4,12 234:9
234:13 241:24
243:14 245:19

254:13,19,21
256:16 259:10
259:11,13 260:2
260:3,5,6,9,11
261:14 262:19
262:22 263:5,16
263:24 264:2
265:7,15,21
266:6 276:2,14
277:13,24 278:8
279:16 282:6
283:12 287:16
288:12,19
websites 34:11
  211:11 259:5
  262:23
webster 119:3,5
  119:8
week 24:7 32:4,4
  56:11 219:12,12
weekends 66:9
weeks 56:12
  104:23 144:4,6
  185:25 240:23
welcome 95:10
  122:9,16 164:15
  213:12,15
  238:12
went 19:13 31:4
  62:5 64:4 66:8
  67:2,4,23 68:12
  68:17,20 81:21
  89:18 91:17
  103:2 104:3
  134:12 135:2,6,7
  135:11,21
  136:24 158:17
  161:13 247:5,6

**[went - worthpoint]**

255:3 263:10,11
265:20 266:4
268:18 275:13
279:16
**whatsoever**
77:11 82:10
204:4
**whereof** 301:20
**whispering** 4:11
**willful** 120:6
**william** 69:8,11
258:18
**wilson** 1:19 2:13
4:23 5:16 6:25
9:18 250:5
**window** 117:12
201:19
**windows** 274:15
**wise** 49:9 82:4,5
**wisteria** 290:2
290:14
**withdrawn** 13:4
24:18 29:23 32:9
46:3 50:2 53:6
59:18 73:12 90:8
112:14 117:5
126:25 153:12
160:8 163:5,6
167:9 186:25
193:23 194:7,13
212:22
**witness** 5:24 6:5
6:8,20 8:11 9:10
56:6 165:9
183:18 285:17
285:17,21 286:5
286:6,7 287:7
294:22 301:10

301:20 302:5
**witnesses** 54:16
55:14,19,25
58:14 285:14,23
286:15,22
**witnesses'** 307:3
**word** 76:12,12
76:24 109:13
113:25 118:12
118:16 137:10
141:13 142:4
150:3 167:7,8
209:11 224:4,4
258:5
**words** 64:13
75:20 76:12
124:22 125:6
216:17 219:12
265:24
**work** 69:22
113:19,20
144:23 158:17
241:9 291:12,13
291:16
**worked** 13:12
**working** 11:25
213:6
**works** 73:14
74:15,25 82:13
243:13
**world** 83:6
**worse** 49:11,12
**worth** 124:11
**worthopedia**
114:18 117:13
156:8 173:17
175:11 198:16

**worthpoint** 1:10
2:14 5:18,22
6:15 7:2 55:5
59:20 60:15,18
60:21 86:15,20
94:13 102:24
104:9,12,14
105:11 108:6
110:22 111:2,4
111:12 112:4
114:15 115:10
117:24 118:8
123:11,12,13,14
133:8,18,23
134:2,3,8,11,19
135:4,16,18,24
136:23,23 137:8
137:9,10,17,18
137:19 139:19
139:23 140:4,8
140:18 142:11
143:20 144:3,14
144:15,19,22,23
145:5,15,18,19
146:5,7,9,10,12
146:14,19,22
147:6,10,12,18
148:6,23 149:3
149:20 156:4
157:15 158:19
159:7,15 163:14
166:4 167:16
172:7 173:13,17
174:2,12,16
175:4 176:14
177:15 178:7,16
178:17,20,23
179:10,17,18,22

180:16,21 181:7
181:13,17,20,23
181:25 182:7,16
183:5 184:11
185:22 186:3
190:19,22 191:4
191:25 196:9,23
196:24 197:3,7
199:23 200:5
203:21 204:18
204:21,23
205:18,21
206:18,23
207:13 208:7
209:9,24 210:7
210:21 213:3,12
213:16,23 215:9
217:16,25 218:4
218:11,13
219:13 224:13
224:19,21 225:9
226:2 227:15
228:14 229:17
231:19 232:23
233:3,13,14,16
233:22 234:5,18
238:12 250:6,13
251:12,24
253:25 255:4,12
258:20 259:23
260:4 261:11
262:6,13,14,18
262:18 263:8,10
264:17 265:22
265:25 266:3,14
266:18 267:12
267:20 272:17
275:5,8 276:2,16

