**SA1233**

Page 96

V. KOI-PLOSKI

D E C L A R A T I O N

I hereby certify that having been first duly sworn to testify to the truth, I gave the above testimony.

I FURTHER CERTIFY that the foregoing transcript is a true and correct transcript of the testimony given by me at the time and place specified hereinbefore.

_____

VANESSA KOI-PLOSKI

Subscribed and sworn to before me this _____ day of _____ 20____.

_____

NOTARY PUBLIC

SA1234

Page 97

V. KOI-PLOSKI

E X H I B I T S

DEFENDANT'S EXHIBITS

EXHIBIT       EXHIBIT                           PAGE

NUMBER        DESCRIPTION

EXH 1         Letter                            63

(Exhibit retained by Counsel.)

I N D E X

EXAMINATION BY                                  PAGE

MS. HAIMSON                                     4, 91

MR. DUFF                                        89

MS. TROMBETTA                                   94

INFORMATION AND/OR DOCUMENTS REQUESTED

INFORMATION AND/OR DOCUMENTS        PAGE

Any written communications between

Vanessa Ploski and Annamarie

Trombetta regarding her biography,

her artwork, the internet postings

at issue, and anything related to

this lawsuit                                    62

Page 98

V. KOI-PLOSKI

INFORMATION AND/OR DOCUMENTS REQUESTED

INFORMATION AND/OR DOCUMENTS            PAGE

Any screenshots from when Vanessa

Ploski when she personally accessed

archive.org                                    88

QUESTIONS MARKED FOR RULINGS

PAGE LINE QUESTION

(None)

Page 99

V. KOI-PLOSKI

C E R T I F I C A T E

STATE OF NEW YORK          )
                          :   SS.:
COUNTY OF WESTCHESTER      )

I, NATHAN DAVIS, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 25th day of October, 2022.

*Nathan Davis*

NATHAN DAVIS

**SA1237**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

ANNAMARIE TROMBETTA,                                    :
                                                                              :
                                    Plaintiff,                    :    Civil  Action No. 18-cv-00993-RA-SLC
                                                                              :
                     - against –                                :
                                                                              :
NORB NOVOCIN, MARIE NOVOCIN, ESTATE      :
AUCTIONS, INC., and WORTHPOINT               :
CORPORATION,,                                            :
                                                                              :
                                    Defendants.                :
------------------------------------------------------------------------ X


**DEFENDANT WORTHPOINT CORPORATION'S EXPERT DISCLOSURE
PURSUANT TO FRCP RULE 26(a)(2) OF JESSIE STRICCHIOLA**


PLEASE TAKE NOTICE, that pursuant to Rule 26(a)(2) of the Federal Rules of Civil

Procedure, Defendant WORTHPOINT CORPORATION ("WorthPoint"), by its attorneys

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby states the following as

and for its expert witness disclosure:

1.        WorthPoint intends to call Jessie Stricchiola, Founder and CEO of Alchemist

Media, Inc., as an expert witness at trial in connection with this matter.

2.        Ms. Stricchiola's testimony will be based upon, but not limited to, her examination

of the pleadings and proposed amended complaint, parties' discovery exchanges, deposition

testimony, interview with witness Jason Packer, Declaration of Jason Packer, dated January 19,

2023, WorthPoint's Google Analytics account, relevant pages from the WorthPoint.com website

and a report of Patrick Michael O'Leary, which was disclosed by the plaintiff. Please also see Ms.

1

Stricchiola's report (Exhibit "A" hereto) for a more complete discussion of information and records on which she is anticipated to rely.

3.     Ms. Stricchiola is expected to testify that Defendant WorthPoint removed from its website the web page containing the listing alleged to be at issue in this matter, located at the URL: https://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172, and that the subject listing was not re-published by Defendant to its website after February 4, 2016. Thus, Ms. Stricchiola is expected to testify, within the reasonable degree of professional certainty, that the last date that the subject listing was published on WorthPoint's website was February 4, 2016. Ms. Stricchiola may testify as to the technological materials and information that provide a basis for her opinion.

4.     Ms. Stricchiola will also opine that the date in the upper righthand corner of Plaintiff's various web page printouts she produced during discovery (should the Plaintiff be able to authenticate them and admit them into evidence – a position that Defendant does not concede) does not necessarily indicate the date on which Plaintiff was able to access (e.g. view) the web page at the above URL on Defendant's website. Ms. Stricchiola is also expected to testify, to the extent necessary, about how web results may return in response to a search although the content may not be on the website operator's webpage.  Ms. Stricchiola is also expected to testify in rebuttal to any of the opinions that may be offered by Mr. O'Leary.

5.     The substance of Ms. Stricchiola's expected testimony is more fully set forth in her report, which is *annexed hereto* as **Exhibit "A."**

6.     Ms. Stricchiola's qualifications are set forth in her curriculum vitae, which is *annexed hereto* as **Exhibit "B."**

2

PLEASE TAKE FURTHER NOTICE, Defendant WORTHPOINT CORPORATION reserves the right to offer further rebuttal of Plaintiff's expert testimony in the event such expert testimony is permitted (Defendant WORTHPOINT CORPORATION further reserves the right to seek preclusion of Plaintiff's expert testimony on several grounds). PLEASE TAKE FURTHER NOTICE, Defendant WORTHPOINT CORPORATION reserves the right to supplement and/or amend this disclosure in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated: New York, New York
         January 19, 2023

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

BY:

Adam R. Bialek
150 East 42nd Street
New York, New York 10017
Telephone: (212) 915-5143
Fax: (212) 490-3038
Adam.Bialek@wilsonelser.com

Jana Slavina Farmer
1133 Westchester Avenue
White Plains, New York 10604
Telephone: (914) 872-7247
Fax: (914) 323-7001
Jana.Farmer@wilsonelser.com

Attorneys for Defendant
*WorthPoint Corporation*
Our File No. 19701.00006

TO:   Anderson Josiah Duff (via email)
      Hogan Duff, LLP
      Attorneys for Defendants
      *Norb Novocin, Marie*
      *Novocin, and Estate Auctions, Inc.*
      43-10 Crescent St., Ste. 1217

3

**SA1240**

Long Island City, New York 11101
Telephone: (646) 450-3607

Annamarie Trombetta (via email)
*Plaintiff Pro Se*
175 East 96th Street, Apt. 12R
New York, New York, 10128
Telephone: (212) 427-5990

**SA1241**

**PRIVILEGED HIGHLY CONFIDENTIAL**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

**ANNAMARIE TROMBETTA**

**Plaintiff,**

-against-

**Civil Case No. 18-cv-00993-RA-SLC**

**NORB NOVOCIN, MARIE NOVOCIN,
ESTATE AUCTIONS, INC., AND
WORTHPOINT CORPORATION,**

**Defendants.**

---

**EXPERT REPORT OF JESSIE STRICCHIOLA**

**I.    SCOPE OF WORK**

1.      My name is Jessie Stricchiola. I understand that  Annamarie Trombetta ("Plaintiff") has sued Norb Novocin, Marie Novocin, Estate Actions, Inc. and WorthPoint Corporation (collectively, "Defendants") for copyright infringement, violations of the Digital Millennium Copyright Act and violation of the Visual Artists Rights Act[1]. I have been retained by Defendant WorthPoint as an expert consultant in this matter. My current company and employer, Alchemist Media, Inc., is being compensated at the rate of $725 per hour for my time. This compensation is in no way tied to the outcome of this matter or to the substance of my opinions.

---

[1] I am also aware of, and have reviewed, Plaintiff's motion to amend complaint, seeking to assert additional claims sounding in "false advertising" and "fraud, emotional distress, tort, and permanent injunctive relief". Plaintiff's proposed new claims do not change my opinions set forth in this report.

**PRIVILEGED & HIGHLY CONFIDENTIAL**

**SA1242**

**PRIVILEGED HIGHLY CONFIDENTIAL**

2.      I have been asked to review Plaintiff's document production, Defendant's document production, and Plaintiff's deposition transcript to provide my professional opinions as to, within a reasonable degree of professional certainty:

a.      Whether the Defendant removed the web page containing the art listing in question, located at the URL: https://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172 from its website, and at what point in time this occurred;

b.      Whether, after the removal of the web page located at the above URL from Defendant's website, the web page in question was displayed on the Defendant's website to any members of the public on or after February 4, 2016;

c.      That the subject listing contained within the web page located at the above URL was not re-published by Defendant to its website after February 4, 2016;

d.      Whether the appearance of the Defendant's URL within Google search results is a reliable indicator of that the web page in question was accessible (e.g. viewable) on the Defendant's website;

e.      Whether the date in the upper righthand corner of the web page printouts produced by the Plaintiff is a reliable indicator that the web page in question was accessible (e.g. viewable) on the Defendant's website;

f.      Whether the appearance of the subject listing's title on other web pages on Defendant's website indicated that the full listing itself was re-published on those pages;

3.      In addition to reviewing the materials described above, I interviewed Jason Packer, the outside consultant for the Defendants in the areas of data, SEO, and web analytics, on October 3, 2022. As a result of this interview and my requests for additional information therein, Mr. Packer provided a written declaration ("Packer Declaration") on which I rely in formulating various opinions.

4.      I have also been asked to review the December 25, 2022 declaration of Patrick O'Leary ("O'Leary Declaration") and opine as to whether the O'Leary Declaration changes any of the opinions I have formulated regarding the above.

**PRIVILEGED & HIGHLY CONFIDENTIAL**

**PRIVILEGED HIGHLY CONFIDENTIAL**

5.    In addition to my review of the above materials, I base my opinions on my education, knowledge, and over 24 years of experience in the fields of web analytics and website traffic analysis, digital marketing and online advertising, search engine optimization (SEO), paid search advertising, and website design and development.

## II.    BACKGROUND AND QUALIFICATIONS

6.    I began studying search engine optimization in 1997, and in 1998 I obtained my first full time employment as a search engine optimization and internet marketing consultant. Since then I have developed, implemented, and optimized internet-based digital and search marketing strategies, including implementing website analytics and performing web traffic analysis, for various types of businesses including educational, commercial, and non-profit organizations to support their online branding, sales, and lead generation efforts.

7.    In 2002 I founded and incorporated my current company and employer, Alchemist Media, Inc., a digital marketing firm that provides internet advertising and search engine marketing consulting services.

8.    I am co-author of *The Art of SEO* (O'Reilly, 1st ed. 2009, 2d ed. 2012, 3d ed. 2015, 4th ed. 2023), a reference volume on the practice of search engine optimization (SEO). *The Art of SEO* has been used as required or recommended reading in various U.S. and international universities including Georgetown University, the University of Southern California, University of California-Los Angeles, University of California-San Diego, University of California-Davis, the University of Wisconsin, Syracuse University, the University of Mumbai, the City University of Hong Kong, and others.

9.    I have been a speaker at various search engine and digital marketing industry conferences since 2002 including Ad:tech, O'Reilly's Web 2.0, Pubcon, Shop.org, O'Reilly Media's FOO Camp, Search Engine Strategies, Search Marketing Expo (SMX), and others. My

**PRIVILEGED & HIGHLY CONFIDENTIAL**

**PRIVILEGED HIGHLY CONFIDENTIAL**

presentations and panel discussions at these events have covered topics including managing paid search advertising campaigns, website analytics and tracking, traffic analysis for click fraud and invalid traffic identification, and search engine optimization (SEO) strategy, implementation, and management.

10.    In 2003 I worked with digital marketing industry colleagues and search experts to cofound the Search Engine Marketing Professional Organization (SEMPO), now part of the Digital Analytics Association. I spent two years on the Board of Directors for SEMPO and served as Chair of the Membership Committee and am a member of the Digital Analytics Association (DAA).

11.    I have been engaged by various entities to consult on the development of their click fraud and invalid traffic detection systems.  In 2004, Urchin Web Analytics engaged my services to help them understand the techniques used in web traffic analysis to identify, isolate, and report on fraudulent and invalid click activity within PPC campaigns.  Urchin was later acquired by Google[2] and subsequently re-branded as Google Analytics.  In 2005 I was engaged as an independent consultant by Microsoft during its pre-launch development of Microsoft adCenter (later renamed Bing Ads, now called Microsoft Advertising) to advise them on how to perform ad traffic analysis for the purpose of identifying and filtering invalid click activity on their online advertising platform.  In 2006 I was engaged as an independent consultant by Fair Isaac Corporation (creators of the FICO score) to advise on traffic analysis to assist them in development of ad traffic auditing technology, and this engagement led to an industry-first click fraud reporting study between Fair Isaac and SEMPO[3] that same year.  During this same period I was hired as a

---

[2]  New York Times, *Google Acquires Urchin Software* (March 29, 2005), https://www.nytimes.com/2005/03/29/technology/google-acquires-urchin-software.html.

[3] FICO, *Search Engine Marketing Professional Organization Teams with Fair Isaac to Research Click Fraud*, https://www.fico.com/en/newsroom/search-engine-marketing-professional-organization-teams-fair-isaac-research-click-fraud.

**PRIVILEGED & HIGHLY CONFIDENTIAL**

**PRIVILEGED HIGHLY CONFIDENTIAL**

consultant and testified as an expert witness for the Plaintiffs in the first click fraud class action lawsuit brought against Google, which Google settled for $90 million in 2006.[4]

12.     In addition to providing internet and search marketing consulting, I have provided litigation support as a consultant and an expert witness on matters relating to digital marketing and online advertising, ad platforms, SEO, PPC (paid search) advertising, website development, content development, social media platforms, web analytics, and related subject areas.

13.     I have been qualified as an expert in various U.S. Federal District Courts, California Superior Courts, the Federal Court of Canada, and in American Arbitration Association proceedings.

14.     I obtained a Bachelor of Arts degree in Government from Smith College in Northampton, Massachusetts.  A copy of my *curriculum vitae* is attached hereto as **Exhibit B** to the expert disclosure.

## III.    SUMMARY OF OPINIONS

15.     Based on my analysis of the materials outlined above, I am able to state with a reasonable degree of professional certainty that:

a.     Defendant removed the URL representing the subject listing in question on February 4, 2016.

b.     As a result of the removal of the web page located at the above URL from Defendant's website, this page was not displayed on the Defendant's website to any members of the public on or after February 4, 2016.

c.     The web page located at this URL was not re-published by Defendant to its website after February 4, 2016.

d.     The appearance of the Defendant's URL within Google search results is not reliable indicator that this page was accessible (e.g. viewable) on the Defendant's website.

---

[4]     Google, Inside AdWords, *Lane's Gifts v. Google settlement*, https://adwords.googleblog.com/2006/05/lanes-gifts-v-google-settlement.html.

**PRIVILEGED & HIGHLY CONFIDENTIAL**

**SA1246**

**PRIVILEGED HIGHLY CONFIDENTIAL**

e.  The date in the upper righthand corner of the Plaintiff's web page printouts is not a reliable indicator that the web page located at the URL in question was viewable at that time on Defendant's website.

f.  The appearance of only the subject listing's title on other web pages on Defendant's website does not indicate that the full listing itself was re-published on those pages.

g.  The contents of the declaration provided by Mr. O'Leary do not change any of my opinions above.

**A.    Defendant Removed the URL in question on February 4, 2016**

16.    In my October 3, 2022 interview of Mr. Packer, I asked what date the web page located at the URL: https://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172 was deleted from the Defendant's website, www.worthpoint.com, and his response was that he personally deleted this web page at Defendant's request on February 4, 2016. I also asked whether Mr. Packer was able to produce deletion history documentation from any source – including from the operative CMS (content management system) responsible for managing the website's content, and/or from available server records which could show the date of file modifications (including deletions), and he stated that he could provide server files containing the record of the file deletion.

17.    On January 19, 2023 Mr. Packer produced a declaration (**Exhibit A**) in which he provided a screenshot[5] from the Defendant's data processing server which illustrates, according to Mr. Packer, "that the file containing the deletion was last modified on February 4, 2016, and that no other instances of that same URL were later reposted." Based on the text file log contents shown in this screenshot, I can state with reasonable professional certainty that the web page containing the listing in question located at the URL in question was deleted on February 4, 2016.

---

[5] Packer Declaration, Figure 1

**PRIVILEGED & HIGHLY CONFIDENTIAL**

**PRIVILEGED HIGHLY CONFIDENTIAL**

**B.**     **The web page in question was not displayed on the Defendant's website to any members of the public after its removal on February 4, 2016.**

18.     In the above interview with Mr. Packer I also asked whether, after the above deletion date, any members of the public viewed or would have been able to view the subject listing web page at the URL in question, and if not, whether he could support that with web analytics data. He responded that no members of the public viewed, or were able to view, this page after the date of its deletion, and in his declaration he supports this by providing various screenshots[6] from Defendant's Google Analytics account. I also asked Mr. Packer for direct access to Defendant's Google Analytics account to confirm this information personally, which I did prior to submission of this report.

19.     As an additional verification step to assess the reliability of the Google Analytics data, I asked Mr. Packer whether there were any known issues with Defendant's Google Analytics implementation (e.g. tagging errors, server outages, or other issues) which could have caused any significant data loss that could potentially render Defendant's Google Analytics data incomplete and/or inaccurate, and he represented to me, and also represents in his declaration[7], that there were no such known issues during the relevant time period.

**C.**     **Defendant did not re-publish the URL in question**

20.     In addition to the questions above, I asked Mr. Packer whether the web page in question at the above URL was ever re-published at this or any other URL on the www.worthpoint.com website, and he stated that it was not.

---

[6] Packer Declaration, ¶11-13
[7] Packer Declaration, paragraph 16 and 17

**PRIVILEGED & HIGHLY CONFIDENTIAL**

**SA1248**

**PRIVILEGED HIGHLY CONFIDENTIAL**

    **D.**       **The appearance of a web page's title and description in Google search results does not mean that the web page located at that URL is "live" and accessible by the general public at that point in time.**

21.      When a web page located at a given URL is deleted from a website after Google has already stored that URL in its index[8], the URL and its page title and description can (and most often do) remain in Google's index, and therefore eligible to be returned in search results, after the deletion date. The length of time the URL remains in Google's index after the page it hosts is deleted from a website is primarily dependent upon when and how frequently Google re-accesses that URL after the deletion date to determine its status (e.g. did the URL show the page, did the server return a 404 Page Not Found response, etc.). Based on my professional knowledge and experience, Google does not immediately or automatically delete a URL from its index in the event the URL it accesses returns a 404 error – as Google recognizes that sometimes web servers and content management systems can go down or experience issues, and that webmasters can make errors.  If Google does not return to "check" a URL's status again for many months (which is likely if Google's crawler, Googlebot, had infrequently accessed that URL or crawled its contents prior to deletion), then the web page at that URL that has been deleted from the website will remain in Google's index and therefore continue to be eligible to be returned in Google search results.

22.      Based on my review of Mr. Packer's declaration[9] in which he states that Google infrequently accessed URL in question, there would likely be, as appears to be the case, a lengthy delay between the deletion date of the Defendant's web page and Google's removal of the web page's URL from the Google index, and therefore from its search results.  This could result in the

---

[8] https://support.google.com/webmasters/answer/7645831?hl=en
[9] Packer Declaration, ¶21-24

**PRIVILEGED & HIGHLY CONFIDENTIAL**

**PRIVILEGED HIGHLY CONFIDENTIAL**

web page's title and description, and link to its URL, appearing in Google search results after it has been deleted as is suggested by various documents in Plaintiff's production[10].

    **E.    The date in the upper righthand corner of Plaintiff's web page printouts is not a reliable indicator that the web page in question was viewable on Defendant's website on that date.**

23.    The date that the browser or printer included on paper when Plaintiff printed the documents 000062 and 000069 can be incorrect and/or manipulated (for a browser, at the desktop/laptop/mobile level, and/or directly in a given printer's time settings), and without additional evidence to support the web page's actual viewable status on a website and in the presence of the contrary evidence produced by Defendant (that the web page which appears to be shown in 000069 was deleted on February 4, 2016), these printer timestamps are unreliable indicators that the webpage in question was viewable at the dates shown on the various printouts.

    **F.    The appearance of the subject listing's title on other web pages on Defendant's website does not indicate that the full listing itself was re-published on those pages.**

24.    Based on Mr. Packer's representation that the subject listing was not re-published to the Defendant's website on any other page, and on my review of the document 000062 produced by Plaintiff which shows a navigational "text link" appearing to point to the deleted subject listing page, the appearance of a navigational text link with the subject listing title as clickable text does not indicate that the full listing itself was re-published on these pages.

25.    Finally, after reviewing the O'Leary Declaration, none of the contents or statements provided by Mr. O'Leary change my opinions above.

[SIGNATURE PAGE TO FOLLOW]

---

[10] Plaintiff 000063, 000065, 000066, 000068

**PRIVILEGED & HIGHLY CONFIDENTIAL**

**SA1250**

**PRIVILEGED HIGHLY CONFIDENTIAL**

I declare under the penalty of perjury that that foregoing is true and correct. Executed on January19, 2023.

Jessie Stricchiola

**SA1251**

# EXHIBIT "B"

**SA1252**

# JESSIE STRICCHIOLA

100 Pine Street, Suite 1250
San Francisco, CA 94111

---

## PROFESSIONAL EXPERIENCE

---

First-generation search engine marketing professional, published author, and lecturer on internet search technology-related issues. Co-author of *The Art of SEO* (O'Reilly 2009, 2012, 2015, 2022), a comprehensive reference manual on the digital marketing practice of search engine optimization. Qualified expert witness on SEO, PPC, and digital discoverability for contract, patent, trademark, and class action litigation matters. Founder of San Francisco based digital marketing consultancy Alchemist Media, Inc.

Extensive experience in:

- Search engine optimization and paid search marketing
- Digital information discoverability
- Website and mobile app analytics
- Website development and auditing for search engine optimization
- Website and mobile app traffic and performance analysis
- Click validity measurement and analysis
- Litigation consulting and testimony

---

## PROFESSIONAL ENGAGEMENTS

**FOUNDER & CEO**                                          2002 - Present
Alchemist Media, Inc.                                   San Francisco, CA

- Client portfolio has included Microsoft, Uber, Marchex, Search Engine Land, Fair Isaac Corporation, Dyson, Coca Cola, Rent.com, LookSmart.
- Listed as one of the Top 20 Search Agencies in BtoB Magazine's Interactive Marketing Guide each year from 2003-2012.

**LITIGATION CONSULTANT**                                  2004 – Present
Case list provided upon request.                               Various

**INVESTIGATION CONSULTANT**                               2016 – 2017
U.S. Government                                         San Francisco, CA

**SA1253**

JESSIE STRICCHIOLA
- Page 2 of 5 -

---

## PROFESSIONAL ENGAGEMENTS *(continued)*

**SEARCH PLATFORM CLICK VALIDITY CONSULTANT (PPC)**                2005-2006
Microsoft Corporation                                             Redmond, WA

- Trained Microsoft adCenter developers on sources, characteristics, and liabilities of invalid click activity and click fraud within paid search ad platforms, influencing development of invalid click identification and click quality reporting mechanisms in the adCenter product back-end.

**CLICK VALIDITY CONSULTANT**                                          2006
Fair Isaac Corporation                                            San Diego, CA

- Assisted Fair Isaac, creators of the FICO score, in leveraging their financial transaction auditing technology (Falcon) to analyze and report on click validity within search engine advertising.
- Educated the FIC Global Fraud Solutions team about the click fraud issue, structured methods of analysis, and devised potential solutions.
- Initiated the "Fair Isaac & SEMPO Search Advertising Click Fraud Study," the search industry's first preliminary investigation into the scope of the click fraud problem by leveraging the Fair Isaac technology platform to partner with SEMPO's membership base of search advertisers.

**CLICK MEASUREMENT CONSULTANT**                                       2004
Urchin Software (Acquired by Google, re-named Google Analytics)    San Diego, CA

- Educated web analytics development team on identification, scoring, and reporting of invalid click activity and click fraud; Urchin was acquired by Google in April 2005 and renamed Google Analytics.

**CO-FOUNDER**                                                     2003-2005
SEMPO (The Search Engine Marketing Professional Organization)     Los Angeles, CA

- Member, Board of Directors
- Chair, Membership Committee

**DIRECTOR OF ONLINE MARKETING**                                   2001-2002
Chase Law Group, P.C.                                            Sherman Oaks, CA

- Reporting to president, led all online marketing efforts.
- In nine months, generated $4 million in new revenue from retainers garnered via paid (PPC) and organic (SEO) search engine marketing efforts – an increase of 400% over previous year.
- Identified the first known case of click fraud and negotiated refunds from multiple PPC vendors.

2

**SA1254**

**JESSIE STRICCHIOLA**
**- Page 3 of 5 -**

---

## PROFESSIONAL ENGAGEMENTS *(continued)*

**ONLINE MARKETING MANAGER**                                          2000-2001
LowerMyBills.com                                                 Santa Monica, CA

- Reporting to VP of Marketing, successfully managed efforts of designers, programmers, and sales to implement paid (PPC) and organic (SEO) search campaigns
- Increased Internet sales across all verticals by over 200% and reduced cost per acquisition by 30%

**SEO DIRECTOR**                                                      1999-2000
The Active Network (Active.com)                                      La Jolla, CA

- Developed and implemented SEO strategies resulting in an increase in monthly search engine traffic by 700%
- Increased total market share of online participatory sports registration traffic to nearly 80%, helping to competitively position the company to secure funding from Ticketmaster/CitySearch

---

## LECTURE & PRESENTATION ENGAGEMENTS

SMITH COLLEGE WOMEN'S LEADERSHIP CONFERENCE                          2016
*- Redefining Success Workshop Leader*                        Northampton, MA

SEARCH MARKETING EXPO 2016                                           2016
*- Essential Steps for Performing an SEO Audit*                 San Jose, CA

SEARCH MARKETING EXPO 2015                                           2015
*- Essential Steps for Performing an SEO Audit*                 New York, NY

WEB 2.0 SUMMIT (O'Reilly)                                    2007, 2008, 2010
*- Web 2.0 & SEO: Drinking from the Search Fire Hose*       San Francisco, CA
*- SEO: From Soup to Nuts*

ad:tech                                                      2006, 2007, 2010
*- PPC Click Fraud Analysis & Debate*                       San Francisco, CA
*- Organic Search Engine Optimization*
*- Marketing Masters: Search in a Real Time World*

SEARCH ENGINE STRATEGIES CONFERENCES WORLDWIDE                   2002-2009
*- Various Industry Topics  (Paid Search, SEO, Analytics)*       Multiple Cities

3

**SA1255**

**JESSIE STRICCHIOLA**
**- Page 4 of 5 -**

---

## LECTURE & PRESENTATION ENGAGEMENTS *(continued)*

WEBMASTERWORLD SEARCH CONFERENCES  WORLDWIDE                         2004-2009, 2016
- *Various Industry Topics   (Paid Search, SEO, Analytics)*                    Multiple Cities

FEDERAL EXPERT WITNESS ASSOCIATION (FEWA)                                 2006-2008
- *Using SEO and Paid Search to Promote Your Expertise*          Pasadena & San Francisco, CA

MARKETLIVE E-COMMERCE SUMMMIT
2008 - *Search Visibility for E-Commerce Properties: Strategy & Tactics*          Half Moon
Bay, CA

STANFORD PUBLISHING ON THE WEB WORKSHOP                                        2007
- *Maximizing Search Exposure for Large Content Publishers*                Monterey, CA

SEARCH ENGINE STRATEGIES LATINO CONFERENCE                              2006-2007
- *Search & Latin America: Trends & Forecasts*                                 Miami, FL
- *SEO for Multi-Language, & Multi-Dialect Audiences*
- *Establishing a Global Search Presence: Targeting by Language & Region*

SILICON VALLEY WEB GUILD                                                        2006
- *Advanced Search Marketing*                                        Mountain View, CA

---

## MEDIA INTERVIEWS & COVERAGE

**TheStreet.com,** *"#DigitalSkeptic: Malware and Bots are Murdering Web Advertising"* by
Jonathan Blum (October 17, 2013)

**NPR's Day to Day,** *"Web Ad Buyers Fight Back Against Click Fraud"*
Interviewed by Xeni Jardin (March 27, 2006)

**The Washington Post**, *"In Game of Click and Mouse, Advertisers Come Up Empty"* by
Leslie Walker (March 16, 2006)

**BusinessWeek Magazine,** *"Gauging Google's Gaffes"* by
Burt Helm (March 10, 2006)

**The Google Story, 1st Ed.**
by David A. Vise (Random House 2005)

**Inc. Magazine,** *"So Many Clicks, So Few Sales"*
by Adam L. Penenburg (August 2005)

**SA1256**

**JESSIE STRICCHIOLA**
**- Page 5 of 5 –**

---

### MEDIA INTERVIEWS & COVERAGE *(continued)*

**CNN Money,** *"Google: Biting the Hand that Feeds it?"* by Krysten Crawford (May 4, 2005)

**InformationWeek,** *"Click Fraud Threatens Rising Online Ad Revenue"* by Thomas Claburn (May 2, 2005)

**Wired Magazine,** "*Click Fraud:  Problem and Paranoia"* by Adam L. Penenburg (March 10, 2005)

**The New York Times,** *"Web Marketers Fearful of Fraud in Pay-Per-Click"* by Nat Ives (March 3, 2005)

**The Associated Press,** *"Click Fraud Threatens Search Engine Ad Growth"* by Michael Liedtke (February 12, 2005)

---

### PUBLICATIONS

**The Art of SEO:**
**Mastering Search Engine Optimization**
(O'Reilly Media)

1st Ed.:  October 2009
2nd Ed.:  March 2012
3rd Ed.:  September 2015
4th Ed.:  TBD 2022

---

### EDUCATION

**Smith College**
Northampton, MA

Bachelor of Arts, Government

---

**SA1257**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

ANNAMARIE TROMBETTA

    Plaintiff,

-against-                                          **DECLARATION**

                                                   Civil Case No. 18-cv-00993-RA-SLC

NORB NOVOCIN, MARIE NOVOCIN,
ESTATE AUCTIONS, INC., AND
WORTHPOINT CORPORATION,

    Defendants.

---

**JASON PACKER** hereby declares:

1.      I am the lead technical architect for WorthPoint Corporation in the areas of data, SEO (search engine optimization), and analytics. I have been serving in this role since 2008, first as the Director of Architecture and then as an outside consultant since 2012. I have served as the lead on Google Analytics at all times relevant hereto.

2.      I have expertise in Google Analytics based on extensive professional use of the product and its predecessor Urchin since 2000. I'm a known expert on Google Analytics within the web analytics community. My work has been cited by research done at academic institutions including: Vanderbilt, Imperial College London, Polytechnic University of Turin, and LMU Munich. I have published a book on web analytics, *Google Analytics Alternatives* (Quantable LLC, 2022). I received a B.S. degree in Mathematics with a Specialization in Computer Science from the University of Chicago in 1997 and have worked in as an IT professional since that time. I'm a

1

co-organizer of Columbus Web Analytics Wednesday, and a speaker at that and other events such as MeasureCamp and WordCamp.

3.    I submit this declaration in order to dispel plaintiff's claim that the listing for the sale of the 1972 oil painting "Man with Red Umbrella" existed after February 2016. As set forth below, plaintiff's claim that the listing was still posted on WorthPoint's website in May of 2017 is not accurate.

4.    On or about February 4, 2016, I was tasked with permanently removing from WorthPoint's data processing server and website the information about the listing for the 1972 oil painting "Man with the Red Umbrella, " which was originally posted with the URL "https://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172"    (the "URL"). This is the listing that has been identified by plaintiff in this case. I permanently deleted this URL on February 4, 2016. Since February 4, 2016, the URL has never been reposted, and it does not currently exist on WorthPoint's site.

5.    Annexed hereto as **Exhibit 1** and **Figure 1** is the true and correct screenshot from the WorthPoint data processing server showing the deletion history of this URL. This screenshot shows that the file containing the deletion was last modified on February 4, 2016 and that no other instances of that same URL were later reposted and deleted a second time.

**Figure 1:**

Redacted - Proprietary Information

2

257342712v.2

**SA1259**

6.    This data is consistent with the information from WorthPoint's Google Analytics account. Annexed hereto as Exhibit 2 are Google Analytics reports from WorthPoint Universal Google Analytics property UA-2113658-1 ("Google Analytics").  Figure 2 below (also included with Exhibit 2) is a screenshot from the Google Analytics report that shows the amount of traffic www.worthpoint.com received on the URL up to and including the month the deletion request was received. It shows 0 traffic through August 2015 and 128 unique pageviews (unique pageviews from different sessions, not indicative of individual people) until Feb 28, 2016.