**[worthpoint - york]**                                                                                 Page 62

276:17,25
279:17 282:6,17
283:12 284:20
285:13 289:18
303:20 305:11
**worthpoint's**
60:17 62:11
105:4 114:22
117:9,16 133:11
135:9,12,16,22
135:23 136:14
136:18 143:22
145:8,16,19
158:23 174:15
174:19 175:6
180:13 188:12
199:20 204:11
208:9 222:8
228:4 254:13,19
256:16 258:19
260:2,5,6,9,11
261:13 262:22
263:5,16,24
264:2,19 266:19
267:17 268:14
276:22 277:13
277:24 279:7,10
279:16
**worthpoint.com**
86:3,7 105:16
134:23 213:20
259:4 303:13
**worthpoint.com.**
137:15 212:12
216:6 233:8
**worthpoint.guest**
213:18

**wp** 149:23,23,23
210:10,12,17
215:4 216:10
222:15 228:13
304:20
**wrap** 293:15
**write** 21:12
23:25 24:2,3
80:4,11 182:13
207:11 214:12
**writeup** 91:2
**writing** 13:8
24:4 32:8 77:9
103:9 104:21
105:13 175:24
190:16,17
191:21,23 197:9
206:24
**written** 20:8
52:18 76:17
86:24 133:15
145:16 166:19
181:23 190:21
190:25 191:6
199:18,19
**wrong** 19:3
68:21
**wrongfully**
105:10
**wrote** 138:15
139:6 145:20
188:18 189:22
231:24
**www.worthpoi...**
84:22 114:18
117:12 184:8
196:6

**www.worthpoi...**
133:9

| x |
| --- |

**x** 1:5,13 302:4,20

| y |
| --- |

**yadda** 233:5,5,5
**yahoo** 45:11,14
46:17 47:13,18
48:4,25 49:5,8
51:8 55:6 59:25
158:18 217:14
217:14 218:12
264:23
**yahoo.com** 45:15
47:5 51:22 52:15
58:21 59:8
208:23 217:5
234:4
**yates** 69:8,11
**yeah** 65:20
116:12 170:20
196:10 198:19
200:17 202:15
237:7 248:6
295:21
**year** 10:22 13:13
13:23,23 23:20
23:21,23 30:15
35:14 41:23,24
41:25 42:15,23
43:8 49:4,8 50:5
50:8 64:7 66:20
67:19 68:23,25
69:2,3,3,15,24
69:24 70:3 72:10
74:16,22 87:16
93:14 106:6

114:25 115:18
127:17,18 129:8
169:9 192:20,21
237:10 244:7,8
244:12 246:4
251:13,16
276:11 298:21
298:24
**years** 10:22
17:18 21:21
24:20 40:23 41:2
43:2 53:13 67:21
68:6,12 69:22
70:13 74:20 77:5
77:5,15 80:21
91:15 92:3
101:22 107:7
123:23 124:11
129:19,20
139:25 150:13
152:2 171:6
178:4 182:23
184:17 202:5
206:6 232:5
249:14 277:10
290:11 293:6
**yellow** 107:12
110:16
**yesterday** 169:4
194:18
**york** 1:3,21,21
1:23 2:9,9,17,17
4:21,24,24 10:9
10:10 41:14,15
42:5 68:17 69:6
116:14 121:22
121:24 161:13
171:18 248:5,6

**SA834**

**[york - zone]** Page 63

| | |
|---|---|
| | 301:3,4,7 307:1 |
| **yqz** | 86:5,9 95:4,9 |
| | 95:11 303:15 |
| **z** | |
| **zero** | 170:23 |
| **zone** | 95:11 |

**SA835**

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

**SA836**

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.