**Figure 2:**



Redacted - Proprietary Information

7.    This means that no person accessed the URL before August 2015. This is consistent with the claim that the URL was first noticed by Plaintiff (or Plaintiff's friend) in August 2015.  It further indicates that no one viewed the page prior to August 2015.   The 128 pageview sessions, that would likely include traffic from the plaintiff, the plaintiff's friends, and some internal

3

257342712v.2

WorthPoint traffic. Drilling down into that traffic leads me to believe it is in fact a very small number of distinct users.

8.      Specifically, the screenshot in Figure 3 (also included with Exhibit 2) shows that all of the traffic to the URL in August 2015 (when the URL first received any traffic) came from Verizon as an internet service provider (ISP) with 2 different browsers from 2 different cities in New York State.

**Figure 3:**

It should be noted that plaintiff was located in New York at the time and, upon information and belief, plaintiff's friends, the Ploskis, had resided in Nyack.

9.      Figure 4 (also included within Exhibit 2) shows the number of pageviews to the URL in February 2016, the month when the deletion request was received.

**Figure 4:**

4

257342712v.2



10.     Figure 5 (also included within Exhibit 2) shows traffic to the URL on February 3, 2016, one day before the deletion of the URL was executed. This screenshot illustrates that a valid page title was displayed to the viewer, which means that on this day the visitor to the URL was able to access the URL and see its content.

**Figure 5:**



5

257342712v.2

**SA1262**

11.    Figure 6 (also included within Exhibit 2) shows traffic to the URL on February 4, 2016. On this day, one pageview displayed the valid page view title to the viewer and two other pageviews displayed a "404 Page not found" error message. This demonstrates that at some point on February 4, 2016, the content on the page at the URL was removed.

**Figure 6:**



12.    Figure 7 (also included within Exhibit 2) shows traffic to the URL on February 20, 2016. It shows a single pageview and that the viewer received only the "404 Page not found" message. This means the visitor was not able to see any content beyond the error message at this URL on February 20, 2016.

**Figure 7:**

257342712v.2



13.     The above indicates with a reasonable degree of professional certainly that the URL was permanently deleted on February 4, 2016, which matches the output of the text file log <span style="color:red">Redacted - Proprietary Information</span> discussed above.

14.     After February 20, 2016, there was only one additional pageview attempt to the URL during the reporting time frame. This was on May 8, 2017 as shown in Figures 8 and 9:

**Figure 8:**

7

**SA1264**



**Figure 9:**



257342712v.2

15. Figure 9 shows, once again, that the visitor on May 8, 2017 also encountered the "404 Page not found" error, which demonstrates with a reasonable degree of professional certainty that the URL had not returned any content and had not been reloaded.

16. I further declare that there have not been any tagging errors or outages that would have caused significant data loss to WorthPoint's data processing server or Google Analytics account during the relevant time periods from 2012 to present.

17. WorthPoint monitors their Google Analytics account closely and logs issues in Google Analytics as annotations. There are no relevant annotations in Google analytics indicating any tagging errors or outages during the relevant time period.

18. WorthPoint does not sell any artworks or collectables. Rather, visitors and subscribers to WorthPoint's website are given an opportunity to view available information on sales of artwork. Further, only paid subscribers can view the price for which listed artworks or collectibles previously sold. WorthPoint was not involved in the sale of the 1972 Man with Red Umbrella painting, did not create the content in the listing, did not participate in identifying the artist of the painting, and was not party to the inclusion of plaintiff's biography in the original listing.

19. According to WorthPoint's log of price lookups (a true and correct screenshot of which is annexed hereto as Exhibit 3 and Figure 10 below) made from the price guide detail page, only two users made those requests for the artwork described in the subject URL. Upon information and belief, annamarie@trombettaart.com is plaintiff's email address, meaning that one of the two users looking up the price for the subject painting was plaintiff herself. Upon information and belief, the other visitor, with an address of Simianarts@cs.com appears to have been plaintiff's friend.

9

257342712v.2

**Figure 10:**

Redacted - Proprietary Information

20.     I have searched WothPoint's records and confirmed that neither user referenced in Figure 10 was an active subscriber to WorthPoint's services after February 3, 2016. Once they were inactive, they would not have been able to see the price that the painting previously sold at.

21.     WorthPoint's website currently receives approximately ███ Googlebot spidering data refresh requests per day to price guide detail pages, which Google does in order to capture the content of those pages for their search engine, as well as cache versions of pages. Redacted - Proprietary InformationRedacted - Proprietary Information Redacted - Proprietary InformationRedacted - Proprietary Information The frequency at which Googlebot returns to an individual URL may vary greatly, but on average individual price guide detail pages such as the URL in question are requested very infrequently if at all.

22.     In my personal experience serving as the SEO lead for WorthPoint since 2008, the overall volume of price guide detail pages and spidering rates were different in 2015-2017 vs currently, but the ratios of how often each page may be crawled and refreshed has remained quite consistent. Annexed hereto as Exhibit 4 and Figure 11 is a true and correct screenshot of WorthPoint's crawl request data:

   **Figure 11:**

257342712v.2

**SA1267**



Redacted - Proprietary Information

23.     This means that a cached version of the page may have remained on Google's servers for months or years after it was deleted by WorthPoint, as Google would not refresh their cache until the page is spidered by Googlebot again.

257342712v.2

24.    Thus, to the extent plaintiff was able to find references to the URL by making various very specific searches on Google, this would have had to have been due to Google cache displaying a reference to the page that Google previously spidered. If plaintiff, or anyone else,were to have clicked on the link in the Google search results to the URL in question after February 4, 2016, that person would have received a "404 Page not found" error.

25.    In sum, on February 4, 2016, I personally deleted the URL plaintiff identified and confirmed that it was never re-posted by WorthPoint. Had plaintiff attempted to access the page at the URL, she would have received a "404 Page not found" error, and the listing about the sale of the 1972 oil painting would not have appeared.

Pursuant to 28 U.S. Code § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    January 19, 2023


By:    _____
       Jason Packer

12

257342712v.2

# EXHIBIT 1

257342712v.2



CONFIDENTIAL                    WP000132

14

257342712v.2

# EXHIBIT 2

257342712v.2



Redacted - Proprietary Information

CONFIDENTIAL                    WP000042

257342712v.2

**SA1273**

<span style="color:red">Redacted - Proprietary Information</span>



CONFIDENTIAL                    WP000043

257342712v.2



CONFIDENTIAL                    WP000044

18

257342712v.2

<span style="color:red">Redacted - Proprietary Information</span>



CONFIDENTIAL                    WP000045

257342712v.2

<span style="color:red">Redacted - Proprietary Information</span>



CONFIDENTIAL                                    WP000046

257342712v.2

Redacted - Proprietary Information

CONFIDENTIAL                    WP000047

21

257342712v.2

Redacted - Proprietary Information



CONFIDENTIAL                    WP000048

22

257342712v.2



Redacted - Proprietary Information

CONFIDENTIAL                     WP 000049

23

257342712v.2

**SA1280**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

ANNAMARIE TROMBETTA

        Plaintiff,

    -against-

NORB NOVOCIN, MARIE NOVOCIN,
ESTATE AUCTIONS, INC., AND
WORTHPOINT CORPORATION,

        Defendants.

---

**DECLARATION**

Civil Case No. 18-cv-00993-RA-SLC

 

**JASON PACKER** hereby declares:

1.　　I am the lead technical architect for WorthPoint Corporation in the areas of data, SEO (search engine optimization), and analytics. I have been serving in this role since 2008, first as the Director of Architecture and then as an outside consultant since 2012. I have served as the lead on Google Analytics at all times relevant hereto.

2.　　I have expertise in Google Analytics based on extensive professional use of the product and its predecessor Urchin since 2000. I'm a known expert on Google Analytics within the web analytics community. My work has been cited by research done at academic institutions including: Vanderbilt, Imperial College London, Polytechnic University of Turin, and LMU Munich. I have published a book on web analytics, *Google Analytics Alternatives* (Quantable LLC, 2022). I received a B.S. degree in Mathematics with a Specialization in Computer Science from the University of Chicago in 1997 and have worked in as an IT professional since that time. I'm a

1

**SA1281**

co-organizer of Columbus Web Analytics Wednesday, and a speaker at that and other events such as MeasureCamp and WordCamp.

3.      I submit this declaration in order to dispel plaintiff's claim that the listing for the sale of the 1972 oil painting "Man with Red Umbrella" existed after February 2016.  As set forth below, plaintiff's claim that the listing was still posted on WorthPoint's website in May of 2017 is not accurate.

4.      On or about February 4, 2016, I was tasked with permanently removing from WorthPoint's data processing server and website the information about the listing for the 1972 oil painting "Man with the Red Umbrella, " which was originally posted with the URL "https://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172"   (the "URL"). This is the listing that has been identified by plaintiff in this case. I permanently deleted this URL on February 4, 2016. Since February 4, 2016, the URL has never been reposted, and it does not currently exist on WorthPoint's site.

5.      Annexed hereto as **Exhibit 1** and **Figure 1** is the true and correct screenshot from the WorthPoint data processing server showing the deletion history of this URL.  This screenshot shows that the file containing the deletion was last modified on February 4, 2016 and that no other instances of that same URL were later reposted and deleted a second time.

**Figure 1:**

Redacted - Proprietary Information

2

**SA1282**

6.      This data is consistent with the information from WorthPoint's Google Analytics account. Annexed hereto as Exhibit 2 are Google Analytics reports from WorthPoint Universal Google Analytics property UA-2113658-1 ("Google Analytics").  Figure 2 below (also included with Exhibit 2) is a screenshot from the Google Analytics report that shows the amount of traffic www.worthpoint.com received on the URL up to and including the month the deletion request was received. It shows 0 traffic through August 2015 and 128 unique pageviews (unique pageviews from different sessions, not indicative of individual people) until Feb 28, 2016.

**Figure 2:**



7.   This means that no person accessed the URL before August 2015. This is consistent with the claim that the URL was first noticed by Plaintiff (or Plaintiff's friend) in August 2015.  It further indicates that no one viewed the page prior to August 2015.   The 128 pageview sessions, that would likely include traffic from the plaintiff, the plaintiff's friends, and some internal

3

257342712v.2

**SA1283**

WorthPoint traffic. Drilling down into that traffic leads me to believe it is in fact a very small number of distinct users.

8.      Specifically, the screenshot in Figure 3 (also included with Exhibit 2) shows that all of the traffic to the URL in August 2015 (when the URL first received any traffic) came from Verizon as an internet service provider (ISP) with 2 different browsers from 2 different cities in New York State.

**Figure 3:**

Redacted - Proprietary Information

It should be noted that plaintiff was located in New York at the time and, upon information and belief, plaintiff's friends, the Ploskis, had resided in Nyack.

9.      Figure 4 (also included within Exhibit 2) shows the number of pageviews to the URL in February 2016, the month when the deletion request was received.

**Figure 4:**

4

257342712v.2

**SA1284**



10.     Figure 5 (also included within Exhibit 2) shows traffic to the URL on February 3, 2016, one day before the deletion of the URL was executed. This screenshot illustrates that a valid page title was displayed to the viewer, which means that on this day the visitor to the URL was able to access the URL and see its content.

**Figure 5:**



5

257342712v.2

**SA1285**

11.      Figure 6 (also included within Exhibit 2) shows traffic to the URL on February 4, 2016. On this day, one pageview displayed the valid page view title to the viewer and two other pageviews displayed a "404 Page not found" error message. This demonstrates that at some point on February 4, 2016, the content on the page at the URL was removed.

**Figure 6:**



12.      Figure 7 (also included within Exhibit 2) shows traffic to the URL on February 20, 2016. It shows a single pageview and that the viewer received only the "404 Page not found" message. This means the visitor was not able to see any content beyond the error message at this URL on February 20, 2016.

**Figure 7:**

6

257342712v.2

**SA1286**



13.    The above indicates with a reasonable degree of professional certainly that the URL was permanently deleted on February 4, 2016, which matches the output of the text file log Redacted - Proprietary Information discussed above.

14.    After February 20, 2016, there was only one additional pageview attempt to the URL during the reporting time frame. This was on May 8, 2017 as shown in Figures 8 and 9:

**Figure 8:**

7

**SA1287**



**Figure 9:**



8

257342712v.2

**SA1288**

15.     Figure 9 shows, once again, that the visitor on May 8, 2017 also encountered the "404 Page not found" error, which demonstrates with a reasonable degree of professional certainty that the URL had not returned any content and had not been reloaded.

16.      I further declare that there have not been any tagging errors or outages that would have caused significant data loss to WorthPoint's data processing server or Google Analytics account during the relevant time periods from 2012 to present.

17.     WorthPoint monitors their Google Analytics account closely and logs issues in Google Analytics as annotations. There are no relevant annotations in Google analytics indicating any tagging errors or outages during the relevant time period.

18.     WorthPoint does not sell any artworks or collectables. Rather, visitors and subscribers to WorthPoint's website are given an opportunity to view available information on sales of artwork. Further, only paid subscribers can view the price for which listed artworks or collectibles previously sold. WorthPoint was not involved in the sale of the 1972 Man with Red Umbrella painting, did not create the content in the listing, did not participate in identifying the artist of the painting, and was not party to the inclusion of plaintiff's biography in the original listing.

19.     According to WorthPoint's log of price lookups (a true and correct screenshot of which is annexed hereto as Exhibit 3 and Figure 10 below) made from the price guide detail page, only two users made those requests for the artwork described in the subject URL. Upon information and belief, annamarie@trombettaart.com is plaintiff's email address, meaning that one of the two users looking up the price for the subject painting was plaintiff herself. Upon information and belief, the other visitor, with an address of Simianarts@cs.com appears to have been plaintiff's friend.

9

257342712v.2

**Figure 10:**

Redacted - Proprietary Information

20.     I have searched WothPoint's records and confirmed that neither user referenced in Figure 10 was an active subscriber to WorthPoint's services after February 3, 2016. Once they were inactive, they would not have been able to see the price that the painting previously sold at.

21.     WorthPoint's website currently receives approximately Redacted - Proprietary Googlebot spidering data refresh requests per day to price guide detail pages, which Google does in order to capture the content of those pages for their search engine, as well as cache versions of pages. Redacted - Proprietary InformationRedacted - Proprietary Information Redacted - Proprietary InformationRedacted - Proprietary Information The frequency at which Googlebot returns to an individual URL may vary greatly, but on average individual price guide detail pages such as the URL in question are requested very infrequently if at all.

22.     In my personal experience serving as the SEO lead for WorthPoint since 2008, the overall volume of price guide detail pages and spidering rates were different in 2015-2017 vs currently, but the ratios of how often each page may be crawled and refreshed has remained quite consistent. Annexed hereto as Exhibit 4 and Figure 11 is a true and correct screenshot of WorthPoint's crawl request data:

**Figure 11:**

10

257342712v.2

**SA1290**



Redacted - Proprietary Information

23.    This means that a cached version of the page may have remained on Google's servers for months or years after it was deleted by WorthPoint, as Google would not refresh their cache until the page is spidered by Googlebot again.

11

257342712v.2

**SA1291**

24.     Thus, to the extent plaintiff was able to find references to the URL by making various very specific searches on Google, this would have had to have been due to Google cache displaying a reference to the page that Google previously spidered. If plaintiff, or anyone else,were to have clicked on the link in the Google search results to the URL in question after February 4, 2016, that person would have received a "404 Page not found" error.

25.     In sum, on February 4, 2016, I personally deleted the URL plaintiff identified and confirmed that it was never re-posted by WorthPoint. Had plaintiff attempted to access the page at the URL, she would have received a "404 Page not found" error, and the listing about the sale of the 1972 oil painting would not have appeared.

Pursuant to 28 U.S. Code § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:        January 19, 2023

By:     _____
        Jason Packer

12

257342712v.2

**SA1292**

# EXHIBIT 1

257342712v.2



CONFIDENTIAL                                         WP000132

14

257342712v.2

**SA1294**

# EXHIBIT 2

257342712v.2

<span style="color:red">Redacted - Proprietary Information</span>



CONFIDENTIAL                    WP000042

257342712v.2

# Redacted - Proprietary Information



CONFIDENTIAL                    WP000043

257342712v.2

# Redacted - Proprietary Information



CONFIDENTIAL                    WP000044

18

257342712v.2

Redacted - Proprietary Information



CONFIDENTIAL                    WP000045

19

257342712v.2

**SA1299**

<span style="color:red">Redacted - Proprietary Information</span>



CONFIDENTIAL                    WP000046

20

257342712v.2

Redacted - Proprietary Information

CONFIDENTIAL                    WP000047

21

257342712v.2

Redacted - Proprietary Information



CONFIDENTIAL                    WP000048

22

257342712v.2

<span style="color:red">Redacted - Proprietary Information</span>



CONFIDENTIAL                                        WP000049

23

257342712v.2

**SA1303**

DocuSign Envelope ID: 68B2BD13-4368-4A1A-A977-56182FF52275

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

Annamarie Trombetta,                                    Civil Action No: 18-cv-00993
                                                        (RA) (SLC)
               Plaintiffs,

  -against-

Norb Novocin, et al.,

               Defendants                   **DECLARATION OF
                                                        WILLIAM H. SEIPPEL**

------------------------------------------------------------------------X

### DECLARATION OF WILLIAM H. SEIPPEL IN SUPPORT OF DEFENDANT, WORTHPOINT CORPORATION'S MOTION FOR SUMMARY JUDGMENT

I, WILLIAM H. SEIPPEL, state as follows:

1. I am a resident of the State of Georgia. I am over the age of 18 and am competent to testify to the matters and facts set forth below, all of which are within my personal knowledge.

2. I am the Chief Executive Officer and Founder of WorthPoint Corporation ("WorthPoint"). I set for the following information on behalf of the company and rely on my own personal knowledge as well as the information maintained by the company.

3. WorthPoint is an online resource for researching and valuing antiques, art, and other collectibles. It has ranked as one of the top 1,000 most visited sites in the world.

4. WorthPoint's primary offering, the Worthopedia (also referred to as WorthPoint's "Price Guide"), is a searchable online database that provides users with historical pricing data from actual auction and retail sales. WorthPoint partners with a diverse group of auction houses and online marketplaces, including prominent auction houses in the country. A listing of such auction houses and online marketplaces can be found on our website at: https://www.worthpoint.com/data-partners.

5. The Worthopedia is accessible to users from the website www.worthpoint.com. It provides access to more than 720 million historical auction listings, items and images (including over one billion photographs) from both auction houses and online marketplaces, including historical listings from the online auction website www.ebay.com.

6. With over 700 million entries in its Price Guide and receiving hundreds of thousands of entries at a time, it is not feasible or reasonable for WorthPoint to review every entry.

7. WorthPoint does not derive profit directly from any specific entry in its Price Guide.

**SA1304**

DocuSign Envelope ID: 68B2BD13-4368-4A1A-A977-56182FF52275

8. With respect to eBay data, at all times relevant to this litigation (i.e., between 2012-2015 and subsequently), WorthPoint had licensing agreements in place with eBay's authorized data licensing partners, which allowed WorthPoint to display eBay's historical auction listings in its database.

9. As part of this licensing arrangement during the relevant time period, eBay's authorized data licensing partners made available to WorthPoint the data on hundreds of thousands of historic eBay listings on a periodic basis.

10. WorthPoint's systems ingested the data made available by eBay for batches of hundreds of thousands of listings at once through an automated technical process and published this data in the Worthopedia database without any review or manual editing. Moreover, WorthPoint does not select the data that is sent by eBay or ingested into its system.

11. To the extent eBay's data provided to WorthPoint contained images, it was WorthPoint's policy during the relevant time period to provide a notice on the images, such as "© Copyrighted work licensed by WorthPoint" or a similar statement. The purpose of this notice was to indicate that a third party may hold copyright over the image or the underlying object, and that WorthPoint has a license to publish this image on its Worthopedia database.

12. As part of WorthPoint's licensing arrangement for eBay data, WorthPoint relied on eBay's terms and conditions during the relevant time period, which required the individual posting the content to have the rights to use the images and content that they post. eBay's terms and conditions in effect in 2012-2015 are collectively annexed hereto as Exhibit "A".[1]

13. WorthPoint did not create or participate in the creation of the auction listing on eBay that is the subject of this suit. WorthPoint never saw the painting that was mentioned in the listing. WorthPoint never saw the listing before it was posted on eBay, and other than through this litigation, and the proceedings prior to the initiation of the litigation, WorthPoint never saw the listing.

14. Prior to Plaintiff herein contacting WorthPoint, nobody at WorthPoint reviewed the subject listing for the Painting "Man with Red Umbrella." It was one of millions of listings on WorthPoint's database that were ingested through an automatic, technical process. WorthPoint was not aware of Plaintiff's claim that she did not create this Painting, that her biography was incorporated in the auction listing, or that Plaintiff had a copyright in the biography that was part of the eBay listing.

---

[1] The Terms and Conditions can be found at: Internet Archive and can be found at:
https://web.archive.org/web/20150203160036/http://pages.ebay.com/help/policies/user-agreement.html?rt=nc (last accessed April 14, 2023).

**SA1305**

DocuSign Envelope ID: 68B2BD13-4368-4A1A-A977-56182FF52275

15. I first learned about this listing after the Plaintiff contacted WorthPoint to request information about the listing. I never knew of Plaintiff before such contact, never heard of her in the art field, and never had any dealings with her.

16. Plaintiff subsequently notified WorthPoint that the painting was not painted by her, and she requested that the listing be removed. WorthPoint complied and on February 4, 2016, WorthPoint deleted the historical report of the auction sale made on eBay and the details thereof. WorthPoint never reposted the historical report ever again.

17. After the Auction Listing was deleted from WorthPoint's website on February 4, 2016, Plaintiff's biography, which I understand was the only part of the Auction Listing to which Plaintiff claims copyright, did not appear anywhere on WorthPoint's website.

18. I have exchanged several subsequent emails with Plaintiff after February 4, 2016, wherein she had indicated that she continued seeing her name "on the Internet" associated with the subject painting. We discussed that she was seeing her name on Google searches, and this was likely due to the fact that Google caches the content of websites and may display information that has been deleted for some period of time afterwards.

19. As a courtesy to the Plaintiff, I had directed WorthPoint's employee, Jason Packer, to submit a request to Google to delete the information about WorthPoint's post of the eBay auction listing for the Painting from its cache. Mr. Packer reported to me that this was done. WorthPoint is not affiliated with Google and cannot control its actions.

20. At all times relevant herein, WorthPoint maintained a DMCA registered agent registration with the U.S. Copyright Office. In 2012-2016, such DMCA agent was Gregory Watkins, a WorthPoint employee with whom Plaintiff alleges she spoke on February 3, 2016, the day before the subject Auction Listing was deleted by WorthPoint.

21. WorthPoint has followed the standards for proper notice and takedown procedures.

22. In sum, WorthPoint provides a service for the public to research historical art sales for various purposes. It aggregates data from other sources pursuant to license agreements. WorthPoint has a library of auction results for art and collectable sales made on online marketplaces and elsewhere. WorthPoint did not create the allegedly infringing listing, did not sell the subject painting or attribute the painting to the Plaintiff. WorthPoint did not know that the auction listing listed the Plaintiff as the artist and had no knowledge that the attribution by the seller may have been wrong. WorthPoint had no knowledge that eBay posted an auction with potentially improper information. WorthPoint collected historical auction sales information through licensing agreements and through an automated technical process. WorthPoint did not review or manually edit the listing. When WorthPoint learned of a complaint by the Plaintiff, it promptly removed the listing and

**SA1306**

DocuSign Envelope ID: 68B2BD13-4368-4A1A-A977-56182FF52275

never posted it again.  WorthPoint had no intent to infringe on any rights of the Plaintiff and does not believe it did.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on April 17, 2023.

WILLIAM H. SEIPPEL

**Page Vault**

| | |
|---|---|
| Document title: | Your User Agreement |
| Capture URL: | https://web.archive.org/web/20121223163129/http:/pages.ebay.com/help/policies/user-agreement.html?rt=nc |
| Page loaded at (UTC): | Fri, 14 Apr 2023 00:52:39 GMT |
| Capture timestamp (UTC): | Fri, 14 Apr 2023 00:54:10 GMT |
| Capture tool: | 10.20.23 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 10 |
| Capture ID: | nESgGfJ8157oPsJ5P6Trna |
| User: | wemed-emann |

PDF REFERENCE #:    fqcY1rab3DTeaTQDcg36JX

# SA1308



**Help**

## Browse help

▶ Searching & researching

▶ Bidding & buying

▶ Selling & seller fees

▶ Payment & shipping

▶ Feedback

▶ Membership & account

eBay glossary
eBay acronyms
A-Z index

**Search the help pages**
(Does not search for items or products)

### Your User Agreement

Last Updated:  August 21, 2012

The following describes the terms on which eBay offers you access to our sites, services, and tools (including, but not limited to, applications).

#### Introduction

Welcome to eBay.  By using eBay (including eBay.com and its related sites, services and tools), you agree to the following terms with eBay Inc. and the general principles for the websites of our subsidiaries and international affiliates.  If you reside outside of the United States, you are contracting with one of our international eBay companies: In countries within the European Union, your contract is with eBay Europe S.à r.l.; in India, your contract is with eBay India Private Limited; in all other countries, your contract is with eBay International AG.

This Agreement is effective on October 10, 2012, for current users, and upon acceptance for new users.  You accept this User Agreement by clicking the **Submit** button when registering an eBay account; accessing or using eBay's sites, services, and tools; or as otherwise indicated on a specific site, service, or tool.  The previous amendment to this User Agreement was effective for all users on September 7, 2010.

**Please be advised: This User Agreement contains provisions that govern how claims you and we have against each other are resolved (see Limitation of Liability and Legal Disputes Sections below).  It also contains an Agreement to Arbitrate, which will, with limited exception, require you to submit claims you have against us to binding and final arbitration, unless you opt-out of the Agreement to Arbitrate (see Legal Disputes, Section B ("Agreement to Arbitrate")).  Unless you opt-out: (1) you will only be permitted to pursue claims against eBay on an individual basis, not as part of any class or representative action or proceeding and (2) you will only be permitted to seek relief (including monetary, injunctive, and declaratory relief) on an individual basis.**

#### Scope

Before you may become a member of eBay, you must read and accept all of the terms in, and linked to, this User Agreement and the eBay Privacy Policy.  We strongly recommend that, as you read this User Agreement, you also access and read the linked information.  By accepting this User Agreement, you agree that this User Agreement and Privacy Policy will apply whenever you use eBay sites or services, or when you use the tools that are made available to interact with eBay sites and services.  Some eBay sites, services, and tools may have additional or other terms, agreements, or policies that govern their availability and use.  Your use of and access to such sites, services, and tools are subject to any and all terms, agreements, or policies applicable to them.

#### Using eBay

While using eBay sites, services and tools, you will not:

- post content or items in inappropriate categories or areas on our sites and services;
- violate any laws, third party rights or our policies;
- use our sites, services or tools if you are not able to form legally binding contracts or are temporarily or indefinitely suspended from using our sites, services, or tools;
- fail to deliver payment for items purchased by you, unless the seller has materially changed the item's description after you bid, a clear typographical error is made, or you cannot reach the seller;
- fail to deliver items purchased from you, unless the buyer fails to meet the posted terms, or you cannot reach the buyer;
- manipulate the price of any item or interfere with other users' listings;
- circumvent or manipulate our fee structure, the billing process, or fees owed to eBay;
- post false, inaccurate, misleading, defamatory, or libelous content;
- take any action that may undermine the feedback or ratings systems (such as displaying, importing or exporting feedback information off of the sites or using it for purposes unrelated to eBay);
- circumvent any eBay policy or determinations about your account status such as temporary or indefinite suspensions or other account holds, limitations or restrictions;

**Contact us**

Have a question? We can help.

Contact us

**Ask eBay members**

Get help from other eBay members. Visit the Answer Center to post a question.

**Related help topics**

- eBay Privacy Policy
- Previous User Agreement

# SA1309

http://pages.ebay.com/help/policies/user-agreement.html?rt=nc
168 captures
28 Aug 2010 - 22 Mar 2023



- post false, inaccurate, misleading, defamatory, or libelous content;
- take any action that may undermine the feedback or ratings systems (such as displaying, importing or exporting feedback information off of the sites or using it for purposes unrelated to eBay);
- circumvent any eBay policy or determinations about your account status such as temporary or indefinite suspensions or other account holds, limitations or restrictions;
- transfer your eBay account (including Feedback) and user ID to another party without our consent;
- distribute or post spam, unsolicited or bulk electronic communications, chain letters, or pyramid schemes;
- distribute viruses or any other technologies that may harm eBay, or the interests or property of eBay users;
- export or re-export any eBay tools except in compliance with the export control laws of any relevant jurisdictions and in accordance with posted rules and restrictions;
- copy, modify, or distribute rights or content from the eBay sites, services, or tools or eBay's copyrights and trademarks; or
- harvest or otherwise collect information about users, including email addresses, without their consent.

## Abusing eBay

eBay and its community of users (the "Community") work together to keep our sites, services, and tools working properly and the Community safe. Please report problems, offensive content, and policy violations to us.

eBay's Verified Rights Owner (VeRO) program works to ensure that listed items do not infringe upon the copyright, trademark, or other intellectual property rights of third parties. If you believe that your intellectual property rights have been violated, please notify our VeRO team through our Verified Rights Owner (VeRO) Program and we will investigate.

Without limiting other remedies, we may, in our sole discretion, limit, suspend, or terminate our services and user accounts, prohibit access to our sites, services, and tools, and their content, delay or remove hosted content, and take technical and legal steps to keep users from using our sites, services, or tools, if we think that they are creating problems or possible legal liabilities, infringing the intellectual property rights of third parties, or acting inconsistently with the letter or spirit of our policies (for example, and without limitation, shill bidding, conducting off-eBay transactions, manipulating Feedback, circumventing temporary or permanent suspensions or harassing our employees or other users). We also reserve the right to cancel unconfirmed accounts or accounts that have been inactive for a long time, or to modify or discontinue eBay sites, services, or tools.

## Buyer Protection

Buyers and sellers share the responsibility for making sure purchases made on eBay are exciting, rewarding and hassle-free. We strongly encourage buyers to work with sellers before opening a claim relating to a purchase. Buyers and sellers agree to follow the requirements of the eBay Buyer Protection Policy with respect to claims made under eBay's Buyer Protection Policy. eBay Buyer Protection covers only claims filed in accordance with the eBay Buyer Protection Policy, not claims filed with PayPal. eBay Buyer Protection will not cover claims for which the buyer has initiated another form of resolution processing, including credit card chargebacks (if the buyer paid by credit card) or PayPal Buyer Protection claims (if the buyer paid by PayPal). We may suspend the eBay Buyer Protection Policy without notice if we suspect abuse or interference with the proper working of the program.

We require eBay sellers to comply with our Buyer Protection resolution process. Buyers and sellers permit us to make a final decision, in our sole discretion, on any claim that a buyer files with eBay under the eBay Buyer Protection Policy. If we resolve a dispute in the buyer's favor, we will refund the buyer up to the full cost of the item (including any applicable sales taxes) and the original shipping, and we will require the seller to reimburse us for the amount due to the buyer. Without limiting the foregoing, sellers may not have to reimburse us for an eBay Buyer Protection claim if they provide the documentation (for example, delivery confirmation or proof that the item was as described) indicated in the eBay Buyer Protection Policy. In addition:

- Sellers must have a reimbursement method on file with eBay.
- Sellers agree to allow us to remove funds from their PayPal accounts for amounts due to buyers. Sellers may change this reimbursement method by contacting eBay. However, we reserve the right to continue using seller PayPal accounts for eBay Buyer Protection cases associated with eBay transactions paid for before the change.
- Where there are insufficient funds in PayPal accounts or where PayPal is not the reimbursement method of a seller, we will require another reimbursement method.
- Sellers agree to allow us to charge the payment method they designate for amounts due buyers.

Changing a reimbursement method will not affect eBay's use of a payment method on file for other purposes (such as payment of your eBay fees). If sellers do not provide eBay with a valid reimbursement method, we may collect amounts owed using other collection mechanisms, including retaining collection agencies. We may also suspend or restrict sellers from buying or selling on our sites and using our services and tools until payment is made.

- **Correcting Mistakes in Payments to Buyers or Sellers.** We reserve the right to fix any processing errors we discover. We will correct any processing errors by debiting or crediting the payment method used for the eBay Buyer

http://pages.ebay.com/help/policies/user-agreement.html?rt=nc

INTERNET ARCHIVE
WayBackMachine
168 captures
28 Aug 2010 - 22 Mar 2023



sellers do not provide eBay with a valid reimbursement method, we may collect amounts owed using other collection mechanisms, including retaining collection agencies. We may also suspend or restrict sellers from buying or selling on our sites and using our services and tools until payment is made.

- **Correcting Mistakes in Payments to Buyers or Sellers.** We reserve the right to fix any processing errors we discover. We will correct any processing errors by debiting or crediting the payment method used for the eBay Buyer Protection refund or reimbursement.

### Holds

To protect against the risk of liability, eBay has at times requested, and may continue to request, that PayPal hold seller funds based on certain factors, including, but not limited to, selling history, seller performance, riskiness of the listing category, or the filing of an eBay Buyer Protection claim. PayPal has held, and will continue to hold, seller funds pursuant to the terms of the PayPal User Agreement, PayPal policies and any other agreement entered into between PayPal and its users.

### Cross-Border Trade

Many of our sites, services, and tools are accessible to international sellers and buyers. We may offer certain programs, tools, and site experiences of particular interest to international sellers and buyers, such as estimated local currency conversion and international shipping calculation tools.

Some eBay members may reside outside of the United States and some may not speak English as a primary language. To assist users who speak different languages, we may translate listings and other eBay content, in whole or in part, into other languages. If you are a seller, you may be able to opt out of our automated translation of your listings by, depending on the site, service, or tool involved, using the functionality built into such site, service, or tool. We also may provide you with access to third party tool(s) so you can request an on-demand translation of certain content on our sites, such as parts of a listing or a message from an eBay user. If you request an on-demand translation from a third party tool, the accuracy or availability of the resulting translation is not guaranteed and will be your sole responsibility. In the event that any on-demand translation of a listing, message or other content conflicts with the meaning of the original text, then the original text will control as the official version of the listing, message or other content, as applicable.

In some cases, you may be able to sell your items internationally by listing items for sale directly on one or more of eBay's international sites. Using various tools, services, and experiences, we may display your listing on an eBay site other than the eBay site where you listed your item for sale, including those situations where you choose to list items with an international shipping option (such as worldwide shipping). However, you may restrict international buyers from purchasing your items if you explicitly exclude international shipping locations from your listings by creating and applying an exclusion list to your listings. If your item is sold to a buyer on an eBay site other than your eBay site of registration, you agree to be subject to that other site's policies and the terms and conditions in eBay's International Selling Agreement. You are responsible for complying with all laws and regulations applicable to the sale and shipment of items to international buyers.

### Fees and Services

Joining eBay and bidding on listed items is free. We do charge fees for using other services. such as listing items. The fees we charge for using our services are listed on our Fees schedule, which we may change from time to time. Changes to that schedule are effective after we provide you with at least fourteen days' notice by posting the changes on www.ebay.com. We may choose to temporarily change the fees for our services for promotional events (for example, free listing days) or new services, and such changes are effective when we post the temporary promotional event or new service on the sites.

Unless otherwise stated, all fees are quoted in United States Dollars. You are responsible for paying all fees and applicable taxes associated with our sites, services, and tools with a valid payment method by the payment due date. If your payment method fails or your account is past due, we may collect fees owed using other collection mechanisms. (This includes charging other payment methods on file with us, retaining collection agencies and legal counsel, and for accounts over 180 days past due, deducting the amount owed from your PayPal account balance.) In addition, you will be subject to late fees and we may suspend or restrict you from using our sites, services, and tools until full payment is made. eBay, or the collection agencies we retain, may also report information about your account to credit bureaus, and as a result, late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you wish to dispute the information eBay reported to a credit bureau (i.e., Experian, Equifax or TransUnion) please contact us at eBay Inc., C/O Global Collections, 2211 North First Street, San Jose, CA 95131. If you wish to dispute the information a collection agency reported to a credit bureau regarding your eBay account, you must contact the collection agency directly.

### Authorization to Contact You; Recording Calls

You authorize eBay, its affiliates, agents, and independent contractors to contact you at any telephone number (including telephone numbers associated with mobile, cellular, wireless, or similar devices) you provide to us or from which you place a call to us, or any telephone number at which we reasonably believe we may reach you, using any means of communication, including, but not limited to, calls or text messages using an automatic telephone dialing system and/or prerecorded messages, even if you incur charges for receiving

INTERNET ARCHIVE
WayBackMachine
168 captures
28 Aug 2010 - 22 Mar 2023

http://pages.ebay.com/help/policies/user-agreement.html?rt=nc   Go   OCT **DEC** MAR
2011 **2012** 2014 ▼ About this capture

You authorize eBay, its affiliates, agents, and independent contractors to contact you at any telephone number (including telephone numbers associated with mobile, cellular, wireless, or similar devices) you provide to us or from which you place a call to us, or any telephone number at which we reasonably believe we may reach you, using any means of communication, including, but not limited to, calls or text messages using an automatic telephone dialing system and/or prerecorded messages, even if you incur charges for receiving such communications.

You understand and agree that eBay may, without further notice or warning and in its discretion, monitor or record telephone conversations you or anyone acting on your behalf has with eBay or its agents for quality control and training purposes or for its own protection. You acknowledge and understand that, while your communications with eBay may be overheard, monitored, or recorded without further notice or warning, not all telephone lines or calls may be recorded by eBay, and eBay does not guarantee that recordings of any particular telephone calls will be retained or retrievable.

### Content

When providing us with content or posting content on eBay's sites, you grant us a non-exclusive, worldwide, perpetual, irrevocable, royalty-free, sublicensable (through multiple tiers) right to exercise any and all copyright, trademark, publicity, and database rights you have in the content, in any media known now or in the future.

For the convenience of sellers, we may offer catalogs of stock images, descriptions and product specifications that are provided by third parties (including eBay users). You may use catalog content solely in connection with your eBay listings during the time your listings are on eBay's sites.

While we try to offer reliable data, we cannot promise that the catalogs will always be accurate and up-to-date, and you agree not to hold our catalog content providers or us responsible for inaccuracies in catalogs. If you choose to include catalog content in your listings, you continue to be fully responsible for your listings and for ensuring that your listings are accurate, do not include misleading information, and comply with this User Agreement and all eBay policies. The catalogs may include copyrighted, trademarked or other proprietary materials. You agree not to remove any copyright, proprietary or identification markings included with the catalogs or create any derivative works based on catalog content (other than by including them in your listings).

### Notice for Claims of Intellectual Property Violations and Copyright Infringement Pursuant to Section 512(c) of Title 17 of the United States Code

We respond to notices of alleged copyright infringement as required by the United States Digital Millennium Copyright Act. Learn how to submit a notice to eBay.

### Limitation of Liability

We try to keep eBay and its sites, services, and tools safe, secure, and functioning properly. You acknowledge that we cannot guarantee the continuous operation of or access to our sites, services, or tools. You further acknowledge that operation of and access to our sites, services, or tools may be interfered with as a result of technical issues or numerous factors outside of our control. You agree that you are making use of our sites, services, and tools at your own risk, and that they are being provided to you on an "AS IS" and "AS AVAILABLE" basis. Accordingly, to the extent permitted by applicable law, we exclude all express or implied warranties, terms and conditions including, but not limited to, implied warranties of merchantability, fitness for a particular purpose, and non-infringement. In addition, to the extent permitted by applicable law, we are not liable, and you agree not to hold eBay responsible, for any damages or losses (including, but not limited to, loss of money, goodwill or reputation, profits, or other intangible losses or any special, indirect, or consequential damages) resulting directly or indirectly from:

- Your use of or your inability to use our sites, services and tools;
- Delays or disruptions in our sites, services, or tools;
- Viruses or other malicious software obtained by accessing our sites, services, or tools or any site, services, or tool linked to our sites, services, or tools;
- Glitches, bugs, errors, or inaccuracies of any kind in our sites, services, and tools or in the information and graphics obtained from them;
- The content, actions, or inactions of third parties, including items listed using our sites, services, or tools or the destruction of allegedly fake items;
- A suspension or other action taken with respect to your account;
- The duration or manner in which your listings appear in search results as set forth in the Listing Conditions Section below;
- Your need to modify practices, content, or behavior or your loss of or inability to do business, as a result of changes to this User Agreement or our policies; eBay reserves the right to modify its policies and this User Agreement at any time consistent with the provisions outlined herein.

Some jurisdictions do not allow the disclaimer of warranties or exclusion of damages, so such disclaimers and exclusions may not apply to you.



inability to do business, as a result of changes to this User Agreement or our policies; eBay reserves the right to modify its policies and this User Agreement at any time consistent with the provisions outlined herein.

Some jurisdictions do not allow the disclaimer of warranties or exclusion of damages, so such disclaimers and exclusions may not apply to you.

You acknowledge that we are not a traditional auctioneer.  Instead, our sites are venues to allow users to offer, sell, and buy just about anything, at any time, from anywhere, in a variety of pricing formats and locations, such as Stores, fixed price formats and auction-style formats.  We are not involved in the actual transaction between buyers and sellers.  While we may help facilitate the resolution of disputes through various programs, we have no control over and do not guarantee the existence, quality, safety, or legality of items advertised; the truth or accuracy of users' content or listings; the ability of sellers to sell items; the ability of buyers to pay for items; or that a buyer or seller will actually complete a transaction or return an item.

Regardless of the previous paragraphs, if we are found to be liable, our liability to you or to any third party is limited to the greater of (a) any amounts due under the eBay Buyer Protection Policy up to the price the item sold for on eBay (including any applicable sales tax) and its original shipping costs, (b) the amount of fees in dispute not to exceed the total fees, which you paid to us in the 12 months prior to the action giving rise to the liability, or (c) $100.

## Release

If you have a dispute with one or more users, you release us (and our affiliates and subsidiaries, and our and their respective officers, directors, employees, and agents) from claims, demands, and damages (actual and consequential) of every kind and nature, known and unknown, arising out of or in any way connected with such disputes.  **In entering into this release you expressly waive any protections (whether statutory or otherwise) that would otherwise limit the coverage of this release to include only those claims which you may know or suspect to exist in your favor at the time of agreeing to this release.**

## Access and Interference

eBay's sites contain robot exclusion headers.  Information on our sites is subject to constant updates and changes.  Much of the information on the sites is also proprietary or is licensed to eBay by our users or third parties.  You agree that you will not use any robot, spider, scraper, or other automated means to access our sites for any purpose without our express handwritten permission.

Additionally, you agree that you will not:

- take any action that imposes or may impose (to be determined in our sole discretion) an unreasonable or disproportionately large load on our infrastructure;
- copy, reproduce, modify, create derivative works from, distribute, or publicly display any content (except for your information) from our sites, services, or tools without the prior express written permission of eBay and the appropriate third party, as applicable;
- interfere or attempt to interfere with the proper working of our sites, services, or tools, or any activities conducted on or with our sites, services, or tools; or
- bypass our robot exclusion headers or other measures we may use to prevent or restrict access to our sites.

## Listing Conditions

By listing an item on eBay's sites, you agree to pay eBay's fees, to assume full responsibility for the content of the listing and item offered, and to accept the following listing conditions: When you list an item on eBay's sites, your listing will be posted on eBay's sites and can be viewed in My eBay.  Your listing may not be immediately searchable by keyword or category for several hours (or up to 24 hours in some circumstances), so eBay can't guarantee exact listing durations. eBay's duplicate listing policy may also affect whether your listing appears in search results.  Where your listing appears in search and browse results may be based on certain factors including, but not limited to, listing format, title, bidding activity, end time, keywords, price and shipping cost, feedback, and detailed seller ratings.  You can read more about where your listings appear in search and browse results in eBay's Help Pages.

## Purchase Conditions

You are responsible for reading the full item listing, including any instructions the seller provides, before making a bid or commitment to buy.  Unless otherwise stated, by making a bid or commitment to buy an item on eBay, you are committing to buy the item from the seller listing the item.  If you make a commitment to buy or your bid is the winning bid or is otherwise accepted, you enter into a legally binding contract with the seller and are obligated to purchase the item.  For motor vehicles and real estate, a bid or offer initiates a non-binding transaction representing a buyer's serious expression of interest in buying the seller's item and does not create a formal contract between the buyer and the seller.

We do not transfer legal ownership of items from the seller to the buyer.  Utah Code Annotated § 70A-2-401(2) and Uniform Commercial Code § 2-401(2)

Document title: Your User Agreement
Capture URL: https://web.archive.org/web/20121223163129/http:/pages.ebay.com/help/policies/user-agreement.html?rt=nc
Capture timestamp (UTC): Fri, 14 Apr 2023 00:54:10 GMT

INTERNET ARCHIVE | http://pages.ebay.com/help/policies/user-agreement.html?rt=nc | Go | OCT | **DEC** | MAR
WayBackMachine | 168 captures | 2011 | **2012** | 2014
28 Aug 2010 - 22 Mar 2023 | ▼ About this capture

enter into a legally binding contract with the seller and are obligated to purchase the item. For motor vehicles and real estate, a bid or offer initiates a non-binding transaction representing a buyer's serious expression of interest in buying the seller's item and does not create a formal contract between the buyer and the seller.

We do not transfer legal ownership of items from the seller to the buyer. Utah Code Annotated § 70A-2-401(2) and Uniform Commercial Code § 2-401(2) apply to the transfer of ownership between the buyer and the seller, unless the buyer and the seller agree otherwise.

## Privacy

We do not sell or rent your personal information to third parties for their marketing purposes without your explicit consent. We use your information only as described in the eBay Privacy Policy. We view protection of users' privacy as a very important Community principle. We store and process your information on computers located in the United States that are protected by physical as well as technological security devices. You can access and modify the information you provide us and choose not to receive certain communications by signing in to your account. We use third parties to verify and certify our privacy principles. For a complete description of how we use and protect your personal information, see the eBay Privacy Policy. If you object to your information being transferred or used in this way please do not use our services.

## Indemnity

You will indemnify and hold us (and our affiliates and subsidiaries, and our and their respective officers, directors, employees, and agents) harmless from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising out of your breach of this User Agreement, your improper use of eBay's sites, services, or tools, and/or your violation of any law or the rights of a third party.

## No Agency

No agency, partnership, joint venture, employee-employer, or franchiser-franchisee relationship is intended or created by this User Agreement.

## Notices

Except as explicitly stated otherwise, legal notices shall be served on eBay's national registered agent (in the case of eBay) or to the email address you have designated on your account (in your case). Notice to you shall be deemed given 24 hours after the email is sent. Alternatively, we may give you legal notice by mail to the Registration Address associated with your account, as identified in your My eBay. In such case, notice shall be deemed given three days after the date of mailing.

## Legal Disputes

You and eBay agree that any claim or dispute at law or equity that has arisen or may arise between us will be resolved in accordance with the provisions set forth in this Legal Disputes Section. Please read this Section carefully. It affects your rights and will have a substantial impact on how claims you and we have against each other are resolved.

### A. Applicable Law

You agree that the laws of the State of Utah, without regard to principles of conflict of laws, will govern this User Agreement and any claim or dispute that has arisen or may arise between you and eBay, except as otherwise stated in this User Agreement.

### B. Agreement to Arbitrate

You and eBay each agree that any and all disputes or claims that have arisen or may arise between you and eBay shall be resolved exclusively through final and binding arbitration, rather than in court, except that you may assert claims in small claims court, if your claims qualify. The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate.

1. Prohibition of Class and Representative Actions and Non-Individualized Relief

   YOU AND EBAY AGREE THAT EACH OF US MAY BRING CLAIMS AGAINST THE OTHER ONLY ON AN INDIVIDUAL BASIS AND NOT AS PART OF ANY PURPORTED CLASS OR REPRESENTATIVE ACTION OR PROCEEDING. UNLESS BOTH YOU AND EBAY AGREE OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE OR JOIN MORE THAN ONE PERSON'S OR PARTY'S CLAIMS, AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A CONSOLIDATED, REPRESENTATIVE, OR CLASS PROCEEDING. ALSO, THE ARBITRATOR MAY AWARD RELIEF (INCLUDING MONETARY, INJUNCTIVE, AND DECLARATORY RELIEF) ONLY IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF NECESSITATED BY THAT

INTERNET ARCHIVE
WayBackMachine
http://pages.ebay.com/help/policies/user-agreement.html?rt=nc
Go
168 captures
28 Aug 2010 - 22 Mar 2023

PARTY'S CLAIMS, AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A CONSOLIDATED, REPRESENTATIVE, OR CLASS PROCEEDING. ALSO, THE ARBITRATOR MAY AWARD RELIEF (INCLUDING MONETARY, INJUNCTIVE, AND DECLARATORY RELIEF) ONLY IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF NECESSITATED BY THAT PARTY'S INDIVIDUAL CLAIM(S). ANY RELIEF AWARDED CANNOT AFFECT OTHER EBAY USERS.

2. **Arbitration Procedures**

Arbitration is more informal than a lawsuit in court. Arbitration uses a neutral arbitrator instead of a judge or jury, and court review of an arbitration award is very limited. However, an arbitrator can award the same damages and relief on an individual basis that a court can award to an individual. An arbitrator also must follow the terms of this User Agreement as a court would.

The arbitration will be conducted by the American Arbitration Association ("AAA") under its rules and procedures, including the AAA's Supplementary Procedures for Consumer-Related Disputes (as applicable), as modified by this Agreement to Arbitrate. The AAA's rules are available at www.adr.org. A form for initiating arbitration proceedings is available on the AAA's website at http://www.adr.org.

The arbitration shall be held in the county in which you reside or at another mutually agreed location. If the value of the relief sought is $10,000 or less, you or eBay may elect to have the arbitration conducted by telephone or based solely on written submissions, which election shall be binding on you and eBay subject to the arbitrator's discretion to require an in-person hearing, if the circumstances warrant. Attendance at an in-person hearing may be made by telephone by you and/or eBay, unless the arbitrator requires otherwise.

The arbitrator will decide the substance of all claims in accordance with the laws of the State of Utah, including recognized principles of equity, and will honor all claims of privilege recognized by law. The arbitrator shall not be bound by rulings in prior arbitrations involving different eBay users, but is bound by rulings in prior arbitrations involving the same eBay user to the extent required by applicable law. The arbitrator's award shall be final and binding and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof.

3. **Costs of Arbitration**

Payment of all filing, administration and arbitrator fees will be governed by the AAA's rules, unless otherwise stated in this Agreement to Arbitrate. If the value of the relief sought is $10,000 or less, at your request, eBay will pay all filing, administration, and arbitrator fees associated with the arbitration. Any request for payment of fees by eBay should be submitted by mail to the AAA along with your Demand for Arbitration and eBay will make arrangements to pay all necessary fees directly to the AAA. If the value of the relief sought is more than $10,000 and you are able to demonstrate that the costs of arbitration will be prohibitive as compared to the costs of litigation, eBay will pay as much of the filing, administration, and arbitrator fees as the arbitrator deems necessary to prevent the arbitration from being cost-prohibitive. In the event the arbitrator determines the claim(s) you assert in the arbitration to be frivolous, you agree to reimburse eBay for all fees associated with the arbitration paid by eBay on your behalf, which you otherwise would be obligated to pay under the AAA's rules.

4. **Severability**

With the exception of any of the provisions in Section 1 of this Agreement to Arbitrate ("Prohibition of Class and Representative Actions and Non-Individualized Relief"), if a court decides that any part of this Agreement to Arbitrate is invalid or unenforceable, the other parts of this Agreement to Arbitrate shall still apply. If a court decides that any of the provisions in Section 1 of this Agreement to Arbitrate ("Prohibition of Class and Representative Actions and Non-Individualized Relief") is invalid or unenforceable, then the entirety of this Agreement to Arbitrate shall be null and void. The remainder of the User Agreement and its Legal Disputes Section will continue to apply.

5. **Opt-Out Procedure**

**You can choose to reject this Agreement to Arbitrate ("opt-out") by mailing us a written opt-out notice ("Opt-Out Notice"). For new eBay users, the Opt-Out Notice must be postmarked no later than 30 days after the date you accept the User Agreement for the first time. If you are already a current eBay user and previously accepted the User Agreement prior to the introduction of this Agreement to Arbitrate, the Opt-Out Notice must be postmarked no later than November 9, 2012 . You must mail the Opt-Out Notice to eBay Inc., c/o National Registered Agents, Inc., 2778 W. Shady Bend Lane, Lehi, UT 84043.**

The Opt-Out Notice must state that you do not agree to this Agreement to Arbitrate and must include your name, address, and the user ID(s) and email address(es) associated with the eBay account(s) to which the opt-out applies. You must sign the Opt-Out Notice for it to be effective. This procedure is the only way you can opt-out of the Agreement to Arbitrate. If you opt-out of the Agreement to Arbitrate, all other parts of the User Agreement and its Legal Disputes Section will continue to apply to you. Opting out of this Agreement to Arbitrate has no effect on any previous, other, or future arbitration agreements that you may have with us.

6. **Future Changes to the Agreement to Arbitrate**

# SA1315

INTERNET ARCHIVE
WayBack Machine
http://pages.ebay.com/help/policies/user-agreement.html?rt=nc   Go   OCT **DEC** MAR
168 captures
28 Aug 2010 - 22 Mar 2023                                        2011 **2012** 2014  ▼ About this capture

opt-out of the Agreement to Arbitrate. If you opt-out of the Agreement to Arbitrate, all other parts of the User Agreement and its Legal Disputes Section will continue to apply to you. Opting out of this Agreement to Arbitrate has no effect on any previous, other, or future arbitration agreements that you may have with us.

6. **Future Changes to the Agreement to Arbitrate**

Notwithstanding any provision in the User Agreement to the contrary, you and we agree that if we make any change to this Agreement to Arbitrate (other than a change to any notice address or website link provided herein) in the future, that change shall not apply to any claim of which you provided eBay with written notice prior to the effective date of the change. Moreover, if we seek to terminate the Agreement to Arbitrate as included in the User Agreement, any such termination shall not be effective until 30 days after the version of the User Agreement not containing the Agreement to Arbitrate is posted to http://www.ebay.com, and shall not be effective as to any claim of which you provided eBay with written notice prior to the date of termination.

**C. Judicial Forum for Legal Disputes**

Unless you and we agree otherwise, in the event that the Agreement to Arbitrate above is found not to apply to you or to a particular claim or dispute, either as a result of your decision to opt-out of the Agreement to Arbitrate or a court order, you agree that any claim or dispute that has arisen or may arise between you and eBay must be resolved exclusively by a state or federal court located in Salt Lake County, Utah. You and eBay agree to submit to the personal jurisdiction of the courts located within Salt Lake County, Utah for the purpose of litigating all such claims or disputes.

## Additional Terms

You agree to abide by all policies posted on our sites. Such policies (including, but not limited to the following) are part of this User Agreement and provide additional terms and conditions related to specific services offered on our sites:

- Outage Policy - http://pages.ebay.com/help/policies/everyone-outage.html
- Prohibited and Restricted Items - http://pages.ebay.com/help/policies/items-ov.html
- Discussion Boards Usage Policy - http://pages.ebay.com/help/policies/everyone-boards.html
- Rules for Listings - http://pages.ebay.com/help/policies/listing-ov.html
- How to Report Inappropriate Buying and Selling - http://pages.ebay.com/help/buy/report-trading.html
- Real Estate Policy - http://pages.ebay.com/help/policies/real-estate.html
- Community Content Policy (covers Reviews, Guides, Blog Entries, Wiki Articles and Member-Created Product Descriptions) - http://pages.ebay.com/help/policies/member-created-content-ov.html
- eBay Groups Guidelines - http://pages.ebay.com/help/policies/group-guidelines.html
- Rules about Intellectual Property - http://pages.ebay.com/help/policies/intellectual-property-ov.html
- eBay Buyer Protection Policy - http://pages.ebay.com/help/policies/buyer-protection.html
- Half.com Polices - http://pages.half.ebay.com/help/policy/index.html
- Fees for Selling on eBay - http://pages.ebay.com/help/sell/fees.html

The policies posted on our sites may be changed from time to time. Changes take effect when we post them on the eBay sites. When using particular eBay services or tools, you are subject to any posted policies or rules applicable to services or tools you use, which may be posted from time to time. All such policies or rules are hereby incorporated into this User Agreement.

## General

eBay Inc. is located at 2145 Hamilton Ave., San Jose, CA 95125. eBay Inc.'s North American Customer Service Operations Center is located at 173 West Election Road, Draper, UT 84020. eBay Europe S.à r.l. is located at 22-24 Boulevard Royal, L-2449 Luxembourg. eBay International AG is located at Helvetiastrasse 15/17, 3005, Bern, Switzerland. eBay India Private Limited is located at 14th Floor, North Block, R-Tech Park, Western Express Highway, Goregaon (East), Mumbai 400063, Maharashtra (India). Unless stated otherwise in this User Agreement, if any of the provisions in this User Agreement shall be deemed invalid, void, or for any reason unenforceable, such provisions shall be deemed severable and shall not affect the validity and enforceability of any remaining provision. In our sole discretion, we may assign this User Agreement, by providing notice of such assignment in accordance with the Notices Section. Headings are for reference purposes only and do not limit the scope or extent of such Section. Our failure to act with respect to a breach by you or others does not waive our right to act with respect to subsequent or similar breaches. We do not guarantee we will take action against all breaches of this User Agreement.

We may amend this User Agreement at any time by posting the amended terms on www.ebay.com. Our right to amend the User Agreement includes the right to modify, add to, or remove terms in the User Agreement. Except as stated otherwise in this User Agreement or elsewhere, all amended terms shall automatically be effective 30 days after they are initially posted. Additionally, we will notify you through the eBay Message Center. This User Agreement

Case 1:18-cv-00993-LTS-SLC    Document 425-7    Filed 04/17/23    Page 14 of 423

http://pages.ebay.com/help/policies/user-agreement.html?rt=nc

 

- Discussion Boards Usage Policy -
  http://pages.ebay.com/help/policies/everyone-boards.html
- **Rules for Listings** - http://pages.ebay.com/help/policies/listing-ov.html
- **How to Report Inappropriate Buying and Selling** -
  http://pages.ebay.com/help/buy/report-trading.html
- **Real Estate Policy** - http://pages.ebay.com/help/policies/real-estate.html
- **Community Content Policy** (covers Reviews, Guides, Blog Entries, Wiki
  Articles and Member-Created Product Descriptions) -
  http://pages.ebay.com/help/policies/member-created-content-ov.html
- **eBay Groups Guidelines** - http://pages.ebay.com/help/policies/group-
  guidelines.html
- **Rules about Intellectual Property** -
  http://pages.ebay.com/help/policies/intellectual-property-ov.html
- **eBay Buyer Protection Policy** - http://pages.ebay.com/help/policies/buyer-
  protection.html
- **Half. com Polices** - http://pages.half.ebay.com/help/policy/index.html
- **Fees for Selling on eBay** - http://pages.ebay.com/help/sell/fees.html

The policies posted on our sites may be changed from time to time. Changes
take effect when we post them on the eBay sites. When using particular eBay
services or tools, you are subject to any posted policies or rules applicable to
services or tools you use, which may be posted from time to time. All such
policies or rules are hereby incorporated into this User Agreement.

### General

eBay Inc. is located at 2145 Hamilton Ave., San Jose, CA 95125. eBay Inc.'s
North American Customer Service Operations Center is located at 173 West
Election Road, Draper, UT 84020. eBay Europe S.à r.l. is located at 22-24
Boulevard Royal, L-2449 Luxembourg. eBay International AG is located at
Helvetiastrasse 15/17, 3005, Bern, Switzerland. eBay India Private Limited is
located at 14th Floor, North Block, R-Tech Park, Western Express Highway,
Goregaon (East), Mumbai 400063, Maharashtra (India). Unless stated
otherwise in this User Agreement, if any of the provisions in this User
Agreement shall be deemed invalid, void, or for any reason unenforceable,
such provisions shall be deemed severable and shall not affect the validity and
enforceability of any remaining provision. In our sole discretion, we may assign
this User Agreement, by providing notice of such assignment in accordance
with the Notices Section. Headings are for reference purposes only and do not
limit the scope or extent of such Section. Our failure to act with respect to a
breach by you or others does not waive our right to act with respect to
subsequent or similar breaches. We do not guarantee we will take action
against all breaches of this User Agreement.

We may amend this User Agreement at any time by posting the amended terms
on www.ebay.com. Our right to amend the User Agreement includes the right
to modify, add to, or remove terms in the User Agreement. Except as stated
otherwise in this User Agreement or elsewhere, all amended terms shall
automatically be effective 30 days after they are initially posted. Additionally,
we will notify you through the eBay Message Center. This User Agreement
may not be otherwise amended except in a writing hand signed by you and us.
For purposes of this provision, a "writing" does not include an email message
and a signature does not include an electronic signature.

This User Agreement (including incorporated policies and rules) sets forth the
entire understanding and agreement between us with respect to the subject
matter hereof. The following Sections survive any termination of this User
Agreement: Fees and Services, Release, Content, Limitation of Liability,
Indemnity and Legal Disputes.

If you are a California resident, in accordance with Cal. Civ. Code §1789.3, you
may report complaints to the Complaint Assistance Unit of the Division of
Consumer Services of the California Department of Consumer Affairs by
contacting them in writing at 400 R Street, Sacramento, CA 95814, or by
telephone at (800) 952-5210.

**Was this page helpful?**
○ Yes   ○ No

How can we improve this page? (optional)

700 characters left

Submit Comment

About eBay    Community    Announcements    Security Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2012 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Document title: Your User Agreement
Capture URL: https://web.archive.org/web/20121223163129/http:/pages.ebay.com/help/policies/user-agreement.html?rt=nc
Capture timestamp (UTC): Fri, 14 Apr 2023 00:54:10 GMT

**PageVault**

| | |
|---|---|
| Document title: | eBay User Agreement |
| Capture URL: | https://web.archive.org/web/20150627120631/http:/pages.ebay.com/help/policies/user-agreement.html?rt=nc |
| Page loaded at (UTC): | Fri, 14 Apr 2023 00:55:13 GMT |
| Capture timestamp (UTC): | Fri, 14 Apr 2023 00:56:01 GMT |
| Capture tool: | 10.20.23 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 10 |
| Capture ID: | qRFXnw32SCvqFm765sYoQ7 |
| User: | wemed-emann |

# SA1318



eBay and PayPal will be separate companies soon. We've updated the eBay and PayPal User Agreements and Privacy Notices. Learn more  ✕

Hi! Sign in or register  |  Daily Deals  |  Gift Cards  |  Sell  |  Help & Contact    **FOURTH OF JULY FRENZY** Shop now          My eBay    🔔    🛒

Home  ›  Help  ›  eBay User Agreement

## Help

**Browse help**

▸ Searching & researching

▸ Bidding & buying

▸ Selling & seller fees

▸ Payment & shipping

▸ Feedback

▸ Membership & account

eBay glossary
eBay acronyms
A-Z index

Search the help pages
(Does not search for items or products)    Search   Tips

Example: 'payment methods'

### eBay User Agreement

This User Agreement is effective upon acceptance for those users who accept it through registration of an eBay account, and from 15 June, 2015 for existing users. The previous amendment to this User Agreement was effective for all users on August 12, 2014.

**In this article**

Introduction
About eBay
Using eBay
Policy Enforcement
Fees
Listing Conditions
Purchase Conditions
International Buying and Selling; Translation
Content
Notice for Claims of Intellectual Property Violations and Copyright Infringement Pursuant to Section 512(c) of Title 17 of the United States Code
Holds
Authorization to Contact You; Recording Calls
Additional Terms
· Returns
· Global Shipping Program
· eBay Money Back Guarantee
Disclaimer of Warranties; Limitation of Liability
Release
Indemnity
Legal Disputes
General

**Contact us**

Have a question? We can help.

Contact us

**Ask eBay members**

Get help from other eBay members. Visit the Answer Center to post a question.

**Related help topics**

• User Privacy Notice

### Introduction

This User Agreement, the User Privacy Notice, the Mobile Devices Terms and all policies posted on our sites set out the terms on which eBay offers you access to and use of our sites, services, applications and tools (collectively "Services"). You can find an overview of our policies here. All policies, the Mobile Devices Terms, and the User Privacy Notice are incorporated into this User Agreement. You agree to comply with all the above when accessing or using our Services.

The entity you are contracting with is eBay Inc., 2065 Hamilton Ave., San Jose, CA 95125 if you reside in the United States. It is eBay Europe S.à r.l., 22-24 Boulevard Royal, L-2449 Luxembourg if you reside in the European Union; eBay India Private Limited, 14th Floor, North Block, R-Tech Park, Western Express Highway, Goregaon (East), Mumbai 400063, Maharashtra if you reside in India; and eBay International AG, Helvetiastrasse 15/17, 3005, Bern, Switzerland if you reside in any other country.

Please be advised that this User Agreement contains provisions that govern how claims you and we have against each other are resolved (see Disclaimer of Warranties; Limitation of Liability and Legal Disputes provisions below). It also contains an Agreement to Arbitrate, which will, with limited exception, require you to submit claims you have against us to binding and final arbitration, unless you opt-out of the Agreement to Arbitrate (see Legal Disputes, Section B ("Agreement to Arbitrate")). Unless you opt-out: (1) you will only be permitted to pursue claims against us on an individual basis, not as a plaintiff or class member in any class or representative action or proceeding and (2) you will only be permitted to seek relief (including monetary, injunctive, and declaratory relief) on an individual basis.

### About eBay

eBay is a marketplace that allows users to offer, sell and buy just about anything in a variety of pricing formats and locations. The actual contract for

Document title: eBay User Agreement
Capture URL: https://web.archive.org/web/20150627120631/http://pages.ebay.com/help/policies/user-agreement.html?rt=nc
Capture timestamp (UTC): Fri, 14 Apr 2023 00:56:01 GMT

Page 1 of 9

INTERNET ARCHIVE
WayBackMachine
http://pages.ebay.com/help/policies/user-agreement.html?rt=nc   Go   MAY JUN AUG
168 captures
28 Aug 2010 - 22 Mar 2023
2014 2015 2016   ▼ About this capture

permitted to seek relief (including monetary, injunctive, and declaratory relief) on an individual basis.

## About eBay

eBay is a marketplace that allows users to offer, sell and buy just about anything in a variety of pricing formats and locations. The actual contract for sale is directly between the sellers and buyers. eBay is not a traditional auctioneer.

While we may provide pricing, shipping, listing, and other guidance in our Services, such guidance is solely informational and you may decide to follow it or not. Also, while we may help facilitate the resolution of disputes through various programs, eBay has no control over and does not guarantee the existence, quality, safety or legality of items advertised; the truth or accuracy of users' content or listings; the ability of sellers to sell items; the ability of buyers to pay for items; or that a buyer or seller will actually complete a transaction or return an item.

## Using eBay

In connection with using or accessing the Services you will not:

- post, list or upload content or items in inappropriate categories or areas on our sites;
- breach or circumvent any laws, third party rights or our systems, policies, or determinations of your account status;
- use our Services if you are not able to form legally binding contracts (for example if you are under 18), or are temporarily or indefinitely suspended from using our sites, services, applications or tools;
- fail to pay for items purchased by you, unless you have a valid reason as set out in an eBay policy, for example, the seller has materially changed the item's description after you bid, a clear typographical error is made, or you cannot contact the seller (see our Unpaid item policy);
- fail to deliver items sold by you, unless you have a valid reason as set out in an eBay policy, for example, the buyer fails to follow the posted terms or you cannot contact the buyer;
- manipulate the price of any item or interfere with any other user's listings;
- post false, inaccurate, misleading, defamatory, or libelous content;
- take any action that may undermine the feedback or ratings systems (see about our Feedback policies);
- transfer your eBay account (including Feedback) and user ID to another party without our consent;
- distribute or post spam, unsolicited or bulk electronic communications, chain letters, or pyramid schemes;
- distribute viruses or any other technologies that may harm eBay, or the interests or property of users;
- use any robot, spider, scraper or other automated means to access our Services for any purpose;
- bypass our robot exclusion headers, interfere with the working of our Services, or impose an unreasonable or disproportionately large load on our infrastructure;
- export or re-export any eBay application or tool except in compliance with the export control laws of any relevant jurisdictions and in accordance with posted rules and restrictions;
- reproduce, perform, display, distribute, reverse engineer, or prepare derivative works from content that belongs to or is licensed to eBay, or that comes from the Services and belongs to another eBay user or to a third party including works covered by any copyrights, trademark, patent, or other intellectual property right, except with prior express permission of eBay and/or any other party holding the right to license such use;
- commercialize any eBay application or any information or software associated with such application;
- harvest or otherwise collect information about users without their consent; or
- circumvent any technical measures we use to provide the Services.

If we believe you are abusing eBay in any way, we may, in our sole discretion and without limiting other remedies, limit, suspend, or terminate your user account(s) and access to our Services, delay or remove hosted content, remove any special status associated with your account(s), remove and demote listings, reduce or eliminate any discounts, and take technical and/or legal steps to prevent you from using our Services.

We may cancel unconfirmed accounts or accounts that have been inactive for a long time or modify or discontinue our Services. Additionally, we reserve the right to refuse or terminate our Services to anyone for any reason at our discretion.

## Policy Enforcement

When a buyer or seller issue arises we may consider the user's performance history and the specific circumstances in applying our policies. We may choose to be more lenient with policy enforcement in an effort to do the right thing for both buyers and sellers.

## Fees

The fees we charge for using our Services are listed on our Standard Selling Fees page. We may change our seller fees from time to time by posting the changes on the eBay site 14 days in advance, but with no advance notice

Document title: eBay User Agreement
Capture URL: https://web.archive.org/web/20150627120631/http://pages.ebay.com/help/policies/user-agreement.html?rt=nc
Capture timestamp (UTC): Fri, 14 Apr 2023 00:56:01 GMT                                      Page 2 of 9

INTERNET ARCHIVE
WayBackMachine
http://pages.ebay.com/help/policies/user-agreement.html?rt=nc
168 captures
28 Aug 2010 - 22 Mar 2023
Go    MAY  JUN  AUG
2014  2015  2016
About this capture


both buyers and sellers.

## Fees

The fees we charge for using our Services are listed on our Standard Selling Fees page. We may change our seller fees from time to time by posting the changes on the eBay site 14 days in advance, but with no advance notice required for temporary promotions.

You must have a payment method on file when selling on eBay and pay all fees and applicable taxes associated with our Services by the payment due date. If your payment method fails or your account is past due, we may collect fees owed by charging other payment methods on file with us, retaining collection agencies and legal counsel, and, for accounts over 180 days past due, instructing PayPal to deduct the amount owed from your PayPal account balance. In addition, you will be subject to late fees. eBay, or the collection agencies we retain, may also report information about your account to credit bureaus, and as a result, late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you wish to dispute the information eBay reported to a credit bureau (i.e., Experian, Equifax or TransUnion) please contact us at eBay Inc., C/O Global Collections, 7700 West Parmer Lane, Building D, Austin, TX 78729. If you wish to dispute the information a collection agency reported to a credit bureau regarding your eBay account, you must contact the collection agency directly.

## Listing Conditions

When listing an item, you agree to comply with rules for listing and Selling Practices policy and that:

- You are responsible for the accuracy and content of the listing and item offered.
- Your listing may not be immediately searchable by keyword or category for several hours (or up to 24 hours in some circumstances). eBay can't guarantee exact listing durations.
- Content that violates any of eBay's policies may be deleted at eBay's discretion.
- We strive to create a marketplace where buyers find what they are looking for. Therefore, the appearance or placement of listings in search and browse results will depend on a variety of factors, including, but not limited to:
  - buyer's location, search query, browsing site, and history;
  - item's location, listing format, price and shipping cost, terms of service, end time, history, and relevance to the user query;
  - seller's history, including listing practices, Detailed Seller Ratings, eBay policy compliance, Feedback, and defect rate; and
  - number of listings matching the buyer's query.
    Accordingly, to drive a positive user experience, a listing may not appear in some search and browse results regardless of the sort order chosen by the buyer.
- Some advanced listing upgrades will only be visible on certain Services.
- eBay's Duplicate Listing Policy may also affect whether your listing appears in search results.

## Purchase Conditions

When buying an item, you agree to the rules for buyers and that:

- You are responsible for reading the full item listing before making a bid or commitment to buy.
- You enter into a legally binding contract to purchase an item when you commit to buy an item or if you have the winning bid (or your bid is otherwise accepted).
- For motor vehicles and real estate, a bid or offer initiates a non-binding transaction representing a buyer's serious expression of interest in buying the seller's item and does not create a formal contract between the buyer and the seller.
- We do not transfer legal ownership of items from the seller to the buyer.
- Utah Code Annotated § 70A-2-401(2) and Uniform Commercial Code § 2-401(2) apply to the transfer of ownership between the buyer and the seller, unless the buyer and the seller agree otherwise.
- If you purchase that item on an eBay site other than eBay.com, you are subject to the User Agreement of that other eBay site with respect to that particular purchase.

## International Buying and Selling; Translation

Many of our Services are accessible to international sellers and buyers. We may offer certain programs, tools, and site experiences of particular interest to international sellers and buyers, such as estimated local currency conversion and international shipping calculation tools. Sellers and buyers are responsible for complying with all laws and regulations applicable to the international sale, purchase, and shipment of items.

You may list your items directly on one or more of eBay's international sites. Additionally, you may direct us to display your listing on eBay sites other than the original eBay listing site, including where you choose to list an item with an international shipping option (such as worldwide shipping or the Global Shipping Program): the appearance of your listings on these sites is not guaranteed. When you sell your items internationally, you agree to be subject to that other site's policies and the eBay International Selling Policy. You may restrict international buyers from purchasing your items if you explicitly exclude

Document title: eBay User Agreement
Capture URL: https://web.archive.org/web/20150627120631/http://pages.ebay.com/help/policies/user-agreement.html?rt=nc
Capture timestamp (UTC): Fri, 14 Apr 2023 00:56:01 GMT

http://pages.ebay.com/help/policies/user-agreement.html?rt=nc   Go

INTERNET ARCHIVE
WayBackMachine
168 captures
28 Aug 2010 - 22 Mar 2023

MAY   JUN   AUG
2014  2015  2016
▼ About this capture

Additionally, you may direct us to display your listing on eBay sites other than the original eBay listing site, including where you choose to list an item with an international shipping option (such as worldwide shipping or the Global Shipping Program): the appearance of your listings on these sites is not guaranteed. When you sell your items internationally, you agree to be subject to that other site's policies and the eBay International Selling Policy. You may restrict international buyers from purchasing your items if you explicitly exclude international shipping from your listings and apply an exclusion list to your listings.

If you are a seller you authorize us to use automated tools to translate your eBay content, in whole or in part, into local languages where such translation solutions are available. If you are a buyer, you may have access to tools which will enable you to translate content at your request. The accuracy and availability of any translation are not guaranteed and you should check your translated listing for accuracy.

## Content

When providing us with content or causing content to be posted using our Services, you grant us a non-exclusive, worldwide, perpetual, irrevocable, royalty-free, sublicensable (through multiple tiers) right to exercise any and all copyright, publicity, trademark and database rights and other intellectual property rights you have in the content, in any media known now or developed in the future. Further, to the fullest extent permitted under applicable law, you waive your moral rights and promise not to assert such rights or any other intellectual property or publicity rights against us, our sublicensees, or our assignees.

You represent and warrant that none of the following infringe any rights mentioned in the preceding paragraph: your provision of content to us, your causing content to be posted using the Services, and use of any such content (including of works derived from it) by us, our users, or others in contract with us that is done in connection with the Services and in compliance with this User Agreement.

We may offer catalogs including stock images, descriptions and product specifications that are provided by third-parties (including users). You may use catalog content solely in connection with your eBay listings. That permission is subject to modification or revocation at any time at eBay's sole discretion.

While we try to offer reliable data, we cannot promise that the catalogs will always be accurate and up-to-date, and you agree that you will not hold our catalog providers or us responsible for inaccuracies in the catalogs. The catalog may include copyrighted, trademarked or other proprietary materials. You agree not to remove any copyright, proprietary or identification markings included within the catalogs or create any derivative works based on catalog content (other than by including them in your listings).

## Notice for Claims of Intellectual Property Violations and Copyright Infringement Pursuant to Section 512(c) of Title 17 of the United States Code

We respond to notices of alleged copyright infringement under the United States Digital Millennium Copyright Act. eBay's Verified Rights Owner (VeRO) program works to ensure that listed items do not infringe upon the copyright, trademark or other intellectual property rights of third parties. If you believe that your intellectual property rights have been infringed, please notify our VeRO team through our VeRO program and we will investigate. Learn how to submit a notice to eBay.

## Holds

To protect eBay from risk of liability for your actions as a seller, eBay has at times recommended, and may continue to recommend, that PayPal restrict access to funds in a seller's PayPal account based on certain factors, including, but not limited to, selling history, seller performance, returns, riskiness of the listing category, transaction value, or the filing of an eBay Money Back Guarantee case. This may result in PayPal determining to restrict funds in your PayPal account.

## Authorization to Contact You; Recording Calls

You consent to receive autodialed or prerecorded calls and text messages from eBay at any telephone number that you have provided us or that we have otherwise obtained. We may place such calls and texts to: (i) notify you regarding your account; (ii) troubleshoot problems with your account; (iii) resolve a dispute; (iv) collect a debt; (v) poll your opinions through surveys or questionnaires; (vii) contact you with offers and promotions; or (vi) as otherwise necessary to service your account or enforce this User Agreement, our policies, applicable law, or any other agreement we may have with you. Standard telephone minute and text charges may apply.

eBay may share your telephone numbers with our service providers (such as PayPal, billing or collections companies) who we have contracted with to assist us in pursuing our rights or performing our obligations under this User Agreement, our policies, applicable law, or any other agreement we may have with you. You agree these service providers may also contact you using autodialed or prerecorded calls and text messages, only as authorized by us to carry out the purposes we have identified above, and not for their own purposes.

eBaymay, without further notice or warning and in its discretion, monitor or record telephone conversations you or anyone acting on your behalf has with

Document title: eBay User Agreement
Capture URL: https://web.archive.org/web/20150627120631/http:/pages.ebay.com/help/policies/user-agreement.html?rt=nc
Capture timestamp (UTC): Fri, 14 Apr 2023 00:56:01 GMT                                                      Page 4 of 9

# SA1322

INTERNET ARCHIVE
WayBackMachine
http://pages.ebay.com/help/policies/user-agreement.html?rt=nc   Go
168 captures
28 Aug 2010 - 22 Mar 2023
MAY **JUN** AUG
2014 **2015** 2016  ▼ About this capture

 

Agreement, our policies, applicable law, or any other agreement we may have with you. You agree these service providers may also contact you using autodialed or prerecorded calls and text messages, only as authorized by us to carry out the purposes we have identified above, and not for their own purposes.

eBaymay, without further notice or warning and in its discretion, monitor or record telephone conversations you or anyone acting on your behalf has with eBay or its agents for quality control and training purposes or for its own protection.

**Privacy of Others; Marketing**

If eBay provides you with information about another user you agree you will use the information only for the purposes it is provided to you. You may not disclose, sell, rent, or distribute a user's information to a third party for purposes unrelated to the Services. Additionally, you may not use information for marketing purposes, via electronic or other means, unless you obtain the consent of the specific user to do so.

## Additional Terms

- **Returns and Cancellations**
  eBay offers hassle-free returns to simplify returns for buyers and sellers. eBay may automatically apply it to listings where returns are accepted and by listing items where hassle-free returns is applied, you agree to comply with our Hassle-Free Returns policies.  With eBay hassle-free returns, sellers can manage and track the return through an automated site process.

  When an item is returned, to refund the buyer, you (as seller) authorize eBay to instruct PayPal to remove the refund amount (in same or other currency) from your PayPal account, place the amount on your invoice and/or charge your payment method on file.
  The cost of return shipping for an item that is not as described is the seller's responsibility.
  Whenever an eBay generated return shipping label is used and the seller is responsible for its cost, you (as seller) authorize eBay to place the return shipping label cost on your invoice, subject to your automatic payment method on file.
  When a transaction is cancelled, to refund the buyer, you (as seller) authorize eBay to instruct PayPal to remove the refund amount (in same or other currency) from your PayPal account. See our Cancellation Policy for more details.

- **Global Shipping Program**
  One of the ways that we may make your eBay.com listings available to international buyers on eBay.com and on eBay's International Sites is through the Global Shipping Program. For your eligible items located in the United States and purchased by an international buyer through the Global Shipping Program, you will simply ship the item to a parcel processing facility located in the United States. Pitney Bowes Inc., a third party global shipping provider, will oversee the processing, customs clearance, and international shipment of the item on behalf of your international buyer. You pay no additional fees for selling through the Global Shipping Program.

  Pursuant to a routed export transaction under the U.S. Export Administration Regulations and Foreign Trade Regulations, your buyer, as the Foreign Principal Party in Interest, will agree to assume responsibility for the export shipment, with Pitney Bowes Inc. acting as your buyer's forwarding agent. You remain liable for the accuracy of information you provide about items, and you agree to provide timely responses to requests for additional information.

  You consent to the disclosure of certain personally identifiable information, as well as listing and order information, by eBay to Pitney Bowes Inc., and by Pitney Bowes Inc. to its affiliates, service providers, and other third parties (such as customs and revenue authorities, as well as other government agencies), in connection with the processing, export and customs clearance, and international transportation of any item.  eBay does not control the privacy policies of Pitney Bowes Inc., its affiliates, or its service providers, and you are subject to the privacy policies of those parties, as applicable.

  You may prevent your listings from being made available to international buyers through the program by adjusting your account settings within My eBay.  Additional information about the program, including policies governing feedback, the handling of lost, damaged, and undeliverable items, returns, and the resolution of buyer protection claims for items that you sell through the program, can be found on the Global Shipping Program Seller Policies and Frequently Asked Questions page.

- **eBay Money Back Guarantee**
  Most eBay sales go smoothly, but if there's a problem with a purchase, the eBay Money Back Guarantee helps buyers and sellers communicate and resolve issues. Buyers and sellers agree to comply with the policy and permit us to make a final decision on any eBay Money Back Guarantee case.

  If you (as seller), choose to reimburse a buyer, or are required to reimburse a buyer or eBay under the eBay Money Back Guarantee, you authorize eBay to instruct PayPal remove the reimbursement amount (in same or other currency) from your PayPal account, place the amount on the your invoice and/or charge your payment method on file. The cost of return shipping for an item that is not as described is the seller's responsibility and if an eBay generated return shipping label is used, you (as seller) authorize eBay to place the return shipping label cost on your invoice, subject to your

Document title: eBay User Agreement
Capture URL: https://web.archive.org/web/20150627120631/http://pages.ebay.com/help/policies/user-agreement.html?rt=nc
Capture timestamp (UTC): Fri, 14 Apr 2023 00:56:01 GMT

http://pages.ebay.com/help/policies/user-agreement.html?rt=nc

INTERNET ARCHIVE
WayBackMachine
168 captures
28 Aug 2010 - 22 Mar 2023

a buyer or eBay under the eBay Money Back Guarantee, you authorize eBay to instruct PayPal remove the reimbursement amount (in same or other currency) from your PayPal account, place the amount on the your invoice and/or charge your payment method on file. The cost of return shipping for an item that is not as described is the seller's responsibility and if an eBay generated return shipping label is used, you (as seller) authorize eBay to place the return shipping label cost on your invoice, subject to your automatic payment method on file. If we cannot get reimbursement from you, we may collect the outstanding sums using other collection mechanisms, including retaining collection agencies.

We may suspend the eBay Money Back Guarantee in whole or in part without notice if we suspect abuse or interference with the proper working of the policy.

## Disclaimer of Warranties; Limitation of Liability

We try to keep our Services safe, secure, and functioning properly, but we cannot guarantee the continuous operation of or access to our Services. Bid update and other notification functionality in eBay's applications may not occur in real time. Such functionality is subject to delays beyond eBay's control.

You agree that you are making use of our Services at your own risk, and that they are being provided to you on an "AS IS" and "AS AVAILABLE" basis. Accordingly, to the extent permitted by applicable law, we exclude all express or implied warranties, terms and conditions including, but not limited to, implied warranties of merchantability, fitness for a particular purpose, and non-infringement.

In addition, to the extent permitted by applicable law, we (including our parent, subsidiaries, and affiliates, and our and their officers, directors, agents and employees) are not liable, and you agree not to hold us responsible, for any damages or losses (including, but not limited to, loss of money, goodwill or reputation, profits, or other intangible losses or any special, indirect, or consequential damages) resulting directly or indirectly from:

- your use of or your inability to use our Services;
- pricing, shipping or other guidance provided by eBay;
- delays or disruptions in our Services;
- viruses or other malicious software obtained by accessing, or linking to, our Services;
- glitches, bugs, errors, or inaccuracies of any kind in our Services;
- damage to your hardware device from the use of any eBay Service;
- the content, actions, or inactions of third parties, including items listed using our Services or the destruction of allegedly fake items;
- a suspension or other action taken with respect to your account or breach of the Abusing eBay Section above;
- the duration or manner in which your listings appear in search results as set out in the Listing Conditions Section above; or
- your need to modify practices, content, or behavior or your loss of or inability to do business, as a result of changes to this User Agreement or our policies.

Some jurisdictions do not allow the disclaimer of warranties or exclusion of damages, so such disclaimers and exclusions may not apply to you.

Regardless of the previous paragraphs, if we are found to be liable, our liability to you or to any third party is limited to the greater of (a) any amounts due under the eBay Money Back Guarantee up to the price the item sold for on eBay (including any applicable sales tax) and its original shipping costs, (b) the amount of fees in dispute not to exceed the total fees, which you paid to us in the 12 months prior to the action giving rise to the liability, or (c) $100.

## Release

If you have a dispute with one or more users, you release us (and our affiliates and subsidiaries, and our and their respective officers, directors, employees and agents) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, arising out of or in any way connected with such disputes. In entering into this release you expressly waive any protections (whether statutory or otherwise) that would otherwise limit the coverage of this release to include only those claims which you may know or suspect to exist in your favor at the time of agreeing to this release.

## Indemnity

You will indemnify and hold us (and our affiliates and subsidiaries, and our and their respective officers, directors, employees, agents) harmless from any claim or demand, including reasonable legal fees, made by any third party due to or arising out of your breach this Agreement, your improper use of eBay's Services or your breach of any law or the rights of a third party.

## Legal Disputes

PLEASE READ THIS SECTION CAREFULLY. IT AFFECTS YOUR RIGHTS AND WILL HAVE A SUBSTANTIAL IMPACT ON HOW CLAIMS YOU AND EBAY HAVE AGAINST EACH OTHER ARE RESOLVED.

You and eBay agree that any claim or dispute at law or equity that has arisen or may arise between us relating in any way to or arising out of this or previous versions of the eBay User Agreement, your use of or

Document title: eBay User Agreement
Capture URL: https://web.archive.org/web/20150627120631/http:/pages.ebay.com/help/policies/user-agreement.html?rt=nc
Capture timestamp (UTC): Fri, 14 Apr 2023 00:56:01 GMT

Page 6 of 9

INTERNET ARCHIVE
WayBackMachine
168 captures
28 Aug 2010 - 22 Mar 2023

http://pages.ebay.com/help/policies/user-agreement.html?rt=nc     Go     MAY  JUN  AUG

Case 1:18-cv-00993-LTS-SLC     Document 425-7     Filed 04/17/23     Page 22 of 427

2014  2015  2016  ▼ About this capture




PLEASE READ THIS SECTION CAREFULLY. IT AFFECTS YOUR RIGHTS AND WILL HAVE A SUBSTANTIAL IMPACT ON HOW CLAIMS YOU AND EBAY HAVE AGAINST EACH OTHER ARE RESOLVED.

You and eBay agree that any claim or dispute at law or equity that has arisen or may arise between us relating in any way to or arising out of this or previous versions of the eBay User Agreement your use of or access to the Services, or any products or services sold or purchased through the Services will be resolved in accordance with the provisions set forth in this Legal Disputes Section.

A. Applicable Law

You agree that, except to the extent inconsistent with or preempted by federal law, the laws of the State of Utah, without regard to principles of conflict of laws, will govern the User Agreement and any claim or dispute that has arisen or may arise between you and eBay, except as otherwise stated in the User Agreement.

B. Agreement to Arbitrate

You and eBay each agree that any and all disputes or claims that have arisen or may arise between you and eBay relating in any way to or arising out of this or previous versions of the User Agreement, your use of or access to eBay's Services, or any products or services sold, offered, or purchased through eBay's Services shall be resolved exclusively through final and binding arbitration, rather than in court. Alternatively, you may assert your claims in small claims court, if your claims qualify and so long as the matter remains in such court and advances only on an individual (non-class, non-representative) basis. The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate.

1. Prohibition of Class and Representative Actions and Non-Individualized Relief
YOU AND EBAY AGREE THAT EACH OF US MAY BRING CLAIMS AGAINST THE OTHER ONLY ON AN INDIVIDUAL BASIS AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE ACTION OR PROCEEDING. UNLESS BOTH YOU AND EBAY AGREE OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE OR JOIN MORE THAN ONE PERSON'S OR PARTY'S CLAIMS, AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A CONSOLIDATED, REPRESENTATIVE, OR CLASS PROCEEDING. ALSO, THE ARBITRATOR MAY AWARD RELIEF (INCLUDING MONETARY, INJUNCTIVE, AND DECLARATORY RELIEF) ONLY IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF NECESSITATED BY THAT PARTY'S INDIVIDUAL CLAIM(S). ANY RELIEF AWARDED CANNOT AFFECT OTHER USERS.

2. Arbitration Procedures
Arbitration is more informal than a lawsuit in court. Arbitration uses a neutral arbitrator instead of a judge or jury, and court review of an arbitration award is very limited. However, an arbitrator can award the same damages and relief on an individual basis that a court can award to an individual. An arbitrator should apply the terms of the User Agreement as a court would. All issues are for the arbitrator to decide, except that issues relating to arbitrability, the scope or enforceability of this Agreement to Arbitrate, or the interpretation of Section 1 of this Agreement to Arbitrate ("Prohibition of Class and Representative Actions and Non-Individualized Relief"), shall be for a court of competent jurisdiction to decide.

The arbitration will be conducted by the American Arbitration Association ("AAA") under its rules and procedures, including the AAA's Consumer Arbitration Rules (as applicable), as modified by this Agreement to Arbitrate. The AAA's rules are available at www.adr.org or by calling the AAA at 1-800-778-7879. The use of the word "arbitrator" in this provision shall not be construed to prohibit more than one arbitrator from presiding over an arbitration: rather, the AAA's rules will govern the number of arbitrators that may preside over an arbitration conducted under this Agreement to Arbitrate.

A party who intends to seek arbitration must first send to the other, by certified mail, a completed form Notice of Dispute ("Notice"). You may download a form Notice here. The Notice to eBay should be sent to eBay Inc., Attn: Litigation Department, Re: Notice of Dispute, 583 W. eBay Way, Draper, UT 84020. eBay will send any Notice to you to the physical address we have on file associated with your eBay account; it is your responsibility to keep your physical address up to date. All information called for in the Notice must be provided, including a description of the nature and basis of the claims the party is asserting and the relief sought.

If you and eBay are unable to resolve the claims described in the Notice within 30 days after the Notice is sent, you or eBay may initiate arbitration proceedings. A form for initiating arbitration proceedings is available on the AAA's site at www.adr.org. In addition to filing this form with the AAA in accordance with its rules and procedures, the party initiating the arbitration must mail a copy of the completed form to the opposing party. You may send a copy to eBay at the following address: eBay, Inc. c/o National Registered Agents, Inc., 2778 W. Shady Bend Lane, Lehi, UT 84043. In the event eBay initiates an arbitration against you, it will send a copy of the completed form to the physical address we have on file associated with your eBay account. Any settlement offer made by you or eBay shall not be disclosed to the arbitrator.

The arbitration hearing shall be held in the county in which you reside or at another mutually agreed location. If the value of the relief sought is

Document title: eBay User Agreement
Capture URL: https://web.archive.org/web/20150627120631/http://pages.ebay.com/help/policies/user-agreement.html?rt=nc
Capture timestamp (UTC): Fri, 14 Apr 2023 00:56:01 GMT

Page 7 of 9

84043. In the event eBay initiates an arbitration against you, it will send a copy of the completed form to the physical address we have on file associated with your eBay account. Any settlement offer made by you or eBay shall not be disclosed to the arbitrator.

The arbitration hearing shall be held in the county in which you reside or at another mutually agreed location. If the value of the relief sought is $10,000 or less, you or eBay may elect to have the arbitration conducted by telephone or based solely on written submissions, which election shall be binding on you and eBay subject to the arbitrator's discretion to require an in-person hearing, if the circumstances warrant. In cases where an in-person hearing is held, you and/or eBay may attend by telephone, unless the arbitrator requires otherwise.

The arbitrator will decide the substance of all claims in accordance with applicable law, including recognized principles of equity, and will honor all claims of privilege recognized by law. The arbitrator shall not be bound by rulings in prior arbitrations involving different users, but is bound by rulings in prior arbitrations involving the same eBay user to the extent required by applicable law. The arbitrator's award shall be final and binding and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof.

3. Costs of Arbitration

Payment of all filing, administration and arbitrator fees will be governed by the AAA's rules, unless otherwise stated in this Agreement to Arbitrate. If the value of the relief sought is $10,000 or less, at your request, eBay will pay all filing, administration, and arbitrator fees associated with the arbitration. Any request for payment of fees by eBay should be submitted by mail to the AAA along with your Demand for Arbitration and eBay will make arrangements to pay all necessary fees directly to the AAA. In the event the arbitrator determines the claim(s) you assert in the arbitration to be frivolous, you agree to reimburse eBay for all fees associated with the arbitration paid by eBay on your behalf that you otherwise would be obligated to pay under the AAA's rules.

4. Severability

With the exception of any of the provisions in Section 1 of this Agreement to Arbitrate ("Prohibition of Class and Representative Actions and Non-Individualized Relief"), if an arbitrator or court decides that any part of this Agreement to Arbitrate is invalid or unenforceable, the other parts of this Agreement to Arbitrate shall still apply. If an arbitrator or court decides that any of the provisions in Section 1 of this Agreement to Arbitrate ("Prohibition of Class and Representative Actions and Non-Individualized Relief") is invalid or unenforceable, then the entirety of this Agreement to Arbitrate shall be null and void. The remainder of the Agreement and its Legal Disputes Section will continue to apply.

5. Opt-Out Procedure

IF YOU ARE A NEW EBAY USER, YOU CAN CHOOSE TO REJECT THIS AGREEMENT TO ARBITRATE ("OPT-OUT") BY MAILING US A WRITTEN OPT-OUT NOTICE ("OPT-OUT NOTICE"). THE OPT-OUT NOTICE MUST BE POSTMARKED NO LATER THAN 30 DAYS AFTER THE DATE YOU ACCEPT THE USER AGREEMENT FOR THE FIRST TIME. YOU MUST MAIL THE OPT-OUT NOTICE TO EBAY INC., ATTN: LITIGATION DEPARTMENT, RE: OPT-OUT NOTICE, 583 WEST EBAY WAY, DRAPER, UT 84020.

For your convenience, we are providing an Opt-Out Notice form you must complete and mail to opt out of the Agreement to Arbitrate. You must complete the Opt Out Notice form by providing the information called for in the form, including your name, address (including street address, city, state and zip code), and the user ID(s) and email address(es) associated with the eBay account(s) to which the opt-out applies. You must sign the Opt-Out Notice for it to be effective. This procedure is the only way you can opt-out of the Agreement to Arbitrate. If you opt-out of the Agreement to Arbitrate, all other parts of the Agreement and its Legal Disputes Section will continue to apply to you. Opting out of this Agreement to Arbitrate has no effect on any previous, other, or future arbitration agreements that you may have with us.

6. Future Amendments to the Agreement to Arbitrate

Notwithstanding any provision in the User Agreement to the contrary, you and we agree that if we make any amendment to this Agreement to Arbitrate (other than an amendment to any notice address or site link provided herein) in the future, that amendment shall not apply to any claim that was filed in a legal proceeding against eBay prior to the effective date of the amendment. The amendment shall apply to all other disputes or claims governed by the Agreement to Arbitrate that have arisen or may arise between you and eBay. We will notify you of amendments to this Agreement to Arbitrate by posting the amended terms on www.eBay.com at least 30 days before the effective date of the amendments and by providing notice through the eBay Message Center and/or by email. If you do not agree to these amended terms, you may close your account within the 30 day period and you will not be bound by the amended terms.

C. Judicial Forum for Legal Disputes

Unless you and we agree otherwise, in the event that the Agreement to Arbitrate above is found not to apply to you or to a particular claim or dispute, either as a result of your decision to opt-out of the Agreement to Arbitrate or as a result of a decision by the arbitrator or a court order, you agree that any claim or dispute that has arisen or may arise between you and eBay must be resolved exclusively by a state or federal court located in Salt Lake County, Utah. You and eBay agree to submit to the personal jurisdiction of the courts located within Salt Lake County, Utah for the purpose of litigating all such claims or disputes.

Document title: eBay User Agreement

Capture URL: https://web.archive.org/web/20150627120631/http://pages.ebay.com/help/policies/user-agreement.html?rt=nc

Capture timestamp (UTC): Fri, 14 Apr 2023 00:56:01 GMT

Page 8 of 9




Unless you and we agree otherwise, in the event that the Agreement to Arbitrate above is found not to apply to you or to a particular claim or dispute, either as a result of your decision to opt-out of the Agreement to Arbitrate or as a result of a decision by the arbitrator or a court order, you agree that any claim or dispute that has arisen or may arise between you and eBay must be resolved exclusively by a state or federal court located in Salt Lake County, Utah. You and eBay agree to submit to the personal jurisdiction of the courts located within Salt Lake County, Utah for the purpose of litigating all such claims or disputes.

### General

eBay Inc. is located at 2065 Hamilton Ave., San Jose, CA 95125. eBay Inc.'s North American Customer Service Operations Center is located at 583 West eBay Way, Draper, UT 84020. eBay Europe S.à r.l. is located at 22-24 Boulevard Royal, L-2449 Luxembourg. eBay International AG is located at Helvetiastrasse 15/17, 3005, Bern, Switzerland. eBay India Private Limited is located at 14th Floor, North Block, R-Tech Park, Western Express Highway, Goregaon (East), Mumbai 400063, Maharashtra (India).

Except as otherwise provided in this Agreement, if any provision of this User Agreement is held to be invalid, void or for any reason unenforceable, such provision shall be struck out and shall not affect the validity and enforceability of the remaining provisions.  In our sole discretion, we may assign this User Agreement, by providing notice of such assignment in accordance with the Notices Section.

Headings are for reference purposes only and do not limit the scope or extent of such Section. Our failure to act with respect to a breach by you or others does not waive our right to act with respect to subsequent or similar breaches. We do not guarantee we will take action against all breaches of this User Agreement.

We may amend this User Agreement at any time by posting the amended terms on www.eBay.com. Our right to amend the User Agreement includes the right to modify, add to, or remove terms in the User Agreement. We will provide you 30 days' notice by posting the amended terms. Additionally, we will notify you through the eBay Message Center and/or by email. Your continued access or use of our Services constitutes your acceptance of the amended terms. We may also ask you to acknowledge your acceptance of the User Agreement through an electronic click-through. This User Agreement may not otherwise be amended except through mutual agreement by you and an eBay representative who intends to amend this User Agreement and is duly authorized to agree to such an amendment.

The policies posted on our sites may be changed from time to time. Changes take effect when we post them on the eBay site.

If you create or use an account on behalf of a business entity, you represent that you are authorized to act on behalf of such business and bind the business to this User Agreement. Such account is owned and controlled by the business entity. No agency, partnership, joint venture, employee-employer or franchiser-franchisee relationship is intended or created by this User Agreement.

The User Agreement, the User Privacy Notice, and all polices set forth the entire understanding and agreement between you and eBay and supersede all prior understandings and agreements of the parties.

The following Sections survive any termination of this User Agreement: Fees, Content, Disclaimer of Warranties; Limitation of Liability; Indemnity, and Legal Disputes.

If you are a California resident, in accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at 400 R Street, Sacramento, CA 95814, or by telephone at (800) 952-5210.

Pursuant to 815 ILCS 414/1.5(c), for transactions involving tickets to events in Illinois, buyers and sellers may elect to submit complaints against one another to the American Arbitration Association ("AAA") under its rules and procedures. The AAA's rules are available at www.adr.org.  Such complaints shall be decided by an independent arbitrator in accordance with this User Agreement. Buyers and sellers further agree to submit to the jurisdiction of the State of Illinois for complaints involving a ticketed event held in Illinois.

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Information Center    Policies    Affiliates    Help & Contact
Site Map

 MONEY BACK GUARANTEE
Get the item you ordered or your money back on virtually all items    Learn more ▶

Copyright © 1995-2015 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.

**SA1327**

**🔒 PageVault**

| | |
|---|---|
| Document title: | eBay User Agreement |
| Capture URL: | https://web.archive.org/web/20150420185349/http:/pages.ebay.com/help/policies/user-agreement.html?rt=nc |
| Page loaded at (UTC): | Fri, 14 Apr 2023 00:56:52 GMT |
| Capture timestamp (UTC): | Fri, 14 Apr 2023 00:57:32 GMT |
| Capture tool: | 10.20.23 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 11 |
| Capture ID: | erSProXpLwRvNx6Kp6FeJr |
| User: | wemed-emann |

PDF REFERENCE #:    irdR2ppr6G1Nxb5xBvCsj7

# SA1328



## Help

### Browse help

- Searching & researching
- Bidding & buying
- Selling & seller fees
- Payment & shipping
- Feedback
- Membership & account

eBay glossary
eBay acronyms
A-Z index

**Search the help pages**
(Does not search for items or products)

Example: 'payment methods'    [Search]    Tips

### eBay User Agreement

Revised on August 12, 2014.

**In this article**

- Introduction
- About eBay
- Using eBay
- Policy Enforcement
- Fees
- Listing Conditions
- Purchase Conditions
- International Buying and Selling; Translation
- Content
- Notice for Claims of Intellectual Property Violations and Copyright Infringement Pursuant to Section 512(c) of Title 17 of the United States Code
- Holds
- Authorization to Contact You; Recording Calls
- Additional Terms
  - Returns
  - Global Shipping Program
  - eBay Money Back Guarantee
- Disclaimer of Warranties; Limitation of Liability
- Release
- Indemnity
- Legal Disputes
- General

**Contact us**

Have a question? We can help.

[Contact us]

**Ask eBay members**

Get help from other eBay members. Visit the Answer Center to post a question.

**Related help topics**

- User Privacy Notice

### Introduction

This User Agreement, the User Privacy Notice, the Mobile Devices Terms and all policies posted on our sites set out the terms on which eBay offers you access to and use of our sites, services, applications and tools (collectively "Services"). You can find an overview of our policies here. All policies, the Mobile Devices Terms. and the User Privacy Notice are incorporated into this User Agreement. You agree to comply with all the above when accessing or using our Services.

The entity you are contracting with is eBay Inc., 2145 Hamilton Ave., San Jose, CA 95125 if you reside in the United States. It is eBay Europe S.à r.l., 22-24 Boulevard Royal, L-2449 Luxembourg if you reside in the European Union; eBay India Private Limited, 14th Floor, North Block, R-Tech Park, Western Express Highway, Goregaon (East), Mumbai 400063, Maharashtra if you reside in India; and eBay International AG, Helvetiastrasse 15/17, 3005, Bern, Switzerland if you reside in any other country.

Please be advised that this User Agreement contains provisions that govern how claims you and we have against each other are resolved (see Disclaimer of Warranties; Limitation of Liability and Legal Disputes provisions below). It also contains an Agreement to Arbitrate, which will, with limited exception, require you to submit claims you have against us to binding and final arbitration, unless you opt-out of the Agreement to Arbitrate (see Legal Disputes, Section B ("Agreement to Arbitrate")). Unless you opt-out: (1) you will only be permitted to pursue claims against us on an individual basis, not as a plaintiff or class member in any class or representative action or proceeding and (2) you will only be permitted to seek relief (including monetary, injunctive, and declaratory relief) on an individual basis.

### About eBay

eBay is a marketplace that allows users to offer, sell and buy just about anything in a variety of pricing formats and locations. The actual contract for sale is directly between the sellers and buyers. eBay is not a traditional auctioneer.

While we may provide pricing, shipping, listing, and other guidance in our Services, such guidance is solely informational and you may decide to follow it or not. Also, while we may help facilitate the resolution of disputes through various programs, eBay has no control over and does not guarantee the

## SA1329

http://pages.ebay.com/help/policies/user-agreement.html?rt=nc



sale is directly between the sellers and buyers. eBay is not a traditional auctioneer.

While we may provide pricing, shipping, listing, and other guidance in our Services, such guidance is solely informational and you may decide to follow it or not. Also, while we may help facilitate the resolution of disputes through various programs, eBay has no control over and does not guarantee the existence, quality, safety or legality of items advertised; the truth or accuracy of users' content or listings; the ability of sellers to sell items; the ability of buyers to pay for items; or that a buyer or seller will actually complete a transaction or return an item.

## Using eBay

In connection with using or accessing the Services you will not:

- post, list or upload content or items in inappropriate categories or areas on our sites;
- breach or circumvent any laws, third party rights or our systems, policies, or determinations of your account status;
- use our Services if you are not able to form legally binding contracts (for example if you are under 18), or are temporarily or indefinitely suspended from using our sites, services, applications or tools;
- fail to pay for items purchased by you, unless you have a valid reason as set out in an eBay policy, for example, the seller has materially changed the item's description after you bid, a clear typographical error is made, or you cannot contact the seller (see our Unpaid item policy);
- fail to deliver items sold by you, unless you have a valid reason as set out in an eBay policy, for example, the buyer fails to follow the posted terms or you cannot contact the buyer;
- manipulate the price of any item or interfere with any other user's listings;
- post false, inaccurate, misleading, defamatory, or libelous content;
- take any action that may undermine the feedback or ratings systems (see about our Feedback policies);
- transfer your eBay account (including Feedback) and user ID to another party without our consent;
- distribute or post spam, unsolicited or bulk electronic communications, chain letters, or pyramid schemes;
- distribute viruses or any other technologies that may harm eBay, or the interests or property of users;
- use any robot, spider, scraper or other automated means to access our Services for any purpose;
- bypass our robot exclusion headers, interfere with the working of our Services, or impose an unreasonable or disproportionately large load on our infrastructure;
- export or re-export any eBay application or tool except in compliance with the export control laws of any relevant jurisdictions and in accordance with posted rules and restrictions;
- reproduce, perform, display, distribute, reverse engineer, or prepare derivative works from content that belongs to or is licensed to eBay, or that comes from the Services and belongs to another eBay user or to a third party including works covered by any copyrights, trademark, patent, or other intellectual property right, except with prior express permission of eBay and/or any other party holding the right to license such use;
- commercialize any eBay application or any information or software associated with such application;
- harvest or otherwise collect information about users without their consent; or
- circumvent any technical measures we use to provide the Services.

If we believe or discover that you are abusing eBay in any of the ways mentioned above or otherwise, we may, in our sole discretion, take any steps to prevent and mitigate such abuse such as limiting, suspending, or terminating your user account(s) and access to our Services, delaying or removing hosted content, removing any special status associated with your account(s), reducing or eliminating any discounts, and taking technical and/or legal steps to prevent you from using our Services.

We may cancel unconfirmed accounts or accounts that have been inactive for a long time or modify or discontinue our Services. Additionally, we reserve the right to refuse or terminate our Services to anyone for any reason at our discretion.

## Policy Enforcement

When a buyer or seller issue arises we may consider the user's performance history and the specific circumstances in applying our policies. We may choose to be more lenient with policy enforcement in an effort to do the right thing for both buyers and sellers.

## Fees

The fees we charge for using our Services are listed on our Standard Selling Fees page. We may change our seller fees from time to time by posting the changes on the eBay site 14 days in advance, but with no advance notice required for temporary promotions.

You must have a payment method on file when selling on eBay, or put one on file before you next sell, and pay all fees and applicable taxes associated with our Services by the payment due date. If your payment method fails or your account is past due, we may collect fees owed using other collection

Document title: eBay User Agreement
Capture URL: https://web.archive.org/web/20150420185349/http:/pages.ebay.com/help/policies/user-agreement.html?rt=nc
Capture timestamp (UTC): Fri, 14 Apr 2023 00:57:32 GMT

INTERNET ARCHIVE
http://pages.ebay.com/help/policies/user-agreement.html?rt=nc    Go    MAR   APR   MAY
WayBackMachine   168 captures   28 Aug 2010 - 22 Mar 2023   2014   2015   2016   About this capture




changes on the eBay site 14 days in advance, but with no advance notice required for temporary promotions.

You must have a payment method on file when selling on eBay, or put one on file before you next sell, and pay all fees and applicable taxes associated with our Services by the payment due date. If your payment method fails or your account is past due, we may collect fees owed using other collection mechanisms. (This includes charging other payment methods on file with us, retaining collection agencies and legal counsel, and, for accounts over 180 days past due, deducting the amount owed from your PayPal account balance.) In addition, you will be subject to late fees. eBay, or the collection agencies we retain, may also report information about your account to credit bureaus, and as a result, late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you wish to dispute the information eBay reported to a credit bureau (i.e., Experian, Equifax or TransUnion) please contact us at eBay Inc., C/O Global Collections, 2211 North First Street, San Jose, CA 95131. If you wish to dispute the information a collection agency reported to a credit bureau regarding your eBay account, you must contact the collection agency directly.

## Listing Conditions

When listing an item, you agree to comply with rules for listing and Selling Practices policy and that:

- You are responsible for the accuracy and content of the listing and item offered.
- Your listing may not be immediately searchable by keyword or category for several hours (or up to 24 hours in some circumstances). eBay can't guarantee exact listing durations.
- Content that violates any of eBay's policies may be deleted at eBay's discretion.
- We strive to create a marketplace where buyers find what they are looking for. Therefore, the appearance or placement of listings in search and browse results will depend on a variety of factors, including, but not limited to:
  - buyer's location, search query, browsing site, and history;
  - item's location, listing format, price and shipping cost, terms of service, end time, history, and relevance to the user query;
  - seller's history, Detailed Seller Ratings, Feedback, and defect rate; and
  - number of listings matching the buyer's query.
    Accordingly, to drive a positive user experience, a listing may not appear in some search and browse results regardless of the sort order chosen by the buyer.
- Some advanced listing upgrades will only be visible on certain Services.
- eBay's Duplicate Listing Policy may also affect whether your listing appears in search results.

## Purchase Conditions

When buying an item, you agree to the rules for buyers and that:

- You are responsible for reading the full item listing before making a bid or commitment to buy.
- You enter into a legally binding contract to purchase an item when you commit to buy an item or if you have the winning bid (or your bid is otherwise accepted).
- For motor vehicles and real estate, a bid or offer initiates a non-binding transaction representing a buyer's serious expression of interest in buying the seller's item and does not create a formal contract between the buyer and the seller.
- We do not transfer legal ownership of items from the seller to the buyer.
- Utah Code Annotated § 70A-2-401(2) and Uniform Commercial Code § 2-401(2) apply to the transfer of ownership between the buyer and the seller, unless the buyer and the seller agree otherwise.
- If you purchase that item on an eBay site other than eBay.com, you are subject to the User Agreement of that other eBay site with respect to that particular purchase.

## International Buying and Selling; Translation

Many of our Services are accessible to international sellers and buyers. We may offer certain programs, tools, and site experiences of particular interest to international sellers and buyers, such as estimated local currency conversion and international shipping calculation tools. Sellers and buyers are responsible for complying with all laws and regulations applicable to the international sale, purchase, and shipment of items.

You may list your items directly on one or more of eBay's international sites. Additionally, you may direct us to display your listing on eBay sites other than the original eBay listing site, including where you choose to list an item with an international shipping option (such as worldwide shipping or the Global Shipping Program), but acknowledge that the appearance of your listings on these sites is not guaranteed. You may restrict international buyers from purchasing your items if you explicitly exclude international shipping from your listings and apply an exclusion list to your listings. If your item is sold to a buyer on an eBay site other than your eBay site of registration, you agree to be subject to that other site's policies and eBay's International Selling Policy.

To assist users who may speak different languages, whenever automated translation solutions are available, you direct us to use automated tools to translate your eBay content (including your listings), in whole or in part, into

http://pages.ebay.com/help/policies/user-agreement.html?rt=nc

INTERNET ARCHIVE
WayBack Machine

168 captures
28 Aug 2010 - 22 Mar 2023

Go    MAR  APR  MAY
         2014 2015 2016  ▼ About this capture

listings and apply an exclusion list to your listings. If your item is sold to a buyer on an eBay site other than your eBay site of registration, you agree to be subject to that other site's policies and eBay's International Selling Policy.

To assist users who may speak different languages, whenever automated translation solutions are available, you direct us to use automated tools to translate your eBay content (including your listings), in whole or in part, into local languages and, when using an eBay site as a buyer, to provide you with access to translated content. As a buyer, you may also have access to tools which will enable you to translate content as requested. The accuracy or availability of translations is not guaranteed.

## Content

When providing us with content or causing content to be posted using our Services, you grant us a non-exclusive, worldwide, perpetual, irrevocable, royalty-free, sublicensable (through multiple tiers) right to exercise any and all copyright, publicity, trademarks, database rights and other intellectual property rights you have in the content, in any media known now or developed in the future. Further, to the fullest extent permitted under applicable law, you waive your moral rights and promise not to assert such rights or any other intellectual property or publicity rights against us, our sublicensees, or our assignees.

You represent and warrant that none of the following infringe any rights mentioned in the preceding paragraph: your provision of content to us, your causing content to be posted using the Services, and use of any such content (including of works derived from it) by us, our users, or others in contract with us that is done in connection with the Services and in compliance with this User Agreement.

We may offer catalogs including stock images, descriptions and product specifications that are provided by third-parties (including users). You may use catalog content solely in connection with your eBay listings. That permission is subject to modification or revocation at any time at eBay's sole discretion.

While we try to offer reliable data, we cannot promise that the catalogs will always be accurate and up-to-date, and you agree that you will not hold our catalog providers or us responsible for inaccuracies in the catalogs. The catalog may include copyrighted, trademarked or other proprietary materials. You agree not to remove any copyright, proprietary or identification markings included within the catalogs or create any derivative works based on catalog content (other than by including them in your listings).

## Notice for Claims of Intellectual Property Violations and Copyright Infringement Pursuant to Section 512(c) of Title 17 of the United States Code

We respond to notices of alleged copyright infringement as required by the United States Digital Millennium Copyright Act. eBay's Verified Rights Owner (VeRO) program works to ensure that listed items do not infringe upon the copyright, trademark or other intellectual property rights of third parties. If you believe that your intellectual property rights have been infringed, please notify our VeRO team through our Verified Rights Owner (VeRO) Program and we will investigate. Learn how to submit a notice to eBay.

## Holds

To protect against the risk of liability, eBay has at times requested, and may continue to request, that PayPal restrict access to funds in a seller's PayPal account based on certain factors, including, but not limited to, selling history, seller performance, riskiness of the listing category, or the filing of an eBay Money Back Guarantee case. This may result in PayPal determining to restrict funds in your PayPal account in order to manage PayPal's risk exposure pursuant to PayPal policies.

## Authorization to Contact You; Recording Calls

You agree to receive calls, including autodialed and/or pre-recorded message calls, from eBay at any of the telephone numbers (including mobile telephone numbers) that we have collected for you as authorized and described in our User Privacy Notice, including telephone numbers you have provided us, or that we have obtained from third parties or collected by our own efforts. If the telephone number that we have collected is a mobile telephone number, you consent to receive SMS or other text messages at that number. Standard telephone minute and text charges may apply if we contact you at a mobile number or device. You agree we may contact you in the manner described above at the telephone numbers we have in our records for these purposes:

- To contact you for reasons relating to your account or your use of our Services (such as to collect a debt, resolve a dispute, or to otherwise enforce our User Agreement) or as authorized by applicable law
- To contact you for marketing, promotional, or other reasons that you have either previously consented to or that you may be asked to consent to in the future. If you do not wish to receive such communications, you can opt-out in the communications preference section of your My eBay.

We may share your telephone numbers with our service providers (such as billing or collections companies) who we have contracted with to assist us in pursuing our rights or performing our obligations under the User Agreement, our policies, or any other agreement we may have with you. These service providers may also contact you using autodialed or prerecorded messages calls and/or SMS or other text messages, only as authorized by us to carry out the purposes we have identified above, and not for their own purposes.

Document title: eBay User Agreement
Capture URL: https://web.archive.org/web/20150420185349/http:/pages.ebay.com/help/policies/user-agreement.html?rt=nc
Capture timestamp (UTC): Fri, 14 Apr 2023 00:57:32 GMT

Page 4 of 10

SA1332

INTERNET ARCHIVE WayBackMachine  http://pages.ebay.com/help/policies/user-agreement.html?rt=nc  Go  MAR APR MAY
168 captures  28 Aug 2010 - 22 Mar 2023  2014 2015 2016  About this capture

billing or collections companies) who we have contracted with to assist us in pursuing our rights or performing our obligations under the User Agreement, our policies, or any other agreement we may have with you. These service providers may also contact you using autodialed or prerecorded messages calls and/or SMS or other text messages, only as authorized by us to carry out the purposes we have identified above, and not for their own purposes.

We will not share your telephone number with non-affiliated third parties for their purposes without your explicit consent, but may share your telephone numbers with members of the eBay corporate family and/or our affiliates, for their use, as authorized under our User Privacy Notice. Members of the eBay corporate family and/or our affiliates will only contact you using autodialed or prerecorded message calls and/or SMS or other text messages, if you have requested their services. For more information on the eBay corporate family, please visit http://www.ebayprivacycenter.com/about-us/corporate-family.

eBay may, without further notice or warning and in its discretion, monitor or record telephone conversations you or anyone acting on your behalf has with eBay or its agents for quality control and training purposes or for its own protection. You acknowledge and understand that, while your communications with eBay may be overheard, monitored, or recorded without further notice or warning, not all telephone lines or calls may be recorded by eBay, and eBay does not guarantee that recordings of any particular telephone calls will be retained or retrievable.

## Additional Terms

- **Returns**
  eBay offers hasle-free returns to simplify returns for buyers and sellers. eBay may automatically apply it to listings where returns are accepted. With eBay hassle-free returns, sellers can manage and track the return through an automated process on the site.The cost of return shipping for an item that is not as described is the seller's responsiblity. If eBay hassle-free returns are applied to your listings, you authorize eBay to remove the refund amount from your PayPal account, place the amount on your invoice and/or charge your payment method on file. You also authorize eBay to place the return shipping label costs on your invoice, subject to your automatic payment method on file. See Using eBay hassle-free returns for more details.

- **Global Shipping Program**
  One of the ways that we make your eBay.com listings available to international buyers on eBay.com and on eBay's International Sites is through the Global Shipping Program. For your eligible items located in the United States and purchased by an international buyer through the Global Shipping Program, you will simply ship the item to a parcel processing facility located in the United States. There, a third party global technology and shipping provider, Pitney Bowes Inc., will oversee the processing, customs clearance, and international shipment of the item on behalf of your international buyer. You pay no additional fees for selling through the Global Shipping Program.

  Pursuant to a routed export transaction under the U.S. Export Administration Regulations and Foreign Trade Regulations, your buyer, as the Foreign Principal Party in Interest, will agree to assume responsibility for the export shipment, with Pitney Bowes Inc. acting as your buyer's forwarding agent. You remain liable for the accuracy of information you provide about items, and you agree to provide timely responses to requests for additional information.

  You consent to the disclosure of certain personally identifiable information, as well as listing and order information, by eBay to Pitney Bowes Inc., and by Pitney Bowes Inc. to its affiliates, service providers, and other third parties (such as customs and revenue authorities, as well as other government agencies), in connection with the processing, export and customs clearance, and international transportation of any item.  eBay does not control the privacy policies of Pitney Bowes Inc., its affiliates, or its service providers, and you are subject to the privacy policies of those parties, as applicable.

  You may prevent your listings from being made available to international buyers through the program by adjusting your account settings within My eBay.  Additional information about the program, including policies governing feedback, the handling of lost, damaged, and undeliverable items, returns, and the resolution of buyer protection claims for items that you sell through the program, can be found on the Global Shipping Program Seller Policies and Frequently Asked Questions page.

- **eBay Money Back Guarantee**
  Most eBay sales go smoothly, but if there's a problem with a purchase, the eBay Money Back Guarantee helps buyers and sellers communicate and resolve issues. Buyers and sellers agree to comply with the policy and permit us to make a final decision on any eBay Money Back Guarantee case.

  If a seller is required to reimburse the buyer or eBay under the Money Back Guarantee, the seller authorizes eBay to ask PayPal to remove the reimbursement amount (in same or other currency) from their PayPal account, place the amount on the seller's invoice and/or charge the seller's payment method on file. The cost of return shipping for an item that is not as described is the seller's responsibility and if an eBay generated return shipping label is used, the seller authorizes eBay to place the return shipping label cost on the seller's invoice, subject to the seller's automatic payment method on file. If we cannot get reimbursement from the seller, we may collect the outstanding sums using other collection mechanisms, including retaining collection agencies.

SA1333

http://pages.ebay.com/help/policies/user-agreement.html?rt=nc

described is the seller's responsibility and if an eBay generated return shipping label is used, the seller authorizes eBay to place the return shipping label cost on the seller's invoice, subject to the seller's automatic payment method on file. If we cannot get reimbursement from the seller, we may collect the outstanding sums using other collection mechanisms, including retaining collection agencies.

We may suspend the eBay Money Back Guarantee in whole or in part without notice if we suspect abuse or interference with the proper working of the policy.

## Disclaimer of Warranties; Limitation of Liability

We try to keep our Services safe, secure, and functioning properly, but we cannot guarantee the continuous operation of or access to our Services. Bid update and other notification functionality in eBay's applications may not occur in real time. Such functionality is subject to delays beyond eBay's control.

You agree that you are making use of our Services at your own risk, and that they are being provided to you on an "AS IS" and "AS AVAILABLE" basis. Accordingly, to the extent permitted by applicable law, we exclude all express or implied warranties, terms and conditions including, but not limited to, implied warranties of merchantability, fitness for a particular purpose, and non-infringement.

In addition, to the extent permitted by applicable law, we (including our parent, subsidiaries, and affiliates, and our and their officers, directors, agents and employees) are not liable, and you agree not to hold us responsible, for any damages or losses (including, but not limited to, loss of money, goodwill or reputation, profits, or other intangible losses or any special, indirect, or consequential damages) resulting directly or indirectly from:

- your use of or your inability to use our Services;
- pricing, shipping or other guidance provided by eBay;
- delays or disruptions in our Services;
- viruses or other malicious software obtained by accessing, or linking to, our Services;
- glitches, bugs, errors, or inaccuracies of any kind in our Services;
- damage to your hardware device from the use of any eBay Service;
- the content, actions, or inactions of third parties, including items listed using our Services or the destruction of allegedly fake items;
- a suspension or other action taken with respect to your account or breach of the Abusing eBay Section above;
- the duration or manner in which your listings appear in search results as set out in the Listing Conditions Section above; or
- your need to modify practices, content, or behavior or your loss of or inability to do business, as a result of changes to this User Agreement or our policies.

Some jurisdictions do not allow the disclaimer of warranties or exclusion of damages, so such disclaimers and exclusions may not apply to you.

Regardless of the previous paragraphs, if we are found to be liable, our liability to you or to any third party is limited to the greater of (a) any amounts due under the eBay Money Back Guarantee up to the price the item sold for on eBay (including any applicable sales tax) and its original shipping costs, (b) the amount of fees in dispute not to exceed the total fees, which you paid to us in the 12 months prior to the action giving rise to the liability, or (c) $100.

## Release

If you have a dispute with one or more users, you release us (and our affiliates and subsidiaries, and our and their respective officers, directors, employees and agents) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, arising out of or in any way connected with such disputes. In entering into this release you expressly waive any protections (whether statutory or otherwise) that would otherwise limit the coverage of this release to include only those claims which you may know or suspect to exist in your favor at the time of agreeing to this release.

## Indemnity

You will indemnify and hold us (and our affiliates and subsidiaries, and our and their respective officers, directors, employees, agents) harmless from any claim or demand, including reasonable legal fees, made by any third party due to or arising out of your breach this Agreement, your improper use of eBay's Services or your breach of any law or the rights of a third party.

## Legal Disputes

PLEASE READ THIS SECTION CAREFULLY. IT AFFECTS YOUR RIGHTS AND WILL HAVE A SUBSTANTIAL IMPACT ON HOW CLAIMS YOU AND EBAY HAVE AGAINST EACH OTHER ARE RESOLVED.

You and eBay agree that any claim or dispute at law or equity that has arisen or may arise between us relating in any way to or arising out of this or previous versions of the eBay User Agreement your use of or access to the Services, or any products or services sold or purchased through the Services will be resolved in accordance with the provisions set forth in this Legal Disputes Section.

A. Applicable Law

Document title: eBay User Agreement
Capture URL: https://web.archive.org/web/20150420185349/http:/pages.ebay.com/help/policies/user-agreement.html?rt=nc
Capture timestamp (UTC): Fri, 14 Apr 2023 00:57:32 GMT

Page 6 of 10

SA1334

INTERNET ARCHIVE
WayBackMachine
http://pages.ebay.com/help/policies/user-agreement.html?rt=nc
168 captures
28 Aug 2010 - 22 Mar 2023



You and eBay agree that any claim or dispute at law or equity that has arisen or may arise between us relating in any way to or arising out of this or previous versions of the eBay User Agreement your use of or access to the Services, or any products or services sold or purchased through the Services will be resolved in accordance with the provisions set forth in this Legal Disputes Section.

**A. Applicable Law**

You agree that the laws of the State of Utah, without regard to principles of conflict of laws, will govern the User Agreement and any claim or dispute that has arisen or may arise between you and eBay, except as otherwise stated in the User Agreement.

**B. Agreement to Arbitrate**

You and eBay each agree that any and all disputes or claims that have arisen or may arise between you and eBay relating in any way to or arising out of this or previous versions of the User Agreement, your use of or access to eBay's Services, or any products or services sold, offered, or purchased through eBay's Services shall be resolved exclusively through final and binding arbitration, rather than in court, except that you may assert claims in small claims court, if your claims qualify and so long as the matter remains in such court and advances only on an individual (non-class, non-representative) basis. The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate.

1.  Prohibition of Class and Representative Actions and Non-Individualized Relief
    YOU AND EBAY AGREE THAT EACH OF US MAY BRING CLAIMS AGAINST THE OTHER ONLY ON AN INDIVIDUAL BASIS AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE ACTION OR PROCEEDING. UNLESS BOTH YOU AND EBAY AGREE OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE OR JOIN MORE THAN ONE PERSON'S OR PARTY'S CLAIMS, AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A CONSOLIDATED, REPRESENTATIVE, OR CLASS PROCEEDING. ALSO, THE ARBITRATOR MAY AWARD RELIEF (INCLUDING MONETARY, INJUNCTIVE, AND DECLARATORY RELIEF) ONLY IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF NECESSITATED BY THAT PARTY'S INDIVIDUAL CLAIM(S). ANY RELIEF AWARDED CANNOT AFFECT OTHER USERS.

2.  Arbitration Procedures
    Arbitration is more informal than a lawsuit in court. Arbitration uses a neutral arbitrator instead of a judge or jury, and court review of an arbitration award is very limited. However, an arbitrator can award the same damages and relief on an individual basis that a court can award to an individual. An arbitrator should apply the terms of the User Agreement as a court would. All issues are for the arbitrator to decide, except that issues relating to arbitrability, the scope or enforceability of this Agreement to Arbitrate, or the interpretation of Section 1 of this Agreement to Arbitrate ("Prohibition of Class and Representative Actions and Non-Individualized Relief"), shall be for a court of competent jurisdiction to decide.

    The arbitration will be conducted by the American Arbitration Association ("AAA") under its rules and procedures, including the AAA's Supplementary Procedures for Consumer-Related Disputes (as applicable), as modified by this Agreement to Arbitrate. The AAA's rules are available at www.adr.org or by calling the AAA at 1-800-778-7879. The use of the word "arbitrator" herein shall not be construed to prohibit more than one arbitrator from presiding over an arbitration, rather the AAA's rules will govern the number of arbitrators that may preside over an arbitration conducted under this Agreement to Arbitrate.

    A party who intends to seek arbitration must first send to the other, by certified mail, a completed form Notice of Dispute ("Notice"). You may download a form Notice here. The Notice to eBay should be sent to eBay Inc., Attn: Litigation Department, Re: Notice of Dispute, 583 W. eBay Way, Draper, UT 84020. eBay will send any Notice to you to the physical address we have on file associated with your eBay account; it is your responsibility to keep your physical address up to date. All information called for in the Notice must be provided, including a description of the nature and basis of the claims the party is asserting and the relief sought.

    If you and eBay are unable to resolve the claims described in the Notice within 30 days after the Notice is sent, you or eBay may initiate arbitration proceedings. A form for initiating arbitration proceedings is available on the AAA's site at www.adr.org. In addition to filing this form with the AAA in accordance with its rules and procedures, the party initiating the arbitration must mail a copy of the completed form to the opposing party. You may send a copy to eBay at the following address: eBay, Inc. c/o National Registered Agents, Inc., 2778 W. Shady Bend Lane, Lehi, UT 84043. In the event eBay initiates an arbitration against you, it will send a copy of the completed form to the physical address we have on file associated with your eBay account. Any settlement offer made by you or eBay shall not be disclosed to the arbitrator.

    The arbitration shall be held in the county in which you reside or at another mutually agreed location. If the value of the relief sought is $10,000 or less, you or eBay may elect to have the arbitration conducted by telephone or based solely on written submissions, which election shall be binding on you and eBay subject to the arbitrator's discretion to require an in-person hearing, if the circumstances warrant. In cases where an in-person hearing is held, you and/or eBay may attend by telephone, unless the arbitrator requires otherwise.

Document title: eBay User Agreement
Capture URL: https://web.archive.org/web/20150420185349/http://pages.ebay.com/help/policies/user-agreement.html?rt=nc
Capture timestamp (UTC): Fri, 14 Apr 2023 00:57:32 GMT

INTERNET ARCHIVE
WayBackMachine
http://pages.ebay.com/help/policies/user-agreement.html?rt=nc
168 captures
28 Aug 2010 - 22 Mar 2023

$10,000 or less, you or eBay may elect to have the arbitration conducted by telephone or based solely on written submissions, which election shall be binding on you and eBay subject to the arbitrator's discretion to require an in-person hearing, if the circumstances warrant. In cases where an in-person hearing is held, you and/or eBay may attend by telephone, unless the arbitrator requires otherwise.

The arbitrator will decide the substance of all claims in accordance with the laws of the State of Utah, including recognized principles of equity, and will honor all claims of privilege recognized by law. The arbitrator shall not be bound by rulings in prior arbitrations involving different users, but is bound by rulings in prior arbitrations involving the same eBay user to the extent required by applicable law. The arbitrator's award shall be final and binding and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof.

3. **Costs of Arbitration**

Payment of all filing, administration and arbitrator fees will be governed by the AAA's rules, unless otherwise stated in this Agreement to Arbitrate. If the value of the relief sought is $10,000 or less, at your request, eBay will pay all filing, administration, and arbitrator fees associated with the arbitration. Any request for payment of fees by eBay should be submitted by mail to the AAA along with your Demand for Arbitration and eBay will make arrangements to pay all necessary fees directly to the AAA. If the value of the relief sought is more than $10,000 and you are able to demonstrate that the costs of accessing arbitration will be prohibitive as compared to the costs of accessing a court for purposes of pursuing litigation on an individual basis, eBay will pay as much of the filing, administration, and arbitrator fees as the arbitrator deems necessary to prevent the costs of accessing arbitration from being prohibitive. In the event the arbitrator determines the claim(s) you assert in the arbitration to be frivolous, you agree to reimburse eBay for all fees associated with the arbitration paid by eBay on your behalf that you otherwise would be obligated to pay under the AAA's rules.

4. **Severability**

With the exception of any of the provisions in Section 1 of this Agreement to Arbitrate ("Prohibition of Class and Representative Actions and Non-Individualized Relief"), if an arbitrator or court decides that any part of this Agreement to Arbitrate is invalid or unenforceable, the other parts of this Agreement to Arbitrate shall still apply. If an arbitrator or court decides that any of the provisions in Section 1 of this Agreement to Arbitrate ("Prohibition of Class and Representative Actions and Non-Individualized Relief") is invalid or unenforceable, then the entirety of this Agreement to Arbitrate shall be null and void. The remainder of the Agreement and its Legal Disputes Section will continue to apply.

5. **Opt-Out Procedure**

IF YOU ARE A NEW EBAY USER, YOU CAN CHOOSE TO REJECT THIS AGREEMENT TO ARBITRATE ("OPT-OUT") BY MAILING US A WRITTEN OPT-OUT NOTICE ("OPT-OUT NOTICE"). THE OPT-OUT NOTICE MUST BE POSTMARKED NO LATER THAN 30 DAYS AFTER THE DATE YOU ACCEPT THE USER AGREEMENT FOR THE FIRST TIME. YOU MUST MAIL THE OPT-OUT NOTICE TO EBAY INC., ATTN: LITIGATION DEPARTMENT, RE: OPT-OUT NOTICE, 583 WEST EBAY WAY, DRAPER, UT 84020.

For your convenience, we are providing an Opt-Out Notice form you must complete and mail to opt out of the Agreement to Arbitrate. You must complete the Opt Out Notice form by providing the information called for in the form, including your name, address (including street address, city, state and zip code), and the user ID(s) and email address(es) associated with the eBay account(s) to which the opt-out applies. You must sign the Opt-Out Notice for it to be effective. This procedure is the only way you can opt-out of the Agreement to Arbitrate. If you opt-out of the Agreement to Arbitrate, all other parts of the Agreement and its Legal Disputes Section will continue to apply to you. Opting out of this Agreement to Arbitrate has no effect on any previous, other, or future arbitration agreements that you may have with us.

6. **Future Amendments to the Agreement to Arbitrate**

Notwithstanding any provision in the User Agreement to the contrary, you and we agree that if we make any amendment to this Agreement to Arbitrate (other than an amendment to any notice address or site link provided herein) in the future, that amendment shall not apply to any claim that was filed in a legal proceeding against eBay prior to the effective date of the amendment. The amendment shall apply to all other disputes or claims governed by the Agreement to Arbitrate that have arisen or may arise between you and eBay. We will notify you of amendments to this Agreement to Arbitrate by posting the amended terms on www.eBay.com at least 30 days before the effective date of the amendments and by providing notice through the eBay Message Center and/or by email. If you do not agree to these amended terms, you may close your account within the 30 day period and you will not be bound by the amended terms.

**C. Judicial Forum for Legal Disputes**

Unless you and we agree otherwise, in the event that the Agreement to Arbitrate above is found not to apply to you or to a particular claim or dispute, either as a result of your decision to opt-out of the Agreement to Arbitrate or as a result of a decision by the arbitrator or a court order, you agree that any claim or dispute that has arisen or may arise between you and eBay must be resolved exclusively by a state or federal court located in Salt Lake County, Utah. You and eBay agree to submit to the personal jurisdiction of the courts located within Salt Lake County, Utah for the purpose of litigating all such claims or disputes.

**General**

Document title: eBay User Agreement
Capture URL: https://web.archive.org/web/20150420185349/http:/pages.ebay.com/help/policies/user-agreement.html?rt=nc
Capture timestamp (UTC): Fri, 14 Apr 2023 00:57:32 GMT

Page 8 of 10

**SA1336**

http://pages.ebay.com/help/policies/user-agreement.html?rt=nc

 

...or dispute that has arisen or may arise between you and eBay must be resolved exclusively by a state or federal court located in Salt Lake County, Utah. You and eBay agree to submit to the personal jurisdiction of the courts located within Salt Lake County, Utah for the purpose of litigating all such claims or disputes.

## General

eBay Inc. is located at 2145 Hamilton Ave., San Jose, CA 95125. eBay Inc.'s North American Customer Service Operations Center is located at 583 West eBay Way, Draper, UT 84020. eBay Europe S.à r.l. is located at 22-24 Boulevard Royal, L-2449 Luxembourg. eBay International AG is located at Helvetiastrasse 15/17, 3005, Bern, Switzerland. eBay India Private Limited is located at 14th Floor, North Block, R-Tech Park, Western Express Highway, Goregaon (East), Mumbai 400063, Maharashtra (India).

Except as otherwise provided in this Agreement, if any provision of this User Agreement is held to be invalid, void or for any reason unenforceable, such provision shall be struck out and shall not affect the validity and enforceability of the remaining provisions. In our sole discretion, we may assign this User Agreement, by providing notice of such assignment in accordance with the Notices Section.

Headings are for reference purposes only and do not limit the scope or extent of such Section. Our failure to act with respect to a breach by you or others does not waive our right to act with respect to subsequent or similar breaches. We do not guarantee we will take action against all breaches of this User Agreement.

We may amend this User Agreement at any time by posting the amended terms on www.eBay.com. Our right to amend the User Agreement includes the right to modify, add to, or remove terms in the User Agreement. We will provide you 30 days notice by posting the amended terms. Additionally, we will notify you through the eBay Message Center and/or by email. Your continued access or use of our Services constitutes your acceptance of the amended terms. We may also ask you to acknowledge your acceptance of the User Agreement through an electronic click-through. This User Agreement may not otherwise be amended except through mutual agreement by you and an eBay representative who intends to amend this User Agreement and is duly authorized to agree to such an amendment.

The policies posted on our sites may be changed from time to time. Changes take effect when we post them on the eBay site.

No agency, partnership, joint venture, employee-employer or franchiser-franchisee relationship is intended or created by this User Agreement.

The User Agreement, the User Privacy Notice, and all polices set forth the entire understanding and agreement between you and eBay and supersede all prior understandings and agreements of the parties.

The following Sections survive any termination of this User Agreement: Fees, Content, Disclaimer of Warranties; Limitation of Liability; Indemnity, and Legal Disputes.

If you are a California resident, in accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at 400 R Street, Sacramento, CA 95814, or by telephone at (800) 952-5210.

Pursuant to 815 ILCS 414/1.5(c), for transactions involving tickets to events in Illinois, buyers and sellers may elect to submit complaints against one another to the American Arbitration Association ("AAA") under its rules and procedures. The AAA's rules are available at www.adr.org. Such complaints shall be decided by an independent arbitrator in accordance with this User Agreement. Buyers and sellers further agree to submit to the jurisdiction of the State of Illinois for complaints involving a ticketed event held in Illinois.

**Was this page helpful?**
○ Yes    ○ No

How can we improve this page? (optional)

700 characters left

Submit Comment

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Information Center    Policies    Help & Contact    Site Map



**ebay** MONEY BACK GUARANTEE
Get the item you ordered or your money back on virtually all items    Learn more ▸

Copyright © 1995-2015 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies

INTERNET ARCHIVE
WayBackMachine
http://pages.ebay.com/help/policies/user-agreement.html?rt=nc
168 captures
28 Aug 2010 - 22 Mar 2023
Go  MAR **APR** MAY
2014 **2015** 2016  About this capture

claims or disputes.

**General**

eBay Inc. is located at 2145 Hamilton Ave., San Jose, CA 95125. eBay Inc.'s North American Customer Service Operations Center is located at 583 West eBay Way, Draper, UT 84020. eBay Europe S.à r.l. is located at 22-24 Boulevard Royal, L-2449 Luxembourg. eBay International AG is located at Helvetiastrasse 15/17, 3005, Bern, Switzerland. eBay India Private Limited is located at 14th Floor, North Block, R-Tech Park, Western Express Highway, Goregaon (East), Mumbai 400063, Maharashtra (India).

Except as otherwise provided in this Agreement, if any provision of this User Agreement is held to be invalid, void or for any reason unenforceable, such provision shall be struck out and shall not affect the validity and enforceability of the remaining provisions.  In our sole discretion, we may assign this User Agreement, by providing notice of such assignment in accordance with the Notices Section.

Headings are for reference purposes only and do not limit the scope or extent of such Section. Our failure to act with respect to a breach by you or others does not waive our right to act with respect to subsequent or similar breaches. We do not guarantee we will take action against all breaches of this User Agreement.

We may amend this User Agreement at any time by posting the amended terms on www.eBay.com. Our right to amend the User Agreement includes the right to modify, add to, or remove terms in the User Agreement. We will provide you 30 days notice by posting the amended terms. Additionally, we will notify you through the eBay Message Center and/or by email. Your continued access or use of our Services constitutes your acceptance of the amended terms. We may also ask you to acknowledge your acceptance of the User Agreement through an electronic click-through. This User Agreement may not otherwise be amended except through mutual agreement by you and an eBay representative who intends to amend this User Agreement and is duly authorized to agree to such an amendment.

The policies posted on our sites may be changed from time to time. Changes take effect when we post them on the eBay site.

No agency, partnership, joint venture, employee-employer or franchiser-franchisee relationship is intended or created by this User Agreement.

The User Agreement, the User Privacy Notice, and all polices set forth the entire understanding and agreement between you and eBay and supersede all prior understandings and agreements of the parties.

The following Sections survive any termination of this User Agreement: Fees, Content, Disclaimer of Warranties; Limitation of Liability; Indemnity, and Legal Disputes.

If you are a California resident, in accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at 400 R Street, Sacramento, CA 95814, or by telephone at (800) 952-5210.

Pursuant to 815 ILCS 414/1.5(c), for transactions involving tickets to events in Illinois, buyers and sellers may elect to submit complaints against one another to the American Arbitration Association ("AAA") under its rules and procedures. The AAA's rules are available at www.adr.org.  Such complaints shall be decided by an independent arbitrator in accordance with this User Agreement. Buyers and sellers further agree to submit to the jurisdiction of the State of Illinois for complaints involving a ticketed event held in Illinois.

**Was this page helpful?**
○ Yes   ○ No

How can we improve this page? (optional)

700 characters left

Submit Comment

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Information Center    Policies    Help & Contact    Site Map



eBay MONEY BACK GUARANTEE
Get the item you ordered or your money back on virtually all items      Learn more ►

Copyright © 1995-2015 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.

**SA1338**

**🔒 PageVault**

| | |
|---|---|
| Document title: | eBay User Agreement |
| Capture URL: | https://web.archive.org/web/20170404220341/http:/pages.ebay.com/help/policies/user-agreement.html?rt=nc |
| Page loaded at (UTC): | Fri, 14 Apr 2023 00:57:52 GMT |
| Capture timestamp (UTC): | Fri, 14 Apr 2023 00:58:40 GMT |
| Capture tool: | 10.20.23 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 11 |
| Capture ID: | ivwsw6Vazm2p8FG3MfYNMj |
| User: | wemed-emann |

PDF REFERENCE #:    huQ2cymFzGH2zMoVX25Whq

# SA1339



SA1340

## About eBay

eBay is a marketplace that allows users to offer, sell and buy just about anything in a variety of pricing formats and locations. The actual contract for sale is directly between the seller and buyer. eBay is not a traditional auctioneer.

While we may provide pricing, shipping, listing, and other guidance in our Services, such guidance is solely informational and you may decide to follow it or not. Also, while we may help facilitate the resolution of disputes through various programs, eBay has no control over and does not guarantee the existence, quality, safety or legality of items advertised; the truth or accuracy of users' content or listings; the ability of sellers to sell items; the ability of buyers to pay for items; or that a buyer or seller will actually complete a transaction or return an item.

## Using eBay

In connection with using or accessing the Services you will not:

- post, list or upload content or items in inappropriate categories or areas on our sites;
- breach or circumvent any laws, third-party rights or our systems, policies, or determinations of your account status;
- use our Services if you are not able to form legally binding contracts (for example, if you are under 18 years old), or are temporarily or indefinitely suspended from using our sites, services, applications or tools;
- fail to pay for items purchased by you, unless you have a valid reason as set out in an eBay policy, for example, the seller has materially changed the item's description after you bid, a clear typographical error is made, or you cannot contact the seller (see our Unpaid item policy);
- fail to deliver items sold by you, unless you have a valid reason as set out in an eBay policy, for example, the buyer fails to comply with the posted terms in your listing or you cannot contact the buyer;
- manipulate the price of any item or interfere with any other user's listings;
- post false, inaccurate, misleading, deceptive, defamatory, or libelous content;
- take any action that may undermine the feedback or ratings systems (see about our Feedback policies);
- transfer your eBay account (including Feedback) and user ID to another party without our consent;
- distribute or post spam, unsolicited or bulk electronic communications, chain letters, or pyramid schemes;
- distribute viruses or any other technologies that may harm eBay or the interests or property of users;
- use any robot, spider, scraper, data mining tools, data gathering and extraction tools, or other automated means to access our Services for any purpose, except with the prior express permission of eBay;
- interfere with the working of our Services, or impose an unreasonable or disproportionately large load on our infrastructure;
- export or re-export any eBay application or tool, except in compliance with the export control laws of any relevant jurisdictions and in accordance with posted rules and restrictions;
- infringe the copyright, trademark, patent, publicity, moral, database, and/or other intellectual property rights (collectively, "Intellectual Property Rights") that belong to or are licensed to eBay. Some, but not all, actions that may constitute infringement are reproducing, performing, displaying, distributing, copying, reverse engineering, decompiling, disassembling, or preparing derivative works from content that belongs to eBay or someone else;
- infringe any Intellectual Property Rights that belong to third parties affected by your use of the Services or post content that does not belongs to you;
- commercialize any eBay application or any information or software associated with such application, except with the prior express permission of eBay;
- harvest or otherwise collect information about users without their consent; or
- circumvent any technical measures we use to provide the Services.

Sellers must meet eBay's minimum performance standards. Failure to meet these standards may result in eBay charging you additional fees, and/or limiting, restricting, suspending, or downgrading your seller account.

If we believe you are abusing eBay in any way, we may, in our sole discretion and without limiting other remedies, limit, suspend, or terminate your user account(s) and access to our Services, delay or remove hosted content, remove any special status associated with your account(s), remove and demote listings, reduce or eliminate any discounts, and take technical and/or legal steps to prevent you from using our Services.

We may cancel unconfirmed accounts or accounts that have been inactive for a long time or modify or discontinue our Services. Additionally, we reserve the right to refuse or terminate all or part of our Services to anyone for any reason at our discretion.

## Policy Enforcement

When a buyer or seller issue arises, we may consider the user's performance history and the specific circumstances in applying our policies. We may choose to be more lenient with policy enforcement in an effort to do the right thing for both buyers and sellers.

http://pages.ebay.com/help/policies/user-agreement.html?rt=nc

## Policy Enforcement

When a buyer or seller issue arises, we may consider the user's performance history and the specific circumstances in applying our policies. We may choose to be more lenient with policy enforcement in an effort to do the right thing for both buyers and sellers.

## Fees

The fees we charge for using our Services are listed on our Standard Selling Fees page. We may change our seller fees from time to time by posting the changes on the eBay site 14 days in advance, but with no advance notice required for temporary promotions or any changes that result in the reduction of fees.

You must have a payment method on file when selling on eBay and pay all fees and applicable taxes associated with our Services by the payment due date. If your payment method fails or your account is past due, we may collect fees owed by charging other payment methods on file with us, retain collection agencies and legal counsel, and, for accounts over 180 days past due, request that PayPal deduct the amount owed from your PayPal account balance. In addition, you will be subject to late fees. eBay, or the collection agencies we retain, may also report information about your account to credit bureaus, and as a result, late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you wish to dispute the information eBay reported to a credit bureau (i.e., Experian, Equifax or TransUnion) please contact us at eBay Inc., C/O Global Collections, 7700 West Parmer Lane, Building D, Austin, TX 78729. If you wish to dispute the information a collection agency reported to a credit bureau regarding your eBay account, you must contact the collection agency directly.

## Listing Conditions

When listing an item, you agree to comply with eBay's rules for listing and Selling Practices policy and that:

- You are responsible for the accuracy and content of the listing and item offered;
- Your listing may not be immediately searchable by keyword or category for several hours (or up to 24 hours in some circumstances). eBay can't guarantee exact listing durations;
- Content that violates any of eBay's policies may be deleted at eBay's discretion;
- We strive to create a marketplace where buyers find what they are looking for. Therefore, the appearance or placement of listings in search and browse results will depend on a variety of factors, including, but not limited to:
  - buyer's location, search query, browsing site, and history;
  - item's location, listing format, price and shipping cost, terms of service, end time, history, and relevance to the user query;
  - seller's history, including listing practices, Detailed Seller Ratings, eBay policy compliance, Feedback, and defect rate; and
  - number of listings matching the buyer's query.
- To drive a positive user experience, a listing may not appear in some search and browse results regardless of the sort order chosen by the buyer.
- Some advanced listing upgrades will only be visible on certain Services.
- eBay's Duplicate Listing Policy may also affect whether your listing appears in search results.
- Metatags and URL links that are included in a listing may be removed or altered so as to not affect third-party search engine results.
- We may provide you with optional recommendations to consider when creating your listings. Such recommendations may be based on the aggregated sales and performance history of similar sold and current listings; results will vary for individual listings. To drive the recommendations experience, you agree that we may display the sales and performance history of your individual listings to other sellers.

## Purchase Conditions

When buying an item, you agree to the rules for buyers and that:

- You are responsible for reading the full item listing before making a bid or commitment to buy.
- You enter into a legally binding contract to purchase an item when you commit to buy an item or if you have the winning bid (or your bid is otherwise accepted).
- For motor vehicles and real estate, a bid or offer initiates a non-binding transaction representing a buyer's serious expression of interest in buying the seller's item and does not create a formal contract between the buyer and the seller.
- We do not transfer legal ownership of items from the seller to the buyer.
- Utah Code Annotated § 70A-2-401(2) and Uniform Commercial Code § 2-401(2) apply to the transfer of ownership between the buyer and the seller, unless the buyer and the seller agree otherwise.

## International Buying and Selling; Translation

Many of our Services are accessible to international sellers and buyers. We may offer certain programs, tools, and site experiences of particular interest to international sellers and buyers, such as estimated local currency conversion

Document title: eBay User Agreement
Capture URL: https://web.archive.org/web/2017040422041/http://pages.ebay.com/help/policies/user-agreement.html?rt=nc
Capture timestamp (UTC): Fri, 14 Apr 2023 00:58:40 GMT

http://pages.ebay.com/help/policies/user-agreement.html?rt=nc

INTERNET ARCHIVE
WayBackMachine
168 captures
28 Aug 2010 - 22 Mar 2023

Go   FEB  APR  MAY
          64
2016  2017  2018

About this capture

## International Buying and Selling; Translation

Many of our Services are accessible to international sellers and buyers. We may offer certain programs, tools, and site experiences of particular interest to international sellers and buyers, such as estimated local currency conversion and international shipping calculation tools. Sellers and buyers are responsible for complying with all laws and regulations applicable to the international sale, purchase, and shipment of items. If you purchase an item on an eBay site other than eBay.com, you are subject to the User Agreement of that other eBay site with respect to that particular purchase.

You may list your items directly on one or more of eBay's international sites. Additionally, you may direct us to display your listing on eBay sites other than the original eBay listing site, including where you choose to list an item with an international shipping option (such as worldwide shipping or the Global Shipping Program): the appearance of your listings on these sites is not guaranteed. When you sell your items internationally, you agree to be subject to that other site's User Agreement, policies, and the eBay International Selling Policy. You may restrict international buyers from purchasing your items if you explicitly exclude international shipping from your listings and apply an exclusion list to your listings.

You authorize us to use automated tools to translate your eBay content and member-to-member communications, in whole or in part, into local languages where such translation solutions are available. We may provide you with tools which will enable you to translate content at your request. The accuracy and availability of any translation are not guaranteed.

## Content

When providing content using the Services (directly or indirectly), you grant us a non-exclusive, worldwide, perpetual, irrevocable, royalty-free, sublicensable (through multiple tiers) right to exercise any and all Intellectual Property Rights (as defined above) you have in that content in connection with our provision, expansion, and promotion of the Services, in any media known now or developed in the future. To the fullest extent permitted under applicable law, you waive your right to enforce against eBay, our assignees, our sublicensees, and their assignees your Intellectual Property Rights in that content in connection with our, those assignees', and those sublicensees' use of that content.

You represent and warrant that, for all such content you provide, you own or otherwise control all necessary rights to do so and to meet your obligations under this Agreement. You represent and warrant that such content is accurate. You represent and warrant that use of any such content (including derivative works) by us, our users, or others in contract with us, and in compliance with this Agreement, does not and will not infringe any Intellectual Property Rights of any third party. eBay takes no responsibility and assumes no liability for any content provided by you or any third party.

We may offer catalogs including, for example, product images, descriptions and specifications that are provided by third parties (including eBay users). You may use catalog content solely in your eBay listings. The permission to use catalog content is subject to modification or revocation at any time at eBay's sole discretion.

While we try to offer reliable data, we cannot promise that the catalogs or other content provided through the Services will always be available, accurate, complete, and up-to-date. As a buyer, you agree that eBay is not responsible for examining or warranting the listings or content provided by third parties through the Services, and that you will not attempt to hold us liable for any inaccuracies. As a seller, it is your responsibility to review the content of your listings for accuracy and that you will not attempt to hold our catalog providers or us responsible for inaccuracies. The catalog may include copyrighted, trademarked or other proprietary materials. You agree not to remove any copyright, proprietary, or identification markings included within the catalogs and not to create any derivative works based on catalog content (other than by including them in your listings).

The name "eBay" and other eBay marks, logos, designs, and phrases that we use in connection with our Services are trademarks, service marks, or trade dress of eBay in the U.S. and other countries. They may not be used without the express written prior permission of eBay. A non-exhaustive list of our trademarks and the policy governing their use is available here.

## Notice for Claims of Intellectual Property Violations and Copyright Infringement Pursuant to Section 512(c) of Title 17 of the United States Code

We respond to notices of alleged copyright infringement under the United States Digital Millennium Copyright Act. eBay's Verified Rights Owner (VeRO) program works to ensure that listed items and content on our site or in our apps do not infringe upon the copyright, trademark, or certain other intellectual property rights of third parties. If you believe that your intellectual property rights have been infringed, please notify our VeRO team and we will investigate. Learn how to submit a notice to eBay.

## Holds

To protect eBay from risk of liability for your actions as a seller, eBay has at times recommended, and may continue to recommend, that PayPal restrict access to funds in a seller's PayPal account based on certain factors, including, but not limited to, selling history, seller performance, returns,

INTERNET ARCHIVE
WayBackMachine
http://pages.ebay.com/help/policies/user-agreement.html?rt=nc
168 captures
28 Aug 2010 - 22 Mar 2023



## Holds

To protect eBay from risk of liability for your actions as a seller, eBay has at times recommended, and may continue to recommend, that PayPal restrict access to funds in a seller's PayPal account based on certain factors, including, but not limited to, selling history, seller performance, returns, riskiness of the listing category, transaction value, or the filing of an eBay Money Back Guarantee case. This may result in PayPal restricting funds in your PayPal account.

## Authorization to Contact You; Recording Calls

eBay may contact you using autodialed or prerecorded calls and text messages, at any telephone number that you have provided us, to: (i) notify you regarding your account; (ii) troubleshoot problems with your account; (iii) resolve a dispute; (iv) collect a debt; (v) poll your opinions through surveys or questionnaires; or (vi) as otherwise necessary to service your account or enforce this User Agreement, our policies, applicable law, or any other agreement we may have with you. eBay may also contact you using autodialed or prerecorded calls and text messages for marketing purposes (e.g., offers and promotions), if you consent to such communications. As described in our User Privacy Notice, eBay may collect other telephone numbers for you and may place manual non-marketing calls to any of those numbers and autodialed non-marketing calls to any landline. Standard telephone minute and text charges may apply and may include overage fees if you have exceeded your plan limits. If you do not wish to receive such communications, you may change your communications preference at any time, including through the communication preferences section of your My eBay.

eBay may share your telephone number with its authorized service providers as stated in our User Privacy Notice. These service providers may contact you using autodialed or prerecorded calls and text messages, only as authorized by eBay to carry out the purposes we have identified above.

eBay may, without further notice or warning and in its discretion, monitor or record telephone conversations you or anyone acting on your behalf has with eBay or its agents for quality control and training purposes, or for its own protection.

### Privacy of Others; Marketing

If eBay provides you with information about another user, you agree you will use the information only for the purposes that it is provided to you. You may not disclose, sell, rent, or distribute a user's information to a third party for purposes unrelated to the Services. Additionally, you may not use information for marketing purposes, via electronic or other means, unless you obtain the consent of the specific user to do so.

## Additional Terms

- ### Returns and Cancellations
  Sellers can create rules to automate replacements, returns, and refunds under certain circumstances. For all new sellers, in listings where returns are accepted, eBay will set a default rule that automates the return process. Sellers may remove or customize their return preferences in their account settings within My eBay. Where settings have been set to automatically accept requests for returns or replacements, an eBay-generated return shipping label will be provided to your buyer. You agree to comply with our returns policy.

  When an item is returned, to refund the buyer, you (as seller) authorize eBay to request that PayPal remove the refund amount (in same or other currency) from your PayPal account, place the amount on your invoice, and/or charge your payment method on file.

  The cost of return shipping for an item that is not as described is the seller's responsibility.

  You (as seller) authorize eBay to place the return shipping label cost on your invoice, subject to your automatic payment method on file when:
  - An eBay-generated return shipping label is used, and the seller is responsible for its cost;
  - Returns have been automated; and/or
  - You fail to send your buyer a return shipping label and, instead, an eBay-generated shipping label is used.
  - When a transaction is cancelled, to refund the buyer, you (as seller) authorize eBay to request that PayPal remove the refund amount (in same or other currency) from your PayPal account. See our Cancellation Policy for more details.

- ### Global Shipping Program
  One of the ways that we may make eBay.com listings available to international buyers on eBay.com and on eBay's International Sites is through the Global Shipping Program. For eligible items located in the United States and purchased by an international buyer through the Global Shipping Program, you (as seller) will simply ship the item to a parcel processing facility located in the United States. Pitney Bowes Inc., a third-party global shipping provider, will oversee the processing, customs clearance, and international shipment of the item on behalf of your international buyer. To the extent a buyer has a question about your Global Shipping Program listings, eBay may respond directly to the buyer if the question pertains to the services overseen by Pitney Bowes Inc. (for example, customs or international shipping). You pay no additional fees for selling through the Global Shipping Program.



processing facility located in the United States. Pitney Bowes Inc., a third party global shipping provider, will oversee the processing, customs clearance, and international shipment of the item on behalf of your international buyer. To the extent a buyer has a question about your Global Shipping Program listings, eBay may respond directly to the buyer if the question pertains to the services overseen by Pitney Bowes Inc. (for example, customs or international shipping). You pay no additional fees for selling through the Global Shipping Program.

Pursuant to a routed export transaction under the U.S. Export Administration Regulations and Foreign Trade Regulations, your buyer, as the Foreign Principal Party in Interest, will agree to assume responsibility for the export shipment, with Pitney Bowes Inc. acting as your buyer's forwarding agent. You remain liable for the accuracy of information you provide about items, and you agree to provide timely responses to requests for additional information.

You consent to the disclosure of certain personally identifiable information, as well as listing and order information, by eBay to Pitney Bowes Inc., and by Pitney Bowes Inc. to its affiliates, service providers, and other third parties (such as customs and revenue authorities, as well as other government agencies), in connection with the processing, export and customs clearance, and international transportation of any item. eBay does not control the privacy policies of Pitney Bowes Inc., its affiliates, or its service providers, and you are subject to the privacy policies of those parties, as applicable.

You may prevent your listings from being made available to international buyers through the program by adjusting your account settings within My eBay. Additional information about the program, including policies governing feedback, the handling of lost, damaged, and undeliverable items, returns, and the resolution of buyer protection claims for items that you sell through the program, can be found on the Global Shipping Program Seller Policies and Frequently Asked Questions page.

- eBay Money Back Guarantee
  Most eBay sales go smoothly, but if there's a problem with a purchase, the eBay Money Back Guarantee helps buyers and sellers communicate and resolve issues. You agree to comply with the policy and permit us to make a final decision on any eBay Money Back Guarantee case.

  If you (as seller), choose to reimburse a buyer, or are required to reimburse a buyer or eBay under the eBay Money Back Guarantee, you authorize eBay to request that PayPal remove the reimbursement amount (in same or other currency) from your PayPal account, place the amount on your invoice, and/or charge your payment method on file. If we cannot get reimbursement from you, we may collect the outstanding sums using other collection mechanisms, including retaining collection agencies.

  We may suspend the eBay Money Back Guarantee in whole or in part without notice if we suspect abuse or interference with the proper working of the policy.

## Disclaimer of Warranties; Limitation of Liability

We try to keep our Services safe, secure, and functioning properly, but we cannot guarantee the continuous operation of or access to our Services. Bid update and other notification functionality in eBay's Services may not occur in real time. Such functionality is subject to delays beyond eBay's control.

You agree that you are making use of our Services at your own risk, and that they are being provided to you on an "AS IS" and "AS AVAILABLE" basis. Accordingly, to the extent permitted by applicable law, we exclude all express or implied warranties, terms and conditions including, but not limited to, implied warranties of merchantability, fitness for a particular purpose, and non-infringement.

In addition, to the extent permitted by applicable law, we (including our parent, subsidiaries, and affiliates, and our and their officers, directors, agents and employees) are not liable, and you agree not to hold us responsible, for any damages or losses (including, but not limited to, loss of money, goodwill or reputation, profits, other intangible losses, or any special, indirect, or consequential damages) resulting directly or indirectly from:

- the content you provide (directly or indirectly) using the Services;
- your use of or your inability to use our Services;
- pricing, shipping, format, or other guidance provided by eBay;
- delays or disruptions in our Services;
- viruses or other malicious software obtained by accessing or linking to our Services;
- glitches, bugs, errors, or inaccuracies of any kind in our Services;
- damage to your hardware device from the use of any eBay Service;
- the content, actions, or inactions of third parties, including items listed using our Services or the destruction of allegedly fake items;
- a suspension or other action taken with respect to your account or breach of the Abusing eBay Section above;
- the duration or manner in which your listings appear in search results as set out in the Listing Conditions Section above; or
- your need to modify practices, content, or behavior, or your loss of or inability to do business, as a result of changes to this User Agreement or our policies.

Some jurisdictions do not allow the disclaimer of warranties or exclusion of damages, so such disclaimers and exclusions may not apply to you.

Document title: eBay User Agreement
Capture URL: https://web.archive.org/web/2017040220341/http:/pages.ebay.com/help/policies/user-agreement.html?rt=nc
Capture timestamp (UTC): Fri, 14 Apr 2023 00:58:40 GMT

http://pages.ebay.com/help/policies/user-agreement.html?rt=nc

INTERNET ARCHIVE
WayBackMachine
168 captures
28 Aug 2010 - 22 Mar 2023

Go  FEB  APR  MAY

2016  2017  2018  ▼ About this capture

Case 1:18-cv-00993-LTS-SLC    Document 425-7    Filed 04/17/23    Page 43 of 64

out in the Listing Conditions Section above; or

- your need to modify practices, content, or behavior, or your loss of or inability to do business, as a result of changes to this User Agreement or our policies.

Some jurisdictions do not allow the disclaimer of warranties or exclusion of damages, so such disclaimers and exclusions may not apply to you.

Regardless of the previous paragraphs, if we are found to be liable, our liability to you or to any third party is limited to the greater of (a) any amounts due under the eBay Money Back Guarantee up to the price the item sold for on eBay (including any applicable sales tax) and its original shipping costs, (b) the amount of fees in dispute not to exceed the total fees, which you paid to us in the 12 months prior to the action giving rise to the liability, or (c) $100.

### Release

If you have a dispute with one or more users, you release us (and our affiliates and subsidiaries, and our and their respective officers, directors, employees and agents) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, arising out of or in any way connected with such disputes. In entering into this release you expressly waive any protections (whether statutory or otherwise) that would otherwise limit the coverage of this release to include only those claims which you may know or suspect to exist in your favor at the time of agreeing to this release.

### Indemnity

You will indemnify and hold us (including our affiliates and subsidiaries, as well as our and their respective officers, directors, employees, agents) harmless from any claim or demand, including reasonable legal fees, made by any third party due to or arising out of your breach of this Agreement, your improper use of eBay's Services or your breach of any law or the rights of a third party.

### Legal Disputes

PLEASE READ THIS SECTION CAREFULLY. IT AFFECTS YOUR RIGHTS AND WILL HAVE A SUBSTANTIAL IMPACT ON HOW CLAIMS YOU AND EBAY HAVE AGAINST EACH OTHER ARE RESOLVED.

You and eBay agree that any claim or dispute at law or equity that has arisen, or may arise, between us relating in any way to or arising out of this or previous versions of the eBay User Agreement, your use of or access to the Services, or any products or services sold or purchased through the Services, will be resolved in accordance with the provisions set forth in this Legal Disputes Section.

#### A. Applicable Law

You agree that, except to the extent inconsistent with or preempted by federal law, the laws of the State of Utah, without regard to principles of conflict of laws, will govern the User Agreement and any claim or dispute that has arisen or may arise between you and eBay, except as otherwise stated in the User Agreement.

#### B. Agreement to Arbitrate

You and eBay each agree that any and all disputes or claims that have arisen, or may arise, between you and eBay relating in any way to or arising out of this or previous versions of the User Agreement, your use of or access to eBay's Services, or any products or services sold, offered, or purchased through eBay's Services shall be resolved exclusively through final and binding arbitration, rather than in court. Alternatively, you may assert your claims in small claims court, if your claims qualify and so long as the matter remains in such court and advances only on an individual (non-class, non-representative) basis. The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate.

1. **Prohibition of Class and Representative Actions and Non-Individualized Relief**
   YOU AND EBAY AGREE THAT EACH OF US MAY BRING CLAIMS AGAINST THE OTHER ONLY ON AN INDIVIDUAL BASIS AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, OR REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL ACTION OR PROCEEDING. UNLESS BOTH YOU AND EBAY AGREE OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE OR JOIN MORE THAN ONE PERSON'S OR PARTY'S CLAIMS, AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A CONSOLIDATED, REPRESENTATIVE, CLASS, OR PRIVATE ATTORNEY GENERAL ACTION OR PROCEEDING. ALSO, THE ARBITRATOR MAY AWARD RELIEF (INCLUDING MONETARY, INJUNCTIVE, AND DECLARATORY RELIEF) ONLY IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF NECESSITATED BY THAT PARTY'S INDIVIDUAL CLAIM(S). ANY RELIEF AWARDED CANNOT AFFECT OTHER USERS. If a court decides that applicable law precludes enforcement of any of this paragraph's limitations as to a particular claim for relief, then that claim (and only that claim) must be severed from the arbitration and may be brought in court, subject to your and eBay's right to appeal the court's decision. All other claims will be arbitrated.

2. **Arbitration Procedures**
   Arbitration is more informal than a lawsuit in court. Arbitration uses a

Document title: eBay User Agreement
Capture URL: https://web.archive.org/web/2017040422041/http:/pages.ebay.com/help/policies/user-agreement.html?rt=nc
Capture timestamp (UTC): Fri, 14 Apr 2023 00:58:40 GMT

INTERNET ARCHIVE
WayBackMachine
http://pages.ebay.com/help/policies/user-agreement.html?rt=nc
168 captures
28 Aug 2010 - 22 Mar 2023



paragraph's limitations as to a particular claim for relief, then that claim (and only that claim) must be severed from the arbitration and may be brought in court, subject to your and eBay's right to appeal the court's decision. All other claims will be arbitrated.

2. **Arbitration Procedures**

Arbitration is more informal than a lawsuit in court. Arbitration uses a neutral arbitrator instead of a judge or jury, and court review of an arbitration award is very limited. However, an arbitrator can award the same damages and relief on an individual basis that a court can award to an individual. An arbitrator should apply the terms of the User Agreement as a court would. All issues are for the arbitrator to decide, except that issues relating to arbitrability, the scope or enforceability of this Agreement to Arbitrate, or the interpretation of Section 1 of this Agreement to Arbitrate ("Prohibition of Class and Representative Actions and Non-Individualized Relief"), shall be for a court of competent jurisdiction to decide.

The arbitration will be conducted by the American Arbitration Association ("AAA") under its rules and procedures, including the AAA's Consumer Arbitration Rules (as applicable), as modified by this Agreement to Arbitrate. The AAA's rules are available at www.adr.org or by calling the AAA at 1-800-778-7879. The use of the word "arbitrator" in this provision shall not be construed to prohibit more than one arbitrator from presiding over an arbitration; rather, the AAA's rules will govern the number of arbitrators that may preside over an arbitration conducted under this Agreement to Arbitrate.

A party who intends to seek arbitration must first send to the other, by certified mail, a completed form Notice of Dispute ("Notice"). You may download a form Notice here. The Notice to eBay should be sent to eBay Inc., Attn: Litigation Department, Re: Notice of Dispute, 583 W. eBay Way, Draper, UT 84020. eBay will send any Notice to you to the physical address we have on file associated with your eBay account; it is your responsibility to keep your physical address up to date. All information called for in the Notice must be provided, including a description of the nature and basis of the claims the party is asserting and the relief sought.

If you and eBay are unable to resolve the claims described in the Notice within 30 days after the Notice is sent, you or eBay may initiate arbitration proceedings. A form for initiating arbitration proceedings is available on the AAA's site at www.adr.org. In addition to filing this form with the AAA in accordance with its rules and procedures, the party initiating the arbitration must mail a copy of the completed form to the opposing party. You may send a copy to eBay at the following address: eBay, Inc. c/o CT Corporation System, 1108 E South Union Ave., Midvale, UT 84047. In the event eBay initiates an arbitration against you, it will send a copy of the completed form to the physical address we have on file associated with your eBay account. Any settlement offer made by you or eBay shall not be disclosed to the arbitrator.

The arbitration hearing shall be held in the county in which you reside or at another mutually agreed location. If the value of the relief sought is $10,000 or less, you or eBay may elect to have the arbitration conducted by telephone or based solely on written submissions, which election shall be binding on you and eBay subject to the arbitrator's discretion to require an in-person hearing, if the circumstances warrant. In cases where an in-person hearing is held, you and/or eBay may attend by telephone, unless the arbitrator requires otherwise.

The arbitrator will decide the substance of all claims in accordance with applicable law, including recognized principles of equity, and will honor all claims of privilege recognized by law. The arbitrator shall not be bound by rulings in prior arbitrations involving different users, but is bound by rulings in prior arbitrations involving the same eBay user to the extent required by applicable law. The arbitrator's award shall be final and binding and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof.

3. **Costs of Arbitration**

Payment of all filing, administration and arbitrator fees will be governed by the AAA's rules, unless otherwise stated in this Agreement to Arbitrate. If the value of the relief sought is $10,000 or less, at your request, eBay will pay all filing, administration, and arbitrator fees associated with the arbitration. Any request for payment of fees by eBay should be submitted by mail to the AAA along with your Demand for Arbitration and eBay will make arrangements to pay all necessary fees directly to the AAA. If (a) you willfully fail to comply with the Notice of Dispute requirement discussed above, or (b) in the event the arbitrator determines the claim(s) you assert in the arbitration to be frivolous, you agree to reimburse eBay for all fees associated with the arbitration paid by eBay on your behalf that you otherwise would be obligated to pay under the AAA's rules.

4. **Severability**

With the exception of any of the provisions in Section 1 of this Agreement to Arbitrate ("Prohibition of Class and Representative Actions and Non-Individualized Relief"), if an arbitrator or court decides that any part of this Agreement to Arbitrate is invalid or unenforceable, the other parts of this Agreement to Arbitrate shall still apply.

5. **Opt-Out Procedure**

IF YOU ARE A NEW EBAY USER, YOU CAN CHOOSE TO REJECT THIS AGREEMENT TO ARBITRATE ("OPT-OUT") BY MAILING US A WRITTEN OPT-OUT NOTICE ("OPT-OUT NOTICE"). THE OPT-OUT NOTICE MUST BE POSTMARKED NO LATER THAN 30 DAYS AFTER THE DATE YOU ACCEPT THE USER AGREEMENT FOR THE FIRST TIME. YOU MUST MAIL THE OPT-OUT NOTICE TO EBAY INC., ATTN: LITIGATION DEPARTMENT, RE: OPT-OUT NOTICE, 583 WEST EBAY WAY, DRAPER, UT 84020.

SA1347

http://pages.ebay.com/help/policies/user-agreement.html?rt=nc

INTERNET ARCHIVE
WayBackMachine
168 captures
28 Aug 2010 - 22 Mar 2023

Go   FEB  APR  MAY
2016 2017 2018   ▼ About this capture

THIS AGREEMENT TO ARBITRATE ("OPT-OUT") BY MAILING US A WRITTEN OPT-OUT NOTICE ("OPT-OUT NOTICE"). THE OPT-OUT NOTICE MUST BE POSTMARKED NO LATER THAN 30 DAYS AFTER THE DATE YOU ACCEPT THE USER AGREEMENT FOR THE FIRST TIME. YOU MUST MAIL THE OPT-OUT NOTICE TO EBAY INC., ATTN: LITIGATION DEPARTMENT, RE: OPT-OUT NOTICE, 583 WEST EBAY WAY, DRAPER, UT 84020.

For your convenience, we are providing an Opt-Out Notice form you must complete and mail to opt out of the Agreement to Arbitrate. You must complete the Opt-Out Notice form by providing the information called for in the form, including your name, address (including street address, city, state and zip code), and the user ID(s) and email address(es) associated with the eBay account(s) to which the opt-out applies. You must sign the Opt-Out Notice for it to be effective. This procedure is the only way you can opt out of the Agreement to Arbitrate. If you opt out of the Agreement to Arbitrate, all other parts of the Agreement and its Legal Disputes Section will continue to apply to you. Opting out of this Agreement to Arbitrate has no effect on any previous, other, or future arbitration agreements that you may have with us.

6.  **Future Amendments to the Agreement to Arbitrate**

    Notwithstanding any provision in the User Agreement to the contrary, you and we agree that if we make any amendment to this Agreement to Arbitrate (other than an amendment to any notice address or site link provided herein) in the future, that amendment shall not apply to any claim that was filed in a legal proceeding against eBay prior to the effective date of the amendment. The amendment shall apply to all other disputes or claims governed by the Agreement to Arbitrate that have arisen or may arise between you and eBay. We will notify you of amendments to this Agreement to Arbitrate by posting the amended terms on www.eBay.com at least 30 days before the effective date of the amendments and by providing notice through the eBay Message Center and/or by email. If you do not agree to these amended terms, you may close your account within the 30-day period and you will not be bound by the amended terms.

**C. Judicial Forum for Legal Disputes**

Unless you and we agree otherwise, in the event that the Agreement to Arbitrate above is found not to apply to you or to a particular claim or dispute, either as a result of your decision to opt out of the Agreement to Arbitrate or as a result of a decision by the arbitrator or a court order, you agree that any claim or dispute that has arisen or may arise between you and eBay must be resolved exclusively by a state or federal court located in Salt Lake County, Utah. You and eBay agree to submit to the personal jurisdiction of the courts located within Salt Lake County, Utah for the purpose of litigating all such claims or disputes.

**General**

eBay Inc. is located at 2025 Hamilton Ave., San Jose, CA 95125. eBay Inc.'s North American Customer Service Operations Center is located at 583 West eBay Way, Draper, UT 84020. eBay Europe S.à r.l. is located at 22-24 Boulevard Royal, L-2449 Luxembourg. eBay International AG is located at Helvetiastrasse 15/17, 3005, Bern, Switzerland. eBay India Private Limited is located at 14th Floor, North Block, R-Tech Park, Western Express Highway, Goregaon (East), Mumbai 400063, Maharashtra (India).

Except as otherwise provided in this Agreement, if any provision of this User Agreement is held to be invalid, void or for any reason unenforceable, such provision shall be struck out and shall not affect the validity and enforceability of the remaining provisions. In our sole discretion, we may assign this User Agreement, and in such event, we will post notice on www.ebay.com.

Headings are for reference purposes only and do not limit the scope or extent of such Section. Our failure to act with respect to a breach by you or others does not waive our right to act with respect to subsequent or similar breaches. We do not guarantee we will take action against all breaches of this User Agreement.

We may amend this User Agreement at any time by posting the amended terms on www.eBay.com. Our right to amend the User Agreement includes the right to modify, add to, or remove terms in the User Agreement. We will provide you 30 days' notice by posting the amended terms. Additionally, we will notify you through the eBay Message Center and/or by email. Your continued access or use of our Services constitutes your acceptance of the amended terms. We may also ask you to acknowledge your acceptance of the User Agreement through an electronic click-through. This User Agreement may not otherwise be amended except through mutual agreement by you and an eBay representative who intends to amend this User Agreement and is duly authorized to agree to such an amendment.

The policies posted on our sites may be changed from time to time. Changes take effect when we post them on the eBay site.

If you create or use an account on behalf of a business entity, you represent that you are authorized to act on behalf of such business and bind the business to this User Agreement. Such account is owned and controlled by the business entity. No agency, partnership, joint venture, employee-employer or franchiser-franchisee relationship is intended or created by this User Agreement.

The User Agreement, the User Privacy Notice, and all polices posted through our Services set forth the entire understanding and agreement between you and eBay, and supersede all prior understandings and agreements of the parties.

Document title: eBay User Agreement
Capture URL: https://web.archive.org/web/2017040422041/http:/pages.ebay.com/help/policies/user-agreement.html?rt=nc
Capture timestamp (UTC): Fri, 14 Apr 2023 00:58:40 GMT

Page 9 of 10

SA1348

http://pages.ebay.com/help/policies/user-agreement.html?rt=nc



close your account within the 30-day period and you will not be bound by the amended terms.

**C. Judicial Forum for Legal Disputes**

Unless you and we agree otherwise, in the event that the Agreement to Arbitrate above is found not to apply to you or to a particular claim or dispute, either as a result of your decision to opt out of the Agreement to Arbitrate or as a result of a decision by the arbitrator or a court order, you agree that any claim or dispute that has arisen or may arise between you and eBay must be resolved exclusively by a state or federal court located in Salt Lake County, Utah. You and eBay agree to submit to the personal jurisdiction of the courts located within Salt Lake County, Utah for the purpose of litigating all such claims or disputes.

**General**

eBay Inc. is located at 2025 Hamilton Ave., San Jose, CA 95125. eBay Inc.'s North American Customer Service Operations Center is located at 583 West eBay Way, Draper, UT 84020. eBay Europe S.à r.l. is located at 22-24 Boulevard Royal, L-2449 Luxembourg. eBay International AG is located at Helvetiastrasse 15/17, 3005, Bern, Switzerland. eBay India Private Limited is located at 14th Floor, North Block, R-Tech Park, Western Express Highway, Goregaon (East), Mumbai 400063, Maharashtra (India).

Except as otherwise provided in this Agreement, if any provision of this User Agreement is held to be invalid, void or for any reason unenforceable, such provision shall be struck out and shall not affect the validity and enforceability of the remaining provisions. In our sole discretion, we may assign this User Agreement, and in such event, we will post notice on www.ebay.com.

Headings are for reference purposes only and do not limit the scope or extent of such Section. Our failure to act with respect to a breach by you or others does not waive our right to act with respect to subsequent or similar breaches. We do not guarantee we will take action against all breaches of this User Agreement.

We may amend this User Agreement at any time by posting the amended terms on www.eBay.com. Our right to amend the User Agreement includes the right to modify, add to, or remove terms in the User Agreement. We will provide you 30 days' notice by posting the amended terms. Additionally, we will notify you through the eBay Message Center and/or by email. Your continued access or use of our Services constitutes your acceptance of the amended terms. We may also ask you to acknowledge your acceptance of the User Agreement through an electronic click-through. This User Agreement may not otherwise be amended except through mutual agreement by you and an eBay representative who intends to amend this User Agreement and is duly authorized to agree to such an amendment.

The policies posted on our sites may be changed from time to time. Changes take effect when we post them on the eBay site.

If you create or use an account on behalf of a business entity, you represent that you are authorized to act on behalf of such business and bind the business to this User Agreement. Such account is owned and controlled by the business entity. No agency, partnership, joint venture, employee-employer or franchiser-franchisee relationship is intended or created by this User Agreement.

The User Agreement, the User Privacy Notice, and all polices posted through our Services set forth the entire understanding and agreement between you and eBay, and supersede all prior understandings and agreements of the parties.

The following Sections survive any termination of this User Agreement: Fees, Content, Disclaimer of Warranties; Limitation of Liability; Indemnity, and Legal Disputes.

If you are a California resident, in accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at 400 R Street, Sacramento, CA 95814, or by telephone at (800) 952-5210.

Pursuant to 815 ILCS 414/1.5(c), for transactions involving tickets to events in Illinois, buyers and sellers may elect to submit complaints against one another to the American Arbitration Association ("AAA") under its rules and procedures. The AAA's rules are available at www.adr.org.  Such complaints shall be decided by an independent arbitrator in accordance with this User Agreement. Buyers and sellers further agree to submit to the jurisdiction of the State of Illinois for complaints involving a ticketed event held in Illinois.

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Information Center     Policies     Affiliates     Help & Contact
Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

*EXPERT Affidavit #1*

*PATRICK MICHAEL O'LEARY*

# Plaintiff's Expert Affidavit #1

Plaintiff000787

Monday, December 5, 2022

**SA1350**

EXPERT Affidavit #1                                                        PATRICK MICHAEL O'LEARY

# Table of Contents

Plaintiff's Expert Affidavit #1 Sworn Statement                        3
Plaintiff's Expert Affidavit #1 Conclusion                            17
Plaintiff's Expert Affidavit #1 Signature                             19
Exhibit A Plaintiff's Experts CV                                      21

Plaintiff000788

**SA1351**

EXPERT Affidavit #1                                                PATRICK MICHAEL O'LEAR

# Plaintiff's Expert

# Affidavit #1

# Sworn Statement



Plaintiff000789

*EXPERT Affidavit #1*                                                                            *PATRICK MICHAEL O'LEARY*

**Plaintiffs:**      Trombetta                                              Southern District of New York
                        *VS.*                                  §

**Defendants:**                                              §          **Case No.** CV18 0993
                        Novocain

### AFFIDAVIT  SWORN  STATEMENT

**Date**: December 5th, 2022

My legal name is Patrick Michael O'Leary ("Affiant"), and I acknowledge I am:

    a) **Age**: 58 years old
    b) **Address**: 31 Par Ln N, Brentwood, New York, 11717
    c) **Residency**: New York

Being duly sworn, I hereby declare under oath that I (Patrick Michael O'Leary) have been retained as an expert by the Plaintiff to render my expert opinions in this matter. Accordingly, this document will serve as an expert witness affidavit for the Plaintiff.

I can state the following with absolute certainty:

I have **35** years of *relevant* and *recent* experience with *Internet* activities.

I have the *expertise, scientific/technical/specialized knowledge, skill, training, education, and personal experience* beyond the common knowledge **and** outside the executive function of the Trier that qualifies me to render expert opinions on this litigation matter.

*My analysis, recommendations, and opinions are with **Intellectual Rigor, Replicability, and Reliability** with **sufficient facts or data** as expected with expert witness affidavits and reports!*

*EXPERT Affidavit #1*                                                                    PATRICK MICHAEL O'LEARY

To The Honorable Judge Cave,

I am writing to the Court on behalf of Annamarie Trombetta, the Plaintiff in this legal matter.

In **1987**, I completed a bachelor's degree in Electrical Engineering / Computer Science from the **NYU** / Polytechnic Institute of Brooklyn, New York *("Brooklyn Poly")*.

In **2000**, I sold an Internet Social media dot-com to *Lycos* for **45** million dollars.

In **2011**, I completed **seven** IT security certifications with ISC2, EC-Counsel, and Comp-TIA. (CISSP, CEH, CHFI, etc.)  The CISSP (**C**ertified **I**nformation **S**ystems **S**ecurity **P**rofessional) certification exam is to Information Technology as a Bar Exam would be to a lawyer.

In **2020**, I completed my **MBA** from Hofstra University with a **3.96** GPA.

Presently, I am *(slowly)* working on my **JD** law degree.

I have **thirty-five** plus years of post-college hands-on industry experience, from sitting in a cubicle programming and developing software to being the **Chief Technology Officer (CTO)** and **Chief Executive Officer (CEO)**.

I have experience in **Internet business** areas of Planning, Strategy, Analysis, Operations Research, Sales, Marketing, Branding, Finances, Budgeting, Human Resources, Real Estate(Data Centers), Acquisitions, Mergers, Due Diligence, Risk Management, Sale of Company, Venture Capital, Investment Bankers, Social Media, Intellectual Property, Patents, Prior Art and Trademarks.

I have experience in the **Internet technical** areas of **Security**, **Programming**, Databases, Websites, SEO, Engineering, **Software**, Hardware, Networking (TCP/IP), Routing, Content. Filtering, **eMail (SMTP)**, Life-cycle, Risk Management, Information Technology (IT), Facility Maintenance/ Construction, Social Networking, Linux, Apache, MySQL, PHP, C#, HTML, Big Data platforms and content management systems like Drupal.

As a result, I have been admitted to the *1st, 2nd, 3rd, and 5th* Federal Circuits as an Internet subject matter expert.

I am currently an Internet Expert Witness and consult for law firms as an Internet Litigation Consultant.

**My full detailed CV is in Exhibit A.**                                            Plaintiff000791

*EXPERT Affidavit #1*                                                                      *PATRICK MICHAEL O'LEARY*

The Plaintiff, Ms. Trombetta engaged me a **few months ago** to assist her with **technology** and **business** matters for both *liability and damages* in the litigation.

On or about **November 27th, 2022**, Ms. Trombetta requested my assistance regarding **two** email messages sent to her from the Defendant's attorney, Adam Bialek.

1) The **first** was sent **November 17, 2022,** was unable to be opened on her computer as it was in a **".eml"** format.

2) The **second** concerned the content of coding she received from the Defendants attorney on **November 23rd, 2022.** *(The Wednesday before Thanks Giving.)*

The **first** email was in a format for use with an email application on a computer or handheld device. I opened the first email with the default mail program on an Apple MacMini running MacOS Monterey (12.4). This effort resulted in an email from eBay regarding an item sold, referencing a 1972 oil painting that Ms. Trombetta did not paint.

The **second** email only contained HTML coding for the body of an eBay receipt email. Ms. Trombetta requested the full raw email (in plain ASCII text) to include the entire *Simple Mail Transfer Protocol* (**SMTP**) message stream.

In a conference call, she explained the **three simple steps** for how the Defendants could export and send this information to her in compliance with this request. These three steps are as follows:



1. **Open** the message.

2. Click the **More Menu** *(shown with 3 dots)* in the top right of this message window.

3. In the drop-down menu, choose **View Raw Message** or **Original Message** option.

I confirm that her explanation and method are correct. Candidly, this is not difficult stuff, her instructions are pretty straightforward, as a person only needs to find the active drop-down menu (associated with an email message), which has the **View Raw Message** or **View Original** email.

A new window will appear showing the **raw email message** she requested, containing **all** the **SMTP** protocol data and the entire email message (in all its formats) with any attachments.

Plaintiff000792

EXPERT Affidavit #1                                              PATRICK MICHAEL O'LEARY

## Simple Mail Transport Protocol (SMTP) Overview



**Teaching Note:** The SMTP protocol data will include the *Name:Value* variable pairs, including (but not limited to) the sender's email, the date, the receiver's email address, etc. I show a general visual layout below.



An example of the full SMTP raw message is as follows.



Plaintiff000793

EXPERT *Affidavit #1*                                                                                                    *PATRICK MICHAEL O'LEARY*

Below, I show a partial screenshot of the **second** email sent to Ms. Trombetta from Mr. Bialek on **November 23rd, 2022.**

Mail · Annamarie Trombetta · Outlook

### RE: Email

**Bialek, Adam <Adam.Bialek@wilsonelser.com>**
Wed 11/23/2022 11:33 AM

To: 'Annamarie Trombetta' <annamarietrombettalegal@outlook.com>; 'Annamarie Trombetta' <atrombettaart@gmail.com>; 'ajd@hoganduff.com' <ajd@hoganduff.com>; 'ajd@andersonjduff.com' <ajd@andersonjduff.com>
Cc: Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>

Here is the Source Information from the email that I was able to capture. Being sent as a courtesy.

`<html><head>`
`</head><body><div dir="ltr"><br><div class="gmail_quote">`·········· Forwarded message ··········`<br>From: <b class="gmail_sendername">eBay</b> <span dir="ltr">&lt;<a href="mailto:ebay@ebay.com">ebay@ebay.com</a>&gt;</span><br>Date: Sat, Dec 1, 2012 at 9:54 PM<br>Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)<br>To: <a href="mailto:ebay@novocin.com">ebay@novocin.com</a><br><br> <br><div><div id="m_3729392004584666707Header"><div><table border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td width="100%" style="word-wrap:break-word"><table cellpadding="2" cellspacing="3" border="0" width="100%"><tbody><tr><td width="1%" nowrap=""><img src="http://q.ebaystatic.com/aw/pics/logos/ebay_95x39.gif" height="39" width="95" alt="eBay"></td><td align="left" valign="bottom"><span style="font-weight:bold;font-size:xx-small;font-family:verdana,sans-serif;color:#666"><b>eBay sent this message to Norb &amp; Marie Novocin (estateauctionsinc).</b><br></span>`



`<span>Don't want to receive this email? <a href="http://my.ebay.com/ws/eBayISAPI.dll?EmailUnsubscribe&amp;emailType=12011" target="_blank">Unsubscribe from this email</a>.</span><br>`
`</span></li></ul></div></div></div></div><div id="m_3729392004584666707MarketPlaceSafetyTip"></div><div id="m_3729392004584666707Footer"><div><hr style="HEIGHT:1px"><table border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td width="100%"><font style="font-size:10pt;font-family:arial,sans-serif;color:#000"><b>Email reference id: [#<wbr>45d0df16f2ea40759d3656f834970b<wbr>06#]</b><br>Please don't remove this number. eBay customer support may ask you for this number, if you should need assistance.</font></td></tr></tbody></table><br></div><hr style="HEIGHT:1px"><table border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td width="100%"><font style="font-size:xx-small;font-family:verdana;color:#666"><a href="http://pages.ebay.com/education/spooftutorial/index.html" target="_blank">Learn More</a> to protect yourself from spoof (fake) emails.<br><br>eBay sent this email to you at <a href="mailto:ebay@novocin.com" target="_blank">ebay@novocin.com</a> about your account registered on <a href="http://www.ebay.com" target="_blank">www.ebay.com</a>.<br><br>eBay sends these emails based on the preferences you set for your account. To unsubscribe from this email, change your <a href="http://my.ebay.com/ws/eBayISAPI.dll?MyEbayBeta&amp;CurrentPage=MyeBayNextNotificationPreferences" target="_blank">communication preferences</a>. Please note that it may take up to 10 days to process your request. Visit our <a href="http://pages.ebay.com/help/policies/privacy-policy.html" target="_blank">Privacy Policy</a> and <a href="http://pages.ebay.com/help/policies/user-agreement.html" target="_blank">User Agreement</a> if you have any questions.<br><br>Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125. </font></td></tr></tbody></table><img src="http://rover.ebay.com/roveropen/0/e12011/7?euid=45d0df16f2ea40759d3656f834970b06" height="1" width="1"></div></div></div><br></div>`</body></html>`

Page     3  /  3     —    🔍    +

Plaintiff000794

## SA1357

*EXPERT Affidavit #1*                                                        *PATRICK MICHAEL O'LEARY*

This response from the Defendants is merely the HTML coding of the body of the eBay email, which is **NOT** compliant with the discovery request made by Ms. Trombetta.  As I explained above, Ms. Trombetta gave the Defendants step-by-step instructions, practically holding their hand on how to respond correctly.  *(Unfortunately, from the outside looking in, this behavior of the Defendants seems to occur frequently.)*

Nonetheless, I took this HTML code in the Defendant's second email response from **November 23rd, 2022,** and put it into a file on my *ExpertWitness.com* server.  The output of that file is as follows.



You can verify these by clicking on or directing your browser to the following web address URLs:

| Item | Date | Verification Link |
|------|------|-------------------|
| HTML from the *eml* file | November 17th, 2022 | http://www.expertwitness.com/at4.html |
| HTML from *sent* email | November 23rd, 2022 | http://www.expertwitness.com/at3.html |

Plaintiff000795

EXPERT Affidavit #1                                                    PATRICK MICHAEL O'LEARY

I am returning to the **first** email (eml file) the Defendants sent to Ms. Trombetta **on November 17, 2022**. The following screenshot shows this email opened by the email application program.



To be clear, the HTML source information sent to Ms. Trombetta on **November 17, 2022** (in email) produced the **same visual** document that she received on **November 23, 2022** *(in eml format* that she could not view before my assistance).

**Here is the first problem!**

Ms. Trombetta requested the Original or Raw Message Data for the 2012 eBay sale.

Unfortunately, from my analysis and inspection, I can state that she was **not** sent the raw email message with all the SMTP data as requested.

*EXPERT Affidavit #1*                                                    *PATRICK MICHAEL O'LEARY*

Defendant, Estate Auctions Inc. in discovery, turned over **two versions** of the receipt for the eBay sale in question.

**Bates 58-59**                                    EAI000058
                                    Wednesday, April 27, 2022 at 21:30:09 Eastern Daylight Time

Subject: Fwd: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie
         Trombetta yqr (330833102936)
Date:    Tuesday, January 10, 2017 at 5:28:43 PM Eastern Standard Time
From:    eBay EAI
To:      Norb Novocin, marie novocin

--------- Forwarded message ---------
From: eBay <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqr
(330833102936)
To: ebay@novocin.com

eBay
        eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
        Your registered name is included to show this message originated from eBay. Learn more

**Congratulations, your item sold!**

Dear estateauctionsinc,

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print

Complete one of the following:

- Print a shipping label. Avoid a trip to the post office, print and pay for your label at home. Printing shipping la
  you reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking i
  automatically.
- Provide shipping and tracking information. When you upload tracking information to eBay, we'll send it to yo
  the item is on its way. This will save you time, and may result in fewer questions from buyers and higher det
- Mark your item as shipped in My eBay. Do this, and we'll let your buyer know the item is on its way. This wil
  result in fewer questions from buyers and higher detailed seller ratings.

You should always leave feedback for your buyer to encourage them to buy from you again.

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqr

1972 Original Oil Painting Man
Annamarie Trombetta yqr
Sale price:        $181.!
Quantity sold:     1
Sale date:         De>0
Buyer:             nina o
                   9nack
                   [conta
Buyer's shipping address  nina o
                   14215
                   reno, I

Sell another Item | Send Invoice

Select your email preferences

- Want to reduce your inbox email volume? Receive this email as a daily digest.
  For other email digest options, go to Notification Preferences in My eBay.
- Don't want to receive this email? Unsubscribe from this email.

Page 1 of 2

EAI000059

Email reference Id: [#45d0df16f2ea40759d3656f834970b66#]
Please don't remove this number. eBay customer support may ask you for this number, if you should need
assistance.

Learn More to protect yourself from spoof (fake) emails.

eBay sent this email to you at ebay@novocin.com about your account registered on www.ebay.com

eBay sends these emails based on the preferences you set for your account. To unsubscribe from this email, change your communication
preferences. Please note that it may take up to 10 days to process your request. Visit our Privacy Policy and User Agreement if you have any
questions.

Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the
eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125.

Plaintiff000797

EXPERT Affidavit #1                                                      PATRICK MICHAEL O'LEARY

Defendant, Estate Auctions Inc. turned over a discovery response of the receipt for the eBay sale in question.



**Here is the second problem:**

**Question:** How do we have *THREE* different screenshots for the same eBay sales receipt? *(#1, #2 are the same but different from both #3 and #4.)*

**Question:** Why can't the Defendants comply with a simple discovery request?

**Answer:** Something nefarious is obviously going on here by the Defendants.

Plaintiff000798

EE  eBay
Fwd: Y...        ...ginal Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
To: No...

January 10, 2017 at 5:28 PM

---------- Forwar...
From: eBay <e...
Date: Sat, Dec ...
Subject: Your e...        ...il Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
To: ebay@novocin.com

*Plaintiff's Evidence 000749.*

**ebay**   eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
Your registered name is included to show this message originated from eBay. Learn more.

## Congratulations, your item sold!

Dear estateauctionsinc,

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print your eBay shipping label.

**Provide shipping information**

**Go to My eBay**

Complete one of the following:

- Print a shipping label Avoid a trip to the post office, print and pay for your label at home. Printing shipping labels on eBay also offers you reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking information is uploaded automatically.
- Provide shipping and tracking information. When you upload tracking information to eBay, we'll send it to your buyer and let them know the item is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed seller ratings.
- Mark your item as shipped in My eBay. Do this, and we'll let your buyer know the item is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed seller ratings.

You should always leave feedback for your buyer to encourage them to buy from you again.

| | |
|---|---|
| 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz | |
| Sale price: | $181.50 |
| Quantity sold: | 1 |
| Sale date: | Dec-01-12 18:54:01 PST |
| Buyer: | nina correia |
| | 9naclock (ninascorreia@aol.com) [contact buyer] |
| Buyer's shipping address: | nina correia |
| | 14215 prairie flower ct |
| | reno, NV 89511-6710 United States |

Sell another item | Send invoice to buyer

**Select your email preferences**

- Want to reduce your inbox email volume? Receive this email as a daily digest. For other email digest options, go to Notification Preferences in My eBay.
- Don't want to receive this email? Unsubscribe from this email.

**Email reference id: [#45d0df16f2ea40759d3656f834970b06#]**
Please don't remove this number. eBay customer support may ask you for this number, if you should need assistance.

Learn More to protect yourself from spoof (fake) emails.

eBay sent this email to you at ebay@novocin.com about your account registered on www.ebay.com.

eBay sends these emails based on the preferences you set for your account. To unsubscribe from this email, change your communication preferences. Please note that it may take up to 10 days to process your request. Visit our Privacy Policy and User Agreement if you have any questions.

Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125.

Plaintiff000799



## Timeline of the Ebay Receipt History

Looking at the eBay receipts from a birds eye view in a timeline, it is pretty obvious something underhanded is going on. You can scroll up to see bigger pictures of each image.

Plaintiff000800

*EXPERT Affidavit #1*                                                              *PATRICK MICHAEL O'LEARY*

---

## Regarding Email Dated Feb 20, 2016 to Will/Support @ worthpoint.com

---

Here is the ORDER of the Court:

ORDER: Pursuant to the telephonic discovery conference held today, November 23, 2022 (the "Conference"), the Court orders as follows: 1. Defendants Norb Novocin, Marie Novocin, and Estate Auctions Inc. (together, the "EAI Defendants") shall produce to pro se Plaintiff Annamarie Trombetta ("Ms. Trombetta"), the following: a. the eBay receipt of the 2012 sale of the 1972 original oil painting, in the native electronic format; and b. documentation of the medium by which the transaction occurred (i.e., Paypal, credit card, check, etc.), to the extent such information exists. 2. Defendant Worthpoint Corporation ("Worthpoint," together with the EAI Defendants, the "Defendants") shall produce to Ms. Trombetta the last known contact information for Greg Watkins and Anita Brooks. 3. Ms. Trombetta's request for EAI's 2012 tax returns and information relating to its computer server is DENIED. 4. As a result of Ms. Trombetta's representations at the Conference concerning the damages she is seeking in this action, Worthpoint's requests for Ms. Trombetta's tax and medical records, and sales records from 2018 through 2021, are DENIED WITHOUT PREJUDICE. 5. Ms. Trombetta shall produce to Defendants, the following: a. the February 20, 2016 email and attachments in native electronic format; and b. all communications Ms. Trombetta has had with any non-party witnesses relevant to the claims or defenses in this action. 6. The parties shall produce the documents set forth in this Order by no later than December 2, 2022. 7. Defendants shall order a transcript of the Conference and file it on the docket. The parties shall submit a single request to: etranscripts@nysd.uscourts.gov by Monday, November 28, 2022. The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below. SO ORDERED. (Signed by Magistrate Judge Sarah L Cave on 11/23/2022)

The following will show Ms. Trombetta's compliance with the above Court ORDER.

Plaintiff000801

Monday, December 5, 2022                         Page 14 of 33

**SA1364**

EXPERT Affidavit #1                                                                                    PATRICK MICHAEL O'LEARY

The following is a screenshot of my email sent to the Defendant's lawyers on **Friday, Dec, 2nd, 2022** regarding this 2016 email.



This particular screenshot is taken from the Yahoo email inbox of the Plaintiff.

Plaintiff000802

*EXPERT Affidavit #1*                                                    *PATRICK MICHAEL O'LEARY*

The attached file in the above email is Zip archive file *(a standard archive format)* that creates a folder named *"will worth point 2016 02 20"*.  The following screenshots show it contents.



Plaintiff000803

**SA1366**

EXPERT Affidavit #1                                                    PATRICK MICHAEL O'LEARY

# Plaintiff's Expert

# Affidavit #1

# Conclusion



Plaintiff000804

EXPERT Affidavit #1                                                    PATRICK MICHAEL O'LEARY

---

### General Summary:

It appears the Defendant's lawyers just did a quick swipe of the mouse and then a cut-n-paste of the email body rather than properly extracting the full SMTP email message (in its entirety). This action resulted in something that is potentially not authentic. In light of the Defendants turning over three separate copies of the one receipt, in order to determine the authenticity, it is industry practice to forensically analyze the three separate SMTP raw email messages.

Per my advice, Ms. Trombetta based her request for the original SMTP raw email message on the fact that Defendants produced three different eBay receipts (which I have viewed and analyzed).

Two of the eBay receipts have numbers, and the last does not. I caution the Court to be aware of the HTML and eml email timeline. The HTML coding establishes and reveals that the raw or original message of the last unnumbered document (eml) should not be contained within the alleged 2012 eBay receipt due to the time frame of its release to Ms. Trombetta.

**It seems the Defendants are not being truthful, thus any reasonable person would likely conclude that they are concealing something.**

From a **qualitative** and logical high-level view, it is clear that Ms. Trombetta did **NOT** create this painting as she would have only been **9** years old in **1972**.

Hence, compounded with the **quantitative** alterations shown above, something nefarious has undoubtably taken place in this dispute that support Ms. Trombetta's liability and damages claims.

Regarding damages, while eBay in 2022, may be *far* more acceptable in the business mainstream, we need to consider that this unauthorized fraudulent transaction happened ten years ago in 2012 when such acceptance by the Art industry did not exist. Hence, further supporting Ms. Trombetta's claims for liability and damages against the Defendants.

Such undermining on the part of the Defendants would certainly impede Ms. Trombetta to market herself as a top-tier artist (and her work) in New York City and in other markets around the world.

Lastly, if the Defendants complied, Ms. Trombetta would not have incurred the expense for my services for this analysis.

Thank you.
Patrick Michael O'Leary, MBA, EE, CISSP

Plaintiff000805

Monday, December 5, 2022                         Page 18 of 22

*EXPERT Affidavit #1*                                                           *PATRICK MICHAEL O'LEARY*

# Plaintiff's Expert

# Affidavit #1

# Signature



Plaintiff000806

| **Expert's Signature and Notarization:** |
| --- |

Under penalty of perjury, I hereby declare and affirm that the statements mentioned above are true and correct to the best of my knowledge.

Patrick Michael O'Leary,

MBA, EE, CISSP

**Date:** Monday, December 5th, 2022

## NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which the certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of:** New York
**County of:** Suffolk

On December 05th, 2022 before me, BHADRESH ACHARYA personally appeared **Patrick Michael O'Leary** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of **New York** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

BHADRESH ACHARYA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AC6002985
Qualified in Suffolk County
Commission Expires October 13, 2026

Plaintiff000807

*EXPERT Affidavit #1*

*PATRICK MICHAEL O'LEARY*

# Exhibit
# A

# Plaintiff's Experts
# CV



Plaintiff000808

*EXPERT Affidavit #1*                                                      *PATRICK MICHAEL O'LEARY*

**See CV document (separately attached)**

Plaintiff000809

**SA1372**

*Curriculum Vitae / Resume*                    ***Patrick Michael O'Leary***                    *August 10, 2022*

## Overview:

For more than thirty (30) years, I have been an entrepreneur and have worked and been the C-level founder of several different startup companies. This experience yielded me a diverse Business, Technical & Internet background and expertise with real-world post-college industry experience.

I was a founder & CEO of an early dot-com that sold for **44** million dollars. Many industry experts say it was the genesis of today's social media and the pinnacle of online dating (a sector now of $2B-$3B).

I have a unique talent for prototyping solutions to critical business problems quickly, thus, enabling a business team to make informed decisions more rapidly, staying ahead of the competition. In addition, my experience allows me to come up with unique and effective engineering solutions to solve real business problems.

I have patience, good communication skills, and a natural ability to teach and train at any skill level.

I have also testified in Federal Court as an expert witness and engaged by Yahoo, Twitter, and Google.

I have been a liaison between the management, business, legal and technical departments.

In my career, I have worked on just about every business and technical aspect of the Internet thus far.

## Skills:

**C-Level Management:**
CEO, COO, CTO

**Business:**
Planning, Strategy, Analysis, Operations Research, Sales, Marketing, Branding, Finances, Budgeting, Human Resources, Real Estate, Acquisitions, Mergers, Due Diligence, Risk Management, Software Piracy, Sale of Company, Venture Capital, Investment Bankers, Social Media, Information Technology, IP, Patents, Prior Art, Trademarks, Customer Service Rep Management, Day Trading (FOREX/Futures)

**Technology:**
Internet, Security, Programming, Databases, Websites, SEO, CMS, Engineering, Software, Hardware, Networking, Routing,  Life-cycle, Risk Management, Information Technology, Automation, Process Control, Facility Maintenance/ Construction, Social Networking, Training

**Expert Witness Testimony & Court Admissions:**
- **Federal**: Texas, Pennsylvania, Massachusetts, New York, California
- **State/Local:** Texas, Florida, Arizona

| Education: | | School: |
|---|---|---|
| JD | Currently working on my Law Degree | Novus Law School |
| *MBA* | Executive MBA Program:  *3.95 GPA* | Hofstra University |
| BSEE | Electrical Engineering / Computer Science | NYU / Brooklyn Polytechnic |
| AS | Engineering Science | SCCC |
| AAS | Liberal Arts | SCCC |
| — | Audited various Divinity graduate courses | Kings University |

*Cell: +1 (570) 231 - 3141*                    *Page 1 of 6*                    *eMail: Patrick@ExpertWitness.com*

**SA1373**

*Curriculum Vitae / Resume*                    *Patrick Michael O'Leary*                    *August 10, 2022*

## Skills (cont):

**Software:**

**OS**: UNIX, Linux, CentOS, OSX, Windows, MS-DOS, iOS, Android

**Data**: MySQL, Postgres, Oracle, Informix

**WEB**: CloudFlare, Varnish, Apache, SOLR, TIKI, Drupal 7/9, CMS

**Video**: Camtasia, Screenflow, Apple Motion, Final Cut

**Programming:** *(since 1982)*

PHP, R/Rstudio, Shiny, C#, C/C++, HTML, CSS, SQL, JavaScript

Python, Java, Shell Scripting, BASIC, Pascal, FORTRAN, X/Motif

**Hardware:**

Apple, Intel, PC, HP, Alienware, Cisco, Sun, Lucent, Livingston, Ascend

**Websites:**

- ExpertWitness.com.
- Social.net
- MatchMaker.com

**Intellectual Property:**

- Two Patent Applications Pending
- Others under conceptual development

**Expert Witness Testimony & Court Admissions:**

- **Federal**: Texas, Pennsylvania, Massachusetts, New York, California
- **State/Local:** Texas, Florida, Arizona

## Certifications:

| | | Organization: |
|---|---|---|
| CISSP | Certified Information Systems Security Professional #408201 | ISC2 |
| CEH | CEH Certified Ethical Hacker | EC-Counsel |
| CHFI | Certified Hacking Forensic Investigator | EC-Counsel |
| ECSA | Counsel Certified Security Analyst | EC-Counsel |
| LPT | Line Penetration Tester | EC-Counsel |
| Network+ | Network Plus | CompTIA |
| Security+ | Security Plus | CompTIA |
| PMP | Project Management Professional | Google |

## Short Narrative:

My career has given me experience in all business / technical / hardware/software aspects of the companies I have worked for or own. In addition, I have made it a focus of my career to be a liaison between various organizations' business, legal, and technology groups.

My software programming experience spans the last 30+ years. In high school, I started learning the absolute basics of various small computers (TI-99-4a, Commodore-64).  Then, in college, I worked on a whole host of mainframes, minicomputers, and PCs. These systems included the early Intel PCs, IBM 370, DEC PDP-11s, and many other platforms by Apollo, Gould, and Hewlett Packard. The programming languages used on these platforms were Basic, Pascal, C/C++, Assembler, FORTRAN, and various scripting languages. Every system had a unique operating system; I spent most of my time on UNIX, Linux, and OS-X(Apple) class machines.

While much of my recent experience has been that of a high-level abstracted expert witness on Internet business litigation matters, I still make it a point to stay current with the personal hands-on details of the technology. Such requires my willingness to learn new things about business, technology, security, and people every day.

# SA1374

*Curriculum Vitae / Resume*                    **Patrick Michael O'Leary**                                    *August 10, 2022*

My career started in 1987 with a degree in Electrical Engineering from the NYU / Polytechnic Institute of Brooklyn, New York. The industries I have worked in include: telecommunications, transportation, and the Internet. I have worked domestically and internationally for NEC, US West, American Airlines, Ryder Truck, Santa Fe Rail Roads, and Ansett Airlines. My general Internet application experience includes Social Networking/Media, Education, Legal, Dating, and many other business e-commerce applications.

I have been successful in the Internet and online businesses since the late 80s. An early business entry on the Internet started as a social hobby that became a defining milestone in my career. This hobby propelled me to become the CEO and a founder of an Internet site and Social Network known as MatchMaker.com. The website was profitable and self-funded (no venture capital) until February 1999. Over the course of MatchMaker.com's history, I was the founding President and CEO, the first full-time employee, and the largest single common shareholder. Under my leadership, media metrics rated us as the 2nd stickiest site on the Internet and grew at 8% or greater per month, making it the largest online dating site. In 1995, I decided to make MatchMaker.com my full-time job; I was the only employee. By 1999, I had created a fully functional corporation with 28 full-time employees and 11 remote, part-time employees, generating over **$7 million** in annual revenue.

In the early days of the mainstream Internet ('90-'97), MatchMaker.com had over 4 million users with up to 230 million page views per month. This explosive growth generated millions of dollars per annum. Unlike today's Internet companies, we accomplished our substantial growth with revenues solely created by the company and not infused or borrowed capital.

This rapidly growing network competed with today's well-known companies such as; Match.com, AOL, and Yahoo Personals. Even with this robust group of market competitors, it became the number one singles and dating social network site on the Internet. Unfortunately, while the company was growing, the "Internet Bubble" crash of 2000 took place. Despite that crash, the company garnered profound respect and sold to Lycos for 45 million US dollars in cash.

By the time it sold to Lycos in July 2000, MatchMaker.com had employed 124 people in 8 separate departments. I had developed experience and expertise in various fields to grow this company over this concise timeline.

My Matchmaker BBS and Internet business efforts were the first entities that brought mainstream awareness to the Internet electronic age and industry. The current owners of MatchMaker.com have credited my efforts as the pinnacle and genesis of today's Internet online dating and social media/networking.

This experience and creditability have allowed me to be an Internet Business and Technology Expert Witness in cases involving Social Networking, Real Estate, Oil and Gas, Aerospace, Securities, Family Assets / Business Disputes, Security Issues, Patents, Trademarks, and Intellectual Property. I have engaged as both a plaintiff and defense expert for Cisco, MCI, CompUSA, Fujitsu, Yahoo, eHarmony, Match.com, Twitter, and Google. In addition, I have admissions as an expert to many State/Federal courts for both civil and criminal litigation.

The MatchMaker.com network contained highly personal information about the customers, such as names, addresses, phone numbers, credit cards, etc. Given the nature of some of the applications and personal information contained therein, the network was highly targeted by "Phone-Freaks," today is known as computer and Internet hackers. The physical security of the facility was also very much of great concern. In the early days, there was no place you could turn to for help with these types of business and technology issues; you were effectively on your own! Therefore, there was a need for standardized electronic and Internet Security protocols and policies. Hence, due to such early efforts by technology and business entrepreneurs like myself, the earlier versions of the Internet Security Common Body of Knowledge (CBK) by organizations like ISC2, Comp-TIA, and EC-Counsel were birthed.

My career and business experience exposed me to such concepts as customer membership conversion, productizing, strategic partnerships, finances/budgeting, human resources, venture capital/investment banking, alternative revenue sources, and all the technology/networking of such.

I have patience, excellent communication skills, and a natural ability to teach and train at any skill level. I developed such through various roles I have held.

(A more detailed narrative of such is available upon request)

## SA1375

*Curriculum Vitae / Resume*    **Patrick Michael O'Leary**    *August 10, 2022*

**Work Experience:**

**21** | *years at "eWitness LLC" from 2001*

In business on the Internet for over 16 years.

Expert Witness business is a $7+ billion annual space.

Internet Directory: ExpertWitness.com

Many personal Internet Expert Witness engagements.

- Admitted to 2nd, 3rd, 5th and 9th circuits as subject-matter expert
- Engagements with: Google, Twitter,  Yahoo, Match.com, eHarmony and Cisco

Recently redesigned/coded the site using Drupal CMS

Researched Trademark potential on domains
Confusion Issues
Distinctiveness / Descriptive Marks

**10** | *years at "MatchMaker.com" from 1990*

Built and ran the world largest personals dating social network.  This is still true to this day, since no company has ever acquired as much market share.

In the 90s, served over 200 million page views to the Internet every month.

Rated the second stickiest site on the Internet for many years by Media-Metrics

Managed and served millions of users on over 100 separate community web sites.

Customer service rep management

User/Client Privacy and associated Data Security issues

Current owners have called MatchMaker the pinnacle of online-dating.

Industry experts credit MatchMaker as the genesis of today's social media.

Researched Trademark potential on EDM
Confusion Issues
Distinctiveness / Descriptive Marks

**25** | *years at "Always 24x7.com, LLC " from 1996.*

As businesses grew, I needed more Internet bandwidth.  In the early years, the cost of such telecom circuits was greater than my revenues. Hence, I launched an Internet Hosting Service Provider to be used in such businesses.

Designed, provisioned, and built-out complete facility for Internet hosting and service.  Tasks included all hardware and software procurement, install, configuration, and maintenance.

Provided dial-up, dedicated and co-location Internet service and hosting for D/FW clients.

Website life-cycle: designed, development and maintenance.

Was the hosting company of MatchMaker.com

# SA1376

*Curriculum Vitae / Resume*                    *Patrick Michael O'Leary*                                    *August 10, 2022*

## Work Experience (cont):

**1** — *year at "US Sprint" from 1995.*

Worked on the US Sprint Voice Foncard system (with the TV commercials with Candice Bergan saying "you can hear a pin drop."). I was tasked to develop a software middle-ware system to manage all platform processes.

**10** — *years at "Airport Management Systems" from 1991*

Designed and coded software for airport ground tracking system for use in FAA control towers used to manage airplanes on the ground for all tower positions.

> Clearance Delivery (Center to Airport)
> Ground Controller. (Terminal to Runway)
> Local Controller (Take off to TRACON)

Designed to 1) pass traffic to the TRACON in-air controllers 2) make airport ground/runways safer 3) reduce runway incursions and 4) secure the Flight Data

Co-Authored white papers for the FAA on how the system was to work, such used for requirements documents for the FAA.

**5** — *years at "American Airlines" from 1990*

Worked for an Operations Research division of the AMR Corporation known as American Airlines Decision Technologies (AADT). Developed software to implement the mathematical operations research algorithms on UNIX and Oracle based systems. Such applications were Yield management, Capacity planning, Cargo, Routing, Resource and Risk Management.

**1** — *year at "Lee Data" from 1989*

At the time, the databases documenting the facilities for the telephone companies was handled by many people throughout the system. Such databases frequently became out-of-sync and telephone facilities (ports, wire-pairs, etc) were lost. Such losses became both a business and a security vulnerability. The software found such, thus recovering and securing these facilities.

Downloaded telephone industry databases on to UNIX platform to flat files. Converted such data and loaded into a Sybase SQL database.

Built software tools to determine the synchronization problems with records in the various databases.

Wrote reports for our clients, the 7 RBOC (Regional Bell Operating Companies).

**2** — *years at "NEC America" from 1987*

First post-college job. Worked on Maintenance Administration Terminal Software of the private sector business Telephone System Switch called the NEAX 2400. I wrote the first set of C language programs to interface with the switch and program / provision its hardware. This required training in Japan and working abroad with other engineers / programmers on the design of such software.

# SA1377

*Curriculum Vitae / Resume*    ***Patrick Michael O'Leary***    *August 10, 2022*

## General Proficiency:

| Business | | Technical | |
|---|---|---|---|
| Strategy | ●●●●○ | Mac OS | ●●●●● |
| Planning | ●●●●● | Database | ●●●●● |
| Risk Management | ●●●●○ | Networking | ●●●●○ |
| Human Resources | ●●●○○ | Web Skills | ●●●●● |
| Record Keeping | ●●●○○ | Security | ●●●○○ |
| Organization | ●●●○○ | Programming | ●●●●● |
| Time Management | ●●●○○ | Mobility | ●●●●○ |
| Teamwork | ●●●●○ | Software | ●●●●● |
| Communication | ●●●●○ | Hardware | ●●●●○ |
| Creativity | ●●●●● | HTML | ●●●●○ |
| SEO | ●●●○○ | SQL | ●●●●○ |
| Analysis | ●●●●● | Routing | ●●●○○ |
| People Skills | ●●●●○ | CMS | ●●●●● |
| Sales | ●●●○○ | Linux | ●●●●● |
| Marketing | ●●●●○ | Automation | ●●●●● |
| Branding | ●●●●○ | Process Control | ●●●●○ |
| Finances | ●●●○○ | Intel Prop | ●●●●○ |
| Budgeting | ●●●○○ | Graphics | ●●●○○ |
| Problem Solving | ●●●●● | Design | ●●●●○ |
| Op. Research | ●●●○○ | Engineering | ●●●●○ |
| Project Management | ●●●●○ | Facilities | ●●●●○ |
| Patents | ●●●○○ | Life-Cycle | ●●●○○ |
| C-level Management | ●●●●○ | Integration | ●●●●○ |

## Contact:

| | |
|---|---|
| Phone | +1 (570) 231 - 3141 |
| eMail | Patrick@ExpertWitness.com |
| Web | PatrickOLeary.com |

**SA1378**

Internet Expert Witness | Patrick M. O'Leary, MBA, BSEE          http://patrickoleary.com/internet-expert-witness-litigation-experience

# Internet Expert Witness | Patrick M. O'Leary, MBA, BSEE

In 2000, as MatchMaker.com was slowing winding down (for me)

I had the opportunity to engage in some litigation support and expert witness work with a prominent Dallas law firm.

My former company, MatchMaker.com that was started in the 80's addressed just about every area of the Internet Community and Social Networking / Media space.  Today I have the Intellectual Property / Prior Art of the 1991 version of MatchMaker.com installed and running for the purposes of invalidating Intellectual Property Patent Claims.  This Internet Prior Art will invalidate just about any Internet Social Networking / Community / Dating Patent Claim.  Please see the link below for more details.

I have worked with lawyers on a wide range of different cases in many different practice areas.

**Court Admissions:**

**Federal:**

- Northern District of Texas
- Eastern District of Texas
- Eastern District of New York (Brooklyn & Manhattan)
- Eastern District of Pennsylvania

**State:**

- Northern District of Florida - Jacksonville

**Litigation Experience:**

**1999**: MatchMaker.com

- Both Plaintiff and Defendant in Civil Law Suits.
- Answered subpoenas and Court Orders with Law enforcement.
- Depositions
- Litigation Support
- Fact Witness
- 1990 – 2000

**1998**: DFWISP: (Dallas Fort Worth Internet Service Provider)

- Plaintiff in Civil Law Suits with Computek.
- Answered subpoenas and Court Orders with Law for enforcement.
- Deposition
- Litigation Support
- Fact Witness
- 1995 - 2000

**2000**: Fujitsu vs. Cisco:

- Document Discovery Production
- Intellectual Property Case
- Litigation Support
- Susman and Godfrey

**2000**: Alcatel vs. Cisco/Montery*

- UNIX: Data Recovery
- Document Production
- Software Source code analysis
- Litigation Support
- Susman and Godfrey

**EXHIBIT E, 2/28/23**

# SA1379

Internet Expert Witness | Patrick M. O'Leary, MBA, BSEE          http://patrickoleary.com/internet-expert-witness-litigation-experience

**2000**: Class Action Suit against CompUSA

- Research
- Litigation support.
- Verbal Report
- Susman and Godfrey

**2001**: Probation Hearing:

- Litigation Support
- Internet Expert Witness
- Testified in Court in Eastern District of Texas.

**2001**: People vs Reedy:

- Litigation Support
- Internet Expert Witness
- Testified in Court in Northern District of Texas.

**2001**: Stantton* vs. MCI:

- Telecommunications Case
- Litigation Support
- Expert Report
- Internet Expert Witness
- Deposition

**2001**: Insurance Settlement of business destroyed in fire.

- Business Analysis of Internet Service Provider
- Technical Evaluation
- Domain Appraisal
- Loss of Business cost
- Expert Report

**2005**: NetDate vs. Yahoo!*

- Intellectual Property
- Patent Analysis
- Prior Art Searches
- Internet Expert Witness

**2006**: Consulnet vs. Dynamic Investment Group*

- Look and Feel
- Copyright Issues
- Unfair trade practices
- Internet Expert Witness
- Testified in Deposition
- Ongoing, waiting for trial

**2007**: People vs Faisal Zafar*

- Internet Securities Fraud Case
- Pump and Dump
- Internet Expert Witness
- Testified in Court
- Court Appointment

**2007**:  Data Match Enterprises of Texas LLC v. eHarmony.com, Inc., et al. *

2/28/23, 11:39 AM

**SA1380**

Internet Expert Witness | Patrick M. O'Leary, MBA, BSEE                http://patrickoleary.com/internet-expert-witness-litigation-experience

- Client: Singlesnet.com, eHarmony, SparcNetworks
- Other Defendants: Date.com, FriendFinder
- Internet Intellectual Property
- Internet Patent Expert Witness
- Prior Art Searches
- Resurrect software from 1991

**2008**:  HVAC Agent et al  v.  Former Employee

- Clients: HVAC Agent, PlumbingAgent Electrical Agent
- Internet Intellectual Property
- Dispute of Assets in Family Business
- Testified in Court

**2008**:  Texakoma Operating, L.P.  v. Blogging Company

- Clients: Texakoma Operating, L.P.
- Internet Liable Case

**2008**:  Frontside Aerospace v. Worldwide Aerospace

- Clients: Worldwide Aerospace
- Internet Liable and Domain Squatting Case

**2009**:  Braddock v Braddock

- Client: Plaintiff / Wife
- Dispute of Assets in Divorce.
- My affidavit caused withdrawal of Summary Judgment Motion

**2010**:  US Auto Part v. Parts Geek

- Client: Defentant
- Dispute of Confidential Information
- Reports / Testimony
- Court Admissions as Internet Expert

**2011**:  ARMS v. LaRue Tactical

- Internet Libel
- Reports / Testimony

**2011**:  Twitter

- Prior Art Search
- Reports & Claims Chart

**2012**:  Google

- Prior Art Search
- Prior Art

Law firms I have worked with in some way:

- Johnson, Vaughn & Heiskell
- Wes Ball
- Susman and Godfrey
- CJA / PD
- William C. Meier
- Robert Handfuss
- Weil,  Gotchal and Manges
- Stradley Ronon Stevens & Young, LLP
- Martin Goldberg
- Proskauer Rose LLP

**SA1381**

- Sheehy, Lovelace and Mayfield
- Wood, Thacker & Weatherly, P.C.
- Patton Boggs, LLP
- Charles Gumm
- Jeannine Sasser
- Steve Angstreich
- Posternak
- Keker & Van Nest
- White and Case

Prior Art Projects:

- 1990: MatchMaker BBS
- 1991: Ground tracking system for FAA
- 1990: Various projects at American Airlines
- 1989: Various projects at Lee Data Dalcom

Engagement Details:

- Evergreen Retainer (required)
- Designation Fee (required)