**SA1980**

Page 15 of 20

| | | |
|---|---|---|
| 1987-present | Board of Directors | Coalition of Italo-American Associations, Inc. |
| 1986-1990 | Member | Balch Institute for Ethnic Studies |
| 1986-present | Member | Order Sons of Italy in America |
| 1986-present | Member | American Psychological Assoc. |
| 1985-2012 | Board of Directors | Italian Heritage & Culture Month Committee, Inc. |
| 1985-present | Member | National Italian American Foundation Council of 1000 |
| 1982-1984 | Board Member | Lehman College Alumni Assoc. |
| 1981-1984 | Chair | NYSACD-Licensure Committee |
| 1978-present | Member | National Academy of Certified Clinical Mental Health Counselors |
| 1978-present | Member | NYS Mental Health Counselors Assoc. (NYSMHCA) |
| 1978-1979 | Chair | Mid-Atlantic Screening Committee NACCMHC |
| 1978-1980 | Founder/1st President | NYSMHCA |
| 1978-1981 | Committee Member | NYSACD |
| 1978-1979 | Chair | Public Relations Comm.- AMHCA |
| 1977-1978 | Member | Certification Comm.- AMHCA |
| 1977-1978 | Chair | Governmental Relations Comm. AMHCA |
| 1977-1978 | Vice Chair/Legislative Affairs | University Student Senate (USS) CUNY |

| 1977-1978 | Student Representative | CUNY Board of Trustees/Long Range Planning Committee |
|---|---|---|
| 1976-1977 | Member | University Student Senate (USS) CUNY/delegate from Lehman |
| 1976-present | Charter Member | American Mental Health Counselors Assoc. (AMHCA) |
| 1975-1978 | President | Counseling Student Association Lehman College |
| 1975-present | Member | New York State Counseling Assoc. |
| 1975-present | Member | American Counseling Assoc. |
| 1966-1968 | President | Phi Kappa Theta Fraternity (PTK), Long Island University |
| 1965-1968 | Member | PKT, Long Island University |

## PROFESSIONAL CERTIFICATIONS

| Mental Health Counselor New York State | Feb. 2006 |
|---|---|
| National Certified Counselor (NCC) National Board of Certified Counselor | July 1983 |
| Certified Clinical Mental Health Counselor (CCMHC) National Academy of Certified Clinical Mental Health Counselors | July 1979 |
| School Counselor, Permanent, New York State | Sept. 1978 |
| Teachers Social Studies, Permanent, New York State | Sept. 1975 |
| Teachers N-6, Permanent, New York State | Sept. 1975 |
| Teacher Common Branches, New York City | April 1969 |

<u>**AWARDS AND HONORS**</u>

| | |
|---|---|
| Knight Commander<br>Equestrian Order of the Holy Sepulcher | 2012 |
| Grand Marshall<br>Bronx Columbus Day Parade | 2011 |
| Commendatore<br>Order of Merit of the House of Savoy | 2009 |
| Joseph P. Cianci Humanitarian Award<br>UNICO National | 2009 |
| Special Recognition Award<br>The Columbus Association of US Customs | 2009 |
| Marshall<br>Columbus Day Parade<br>Howard Beach Columbus Day Foundation | 2008 |
| Good Sheppard Award<br>Women and Work Program | 2005 |
| Knighthood<br>Equestrian Order of the Holy Sepulcher | 2005 |
| Citation of Merit<br>New York City Council<br>Italian American Legislative Caucus | 2003 |
| The Women and Work Program<br>Certificate of Appreciation | 2002 |
| Man of the Year<br>National Council of Columbus Association<br>Of Civil Service | 2002 |
| Commendation<br>City of New York Office of the<br>Comptroller | 2002 |

| | |
|---|---|
| Kingsborough Community College<br>Italian American Clubs | 2000 |
| NYS Governor's Award for Excellence in Education1999<br>Governor's Proclamation of Italian Heritage<br>And Culture Month | |
| Citation of Honor<br>Borough President of Queens<br>Proclamation of Italian Heritage and Culture Month | 1999 |
| Certificate of Service<br>Borough President of the Bronx<br>Proclamation of Italian Heritage and Culture Month | 1999 |
| Citation<br>County Executive of Westchester, NYS | 1999 |
| Italian American Role Model Award<br>Columbus Alliance, Inc. | 1999 |
| Man of the Year Award<br>Italian Charities of America, Inc. | 1998 |
| *Ufficiale*, The Civil Order of Merit<br>The House of Savoy | 1997 |
| Ellis Island Medal of Honor | 1997 |
| AMICO Man of the Year | 1996 |
| Ocean Township Italian American Organization | 1996 |
| Distinguished Alumni, St. Lucy's School | 1996 |
| Appreciation Award, University Student Senate<br>The City University of New York | 1995 |
| Italian Civic Association, Columbus Day Award | 1995 |
| Education Award<br>National Council of Columbia Associations in<br>Civil Service | 1994 |
| The City University of New York<br>Student Presidents/PAC | 1993 |

**SA1984**

Page 19 of 20

| | |
|---|---|
| Fieri National "Leadership" Award | 1993 |
| Mazzei Award<br>Italian Civic Association of Mount Vernon | 1993 |
| Man of the Year<br>Il Club Italiano of Westchester Community College | 1993 |
| Association for Italian Fellowship<br>John Jay College for Criminal Justice, CUNY | 1993 |
| Man of the Year<br>Italian Apostolate, Archdiocese of New York | 1993 |
| *Cavaliere*, Order of Merit, Republic of Italy | 1991 |
| Who's Who Among Italian Americans | 1992 |
| Who's Who in America, 50th Edition | 1991 |
| Honorary Marshal<br>Bronx Columbus Day Parade | 1991 |
| Award of Appreciation<br>Inter-CUNY Italian American Student Association | 1991 |
| Award of Appreciation<br>Italian Clubs of Kingsborough Community College | 1991 |
| DaVinci Award<br>Circolo daVinci | 1991 |
| Pope Award<br>Fordham University | 1990 |
| Americus Award<br>Bronx Community College | 1989 |
| Certificate of Appreciation for Italian Studies<br>State University of New York at Stony Brook | 1989 |
| Organizational Leadership Award<br>Coalition of Italo-American Associations, Inc. | 1988 |

**SA1985**

Page 20 of 20

| | |
|---|---|
| Distinguished Leadership Brooklyn College Student Association of the Advance Certificate Program in Educational Administration of the School of Education | 1988 |
| Certificate of Recognition-Public Relations American Mental Health Counselors Association | 1988 |
| Certificate of Appreciation Columbus Alliance, Inc. | 1986 |
| Distinguished Alumni Award-Long Island University | 1985 |
| Counselor of the Year-American Mental Health Counselors Association | 1984 |
| Who's Who in the East | 1983-84 |
| Outstanding Young Men in America | 1981 |
| Outstanding Achievement Award for Organizational Development, New York State Mental Health Counselors Association (Founding President) | 1981 |
| Medal of the Province of Reggio Emilia Reggio Emilia, Italy | 1980 |
| Certificate of Recognition for Legislative Leadership American Mental Health Counselors Associations | 1979 |
| Service to College Award-Herbert H. Lehman College The City University of New York | 1979 |
| Outstanding Elementary Teacher of America | 1973 |

**SA1986**

# EXHIBIT   C

# Dr. Joseph V. Scelsa  Exhibits for Report

Trombetta  vs. Estate Auctions Inc., The Novocins and
WorthPoint Corporation

**SA1987**

 **WorthPoint**
THE INTERNET OF STUFF

Jason Packer <jason.packer@worthpoint.com>

---

## FW: Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...
## www.worthpoint.com › Worthopedia™------Artist Annamarie Trombetta

4 messages

---

Redacted -Confidential Information

Wed, Jan 4, 2017 at 11:48 AM

Hi Jason, is there anyway you can stop Google from indexing this to our site? There us nothing on our site from her, just this link that Google keeps recognizing.

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Wednesday, January 04, 2017 11:28 AM
**To:** will@worthpoint.com
**Subject:** Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ... www.worthpoint.com › Worthopedia™------Artist Annamarie Trombetta

Mr. Sieppel,

Please allow me to Re-introduce myself. My name is Annamarie Trombetta. I am an artist . Last year I found a MISATTRIBUTION of a painting that I did NOT create on your website--Worthpoint.com which came up on the internet under my name. Specific personal content from my professional biography on my personal artist website was copied, transplanted and posted on your site. A picture of a painted signature on canvas signed A. Trombetta that was NOT MY signature was also photo featured on the Worthpoint.com website listing.

On February 20, 2016 I contacted you via e-mail. Prior to contacting you I had spoken several times with your employer Anita and eventually I was on the phone at length with your webmaster Mr. Gregory Watkins regarding the FRAUDULENT posting of a painting that I did not create. I requested that this Fraudulent listing be permanently removed. I also sent a notice to the company website. SEE BELOW

---

### Ticket #57565: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

**WorthPoint** | Feb 20, 2016 10:24AM EST
Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #57565.

---

I am contacting you once again **almost a year later** because I found yet again a listing from Worthpoint.com under my name--Annamarie Trombetta artist. Below is today's listing January 4th 2017 of subjects and site which come up when I Google **Annamarie Trombetta artist. PLEASE REVIEW --- The Marilyn Monroe listing** was the **first** place where my name was Falsely associated along with the fraudulent painting and signature attributed to me that was listed on Worthpoint.com.

WP000132

**SA1988**

A year ago I took time, energy and effort to contact you and your company regarding the  false attribution and requested that it should be removed.     I have NEVER HAD ANY ASSOCIATION with WORTHPOINT.com---NOR have I ever had any business  with Worthpoint.com   and yet in a Google search for Annamarie Trombetta Artist  your company is listed under my name.  **This listing is not authentic and has NO RIGHT TO BE LISTED UNDER MY NAME.   The Listing from Worthpoint.com is taking up space that should be for  my other TRUE  credentials ---and should not  BE OCCUPIED  by your company.**

I am requesting that you remove this IMMEDIATELY from the internet -- kindly contact Google and responsibly deal with this issue to bring about a PERMANENT ENDING.  I do NOT WISH TO BE ASSOCIATED with your company---in ANY WAY.  The numerous times that I have had to contact you regarding this issue is an outrage and a waste of my personal time.  This is costing me time,  effort and energy  needlessly and for  NO  LOGICAL REASON as AGAIN  I have contacted your company  numerous times.

I am requesting a written response to this e-mail as soon as possible as a confirmation for receipt of this e-mail.  Further,  I am requesting that you and your company PERMANENTLY remove the association --or connection that Google or the algorithms on any other  internet site thereof  have between your company ---Worthpoint.com---- and my name Annamarie Trombetta.

Sincerely,

Annamarie Trombetta

Central Park's Plein Air Past | OutdoorPainter

www.outdoorpainter.com › Home › Artist Profile

1.

Mar 2  2015 - "The Destructive Dance of 'Sandy,'" by Annamarie Trombetta ... all this history, and the connections generated by artists, gave me a mission.".

You've visited this page many times. Last visit: 11/2/16

Artist Annamarie Trombetta working on her piano, which ... - Pinterest

https://www.pinterest.com/pin/177751516514603960/

Artist Annamarie Trombetta working on her piano, which commemorates the 10- year anniversary of 9/11. | See more about Piano, Anniversaries and Artists.

You've visited this page 2 times. Last visit: 2/16/16

Page 1 - Italian American Museum

italianamericanmuseum.org/exhibitions/Pleinair.htm

1

Acclaimed artist Annamarie Trombetta presents a solo exhibition that celebrates the influence of the Italian Macchiaioli (Risorgimento) Artists and the American ...

You've visited this page many times. Last visit: 10/14/16

artist annamarie trombetta's imagery offers visionary interpretation of ...

www.italianamericanmuseum.org/news/news_plein.html

1

WP000133

Artist Annamarie Trombetta's "Central Park Imagery," a collection of en plein air works in oils, pastels, watercolors, etchings and drawings will be on display at ...

Staten Island native's passionate love affair with Central Park still ...

www.silive.com/entertainment/index.ssf/.../annamarie_trombetta_takes_a_wa.html

Jan 12, 2015 - STATEN ISLAND, N.Y. — After 20 years and well over a hundred works of art, painter Annamarie Trombetta still hasn't had her fill of Central ...

You've visited this page many times. Last visit: 11/2/16

# Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...

## www.worthpoint.com › Worthopedia™

.. Blue Hello Kitty Obey Giant Shepard Fairey Signed & Numbered Rare Print · Handmade New Mexican Folk **Art** Church Birdhouse LARGE Lark Sedona ...

Redacted - Confidential Information                              Wed, Jan 4, 2017 at 9:49 PM

I filed a temporary removal request with Google which may help flush out that URL, but since that URL is showing up for that search based on off-page signals that may not be enough to get it to stop showing.

Beyond that the only thing we could do is remove the URL altogether, let me know if I should do that.
[Quoted text hidden]

Redacted -Confidential Information                              Wed, Jan 4, 2017 at 9:51 PM

I would remove it if not too much trouble.

Happy New Year!

Will

[Quoted text hidden]

Redacted - Confidential Information                              Thu, Jan 5, 2017 at 8:20 AM

Sure thing, removed.
[Quoted text hidden]

WP000134

Case 1:18-cv-00993-LTS-SLC    Document 462-9    Filed 05/11/23    Page 47 of 63

Print                                   Plaintiff  000064                    4/27/17, 12:40 PM

| | |
|---|---|
| **Subject:** | WorthPoint for FREE for LIFE! |
| **From:** | WorthPoint Insider (insider@worthpoint.com) |
| **To:** | trombettaart@yahoo.com; |
| **Date:** | Monday, April 24, 2017 12:02 PM |



## WorthPoint®

## WorthPoint Insider
### April 24, 2017
Keeping you informed, connected, and involved in the antiques
and collectibles industry

Rate WorthPoint!     Start Free Trial



about:blank                                                              Page 1 of 10



© Copyrighted work licensed by WorthPoint

HOME > WORTHOPEDIA >

Today

Favorites

okmarks Menu

orted 1/19/13

s Sajady

tled folder

pty

illa Firefox

elp and Tutorials

ustomize Firefox

t Involved

oout Us

ebay

Flag item for content or copyright    Welcome to EstateAuctions

Plaint#000163

SA1993



Plaintiff 000137

N. NOVOCIN

words, the signature on the front of the painting was a garbled and it was kind of hard to read, when you turn it over, it had printed out what it was and if it were up to me, I would make it almost a law that all the artists had to print out the actual name and so forth. Because some artists pictures are so, so hard to read. So this allowed us to be able to look up Trombetta, Annamarie. This one says Maria. I didn't remember it saying Maria, but that's how I looked it up.

MR. BIALEK: Marlene, can you read back the beginning of his answer.

(Whereupon, the referred to answer was read back by the Reporter).

Q.    Mr. Novocin, in your practice of dealing with antiques, have you ever encountered any ratings or stamps or labels glued to the back of the painting?

A.    Yes.

Q.    In your experience, is there



**SA1996**

Plaintiff 000063    3/28/17, 3:21 PM

annamarie trombetta - Google Search

Google    annamarie trombetta    🔍    Annamarie ⠿ ⊙ Ⓐ

All    Images    News    Videos    Shopping    More ·    Search tools    👤 ↑ ✧

About (700 results (0.30 seconds)

**artist annamarie trombetta's imagery offers visionary ...**
italianamericanmuseum.org/news/news_plein.html ▾
Artist Annamarie Trombetta's "Central Park Imagery," a collection of en plein air works
in oils, pastels, watercolors, etchings and drawings will be on display at ...

— IAM
Exhibit

**1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz.
Sold for: Start Free Trial or Sign in to see what it's worth. Item Category: ...

**Annamarie Trombetta | Whitepages**
www.whitepages.com/name/Annamarie-Trombetta ▾  Whitepages ·
2 matches for Annamarie Trombetta. Find Annamarie Trombetta's phone, address,
etc. on Whitepages, the most trusted online directory."

**Annamarie Trombetta on Paddle8**
https://paddle8.com/artist/annamarie-trombetta/ ▾
Annamarie Trombetta. Follow. Consign Works. Consign works by Annamarie
Trombetta for auctions and private sales. Learn more ×. Have suggestions for ...

**salem krieger on Twitter: "Painting Central, a short video ...**
https://twitter.com/salemk/status/269381283083403264 ▾
... @salemk 16 Nov 2012. Painting Central, a short video about Annamarie Trombetta a
painter working in Central Park, NYC.. http://vimeo.com/52924860 ...

**Annamarie M Trombetta - Intelius**
www.intelius.com/people/Annamarie-Trombetta/0csotac91wf ▾
Get contact information on Annamarie M Trombetta, New York NY. Find out Annamarie
M Trombetta's age, gender, possible aliases, associates, professional , ...

**Annamarie Trombetta - Pollock Krasner Image Collection**
www.pkf-imagecollection.org/artist/Annamarie_Trombetta/biography/ ▾
Annamarie Trombetta. Contact Works. CONTACT. Annamarie Trombetta Studio: 175
East 96th Street (14P) New York, NY 10128. Phone/ Fax: 212-427-5990.

**annamarie trombetta - OneLook Dictionary Search**
www.onelook.com/?lang...annamarie+trombetta ▾  OneLook Dictionaries ·
We found one dictionary that includes the word annamarie trombetta: Art dictionaries
Art (1 matching dictionary). Annamarie Trombetta: Artist Search [ home, info] ...

**Flickr: Annamarie Trombetta**
https://www.flickr.com/people/annamarietrombetta1art/
Following (0). Annamarie Trombetta hasn't listed any contacts yet. Testimonials ( 0).
Annamarie Trombetta doesn't have any testimonials yet. Name: Annamarie ...

**annamarie trombetta Pictures & Images - Photobucket**
photobucket.com/images/annamarie%20trombetta ▾

1972 original oil painting man with red umbrella signed annamarie trombetta yqz - Google Search          **Plaintiff 000066**          5/4/17, 8:21 AM

Google+   Search   Images   Maps   Play   YouTube   News   Gmail   More ▾                    Annamaria Trombetta  [R]  Share

Go gle     1972 original oil painting man with red umbrella signed annamarie trombetta yq    🔍

All    Shopping    Images    Videos    News    More ▾    Search tools                    ⊥   ⌁

**1972 Original Oil Painting Man With Red Umbrella Signed ..**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for. Start Free Trial or Sign in to see what it's worth. Item Category. .

**Page 1 - Italian American Museum**
italianamericanmuseum.org/exhibitions/Pleinair.htm ▾
Acclaimed artist Annamarie Trombetta presents a solo exhibiton that ... Ms. Trombetta
has created works in printmaking, watercolor, oil and pastel and is . On view are works
of art executed in oils, pastels, watercolors, etchings and drawing

**Annamarie Trombetta, Artist Interviewed by June Middleton ..**
https://www.youtube.com/watch?v=uEO3O3LVAns
Apr 29, 2015 Uploaded by JuneMiddletonBusiness
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has on ? works in oil.

**Painting Central - artist Annamarie Trombetta on Vimeo**
Vimeo.com › salem klager › Videos    Vimeo ▾
Nov 6, 2017
Artist Annamarie Trombetta a NYC based painter working in
Central Park. A profile of Annamarie as an artist

**Central Park's Plein Air Past | OutdoorPainter**
www.outdoorpainter.com/central-park-s-plein-air-past/ ▾
So it's perfectly natural that plein air painting would go on in those place . The
Destructive Dance of 'Sandy," by Annamarie Trombetta . "Central Park Clockwork
Mode of Multicolored Apps," by Annamarie Trombetta, oil and mixed media

**Staten Island native's passionate love affair with Central ...**
www.silive.com/entertainment/.../annamarie_trom.. ▾ Staten Island Advance
Jan 17, 2011 Paintings, prints, drawings and photos by Annamarie Trombetta
resident is showing 80 works — etchings, oil paintings, watercolors, pastels
Missing: 1972 man red umbrella yqz

Original Oil Paintings
www.ugallery.com/Buy-Original-Art ▾
Shop from a Large Range of Original Art. Free Shipping on all Artwork!
New Art Released Weekly · Custom Packaging · Free Returns
The Showroom · Staff Favorites · New Arrivals · Most Popular Artists

Collectible Original Art - Say No to Prints and Reproductions
www.zatista.com/ ▾
Over 7000 Completely Original Works

Original Paintings - Find Emerging Artists & Chic Prints
www.onekingslane.com/Paintings ▾
★ ★ ★ ★ ☆ rating for onekingslane.com
Fabulous Sales Today! Join For Free

SA1998

Case 1:18-cv-00993-LTS-SLC     Document 462-9     Filed 05/11/23     Page 55 of 63

10 | FEBRUARY 26, 2015                                    ITALIAN TRIBUNE

# 'En Plein Air' Exhibit



Annamarie Trombetta painting in Central Park

Artist Annamarie Trombetta's solo exhibition, "En Plein Air: Imagery of Central Park," is on display at the Italian American Museum, 155 Mulberry Street, New York, New York through March 1. She will host a lecture at the museum on February 28 at 7 p.m. where she will discuss her work.

"En Plein Air" encompasses a variety of works which vary in size, medium and compositional format. On view are works of art executed in oils, pastels, watercolors, etchings and drawing. The fusion of modern designs with a traditional execution is most evident in a stylistic depiction on traditional and shaped canvases. The works reveal a deep reverence and spiritual commitment to nature as they assert a serious element of a constructive, naturalistic yet traditional undertones.

The inspiration for this exhibit came when she was working at the National Academy Museum in the early 1990s. She saw a display of Italian paintings from the collection of Gaetano Marzotto which featured the works of the Macchiaioli artists who painted "En Plein Air." Through their works, Trombetta learned about Italy's "Risorigmento" and the artists' involvement that played a vital role in the country's unification and cultural development. Today, Trombetta is known for her unique compositional designs and for creating her works "en plein air."

For more information, visit www.trombettaart.com.

## JACKSON HEWITT® TAX SERVICE

*Working Hard for the Hardest Working*
**Vito Conenna, Manager**

**Staten Island Mall**
(Inside Sears, Second Floor)
283 Platinum Avenue
Staten Island, New York 10314
**718-701-2037**

**Main Office: St. George**
(Open year round next to South Ferry and Staten Isalnd Yankees)
36 Richmond Terrace
Staten Island, New York 10301
**718-273-9770**

Most offices are independently owned and operated





Subscribe to our Newsletter

# We the Italians
*two flags one heart*

**♣ NEWS   ▭ PODCAST   ♦ INTERVIEWS   ▥ MAGAZINE   ▣ BOOKS   ♥ COLUMBUS   ✎ TEAM   ❦ EVENTS**

⌂ HOME > SPORT & ENTERTAINMENT

## Artemisia: Lecture and Film Screening



Feb 25, 2015      👁 924

### PARTNERS

DUAL CITIZENSHIP SERVICES

### ADVANCED SEARCH

search

| From Italy

Select Region

| From USA

Select Area

SEARCH



THE STORE

You are cordially invited to attend a lecture by acclaimed artist Annamarie Trombetta celebrating the life and influence of noteworthy female artists and a screening of the 1997 French biographical film, Artemisia at the Italian American Museum this Saturday, February 26th.

Artemisia Gentileschi, daughter of Orazio Gentileschi, was a Baroque-period painter known for such works as "Madonna and Child," "Susanna and the Elders" and "Judith Slaying Holofernes." She was the first female in Art History to be commissioned for her work and the first female member of the Academy in Florence.

About the Film: A widely acclaimed critical favorite honored with a Golden Globe nomination as Best Foreign Language Film, Artemisia is the highly provocative true story of a young woman whose bold pursuit of artistic freedom and physical desire threatened the elite powers of her time. Artemisia Gentileschi, the beautiful and talented daughter of one of Italy's greatest painters, is forbidden to fully pursue her own passion for painting. She later finds artistic liberation when she convinces a renowned and unconventional artist to tutor her.

Saturday, February 26th, 7:00PM - Italian American Museum - 155 Mulberry Street (Corner of Grand and Mulberry Streets) - New York, NY 10013

Suggested donation of $10 per person

RSVP Code: Artemisia0226

For reservations, please call the Italian American Museum at 212-965-9000

or email ItalianAmericanMuseum@gmail.com

### AREAS

NEW ENGLAND

NEW YORK

EAST



≡   THE FLORENTINE     NEWS   THINGS TO DO   COMMUNITY   ART + CULTURE   FOOD + WINE   SHOP   CLASSIFIEDS          ⊛ 🛒 Q

THINGS TO DO

# Artiste Italiane: Italian American Museum exhibition in New York

In Manhattan's "Little Italy", the Italian American Museum's exhibit, Artiste Italiane, coincides with International Women's Day and Women's History Month.

by **Cristina La Porta**      ⬆ Share    🔖 bookmark

Thu 20 Apr 2017 2:30 PM



APRIL 20, 2017

**March 2017** marked the first exhibit of Italian-American women artists at the **Italian American Museum** in New York City founded as well as directed by Dr. J. Scelsa. Not all of these artists, however, were born in the United States. Some are natives from various regions of Italy; they came to the United States early in their careers in order to forge a new life, creating art that reflects cross-pollinations by way of immigration.

Located in the historic community of Manhattan's "Little Italy", the **Italian American Museum's** exhibit, *Artiste Italiane*, coincides with two important events: **International Women's Day** and **Women's History Month**, a yearly celebration in the United States. At the end of April, the museum will invite guests to hear poetry by the exhibiting artists, thereby connecting this exhibit to yet another important national cultural event, **National Poetry Month**.

The Italian American Museum was once La Banca Stabile, a bank designed to assist Italian immigrants for various services other than banking, such as employment, translation or help with travel. This small, unpretentious exhibit featuring 13 artists, known nationally and internationally, is in truth a significant historical occasion for the Italian community to gather, pause and reflect on what Italian heritage and immigration means to current-day Italian-Americans. Moreover, this show, however small in scale, is indeed a platform for the too often neglected voices of Italian-American women, their intimate connections with their current environment and their multifaceted Italian cultural and artistic heritage. Some of these artists are long-standing members of the **National Organization of Italian American Women**, founded in 1980 by Aileen R. Sirey and Geraldine Ferraro. The artists who are members of NOIAW are Barbara Gerard, B. Amore, Nancy Macina, Annamarie Trombetta and Janine Coyne.



TITANIC     Embark on an emotional journey to the past and unravel the story behind the Titanic
BUY TICKETS

**Titanic: The Exhibition**

TITANIC

Walk through a recreation of the ship's interior, from first class to a third class cabin

❯

NEWSLETTER
Stay up to date. The Florentine sends out a free weekly newsletter.

Sign Up

**LATEST**

Working in a plethora of mediums such as photography, graphic design, sculpture, collage and painting, the artists' works offer the viewer a rich visual experience of artistic confluences. **Janine Coyne**, of Sicilian heritage, is a curator at the Italian American Museum along with artist Antonio Petracca. A photographer and photojournalist, Coyne's photograph *Sassi di Matera*, taken from a high vantage point and aided by a natural diminishment of sunlight created by an azure sky strewn with enormous billowing white clouds, provides the onlooker with an aerial view of rooftops and prehistoric stone dwellings. Once abandoned in the Fifties and now revived through UNESCO and tourism, Coyne's snapshot of these ancient abodes becomes an ode to renewal and preservation of the fragile yet imperious past.

Native New Yorker **Annamaria Trombetta**, in a unique canvas, *The Patterns Within Create The Overall Shape of Our Lives*, shaped in a triangle with its apex pointing downward, a metaphor of the woman's womb, recreates in minute detail a specific location in New York City's historical landmark, Central Park. In her work, Trombetta depicts within this V-shaped canvas a bridge, beneath which an underpass where a narrow cement pathway draws the viewer to focus, to search for what lies beyond. With her canvas, along with this underpass, the artist creates, within the viewer, the feeling of passing through a mental portal as if in a daydream. Crowning the expertly rendered nineteenth-century stone bridge are verdant treetops. Currently a strictly *plein air* painter and equally adept at figurative painting and still lifes, Trombetta is influenced by the nature scenes of the Hudson River School painters and the French Impressionists . She is, however, more drawn to her Italian artistic heritage, the Macchiaioli painters of the Risorgimento period. Trombetta transforms their large swooping swatches of color, the *macchia*, into remarkable chromatically controlled feminine views of nature.

**LATEST**

The Festival of Song by the International School of Florence

International Holocaust Remembrance Day 2023

4 cooking classes to try in Florence

Restaurant to open in the Uffizi's former royal post office building

Concerns surround the future of Thursday's flower market



*Annamarie Trombetta, "The Patterns Within Create The Overall Shape Of Our Life"*

Her work also underscores influences that are not directly apparent to us. In an interview for this article, Trombetta stated that her V-shaped canvas was inspired by the American architect Buckminster Fuller's Geodesic Domes, which have been used as civic buildings, exhibition attractions and parts of military stations. Fuller was the grandnephew of another of Trombetta's inspirational figures, Margaret Fuller, the premier U.S. woman's activist, whose connection and admiration for Giuseppe Mazzini's efforts during Italy's unification trigger this artist's imagination and deep connection to her heritage's political past, as well as her commitment to gender issues in art. **Trombetta's work has been exhibited in museums and galleries both nationally and internationally and her work has appeared in numerous magazines. Trombetta will be teaching** *plein air* **painting at Villa Nobile in Tuscany in summer 2017.**

**Louise Fili**, an American-born graphic designer and owner of her own design firm, showcases her artistry in this exhibit through Art Deco-inspired typography in her digital designs of book jackets for Rizzoli International's reproduction of novels by Edmondo De Amicis (*Cuore*) and Federico De Roberto (*Viceré*). These two authors of the later part of the Risorgimento period were concerned with class struggles during the long strife of Italy's unification, marking the beginning of Fascism. Fili's predilection for Art Deco typography and design is also evident in her digital display of her 19 Thirties-inspired Italian pencil boxes, *Perfetto Pencils*.

**Michela Martello** was born in Grosseto and has been working for many years in the U.S. as a children's book illustrator. With a current major solo show at the Pen & Brush gallery in NYC, Martello's *DNA Island* is a mixed media work on cotton canvas depicting a mandala-like circle. Colored in certain areas in bright pink and with letters also in bright pink forming the word Manhattan, the pink Tibetan-inspired mandala becomes a whimsical, child-like wheel of fortune. Around the wheel are small fairytale figures dressed in various forms of bright-colored folk dress.

**B. Amore**'s *Worker's Mandala* is a large wall relief comprises a large drawing, a map of the United States. Upon it are little red dots indicating where some Mexican migrant workers worked across the United States before arriving at their final destination: the dairy farms of Vermont, which is the state where Amore now lives. Around the map, Amore glues workers' gloves and in between them she places fake red roses. At the bottom left is a small crucifix with depictions of the Virgin Mary and several saints. Amore's work is especially poignant in this current anti-immigration political culture, while she describes her work as representing the "ties that bind us.

Among her myriad accomplishments, **Maria Cocchiarelli**, former curator of collections at the Italian American Museum, opened the **Museum of Friends in Walsenburg, Colorado**. Born in Brooklyn, New York, Cocchiarelli dedicated her current work to earth's emanations of light. In her works, *Light Box 13* and *Light Box 14*, ink jet transparencies with plexiglass, Cocchiarelli explores light's frequencies coupled with water and wind energies that resemble mysterious apparitions.

Similar in style to Cocchiarelli's inkjet series, Italian-born **Assunta Sera**, in her oil painting, *A Vaulted Glass*, creates an abstracted vision of architectural structures alluding to a mystical cosmic vision through an aerial perspective in muted gray and green. Her color treatment of these abstracted structures are almost Morandi-like in quality.

**Martina Secondo Rosso**, a native of Genoa, Italy, and owner of **MF gallery** finds her inspiration through Italian film and pin-up shots of glamorous Italian movie stars of the Fifties and Seventies. In her painting, *Gina Lollobrigida A Fiascherino*, the depiction of Lollobrigida is foreshortened at the right corner of the painting, creating the illusion that the actress's beauty is larger than life. Lollobrigida reigns over the beautiful seascape of Fiascherino, where Russo spent her childhood days playing and creating necklaces from seashells.



Another artist who pays homage to women's physical beauty is **Daniela Day**, the manager of the Italian American Museum. Her *Goddesses of Good Housekeeping* is a collage inspired by 1950s advertisements of the *Better Houses and Gardens* magazine glorifying the perfect and happy American homemaker. At the center of the collage is a reclining woman represented as the Empress of the tarot cards. Radiating from the top of her head are rays of tape measure pointing to other depictions of woman's work: sewing and home economics. Day places, at the bottom of her work, numbered cards from a vintage *tombola* owned by her Italian grandparents, honoring the memory of her relations and the game exported from Italy to the United States.

*Artiste Italiane* is a thought-provoking show exemplifying how these artists use their Italian cultural roots and gender to shape and transform their art and heritage into an enduring legacy.



**SA2004**

*Artiste Italiane* is a thought-provoking show exemplifying how these artists use their Italian cultural roots and gender to shape and transform their art and heritage into an enduring legacy.



*Artiste Italiane*

*Italian American Museum*

*155 Mulberry St, New York*

*Until April 30, 2017*

*www.italianamericanmuseum.org*

## The author



**Cristina La Porta**

Cristina La Porta holds a Ph.D. in Comparative Literature from Columbia University. A former college professor of French and Italian Studies, she is currently a freelance art writer, editor, translator and lecturer. Her articles can be found in Fine Arts Connoisseur, American Arts Quarterly and VIA (Voices of Italian Americana, online magazine). She was a recipient of a PSC/CUNY grant for her interdisciplinary work on Antonin Artaud and Maria Izquierdo. A travelling grant from the American Academy in Rome resulted in an article, The Macchiaioli: Personal Topographies and Nationalism, published in La Rivista di Studi Italiani.

## Related articles

  

*Motion To Dismiss EXHIBIT C*

Fulton County Superior Court
***EFILED***LW
Date: 6/14/2022 4:01 PM
Cathelene Robinson, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
### 136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303
### SUMMONS

WORTHPOINT CORP., SHARI SEIPPEL,

AND WILLIAM SEIPPEL

**Plaintiff,**

vs.

ANNAMARIE TROMBETTA

**Defendant**

) Case
) No.:        2022CV366175
)
)
)
)
)
)
)
)
)
)
)
)
)
)
) .

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://efilega.tylerhost.net/ofsweb (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is:

Mary Trachian-Bradley (mtrachian@briskinlaw.com)
BRISKIN, CROSS & SANFORD, LLC
33 S. Main Street, Suite 300, Alpharetta, GA 30009

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This _____6/14/2022_____ day of _____, 20 ____

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court
By _____
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20____

Deputy Sherriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used

*NO Date or Signature Empty*

Plaintiff's Evidence 000478

10.

Trombetta was directed to file her purported Amended Complaint by January 17, 2020. On that date Trombetta filed a pleading entitled "Proposed Amended Complaint."

11.

Trombetta then untimely filed a pleading entitled the "Operative Amended Complaint" on February 21, 2020.

12.

Trombetta's Amended Complaint alleged claims against WorthPoint, worthpoint.com, WSeippel, and Jason Packer, a WorthPoint employee.

13.

On March 19, 2020, Trombetta was ordered to effect service of the Amended Complaint on WorthPoint and WSeippel. Ms. Trombetta failed to properly effect service.

14.

On April 6, 2020, Trombetta was again ordered to effect service of the Amended Complaint on WorthPoint and WSeippel no later than May 21, 2020. Ms. Trombetta failed to properly effect service.

15.

Approximately one (1) full year after filing the Amended Complaint, Trombetta arranged service of process on WorthPoint and WSeippel. On Jan 1, 2020, service was delivered via certified mail to WorthPoint. On January 4, 2020, service was delivered via Certified Mail to WSeippel and SSeippel's home residence.

**SA2007**

In The United States District Court
For Southern District of New York

Annamarie Trombetta,

      Plaintiff,
        vs.

Civil Action No. 18-cv-0993-RA-HBP

Norb Novocin, Marie Novocin,
   Estate Auctions Inc.
      and
  WorthPoint Corporation

      Defendants

## PLAINTIFF, ANNAMARIE TROMBETTA'S EXPERT DISCLOSURE PURSUANT TO FRCP RULE 26(a) (2) OF EXPERT WITNESS GAYLE M. SKLUZACEK, AAA

PLEASE TAKE NOTICE, that pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Plaintiff ANNAMARIE TROMBETTA, hereby states the following as and for its expert witness disclosure :

1. Plaintiff, Annamarie Trombetta intends to call Gayle M. Skluzacek, AAA, President of Abigail Hartmann Associates New York City since 1985. M. Skluzacek is an expert witness at trial in connection with this matters of accessing monetary value to works of art. Ms. Skluzacek is a well known professional appraiser and member of the Appraisers Association of America (AAA) and specializes in research and appraisals of personal property, including fine arts, the decorative arts, jewelry, and wine. She is a certified appraisal member of the AAA, tested in American Art, Prints and Wine. Through NYU and the AAA, Skluzacek coauthored the first course on Uniform Standards of Professional Appraisal Practice for personal property appraisers in the U.S. She served on the Board of Directors of the AAA from 1992 to 2010 and was its president from 2000 to 2002. Ms. Skluzacek currently teaches appraisal studies and ethics at NYU and Towson University. She also teaches courses for Philips and Sothebys auctions in the US and Hong Kong. In 2015 she

was awarded its Director's Award for her service to the appraisal profession. Ms. Skluzacek has served as an expert witness in Federal court

Ms. Skuzacek's cases include :

Culman v Boesky (2019)
Cary Mabley v Damien A. Roman Fine Art et al (2019)
Kaplan v Karambelas (2016)
Larraz v Larraz (2016)
Newberger v. Commissioner (2015)
Lilly F. Lawrence v Southern California Edison Company (2012)
World Trade Center (2001; 2012)
Annamarie Trombetta v. The City of New York, as Ownerof the M/V Andrew J. Barberi (2009)

2. Gayle M. Skluzacek will opine and give testimony based upon, but not limited to her knowledge on the practice of authenticating and appraising works of art, to include how to access the value of the artwork in relation to the artist's reputation, deceased of living.

3. Gayle M. Skluzacek will opine and give testimony based upon, but not limited to her knowledge and practice in researching an artist, deceased or living. and the authentication and the importance of an artist's attribution to a work of art.

4. Gayle M. Skluzacek will opine and give testimony based upon, but not limited to her knowledge and practice in authenticating an artist 's signature and the artist's personae/reputation, deceased or living. specifying the importance of an artist's signature and how it effects the financial value to works of art. Ms. Skluzacek will give testimony on the association, (albeit false) to Ms. Trombettta's name attributed to a, large, low quality, damaged oil painting, described as "Shabby Chic" which sold for under two hundred dollars.

5. Gayle M. Skluzacek, testimony will be based upon, but not limited to her knowledge regarding Ms Trombetta's talent, colleagues and the successful circle of influential professional artists. who shared a studio which included Ms. Trombetta.

6. Gayle M. Skluzacek testimony will be based upon, but not limited to the financial threat and how counterfeit artworks can effect an artist reputation to include a false signatures and a false secondary market.

7. Gayle M. Skluzacek testimony will be based upon, but not limited to the subject of forgeries and it's impact on an artist's reputation deceased of living, and future complications in authenticating the artist. Gayle M. Skluzacek expected testimony will be directed to Annamarie Trombetta.

8. Gayle M. Skluzacek will opine and attest to reviewing the content within the phone call made to Ms. Trombetta by Defendant Norb Novocin (Jan.10, 2017 and it's written transcription ) regarding the signage on the 1972 oil painting "Man With Red Umbrella" and Ms. Trombetta's denial in painting this oil.

9. Gayle M. Skluzacek's , AAA testimony will be based upon, but not limited to, the introduction to artist Annamarie Trombetta and her artistic resume and achievements. Ms. Skluzacek testimony will be based upon, but not limited to her surviving recollections of testimony for Ms. Trombetta's regarding the Staten Island Ferry Crash.

10. Gayle M. Skluzacek testimony will be based upon, but not limited to, her examination of the production of Plaintiff's evidence in association with the counterfeit signature posted on the internet for the eBay sale by Estate Auctions Inc. and the sales record advertisement on WorthPoint .com for the counterfeit, 1972 oil painting entitled " Man With Red Umbrella" falsely informing the public that it was signed Annamarie Trombetta. Ms. Skluzacek will attest she has examined the the web page print outs containing the listing alleged to be at issue in this matter, URL https://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172 signed

Annamarie Trombetta , intentionally produced and posted on the internet by the two Defendants, Estate Auctions Inc. and WorthPoint Corporation for an unspecified number of years.

11. Gayle M. Skluzacek, will attest that the WorthPoint link was in three separate Google Search locations to include 1) "artist Annamarie Trombetta" and 2)"Annamarie Trombetta" and the 3) WorthPoint Google Search " 1972 oil painting entitled " Man With Red Umbrella" which was associated/linked with Ms. Trombetta's other authentic professional achievements. Gayle M. Skluzacek will opine the damage to the artist's reputable associations and the implications to all those conjoined and listed to the false 1972 Oil Painting Man With Red Umbrella and it's false attribution.

12. Gayle M. Skluzacek, AAA will opine and give her expert testimony on the detriment and damaging implications the photo featured signature " A. Trombetta " with a copyright symbol and statement " Copyrighted work licensed by WorthPoint " in the false advertisement for the 1972 Oil Painting "Man With Red Umbrella" that was circulated on the internet for an unknown number or years, had on Ms. Trombetta's artistic career.

13. Gayle M. Skluzacek, AAA will opine on the violations of an artist's identity and violations of the Visual Artists Rights Act which exclusively grants artists the right to claim authorship and to prevent the use of one's name on any work the author did not create. Gayle M. Skluzacek, AAA will opine on the rarity of an artists' artistic oeuvre, and the impact and importance of collectors on an artist's stature. Ms. Skluzacek will opine on the lost sale of painting " Wisteria Arbor Mandala by Ms. Trombetta that was to be part of an important collection of art.

14. Gayle M. Skluzacek, will attest, based upon, but not limited to, her examination of the WorthPoint's 2017 evidence which was disclosed by WorthPoint's attorneys to the Plaintiff in April 2022, Ms. Skluzacek will attest that there was no written correspondence from WorthPoint staff in response to Ms. Trombetta's January 4, 2017 email. Discovery emails between WorthPoint staff on Jan. 4, 2017 affirms that the 1972 URL was reposted.

15. Additionally, emails from WorthPoint were directly sent to Plaintiff/artist Annamarie Trombetta with a noted date of April, 24, 2017, despite Ms. Trombetta unsubscribing from WorthPoint's email list.

16. The substance of Gayle M. Skluzacek will expected testimony will elaborate on the professional toll the ongoing legal battle has taken on Ms. Trombetta, particularly due to the loss years and the effort to simply dissociate her name from a painting she did not create and a false association with the WorthPoint Corporation and Estate Auctions Inc. This will include lost sales, lost opportunities and time diverted to protect the artist's name and legally prevent future false attributions.

17. The substance of Gayle M. Skluzacek, AAA will opine on the violations expected testimony is more fully set forth in her report, which is annexed hereto as Exhibit "A."

18. Gayle M. Skluzacek,AAA qualifications are set forth in her curriculum vitae, which is annexed hereto as Exhibit "B."

19 .The substance of Gayle M. Skluzacek, AAA evidence in support of his expected testimony is more fully set forth in his report, which is annexed hereto as Exhibit "C."

**SA2012**

PLEASE TAKE FURTHER NOTICE,  PLAINTIFF, ANNAMARIE TROMBETTA  reserves the right to offer further rebuttal of  Defendants  expert testimony in the event such expert testimony is permitted  Plaintiff, Annamarie Trombetta  further reserves the right to seek preclusion of Defendants 's expert testimony on several grounds). PLEASE  TAKE  FURTHER  NOTICE, Plaintiff Annamarie Trombetta   reserves the right to supplement and/or  amend this disclosure in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated: New York, New York   February 10 , 2023.
DELAYED DUE TO MEDICAL EMERGENCY
                            February 21, 2023
Annamarie Trombetta
175 East 96th Street (12 R)
New York. New York 10128

Pro Se Paintiff                                    Annamarie   Trombetta


Attorneys for Defendant   WorthPoint Corporation

TO:Adam R. Bialek
     150 East 42nd Street
      New York, New York 10017 Telephone: (212) 915-5143 Fax: (212) 490-3038
     Adam.Bialek@wilsonelser.com


TO:   Jana Slavina Farmer
        1133 Westchester Avenue White Plains, New York 10604 Telephone: (914) 872-7247 Fax:
        (914) 323-7001 Jana.Farmer@wilsonelser.com
      Attorneys for Defendant   WorthPoint Corporation

TO:   Anderson Josiah Duff (via email)
       Hogan Duff, LLP
       43-10 Crescent St., Ste. 12173
       Long Island City, New York 11101 Telephone: (646) 450-3607
       Attorneys for Defendants   Norb Novocin, MarieNovocin, and Estate Auctions, Inc.

**SA2013**

*Abigail Hartmann Associates*

Fine and Decorative Art Services
415 Central Park West - Fifth Floor
New York, New York 10025
Tele: 212-316-5406
www.abigailhartmann.com

February 21, 2023

Re:  Civil Case No. 18-cv-00993-RA--HBP

To whom it may concern,

Annamarie Trombetta had asked me to provide an expert witness report to support her case.  Unfortunately, I was not able to provide this document until the New Year due to my obligations to other clients. I had a medical emergency in my immediate family last week which further delayed the completion of my report for Ms. Trombetta.  This sequence of events should not reflect upon nor be considered neglect on the part of Ms. Trombetta.

Sincerely,

Gayle M. Skluzacek, AAA

# EXHIBIT  A

# Expert Report By

# Gayle M.  Skluzacek, AAA

Trombetta vs.Estate Auctions Inc. and The Novocins

and WorthPoint Corporation

*Abigail Hartmann Associates*

Fine and Decorative Art Services
415 Central Park West - Fifth Floor
New York, New York 10025
Tele: 212-316-5406
www.abigailhartmann.com

February 21, 2023

Re:   Civil Case No. 18-cv-00993-RA--HBP

To whom it may concern,

Annamarie Trombetta had asked me to provide an expert witness report
to support her case.  Unfortunately, I was not able to provide this
document until the New Year due to my obligations to other clients.
I had a medical emergency in my immediate family last week which
further delayed the completion of my report for Ms. Trombetta.  This
sequence of events should not reflect upon nor be considered neglect
on the part of Ms. Trombetta.

Sincerely,

*Gayle M. Skluzacek*

Gayle M. Skluzacek, AAA

PRIVILEGED HIGHLY CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA
    Plaintiff,

    -against-

   ESTATE AUCTIONS, INC.,
NORB NOVOCIN, MARIE NOVOCIN,
AND WORTHPOINT CORPORATION,
    Defendants.

Civil Case No. 18-cv-00993-RA--HBP

**EXPERT REPORT OF EXPERT WITNESS GAYLE M. SKLUZACEK, AAA**



Redacted - Confidential Information

PRIVILEGED & HIGHLY CONFIDENTIAL

PRIVILEGED HIGHLY CONFIDENTIAL



Redacted -Confidential Information

PRIVILEGED & HIGHLY CONFIDENTIAL

PRIVILEGED HIGHLY CONFIDENTIAL



PRIVILEGED & HIGHLY CONFIDENTIAL

PRIVILEGED HIGHLY CONFIDENTIAL



PRIVILEGED & HIGHLY CONFIDENTIAL

PRIVILEGED HIGHLY CONFIDENTIAL



PRIVILEGED HIGHLY CONFIDENTIAL



PRIVILEGED & HIGHLY CONFIDENTIAL

PRIVILEGED HIGHLY CONFIDENTIAL



**PRIVILEGED HIGHLY CONFIDENTIAL**



Gayle M. Skluzacek, AAA

**PRIVILEGED & HIGHLY CONFIDENTIAL**

**SA2024**

# EXHIBIT   B

# Gayle Skluzacek   Curriculum Vitae

Trombetta  vs.  Estate Auctions Inc. and The Novocin

and    Worthpoint Corporation

*Abigail Hartmann Associates*

Fine and Decorative Art Services
415 Central Park West, Fifth Floor
New York, New York 10025
Tel: 212-316-5406
www.abigailhartmann.com

## GAYLE M. SKLUZACEK, AAA

Senior Principal Appraiser, Fine Art Specialist, Review Appraiser, Educator

**EXPERIENCE**

**1985-present**  Abigail Hartmann Associates                          New York City
President. Successfully established a state-of-the-art computerized personal property appraisal firm with clients nationwide. Extensive client contact and business development. Hired, trained, coordinated staff of 11 appraisers plus researchers and interns. Conduct authentication, research studies, and appraisals of personal property, specializing in fine and decorative arts, jewelry, and wine. Clients include galleries, auction houses, estates, artist's estates, educational institutions, corporations, the IRS, and individuals internationally. Appraisals fulfill insurance, estate, tax, banking, and legal requirements. Prepare expert reports for legal testimony concerning damage/loss of personal property, loss of income potential, and equitable distribution valuations. Auction house and museum liaison. Advise clients on purchases, sales, conservation, installation, charitable contributions, and estate planning. Featured on CNN/Headline News, Good Morning America, CNN Moneywatch; in the New York Times, Wall Street Journal. Recipient of the Appraisers Association of America's prestigious Director's Award in 2015.

**2019-present**  Towson University                          Towson, Maryland
Adjunct Professor. Currently teach an undergraduate/graduate course on appraising in the Art History Department.

**2012-present**  Various Auction Houses                          United States
AQB Certified USPAP Instructor. Currently teach the 15 and 7 hour USPAP course (appraisal standards and ethics) to Personal Property Appraisers/staff experts in-house at Sotheby's, Phillips, Heritage, Skinners, Hindman's, and Bonhams. Approximately 150 students annually.

**2011-2013**  International Society of Appraisers (ISA)                          Chicago
AQB Certified USPAP Instructor. Taught the 7 hour USPAP course (appraisal standards and ethics) to Personal Property Appraisers throughout the country. Approximately 125 students annually.

**2003-2011**  Florida State University (FSU)                          Tallahassee
Developed with FSU an online appraisal methodology course offered as part of their undergraduate and graduate curriculum as well as a certificate program; offered Fall 2007, Spring and Summer 2008.

**1996-present**  Fashion Institute of Technology (SUNY)                          New York City
Adjunct Professor. Taught a graduate course entitled Valuation and Appraisal in the Graduate Division of the Museum and Gallery Studies Department, 24 years. Approximately 12-18 students annually. Masters thesis advisor. Presently spearheading a connoisseur certificate program to launch post COVID.

**1994-present**  Appraisers Association of America (AAA)                          New York City
AQB Certified USPAP Instructor. Currently teach the 15 hour and the 7 hour USPAP course to Personal Property Appraisers throughout the country and online. Also teach the Generalist and the Wine Appraisal classes. Instructor in their CASP program. Approximately 30 students in each class.

(Continued on Page 2)

# SA2026

*Abigail Hartmann Associates*

Fine and Decorative Art Services
415 Central Park West, Fifth Floor
New York, New York 10025
Tel: 212-316-5406
www.abigailhartmann.com

**GAYLE M. SKLUZACEK, AAA**
(Continued from Page 1)

| | | |
|---|---|---|
| 1992-present | New York University (NYU) <br> Adjunct Assistant Professor. Taught required courses on appraisal methodology and elective courses on fine art and wine, in classroom and online until the program disbanded in 2017. Co-authored and taught first Uniform Standards of Professional Appraisal Practice (USPAP) course to personal property appraisers in the US beginning in 1994. Approximately 300 students per year, 1992 - 2017. Participated on panel lectures on the legal matters for the appraiser. Presently teaching connoisseurship courses on Wine and Art and serve as an undergraduate/graduate special project advisor. | New York City |
| 1990 | New Jersey Center for the Arts <br> Instructor. Taught courses on appraisal studies and art investment. Coordinated tours of New York City auction houses. | Summit, New Jersey |
| 1985-1987 | Hubert Gallery <br> Director of gallery specializing in 20th century masters. Responsibilities included sales, promotion, public relations, organization of exhibits and openings, supervising support staff, research, purchasing, and appraising. Authored company newsletter Art Investment Strategies. | New York City |
| 1983-1985 | Jason Rahm and Associates <br> Director of the Fine Arts Appraisal Division. Appraised personal property for individuals, corporations, museums and galleries for the purpose of insurance, gift tax, divorce, estate, or damage/loss settlements. | New York City |
| 1982-1986 | Board of Education / Hotel-Restaurant Union <br> Wine and Food Service Instructor. <br> Developed a 60-hour course on the history, marketing, tasting, and service of food and wine for industry professionals after working in various service positions at some of the country's most prestigious dining establishments including The Pump Room (Chicago) and Sardi's (New York). Organized vineyard trips and tastings. | New York City |
| 1981 | Carnegie Institute, Museum of Art <br> Curatorial Assistant / 20th Century and American Art Department. | Pittsburgh |

**EDUCATION**

| | | |
|---|---|---|
| 2006-2023 | The Appraisal Foundation <br> AQB Certified USPAP Instructor, Certified/re-certified through December 2023. Passed a rigorous government-sanctioned exam to teach ethics to fellow appraisers. One of twelve personal property appraisers in country certified to teach USPAP. | Washington, D.C. |
| 1977-1981 | University of Chicago <br> Master of Arts Degree Program, Art History Department. <br> Degree requirements included public speaking, teaching seminars, European travel, extensive research and writing, a museum internship, and reading ability in French, German, and Italian. Concentration on Renaissance and Baroque. Dissertation research on Marguerite Gerard and Bernini. | Chicago, Illinois |

(Continued on Page 3)

**SA2027**

*Abigail Hartmann Associates*
Fine and Decorative Art Services
415 Central Park West, Fifth Floor
New York, New York 10025
Tel: 212- 316-5406
www.abigailhartmann.com

**GAYLE M. SKLUZACEK, AAA**
(Continued from Page 2)

| | | |
|---|---|---|
| 1972-<br>1977 | University of Minnesota | Minneapolis, Minnesota |

Graduate and undergraduate courses in American art and architecture, history, decorative arts, and journalism. Thesis research on criticism of Bernini.

| | | |
|---|---|---|
| 1971-<br>1975 | Barat College | Lake Forest, Illinois |

Bachelor of Arts, 1976. Art History. Lectured in Community Arts Circuit.

**PROFESSIONAL AFFILIATIONS**

Professional Appraisers Round Table (PART), weekly moderator, April 2020 - present
Columbia County Historical Society, Kinderhook, New York, lecturer, 2019, 2022
Appraisal Foundation, Washington, D.C., Personal Property Task Force, 2010
Appraisers Association of America (AAA), 1988 - present; board member, 1992-2011; President, AAA, 2000-2002 term; First Vice President, AAA, 1998-2000 term; Secretary, AAA, 1996-1998 term; Sergeant-at-arms, AAA, 1994-1996 term; New York City Regional Representative, AAA, 1996-1999 term; Co-chairman, National Conference, AAA, 1994-1998; Chairman, Nominating Committee, AAA, 1993, 2003; Co-chairman, PR/Marketing Committee, AAA, 1993-1995; Co-chairman, Wine Tasting Fundraising Committee, AAA, 1994; Member of several other committees including Strategic Planning Committee, Membership/Admissions Committee, Education Committee, Mentor Committee, Directory Committee, Ethics Committee
International Society of Appraisers (ISA), Associate Member, 1982-84, 2003-04
American Society of Appraisers (ASA), Washington, D.C., Passed exams, 1993
Oriental Institute, Chicago, docent, 1980-1981

**CERTIFICATION**

AQB Certified Instructor of USPAP (2006-2023)
Updated and rewrote Contemporary Art certification exam, AAA (1999-2000)
Updated and rewrote Methodology certification exam, AAA (1997-1998)
Wrote and passed American Art certification exam, AAA (1998)
Passed Uniform Standards for Professional Appraisers, ASA (1994)
Passed Uniform Standards for Professional Appraisers, AAA (1999, 2004, 2009)
Updated Uniform Standards for Professional Appraisers, AAA (2011, 2013, 2015, 2017, 2019, 2021)
Wrote and passed Wine certification exam, AAA (1993-1996); rewrote 2016
Passed Fine Art exam, ASA (1994)
Passed Methodology exam, ASA (1994)
Passed Prints certification exam, AAA (1992)
Passed Methodology certification exam, AAA (1992)

**PUBLICATIONS**

"An Essay on Fair Market Value", AAA, 2017, 2020
E column, "Q & A with Gayle", events@appraisersassociation.org, 2008-present
Contributor, Appraising Art: The Definitive Appraisal Handbook, 2013
Contributor, All About Appraising: The Definitive Appraisal Handbook, 2003
Contributor, International Auction House Directory (1999, 2000) Appraisal Pro, CD Program for appraisers (2001)

(Continued on Page 4)

*Abigail Hartmann Associates*

Fine and Decorative Art Services
415 Central Park West, Fifth Floor
New York, New York 10025
Tel: 212-316-5406
www.abigailhartmann.com

**GAYLE M. SKLUZACEK, AAA**
(Continued from Page 3)

**SELECT LECTURES**

Uniquely American: Hudson River School, Columbia County Historical Society, April 2022
American Portraiture, Columbia County Historical Society, January-February 2019
Guidelines on Following USPAP Standards and a Review of Formal Appraisal Structure, Violin Society of America, Indianapolis, September 2014
The Business of Appraising, AAA, NYC, September 2014
The Appraiser and the IRS, New York City, February 2014
Appraising Wine, www.winefairy.com
Why Hire an Appraiser?, Palm Beach, February 2010
Tools in Light of the Market, AAA, NYC, November 2009
Changes in the IRS and USPAP, AAA, NYC, November 2008
The Impact of Terrorism on the Art Market, AAA, NYC, November 2003
The Ultimate Damage and Loss: World Trade Center Art, ISA, Phila., April 2003
Professional Responsibilities and Legal Requirements, NYC, November 2002
Divorce and Appraisals, AAA, NYC, November 2002
Mock IRS Trial, AAA, NYC, November 2001
Getting Up to Speed, AAA, Havana, Cuba, 2001
New Expectations by Clients in the Age of New Technology, NYC, 2000
Mastering Comparable Analysis, AAA, NYC, 1997
Into the 21st Century: Technology and the Appraiser, AAA, NYC, 1997
The Appraiser in Cyberspace, AAA, NYC, 1996
The Art Market: Appraisers and Dealers, AAA, NYC, 1996
Getting Up to Speed, AAA, Boston, 1995
Problems in Running an Appraisal Business, AAA, NYC, 1994
How to Write a Damage/Loss Appraisal, AAA, NYC, 1994
Getting Up to Speed, AAA, NYC, 1994
Computer Programs for the Appraiser, AAA, NYC, 1993
Legal Liabilities for the Professional Appraiser, NYU, NYC, 1993

**SELECT MEDIA QUOTES**

The Old Farmer's Almanac 2020
"Retiring Soon? Here's How to Handle Your Collectibles", Wall Street Journal, April 13, 2018
Appraising Wine, www.winefairy.com
New York Times, The Specialized Art of the Appraiser, October 18, 2011
Antique Trader, Dealers Turning to Appraisals as Income Source, January 2010
Art and Antiques, Appraisers Study Tax Changes, September 2007
Art+Auction, For What It's Worth, Annual Issue Art+Money 2005
CNNfn, Your Money: Estates and Appraisals, June 1, 2004
ArtNews, The Case of the Escaped Spirit, March 2004
Optionetics.com, "Outside the Box: Matching Intangible Assets with Solid Economics", August 9, 2002
Rosie, Antiques Web Show, February 2002
Martha Stewart Living, The Value of an Appraisal, October 2001
Worth, September 1996
Home, Home Economics - What is it Worth?, March 1995
Cleveland Plains Dealer, Appraising the Appraisers, February 9, 1995
San Francisco Chronicle, Choosing the Right Appraiser, January 1995
New York Times, Where to Find It - Choosing an Appraiser to Evaluate Your Treasures, January 19, 1995

(Continued on Page 5)

**SA2029**

*Abigail Hartmann Associates*

Fine and Decorative Art Services
415 Central Park West, Fifth Floor
New York, New York 10025
Tel: 212-316-5406
www.abigailhartmann.com

**GAYLE M. SKLUZACEK, AAA**
(Continued from Page 4)

Kiplinger's Magazine, Your Family Finances - How to Get a Good Appraisal, November 1993
ABC, Good Morning America, Collecting trends, July 1994
CNN, Science and Technology, Artworld computerization, January 1993
PBS, Greta Garbo Sale Effects on the Market, interview, November 1990

**RELEVANT VOLUNTEER PROJECTS**

Paw Picnic, Columbia-Greene Humane Society          Hudson, New York
Coordinated live and silent auction at major fundraising event, solicited local and national artists to present their work for the auction, Summers 2004-2017

Midwinter Paws, Columbia-Greene Humane Society          Hudson, New York
Coordinated live and silent charity auction at Stair Gallery, Hudson, solicited local and international artists in presenting their work for the auction, wrote 25 page catalogue for the event, raised more than $9,000, March 2011

**RECENT SELECT LEGAL ASSISTANCE**

Annamarie Trombetta v. The City of New York, as Owner and Operator of the M/V Andrew J. Barberi (2010)
World Trade Center (2001; 2012)
Lilly F. Lawrence v Southern California Edison Company (2012)
Newberger v. Commissioner (2015)
Larraz v Larraz (2016)
Kaplan v Karambelas (2016)
Cary Mabley v Damien A. Roman Fine Art et al (2019)
Culman v Boesky (2019)

# EXHIBIT   C

# Gayle M.  Skluzacek, AAA

# Exhibits  for  Report

Trombetta vs. Estate Auctions Inc. and The Novocins

and   WorthPoint Corporation

**SA2031**

# Exhibits for Gayle M. Skluzacek Report

EXHIBIT #1  1972 Oil Painting ad on WorthPoint Corp. website Plaintiff's Ex. 000144.

EXHIBIT #2  Norb Novocin Deposition  page 38 " GARBLED SIGNATURE".

EXHIBIT #3  Norb Novocin Deposition  page 58 " Secondary Market".

EXHIBIT #4  Plaintiff's Ex 000163-/A.Trombetta  Copyrighted work Licensed by WorthPoint

EXHIBIT #5  Plaintiff's Ex 000342 AskART Internet Terms of Service

EXHIBIT #6  WP Ex 000098 Price and  TEXT of 1972 Oil Ad -Feb 20,2016 email  Jason Packer

EXHIBIT #7  A—WP Ex 000132 Trombetta email to Seippel dated Jan. 4, 2017

EXHIBIT #7  B—WP Ex 000133 Trombetta email  and internet listing dated Jan. 4, 2017

EXHIBIT #7  C —WP Ex 00013 Will  Seippel email to  Jason Packer  RE post  Jan. 4, 2017

EXHIBIT #8  Plaintiff Ex 000064  WorthPoint sent email to Plaintiff **April 24, 2017.**

EXHIBIT #9  Plaintiff Ex 000323  Gayle Skluzacek no AskArt Bio in 2009 file **April 6, 2022.**

EXHIBIT #10  Plaintiff Ex 000124 Annamarie Trombetta  Website/ Catalog Biography

EXHIBIT #11  Plaintiff's Exhibit 000073 Embarrassing Mistakes in Ad  - Letter by Alex Raspa

EXHIBIT #12  Plaintiff's Exhibit 000073  Loss of Artwork Letter by Susan B. Goldstein

EXHIBIT #13  Plaintiff's Exhibit 000074  Loss of Interest from Galleries letter Scott Goodwillie

EXHIBIT #14  Plaintiff's Ex. 000256 The Painting Group w/ Artists Aaron Shilker/David Levine

EXHIBIT #15  Plaintiff's Ex. 000495  Signature of Annamarie Trombetta from 1972

EXHIBIT #16 Plaintiff's Ex. 000165  Misspelled  Counterfeit Signature Anna  MariA Trombetta

EXHIBIT #17 Plaintiff's Ex. 000052  Google list Annamarie  Trombetta Listed first 1972 oil

EXHIBIT #18 Plaintiff's Ex. 000068  Google list  1972 oil-Annamarie Trombetta

**SA2032**

Exhibit #7



Plaintiff000144

Exhibit # 2

N. NOVOCIN

words, the signature on the front of the painting was a garbled and it was kind of hard to read, when you turn it over, it had printed out what it was and if it were up to me, I would make it almost a law that all the artists had to print out the actual name and so forth. Because some artists pictures are so, so hard to read. So this allowed us to be able to look up Trombetta, Annamarie. This one says Maria. I didn't remember it saying Maria, but that's how I looked it up.

MR. BIALEK: Marlene, can you read back the beginning of his answer.

(Whereupon, the referred to answer was read back by the Reporter).

Q. Mr. Novocin, in your practice of dealing with antiques, have you ever encountered any ratings or stamps or labels glued to the back of the painting?

A. Yes.

Q. In your experience, is there

*Exhibit #3*

Page 56

N. NOVOCIN

A.    Right.

Q.    Other than looking up this name on askART, did you do any further research into Annamarie Trombetta, perhaps another website?

A.    No.

Q.    Did you contact any artists in regard to that painting?

A.    No.

Q.    Was it your practice to ever contact artists in regard to any of the paintings that you may have sold?

A.    Yes.

Q.    Why did you not contact any artists in regard to this painting?

A.    There wasn't a need to.  There was no secondary market.  I couldn't find it anywhere on there.  I had a biography on it.  That's all the more I saw a need for doing it at this point.

Q.    Did you ever see the website of artist Annamarie Trombetta?

A.    To this day I have never been to that website.

Case: 25-817, 07/17/2026, DktEntry: 88.2, Page 56 of 216
Case 1:18-cv-00093-LTS-SLC   Document 462-10   Filed 05/11/23   Page 29 of 44
SA2035

Exhibit #4

worthpoint.com

1972 Original Oil Painting Man With Red Umbrella Signed Annamerie Trombetta yoz (12/01/2012)



© Copyrighted work licensed by WorthPoint

Plaintiff000163

Case 1:18-cv-00993-RA-SLC    Document 75    Filed 07/13/20    Page 16 of 34    7/10/20, 11:37 AM

Exhibit 5    Plaintiff's Evidence 000342

askART Site Terms and Privacy Policy

# askART

What's my art worth?    Auction Records    Research Art    Buy / Sell    Our Services    Sign In    Subscribe

Enter artist name or use alphabet    a b c d e f g h i j k l m n o p q r s t u v w x y z

# Terms of Service and Internet Privacy Policy

## ACCEPTANCE OF TERMS

Welcome to askART. These terms and conditions of use apply to and govern your use of the askART Web site (the "Site"). By using this service, you agree to the terms and conditions outlined below. If you do not agree to these terms and conditions, please do not use this site. The right to use askART services is personal and not transferable to any other person or entity.

Unless explicitly stated otherwise, any new features or service offerings that augment the current Service (as defined below) shall be subject to these Terms of Service.

askART reserves the right to change, modify, add or remove portions of these terms at any time, without notice to you. Usage of the site after changes are posted means you have accepted all such terms as posted.

As a Subscriber, unless otherwise agreed upon, the Subscriber account is limited solely to you and does not include usage by additional people or entities. You will be allowed almost unlimited access unless the activity level reaches our most active list, as determined in our sole discretion. In such case we reserve the further right in our sole discretion to issue replacement passwords at any time, and if appropriate, offer the service at a price to you to reflect this higher level of service usage. We also reserve the right to terminate your account with or without notice if we determine an abuse regarding the spirit of this agreement. We will confirm with you before making a custom pricing change, in which case you may subscribe on those different pricing terms. If you do not accept such different pricing terms, you or askART may elect to discontinue your subscription at any time.

askART reserves the right to cancel an account if in our sole determination there is unusual usage, not limited to automatic searches, storage or piracy of our data. Further, askART reserves the right to terminate any account for any reason not identified in these Terms of Service and that is not prohibited by law.

## LICENSE TO USE THE SITE

askART grants you a non-exclusive, non-transferable, limited right to access, use and display of the Site and the materials thereon for your personal use only, provided that you comply fully with these terms and conditions of use. You shall not interfere or attempt to interfere with the operation of the Site in any way through any means or device including, but not limited to, spamming, hacking, uploading computer viruses or time bombs, or the means expressly prohibited by any provision of these terms and conditions of use.

## OWNERSHIP; RESTRICTIONS; TRADEMARKS

askART owns, controls, licenses or has the right to use and provide the Site and all material on the Site, including, without limitation the askART Artist database, text, images, artist biographies, price valuation reports, articles, photographs, illustrations, audio and video clips, (collectively the "Content"). The Site is protected by copyright as a collective work and/or compilation, pursuant to U.S. copyright laws, international conventions, and other copyright laws. askART is the owner of the copyright in the entire Site. askART owns a copyright in the selection, coordination, arrangement and enhancement of the Site. You agree to abide by any and all copyright notices, information or restrictions displayed on the Site. askART does not grant permission to users of the site to reproduce images of original works of art.

You may not modify, create derivative works from, participate in the transfer or sale of, post on the World Wide Web, or in any way exploit the Site or any portion thereof for any public or commercial use without the express written permission of askART. You are responsible for complying with all applicable laws, rules and regulations regarding your use or any such downloaded Content. In the event of any permitted copying, redistribution or publication of material from the Site, no changes in or deletion of author attribution, trademark, legend or copyright notice shall be made.

askART and Artist Bluebook are trademarks and service marks of askART, Inc. ALL RIGHTS RESERVED. All other trademarks, service marks, product names and company names or logos appearing on the Site are the property of their respective owners. Any use of such trademarks, service marks, product names and company names or logos, including the reproduction, modification, distribution or republication without the prior written permission of the owner of same, is strictly prohibited.

## USE OF INFORMATION

As a user of the Site, you acknowledge that you may provide information regarding your tastes and preferences, and you hereby authorize askART, Inc. and its affiliates to use such information in connection with any online or offline offering or any electronic mail offering directed to you. askART, Inc. is committed to protecting your privacy. Any information that askART, Inc. collects about you will be used to enhance your utilization of the Site. By using our web site, you consent to the collection and use of this information by askART, Inc. and its affiliates.

By uploading material to any forum or by submitting any comments, recommendations or data ("information") to us, you automatically grant (or represent and warrant to us that the owner of such rights has expressly granted) to us a perpetual, royalty-free, irrevocable, nonexclusive right and license to use, reproduce, modify, adapt, publish, sublicense, translate, create derivative works of and distribute such information worldwide and/or incorporate such information into any form, medium, or technology now known or later developed. In addition, you represent and warrant to us that all so-called moral rights in the information have been waived.

# SA2037

*Exhibit #6*

*WR00098*

ANNAMARIE TROMBETTA YQZ

- **SOLD FOR:**
- $181.50
- **ITEM CATEGORY:**
- 
- **SOURCE:**
- eBay
- **SOLD DATE:**
- Dec 01,2012
- **CHANNEL:**
- Online Auction

This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To our eyes it looks like it is after the style of Andre Kohn. It is quite large being approx. 48 1/2" tall and 17 1/2" wide. We are calling it shabby chic condition as it has a tear in the canvas, about 5/8" long just to the left of the man's knees, but still such a great painting. For those not familiar with Trombetta, here is information about her from off AskArt as they got it from her website: Annamarie Trombetta (1963 - ) Lived/Active: New York The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly. My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge. As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely. I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time...

---

**Jason Packer** <jason.packer@worthpoint.com>                    Sat, Feb 20, 2016 at 11:13 AM
To: Will Seippel <will.seippel@worthpoint.com>

That item:
http://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172
was already removed on Feb 4th.

Searching google still finds the item title in on a different item (http://www.worthpoint.com/worthopedia/thomas-kinkade-kincaid-everett-48924157) under the "More Items From eBay", but that is no longer on the site, it's just cached by Google still.
http://webcache.googleusercontent.com/search?q=cache:RFHCrQ6c0QsJ:www.worthpoint.com/worthopedia/thomas-kinkade-kincaid-everett-48924157+&cd=3&hl=en&ct=clnk&gl=us

Will Seippel wrote:

Hi, Annamarie. The art world is a very dark world and it is our goal to remove as many shadows as possible and supply equal information, and a lot of it, to all. To achieve this goal many auction houses allow us to use their data, including eBay.

WP000098

**SA2038**

*Exhibit #7A*

 WorthPoint

Jason Packer <jason.packer@worthpoint.com>

---

## FW: Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...
## www.worthpoint.com › Worthopedia™------Artist Annamarie Trombetta

4 messages

---

**Will Seippel** <will.seippel@worthpoint.com>                           Wed, Jan 4, 2017 at 11:48 AM
To: Jason Packer <jason.packer@worthpoint.com>
Cc: Antoine Lyseight <antoine.lyseight@worthpoint.com>

Hi Jason, is there anyway you can stop Google from indexing this to our site? There us nothing on our site from her, just this link that Google keeps recognizing.

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Wednesday, January 04, 2017 11:28 AM
**To:** will@worthpoint.com
**Subject:** Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ... www.worthpoint.com › Worthopedia™------Artist Annamarie Trombetta

Mr. Sieppel,

Please allow me to Re-introduce myself. My name is Annamarie Trombetta. I am an artist . Last year I found a MISATTRIBUTION of a painting that I did NOT create on your website--Worthpoint.com which came up on the internet under my name. Specific personal content from my professional biography on my personal artist website was copied, transplanted and posted on your site. A picture of a painted signature on canvas signed A. Trombetta that was NOT MY signature was also photo featured on the Worthpoint.com website listing.

On February 20, 2016 I contacted you via e-mail. Prior to contacting you I had spoken several times with your employer Anita and eventually I was on the phone at length with your webmaster Mr. Gregory Watkins regarding the FRAUDULENT posting of a painting that I did not create. I requested that this Fraudulent listing be permanently removed. I also sent a notice to the company website. SEE BELOW

---

### Ticket #57565: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

**WorthPoint** | Feb 20, 2016 10:24AM EST
Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to ~~trombettaart@yahoo.com~~ in reference to Case #57565.

---

I am contacting you once again **almost a year later** because I found yet again a listing from Worthpoint.com under my name--Annamarie Trombetta artist. Below is today's listing January 4th 2017 of subjects and site which come up when I Google **Annamarie Trombetta artist. PLEASE REVIEW --- The Marilyn Monroe listing was the first** place where my name was Falsely associated along with the fraudulent painting and signature attributed to me that was listed on Worthpoint.com.

WP000132

EXHIBIT B

A year ago I took time, energy and effort to contact you and your company regarding the false attribution and requested that it should be removed.    I have NEVER HAD ANY ASSOCIATION with WORTHPOINT.com---NOR have I ever had any business with Worthpoint.com   and yet in a Google search for Annamarie Trombetta Artist  your company is listed under my name.   **This listing is not authentic and has NO RIGHT TO BE LISTED UNDER MY NAME.   The Listing from Worthpoint.com is taking up space that should be for  my other TRUE  credentials ---and should not  BE OCCUPIED  by your company.**

I am requesting that you remove this IMMEDIATELY from the internet -- kindly contact Google and responsibly deal with this issue to bring about a PERMANENT ENDING.  I do NOT WISH TO BE ASSOCIATED with your company---in ANY WAY.  The numerous times that I have had to contact you regarding this issue is an outrage and a waste of my personal time. This is costing me time,  effort and energy  needlessly and for  NO  LOGICAL REASON as AGAIN  I have contacted your company  numerous times.

I am requesting a written response to this e-mail as soon as possible as a confirmation for receipt of this e-mail.  Further, I am requesting that you and your company PERMANENTLY remove the association --or connection that Google or the algorithms on any other  internet site thereof  have between your company ---Worthpoint.com---- and my name Annamarie Trombetta.

Sincerely,

Annamarie Trombetta

Central Park's Plein Air Past | OutdoorPainter

www.outdoorpainter.com › Home › Artist Profile

1.

Mar 2, 2015 - "The Destructive Dance of 'Sandy,'" by Annamarie Trombetta ... all this history, and the connections generated by artists, gave me a mission.".

You've visited this page many times. Last visit: 11/2/16

Artist Annamarie Trombetta working on her piano, which ... - Pinterest

https://www.pinterest.com/pin/177751516514603960/

Artist Annamarie Trombetta working on her piano, which commemorates the 10- year anniversary of 9/11. | See more about Piano, Anniversaries and Artists.

You've visited this page 2 times  Last visit: 2/16/16

Page 1 - Italian American Museum

italianamericanmuseum.org/exhibitions/Pleinair.htm

1

Acclaimed artist Annamarie Trombetta presents a solo exhibition that celebrates the influence of the Italian Macchiaioli (Risorgimento) Artists and the American ...

You've visited this page many times  Last visit  10/14/16

artist annamarie trombetta's imagery offers visionary interpretation of ...

www.italianamericanmuseum.org/news/news_plein.html

1

WP000133

Case 1:18-cv-00993-LTS-SLC    Document 462-10    Filed 05/11/23    Page 34 of 44

Artist Annamarie Trombetta's "Central Park Imagery," a collection of en plein air works in oils, pastels, watercolors, etchings and drawings will be on display at ...

Staten Island native's passionate love affair with Central Park still ...

www.silive.com/entertainment/index.ssf/.../annamarie_trombetta_takes_a_wa.html

Jan 12, 2015 - STATEN ISLAND, N.Y. — After 20 years and well over a hundred works of art, painter Annamarie Trombetta still hasn't had her fill of Central ...

You've visited this page many times. Last visit: 11/2/16

## Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...

## www.worthpoint.com › Worthopedia™

.. Blue Hello Kitty Obey Giant Shepard Fairey Signed & Numbered Rare Print · Handmade New Mexican Folk **Art** Church Birdhouse LARGE Lark Sedona ...

---

**Jason Packer** <jason.packer@worthpoint.com>    Wed, Jan 4, 2017 at 9:49 PM
To: Will Seippel <will.seippel@worthpoint.com>
Cc: Antoine Lyseight <antoine.lyseight@worthpoint.com>

I filed a temporary removal request with Google which may help flush out that URL, but since that URL is showing up for that search based on off-page signals that may not be enough to get it to stop showing.

Beyond that the only thing we could do is remove the URL altogether, let me know if I should do that.
[Quoted text hidden]

---

**Will Seippel** <will.seippel@worthpoint.com>    Wed, Jan 4, 2017 at 9:51 PM
To: Jason Packer <jason.packer@worthpoint.com>

I would remove it if not too much trouble.

Happy New Year!

Will

[Quoted text hidden]

---

**Jason Packer** <jason.packer@worthpoint.com>    Thu, Jan 5, 2017 at 8:20 AM
To: Will Seippel <will.seippel@worthpoint.com>

Sure thing, removed.
[Quoted text hidden]

WP000134

**SA2041**

Exhibit #8

Print

Plaintiff 000064

4/27/17, 12:40 PM

| | |
|---|---|
| **Subject:** | WorthPoint for FREE for LIFE! |
| **From:** | WorthPoint Insider (insider@worthpoint.com) |
| **To:** | trombettaart@yahoo.com; |
| **Date:** | Monday, April 24, 2017 12:02 PM |



**WorthPoint®**

**WorthPoint Insider**

April 24, 2017

Keeping you informed, connected, and involved in the antiques and collectibles industry

[ Rate WorthPoint! ]   [ Start Free Trial ]

EXHIBIT #9

Evidence Plaintiff 323
Confidential

Gmail - Annamarie Trombetta---Thank you

Redacted - Confidential Information

# Annamarie Trombetta

Plaintiff 000124

HOME | PORTFOLIO | VIDEO | ARTIST INFO | BIOGRAPHY | CREDENTIALS | CONTACT

## Biography

The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog (tba) was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the facade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge.

As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely.



I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries: Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time helped me to see the similarities as well as the differences of each quite clearly.

Upon my return I enrolled in an art history course to examine the content of art in relation to its chronological, political and historical relevance while applying to art colleges. I was accepted to Parsons School of Design located in lower Manhattan. The pulsating pace of this compressed cosmopolitan city was reflected in the school's curriculum. Although I did enjoy the challenges and experiences which expanded my capabilities, I was not satisfied with the level of my drawing and painting skills. In the mid Eighties I attended The New York Academy of Art which focused on teaching the history and traditional techniques from periods of art, such as the Italian Renaissance, the classical and neoclassical periods in France, as well as the Spanish, Dutch and Fleming masters. Here I studied cast drawing, grisaille painting, anatomy, dissected cadavers, yet most influential to me was geometry and perspective.

During this period I traveled once again to France and Italy to study with my teachers who offered summer classes in art history, drawing and painting. I remember when I was in the French countryside feeling as if I was walking into a huge painting. The views felt so familiar due to the talents of Monet, Pissarro, VanGogh, etc. In my solitude I would envision them, particularly VanGogh in a wheat field painting or see the circular hay stacks change colors by sunset right before my eyes. The truth captured in their paintings a century ago felt so real to me, it spiraled an indelible influence. This experience still inspires me to strive towards capturing my subjects with a sense of presence and atmosphere. Visiting Italy again, my ancestral homeland, sharpened my acuity and attraction to works of art on uniquely shaped canvases. There were so many moments that will be with me throughout my life, most notable was to see the chariot markings while walking in the ruins of ancient Rome, or to hear bells toll in St. Mark's Square, and to be within inches of some of the most revered art in the world.

When I returned to the States, the desire to develop artwork in various mediums became the goal. I started attending The National Academy School of Fine Arts to explore and prefect the media of pastels and figure painting, and also to study printmaking. During this time I was employed at The National Academy Museum. The Academy and its intriguing history filled the chasm of my knowledge for the heritage of American art while also informing me of the cultural developments in my country, particularly those in New York. The opportunity to read the Academy's books while I was working at the Museum, was an enlightening experience. I learned, most importantly, about the Hudson River School painters and their personal involvement with writer/poet William Cullen Bryant. This relationship between artists and writers of that time initiated the unfoldment of Central Park. The Park, which is adjacent to The National Academy Museum was already charted territory for my artistic expression. Learning about the creation of the Park intensified my passion for depicting it.



During my tenure at The Academy, a conversation with a museum visit led to my interest in the W.B. Yeats Society of New York, and another trip abroad. Coincidentally and perhaps synchronistically I had been attending lectures on Theosophy about the same time I was learning about Yeats. Crucial to my personal and professional development at that time was my comprehension of why Theosophy influenced the modern movement in the Arts. Yeats, like many other writers, musicians, and artists such as Mondrian and Klee, etc. drew inspiration from the philosophical texts written by the robust Russian, Madame Blavatsky. Within a few months I had won a scholarship under the auspices of the Yeats Summer School in Sligo, Ireland via the Yeats Society of New York.

A short trip to London, preceded the Summer School, where I hunted down John Singer Sargent's charcoal sketch of Yeats at the National Portrait Gallery. This inspired a trip to the Tate, and several other collections. Traveling to England first set the stage for the political, personal, and historical dynamics that I was about to encounter regarding the legacy of Yeats and of Ireland. Before the school commenced, there was a ceremonial service at Drumcliff Church where Yeats is buried. The picturesque view and the enigmatic words of his icy epitaph became etched in my memory on that day and inspired me to create a painting titled after his poem "Under Benbulben" which elaborates on his immortal words. To learn about his family, his life and his vision motivated me to begin a new chapter in creating my own work.

To culminate my journey, when I returned home I gathered the metaphorical leaves and branches that had fallen from my artistic tree, be it ancestral or archetypal and concentrated solely on "The Holy Tree" described in Yeats's poem "The Two Trees." This image, inspired by the milieu of a mentor miles away is a tribute to his gifts and determined ways which regenerated and awakened the visionary in me. This upcoming catalogue highlights the pictorial progression from that trip and the time that followed.

I wish to acknowledge certain individuals who have enhanced my artistic sensibilities as a person, as well as an artist. These individuals include Everett Raymond Kinstler, Raymond Steiner, Harvey Dinnerstein, Burton Silverman, the artist's in The Painting Group particularly Aaron Shikler, David Levine, Danny Schwartz, Irene Hecht. I thank them for their help and guidance in my life.

All work on this site are ©Annamarie Trombetta. All rights reserved.

DM A

*EXHIBIT # 11*

Plaintiff 000076

*Damage to my Reputation*

April 7, 2022

To Whom It May Concern:

My name is Alex Raspa and I am the Senior Sound Post Production Technician at NYU's Tisch School of the Arts, Post Production Center. I have worked here in the Film and TV Department at the Kanbar Institute of Film & Television since 2006.

In 2015, Annamarie invited me to an opening for an exhibition at the Italian American Museum here in New York, where some of her wonderful paintings were being shown.

A few months after this, I did a Google search of Annamarie's name and was led to a website, Worthpoint, that mentioned the sale of one of her paintings, "Man with a Red Umbrella" on Ebay. I was very surprised by this because I didn't know that Annamarie was selling any of her paintings that way. Upon closer inspection, I saw her name misspelled once as "Trombette," and then, when I read that this canvas was supposedly painted in 1972, I realized that "Man with a Red Umbrella" could not possibly be hers, as she was only a little kid then. Finally, the artist's signature shown was "A. Trombetta," which I knew was not the way Annamarie signed her paintings. I of course got in touch with her right away and let her know that what I saw on that website was evidently fraudulent. It was clearly going to affect her ability to sell her paintings and make a living.

*Wrong Spelling for Trombette*

Sincerely,

*Alejandro Raspa*

Alex (Alejandro) Raspa
Post Production Sound Senior Technician & Instructor
Post Production Center
Maurice Kanbar Institute of Film & Television
Tisch School of the Arts, New York University
721 Broadway, Room 1163
New York, NY 10003

EXHIBIT # 12

Plaintiff 000073

Susan B. Goldstein
531 East 52nd Street Apt 8 A
New York, New York 10022
goldenvoices@gmail.com

March 4, 2019

United States Southern
District of New York
500 Pearl Street
New York, New York 10007

Re:    Sale of Oil Painting    Wisteria Arbor Mandala by Artist Annamarie Trombetta

To The Honorable Judge Ronnie Abrams:

I, Susan B. Goldstein, am extending this letter to the court on behalf of Artist Annamarie Trombetta in reference to the loss of a sale for one of her most beautiful paintings, Wisteria Arbor Mandala which is on her professional website.

I am a retired Professor in the Communications Dept. at Baruch College in New York City. I have been familiar with the artist Annamarie Trombetta for quite some time. It was a pleasure to attend Ms. Trombetta's openings and lectures at the Union League Gallery on Park Avenue and The Italian American Museum in "Little Italy". The exhibits were spectacular and I felt compelled to bring Annamarie's work to the attention of my aunt who is an avid art collector.

Upon viewing the photos from Ms. Trombetta's exhibitions my aunt was interested in purchasing the oil painting "Wisteria Arbor Mandala" which was eighty five hundred dollars. This was a significant investment for her collection. My aunt's personal assistant came upon a listing under Annamarie Trombetta in reference to an Oil painting done in 1972 that was damaged. The post was on some site Worthpoint which sells items of low quality and standard to include the works of Thomas Kinkaid.

As a result of this finding, I phoned Ms. Trombetta about this listing under her name which she responded that she was not aware of the internet listing. Ms. Trombetta assured me that it was not her painting and did not know why her full name was associated with such a site. I encouraged Annamarie to try and have this horrible and dreadful listing removed from the internet at once.

My aunt's assistant did point out that the description on the Worthpoint internet site reference the artist Annamarie Trombetta's website. The oil painting my aunt wished to purchase is on Annamarie's website. The reference to the website of Artist Annamarie Trombetta on the Worthpoint site is the main reason why my aunt decided not to purchase the painting. It was indeed a favorite image, however the amount of money for the painting and the association with such a "cheap and disreputable site" was too problematic to facilitate the sale of Annamarie's lovely painting. Losing the sale of eighty five hundred dollars is quite a disappointment alas my aunt has quite a collection of art and to not be included in her collection is an even greater misfortune.

It is with my full support that I applaud Ms. Trombetta with her legal pursuits. These unorthodox and disreputable internet sites have created so many problems for Ms. Trombetta at a time when she should have been celebrating and selling her work and her successes.

Very Truly,

March 4, 2019

Professor Susan B. Goldstein                    Notary

Plaintiff 000074

# M Gmail

Annamarie Trombetta <artofannamarie@gmail.com>

## Letter
1 message

Scott Goodwillie <scottgoodwillie@icloud.com>                    Thu, Apr 7, 2022 at 9:41 AM
To: Annamarie Trombetta <artofannamarie@gmail.com>

To Whom it May Concern:

I am a professional artist and colleague of Annamarie Trombetta whom I have known for over twenty years.

In January 2015 I attended her first solo exhibition at the Union League Club Gallery on Park Avenue in New York City. I was impressed by her work and with the number of pieces in her show. When I was informed that Ms. Trombetta did not have gallery representation, I offered to speak with gallerists whom I knew in Chelsea on her behalf. I had done so in the past and in fact in 2002 I made an introduction to the Arnot Museum Director John Ahern on Ms. Trombetta's behalf. As a result she was included in the prestigious 2003 Representational Exhibit at the Arnot Art Museum in Corning New York.)

Months later, in the summer of 2015, I presented photos of Ms. Trombetta's artwork to some of my contacts. Two galleries in particular were interested , J. Cacciola and Tazza Gallery both located in Chelsea, NYC. In late August, upon scheduling a personal introduction, one of the gallerists found the eBay listing under Annamarie Trombetta's name and the owner of the gallery was no longer interested.

For those of us in the "Professional Field of Art", particularly in the year 2015, anyone selling artwork particularly on eBay or any other online platform is considered an amateur artist. The internet listing, once discovered by the galleries, sabotaged the interest in Ms. Trombetta's work. I can attest to this from personal experience that the internet link ended all possibilities of gallery representation.

I encouraged Ms. Trombetta to get the link removed from the internet as soon as possible and I am outraged that she had such a difficult time to remove the fake signature that was photo featured and referenced next to her biography. This ordeal has greatly affected Ms. Trombetta's income and reputation--for what it's truly "worth".

Sincerely,
Scott B. Goodwillie
646-784-0764

Sent from my iPhone

SA2046

SA2047

EXHIBIT # 14



The Painting Group

1975 - 1996



**SA2049**

EXHIBIT # 17



annamarie trombetta - Google Search                     Plaintiff 000052                        12/19/15, 10:42 AM

Google+ Search  Images  Maps  Play  YouTube  News  Gmail  More -                              artofannamarie@gmail.com - ⚙

**Google**  annamarie trombetta                                                          🔍

All   Images   Videos   News   Shopping   More ▾   Search tools                                    ▲ ✎

Page 2 of about 33,400 results (0.47 seconds)

**1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yoz.
Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...
You've visited this page 3 times. Last visit 12/18/15

**Annamarie Trombetta | Whitepages**
www.whitepages.com/name/Annamarie-Trombetta ▾  Whitepages ▾
Find Annamarie Trombetta's phone number, address and more on Whitepages, the
most trusted online directory with contact information for over 90% of US ...

**artist annamarie trombetta's imagery offers visionary ...**
italianamericanmuseum.org/news/news_plein.html ▾
Artist Annamarie Trombetta's "Central Park Imagery," a collection of en plein air works
in oils, pastels, watercolors, etchings and drawings will be on display at ...
You've visited this page 2 times. Last visit 12/11/15

**Annamarie Trombetta on Paddle8**
https://paddle8.com/artists/annamarie-trombetta/ ▾
Annamarie Trombetta Water Tower $300 Part of New York Academy of Art. You are
now following Annamarie Trombetta and will get email alerts when we add ...

**Annamarie Trombetta - Pollock Krasner Image Collection**
www.pkf-imagecollection.org/artist/Annamarie_Trombetta/biography/ ▾
Annamarie Trombetta. Contact Works. CONTACT. Annamarie Trombetta Studio  175
East 90th Street (14P) New York, NY 10128. Phone/ Fax: 212-427-5900.
You've visited this page 2 times. Last visit 12/8/15

**annamarie trombetta - OneLook Dictionary Search**
www.onelook.com/?lang ..annamarie+trombetta ▾ OneLook Dictionaries ▾
We found one dictionary that includes the word annamarie trombetta: Art dictionaries
Art (1 matching dictionary) Annamarie Trombetta: Artist Search [ home, info] ...

**salem krieger on Twitter: "Painting Central, a short video ...**
https://twitter.com/salemk/status/269681283083403264 ▾
... @salemk 16 Nov 2012. Painting Central, a short video about Annamarie Trombetta a
painter working in Central Park, NYC . http //vimeo.com/52924850 ...
You've visited this page 2 times. Last visit 12/5/15

**Annamarie Trombetta attends the Sing for Hope pop up ...**
www.gettyimages.com/.../annamarie-trombetta../11550931... ▾ Getty Images ▾
Annamarie Trombetta attends the Sing for Hope pop up pianos launch at the Sing For
Hope Piano Warehouse on June 7, 2011 in New York City. Get premium

**annamarie trombetta Pictures & Images - Photobucket**
photobucket.com/images/annamarie%20trombetta ▾
Browse Annamarie Trombetta pictures, photos, images, GIFs, and videos on
Photobucket.

**Flickr: Annamarie Trombetta**
https://www.flickr.com/people/annamarietrombettaart/ ▾
Annamarie Trombetta hasn't listed any contacts yet. Testimonials (0). Annamarie
Trombetta doesn't have any testimonials yet. Name: Annamarie Trombetta.

Searches related to annamarie trombetta

artist annamarie trombetta       anna marie trombetta
annamarie trombetta facebook    judge annamarie trombetta

https://www.google.com/search?q=annamarie+trombetta&noj=1&si...bhp&ei=l3p1VpKxMsPw-QHBlavlBQ&start=10&sa=N&biw=1280&bih=804        Page 1 of 2

**SA2050**



1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAMARIE TROMBETTA YQZ - Google Search    5/9/17, 8:37 AM

Google+ Search Images Maps Play YouTube News Gmail More •    Plaintiff 000068  rlcfannamarie@gmail.com ▾ ✿

Google    1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAN  🔍    Exhibit C1

All    Shopping    Images    Videos    News    More ▾    Search tools

About 17 results (0 64 seconds)

econd    **1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for: Start Free Trial or Sign in to see what it's worth. Item Category: ...
You've visited this page many times. Last visit: 12/30/15

irst    **Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...**    Name
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz - Mustangs" Frank Rowland ~ Original Serigraph ~ LARGE DRAMATIC ...
You've visited this page many times. Last visit: 12/30/15

ourth    **THOMAS KINKADE -KINCAID - WorthPoint**
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or Sign in to see what it's worth. ... 1972 Original Oil Painting
Man With Red Umbrella Signed Annamarie Trombetta yqz · Handmade New Mexican
Folk Art Church Birdhouse LARGE Lark Sedona · BLUE HELLO KITTY ...

Third    **1789 bonnaterre original antique hand colored reptile ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz - Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...
You visited this page on 12/18/15

**1789 bonnaterre original antique hand colored reptile ...**
www.worthpoint.com › Worthopedia™
Category: Original Antique Print Egyptian Cobra, Egg Eating Snake Pl.22 Historical
Information: This ... 1972 Original Oil Painting Man With Red Umbrella Signed
None    Annamarie Trombetta yqz · 1789 BONNATERRE ORIGINAL ANTIQUE HAND ...

**Annamarie Trombetta - Biography**
www.trombettaart.com/bio.html ▾
When I was a tiny seed of contemplative thought, my artistic nature began to sprout
interest while gazing up at the ceiling paintings in a neighborhood church ...
Missing: 1972 oil man red umbrella yqz

**Annamarie Trombetta - Artist Info**
www.trombettaart.com/info.html ▾
EDUCATION 1999 - National Academy School of Fine Arts 1991 - William Butler Yeats
Summer School, Sligo,Ireland 1989 - New York Academy of Art 1987 - Art ...
Missing: 1972 oil man red umbrella yqz
You've visited this page 4 times. Last visit: 11/12/15

Fifth    **artist annamarie trombetta's imagery offers visionary ...**
italianamericanmuseum.org/news/news_plein.html ▾
Artist Annamarie Trombetta's 'Central Park Imagery,' a collection of en plein air ... Ms.
Trombetta is an artist who has created works in printmaking, watercolor, oil ... The New
York Academy of Art, The National Academy Museum and School, ...
Missing: 1972 man red umbrella yqz
You've visited this page 2 times. Last visit: 12/11/15

 **Annamarie Trombetta, Artist Interviewed by June Middleton ...**
https://www.youtube.com/watch?v=ufEQ3D3LWms
Apr 29, 2015 - Uploaded by JuneMindingBusiness
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has created works in oil ...
Missing: 1972 man red umbrella yqz

**Painting Central - artist Annamarie Trombetta on Vimeo**

MI

**Original Oil Paintings**
www.ugallery.com/Buy-Original-Art ▾
Original Art. Top Emerging Artists.
Expertly Curated — Free Shipping!

**Original Art Gallery**
www.zatista.com/ ▾
Over 7000 Completely Original Works
Great Value. Buy Today, Save Big.

**Original Art For Sale**
www.saatchiart.com/ ▾
4 7 ★★★★ rating for saatchiart.com
Curated Men Collections.
Paintings, Sculpture, Photo & More!

**Montclair Art Museum**
www.montclairartmuseum.org/ ▾
(973) 748-5555
Celebrating American Art
for 100 Years!

**Famous Paintings in NYC**
www.drawingcenter.org/painting ▾
Visit The Drawing Center in SoHo.
A Museum Dedicated to Drawings.
♀ 35 Wooster St, New York, NY

**Incredible Art for Sale**
www.poba.org/shop ▾
Masterworks from artists who left
us too soon available only at POBA!

See your ad here ▸

**SA2051**

In The United States District Court  For Southern District of New York

_____

| | |
|---|---|
| Annamarie Trombetta, | Civil  Action  No. 18-cv-0993-RA-HBP |
| Plaintiff, | |
| vs. | **PLAINTIFF'S  OPPOSITION  RESPONSE** |
| | **TO  DEFENDANTS' WORTHPOINT'S** |
| Norb Novocin, Marie Novocin, Estate Auctions Inc. and WorthPoint Corporation | **ATTORNEYS  MOTION  TO** |
| | **PRECLUDE AND PROFFER  PLAINTIFF'S** |
| Defendants | **EXPERT WITNESSES** |

_____

WorthPoint Corp  and their attorneys have moved to exclude the testimony of Plaintiffs'  Art Appraiser, Gayle Skluzacek and  (economic and art appraisal expert)  Patrick O'Leary and Dr. Joseph V. Scelsa,  director of the Italian American Museum who gave Plaintiff a solo exhibit in 2015 and  is aware of this ordeal put upon the Plaintiff for the past  eight years.  The report by  Art Appraiser, Gayle  Skluzacek   was produced  to Defendants on February 21, 2023. The report for Dr. Joseph Scelsa was  produced on February 16, 2023.  Mr. O'Leary's affidavit was produce on December 5, 2022 and Defendants deposed Mr. O'Leary on  February 28, 2023. There  will be  no harm in  the Court  allowing testimony of Plaintiff's expert witnesses.

Plaintiff  is one Pro Se litigant. I  have  dealt with six different  attorneys from the WorthPoint. Defendants. Plaintiff has   two separate Defendants which are simultaneously issuing demands and responses that  any lawyer, let alone a Pro Se litigant, is required to respond to in a timely manner. At times, the demands imposed upon the Plaintiff by   WorthPoint Corp. in particular from July to December were simply overwhelming. In November WorthPoint attorneys falsely designated  the wrong documents and falsely contacted the Court  claiming Plaintiff had outstanding discovery. This  was merely a means to create chaotic mistakes set  forth by WorthPoint's attorneys set forth  in ECF 307 filed  on Nov. 7, 2022. As a result  Plaintiff  had to set forth letters to the Court to correct the mistakes made by WorthPoint.   Plaintiff    filed in **ECF 310** on Nov. 8, 2022, in **ECF 311**  filed on

**SA2052**

Nov. 9,  2022  **ECF 312** fielding on Nov. 10, 2022 and **ECF 313,**  filed on Nov. 11, 2022, on Nov. 16, 2022 in ECF 315 and  had to contact the t Court almost daily to  try and obtain my discovery requests.

Plaintiff's notes  during the November 23, 2022 conference call ( which was the day before Thanksgiving) I  did inquire  and note to  Judge Cave that my  expert reports  and their completion might be delayed since we were at the onset  of the holiday season . Contributing to the December 19, 2022  deadline for my expert witness report  were  several extensions made by the  WorthPoint's attorneys who imposed  numerous demands  upon the Plaintiff.  In addition, both Defendants were withholding evidence.   Plaintiff had made   discovery demands since February 2022.  One major deterrent  in acquiring the discovery was WorthPoint  willful production of contradictions  responses all at the same time which Plaintiff will explain  below under "Chronological  Factual History.

Plaintiff's  submission of name and  production for my reports began and is evidenced in my emails to and from  Art  Appraiser, Gayle  Skluzacek from June 2022 and from August 19, 2022 for Dr. Joseph V. Scelsa. Plaintiff's three expert witnesses have experience and are skilled at  giving testimony in other  court cases.  Each one  possesses the  maturity necessary to  contribute and support the facts in  Plaintiff's case. There will be no harm in the Court allowing my experts to give testimony should there be a trial. The end of expert discovery  was set for March 1, 2023.   Plaintiff submitted my expert report for Dr. Scelsa two weeks before the deadline. Denying  Plaintiff' s witnesses the right to give  testimony at trial  would add  to the   willful  injustices and anxieties both  Defendants have already intentionally  inflicted upon  the Plaintiff by refusing to  settle this litigation, despite Plaintiff's production of my 1972 childhood signature. Since 2015 I have informed both Defendants I am not the artist who painted  the oil  which  Defendants claimed  publicly.  Below Plaintiff will explain how Defendants willfully deterred the production of evidence and created many extensions, particularly in July 2022 with the cancellation of Plaintiff deposition, noted in **ECF 249** and **ECF251.**  WorthPoint willfully postponed Plaintiff first scheduled date for their deposition due to Plaintiff email stating I had found some new documents. In July 2022 and again in November 2022 WorthPoint was  making frivolous arguments to extend discovery, thus pushing the date for

Plaintiff's expert reports to be on December 19, 2022.  Aside from this, WorthPoint Corp on August 30, 2022, after completing a nine hour deposition at Wilson Elser, Defendants improperly served Plaintiff with a lawsuit for IIED in the State of Georgia, where I have never visited. The additional case has  no evidentiary support since the dates and facts  within the Complaint are incorrect.  The deterrence  and willful delay in WorthPoint's  production of contradictory  evidence  made Pro Se litigant  reliant on  their evidence.  WorthPoint's attorneys  created emotional distress and led to Plaintiff 's becoming ill on Dec. 10 , 2022. Plaintiff unexpected sickness in mid  December lasted into  January 2023 led to a doctor's appointment on January 12, 2023. as the Plaintiff was suffering from extreme exhaustion.  Such standing of impaired health   warrants "good cause" for Plaintiff's  production of expert witness reports.  Moreover, Plaintiff expert reports are within the merits of Plaintiff's case. Despite Plaintiff  ill health,  and required filings, Plaintiff produce two expert reports. Defendants produce one flawed report and one declaration which has  Plaintiff's incorrect email. Estate Auctions Inc has no expert reports or witnesses to support their claims.

**EXHIBIT #1Emails to and from Art Appraiser, Gayle Skluzacek and her expert witness report.**
**EXHIBIT #2 Emails to and from  Dr. Joseph V. Scelsa, and his expert witness report.**
**EXHIBIT #3 Plaintiff requesting an application for extension due to holiday season page 64.**
**EXHIBIT #4 Plaintiff's January 12, 2023  Doctor's appointment.**

**WORTHPOINT'S FALSE AND MISLEADING STATEMENTS  IN JAN. 19,2023 REPORT**

On  January 19, 2023,WorthPoint' s attorney submitted their  one  and only expert witness who  issued a report that had several mistakes.  First, WorthPoint's internet expert witness  Jessie Stricchiolia 's report mistakenly referenced  Mr. Patrick's O'Leary's Affidavit  which requires a notary signature.  Ms. Stricchiola  designated the Affidavit  to be a "Declaration".  If it was a declaration  there would be a series of statements.  Mr. O'Leary's Affidavit had a series of visual illustrations.   The content of Mr. O'Leary 's Affidavit was  more  in- depth and detailed that was concentrated on  Estate Auctions Inc.'s production of  four separated and varied eBay receipts.  Ms. Stricchiola, only gave  a statement "*none of the contents or statements  provided by Mr. O'Leary*

*change my opinions above.* Mr. O'Leary's did not comment on WorthPoint's Google listing and concurrently Ms. Stricchiola did not comment on the content of Mr. O'Leary's Affidavit. Secondly, Ms. Stricchiola wrote that Mr. O'Leary's report was dated December 25, 2022 which is Christmas day as opposed to the correct date which is December 5, 2022.

Ms. Stricchiola discussed in her report. the URL: https://www.worthpoint.com/worthopedia/ 1972-original-oil-painting-man-red-48924172 from its website, and at what point in time this occurred; and falsely stated Defendant did not re-publish the URL in question In No.20. Ms. Stricchiola claimed *" In addition to the questions above, I asked Mr. Packer whether the web page in question at the above URL was ever re-published at this or anyother URL on the www.worthpoint.com website, and he stated that it was not."* Plaintiff responds by attaching WorthPoint own evidence dated Jan. 4, 2017 which documents Jason Packer email confirming the the URL for the 1972 oil painting was on the internet in January 4, 2017.

**EXHIBIT #4 WorthPoint'sEvidence 000132, 000133 and 000134 Jan. 4, 2017 emails**

**WORTHPOINT'S FALSE AND MISLEADING STATEMENTS IN JAN. 19,2023 DECLARATION**

On January 19, 2023, WorthPoint produced one Declaration by WorthPoint's employee,Jason Packer. Mr Packer had designated an incorrect email that Plaintiffs did not use to contact WorthPoint and sign onto WorthPoint's Membership Price Guide which was required in order to view the sold price of the 1972 Oil Painting Man With Red Umbrella. Mr. Packer had to have looked at Plaintiff website and designated my website email address "annamarie@trombettaart.com as the email used. Mr. Packer's declaration has set forth data and information based on Plaintiff's incorrect email which causes the information to be suspect and unverifiable. By submitting a signed declaration which is purporting the Plaintiff's wrong email, the declaration is flawed and incorrect. Both of WorthPoint's submitted report and declaration contained inaccurate information. Purporting incorrect information to the public is the root cause ie, literally the whole case in summary. In short, the same conduct demonstrated by WorthPoint Corporation that prompted this lawsuit is t(he willful purporting of false evidence) , is consistent with the Defendants present willful and

**SA2055**

wanton patterns of false assertions and lack of correct evidence along with their unending denial of Plaintiff factual evidence.

**EXHIBIT #5 Jason Packer's declaration with wrong email page 9 and 10.**

**EXHIBIT #6 Plaintiff's Roundcube Website Email address NO sent emails to WorthPoint.**

## SUMMARY OF PLAINTIFF'S LAWSUIT

This lawsuit emanates from an "alleged 2012" eBay sale and sudden internet appearance in August 2015 after Plaintiff entered a first time bid on eBay in June 2015. In addition, Plaintiff's biography was listed on askART around late May early June 2015. The false internet listing appeared under Plaintiff's name claiming I was the artist who painted the 1972 painting that was allegedly sold by Defendants Estate Auctions, Inc. on eBay in 2012. The false ad appeared on the website of worthpoint.com which had an active, hyperlink eBay logo, which when clicked, went straight to the eBay's website. Plaintiff immediately contacted WorthPoint who stated repeatedly that WorthPoint does not receive the names of the eBay seller or the buyer. I replied, if you don't know who sold the 1972 oil painting and who bought the painting, why won't you not comply with my request to remove the listing. I informed WorthPoint repeatedly that I was not the artist. WorthPoint insisted the link was on eBays website. Plaintiff was wrongfully mislead and equally misdirected by WorthPoint for several months. My biography was incorrectly inserted and partial truncated and the false ad stated " New York listed artist" which inaccuracy and unjustifiably targeted Plaintiff. The false webpage was circulated on WorthPoint's website from 2015 and 2017. In 2015 and 2016 Plaintiff's investigation of the 2012 eBay sale led to a senior advisor at eBay informing me that he sale was undefined. WorthPoint claims the reported sales information on its website platform purports "historical " record of a prices for the sale of art, however when Plaintiff informed WorthPoint that I did not paint the 1972 painting WorthPoint ironically still refused to remove the false listing that was appearing under the Plaintiff's name. I stated, in this instance Plaintiff did not paint.the 1972 oil painting, therefore how can WorthPoint claim this is a historic record and I was met with opposition and misdirections. Plaintiff's exclusive right of my copyrighted biography were violated. My

truncated biogrpahy was composed with a photo depicting an signature in oil paint "A.Trombetta"
The written caption by WorthPoint stated "signed Annamarie Trombetta" which is a visual
misrepresentation in relationship to the photo featured in the ad. The contradictory claim "signed
Annamarie Trombetta next to an A. Trombetta photo was obviously false. The adherence of false
copyright management information in Plaintiff's Evidence 000163 confirms the falsity of
WorthPoint's unauthorized, public claims. The non existent association between WorthPoint and the
Plaintiff listed with Plaintiff's true achievements on the internet and caused the Plaintiff to lose
a sale of artwork, the loss of internets by gallerists and who know what else.

### BRIEF CHRONOLOGICAL FACTUAL HISTORY

1) As aforementioned, in 2015 Plaintiff put a first time, bid on Ebay in June 2015 to purchase
an item. In August 2015, Plaintiff found a false misattribution listing appearing under my name on
the internet on WorthPoint's website.

2) For several weeks Plaintiff I contacted eBay and WorthPoint Corp. informing both parties I did
not paint the 1972 oil painting that was listed on the internet under my name. Upon several inquires
and calls to WorthPoint, on November 16, 2015, WorthPoint employee Anita Brooks issued a
statement claiming WorthPoint buy sales records from various auction houses etc.

3) On November 26, 2015 I emailed eBay and included the Nov. 16, 2015 email and
confronted eBay about the false post that was coming up on the internet under my name.
**Plaintiff's Evidence 000016.**

4) On or around late December 2015 and again in January 2016 Plaintiff confirmed twice from
eBay that the 1972 oil painting sale was undefined. The second time Plaintiff recorded the eBay
phone call.

5) On January 14, 2016 Plaintiff filled out on WorthPoint's website the Item Removal Request in
Plaintiff's Evidence 000285 and 0000286.Once I submitted the form I did NOT hear back from
WorthPoint.

5) January 22, 2016 I email support@worthpoint.com to inquire about the false posting.
Case 1:18-cv-00993- Document 33 Filed 01/17/20 Page 23 of 63. At the same time I phoned
WorthPoint and spoke with Anita Brooks at length. I informed her once again that I was not the artist
who painted the 1972 oil painting yet my copyrighted biography was used to falsely claim I was the
painter. Ms. Brooks suggested I email WorthPoint. Plaintiff's **Evidence 000022** Ticket Ticket #56607

6) On Janaury 25, 2016 Plaintiff support @ worthpoint.com with seven questions in **Plaintiff Evidence 000023.** A second submission to worthPoint and another receipt for Ticket Ticket #56607 in **Plaintiff Evidence 000024**.

7) January 29, 2016 to support@worthpoint.desk-mail.com I submitted the Fraudulent Takedown Ticket #56607 Case 1:18-cv-00993- **Plaintiff's Evidence 000026**—third ticket for Takedown Ticket #56607 and in   Document 33 Filed 01/17/20 Page 25 of 63   Plaintiff emailed WorthPoint with seven  questions **Plaintiff Evidence 000025**.

8) February 1, 2016 using the email support@worthpoint.com I contacted Anita B and allegedly WorthPoint webmaster Greg Watkins with the same seven questions requesting —the name of WorthPoint's webmaster—-when was the 1972 posted on WorthPoint's website.**Plaintiff Evidence 000027**. On February 1, 2016 Plaintiff submitted a FOURTH email to support@worthpoint.desk-mail.com and received the same Takedown Ticket #56607 but NEVER RECEIVED A RESPONSE from WorthPoint, **Plaintiff Evidence 000028.**

8) February 3, 2016 I spoke for almost 18 minutes with webmaster Greg Watkins andinformed Watkins that to I was not the Artist. I would have been nine years old and Mr.Watkins laughed when I said that. I asked Mr. Watkins to permanently remove the FRAUDULENT LINK from the WorthPoint website. Mr. Watkins gave me the email of Will Seippel and spelled it out. Watkins informed me that Seippel was at a conference in Vegas and that I should contact Seippel in writing . I then gave and spelled my email at the time, "trombettaart@yahoo.com to Mr. Watkins to give to Mr. seippel.will@worthpoint.com I requested an immediate removal on 2/3/16. From Feb. 3rd to Feb. 20th the internet post was still active on the internet.  Plaintiff's Evidence 000999 to 001011.

9) On February 20, 2016 I emailed will@worthpoint.com support@worthpoint.com In Case 1:18-cv-00993-RA-SLC Doc. 33 Filed 01/17/20 Page 26-27-28 of 63. **Plaintiff Evidence 000029 thru to Plaintiff Evidence 000033.** I also submitted a second Fraudulent Ticket #57565- on Feb. 20, 2016 Doc.33 Page 29. Takedown Ticket #57565 Fraudulent artwork and links to Fraudulent art **Plaintiff Evidence 000028B.**   Mr. Seippel February 20, 2016 response is in Plaintiff Evidence 000034

Plaintiff notes to the Court in 2020, four years after Will Seippel emailed the Plaintiff on February 20, 2016, Mr. Seippel filed a declaration falsely claiming he reposed to Plaintiff's February 20, 2016 email on March 1, 2016 and not the truthful, February 20, 2016 documented email by Mr. Seippel

**EXHIBIT #7 Will Seippel Feb. 20, 2016 email response to Plaintiff's same day email.**

**EXHIBIT #8  Will Seippel June 29,  2020 Declaration No. 6 false statement**

10) I contacted Mr. Seippel and Mr. Watkins on February 29, 2016, again,  regarding removing the fraudulent post I still saw online WorthPoint never emailed to confirm removal of it. **PlaintiffEvidence 000035 and Plaintiff Evidence 000036.  Plaintiff notes to the Court Plaintiff Evidence 000036 has  the Titanic Lithography which states I visited the page on February 16, 2016.** Plaintiff viewed the false 1972 Man With Red Umbrella  that was linked to Titanic lithograph poster. **SEE BELOW**

TITANIC lithograph poster (12/01/2012) - WorthPoint
www.worthpoint.com - Worthopedia™

About the Art : Great care was taken to precisely re-create the artist's original image. ... 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie ...
You visited this page on 2/16/16.

11) On March 7, 2016, I contacted Mr. Seippel once again which is duly documented . I still saw my fake post online and did not receive any confirmed removal from WorthPoint **Plaintiff Evidence 000035 and Plaintiff Evidence 000037.**
Case 1:18-cv-00993-RA-SLC Document 33 Filed 01/17/20 Page 30 of 63 Dated March 3, 2016 from "Jason Packer to Will Seippel  "I can FILE A TEMPORARY removal w/Google for this URL " **Plaintiff Evidence 000049.**

12) On or around late September 2016, Plaintiff began receiving emails to my Yahoo account.  On October 24, 2016, Plaintiff saw the false 1972 posting listed and I was able to access the link   See dated print out  October  16, 2016.  **Plaintiff Evidence 000058.**

13) On or around January 4, 2017, Plaintiff emailed Will Seippel of WorthPoint Corp.  In my email to Mr. Seippel, Plaintiff described the problem and reminded Mr. Seippel that I contacted WorthPoint on or around February 20, 2016.   **Plaintiff Evidence 000050.** Plaintiff did not receive any response from Will Seippel or any other person at WorthPoint. The same January 4, 2017, email is in WorthPoint's Evidence WP000132—WP000133 and WP000134.     The difference between the Plaintiff and the Defendants emails is that Jason Packer and Will Seippel on WP000134 communicated to one another that the 1972 URL is back on the internet.

I conclude with informing the Court  on January 14, 2016, Plaintiff  filled out the Item Removal Request form on WorthPoint's website  and is  documented  in Plaintiff Evidence 000285 and Plaintiff Evidence 000286. From January 14, 2016 to March 7, 2016 Plaintiff was consistently contacting WorthPoint Corporation. There are **53 days** between Jan 14, 2016 and March 7, 2016. Moreover, when Plaintiff filled out on  January 14, 2016 and  submitted the     WorthPoint's Item

**SA2059**

Removal Request form  I did not receive any response  from WorthPoint.  Allegedly on  February 4, 2016   Defendants claim they removed the false 1972 oil painting post.   There are precisely  **21 days** between January 14, 2016 and February 4, 2016.  WorthPoint is required to immediately remove any false content reported to them. Plaintiff lost seven  month  to remove the post.

**EXHIBIT #9 dated print out  October  16, 2016.  Plaintiff Evidence 000058.**
**EXHIBIT #10  Plaintiff's Evidence 000163 A. Trombetta signature and false CMI**
**EXHIBIT #11 Plaintiff's Evidence 000285 Item Removal Request Page 1**
**EXHIBIT  #12 Plaintiff's Evidence 000286 Item Removal Request Page 2**

Aside from these facts**,** and in recently  reviewing the laws of DMCA  according  a violation of infringement  occurs when WorthPoint (1) had "actual knowledge that the material or an activity using the material on the system or network is infringing" or "in the absence of such actual knowledge, is aware of facts or circumstances which infringing activity is apparent" (often referred to as "red-flag" knowledge and willful blindness, and (2) "upon obtaining such knowledge or awareness, does not act expeditiously to remove or disable access to, the material."  Plaintiff has bate stamped evidence  and the has submitted phone calls which date the day when Plaintiff first contacted WorthPoint on January 22, 2016. The alleged removal date by WorthPoint (Feb. 4, 2016) is still weeks after Plaintiff's first contacted by phone or by using WorthPoint webpage submission forms.  After 53 days of consistently contacting WorthPoint from Janaur 14, 2016 to March 7, 2016, six months later the false 1972 post is back on the internet under Plaintiff's name.

**WORTHPOINT EVIDENCE AND CONTRADICTORY  DISCOVERY  RESPONSES BY  ATTORNEYS ON APRIL 8, 2022 FOR INTER.  NO.5 AND  PROD OF DOC. NO. 1**

Plaintiff since the onset of discovery,  submitted to WorthPoint and  their attorney four   sets of  requests  for  interrogatories,  production  of  documents  and  admissions.  On  April  8,  2022 WorthPoint produced response  to Plaintiff's  Interrogatories  " *No.  5. Identify, list and provide proof in writing detailing the the [sic] month , year and length / DURATION of time that WorthPoint*

*Corporation listed the misattributed"1972 Original Oil Painting Man With Red Umbrella " Oil Painting ".*

WORTHPOINT'S RESPONSE: "*WorthPoint objects to this request on the grounds that it is, in part, a request for* production and not an Interrogatory. WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that WorthPoint misattributed the subject painting to plaintiff, which is expressly denied. Subject to and without waiving the foregoing objections, at present **WorthPoint** c**annot respond with certainty as to the date the subject listing was posted to WorthPoint's website. It was removed on February 4, 2016.**

On the same day  WorthPoint's attorneys produce their Interrogatory Response in No. 5 WorthPoint also Responded to Plaintiff Request for the Production of Documents in No 1.   In  both of WorthPoint's attorneys   April 8, 2022 responses, statements were made that WorthPoint <u>DOES NOT</u> know or does not have any records as to when the 1972 oil painting Man With Red Umbrella misattributed to the Plaintiff, was posted on the internet.  SEE Underlined and Bold No .5  and No.1.

<u>PLAINTIFF's REQUEST FOR PRODUCTION NO. 1:</u>
Produce, identify all copies of the WorthPoint website documents or internet data that state the exact date of entry on the internet for the "1972 Original Oil Painting Man With Red Umbrella [sic: close quote is missing] that was Misattributed Signed Annamarie Trombetta (12/01/2012) listed within the post.

<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 1:</u>
WorthPoint objects to this Request to the extent it is vague, ambiguous, virtually incomprehensible as to what is meant by "website documents" and whether the request seeks documents as to when the subject listing first appeared on WorthPoint's website or when information about the subject painting first appeared on the Internet, or something else. WorthPoint further objects to this Request to the extent that it is not a request for production but an interrogatory. WorthPoint further objects to the characterizations employed in this Request to the extent that it is implied that WorthPoint misattributed the subject painting, which is expressly denied. Subject to and without waiving the foregoing objections, ***WorthPoint currently is not in possession of documents or records as to when information about the subject painting first appeared on the Internet,*** but WorthPoint is producing herewith pages from Google Analytics. No records were withheld from production due to the stated objections.

Plaintiff  last responses from WorthPoint's attorneys are dated  were dated October 11, 2022. WorthPoint's  response on October 11, 2022  to Plaintiff's interrogatory No. 8  was " *State in writing the month and year when the WorthPoint employee* **posted** *"1972 Original Oil Painting Man With Red Umbrella WorthPoint ad to WorthPoint's website"*.

WORTHPOINT'S  RESPONSE    WorthPoint objects to this request on the grounds that it is duplicative of Plaintiff's prior similar request ant it mischaracterizes the hammer in which eBay data is made available on WorthPoint's services Subject to and without waiving the foregoing objections, WorthPoint states that there were no such employees that manually posted this specific listing. Furthermore, **WorthPoint is NOT in possession of any information as to when this listing was posted on WorthPoint's website.**

In addition,   in Plaintiff last interrogatory request in No. 1 Plaintiff asked WorthPoint if Norb Novocin  ever had or has a membership with or to WorthPoint Corporation's website. On October 11, 2022 ,  WorthPoint's attorneys  confirmed that Norb Novocin was a paid subscriber.  In Plaintiff's Interrogary No. 2 I asked the years and dates when Norb Novocin has membership with WorthPoint Corporation.  Allegedly Norb Novocin has been a paid subscriber to ***worthpoint.com*** from May 15, 2014  to the present.

**EXHIBIT #13 WorthPoint's Oct. 11, 2022 Interrogatory   Responses Plaintiff Evidence 000602  to  Plaintiff Evidence 000609.**

**EXHIBIT #14 WorthPoint's Oct. 11, 2022 Interrogatory   Responses Plaintiff Evidence 000605 Plaintiff Evidence 000606**

**WORTHPOINT'S  EVIDENCE  WP000130  DATE OF POST  MARCH 5, 2013**

Plaintiff   brings to the Court's attention the THREE contradictory   responses and dated information that conflicts, conceal and is confusing as to WHEN and   theDATE of   the 1972 oil painting Man With Red Umbrella  misattributed to the Plaintiff, was posted on the internet.

Below is the bottom page of WorthPoint's evidence WP000130  by Jason Packer documenting  the 1972 post was listed on WorthPoint's website on March 5, 2013.

Jason Packer <jason.packer@worthpoint.com>                    Thu, Feb 4, 2016 at 9:12 AM
To: Gregory Watkins <greg.watkins@worthpoint.com>
Cc: Antoine Lyseight <antoine.lyseight@worthpoint.com>

Hi Greg,
That's removed.

It was posted 2013-03-05, and we do not have any other photos with it.

Gregory Watkins wrote:

Hi Jason,

A woman has called several times saying that a painting attributed to her that sold on eBay was not painted
by her and she would like the page taken down.

Here is the link:

http://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172

WP000130

Plaintiff notes to the Court, on February 3, 2016, Plaintiff asked Gregory Watkins, WorthPoint's webmaster who was the middleman between the sales on eBay and WorthPoint.   Mr. Watkins's response was Terapeak was the middleman. Mr. Watkins stated  *"if it (1972 oil painting) sold in 2012 We usually get the date about six months…there is a six months lag."*      Plaintiff points out that the alleged 2012 eBay sale was on December 1, 2012.  The date of WorthPoint's post is March 5, 2012 which is only three months.   Once again, there are so many contradictory responses it is difficult to discern if the statements are factual or fiction. Once again, Plaintiff produced me childhood signature and print  from 1972 which proves the EAI signatures are not mine, thus confirming a counterfeit painting signed Anna Maria Trombetta on the back and A. Trombetta on the front of the oil painting.

**EXHIBIT #15 WP Evidence WP000130 and WP000131 Packer &  Watkins emails date of post.**
**EXHBIIT#16 Feb 3, 2016 Phone Call Greg Watkins - Plaintiff's Evidence 001004 and 001005**
**EXHIBIT #17 Plaintiff   Four Sets of  Interrogatories, and Prod. of Docs. and Admissions.**

Once again  Plaintiff continues to bring to the Court's attention all of my efforts to end discovery on the  scheduled date of October 31, 2022  On Friday October 28, 2022 Plaintiff requested a Meet and Confer with all attorneys and at the meeting. During the meeting Plaintiff asked Mr. Anderson Duff to produce a full  (uncut ) version of the 2012 eBay sales receipt.  In addition, Plaintiff was asked by Adam Bialek to email Plaintiff's Yahoo electronic email dated January 22, 2016 that I sent

to WorthPoint when I signed onto WorthPoint's Membership in order to view the price  listed for the misattributed 1972 oil painting. Plaintiff exported the electronic email   to my desktop and immediately emailed  and fulfilled Mr.Bialek's request.   Plaintiff was requested to produce the meta data to Adam Bialek for the January 22, 2016 email that documents.  Plaintiff notes to the Court the complete bewilderment I   experienced when I saw Jason Packer's declaration and Plaintiff's incorrect email. On October 28, 2022 I provided the meta data proving that my Yahoo account was the only email I used to contact WorthPoint and was the one I used to sign onto WorthPoint's membership.   There simply is no rational or reason why Jason Packer's declaration has listed annnamari@trombettaart.com as the WorthPoint email. SEE EXHIBIT #5

Another puzzling and noteworthy fact was the production by Adam Bialek  email to Plaintiff and not Anderson Duff  on Nov. 23, 2023   regarding Adam Bialek emailed"Source Information" which turned out to be ambiguous coding in the guise of what would be the fourth eBay sales receipt. If the eBay receipt was the property of Estate Auctions Inc why did WorthPoint's attorney have the alleged eBay receipt in Mr. Bialek's possession.  To date, Plaintiff has never received my requested electronic-meta data email of the eBay sales receipt sent to Norb Novocin in its entirety in one electronic email format Once again, as  Plaintiff  stated in the EAI Motion, I attempted to initiated settlement talkswhich was quickly dismissed by both Defendants attorneys. Plaintiff   notes my attempts to initiated  Nov. 23, 2022 transcript pages 65 to 67.  A few days later attorney Adam Bialek sent Plaintiff an email threatening to seek attorneys fees under section 505 of the Copyright act.

Plaintiff brings to the Court's attention  the most recent WorthPoint's statements and claims. No. 3 WorthPoint claims *"3. WorthPoint's primary offering, the Worthopedia (also referred to as WorthPoint's "Price Guide"), is a searchable online database that provides users with historical pricing data from actual auction and retail sales. Id., at ¶ 4.*   WorthPoint claims that they offer historical pricing data, while concurrently stating WorthPoint is not given the name of  the seller or the name of the person who bought the item.  Plaintiff notes to the Court, when I found the false listing WorthPoint refused to remove the listing. Plaintiff questioned WorthPoint and stated  if I did not paint the oil, the record is NOT historic rather t is a false record   that WorthPoint refused to

remove from the public domain.  By law, the only source that can remove content from a website is the owner of the website.   The following statements by WorthPoint lack any substantial definition and are vague in assumption and lack any kind of verifiable proof. The WorthPoint statement are :

*9. WorthPoint has a license to obtain historical sales information for items sold on eBay. Id., at ¶8.*

*10. During the relevant time period, WorthPoint was provided with a download of hundreds of thousands of auction results on a periodic basis. Id., a*

*11. WorthPoint's system ingests data supplied to it regarding eBay sales through an automated technical process. Id., at ¶10.*

13. WorthPoint does not manually review any auction listings it receives from the eBay auction results. Id.

14. WorthPoint does not manually edit the auction listings it receives before publishing them on its platform. Id.

15. With over 700 million entries in its Price Guide, WorthPoint cannot reasonably or feasibly review every entry. Id., at ¶6

16. To the extent eBay's data provided to WorthPoint contained images, WorthPoint automatically added a copyright notice providing that the copyrighted work was licensed by WorthPoint. Id., at ¶11.

17. As part of the WorthPoint licensing arrangement for eBay data, WorthPoint relied on eBay's term and conditions which gave eBay a <u>sublicensable </u>right to the content posted by the seller. Id., at ¶12.


    Out of all the vague and non descriptor claims Plaintiff finds   No. 17 the most far reaching. WorthPoint is asserting that     a icensee can give the intellectual property rights to a third party without direct permission from the IP owner. Most licenses are sublicensable and transferable which affords the licensee the option to perform either.  Plaintiff notes to the Court non of the above statement apply to the Plaintiff since I did not paint the 1972 oil painting.

    Despite all the written  indefinite claims asserted by WorthPoint Corp. Plaintiff reiterates to the Court, it took seven full months for the Plaintiff to remove the false listing that appeared under my name.  In less than six month it was back again.  In litigation, the same pattern to overt the truth and to willfully ignore facts has been duly exemplified in the Defendants responses to Plaintiff's requests.

**CONCLUSION**

Plaintiff's Opposition   to Defendants' Motion to Preclude Plaintiff's three expert witness reports should be granted by the Court. Plaintiff  is one Pro Se litigant and  has dealt with six separate attorneys and two separate Defendants. At times the demands were overwhelming.  Plaintiff adds that noted in **ECF 330** filed Dec. 9, 2022  Plaintiff filed the Dec. 6, 2022 email by my expert witness Gayle Skluzacek who informed me that she would not be able to complete the expert report in December due to prior work obligations.     Plaintiff notes I had to contact by email Judge Cave's chambers   on Sunday evening December 11, 2022. Plaintiff's sudden sickensss on  or around December 12, 2022 when the Judge Cave set a due date for the reports.  For all the reasons stated above, Plaintiff requests the Courts permission to have my three expert witnesses give  testimony at the potential trial for this lawsuit along with the Plaintiff's other three fact witnesses.  There will be on harm in allowing my witness to give testimony and moreover there testimony will be consistent with the merits of Plaintiff's case and in support of my evidence.

Respectfully   Submitted by

Annamarie Trombetta                    ——Electronic Signature  ——
175 East 96th Street (12 R)
New York. New York  10128              /s/ Annamarie Trombetta   May 19, 2023
Pro Se Plaintiff                       _____

Annamarie   Trombetta Pro Se Plaintiff

**SA2066**

# EXHIBITS

**EXHIBIT #1Emails to and from Art Appraiser, Gayle Skluzacek and her expert witness report.**

**EXHIBIT #2 Emails to and from  Dr. Joseph V. Scelsa, and his expert witness report.**

**EXHIBIT #3 Plaintiff requesting an application for extension due to holiday season page 64.**

**EXHIBIT #4 Plaintiff's January 12, 2023  Doctor's appointment.**

**EXHIBIT #5 Jason Packer's declaration with wrong email page 9 and 10.**

**EXHIBIT #6 Plaintiff's Roundcube Website Email address NO sent emails to WorthPoint.**

**EXHIBIT #7 Will Seippel Feb. 20, 2016 email response to Plaintiff's same day email.**

**EXHIBIT #8  Will Seippel June 29,  2020 Declaration No. 6 false statement**

**EXHIBIT #9  dated print out  October  16, 2016.  Plaintiff Evidence 000058**

**EXHIBIT #10 Plaintiff's Evidence 000163 A. Trombetta signature and false CMI**

**EXHIBIT  #11 Plaintiff's Evidence 000285 Item Removal Request Page 1**

**EXHIBIT  #12 Plaintiff's Evidence 000286 Item Removal Request Page 2**

**EXHIBIT #13 WorthPoint's Oct. 11, 2022 Interogatory  Responses Plaintiff Evidence 000602 Plaintiff Evidence 000609**

**EXHIBIT #14 WorthPoint's Oct. 11, 2022 Interrogatory   Responses Plaintiff Evidence 000605 Plaintiff Evidence 000606**

**EXHIBIT #15 WP Evidence WP000130 and WP000131 Packer &  Watkins emails date of post.**

**EXHBIIT#16 Feb 3, 2016 Phone Call Greg Watkins - Plaintiff's Evidence 001004 and 001005**

**EXHIBIT #17 Plaintiff   Four Sets of  Interrogatories, and Prod. of Docs. and Admissions.**

**SA2067**

**In The United States District Court For Southern District of New York**
_____

Annamarie Trombetta,

       Plaintiff,                                 Civil  Action  No. 18-cv-0993-RA-HBP
           vs.

Norb Novocin, Marie Novocin,
   Estate Auctions Inc.
         and
   WorthPoint Corporation

      Defendants
_____

## CERTIFICATE OF SERVICE

I certify that on May 19, 2023, a true and correct copy of the foregoing settlement  demand  was

served upon  the parties of record via the Court's CM/ECF system and directly to all attorneys listed

below to include Adam Bialek,  Jana Farmer and John Cahill attorneys for WorthPoint Corporation

and attorney Anderson Duff representing Marie and Norb Novocin and Estate Auctions Inc.

Dated: New York, New York    May 19,  2023

                                        Submitted by

Annamarie Trombetta              ——Electronic Signature ——
175 East 96th Street (12 R)
New York. New York  10128      /s/ Annamarie Trombetta   May 19, 2023
Pro Se Plaintiff          _____

                              Annamarie   Trombetta Pro Se Plaintiff

**SA2068**

Attorneys for Defendant   WorthPoint Corporation

TO : Adam R. Bialek
   150 East 42nd Street
   New York, New York 10017 Telephone:
   Telephone: (212) 915-5143 Fax: (212) 490-3038
   Email : Adam.Bialek@wilsonelser.com

TO :  Jana Slavina Farmer
   1133 Westchester Avenue White Plains, New York 10604
   Telephone: (914) 872-7247 Fax:  (914) 323-7001
   Email :  Jana.Farmer@wilsonelser.com
   Attorneys for Defendant   WorthPoint Corporation

TO :  John Cahill
   150 East 42nd Street
   New York, New York 10017

   Telephone: (212) 915-5143 Fax: (212) 490-3038
   Email  John.Cahill@wilsonelser.com

Attorneys for Defendants   Norb Novocin, MarieNovocin, and Estate Auctions, Inc.

TO:  Anderson Josiah Duff
   Hogan Duff, LLP
   43-10 Crescent St., Ste. 12173
   Long Island City, New York 11101
   Telephone: (646) 450-3607
   Email ajd@hoganduff.com

**SA2069**

Case 1:18-cv-00993-LTS-SLC    Document 470-1    Filed 05/19/23    Page 1 of 18

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ X

ANNAMARIE TROMBETTA,                                  :
                                                      :
                                Plaintiff,            :    Civil  Action No. 18-cv-00993-RA-SLC
                                                      :
                    - against –                       :
                                                      :    **DEFENDANT WORTHPOINT'S**
NORB NOVOCIN, MARIE NOVOCIN, ESTATE                   :    **RESPONSE TO PLAINTIFF'S**
AUCTIONS, INC., and                                  :    **(TROMBETTA'S) FIRST SET OF**
WORTHPOINT CORPORATION,                              :    **NOTICE TO ADMIT FOR**
                                                      :    **DEFENDANTS [SIC] WORTHPOINT**
                                Defendants.            :    **CORPORATION**
------------------------------------------------------------------------ X

Pursuant to the Federal Rules of Civil Procedure Rule 36,  Defendant WorthPoint Corporation

("WorthPoint")[1] by their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER

LLP, hereby responds to plaintiff Annamarie Trombetta's ("Plaintiff") First Set of Notice to

Admit for Defendants [sic] WorthPoint Corporation ("Notice to Admit") as follows:

<u>**SPECIFIC OBJECTIONS RELATIVE TO ALL DEMANDS**</u>

1.      To the extent the Notice to Admit appear to be directed to Defendant William

Seippel, it is objected to as Mr. Seippel was dismissed from this action by order of the court

of December 21, 2021 and therefore he will not be responding to the Notice to Admit.

2.      To the extent that the Notice to Admit is also directed to WorthPoint's attorneys,

it is objected to as attorneys are not witnesses and do not have independent knowledge or

records relevant to the circumstances of this matter. As such, no separate response will be

provided on behalf of WorthPoint's attorneys.

---

[1] While Plaintiff has directed this Notice to Admit to William Seippel, Mr. Seippel is no longer a defendant and
will not be responding.

1

269848324v.1

Case: 25-817, 07/17/2026, DktEntry: 88.2, Page 91 of 216
SA2070
Case 1:18-cv-00993-LTS-SLC    Document 470-1    Filed 05/19/23    Page 2 of 18

2

3.      WorthPoint objects to each and every request in plaintiff's Notice to Admit to the extent that they are vague, ambiguous, ill-defined, and/or fail to provide herewith the requisite documentary proof in order to respond to the demand.

4.      WorthPoint objects to providing information and responses to plaintiff's Notice to Admit to the extent that the compilation of such information would be unduly burdensome, unreasonably expensive and/or require unreasonable investigation on the part of these defendants.

5.      WorthPoint objects to plaintiff's Notice to Admit to the extent that it seeks admissions on information not within its possession, custody or control, on the grounds that said discovery is overly broad, unduly burdensome, and could require it to search for and review non-party information and answer on behalf of non-parties.

6.      WorthPoint objects to plaintiff's Notice to Admit to the extent that it seeks admissions on information that is non-discoverable because of the attorney-client privilege and/or are materials prepared either in anticipation of litigation or during the course of this litigation.  WorthPoint objects to plaintiff's Notice to Admit to the extent it seeks admissions on information protected by any other privilege, doctrine or immunity. Inadvertent production or identification of any privileged, immune or objectionable information or document shall not be deemed a waiver of any privilege, immunity or objection.

7.      In responding to plaintiff's Notice to Admit, WorthPoint does not waive its right to challenge the relevancy or admissibility at trial or in any subsequent proceeding of the information provided in response to plaintiff's Notice to Admit.  The fact that WorthPoint has answered plaintiff's Notice to Admit may not properly be taken as an admission that it accepts that such a demand constitutes admissible evidence.  The response to part or all of any

2

**SA2071**

3

plaintiff's Notice to Admit shall not be properly construed as a waiver of all or part of any objection by WorthPoint to plaintiff's Notice to Admit.

Without waiving any of these objections, WorthPoint responds as follows:

<u>**RESPONSE TO NOTICE TO ADMIT**</u>

1. **Admit that on NOV 16, 2015 at 8:35AM EST Anita B, a WorthPoint Corporation employee wrote the email below and INCORRECTLY misdirected and misinformed the Plaintiff about the WorthPoint website and the "1972 Original Oil Painting Man With Red Umbrella that was Misattributed to Annamarie Trombetta (12/01/2012)**
<u>**Anita B. replied:**</u>
<u>**Hello.**</u>
<u>**We do not buy or sell anything on the site. Rather, we buy sales records from various auction houses and**</u>
<u>**sites and compile them into a price guide to help users determine the value of antiques and collectibles.**</u>
<u>**If this particular item sold on EBay. I recommend trying to contact EBay, as they may be**</u>
<u>**able to provide you with the additional information you are seeking.**</u>
<u>**Kind Regards,**</u>
<u>**The WorthPoint Team**</u>
<u>**www.WorthPoint.com**</u>
<u>**(877) 481-5750**</u>
<u>**Regards.**</u>
<u>**Customer Support Team**</u>
<u>**Worth Point, Inc.**</u>

**RESPONSE:** WorthPoint objects to this request to the extent that a true and correct copy of the document regarding which plaintiff seeks an admission was not provided to it and on the grounds that this request contains multiple statements of purported fact (and incorrect characterizations) as to which admission may be sought. Subject to and without waiving the foregoing objection, WorthPoint denies this request for admission.

2. **Admit that on November 26, 2015 Plaintiff emailed eBay and included the Nov. 16, 2015 email from Anita B. that conveyed and documented incorrect information that Anita B. ,WorthPoint employee, conveyed to the Plaintiff. SEE CASE FILE.**

3

269848324v.1

**RESPONSE:** WorthPoint objects to this request to the extent that a true and correct copy of the document regarding which plaintiff seeks an admission was not provided to it, the referenced "case file" is not included nor is the location of the document within such case file indicated, and on the grounds that this request contains multiple statements of purported fact as to which admission may be sought. Moreover, it seeks an admission as to actions taken by Plaintiff about which WorthPoint cannot confirm.  Subject to and without waiving the foregoing objection, WorthPoint denies this request for admission.

3. **Admit that on January 22, 2016 Plaintiff emailed <u>support@worthpoint.com</u> about the false posting. Filed in Case 1:18-cv-00993- Document 33 Filed 01/17/20 Page 23 of 63.**

   **RESPONSE:** WorthPoint objects to this request to the extent that a true and correct copy of the document regarding which plaintiff seeks an admission was not provided to it and on the grounds that this request contains multiple statements of purported fact as to which admission may be sought. Subject to and without waiving the foregoing objection, WorthPoint denies that its posting was "false" and cannot otherwise admit or deny the truth or falsity of the statements contained in Request No. 3 as WorthPoint is not in possession of any records allowing it to verify the truth or falsity of such statements and notes that the document referenced in the Request No. 3 appears to have been prepared and submitted by plaintiff.  To the extent required, WorthPoint denies this request for admission.

4. **Admit that on January 29, 2016 Plaintiff emailed <u>support@worthpoint.desk</u> - <u>mail.com</u> . Plaintiff submitted the fraudulent art takedown ticket #56607 which was filed in Case 1:18-cv-00993- Document 33 Filed 01/17/20 Page 25 of 63**

   **RESPONSE:** WorthPoint objects to this request to the extent that a true and correct copy of the document regarding which plaintiff seeks an admission was not provided to it and

4

5

on the grounds that this request contains multiple statements of purported fact as to which admission may be sought. Subject to and without waiving the foregoing objection, WorthPoint cannot admit or deny the truth or falsity of the statements contained in Request No. 4 as WorthPoint is not in possession of any records allowing it to verify the truth or falsity of such statements and notes that the document referenced in the Request No. 4 appears to have been prepared and submitted by plaintiff and does not on its face appear to support the statements in Request No. 4.  To the extent required, WorthPoint denies this request for admission.

5. **Admit that on February 1, 2016 using the email support@worthpoint.com Plaintiff contacted Anita B and WorthPoint webmaster Greg Watkins.**

   **RESPONSE:** WorthPoint objects to this request to the extent that a true and correct copy of the document regarding which plaintiff seeks an admission was not provided to it and on the grounds that this request contains multiple statements of purported fact as to which admission may be sought. WorthPoint further objects to this request as it requires WorthPoint to understand the mindset of Plaintiff when emailing Support@WorthPoint.com.  Subject to and without waiving the foregoing objection, WorthPoint cannot admit or deny the truth or falsity of the statements contained in Request No. 5 as WorthPoint is not in possession of any information or records allowing it to verify the truth or falsity of such statements. To the extent required, WorthPoint therefore denies this request for admission.

6. **Admit that on or around February 3, 2016 Plaintiff spoke for almost 18 minutes with webmaster Greg Watkins and informed Watkins that " I was not the Artist. I would have been nine years old ", Plaintiff on that day verbally asked Mr. Watkins to permanently remove the FRAUDULENT LINK from the WorthPoint website.**

5

**SA2074**

6

**RESPONSE:** WorthPoint objects to this request to the extent that a true and correct copy of the record of referenced conversation regarding which plaintiff seeks an admission was not provided to it and on the grounds that this request contains multiple statements of purported fact as to which admission may be sought. Subject to and without waiving the foregoing objection, WorthPoint denies that the subject listing was a "fraudulent link" and otherwise cannot admit or deny the truth or falsity of the statements contained in Request No. 6 as WorthPoint is not in possession of any information or records allowing it to verify the truth or falsity of such statements. To the extent required, WorthPoint therefore denies this request for admission.

7. **Admit that on or around February 3, 2016 Mr. Watkins gave me the email address of CEO of WorthPoint Corporation and spelled it out will@worthpoint.com . Plaintiff gave and spelled out Plaintiff's contact email at the time to Mr. Watkins.**

**RESPONSE:** WorthPoint objects to this request to the extent that a true and correct copy of the record of referenced conversation regarding which plaintiff seeks an admission was not provided to it and on the grounds that this request contains multiple statements of purported fact as to which admission may be sought. Subject to and without waiving the foregoing objection, WorthPoint cannot admit or deny the truth or falsity of the statements contained in Request No. 7 as WorthPoint is not in possession of any information or records allowing it to verify the truth or falsity of such statements. To the extent required, WorthPoint therefore denies this request for admission.

8. **Admit that on On [sic] February 20, 2016 Plaintiff emailed will@worthpoint.com support@worthpoint.com   Filed in   Case 1:18-cv-00993-RA-SLC Doc.  33 Filed 01/17/20 Page 26-27-28 of  63.**

6

269848324v.1

**SA2075**

7

**RESPONSE:** WorthPoint objects to this request to the extent that the request is incomprehensible, specifically with respect to the filings referred to, and seeks an admission that would only be known to Plaintiff (i.e. whether she in fact emailed someone). WorthPoint however does admit that it received an email through its will@worthpoint.com email address.

9. **Admit that Plaintiff submitted a second fraudulent art ticket #57565- on Feb. 20, 2016   Doc.33 Page 29.**

**RESPONSE:** WorthPoint objects to this request to the extent that a true and correct copy of the document regarding which plaintiff seeks an admission was not provided to it, on the grounds that this request contains multiple statements of purported fact as to which admission may be sought, and on the grounds that it is not clear what is meant by "Doc.33 Page 29.". Subject to and without waiving the foregoing objection, WorthPoint cannot admit or deny the truth or falsity of the statements contained in Request No. 9 as WorthPoint is not in possession of any records allowing it to verify the truth or falsity of such statements and notes that the document referenced in the Request No. 9 appears to have been prepared and submitted by plaintiff.   To the extent required, WorthPoint therefore denies this request for admission.

10. **Admit that Plaintiff contacted the WorthPoint CEO and Mr. Watkins on February 29, 2016 again regarding removing   the fraudulent post Plaintiff still saw online.**

**RESPONSE:** WorthPoint objects to this request to the extent that a true and correct copy of the document or record regarding which plaintiff seeks an admission was not provided to it, on the grounds that this request contains multiple statements of purported fact as to which admission may be sought, and on the grounds that WorthPoint cannot answer as to what Plaintiff may or may not have seen online. Subject to and without waiving the foregoing objection, WorthPoint denies that the subject listing was a "fraudulent post" and otherwise cannot admit

7

or deny the truth or falsity of the statements contained in Request No. 10 as WorthPoint is not

in possession of any records allowing it to verify the truth or falsity of such statements. To the

extent required, WorthPoint therefore denies this request for admission.

11. **Admit that on March 1, 2016, that Plaintiff contacted the CEO of WorthPoint Corporation once again which is duly documented. Plaintiff still saw fake misattributed 1972 Original Oil posted online and did not receive any confirmed removal from WorthPoint. Case 1:18-cv-00993-RA-SLC filed in Document 33 Filed 01/17/20 Page 30 of 63.**

**RESPONSE**: WorthPoint objects to this request to the extent that a true and correct copy

of the document or record regarding which plaintiff seeks an admission was not provided to it,

on the grounds that this request contains multiple statements of purported fact as to which

admission may be sought, on the grounds that it is unclear what is meant by "fake misattributed

1972 Original Oil posted online", and on the grounds that the Request is ambiguous as to what

it is seeking to admit. Subject to and without waiving the foregoing objection, otherwise cannot

admit or deny the truth or falsity of the statements contained in Request No. 11 as WorthPoint

is not in possession of any records allowing it to verify the truth or falsity of such statements,

WorthPoint has no information about what plaintiff may have seen online and the document

referenced in the Request No. 11 does not on its face appear to support the statements in Request

No. 11.  To the extent required, WorthPoint therefore denies this request for admission.

12. **Admit that on March 3, 2016 WorthPoint Corporation  employee Jason Packer received approval  from the CEO of  WorthPoint Corporation  to file a Temporary Removal request  w/Google for the  URL  48924121   and included the cached  URL  48924121 as seen below in the   filing on 01/17/20  in Doc. 33  page 35 go 63.  SEE   BELOW**

**RESPONSE**: WorthPoint objects to this request to the extent that it is incomprehensible.

A URL is a uniform resource locator that follows a particular protocol.  WorthPoint does not

8

understand what URL 4892421 is, nor does it know what is meant by "cached URL 48924121." WorthPoint further objects insofar as a true and correct copy of the document or record regarding which plaintiff seeks an admission was not provided to it, and on the grounds that this request contains multiple statements of purported fact as to which admission may be sought, on the grounds that it is unclear what is meant by "fake misattributed 1972 Original Oil posted online", and on the grounds that the Request is ambiguous as to what it is seeking to admit. Subject to and without waiving the foregoing objection, WorthPoint denies the Request for Admission.

13. **Admit that the CEO of WorthPoint Corporation Declared in Document 61 on Page 3 of 4 Filed on 06/29/2020 on February 4, 2016 the CEO caused the infringing auction listing 1972 Original Oil Painting that was misattributed to Annamarie Trombetta to be allegedly and permanently removed. SEE BELOW.**

**RESPONSE:** WorthPoint objects to this request to the extent that it is incomprehensible. Subject to and without waiving any objections, WorthPoint denies the Request for Admission, except admits that the subject listing was removed as of February 4, 2016.

14. **Admit that the WorthPoint photo caption of the photo " A. Trombetta" states that it is Signed Annamarie Trombetta . SEE BELOW**

**RESPONSE**: WorthPoint objects to this request to the extent that it is vague and ambiguous as to what is meant by "the WorthPoint photo caption." Subject to and without waiving any objections, WorthPoint denies the Request for Admission.

15. **Admit that the WorthPoint Caption is incorrect . The caption states that the photo is Signed Annamarie Trombetta. The letter " A" is not the full name "Annamarie".**

**RESPONSE**: WorthPoint objects to this request to the extent that it is vague and ambiguous as to what is meant by "the WorthPoint Caption." Subject to and without waiving

9

**SA2078**

10

any objections, WorthPoint denies the Request for Admission, except admits that the letter "A"

is not the full name "Annamarie".

16. **Admit that the WorthPoint statement  and copyright vector © Copyrighted work licensed by WorthPoint "   with affixed WorthPoint and eBay logos are false.**

   **RESPONSE**: WorthPoint objects to this request to the extent that it is incomprehensible.

Subject to and without waiving any objections, WorthPoint denies the Request for Admission.

17. **Admit that the WorthPoint statement  and copyright vector © Copyrighted work licensed by WorthPoint " with the affixed WorthPoint and eBay logos are false and misleading— and has a caption stating that the signature was "Annamarie Trombetta"    when the photo is of the initial "A"  with the appearance of the last name Trombetta.**

   **RESPONSE**: WorthPoint objects to this request to the extent that it is incomprehensible.

Subject to and without waiving any objections, WorthPoint denies the Request for Admission.

18. **Admit that the WorthPoint Corporation  statement  and copyright vector © Copyrighted work  licensed by WorthPoint "   with affixed WorthPoint and eBay logos are false,  misleading—and was  directly  placed  and included next to the Plaintiff  Self Authored and  Copyrighted Biography. SEE  ABOVE**

   **RESPONSE**: WorthPoint objects to this request to the extent that it is incomprehensible.

Subject to and without waiving any objections, WorthPoint denies the Request for Admission.

19. **Admit that the WorthPoint statement  and copyright vector © Copyrighted work licensed by WorthPoint "   with affixed WorthPoint and eBay logos are false and misleading and were directly included next to the Plaintiff Self Authored  Copyrighted Biography which constitutes False CMI-Copyright Management Information   SEE  ABOVE**

   **RESPONSE**: WorthPoint objects to this request to the extent that it is incomprehensible.

Subject to and without waiving any objections, WorthPoint denies the Request for Admission.

10

20. **Admit that the"1972 Original Oil Painting Man With Red Umbrella Misattributed and falsely states Signed Annamarie Trombetta was linked to another WorthPoint website Page to include Marilyn Monroe 1988 Vintage Micheal Ochs Archive Channel and had written in the description "1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta" SEE BELOW**

**RESPONSE**: WorthPoint objects to this request to the extent that it is incomprehensible, and incorporates statements as fact that are disputed. Subject to and without waiving any objections, WorthPoint denies the Request for Admission.

21. **Admit that the"1972 Original Oil Painting Man With Red Umbrella Misattributed and falsely stated Signed Annamarie Trombetta" was linked to the another WorthPoint website Page titled Thomas Kinkade-Kindaid— with the listing and written in the description "1972 Original Oil Man with Red Umbrella Signed Annamarie Trombetta". SEE BELOW**

**RESPONSE**: WorthPoint objects to this request to the extent that it is incomprehensible, and incorporates statements as fact that are disputed. Subject to and without waiving any objections, WorthPoint denies the Request for Admission.

22. **Admit that the"1972 Original Oil Painting Man With Red Umbrella Misattributed and falsely stated Signed Annamari Trombetta" was linked to the another WorthPoint website Page of Blue Hello Kitty— with the listing and written in the description "1972 Original Oil Man with Red Umbrella Signed Annamarie Trombetta". SEE BELOW**

**RESPONSE**: WorthPoint objects to this request to the extent that it is incomprehensible, and incorporates statements as fact that are disputed. Subject to and without waiving any objections, WorthPoint denies the Request for Admission.

23. **Admit that the"1972 Original Oil Painting Man With Red Umbrella Misattributed and falsely stated Signed Annamarie Trombetta" was linked to the another WorthPoint website Page of 1789 bonnaterre original antique hand**

11

12

colored reptile— yqz-Handmade New Mexican with the listing and written in the description "1972 Original Oil Man with Red Umbrella Signed Annamarie Trombetta". SEE BELOW

RESPONSE: WorthPoint objects to this request to the extent that it is incomprehensible, and incorporates statements as fact that are disputed. Subject to and without waiving any objections, WorthPoint denies the Request for Admission.

24. Admit that the "1972 Original Oil Painting Man With Red Umbrella Misattributed and falsely stated Signed Annamarie Trombetta" was linked to another WorthPoint website page 1789 bonnaterre original antique hand colored reptile Original Print Egyptian and listed in the description was written "1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta". SEE BELOW

RESPONSE: WorthPoint objects to this request to the extent that it is incomprehensible, and incorporates statements as fact that are disputed. Subject to and without waiving any objections, WorthPoint denies the Request for Admission.

25. Admit that the"1972 Original Oil Painting Man With Red Umbrella Misattributed and falsely states Signed Annamarie Trombetta" was linked to Titanic lithograph Poster (12/01/2012)- WorthPoint and had written in it's description"1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta".

RESPONSE: WorthPoint objects to this request to the extent that it is incomprehensible, and incorporates statements as fact that are disputed. Subject to and without waiving any objections, WorthPoint denies the Request for Admission.

26. Admit that the"1972 Original Oil Painting Man With Red Umbrella Misattributed and falsely stated Signed Annamarie Trombetta" was on the Google Search and Listing on the internet under the name "Annamarie Trombetta". SEE CASE FILE

12

13

**RESPONSE**: WorthPoint objects to this request to the extent that it is incomprehensible. Moreover, WorthPoint is unable to admit or deny what may have been on a "Google Search" or "Google Listing" as WorthPoint is not Google nor is it affiliated with Google, nor does WorthPoint understand what is meant by "SEE CASE FILE." Subject to and without waiving any objections, WorthPoint denies that it misattributed the subject painting to plaintiff or made any false statements.

27. **Admit that the hat [sic] the"1972 Original Oil  Painting  Man With Red  Umbrella  Misattributed and falsely stated  Signed Annamarie Trombetta"  was on the Google Search and  Listing  on the internet under the name and title  "Artist Annamarie  Trombetta".  SEE CASE FILE**

**RESPONSE**: WorthPoint objects to this request to the extent that it is incomprehensible. Moreover, WorthPoint is unable to admit or deny what may have been on a "Google Search" or "Google Listing" as WorthPoint is not Google nor is it affiliated with Google, nor does WorthPoint understand what is meant by "SEE CASE FILE." Subject to and without waiving any objections, WorthPoint denies that it misattributed the subject painting to plaintiff or made any false statements.

28. **Admit that the"1972 Original  Oil  Painting  Man With Red  Umbrella  Misattributed  and  falsely stated Signed Annamarie Trombetta"  was on the Google  Search and  Listing under  "1972 Original  Oil   Painting  Man With Red  Umbrella ( Misattributed)   and Signed Annamarie Trombetta".**

**RESPONSE**: WorthPoint objects to this request to the extent that it is incomprehensible. Moreover, WorthPoint is unable to admit or deny what may have been on a "Google Search" or "Google Listing" as WorthPoint is not Google nor is it affiliated with Google, nor does WorthPoint understand what is meant by "SEE CASE FILE." Subject to and without waiving

13

269848324v.1

**SA2082**

14

any objections, WorthPoint denies that it misattributed the subject painting to plaintiff or made

any false statements.

29. **Admit that the the"1972 Original Oil Painting Man With Red Umbrella Misattributed and falsely stating " Signed Annamarie Trombetta" was under the Google Search and Listing entitled " 1972 Original Oil Painting Man With Red Umbrella which appeared on the internet and was listed with the authentic links of Annamarie Trombetta Antist [sic] Info and Annamarie Trombetta Biography and Annamarie Trombetta Exhibit Italian American Museum. SEE ABOVE**

**RESPONSE**: WorthPoint objects to this request to the extent that it is incomprehensible.

Moreover, WorthPoint is unable to admit or deny what may have been on a "Google Search" or

"Google Listing" as WorthPoint is not Google nor is it affiliated with Google, nor does

WorthPoint understand what is meant by "SEE CASE FILE." WorthPoint further does not have

any information to allow it to admit or deny whether information or links about Ms. Trombetta

were authentic. Subject to and without waiving any objections, WorthPoint denies that it

misattributed the subject painting to plaintiff or made any false statements.

30. **Admit that WorthPoint did not receive the 12 Photos listed and described in the Estate Auction Inc Ad for the "1972 Original Oil Painting Man With Red Umbrella Misattributed and falsely misattributed and allegedly Signed Annamarie Trombetta".**

**RESPONSE**: WorthPoint objects to this request on the grounds that this request contains

multiple statements of purported fact as to which admission may be sought. Subject to and

without waiving the foregoing objection, WorthPoint admits that it is not presently in possession

of any photographs of the subject painting and denies that it misattributed the subject painting

to plaintiff or that it acted "falsely."

14

**SA2083**

15

31. **Admit that WorthPoint Corporation never had the Photo listed and described in the Estate Auction Inc Ad for the "1972 Original Oil Painting Man With Red Umbrella Misattributed which stated that the back of the painting had in Red an alleged featured signature " Annamarie Trombetta" Gifted 1977 and Painted 1972 ".**

**RESPONSE**: WorthPoint objects to this request on the grounds that this request contains multiple statements of purported fact as to which admission may be sought and on the grounds that this request is vague, ambiguous and virtually incomprehensible. Subject to and without waiving the foregoing objection, WorthPoint admits that it is not in possession of any photos of the back of the subject painting or of any photographs featuring the writings identified in Request No. 31.

32. **Admit that in 2015 WorthPoint Corporation did not have any employees /persons or Designated Attorneys on the WorthPoint Corporation staff that handled infringements claims associated with the Digital Millennium Copyright Act ("DMCA")."**

**RESPONSE:** WorthPoint objects to this request on the grounds that this request is vague as to the terms "handled infringement claims associated with the Digital Millennium Copyright Act" and seeks an admission in a manner that is not required. There is nothing in the DMCA that requires a company's agent to be on its "staff." Subject to and without waiving any objections, WorthPoint denies that it did not have someone addressing notifications under the DMCA.

33. **Admit that in 2016 WorthPoint Corporation did not have any employees /persons or Designated Attorneys on the WorthPoint Corporation staff that handled infringements claims associated with the Digital Millennium Copyright Act ("DMCA")."**

**RESPONSE**: Denied WorthPoint objects to this request on the grounds that this request is vague as to the terms "handled infringement claims associated with the Digital Millennium

15

269848324v.1

**SA2084**

16

Copyright Act" and seeks an admission in a manner that is not required.  There is nothing in the DMCA that requires a company's agent to be on its "staff." Subject to and without waiving any objections, WorthPoint denies that it did not have someone addressing notifications under the DMCA.

34. **Admit that in 2017  WorthPoint Corporation did not have any employees /persons or   Designated  Attorneys  on the WorthPoint Corporation staff that handled  infringements claims associated with   the Digital  Millennium   Copyright Act ("DMCA")."**

**RESPONSE**: WorthPoint objects to this request on the grounds that this request is vague as to the terms "handled infringement claims associated with the Digital Millennium Copyright Act" and seeks an admission in a manner that is not required.  Moreover, this Requests seeks an admission on public information.  There is nothing in the DMCA that requires a company's agent to be on its "staff." Subject to and without waiving any objections, WorthPoint denies that it did not have someone addressing notifications under the DMCA.

35. **Admit that in 2018  WorthPoint Corporation did not have any employees /persons or   Designated  Attorneys  on the WorthPoint Corporation staff that handled  infringements claims associated with   the Digital  Millennium   Copyright Act ("DMCA")."**

**RESPONSE**: WorthPoint objects to this request on the grounds that this request is vague as to the terms "handled infringement claims associated with the Digital Millennium Copyright Act" and seeks an admission in a manner that is not required.  Moreover, this Requests seeks an admission on public information.  There is nothing in the DMCA that requires a company's agent to be on its "staff." Subject to and without waiving any objections, WorthPoint denies that it did not have someone addressing notifications under the DMCA.

16

269848324v.1

17

DEFENDANT WorthPoint reserves the right to supplement and/or amend the above responses if and when the Requests are further clarified, and/or more information is obtained to allow it to supplement and/or amend its responses.

Dated:  April 8, 2022

Very Truly Yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

Adam R. Bialek
150 E. 42nd Street
New York, NY 10017
(212) 490-3000 (phone)
(212) 490-3038 (facsimile)
Adam.Bialek@wilsonelser.com

Jana A. Slavina Farmer
1133 Westchester Ave
White Plains, NY 10604
914-323-7000 (phone)
914-323-7001 (facsimile)
*Attorneys for Defendant WorthPoint*

To:    Annamarie Trombetta
       *Plaintiff Pro Se*
       175 East 96th Street
       Apt. 12R
       New York, NY 10128

       Anderson Duff
       Hogan Duff, LLP
       Attorneys for Defendants
       Norb Novocin, Marie Novocin
       and Estate Auctions, Inc.
       43-10 Crescent St.
       Ste. 1217
       Long Island City, NY 11101
       (646) 450-3607
       ajd@hoganduff.com

17

269848324v.1

**SA2086**

18

18

269848324v.1

**SA2087**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AnnamarieTrombetta,

     Plaintiff

vs.

                        C.A. NO. 18-CV-993 (RA) (SLC)

Norb Novocin, Marie Novocin and
Estate Auctions Inc. and WorthPoint Corp.,

     Defendants

---

### WORTHPOINT' S RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUEST FOR THE PRODUCTION OF DOCUMENTS AND PHOTOS

      Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant WorthPoint Corp. ("WorthPoint")[1] hereby responds to Plaintiff's revised Request for the Production of Documents and Photos, dated March 8, 2021 (the "Request").

### OBJECTIONS APPLICABLE TO ALL REQUESTS

    1.  To the extent the Request appears to be directed to Defendant William Seippel, it is objected to as Mr. Seippel was dismissed from this action by order of the court of December 21, 2021 and he will not be responding to the Request.

    2.  To the extent that the Request is also directed to WorthPoint's attorneys, it is objected to as attorneys are not witnesses and do not have independent knowledge or records relevant to the circumstances of this matter. As such, no separate response will be provided on behalf of WorthPoint's attorneys.

---

[1] While Plaintiff has directed these requests to William Seippel, Mr. Seippel is no longer a defendant and will not be responding.

3. WorthPoint objects to the definitions employed in Request, to the extent that the phrase "Your Business Entities" is defined as "Estate Auctions Inc." and any parent companies, subsidiaries or sister companies. As this Request is directed to WorthPoint, this definition appears to imply an affiliation between WorthPoint and co-defendant Estate Auctions Inc. where no such affiliation in fact exists.

4. WorthPoint objects to each and every Request to the extent it calls for production of documents or information protected by the attorney-client privilege or the attorney work product doctrine. Nothing contained herein is intended to be or should be construed as a waiver of the attorney-client privilege or the attorney work product doctrine.

5. WorthPoint objects to each Request to the extent it seeks the production of "all" or "every" document as unnecessarily broad and unduly burdensome. WorthPoint will make a reasonable production of responsive, non-privileged, non-immune documents relevant to a claim or defense, to the extent that they exist, are in WorthPoint's custody or control and can be located after a reasonable search.

6. WorthPoint objects to each Request to the extent it seeks the production of documents and things that are not relevant to any claim or defense in this action, not proportional to the needs of the case and are not reasonably calculated to lead to the discovery of admissible evidence.

7. WorthPoint objects to each Request to the extent the discovery sought is unreasonably cumulative or duplicative, is publicly available or is obtainable by Plaintiff from some other source that is more convenient, less burdensome or less expensive.

8. WorthPoint objects to each and every Request, and to definitions and instructions, to the extent they purport to impose additional burdens or duties on it that exceed the scope of reasonable

-2-

and permissible discovery under the Federal Rules of Civil Procedure and Local Rules of the Southern District of New York.

9. WorthPoint's responses to the Request are made solely for the purpose of this action. Any information or documents supplied in response to plaintiff's Request are subject to all objections as to competency, relevancy, materiality, propriety and admissibility and to any and all other objections on any ground that would require the exclusion of any material or portion thereof, if such material is offered in evidence in court, all of which objections and grounds are expressly reserved and may be interposed at the time of the trial of this matter.

10. By responding to Plaintiff's Requests, WorthPoint does not waive any objection that may be applicable to: (a) the use, for any purpose, by Plaintiff of any information or documents given in this response to Plaintiff's Requests; or (b) the admissibility, relevancy or materiality of any information or documents at issue in this litigation.

11. To the extent WorthPoint has not already produced documents responsive to any specific Request, WorthPoint will respond to each Request with documents currently in its possession, custody or control located after a reasonable search. WorthPoint does not represent that any documents actually exist, only that WorthPoint will make a good faith search and attempt to ascertain whether documents responsive to each Request do in fact exist.

12. The following responses are based upon information available at the time of preparation of this response following due and diligent inquiry. These responses, accurate at the date of service to the best of WorthPoint's knowledge, are subject to correction, modification or supplementation of further information and/or documentation as later located. These responses are made without prejudice to WorthPoint's right to produce at the preliminary injunction hearing, at trial, or otherwise, subsequently discovered evidence related hereto.

13. The following responses are based upon information and writings presently available and located by WorthPoint and its attorneys. WorthPoint, at this time, has not completed their investigation of the facts or discovery proceedings in this case and has not completed their preparation for the preliminary injunction hearing or trial. The following responses are therefore given without prejudice to WorthPoint's right to produce evidence based on subsequently discovered facts and/or documents.

14. WorthPoint reserves the right to make any use of, or to introduce at any hearing or trial, documents that are responsive to Plaintiff's Request, but discovered subsequent to WorthPoint's production, including, but not limited to, any documents filed, served or obtained in discovery in this litigation.

15. No incidental or implied admissions are intended by the responses herein. The fact that WorthPoint has agreed to supply information or documents in response to Request should not be taken as an admission that WorthPoint accepts or admits the existence of any fact set forth or assumed by such Request, or that such a document constitutes admissible evidence. Further, the fact that WorthPoint has identified or agreed to supply information or documents in response to Request is not intended to be, and should not be construed as a waiver by WorthPoint to any part or any objection to any discovery demands.

16. WorthPoint reserves the right to decide whether the documents produced shall be produced as they are kept in the usual course of business or shall be organized and labeled to correspond with the categories in Plaintiff's Request in accordance with Federal Rule of Civil Procedure 34(b).

17. WorthPoint reserves the right to supplement and amend these responses should future investigation indicate that such supplementation or amendment is necessary. WorthPoint's

responses should in no way be considered prejudicial in relation to further discovery, investigation, research, analysis or production of evidence.

18. WorthPoint reserves the right to object on any ground at any time to such other or supplemental requests for production as Plaintiff may propound involving or relating to the same subject matter of this Request.

19. In accordance with the Protective Order dated 2/16/22, WorthPoint has designated specific document production responses as Confidential on the basis that they contain information of a highly confidential and proprietary business nature.

Subject to and without waiving the objections above, and subject to additional objections made to specific Requests below, WorthPoint responds as follows:

## RESPONSES TO REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

**Produce, identify all copies of the WorthPoint website documents or internet data that state the exact date of entry on the internet for the "1972 Original Oil Painting Man With Red Umbrella [sic: close quote is missing] that was Misattributed Signed Annamarie Trombetta (12/01/2012) listed within the post.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

WorthPoint objects to this Request to the extent it is vague, ambiguous, virtually incomprehensible as to what is meant by "website documents" and whether the request seeks documents as to when the subject listing first appeared on WorthPoint's website or when information about the subject painting first appeared on the Internet, or something else. WorthPoint further objects to this

Request to the extent that it is not a request for production but an interrogatory. WorthPoint further objects to the characterizations employed in this Request to the extent that it is implied that WorthPoint misattributed the subject painting, which is expressly denied. Subject to and without waiving the foregoing objections, WorthPoint currently is not in possession of documents or records as to when information about the subject painting first appeared on the Internet, but WorthPoint is producing herewith pages from Google Analytics. No records were withheld from production due to the stated objections.

**REQUEST FOR PRODUCTION NO. 2:**

**Produce, identify all copies of all computer meta data, computer links documents, and things concerning the distribution dates on the internet for the "1972 Original Oil Painting Man With Red Umbrella [sic: no close quote] that was Misattributed Signed Annamarie Trombetta (12/01/2012) listed within the post on the website for WorthPoint Corporation. EX: Give dates for months and years for the distribution/circulation of information for "1972 Original Oil Painting Man With Red Umbrella" allegedly sold on December 1, 2012.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

WorthPoint objects to this Request to the extent it is vague, ambiguous, virtually incomprehensible as to what is meant by "computer meta data, computer links documents, and things" and whether the request seeks documents as to when the subject listing appeared on WorthPoint's website or when information about the subject painting appeared on the Internet, or something else. WorthPoint further objects to this Request to the extent that it is not a request for production but an interrogatory and that it contains multiple parts under the guise of a single request. WorthPoint further objects to the characterizations employed in this Request to the extent that it is implied that WorthPoint misattributed the subject painting, which is expressly denied. Subject to and without

-6-

**SA2093**

waiving the foregoing objections, WorthPoint currently is not in possession of documents or records as to when or for how long the information about the subject painting appeared on the Internet, but WorthPoint is producing herewith pages from Google Analytics and Terapeak extract. No records were withheld from production due to the stated objections.

**REQUEST FOR PRODUCTION NO. 3:**

**Produce, identify and submit all computer data, internet links, documents and things concerning the locations and geographic scope and circulation of the additional WorthPoint pages on the website of WorthPoint linked to and including the "1972 Original Oil Painting Man With Red Umbrella" allegedly sold on December 1, 2012.  Include already identified and known six pages below:**

1) **Marilyn Monroe 1988 Vintage Micheal [sic] Ochs Archive Channel—"1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta"**

2) **Thomas Kinkade-Kincaid [sic] —"1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta"**

3) **Blue Hello Kitty—"1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta"**

4) **1789 bonnaterre [sic] original antique hand colored reptile—yqz-Handmade New Mexican with "1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta"**

5) **1789 bonnaterre [sic] original antique hand colored reptile Original Print Egyptian "1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta"**

**SA2094**

6) **Titanic Lithograph linked to "1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta."**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

WorthPoint objects to this Request to the extent that it is not a request for production but an interrogatory and to the extent that it impermissibly seeks to include multiple requests under the guise of a single request. WorthPoint objects to this Request to the extent it is vague, ambiguous, and virtually incomprehensible as to what is meant by "geographic scope and circulation of [webpages]". WorthPoint's best interpretation of this Request is that plaintiff wishes to know in which countries or states the readers that accessed the identified pages on WorthPoint's website were located. WorthPoint further objects to this Request on the grounds that it is not relevant to any party's claim or defense as to where the readers of WorthPoint's website were located and that the Request is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, WorthPoint is not presently in possession of any responsive documents. No records were withheld from production due to the stated objections.

**REQUEST FOR PRODUCTION NO. 4:**

Produce copies of all documents, photographs and things evidencing any written or visual proof of the front and back of the 1972 Original Oil Painting. Full back photos to include signature written in red on the stretcher, Annamarie Trombetta "'Gifted' 1977, "Painted" 1972" for the "1972 Original Oil Painting Man With Red Umbrella" that was Misattributed and allegedly "Signed Annamarie Trombetta." Produce all full frontal photos with signature "A. Trombetta" of the torn canvas 48 1/2 tall and 17 1/2 wide entitled "1972 Original Oil Painting Man With Red Umbrella." Identify, label and forward all and any of

**the 12 photos duly documented in EAI ad, Images of the complete painting to must include the EAI description "signed in red on back stretcher "Annamarie Trombetta Painted 1972 Gifted 1977." Produce any and all photos on file that WorthPoint has on file at any time.**

RESPONSE RO REQUEST FOR PRODUCTION NO. 4:

WorthPoint objects to this Request to the extent it in fact consists of multiple requests for production in the guise of a single request. WorthPoint further objects to this requests on the grounds that it is vague, ambiguous and virtually incomprehensible as to what is meant by "documents, photographs and things evidencing any written or visual proof of the front and back of the 1972 Original Oil Painting". WorthPoint's best interpretation of this Request is that plaintiff is looking for any and all photographs of the subject painting in WorthPoint's possession. WorthPoint further objects to the characterizations employed in this Request to the extent that it is implied that WorthPoint misattributed the subject painting, which is expressly denied. Subject to and without waiving the foregoing objections, there are no documents responsive to this request in WorthPoint's possession, custody and control. No records were withheld from production due to the stated objections.

REQUEST FOR PRODUCTION NO. 5:

**Produce, submit and identify all copies of all documents and things concerning all inclusive Copyright Agreements between eBay and WorthPoint Corporation from 2012 to 2019 that allegedly permits WorthPoint to claim the right to adhere a copyright claim with c in circle © copyright vector to the "A. Trombetta" oil painted signature.**

**If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged**

**SA2096**

**documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

WorthPoint objects to this Request to the extent that it is not a request for production but an interrogatory. WorthPoint further objects to this request on the grounds that it is vague, ambiguous and virtually incomprehensible as to what is meant by "all inclusive Copyright Agreements" and what is meant by "that allegedly permits WorthPoint to claim the right to adhere a copyright claim with c in circle © copyright vector to the "A. Trombetta" oil painted signature."  WorthPoint's best interpretation of this Request is that plaintiff is looking for copies of licensing agreements that authorized WorthPoint to report on the prior sale of the subject painting on eBay.  WorthPoint further objects to this Request on the grounds that it is overly broad in scope and is not proportional to the needs of the case. Specifically, only the agreement that is relevant to the posting of the listing regarding the subject painting is relevant to the claims and defenses whereas any prior or subsequent agreements are not relevant and WorthPoint will not be producing any such prior or subsequent agreements. WorthPoint further objects to the characterizations employed in this Request to the extent that it implies that by including a notation "© Copyrighted work licensed by WorthPoint"  WorthPoint claimed its own copyright in the subject painting, which is expressly denied. Subject to and without waiving the foregoing objections, WorthPoint is producing herewith the relevant provisions of its agreement concerning licensed eBay data.

**REQUEST FOR PRODUCTION NO. 6:**

**Produce, submit and identify all copies of all documents and things concerning the licensing rights of agreement between eBay and WorthPoint Corporation form 2012 to 2019 that allegedly permits the adherence of logos etc.**

**If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 6</u>:

WorthPoint objects to this Request to the extent that it is not a request for production but an interrogatory. WorthPoint further objects to this requests on the grounds that it is vague, ambiguous and virtually incomprehensible as to what is meant by "adherence of logos". WorthPoint's best interpretation of this Request is that plaintiff is looking for copies of licensing agreements that authorized WorthPoint to report on the prior sale of the subject painting on eBay. WorthPoint further objects to this Request on the grounds that it is overly broad in scope and is not proportional to the needs of the case. Specifically, only the agreement that is relevant to the posting of the listing regarding the subject painting is relevant to the claims and defenses whereas any prior or subsequent agreements are not relevant and WorthPoint will not be producing any such prior or subsequent agreements. Subject to and without waiving the foregoing objections, please see Response to Request for Production 5.

<u>REQUEST FOR PRODUCTION NO. 7</u>:

**Produce copies of all documents, photographs and things referenced in Interrogatories served concurrently herewith to include 17 Interrogatories.**

<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 7</u>:

WorthPoint adopts and incorporates by reference herein any and all objections and responses set forth by WorthPoint in response to plaintiff's Interrogatories. WorthPoint further objects to the vague request for "documents, photographs and things" as it calls for WorthPoint to make a

determination as to what Plaintiff is seeking.  To the extent responsive documents are identified in WorthPoint's responses to plaintiff's Interrogatories, the same are being produced herewith or may be made available for examination as indicated in any such Interrogatory response.

**REQUEST FOR PRODUCTION NO. 8, MISLABELED AS "1":**

**1—Identify, submit, answer and include the name of the company what year, which state, where, and/or how the Defendants WorthPoint Corporation acquired the information of the sale for the torn canvas described as 48 1/2 tall and 17 1/2 wide and entitled "1972 Original Oil Painting Man With Red Umbrella Misattributed and allegedly Signed Annamarie Trombetta?**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8, MISLABELED AS "1":**

WorthPoint objects to this Request on the grounds that this is not a Request for Production but rather an interrogatory. WorthPoint further objects to this request on the grounds that it is vague and ambiguous and virtually incomprehensible as to what is meant by "include the name of the company what year, which state, where, and/or how the Defendants WorthPoint Corporation acquired the information of the sale for the torn canvas". WorthPoint's best interpretation of this request is that plaintiff seeks documents pertaining to WorthPoint's license to post information about the past sale of the subject painting on eBay. WorthPoint further objects to the characterizations employed in this Request to the extent that it is implied that WorthPoint misattributed the subject painting, which is expressly denied.  Subject to and without waiving the foregoing objections, WorthPoint states that the listing of the sale of the subject painting was licensed by WorthPoint.  See also Response to Request for Production 5.

**REQUEST FOR PRODUCTION NO. 9, MISLABELED AS "2":**

**2—Produce any data or computer communications between WorthPoint Defendant and prior owners/allegedly "Terapeak "who possessed the information related the purchase for 1972 Original Oil Painting "Man With Red Umbrella. Include any and all proof of purchase invoice, check, receipt by WorthPoint for the "sale information "made out by or issued by WorthPoint Corporation for "1972 Original Oil Man With Red Umbrella" misattributed and allegedly signed Annamarie Trombetta.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9, MISLABELED AS "2":**

WorthPoint objects to this Request to the extent it in fact consists of multiple requests for production in the guise of a single request. WorthPoint further objects to this request on the grounds that it is vague and ambiguous and virtually incomprehensible as to what is meant by "prior owners" and "who possessed the information related the purchase for 1972 Original Oil Painting "Man With Red Umbrella"." Prior owners of the subject painting were, upon information and belief, co-defendants herein. WorthPoint's best interpretation of this request is that plaintiff seeks documents pertaining to WorthPoint's license to post information about the past sale of the subject painting on eBay. WorthPoint further objects to the characterizations employed in this Request to the extent that it is implied that WorthPoint misattributed the subject painting, which is expressly denied. Subject to and without waiving the foregoing objections, please see Response to Request for Production 5.

**REQUEST FOR PRODUCTION NO. 10, MISLABELED AS "3":**

**3—Identify and name the WorthPoint employees/or, people that scripted, created the "WorthPoint Ad" that appeared on the WorthPoint.com website for the sale by Estate Auctions Inc. for the sale of the"1972 Original Oil Painting Man With Red Umbrella. Include any or all photos, text, logos, any data or computer communications between the**

**WorthPoint, webmaster with their website and that of the seller of the sale information for the 1972 Oil painting sold on eBay for the 1972 Painting.**

**If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10, MISLABELED AS "3":**

WorthPoint objects to this Request on the grounds that this is not a Request for Production but rather an interrogatory. WorthPoint further objects to this Request to the extent it in fact consists of multiple requests in the guise of a single request. WorthPoint further objects to the characterizations employed in this Request to the extent that it is implied that the listing of the past sale of the subject painting was an "ad" and "for sale" as opposed to a historic record of a sale that had already taken place on eBay; and to the extent that this Request implies that WorthPoint or its employees drafted the content of the listing as opposed to licensing the text of the listing composed by others.  WorthPoint further objects to this request on the grounds that it is overly broad in scope and is not proportional to the needs of the case.  Specifically, this Request may be interpreted to seek all communications between WorthPoint and its webmaster regardless of the subject. WorthPoint further objects to this request on the grounds that it is vague and ambiguous and virtually incomprehensible as to what is meant by "seller of the sale information". WorthPoint's best interpretation of this request is that plaintiff seeks correspondence and documents exchanged between WorthPoint, its webmaster and co-defendants concerning the subject painting. Subject to and without waiving the foregoing objections, WorthPoint is not in possession, custody or control of any communications with the co-defendants concerning the listing of the sale of the subject

-14-

painting but communications with WorthPoints's webmaster concerning the subject listing are produced herewith. No records were withheld from production due to the stated objections.

**REQUEST FOR PRODUCTION NO. 11, MISLABELED AS "4":**

**4—Identify in writing the month, year and length or DURATION of time that WorthPoint listed for the "1972 Original Oil Painting Man With Red Umbrella with the FALSE CMI added by WorthPoint to the EAI advertisement. Explain when and why WorthPoint added logos to include eBay listed on the internet for a Sale allegedly in 2012.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11, MISLABELED AS "4":**

WorthPoint objects to this Request on the grounds that this is not a Request for Production but rather an interrogatory. WorthPoint further objects to this Request to the extent it in fact consists of multiple requests in the guise of a single request. WorthPoint further objects to this request on the grounds that it is vague, ambiguous and virtually incomprehensible as to what is meant by "WorthPoint added logos to include eBay listed on the internet for a Sale."  To the best of WorthPoint's understanding, plaintiff appears to be seeking documents pertaining to the license to use eBay's logo as part of the listing that WorthPoint licensed. WorthPoint further objects to the characterizations employed in this Request to the extent that it is implied that the listing included false CMI or that the listing was an advertisement, both of which is expressly denied.  Subject to and without waiving the foregoing objections, WorthPoint is producing herewith Google Analytics documents concerning the subject listing on WorthPoint's website. Furthermore, see Response to Request for Production 5.

**REQUEST FOR PRODUCTION NO. 12, MISLABELED AS "6":**

**6—Produce Meta-data for the "A. Trombetta" photo allegedly on the 1972 original oil painting -Man With Red Umbrella. Includes the date —time and location on the photo for**

the signature "A. Trombetta that was in the advertisement for "1972 Original Oil Painting Man With Red Umbrella that was Misattributed.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12, MISLABELED AS "6":**

WorthPoint objects to this Request to the extent it in fact consists of multiple requests in the guise of a single request. WorthPoint further objects to the characterizations employed in this Request to the extent that it is implied that WorthPoint misattributed the subject painting, and that there was an "advertisement," both of which are expressly denied. WorthPoint further objects to the characterization and incomprehensible nature of the "A. Trombetta photo on the 1972 original oil painting." Subject to, and without waiving the foregoing objections, there are no responsive documents in WorthPoint's possession, custody and control. No records were withheld from production due to the stated objections.

**REQUEST FOR PRODUCTION NO. 13, MISLABELED AS "7":**

**7—Explain in writing why the caption on the Worthpoint .com website has documented "1972 Original Oil Painting Man With Red Umbrella that was Misattributed Signed Annamarie Trombetta (12/01/2012) when the photo below depicts the initial "A "with the last name Trombetta without the full name Annamarie.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13, MISLABELED AS "7":**

WorthPoint objects to this Request on the grounds that this is not a Request for Production but rather an interrogatory. WorthPoint further objects to this request on the grounds that it is vague and ambiguous as to what is meant by "caption" or "website" when there is no clear connection to the subject painting. WorthPoint further objects to the characterizations employed in this Request to the extent that it is implied that WorthPoint misattributed the subject painting, which is expressly denied. WorthPoint further objects to this Request to the extent that it implies that WorthPoint

-16-

attributed the subject painting as opposed to reposting eBay data that contained an attribution made by co-defendants. WorthPoint further objects as the demand refers to a "photo below" when no such photo was present.  Subject to, and without waiving the foregoing objections, there are no responsive documents in WorthPoint's possession, custody and control. No records were withheld from production due to the stated objections.

**REQUEST FOR PRODUCTION NO. 14, MISLABELED AS "8":**

**8—Produce for inspection and explain in writing the definition and design for the WorthPoint ad that includes the False CMI—Copyright Management Information which states "Copyrighted Work licensed by WorthPoint." Identify and Submit the computer design, the meta data, the text and the use of graphics to include the additional eBay logo and also the WorthPoint logo and the statement "Copyrighted work licensed by WorthPoint" with the copyright symbol vector © explain in writing what the WorthPoint definition for —Copyrighted WORK means—What does —Licensed by WorthPoint" means—in detail and be specific.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14, MISLABELED AS "8":**

WorthPoint objects to this Request on the grounds that this is not a Request for Production but rather an interrogatory, is incomprehensible and to the extent that it contains multiple parts under the guise of a single request. WorthPoint further objects to this request on the grounds that it is vague and ambiguous as to what is meant by "the definition and design for the WorthPoint ad" or a "copyright symbol vector". WorthPoint objects to this Request to the extent that it calls for a legal conclusion and seeks disclosure or the legal theories and mental impressions of WorthPoint's counsel. WorthPoint further objects to the characterizations employed in this Request to the extent that it implies that by including a notation "© Copyrighted work licensed by WorthPoint"

-17-

WorthPoint included false CMI or claimed its own copyright in the subject painting, which is expressly denied. WorthPoint further objects to the characterization of the subject listing as an "ad" rather than a historic record of an eBay sale.

**REQUEST FOR PRODUCTION NO. 15, MISLABELED AS "11":**

**11—The WorthPoint Ad for the 1972 Original Oil Painting Man With Red Umbrella Misattributed to Plaintiff Annamaire Trombetta, duly states "Items in the "Worthopedia are obtained exclusively from licensors and partners solely for our members' research needs. "Produce, submit the "EXCLUSIVE contracts from licensors "such as eBay and or any other companies that are under written contract to allow WorthPoint the right to license works sold on eBay.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15, MISLABELED AS "11":**

WorthPoint objects to the characterizations employed in this Request to the extent that it is implied that WorthPoint misattributed the subject painting or that the subject listing was an "ad", both of which are expressly denied. WorthPoint further objects to this request on the grounds that it is overly broad in scope and is not proportional to the needs of the case. Specifically, only the agreement that is relevant to the posting of the listing regarding the subject painting is relevant to the claims and defenses whereas any prior or subsequent agreements, or agreements that do not relate to eBay data, if any, are not relevant and WorthPoint will not be producing any such other agreements. Subject to and without waiving the foregoing objections, WorthPoint refers to the Response to the Request for Production 5.

**REQUEST FOR PRODUCTION NO. 16, MISLABELED AS "12":**

**12—The WorthPoint Ad for the 1972 Original Oil Painting Man With Red Umbrella Misattributed to Plaintiff Annamaire [sic] Trombetta, duly *states "Flag item for content or***

**SA2105**

*copyright. If this contains incorrect or inappropriate information please contact us* **(WORTHPOINT)** *here to flags it for review.”* **It also states** *“If you are the originator/copyright holder of this photo/item and would prefer it be excluded from our community contact us here for removal.”* **Explain in detail what WorthPoint—or Worthopedia does when any individual contacts Worthopedia for removal of incorrect or inappropriate information. Does WorthPoint respond in writing when the item is removed?**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16, MISLABELED AS “12”:**

WorthPoint objects to this Request on the grounds that this is not a Request for Production but rather an interrogatory and to the extent that it contains multiple parts under the guise of a single request. WorthPoint objects to the characterizations employed in this Request to the extent that it is implied that WorthPoint misattributed the subject painting or that the subject listing was an “ad”, both of which are expressly denied. WorthPoint further objects to this request to the extent that it is not properly limited in time.

**REQUEST FOR PRODUCTION NO. 17, MISLABELED AS “14”:**

**14—In the WorthPoint website Item Removal WorthPoint claims** *“We license the data displayed in the Worthopedia from a variety of sources. We are an official licensee of eBay and many of the leading auction houses.”* **Identify and submit for inspection the names of any and all Auction houses that permit WorthPoint to be the “official licensee. Produce/Identify/Submit for Inspection the licensee agreement that WorthPoint has with eBay that enables WorthPoint to state in writing a claim for licensing works.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17, MISLABELED AS “14”:**

WorthPoint objects to this Request on the grounds that this is, in part, not a Request for Production but rather an interrogatory and to the extent that it contains multiple parts under the guise of a

single request. WorthPoint further objects to this request to the extent that it seeks disclosure of licensing agreements that do not pertain to eBay data as the same has no relevance to the claims and defenses in this matter and is not proportionate to the needs of this case. Subject to and without waiving the foregoing objections, WorthPoint refers to the Response to Request for Production 5.

**REQUEST FOR PRODUCTION NO. 18, MISLABELED AS "15":**

**15—In the WorthPoint website Removal Item, WorthPoint Answers their own Question** *"How can eBay give you (WORTHPOINT) a license to my content and images?"*

**WorthPoint claims** *"When a seller lists an item on eBay, a non-exclusive, worldwide, perpetual, irrevocable, royalty free, sub license through multiple tiers) right to exercise any and all copyright, trademark, publicity and database rights( but no other rights) the user has in the content, in any media known now or in the future."*

**Produce and Identify the full licensing contract between eBay and WorthPoint that permits WorthPoint to add their logo and their claims of copyright to the CMI to items sold on eBay.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18, MISLABELED AS "15":**

WorthPoint objects to this Request on the grounds that this is, in part, not a Request for Production but rather an interrogatory and to the extent that it contains multiple parts under the guise of a single request. WorthPoint further objects to the characterizations employed in this Request to the extent it suggests that WorthPoint is claiming copyright in the subject painting or the subject listing, both of which are expressly denied. WorthPoint further objects to the demand as the prefatory language is incomprehensible with regard to Plaintiff's characterizations of the wording on the site.  Subject to and without waiving the foregoing objections, to the extent that Plaintiff is seeking the relevant license, WorthPoint refers to the Response to Request for Production 5.

**REQUEST FOR PRODUCTION NO. 19, MISLABELED AS "16":**

**16—On January 29, 2016 Plaintiff submitted the Fraudulent Takedown Ticket #56607 Case 1:18-cv-00993- Document 33 Filed 01/17/20 Page 25 of 63**

**On February 20, 2016 I emailed will@worthpoint.com, support@worthpoint.com.**

**In Case 1:18-cv-00993-RA-SLC Doc. 33 Filed 01/17/20 Page 26-27-28 of 63. I also submitted a second Fraudulent Ticket #57565- on Feb. 20, 2016 Doc. 33 Page 29.**

**Produce and Identify WorthPoint Entry Ticket for Fraudulent take down which generated the # 56607 that was sent to the Plaintiff. Produce the entry ticket to WorthPoint that generated the second Fraudulent Ticket #57565- on Feb. 20, 2016 to the Plaintiff.**

**Explain what/how/when WorthPoint processes the requests and state if they contact the person who submitted the ticket to verify the take down request. For EX—Is there a Notification that one receives from WorthPoint to confirm the take down?**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19, MISLABELED AS "16":**

Initially, WorthPoint acknowledges plaintiff's admission contained in this request that plaintiff's first and second takedown tickets were "fraudulent"; in other words, plaintiff is apparently admitting to perpetrating fraud on WorthPoint. WorthPoint accordingly reserves all of its rights and remedies in this regard. Furthermore, WorthPoint objects to this Request on the grounds that this is, in part, not a Request for Production but rather an interrogatory and to the extent that it contains multiple parts under the guise of a single request. WorthPoint further objects to this request on the grounds that it is vague, ambiguous and virtually incomprehensible as to what documents it actually seeks. To the best of WorthPoint's understanding, it appears that plaintiff is seeking copies of the takedown tickets she submitted to WorthPoint and any responses or acknowledgments of the same.    Subject to and without waiving the foregoing objections,

-21-

WorthPoint is currently not in possession of any responsive documents. No records were withheld from production due to the stated objections.

**REQUEST FOR PRODUCTION NO. 20, MISLABELED AS "17":**

**17—Produce evidence and explain—define—describe why additional pages for "1972 Original Oil Painting Man With Red Umbrella" that was Misattributed Signed Annamarie Trombetta (12/01/2012). Why was a Google listing appearing on line with linked pages on WorthPoint.com? Six pages were linked to the False "1972 Oil Man With Red Umbrella Ad Listing to include:**

1) **Marilyn Monroe 1988 Vintage Micheal Ochs Archive Channel**

2) **Thomas Kinkade-Kindaid**

3) **Blue Hello Kitty**

4) **1789 bonnaterre original antique hand colored reptile—yqz-Handmade New Mexican**

5) **1789 bonnaterre original antique hand colored reptile Original Print Egyptian**

6) **Titanic Lithograph**

**Explain why six WorthPoint listings of 12/01/12 appear with and along side [sic] of the True Credentials of the Plaintiff Annamarie Trombetta who's website listing for —Artist Info Artist Biography —Italian American Museum listing of Annamarie Trombetta all were on the internet under WorthPoint listing "1972 Original Oil Painting Man With Red Umbrella." Explain WHY listings were linked together.**

**If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the ground for your claim of privilege or immunity (b) identify the privileged**

documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20, MISLABELED AS "17":**

WorthPoint objects to this Request on the grounds that this is, in part, not a Request for Production but rather an interrogatory and to the extent that it contains multiple parts under the guise of a single request. WorthPoint further objects to this request on the grounds that it is vague, ambiguous and virtually incomprehensible as to what documents it actually seeks. To the best of WorthPoint's understanding, it appears that plaintiff is seeking copies of documents regarding or referring to WorthPoint's licensing of eBay data as well as documents showing how ingested data is structured on WorthPoint's website. To the extent this Requests seeks information or documents as to the actions of Google, such request should be more appropriately directed to Google. WorthPoint is not affiliated with Google and is not in possession of any documents explaining why Google may have acted a certain way. WorthPoint further objects to the characterizations employed in this request to the extent that the Request implies that WorthPoint misattributed the subject painting to the plaintiff, to the extent that the subject listing was an advertisement of any kind, or to the extent that the subject listing was in any way "false," all of which are expressly denied.

**REQUEST FOR PRODUCTION NO. 21, MISLABELED AS "18":**

**18—Produce from Document 33 Filed on 01/17/2020 Page 30 and Page 31 for Inspection and Conformation of Plaintiff's February 29, 2016 11:54 AM email to will@worthpoint.com. On page 31 of Doc. 33 listed is the Titanic lithograph poster (12/01/2012) and ATTACHED to this link is to** *About the Art: Great care was taken to*

*precisely re-create the artist's original image......1972 Original Oil Painting Man With Red*

*Umbrella Signed Annamarie....*

**RESPONSE TO REQUEST FOR PRODUCTION NO. 21, MISLABELED AS "18":**

WorthPoint objects to this Requests on the grounds that it apparently seeks a copy of the document

uploaded to the Court's docket by plaintiff and as such is already in the plaintiff's possession,

custody and control as well as publicly available on the Court's docket. WorthPoint will not incur

the unnecessary time and expense to reproduce to plaintiff the publicly-available documents filed

by plaintiff. Beyond that, WorthPoint further objects to this request on the grounds that it is vague,

ambiguous and virtually incomprehensible as to which documents plaintiff actually seeks. This

Request is not phrased as a request for production but rather a statement from plaintiff as to the

content of the document that she herself uploaded. WorthPoint is unable to sufficiently understand

this Request in order to provide any meaningful response.

**REQUEST FOR PRODUCTION NO. 22, MISLABELED AS "19":**

**19—State the time frame it took for the Information for "1972 Original Oil Painting Man**

**With Red Umbrella" that was Misattributed Signed Annamarie Trombetta (12/01/2012) sold**

**by Estate Auction Inc on December 1, 2012. —-to be transferred from Terapeak and be**

**posted to WorthPoint.com. Was it 1 month —3 months—6 months —one year??? Submit**

**Proof—Evidence as to—if —how or when Gregory Watkins and or Jason Packer from**

**WorthPoint Corporation removed the "1972 Original Oil Painting Man With Red Umbrella**

**that was Misattributed" Signed Annamarie Trombetta (12/01/2012).**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22, MISLABELED AS "19":**

WorthPoint objects to this Request on the grounds that this is not a Request for Production but

rather an interrogatory and to the extent that it contains multiple parts under the guise of a single

request. WorthPoint further objects to this request on the grounds that it is vague, ambiguous and virtually incomprehensible as to what documents it actually seeks. To the best of WorthPoint's understanding, it appears that plaintiff is seeking copies of documents regarding or referring to how long the subject listing remained on WorthPoint's website and when it was removed. To the extent this Requests seeks information or documents as to the actions of co-defendants or Terapeak, such request should be more appropriately directed to the co-defendants or Terapeak. WorthPoint is not affiliated with co-defendants or Terapeak and is not in possession of any documents as to how and when co-defendants or Terapeak may have undertaken certain actions. WorthPoint further objects to the characterizations employed in this request to the extent that the Request implies that WorthPoint misattributed the subject painting to the plaintiff, which is expressly denied. Subject to and without waiving the foregoing objections, WorthPoint is producing herewith Google Analytics documents. No records were withheld from production due to the stated objections.

**REQUEST FOR PRODUCTION NO. 23, MISLABELED AS "21":**

**21—Explain, define and present written statements why Will Seippel in Document 61 on Page 3 of 4 Filed on 06/29/2020 stated that on February 4, 2016 he "Permanently" deleted from WorthPoint website the Fraudulent listing "1972 Original Oil Painting 4892417."**

**Following Seippel's alleged claim of permanent removal on Feb.4, 2016, Seippel on March 3, 2016—one month later—Seippel approved a TEMPORARY REMOVAL for a link for the titanic lithograph poster that had a link to the "1972 Original Oil painting" misattributed to the Plaintiff.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23, MISLABELED AS "21":**

WorthPoint objects to this Request on the grounds that this is not a Request for Production but rather an interrogatory, if that, and to the extent that it contains multiple parts under the guise of a single request. WorthPoint further objects to the characterizations employed in this request to the extent that the Request implies that the subject listing was somehow "fraudulent" or that WorthPoint misattributed the subject painting, both of which are expressly denied. Subject to and without waiving the foregoing objections, WorthPoint is producing herewith correspondence with plaintiff, in which plaintiff asked WorthPoint to remove the subject listing. No records were withheld from production due to the stated objections.

**REQUEST FOR PRODUCTION NO. 24, MISLABELED AS "23":**

23.    **REQUEST TO PRODUCE—IDENTIFY and PRODUCE the Plaintiff's URL submission to WorthPoint for 48924172 dated January 14, 2016.**

   **Explain what occurs when a submission is received by WorthPoint.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 24, MISLABELED AS "23":**

WorthPoint objects to this Request on the grounds that this is not a Request for Production but rather an interrogatory and to the extent that it contains multiple parts under the guise of a single request. WorthPoint further objects to this request on the grounds that it is vague, ambiguous and virtually incomprehensible as to what is meant by "Plantiff's URL submission" and what documents it actually seeks. To the best of WorthPoint's understanding, it appears that plaintiff is seeking copies of the takedown tickets she submitted to WorthPoint and any responses or acknowledgments of the same.   Subject to and without waiving the foregoing objections, WorthPoint is not presently in possession of any responsive documents. No records were withheld from production due to the stated objections.

-26-

WorthPoint reserves the right to supplement and/or amend the above responses throughout the pendency of this action.

DATED:  April 8, 2022

Very Truly Yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

Adam R. Bialek
150 E. 42nd Street
New York, NY 10017
(212) 490-3000 (phone)
(212) 490-3038 (facsimile)
Adam.Bialek@wilsonelser.com

Jana A. Slavina Farmer
1133 Westchester Ave
White Plains, NY 10604
914-323-7000 (phone)
914-323-7001 (facsimile)
*Attorneys for Defendant WorthPoint*

To:    Annamarie Trombetta
       *Plaintiff Pro Se*
       175 East 96th Street
       Apt. 12R
       New York, NY 10128

       Anderson Duff
       Hogan Duff, LLP
       Attorneys for Defendants
       Norb Novocin, Marie Novocin
       and Estate Auctions, Inc.
       43-10 Crescent St.
       Ste. 1217
       Long Island City, NY 11101
       (646) 450-3607
       ajd@hoganduff.com

**SA2114**

**SA2115**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AnnamarieTrombetta,

      Plaintiff

      v.

Norb Novocin, Marie Novocin and
Estate Auctions Inc.
**and WorthPoint Corp.,**

      Defendants

C.A. NO. 18-CV-993 (RA) (SLC)

**DEFENDANT WORTH POINT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUEST FOR THE FIRST SET OF INTERROGATORIES FOR DEFENDANTS WORTHPOINT CORPORATION**

Pursuant to Federal Rules of Civil Procedure 26 and 33, and the applicable Local Rules of the United States District Court for the Southern District of New York, defendant WorthPoint Corp. ("WorthPoint")[1], hereby responds to plaintiff's First Set of Interrogatories ("Interrogatories").

**SPECIFIC OBJECTION RELATIVE TO ALL DEMANDS**

1.    To the extent the Interrogatories appear to be directed to Defendant William Seippel, they are objected to as Mr. Seippel was dismissed from this action by order of the court of December 21, 2021 and will not be responding to the Interrogatories.

2.    To the extent that the Interrogatories is also directed to WorthPoint's attorneys, they are objected to as attorneys are not witnesses and do not have independent knowledge or

---

[1] While Plaintiff served the Interrogatories on William Seippel, Mr. Seippel has been dismissed and will not be responding to the discovery demands.

1

269003927v.1

records relevant to the circumstances of this matter. As such, no separate response will be provided on behalf of WorthPoint's attorneys.

3.    WorthPoint objects to the inclusion in the introductory and/or instruction section of the interrogatories the following: plaintiff's mental impressions and partisan interpretations of the facts of this case, which are disputed; that the subject listing was an advertisement; that the subject listing or the Copyright Management Information therein was incorrect or false; that WorthPoint bought the subject painting; or that WorthPoint misattributed the subject painting to the plaintiff, all of which is expressly denied.

4.    WorthPoint objects to the instructions contained in the Interrogatories to the extent that they contain two different definitions of the term "documents."

5.    WorthPoint objects to each and every Interrogatory to the extent it is vague and ambiguous and to the extent it exceeds the scope of permitted discovery pursuant to Local Rule 33.3 of the United States District Court for the Southern District of New York.

6.    WorthPoint's responses are based solely on its current knowledge and belief. WorthPoint reserves the right to modify and supplement any of its responses and to assert additional objections as they deem necessary and/or appropriate.

7.    WorthPoint's responses and production in response to the Interrogatories are not admissions or acknowledgements that the Interrogatories call for information that is relevant to the claims or defenses of this action.  By identifying a document in response to an Interrogatory, WorthPoint does not admit that the document is relevant or admissible at a hearing or trial of this action, e.g., as coming within an exception to the hearsay rule, Fed. R. Evid. 802.  WorthPoint expressly reserves the right to object to the introduction into evidence of any information, document, thing, or portion thereof that plaintiff offers to produce or submit as evidence.

2

269003927v.1

8.      WorthPoint responds to the Interrogatories based on the best of its employees' present knowledge, information, and belief.  WorthPoint reserves the right to supplement, amend, or modify its responses in accordance with the provisions of Fed. R. Civ. P. 26(e) as it learns of or obtains additional information and/or uncovers additional documents.

9.      WorthPoint responds to these Interrogatories insofar as it currently understands them. If Plaintiff later asserts an interpretation that differs from WorthPoint's understanding, WorthPoint reserves the right to supplement, amend, and/or modify its responses including the right to interpose additional objections.

10.     In accordance with the Protective Order dated 2/16/22, WorthPoint has designated specific responses as Confidential on the basis that they contain information of a highly confidential and proprietary business nature.

## RESPONSE TO INTERROGATORIES

1.  **ACQUISITION- Identify names and list all knowledge concerning the information of the sale of the torn canvas described as 48 1/2 tall and 17 1/2 wide and is entitled "1972 Original Oil Painting Man With Red Umbrella" that was bought by WorthPoint Corporation and misattributed to the Plaintiff (For Ex. how-when - where the sale information was obtained).**

**RESPONSE**:  WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that WorthPoint purchased the subject painting, that WorthPoint knows of the condition of the subject painting, or that WorthPoint misattributed the authorship of the subject painting. WorthPoint further objects to this Interrogatory on the grounds that it is vague and ambiguous as to what is meant by the phrase "list all knowledge concerning the

3

269003927v.1

information." Subject to and without waiving the foregoing objections, WorthPoint states that no persons within WorthPoint have any firsthand knowledge or information as to the subject painting. WorthPoint did not buy and has never seen the subject painting and has no knowledge as to the condition of the subject painting at any time. WorthPoint licenses eBay data, including thousands of records of prior sales of artworks for the purposes of including information about the sales in WorthPoint's database available to WorthPoint's subscribers for research purposes. The eBay sales result concerning the 2012 sale of the subject painting was one of the thousands of such licensed sales records obtained by WorthPoint. WorthPoint did not manually edit the content of the subject listing after it was obtained.

2.     **Identify and submit any proof of purchase which includes any WorthPoint Corporation invoice, check, written receipts and or meta data which identifies the sale and the source of the seller for the " purchased sale information" of the painting entitled "1972 Original Oil Painting Man With Red Umbrella" that was bought by WorthPoint Corporation and added to the www. worthpoint. com website.**

**RESPONSE**: WorthPoint objects to this request on the grounds that it is, in part, a request for production and not an Interrogatory. WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that WorthPoint purchased the subject painting. WorthPoint further objects to this request on the grounds that it is vague and ambiguous as to the meaning of the phrase "meta data" as it is employed herein. Subject to and without waiving the foregoing objections, WorthPoint identifies a Terapeak extract. WorthPoint is furthermore no longer in possession of any information as to any metadata related to the subject listing.

4

269003927v.1

3.   **Identify the names and addresses of all WorthPoint Corporation employees/persons that scripted, created and designed the ad for the " 1972 Original Oil Painting Man With Red Umbrella that appeared on the WorthPoint .com website and the internet.**

**RESPONSE:** WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that the subject listing was an advertisement as opposed to a record of a past sale. WorthPoint further objects to this Interrogatory on the grounds that it is vague and ambiguous as to what the term "persons" means given the definition given in the instructions and the context of this Interrogatory.  For example, as per the definitions, the term "person" is to mean governmental agencies, trusts, groups, associations, organizations, and all other entities, among other things. WorthPoint does not have any such entities within its structure. Subject to and without waiving the foregoing objections, none of WorthPoint's employees or agents scripted, created or designed the subject listing.

4.   **List and describe WorthPoint Corporation's historical meta data from 2011 to 2018 to include the times, months and years when the WorthPoint ad for the "1972 Original Oil Painting Man With Red Umbrella " was added to the www. worthpoint .com website and internet. Include the dates and written proof , meta data-for the ad.**

**RESPONSE:** WorthPoint objects to this Interrogatory on the grounds that it is vague, ambiguous and incomprehensible in its entirety.  WorthPoint objects to this request on the grounds that it is, in part, a request for production and not an Interrogatory. WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that the subject listing was an advertisement as opposed to a record of a past sale. Subject to and without waiving the foregoing objections, WorthPoint is not in possession of any information as to any metadata related to the subject listing.

5.   **Identify, list and provide proof in writing detailing the the [sic] month , year and length / DURATION of time that WorthPoint Corporation listed the misattributed "1972 Original Oil Painting Man With Red Umbrella " Oil Painting .**

**RESPONSE:** WorthPoint objects to this request on the grounds that it is, in part, a request for production and not an Interrogatory. WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that WorthPoint misattributed the subject painting to plaintiff, which is

5

269003927v.1

expressly denied. Subject to and without waiving the foregoing objections, at present WorthPoint cannot respond with certainty as to the date the subject listing was posted to WorthPoint's website. It was removed on February 4, 2016.

6. **Identify, name and list all staff members employed by WorthPoint Corporation and the**
   **years of employment from 2011 to present.**

**RESPONSE:** WorthPoint objects to this Interrogatory on the grounds that that it is overly broad, unduly burdensome, not reasonably limited in time and in scope, not proportionate to the needs of the case, and not relevant to any of the claims or defenses in this matter. As such, WorthPoint will not respond to this Interrogatory in the present form. To the extent that plaintiff wishes to know the names of WorthPoint's employees or agents that interacted with plaintiff concerning the subject listing, upon information and belief those persons were William Seippel, Gregory Watkins, Jason Packer and Anita Brooks.

7. **Produce and submit all of the Plaintiff 's written submissions to the WorthPoint**
   **Corporation concerning the the [sic] false misattribution for the "1972 Original Oil**
   **Painting Man With Red Umbrella " including but not limited to**
   **a. all communication from the Plaintiff to WorthPoint Corporation**
   **b. all communication with WorthPoint via email or submissions sent on the WorthPoint**
   **website.**
   **c. all communication between the WorthPoint staff members and the Plaintiff**
   **concerning the "1972 Original Oil Painting Man With Red Umbrella "**
   **d. any and all documents. notifications, removal requests from WorhtPoint's [sic]**
   **website Google or any other online platform or website regarding the 1972**
   **Original Oil painting Man With Red Umbrella "**

**RESPONSE:** WorthPoint objects to this request on the grounds that it is a request for production and not an Interrogatory and that it includes multiple requests under the guise of one. WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that WorthPoint misattributed the subject painting to plaintiff, which is expressly denied. WorthPoint further objects to this Interrogatory on the grounds that it is overly broad, unduly burdensome, not reasonably limited in time and in scope, not proportionate to the needs of the case, seeks information that is already in the possession of the plaintiff, and is not relevant to any of the claims or defenses in this matter and is generally incomprehensible.

6

269003927v.1

**SA2121**

**8. Identify, produce and submit for inspection all the design compositions before and after**

    **the false CMI— copyright management information (statement Copyright work licensed by WorthPoint) affixed with eBay and WorthPoint logos that were affixed prior to being listed on the internet.**

**RESPONSE:** WorthPoint objects to this Interrogatory on the grounds that it is in part a request for production and not an Interrogatory and that it includes multiple requests under the guise of one. WorthPoint further objects to this Interrogatory on the grounds that it is vague and ambiguous as to what is meant by "design compositions." WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that the Copyright Management Information on the subject listing was false. Subject to and without waiving the foregoing objections, there were no "design compositions" of the subject listing in WorthPoint's possession, custody and control. WorthPoint licenses eBay data, including thousands of records of prior sales of collectibles for the purposes of including information about the sales in WorthPoint's database available to WorthPoint's subscribes for research purposes. The eBay sales result concerning the 2012 sale of the subject painting was one of the thousands of such licensed sales records obtained by WorthPoint. WorthPoint did not manually edit the content of the subject listing after obtaining it.

**9. Produce all of the WorthPoint Corporation computer and /or meta data information, to include any symbols holograms, copyright vectors, letters, eBay logo, WorthPoint Corporation logos and or statements of certification within the WorthPoint Corporation ad and used to create WorthPoint Corporations new graphic design image for the "1972 Original Oil Painting Man With Red Umbrella that was misattributed to the Plaintiff Annamarie Trombetta.**

**RESPONSE:** WorthPoint objects to this Interrogatory on the grounds that it is a request for production and not an Interrogatory and that it includes multiple requests under the guise of one. WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that WorthPoint misattributed the subject painting to plaintiff or that the subject listing was an advertisement, both of which are expressly denied. WorthPoint further objects to this request on the grounds that it is vague and ambiguous in that the meaning of the phrases "symbols holograms", "copyright vectors", and "statements of certification".

7

**SA2122**

10. **Present and specifically identify what the WorthPoint Corporation's has copyrighted by the statement "Copyrighted work licensed by WorthPoint" with the copyright**
symbol vector © that was in added to the 1972 Original Oil Painting Man With Red Umbrella " that was misattributed to the Plaintiff Annamarie Trombetta. Ex. What in particular is being copyrighted by WorthPoint Corporation?

**RESPONSE:** WorthPoint objects to this Interrogatory on the grounds that it includes multiple requests under the guise of one. WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that WorthPoint misattributed the subject painting to plaintiff, which is expressly denied. WorthPoint furthermore objects to this request to the extent that it seeks a legal conclusion. Moreover, WorthPoint is not sure what the Plaintiff is seeking in this interrogatory as use of a copyright symbol is not the act of copyrighting a work.

11. **Present and identify what -in particular WorthPoint Corporation has the right to license . For example: what signature—text —etc. in particular has been licensed by WorthPoint Corporation in the 1972 Original Oil Painting Man With Red Umbrella " that was misattributed to the Plaintiff Annamarie Trombetta.**

**RESPONSE:** WorthPoint objects to this Interrogatory on the grounds that it is in part a request for production.  WorthPoint furthermore objects to this request to the extent that it seeks a legal conclusion and to the extent that it is a hypothetical inquiry as to what rights may be licensed. WorthPoint furthermore objects to this request on the grounds that it is not reasonably calculated to lead to the discovery of admissible evidence. WorthPoint further objects on the grounds that it incorrectly implies that WorthPoint misattributed the subject painting to plaintiff. Subject to and without waiving the foregoing objections, WorthPoint states that it licenses eBay data on prior sales of artworks, including prices and item descriptions for the purposes of including such data in WorthPoint's database.

12. **Within the WorthPoint Ad for the 1972 Original Oil Painting Man With Red Umbrella Misattributed to Plaintiff Annamaire [sic] Trombetta, the ad duly states :**
   *"Items in the Worthopedia are obtained exclusively from licensors and partners solely for our members' research needs. "*
**Produce, submit, identify for inspection the "EXCLUSIVE contracts from licensors "**

8

such as eBay and or any other companies that are under written contract to allow WorthPoint the right to publicly state that WorthPoint licenses works sold on ebay.

**RESPONSE:**  WorthPoint objects to this Interrogatory on the grounds that it is a request for production and not an Interrogatory and that it includes multiple requests under the guise of one. WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that the subject listing was an advertisement, which WorthPoint expressly denies. WorthPoint further objects on the grounds that it incorrectly implies that WorthPoint misattributed the subject painting to plaintiff. Subject to and without waiving the foregoing objections, WorthPoint entered into a confidential licensing agreement regarding eBay data.

13. **The WorthPoint AD for the 1972 Original Oil Painting Man with Red Umbrella Misattributed to Plaintiff Annamaire [sic]Trombetta, duly states *"If you are the originator/ copyright holder of this photo/item and would prefer it be excluded from our community, contact us here for removal :*
Describe the steps taken by WorthPoint Corporation that confirms , " how or what " WorthPoint Corporation does when a "take down request is lodged. In other words, describe how WorthPoint Corporation responds to submitted request for items to be removed from the WorthPoint website.**

**RESPONSE:** WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that WorthPoint misattributed the subject painting to plaintiff or that the subject listing was an advertisement, both of which are expressly denied. Subject to and without waiving the foregoing objections, WorthPoint states that when it receives a takedown request, it takes steps to verify that the request is legitimate and proceeds to remove the content that the requestor complained of.

14. **In the WorthPoint website Removal Item text below, WorthPoint claims "**
***WorthPoint is a web site for collectors and consumers that provides price history and other information for all types of collectible items. These items are not for sale by WorthPoint."***
**Submit, state or provide proof that WorthPoint Corporation did not sell "the 1972 Original Oil Painting Man With Red Umbrella Misattributed to Plaintiff Annamarie Trombetta".**

9

269003927v.1

**SA2124**

**RESPONSE:** WorthPoint objects to this Interrogatory on the grounds that it is a request for production and not an Interrogatory and that it includes multiple requests under the guise of one. WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that WorthPoint misattributed the subject painting to plaintiff, which is expressly denied. WorthPoint furthermore objects to this Interrogatory to the extent that it calls for WorthPoint to prove the negative. Subject to and without waiving the foregoing objections, WorthPoint states that it did not sell the subject painting.

15. **Identify, submit and provide proof of WorthPoint Corporation's permit or contract that allows WorthPoint Corporation to claim and state in writing "copyrighted work licensed by WorthPoint".**

**RESPONSE:** WorthPoint objects to this Interrogatory on the grounds that it is a request for production and not an Interrogatory. WorthPoint further objects on the grounds that the demand is vague as to what is being requested, and assumes facts that are not in evidence. To the extent that the Plaintiff seeks to identify whether WorthPoint has a contract for the listings it displays, that emanate from eBay, WorthPoint identifies a confidential agreement concerning eBay data.

16. **Describe the rights that validate and provide written proof that allegedly permits or gives WorthPoint Corporation the legal right to affix logo for WorthPoint Corporation and eBay to to [sic] the 1972 Original Oil Painting Man With Red Umbrella Misattributed to Plaintiff Annamarie Trombetta ".**

**RESPONSE:** WorthPoint objects to this Interrogatory on the grounds that it is a request for production and not an Interrogatory. WorthPoint furthermore objects to this request to the extent that it seeks a legal conclusion and to the extent that it is a hypothetical inquiry as to what rights may be licensed. WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that WorthPoint misattributed the subject painting to plaintiff, which is expressly denied. WorthPoint further objects to the interrogatory as unintelligible as it does not know what Plaintiff means by "Describe the rights that validate and … allegedly permits or gives WorthPoint Corporation the legal right to affix logo for WorthPoint Corporation and eBay to to [sic] the 1972 Original Oil Painting Man With Red Umbrella Misattributed to Plaintiff

10

269003927v.1

Annamarie Trombetta."  WorthPoint does not claim rights to affix WorthPoint's logo or eBay's logo to the subject painting, and denies that it did so.

17. **The WorthPoint website Removal Item text above states " *We (WorthPoint) license the data displayed in the Worthopedia from a variety of sources. We are an official* licensee of eBay and many of the leading auction houses". Identify and submit for inspection a list the names of any an [sic] all Auctions houses that permit WorthPoint to be the "official licensee.**

**RESPONSE:** WorthPoint objects to this request to the extent that it seeks disclosure of the identify of WorthPoint's other licensing partners that are not related to eBay data as the same has no relevance to the claims and defenses in this matter and is not proportionate to the needs of this case. It seeks proprietary business information that is irrelevant to this case.   The information sought is highly sensitive trade secret information, disclosure of which to WorthPoint's competitors will harm WorthPoint's position in the market and their competitive advantage. Moreover, WorthPoint objects to this request on the ground that it is partially a request for production of documents.

18. **The WorthPoint website Removal Item text above states a question and answer *Q-"How can eBay give you (WORTHPOINT) a license to my content and images?"* A- WorthPoint claims " *When a seller lists an item on eBay, a non-exclusive, worldwide, perpetual, irrevocable, royalty free, sub license (through multiple tiers) right to exercise any and all copyright, trademark, publicity and database rights( but no other rights) then user has in the content, in any media known now or in the future."* IN THE WORTHPOINT ITEM REMOVAL PAGE ABOVE. Based on the statements above: A) Submit, produce and identify any an all non-exclusive, worldwide, perpetual, irrevocable, royalty free, contracts and agreements to include and or permit WorthPoint Corporation to add their logo and their claims of copyright by WorthPoint. WorthPoint adds their CMI to items sold on eBay. B) Define, produce and submit any agreements-contracts, documents regarding licensing agreement that WorthPoint Corporation has with any and all companies.**

**RESPONSE:** WorthPoint objects to this Interrogatory on the grounds that it is a request for production and not an Interrogatory and that it includes multiple requests under the guise of one. WorthPoint objects to this Interrogatory on the grounds that it misstates the content of WorthPoint's website, and incorrectly implies that WorthPoint claims copyright in the subject

11

269003927v.1

listing. WorthPoint further objects to this request to the extent that it seeks disclosure of the identity of, and agreements with, WorthPoint's licensing partners that are not related to eBay data, as the same has no relevance to the claims and defenses in this matter and is not proportionate to the needs of this case. In addition, WorthPoint objects on the grounds that the request is unintelligible and would require trying to interpret Plaintiff's intended request. Subject to and without waiving the foregoing objects, WorthPoint states that it does not claim copyright in any part of the subject listing. WorthPoint licenses data on prior eBay sales of collectables and relies on eBay's own terms and agreements as well as its agreements regarding eBay data to provide WorthPoint with downstream licenses.

> **19.    On January 29, 2016 Plaintiff submitted the fraudulent art takedown ticket #56607 Case 1:18-cv-00993- Document 33 Filed 01/17/20 Page 25 of 63. On February 20, 2016 I emailed will@worthpoint.com support@worthpoint.com** . I also submitted a second fraudulent art ticket #57565- on Feb. 20, 2016 —SEE BELOW filed in Doc. 33 Page 29. Identify, produce and submit the Plaintiff**'s fraudulent tickets takedown request for ticket #56607 sent into the WorthPoint Corporation website on January 29, 2016 and ticket #57565- submitted on Feb. 20, 2016 to WorthPoint Corporation 's website. Include all or any procedures and or steps that WorthPoint Corporation implements regarding**
> **take down tickets submitted through the WorthPoint Corporation website. If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the ground for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** Initially, WorthPoint acknowledges plaintiff's admission contained in this Interrogatory that plaintiff's first and second takedown tickets were "fraudulent." In other words, plaintiff is apparently admitting to perpetrating fraud on WorthPoint. WorthPoint accordingly reserves all of its rights and remedies in this regard. Furthermore, WorthPoint objects to this Interrogatory on the grounds that this is, in part, not an Interrogatory but rather a request for production and to the extent that it contains multiple parts under the guise of a single request. Subject to and without waiving the foregoing objections, WorthPoint states that when it receives

12

269003927v.1

**SA2127**

a takedown request, it takes steps to verify that the request is legitimate and proceeds to remove the content requested.

20. **Identify , list and produce all five WorthPoint pages listed above on the Google print out that includes WorthPoint Corporation's other separate posts linking pages on WorthPoint .com website to the description and written listing of the " 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta. The five links on the WorthPoint website are :**
    1) **the False "1972 Oil A Listing To Include— the 1972 Original Oil Painting Man With Red Umbrella ( Misattributed to Plaintiff) and clearly includes the full name Annamarie Trombetta " in each of the five listings**
    2) **Marilyn Monroe 1988 Vintage Micheal Ochs Archive Channel— "1972 Original Oil Painting Man With Red Umbrella ( Misattributed to Plaintiff) Signed Annamarie Trombetta"**
    3) **Thomas Kinkade-Kindaid—"1972 Original Oil Painting Man With Red Umbrella (Misattributed to Plaintiff) ( Misattributed to Plaintiff) Signed Annamarie Trombetta"**
    4) **1789 bonnaterre original antique hand colored reptile—yqz-Handmade New Mexican**

**with "1972 Original Oil Painting Man With Red Umbrella ( Misattributed to Plaintiff )**
    5) **1789 bonnaterre original antique hand colored reptile Original Print Egyptian to include"1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta".SEE LISTING ABOVE If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the ground for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint objects to this Interrogatory on the grounds that this is, in part, not an Interrogatory but rather a request for production and to the extent that it contains multiple parts under the guise of a single request. WorthPoint objects to this request to the extent that it implies that WorthPoint misattributed the subject painting to plaintiff, which is expressly denied. Furthermore, WorthPoint objects to this Interrogatory on the grounds that it incorrectly states that the subject listing was linked to other pages on WorthPoint's website. WorthPoint furthermore objects to this request on the grounds that it is vague, ambiguous and incomprehensible as to what information plaintiff actually seeks. Specifically, it appears that plaintiff is looking for WorthPoint to identify and list the pages that appear on plaintiff's Google

13

269003927v.1

printout that plaintiff then proceeds to list in the request itself. As such, there is no Interrogatory to respond to.

21. **Identify and produce all WorthPoint Corporation listings that appear with and along side the True Credentials of the Plaintiff Annamarie Trombetta who's website listing for Artist Info and Artist Biography with the WorthPoint listing "1972 Original Oil Painting Man With Red Umbrella" listings all together . If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the ground for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint objects to this Interrogatory on the grounds that this is, in part, not an Interrogatory but rather a request for production and to the extent that it contains multiple parts under the guise of a single request. WorthPoint objects to this request to the extent that it implies that WorthPoint misattributed the subject painting to plaintiff, which is expressly denied. Subject to and without waiving the foregoing objections, WorthPoint states that it is impossible for it to respond to this request because the subject listing was not linked to any other listings.  Moreover, WorthPoint objects on the grounds that the request is unintelligible and WorthPoint does not understand what Plaintiff is requesting.

22. **Describe and identify the steps in writing and indicate how long it took for false ad for "1972 Original Oil Painting Man With Red Umbrella that was Misattributed to Annamarie Trombetta (12/01/2012) to transfer from the seller and upload on the interne [sic] on the WorthPoint website ? For example 1 month -3 months-6 months -one year?)**

**RESPONSE:** WorthPoint objects to this request to the extent that it implies that WorthPoint misattributed the subject painting to plaintiff or that the listing was an advertisement, which are expressly denied. WorthPoint further objects to the characterization of "transferring" the "ad", and in general finds the request to be unintelligible.

14

269003927v.1

**SA2129**

23. **Produce all documents and describe the terms and time limitations and produce in writing the duration of time equated with a TEMPORARY REMOVAL REQUEST filed with GOOGLE for the url http:// worth point.com worthapedia "titanic: lithograph-poster-48924121 allegedly filed by the WorthPoint Corporation employee Jason Packer on March 3, 2016.**
**If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the ground for your claim of privilege or immunity (b) identify the privileged documents or photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint objects to this Interrogatory on the grounds that this is not an Interrogatory but rather a request for production. WorthPoint further objects to this request on the grounds that it appears to seek information from Google and as such it is more appropriately directed to Google. WorthPoint further objects to this Interrogatory on the grounds that it is unintelligible and WorthPoint is unable to respond to the Interrogatory as phrased.

24. **Produce and describe the steps taken by WorthPoint Corporation when the Plaintiff's submitted the URL to WorthPoint Corporation for 48924172 the "1972 Original Oil Painting Man With Red Umbrella on January 14, 2016 to the WorthPointCorporation and and [sic] describe what happens to the submission.**

**RESPONSE:** WorthPoint objects to this Interrogatory on the grounds that this is, in part, not an Interrogatory but rather a request for production. WorthPoint further objects to this request on the grounds that it is vague and ambiguous as to what is meant by the phrase "Plaintiff submitted the URL to WorthPoint." In general, WorthPoint objects as the request is unintelligible. To the extent that Plaintiff appears to seek information as to what happened after she submitted a takedown request for the listing about the subject painting to WorthPoint, subject to and without waiving the foregoing objections, after plaintiff submitted the takedown request, the subject listing was removed on February 4, 2016.

15

269003927v.1

25. **The Digital Millennium Copyright Act requires a designation of agents to receive notifications of claimed infringements under the Digital Millennium Copyright Act ("DMCA")." List, the names and address and years of all the designated WorthPoint Corporation employees , or attorneys from 2014 to 2019 that were or are responsible for responding to all infringement claims for the Digital Millennium Copyright Act ("DMCA")."**

> **RESPONSE:** WorthPoint objects to this request on the grounds that it is not reasonably calculated to lead to the discovery of admissible evidence, not reasonably limited in time, and has no bearing on the claims and defenses in this matter, and is a matter of public record not appropriate for discovery. Subject to and without waving the foregoing objections, WorthPoint refers plaintiff to the publicly-available DMCA Designated Agent Directory available on the copyright.gov website of the U.S. Copyright Office.

**PLEASE TAKE FURTHER NOTICE,** that the Defendant WorthPoint reserves the right to amend and supplement its responses during the pendency of this action.

Dated:  April 8, 2022

Very Truly Yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

Adam R. Bialek
150 E. 42nd Street
New York, NY 10017
(212) 490-3000 (phone)
(212) 490-3038 (facsimile)
Adam.Bialek@wilsonelser.com

Jana A. Slavina Farmer
1133 Westchester Ave

16

269003927v.1

White Plains, NY 10604
914-323-7000 (phone)
914-323-7001 (facsimile)
*Attorneys for Defendant WorthPoint*

To:    Annamarie Trombetta
*Plaintiff Pro Se*
175 East 96th Street
Apt. 12R
New York, NY 10128

Anderson Duff
Hogan Duff, LLP
Attorneys for Defendants
Norb Novocin, Marie Novocin
and Estate Auctions, Inc.
43-10 Crescent St.
Ste. 1217
Long Island City, NY 11101
(646) 450-3607
ajd@hoganduff.com

17

269003927v.1

**SA2132**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Annamarie Trombetta,

                     Plaintiff              C.A. NO. 18-CV-993 (RA) (SLC)

VS.

Norb Novocin, Marie Novocin and
Estate Auctions Inc. and WorthPoint Corp.,

                     Defendants

_____

### DEFENDANT WORTHPOINT CORP.'S RESPONSE TO PLAINTIFF'S SECOND REQUEST FOR ADMISSIONS

Pursuant to Rule 36 for the Federal Rules of Civil Procedure, Defendant WorthPoint Corp.

("WorthPoint") hereby responds to Plaintiff's Second Request for Admissions dated June 13, 2022.

**1. _____ Admit that Anita Brooks from Customer Support Team at WorthPoint Inc. employee wrote the email below:**

NOV 16, 2015 | 08:35AM EST
**Anita B.** replied:
Hello,
We do not buy or sell anything on the site. Rather, we buy sales records from various auction houses and sites and compile them into a price guide to help users determine the value of antiques and collectibles.
If this particular item sold on EBay. I recommend trying to contact EBay, as they may be able to provide you with the additional information you are seeking.
Kind Regards,
The WorthPoint Team
www.WorthPoint.com
(877) 481-5750
Regards,
Customer Support Team
WorthPoint, Inc.

1

273001793v.1

**SA2133**

RESPONSE: WorthPoint is not able to admit or deny the truth of the matter sought. Anita B or Anita Brooks is not presently employed by WorthPoint and it is not possible to confirm with her whether she sent the email quoted as well as whether the contents of this email are true and correct. WorthPoint furthermore cannot admit or deny the genuineness of the email as the request for admission was not accompanied by a copy of the document as required per FRCP 36(a)(2).

2. **Admit that on January 22, 2016 Plaintiff sent an email to support@worthpoint.desk-mail.com at WorthPoint Inc.**

**RESPONSE:** WorthPoint is not able to admit or deny the truth of the matter sought as it has no information as to what Plaintiff did and whether she may have sent an email herself or let someone else use her email account. WorthPoint furthermore cannot admit or deny the genuineness of the email as the request for admission was not accompanied by a copy of the document as required per FRCP 36(a)(2).

3. \_\_\_\_\_ **Admit that on January 25, 2016 Plaintiff sent an email to support@worthpoint.desk -mail.com to WorthPoint Inc.**

**RESPONSE:** WorthPoint is not able to admit or deny the truth of the matter sought as it has no information as to what Plaintiff did and whether she may have sent an email herself or let someone else use her email account. WorthPoint furthermore cannot admit or deny the genuineness of the

2

273001793v.1

**SA2134**

email as the request for admission was not accompanied by a copy of the document as required per FRCP 36(a)(2).

**4.      Admit that on January 29, 2016 Plaintiff sent an email to support@worthpoint.desk -mail.com to WorthPoint Inc.**

**RESPONSE:** WorthPoint is not able to admit or deny the truth of the matter sought as it has no information as to what Plaintiff did and whether she may have sent an email herself or let someone else use her email account. WorthPoint furthermore cannot admit or deny the genuineness of the email as the request for admission was not accompanied by a copy of the document as required per FRCP 36(a)(2).

**5.  Admit that on February 1, 2016 Plaintiff sent an email to support@worthpoint.desk -mail.com to WorthPoint Inc.**

**RESPONSE:** WorthPoint is not able to admit or deny the truth of the matter sought as it has no information as to what Plaintiff did and whether she may have sent an email herself or let someone else use her email account. WorthPoint furthermore cannot admit or deny the genuineness of the email as the request for admission was not accompanied by a copy of the document as required per FRCP 36(a)(2).

**6.   _____   Admit that on February 20, 2016 Plaintiff sent an email to support@worthpoint.desk -mail.com to WorthPoint Inc.**
**RESPONSE:** WorthPoint is not able to admit or deny the truth of the matter sought as it has no information as to what Plaintiff did and whether she may have sent an email herself or let someone else use her email account. WorthPoint furthermore cannot admit or deny the genuineness of the

3

email as the request for admission was not accompanied by a copy of the document as required per FRCP 36(a)(2).

7. _____ **Admit that on April 11, 2022 Plaintiff sent to WorthPoint Attorneys February 3, 2016 an 18 minutes phone recording with WorthPoint Webmaster Greg Watkins and Plaintiff Annamarie Trombetta**

**RESPONSE:** WorthPoint objects to this request on the grounds that it is incomprehensible, appears to be improperly directed to WorthPoint's counsel and not to WorthPoint as required under FRCP 36(a), and does not have any bearing on the issues in this case. Moreover, Plaintiff fails to identify the attorneys who were allegedly "WorthPoint Attorneys" and thus a response would require Defendant to speculate as to whom Plaintiff is referring. WorthPoint is furthermore not able to admit or deny the truth of the matter sought as it has no information as to what Plaintiff did.

8. _____ **Admit that on or around February 3, 2016 Plaintiff spoke for almost 18 minutes with webmaster Greg Watkins and informed Watkins that " I was not the Artist. Plaintiff verbally asked Mr. Watkins to permanently remove the FRAUDULENT LINK from the WorthPoint website.**

**ANSWER:** WorthPoint is not able to admit or deny the truth of the matter sought as it has no information as to what Plaintiff did and Greg Watkins is not presently employed by WorthPoint.

9. _____ **Admit that on or around February 3, 2016 Mr. Watkins gave me the email address of CEO of WorthPoint Corporation and spelled it out will@worthpoint.com . Plaintiff gave and spelled out Plaintiff's contact email at the time to Mr. Watkins.**

**ANSWER:** WorthPoint is not able to admit or deny the truth of the matter sought as Greg Watkins is not presently employed by WorthPoint. Moreover, WorthPoint cannot admit or deny

4

273001793v.1

the truth of any allegation about Plaintiff's conduct as it has no way of knowing whether Plaintiff was the individual she now claims contacted WorthPoint.

**10. _____ Admit that on On [February 20, 2016 Plaintiff emailed will@worthpoint.com support@worthpoint.com**

**RESPONSE:** WorthPoint is not able to admit or deny the truth of the matter sought as it has no information as to what Plaintiff did and whether she may have sent an email herself or let someone else use her email account. WorthPoint furthermore cannot admit or deny the genuineness of the email as the request for admission was not accompanied by a copy of the document as required per FRCP 36(a)(2).

**11. _____ Admit that Plaintiff submitted a second fraudulent art ticket #57565- on Feb. 20, 2016**

**RESPONSE:** WorthPoint is not able to admit or deny the truth of the matter sought as it has no information as to what Plaintiff did and whether she may have submitted a ticket herself or let someone else submit such a ticket for her. WorthPoint furthermore cannot admit or deny the genuineness of the ticket submission as the request for admission was not accompanied by a copy of the document as required per FRCP 36(a)(2).  Moreover, the Request is ambiguous as to whether the art ticket was fraudulent, or whether the ticket was regarding "fraudulent art" or something else.

**12. _____ Admit that Plaintiff contacted the WorthPoint CEO and Mr. Watkins on February 29, 2016 again regarding removing the fraudulent post Plaintiff still saw online.**

273001793v.1

**SA2137**

**ANSWER**: WorthPoint is not able to admit or deny the truth of the matter sought as it has no information as to what Plaintiff did and whether she may have contacted WorthPoint herself or let someone else contact WorthPoint for her. WorthPoint, however, admits that Plaintiff contacted various employees of WorthPoint on multiple occasions, including in February 2016, with requests to remove the listing of a prior eBay sale of a painting titled Man with a Red Umbrella; WorthPoint denies the remainder of the allegations asserted in this request for admission.

13.——- **Admit there was an email sent dated March 3, 2016 from employee Jason Packer jason.packer@worthpoint.com to Will Seippel at ww.seippel@worthpoint.com SEE**



**RESPONSE:** Denied as stated. WorthPoint furthermore cannot admit or deny the genuineness of the email as the request for admission was not accompanied by a copy of the document as required per FRCP 36(a)(2).

6

273001793v.1

**14._____ Admit that Jason Packer wrote"** *I can file a temporary removal request w/Google for the URL "* http://www.worthpoint.com/worthopedia/titanic-lithograph-poster-48924121*"*

**RESPONSE**: Denied as stated, except admit that Jason Packer communicated that he could "file a temporary removal w/Google for this URL: http://www.worthpoint.com/worthopedia/titanic-lithograph-poster-48924121." .

**15._____ Admit that Jason Packer wrote "** *Should I go ahead and do that? They don't process those but there's no real danger to us other than losing traffic for just one bag".*

**RESPONSE**: Denied as stated, except admit that Jason Packer communicated "Should I go ahead and do that? They don't always process those but there's no real danger to us other than losing traffic for just one page."

**16. Admit that Will Seippel on March 3, 2016 at 2:46 wrote** *"Yes please do".*

**RESPONSE**: Denied as stated, except admit that Will Seippel communicated "Yes, please do.".

**17._____ Admit the worthpoint.com photo caption states "Signed Annamarie Trombetta" .**

**RESPONSE:** WorthPoint is not able to admit or deny the truth of the matter sought as the subject photo did not originate from worthpoint.com, and thus the photo caption is not worthpoint.com's photo caption.

**18. _____ Admit the caption states that the photo is Signed Annamarie Trombetta. The letter " A" is not the full name "Annamarie".**



**SA2139**

**RESPONSE:** WorthPoint admits that the title of the listing that it downloaded from eBay's licensing partners includes a phrase "Signed Annamarie Trombetta," and that A is not the same as Annamarie.  WorthPoint denies the remainder of the allegations asserted in this request for admissions.

19. _____  **Admit that the photo above was in the WorthPoint ad for "1972 Original Oil Painting Man With Red Umbrella"on the website www.worthpoint.com.**

**RESPONSE:**  WorthPoint is not able to admit or deny the truth of the matter proffered as it is no longer in possession of the subject listing. Moreover, WorthPoint objects to the term "WorthPoint ad" as this was not an ad for WorthPoint.

20. _____  **Admit in the photo on this page is from WorthPoint.com there is a copyright vector © and the statement "Copyrighted work licensed by WorthPoint ".**

**RESPONSE:** Denied as stated. The subject photo did not originate from WorthPoint.com.

21. _____**Admit there is affixed the WorthPoint logo in Yellow on the lower right side of the photo .**

8

273001793v.1

**SA2140**

**RESPONSE:** Denied as stated. WorthPoint furthermore cannot admit or deny the genuineness of the email as the request for admission was not accompanied by a copy of the document as required per FRCP 36(a)(2). Without waiving objections, WorthPoint admits that the photo printed within Plaintiff's request contains WorthPoint's logo in the lower right hand corner..

**22. _____Admit that the WorthPoint statement and copyright vector © Copyrighted work licensed by WorthPoint " with the affixed WorthPoint and eBay logos are false.**

**RESPONSE:** WorthPoint object to this request on the grounds that it impermissibly seeks a legal conclusion. Subject to the foregoing objections, denied.

**23. _____ Admit that the WorthPoint statement and copyright vector © Copyrighted worklicensed by WorthPoint " with affixed WorthPoint and eBay logos constitutes False CMI-Copyright Management Information**

**RESPONSE:** WorthPoint object to this request on the grounds that it impermissibly seeks a legal conclusion. Subject to the foregoing objections, denied.

**24. _____ Admit that the "1972 Original Oil Painting Man With Red Umbrella Misattributed and falsely states Signed Annamarie Trombetta was linked to another WorthPoint website Page to include Marilyn Monroe 1988 Vintage Micheal Ochs Archive Channel and had written in the description "1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta" SEE BELOW**



9

**SA2141**

**RESPONSE:** Denied as stated. WorthPoint furthermore cannot admit or deny the genuineness of the email as the request for admission was not accompanied by a copy of the document as required per FRCP 36(a)(2).  Without waiving objections, WorthPoint objects to this request on the grounds that it impermissibly seeks a legal conclusion. Subject to the foregoing objections, denied.

27. ____Admit that the hat [sic] the"1972 Original Oil Painting Man With Red Umbrella Misattributed and falsely stated Signed Annamarie Trombetta" was on the Google Search and Listing on the internet with Annamarie Trombetta-Artist Info.

**RESPONSE:** Denied as stated. WorthPoint furthermore cannot admit or deny the genuineness of the email as the request for admission was not accompanied by a copy of the document as required per FRCP 36(a)(2).  WorthPoint objects to this request on the grounds that it impermissibly seeks a legal conclusion. Without waiving objections,, WorthPoint is not able to admit or deny the matter sought. WorthPoint is not Google and does not know what may or may not have been on a Google search that Plaintiff made at any given time.

28.Admit that the"1972 Original Oil Painting Man With Red Umbrella Misattributed and falsely stated Signed Annamarie Trombetta" was on the Google Search and Listing under "1972 Original Oil Painting Man With Red Umbrella ( Misattributed) and Signed Annamarie Trombetta".

10

**RESPONSE:** Denied as stated. WorthPoint furthermore cannot admit or deny the genuineness of the email as the request for admission was not accompanied by a copy of the document as required per FRCP 36(a)(2). WorthPoint objects to this request on the grounds that it impermissibly seeks a legal conclusion. Without waiving objections, WorthPoint is not able to admit or deny the matter sought. WorthPoint is not Google and does not know what may or may not have been on a Google search that Plaintiff made at any given time.

**29. Admit that WorthPoint did not receive the 12 Photos listed and described in the Estate Auction Inc Ad for the "1972 Original Oil Painting Man With Red Umbrella.**

**RESPONSE:** Admitted.

**30. Admit that WorthPoint Corporation never had the Photo featured signature " Annamarie Trombetta" Gifted 1977 and Painted1972 ".**

**RESPONSE:** WorthPoint admits that it is presently not in possession of any such photograph and has no information about ever being in possession of such a photograph. The remainder of the allegations contained in this request are denied.

**31. Admit that in 2015 Greg Watkins was the Designated Registered Agent for infringements claims associated with the Digital Millennium Copyright Act("DMCA")."**

**RESPONSE:** WorthPoint is not able to admit or deny the truth of the matter proffered as it has thus far been unable to locate records as to who the DMCA agent for WorthPoint was during

11

calendar year 2015. Moreover, WorthPoint objects to this Request as it interposes legal

classifications and conclusions that may not be accurate.


32. _____ **Admit that in 2016 Greg Watkins was the Designated Registered Agent for infringements claims associated with the Digital Millennium Copyright Act("DMCA")."**

**RESPONSE:** WorthPoint is not able to admit or deny the truth of the matter proffered as it has

thus far been unable to locate records as to who the DMCA agent for WorthPoint was during

calendar year 2016. Moreover, WorthPoint objects to this Request as it interposes legal

classifications and conclusions that may not be accurate.


33. _____ **Admit that in 2018 that Arnold P. Lutzker was the Designated Registered Agent for infringements claims associated with the Digital Millennium Copyright Act("DMCA")."**

**RESPONSE**: Denied as stated.  WorthPoint objects to this Request as it interposes

legal classifications and conclusions that may not be accurate.  Without waiving any

objections, WorthPoint Admits that the law firm Lutzker & Lutzker LLP was its

DMCA agent in the calendar year 2018.


34. _____ **Admit that on June 29, 2020 Will Seippel Declared that on or around February 4, 2016 the infringing Auction listing was permanently removed.**

12



**RESPONSE:** WorthPoint objects to this Request as it includes a legal conclusion which may not be accurate. Without waiving any objections, WorthPoint admits that William Seippel previously submitted a declaration regarding the removal of a listing from WorthPoint's website as of February 4, 2016 and denies the remainder of the allegations asserted in this request.

WorthPoint reserves the right to supplement and/or amend the above responses throughout the pendency of this action.

13

273001793v.1

DATED: July 13, 2022

Very Truly Yours,

Wilson Elser Moskowitz Edelman & Dicker LLP


_s/ Jana Slavina Farmer_____
Adam R. Bialek
150 E. 42nd Street
New York, NY 10017
(212) 490-3000 (phone)
(212) 490-3038 (facsimile)
Adam.Bialek@wilsonelser.com

Jana A. Slavina Farmer
1133 Westchester Ave
White Plains, NY 10604
(914) 323-7000 (phone)
(914) 323-7001 (facsimile)
*Attorneys for Defendant WorthPoint*

TO:    Annemarie Trombetta
*Plaintiff Pro Se*
175 East 96th Street
Apt. 12R
New York, NY 10128

Anderson Duff
Hogan Duff, LLP
Attorney for Defendants
Norb Novocin, Marie Novocin
And Estate Auctions, Inc.
43-10 Crescent St.
Ste. 1217
Long Island City, NY 11101
(646) 450-3607
ajd@hoganduff.com

14

273001793v.1

**SA2146**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Annamarie Trombetta,

       Plaintiff        C.A. NO. 18-CV-993 (RA) (SLC)

VS.

Norb Novocin, Marie Novocin and
Estate Auctions Inc. and WorthPoint Corp.,

       Defendants

_____

## DEFENDANT'S WORTHPOINT CORP. ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES FOR DEFENDANT WORTHPOINT CORPORATION

    Pursuant to Federal Rules of Civil Procedure 26 and 33, and the applicable Local Rules of

the United States District Court for the Southern District of New York, defendant WorthPoint Corp.

("WorthPoint"), hereby responds to plaintiff's Second Set of Interrogatories ("Interrogatories"),

dated May 31, 2022.

## OBJECTION COMMON TO ALL INTERROGATORIES

Many of plaintiff's interrogatories cited below include the term "WorthPoint internet ad" or

similar language. WorthPoint objects to the characterization of the subject listing as "WorthPoint

internet ad" (or similar terminology) as WorthPoint did not advertise anything by posting the

subject listing. The listing was merely included in WorthPoint's database of prior sales records.

## RESPONSE TO INTERROGATORIES

**Request No. 1**
Name the company that sold the "1972 Man With Red Umbrella [sic – closed quote absent in the
original] Oil Painting Estate Auctions Inc advertisement sales record, bought by WorthPoint
Corporation. **If you claim that part of any response is privileged or otherwise immune from**

1

discovery**; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that WorthPoint purchased the subject painting or that it made a purchase of an "advertisement sales record" from Estate Auctions Inc. Subject to and without waiving the foregoing objections, WorthPoint states that, upon information and belief, co-defendant Estate Auctions Inc. sold the subject payment on eBay. WorthPoint licensed the use of eBay data from eBay's authorized representatives pursuant to the agreement previously produced. *See* WorthPoint's Production, WP000001-000035, which identifies WorthPoint's licensing partner for the pertinent eBay data. WorthPoint subsequently downloaded the sales record about the past sale of the subject painting pursuant to this agreement.

**Request No. 2:**
Submit to Plaintiff proof of purchase by WorthPoint Corporation from the company that sold the "1972 Man With Red Umbrella Oil Painting Estate Auctions Inc advertisement sales record, bought by WorthPoint Corporation, **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint objects to this request on the grounds that it is, in part, a request for production and not an Interrogatory. WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that WorthPoint purchased an "advertisement sales record" from Estate Auctions Inc. Subject to and without waiving the foregoing objections, WorthPoint states that, upon information and belief, co-defendant Estate Auctions Inc. sold the subject painting on eBay. WorthPoint licensed the use of eBay data from eBay's authorized representatives pursuant to the agreement previously produced. *See* WorthPoint's Production, WP000001-000035. WorthPoint subsequently downloaded the sales record about the past sale of the subject painting pursuant to this agreement. *See* WorthPoint's Production, WP000038-000040. As WorthPoint licenses and mass-downloads multiple listings at one time, there are no "proofs of purchase" for any individual listing.

**Request No. 3:**
Submit proof of the address and telephone number of Terapeak. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

2

**RESPONSE:** WorthPoint is not Terapeak. If plaintiff wishes to find out information about Terapeak, she should direct her inquiries to them. That said, the address of the entity that licensed the use of the subject listing to WorthPoint is set forth in the agreement that WorthPoint previously produced. *See* WorthPoint's Production, WP000001. Upon information and belief, this entity is or was at one point known as Terapeak.

**Request No. 4**
Submit the name of the Terapeak contact source who sold the "1972 Original Oil Painting Man With Red Umbrella" that was bought by WorthPoint Corporation. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint has no responsive information. Again, licensed listings are mass-downloaded and not individually licensed. WorthPoint does not have information as to who at Terapeak, if anyone, was in charge of licensing any particular listing.

**Request No. 5**
Submit name of the Terapeak department contact source for the "1972 Original Oil Painting Man With Red Umbrella" that was bought by WorthPoint Corporation **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint has no responsive information. Again, licensed listings are mass-downloaded and not individually licensed. WorthPoint does not have information as to which department at Terapeak, if any, was in charge of licensing any particular listing.

**Request No. 6**
Describe and submit WorthPoint Corporation's meta data for the" purchased sale information" of the painting entitled "1972 Original Oil Painting Man With Red Umbrella" that was bought by WorthPoint Corporation. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**ANSWER:** WorthPoint objects to this interrogatory as it is vague. WorthPoint does not know how metadata may be described. WorthPoint further objects to this request on the grounds that it asks

3

for documents, not information, which is not appropriate in an interrogatory. Subject to, and without waiving the foregoing objections, WorthPoint previously produced the Terapeak extract, WP000038-40, which is the only document in its possession that relates to the download of the subject listing form eBay.

**Request No. 7:**
Submit WorthPoint's proof of purchase for the "1972 Original Oil Painting Man With Red Umbrella" that was bought by WorthPoint Corporation. Set forth an invoice, check, written receipts for the " purchased sale record "titled "1972 Original Oil Painting Man With Red Umbrella" **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint further objects to this request on the grounds that it asks for documents, not information, which is not appropriate in an interrogatory. Subject to, and without waiving the foregoing objections, WorthPoint previously produced the Terapeak extract, WP000038-40, which is the only document in its possession that relates to the download of the subject listing form eBay. Again, licensed listings are mass-downloaded and not individually licensed. WorthPoint does not have any invoices, checks or written receipts for the subject listing.

**Request No. 8:**
Name the WorthPoint employee that created the WorthPoint Ad that appeared on the WorthPoint. com website for the " 1972 Original Oil Painting Man With Red Umbrella sale by Estate Auctions Inc. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** There is no such employee as WorthPoint did not create the subject listing, but licensed and downloaded a past listing of an artwork that was earlier sold on eBay. Upon information and belief, the Novacins created the text of the subject listing and chose which photographs will go with it.

**Request No. 9:**
Explain the difference between the Terapeak 1972 Original Oil Painting Man With Red Umbrella sale by Estate Auctions Inc. Ad and the WorthPoint Corporation website ad for 1972 Original Oil Painting Man With Red Umbrella **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

4

**RESPONSE:** As set forth in the agreement that WorthPoint previously produced, WP000001 to WP000035, WorthPoint licenses the use of certain parts of past eBay listings, such as an item's description and price. WorthPoint then mass-downloads a large number of listings. Document WP000036-37 explains the process for the document acquisition, processing and injection. Substantively, WorthPoint does not change any of the item descriptions. As such, the content of item description in WorthPoint's listing is the same as in the original eBay listing, except that the eBay listing may have had additional information that WorthPoint's listing did not have. As WorthPoint is not in possession of the original eBay listing, it cannot independently verify the differences between the original eBay listing and the listing that WorthPoint downloaded and posted. We note that the eBay listing produced by plaintiff appears to be incomplete or truncated.

**Request No. 10:**
Submit all communication between the WorthPoint staff members and Terapeak for the sale and information for the" 1972 Original Oil Painting Man With Red Umbrella  sale by Estate Auctions Inc. Ad   If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

**RESPONSE:** WorthPoint has no such communications. Again, listings are mass-downloaded and there is no communication about individual listings. WorthPoint also objects to this interrogatory as it is in fact a request for production, not an interrogatory.

**Request No. 11:**
List, describe and submit all communication from the Plaintiff to WorthPoint Corporation regarding the "1972 Original Oil Painting Man With Red Umbrella" that was  sold by Estate Auctions Inc.  If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

**RESPONSE**: As WorthPoint has already produced all communications from Plaintiff in WorthPoint's possession, WorthPoint objects to the request to describe such communications as it unreasonably burdensome. *See* WorthPoint's production, WP000062-140. WorthPoint also objects to this interrogatory as it is in fact a request for production, not an interrogatory.

**Request No. 12:**
Submit all communication between each of  the WorthPoint staff members and the Plaintiff concerning the "1972 Original Oil Painting Man With Red Umbrella " If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

**RESPONSE**: WorthPoint objects to this interrogatory as it is in fact a request for production, not an interrogatory. WorthPoint has already produced all communications between WorthPoint staff and the Plaintiff in WorthPoint's possession. *See* WorthPoint's production, WP000062-140.

5

**Request No. 13:**

Submit all written removal requests from WorthPoint Tech Jason Packer to Google to remove the 1972Original Oil painting Man With Red Umbrella " misattributed to the Plaintiff. If you claim that part of any response is privileged or otherwise immune from discovery; (a)identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

**RESPONSE**: WorthPoint objects to this interrogatory as it is in fact a request for production, not an interrogatory. WorthPoint also objects to this request to the extent it implies that WorthPoint misattributed this painting to the Plaintiff, which it did not. Subject to, and without waiving the foregoing objections, WorthPoint no longer has any copies of any such removal requests made to Google.

**Request No. 14  SEE BELOW**

Submit the design before WorthPoint added  the statement "©Copyright work licensed by WorthPoint"  affixed with eBay and WorthPoint logos that were affixed prior to being listed on the internet. If you claim that part of any response is privileged orotherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

**RESPONSE**: WorthPoint objects to this interrogatory as it is in fact a request for production, not an interrogatory. WorthPoint also objects to this request to the extent the term "design" is vague, unclear and not defined, and to the extent this interrogatory implies that WorthPoint modified some sort of design that was previously on the eBay listing, which it did not. Subject to, and without waiving the foregoing objections, WorthPoint did not remove any designs or copyright notices from the subject listing. It merely downloaded the subject listing along with many others. In processing, a copyright notice was added to indicate that the listing is a copyrighted work that WorthPoint licensed. WorthPoint itself is not claiming copyright in the work.

**Request No. 15:**

Submit the design after WorthPoint added the statement "© Copyright work licensed by WorthPoint" before the eBay and WorthPoint logos that were affixed prior to being listed on worthpoint.com on the internet. If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

**RESPONSE**: WorthPoint objects to this interrogatory as it is in fact a request for production, not an interrogatory. WorthPoint also objects to this request to the extent the term "design" is vague, unclear and not defined, and to the extent this interrogatory implies that WorthPoint modified some sort of design that was previously on the eBay listing, which it did not. WorthPoint refers the Plaintiff to the Terapeak extract that WorthPoint previously produced under Bates Stamps WP000038-40, which is the only information as to the content of the original eBay listing that WorthPoint has. WorthPoint never has the full original eBay listing and no longer has the listing that was on WorthPoint website and then deleted pursuant to the Plaintiff's request.

6

**Request No. 16:**
Explaint [sic] when the the [sic] photos  in the  " 1972 Original Oil Painting Man With Red Umbrella  sale by Estate Auctions Inc. Ad were added .If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

**RESPONSE**: WorthPoint is not in possession of any responsive information. This request is more appropriately directed to co-defendant Estate Auctions, as it is they who added the photograph(s) to the listing.

**Request No. 17:**
Explain or describe the record and  the duration timein [sic] writing  for the  month and  year  when the "1972 Original Oil Painting Man With Red Umbrella WorthPoint Ad " was uploaded to the internet. If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

**RESPONSE**: WorthPoint does not understand this request and objects to it as vague. For example, it is unclear what is meant by "explain or describe the record". Additionally, WorthPoint does not have information as to how long the subject painting was "uploaded to the Internet", which appears to include all websites, not just WorthPoint's. WorthPoint refers plaintiff to its Response to Interrogatory No. 5 of the Plaintiff's First Set of Interrogatories.

**Request No. 18:**
Explain why the  worthpoint.com    caption reads " 1972 Original Oil Painting Man With Red Umbrella  yqz(12/01/2012) has "Signed  Annamarie  Trombetta "  when the photo signature has the letter "A" . Trombetta.    If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

**RESPONSE**: WorthPoint downloaded this among many other eBay listings form its licensing partner without editing the content. The quoted words are as they appear in the downloaded content of the original listing. *See* WorthPoint Production, Terapeak extract, WP000038.

**Request No. 19:**
Explain  specifically  what   WorthPoint  Corporation's  has  copyrighted  in   the  statement  "© Copyrighted work licensed by WorthPoint".If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

**RESPONSE:** Nothing. By the quoted notice, WorthPoint does not claim copyright in the listing. WorthPoint is merely saying that this is a copyrighted work and that WorthPoint licensed it.

7

**SA2153**

**Request No. 20:**
Specifically explain  what  WorthPoint Corporation's has copyrighted in  the statement
" © Copyrighted work licensed by WorthPoint"  with the use of the copyright  symbol vector © If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.
**RESPONSE**: See Response to Request No. 19 herein.

**Request No 21:**
Below is the 2022 WorthPoint website insert. Explain what WorthPoint does when the Item Removal Request form is submitted in 2022.  If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

**RESPONSE**: WorthPoint objects to this request on the grounds that it is not reasonably calculated to lead to the discovery of admissible evidence. Plaintiff claims that she submitted takedown tickets in 2016. WorthPoint's procedures in 2022 are not relevant to what WorthPoint's procedures may have been six years earlier in 2016. As such, WorthPoint will not be responding to this request.

**Request No. 22**
Explain what WorthPoint does when the Item Removal Request form was submitted in 2016.  If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

**RESPONSE**: After Item Removal Request submissions were received by WorthPoint in 2016, they were reviewed by WorthPoint's staff. If the specific pages complained of needed to be taken down, WorthPoint's staff took down such pages.

**Request No. 23**
Explain and set forth  the contract and terms that permit   WorthPoint to adhere logos by WorthPoint and eBays to the  Fake signature "A. Trombetta 1972 Original Oil Painting Man With Red Umbrella".
If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

**RESPONSE**: WorthPoint objects to this request as it is really a request for production, not an interrogatory. WorthPoint also objects to the characterizations employed in this request. Subject to and without waiving the foregoing objections, see WorthPoint production, WP0000001-000035 for a copy of the responsive agreement. Given that the agreement was previously produced, WorthPoint objects to the requirement to also restate its terms herein.

8

**Request No. 24**
Explain the purpose and what happens after Plaintiff submitted Take Down Tickets from WorthPoint's website for Takedown Ticket #56607 and the second Fraudulent Ticket #57565- on Feb. 20, 2016 If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

**RESPONSE**: *See* Response to Request No. 22. Additionally, it appears that the date of the takedown ticket is after WorthPoint already removed the subject listing on February 4, 2016. As such, upon information and belief, the Plaintiff would have been advised that the listing was already taken down.

WorthPoint Reserves the right to supplement and/or amend the above responses throughout the

pendency of this action.


DATED: July 1, 2022

                                    Very Truly Yours,

                                    Wilson Elser Moskowitz Edelman & Dicker LLP


                                    *s/Jana S. Farmer*
                                    Adam R. Bialek
                                    150 E. 42nd Street
                                    New York, NY 10017
                                    (212) 490-3000 (phone)
                                    (212) 490-3038 (facsimile)
                                    Adam.Bialek@wilsonelser.com

                                    Jana A. Slavina Farmer
                                    1133 Westchester Ave
                                    White Plains, NY 10604
                                    (914) 323-7000 (phone)
                                    (914) 323-7001 (facsimile)
                                    *Attorneys for Defendant WorthPoint*


TO:    Annemarie Trombetta
*Plaintiff Pro Se*
175 East 96th Street
Apt. 12R
New York, NY 10128

Anderson Duff
Hogan Duff, LLP
Attorney for Defendants
Norb Novocin, Marie Novocin
And Estate Auctions, Inc.
43-10 Crescent St.
Ste. 1217
Long Island City, NY 11101
(646) 450-3607
ajd@hoganduff.com

10

**SA2156**

**SA2157**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Annamarie Trombetta,

               Plaintiff             C.A. NO. 18-CV-993 (RA) (SLC)

VS.

Norb Novocin, Marie Novocin and
Estate Auctions Inc. and WorthPoint Corp.,

               Defendants

_____

### DEFENDANT'S WORTHPOINT CORP. ANSWERS TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 26 and 34 for the Federal Rules of Civil Procedure, Defendant WorthPoint

Corp. ("WorthPoint") hereby responds to Plaintiff's Second Request for Request for Production of

Documents dated May 27, 2022.

### OBJECTION COMMON TO ALL REQUESTS

Many of plaintiff's requests cited below include the term "WorthPoint internet ad" or similar

language. WorthPoint objects to the characterization of the subject listing as "WorthPoint

internet ad" (or similar terminology) as WorthPoint did not advertise anything by posting the

subject listing. The listing was merely included in WorthPoint's database of prior sales records.

### RESPONSES TO REQUESTS FOR PRODUCTION

**Request No. 1:**
Produce and/or Identify in writing the month and year when the "1972 Original Oil Painting
Man With Red Umbrella WorthPoint Ad " was uploaded to the internet. **If you claim that part
of any response is privileged or otherwise immune from discovery; (a) identify the
grounds for your claim of privilege or immunity (b) identify the privileged documents or
Photographs (c) provide all information which responds to this request and does not fall
within your claim of privilege or other immunity.**

1

**RESPONSE:** WorthPoint is not in possession of any responsive documents or information.

**Request No. 2:**
Produce and/or Identify the month, year and of time when 1972 Original Oil Painting Man With Red Umbrella WorthPoint Ad " was taken off the internet. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint is not in possession of any responsive documents or information. If the Plaintiff means when the subject listing was taken down from WorthPoint's website, it was taken down on February 4, 2016.

**Request No. 3:**
Identify and name the WorthPoint employees who scripted, and created the WorthPoint Ad that appeared on the WorthPoint. com website which reports the record price paid for the " 1972 Original Oil Painting Man With Red Umbrella sale by Estate Auctions Inc. Ad **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint does not have any responsive documents that would identify any such employee because WorthPoint did not script or create the subject listing. See response No. Interrogatory No. 8 of Plaintiff's Second Set of Interrogatories.

**Request No. 4:**
Produce -Identity and Include ANY and all of the documented 12 photos of the " 1972 Original Oil Painting Man With Red Umbrella sale by Estate Auctions Inc. Ad .
**If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint is not in possession of any such photos.

**Request No. 5:**
Produce -Identity any data or computer communications between the WorthPoint website and that of the seller Terapeak for the sale information of the 1972 Oil painting sold on of eBay for the 1972 Painting. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** All responsive documents were previously produced. See WorthPoint production, bates stamps WP000038-40.

**Request No. 6:**

2

**SA2159**

Produce -Identity WorthPoint's proof of purchase from Terapeak for the sales record information of the " 1972 Original Oil Painting Man With Red Umbrella sale by Estate Auctions Inc. Ad . **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** All responsive documents were previously produced. See WorthPoint production, bates stamps WP000001-35 and WP000038-40. Again, WorthPoint does not license individual listings but rather listings are mass-downloaded per licensing agreements.

**Request No. 7:**
Explain and produce the contract and terms that permit WorthPoint to adhere logos by WorthPoint and eBays to the Fake signature "A. Trombetta 1972 Original Oil Painting Man With Red Umbrella". **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** All responsive documents were previously produced. See WorthPoint production, bates stamps WP000001-35.

**Request No. 8**
Submit evidence " how " Gregory Watkins and or Jason Packer from WorthPoint Corporation removed the "1972 Original Oil Painting Man With Red Umbrella that was Misattributed Signed Annamarie Trombetta (12/01/2012)
**If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint objects to this request is vague, as it is unclear how WorthPoint can produce evidence of how a page was deleted. To the extent they exist, all responsive documents were previously produced. See WorthPoint production, bates stamps WP000042-49.

**Request No. 9**
Submit evidence as to " when" Gregory Watkins and or Jason Packer from WorthPoint Corporation removed the "1972 Original Oil Painting Man With Red Umbrella that was Misattributed Signed Annamarie Trombetta (12/01/2012) **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** All responsive documents as to the takedown of the subject listing were previously produced. See WorthPoint production, bates stamps WP000042-49.

**Request No. 10:**
Submit and produce the name of the designer of the WorthPoint internet ad who adhered the—Copyright Management Information which states" Copyrighted Work licensed by WorthPoint".

3

**SA2160**

**If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint objects to this request to the extent it implies that someone at WorthPoint designed the subject listing or manually adhered the copyright notice. WorthPoint further objects on the grounds that this request is an interrogatory and not a request for production. Subject to, and without waiving the foregoing objections, WorthPoint does not have any responsive documents because no employee at WorthPoint "designed" the subject listing or manually affixed the copyright notice.

**Request No. 10:**
Submit the computer design, the meta data, the text and the use of graphic design to include the additional ebay logo and also the WorthPoint logo and the statement Copyrighted work licensed by WorthPoint. with the copyright symbol vector C. **If you claim that part of any *response is privileged* or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint objects to this request as incomprehensible. If plaintiff is looking for a copy of the subject listing that was deleted from WorthPoint's website, WorthPoint is no longer in possession of such listing because it was deleted in February 4, 2016. For the text of the downloaded eBay listing, please see WP000038-40.

**Request No. 11:**
Identify and Confirm that the WorthPoint .com caption in the insert below states — 1972 Original Oil.... *"Signed Annamarie **Trombetta yqz** (12/012012)"* Confirm that the photo does NOT depict the name Annamarie. SEE BELOW
**If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

4

# SA2161



**RESPONSE:** WorthPoint objects to this request on the grounds that it is a request to admit and not a request for production. To the extent that it seeks an admission, WorthPoint demands that the full original document be produced to it for review pursuant to FRCP Rule 36(a)(2) before it may admit or deny anything as to such a document. WorthPoint has previously demanded a full copy of this document from plaintiff and was not provided with it. As such, until a full copy of the referenced document is provided, this request to admit is denied.

**Request No. 12:**
Produce the evidence why the Caption states — Signed Annamarie Trombetta when the photo and the caption depicts the letter "A." and what appears to be the name "Trombetta".
**If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** Please refer to the Terapeak extract, WP000038-40, which contains the listing that WorthPoint downloaded without substantively modifying. The attribution to the Plaintiff was in the original eBay listing and not done by WorthPoint.

**Request No. 13:**
Produce for inspection the original ad from Estate Auction Inc's "1972 Original Oil Painting Man With Red Umbrella that was Misattributed Signed Annamarie Trombetta (12/01/2012) without the statement Copyrighted work licensed by WorthPoint. with the copyright symbol vector ©.
**If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint is not in possession of any responsive documents.

5

**SA2162**

**Request No. 14:**
Produce the WorthPoint design for the WorthPoint website with the adhered —Copyright Management Information to include" Copyrighted Work licensed by WorthPoint" **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint objects to this request on the grounds that it is vague as to what is meant by "design for the WorthPoint website". To the extent plaintiff seeks documents pertaining to the overall design of the WorthPoint website, WorthPoint objects on the grounds that it is not reasonably calculated to lead to the discovery of admissible evidence and it will not be producing any documents related to the design of any pages other than the subject listing. To the extent plaintiff seeks documents as to the design of the subject listing, WorthPoint did not design the listing but rather downloaded a prior eBay listing as part of a mass download. As such, there are no responsive documents in WorthPoint's possession.

**Request No. 15:**
Identify and Submit the computer design, the meta data, the text and the use of graphic design to include the additional eBay logo and also the WorthPoint logo and the statement Copyrighted work licensed by WorthPoint. with the copyright symbol vector ©. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint objects to this request on the grounds that it is vague as to what is meant by "the computer design, the meta data, the text and the use of graphic design". To the extent plaintiff seeks documents pertaining to the overall design of the WorthPoint website, WorthPoint objects on the grounds that it is not reasonably calculated to lead to the discovery of admissible evidence and it will not be producing any documents related to the design of any pages other than the subject listing. To the extent plaintiff seeks documents as to the design of the subject listing, WorthPoint did not design the listing but rather downloaded a prior eBay listing as part of a mass download. As such, the only responsive document pertaining to the subject listing has been previously produced under bates stamps WP000038-40.

**Request No. 16:**
Produce WorthPoint's receipt of Plaintiff's submitted five separate emails to WorthPoint Corporation's website dated 1) January 22nd 2) January 25th 3) January 29th 4) February 1st and 5) February 20, all in 2016, using the WorthPoint email support address at support@worthpoint.desk-mail.com . SEE PROOF BELOW
**If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

6

**RESPONSE:**

**RESPONSE:** WorthPoint is not in possession of receipts for any emails that plaintiff directed to it in 2016.

**Request No. 17**
On January 29, 2016 Plaintiff submitted to WorthPoint website the notification of the "1972 Original Oil Painting Man With Red Umbrella that was Misattributed Signed Annamarie Trombetta (12/01/2012). WorthPoint .com generated a Takedown Ticket #56607.
Produce WorthPoint's Jan. 29, 2016 submission by Plaintiff using the WorthPoint website. SEE DOCUMENTED PROOF INSERTED BELOW **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity**

---

### Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Created

**WorthPoint** | Jan 29, 2016 04:59PM EST
Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.
This message was sent to trombettaart@yahoo.com in reference to Case #56607.

[[c768dfffcc36a12e30ef15c05f2719f62ecb5876-620588658]]

---

**RESPONSE:** WorthPoint is no longer in possession of any takedown tickets that may have been submitted by plaintiff in 2016.

**Request No. 18**
Produce and Identify the Ticket from WorthPoint's website for the second Fraudulent Ticket #57565- on Feb. 20, 2016
**If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint is no longer in possession of any takedown tickets that may have been submitted by plaintiff in 2016.

**SA2164**

**Request No. 19:**

Produce the URL and the Item Review Request the Plaintiff submitted http://
www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-4892417
into WorthPoint website dated Jan. 14, 2016 . SEE INSERT BELOW
**If you claim that part of any response is privileged or otherwise immune from discovery;
(a) identify the grounds for your claim of privilege or immunity (b) identify the privileged
documents or Photographs (c) provide all information which responds to this request and
does not fall within your claim of privilege or other immunity.**



**RESPONSE:** WorthPoint is no longer in possession of any takedown tickets that may have
been submitted by plaintiff in 2016.

**Request No. 20:**

Produce and verify WorthPoint's response to Plaintiff's January 14, 2016 submission.

**If you claim that part of any response is privileged or otherwise immune from discovery;
(a) identify the grounds for your claim of privilege or immunity (b) identify the privileged
documents or Photographs (c) provide all information which responds to this request and
does not fall within your claim of privilege or other immunity.**

8

**RESPONSE:** All documents in WorthPoint's possession that may be responsive to this request were previously produced under Bates stamps WP000062-140.

**Request No. 21:**
Produce Will Seippel's March 3, 2016 email to Jason Packer approving the TEMPORARY REMOVAL for a link for the titanic lithograph poster that had a link to the :1972 Original Oil painting" misattributed to the Plaintiff. Seippel's approval for the Temporary removal of the link with the 1972 Original Oil the WorthPoint Link. SEE INSERT BELOW
**If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint objects to the characterizations used by plaintiff in this request. All responsive documents were previously produced under WP000086.

WorthPoint Reserves the right to supplement and/or amend the above responses throughout the

pendency of this action.

DATED: July 1, 2022

Very Truly Yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

*s/Jana S. Farmer*
Adam R. Bialek
150 E. 42nd Street
New York, NY 10017
(212) 490-3000 (phone)
(212) 490-3038 (facsimile)
Adam.Bialek@wilsonelser.com

Jana A. Slavina Farmer
1133 Westchester Ave
White Plains, NY 10604
(914) 323-7000 (phone)
(914) 323-7001 (facsimile)
*Attorneys for Defendant WorthPoint*

TO:    Annemarie Trombetta
*Plaintiff Pro Se*

9

**SA2166**

175 East 96th Street
Apt. 12R
New York, NY 10128

Anderson Duff
Hogan Duff, LLP
Attorney for Defendants
Norb Novocin, Marie Novocin
And Estate Auctions, Inc.
43-10 Crescent St.
Ste. 1217
Long Island City, NY 11101
(646) 450-3607
ajd@hoganduff.com

**SA2167**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Annamarie Trombetta,

                Plaintiff              C.A. NO. 18-CV-993 (RA) (SLC)

VS.

Norb Novocin, Marie Novocin and
Estate Auctions Inc. and WorthPoint Corp.,

                Defendants

_____

## DEFENDANT'S WORTHPOINT CORP.'S RESPONSES TO PLAINTIFF'S THIRD REQUEST FOR INTERROGATORIES

Pursuant to Federal Rules of Civil Procedure 26 and 33, and the applicable Local Rules of

the United States District Court for the Southern District of New York, defendant WorthPoint

Corp. ("WorthPoint"), hereby responds to plaintiff's Second Set of Interrogatories

("Interrogatories"), dated July 14, 2022.

**Interrogatory No. 1**
Identify by name and give addresses of all WorthPoint's eBay authorized licensing partner
or partners from January 2012 to December 2016. **If you claim that part of any response is
privileged or otherwise immune from discovery; (a) identify the grounds for your claim of
privilege or immunity (b) identify the privileged documents or Photographs (c) provide all
information which responds to this request and does not fall within your claim of privilege
or other immunity.**

**ANSWER:** WorthPoint refers plaintiff to its confidential document production, Bates Stamps

WP000001 and WP000008, which identifies WorthPoint's licensing partner for the pertinent eBay

data and their addresses. This was the only WorthPoint's licensing partner for the pertinent eBay

data during the time period identified in the request.

**Interrogatory No. 2:**
Identify the terms of agreement under which WorthPoint's " eBay authorized licensing representatives " permit WorthPoint to use eBay's data. Include the years 2012 to 2015. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**ANSWER**: WorthPoint objects to this request to the extent it requires it to restate the terms of

agreements it previously produced. Subject to and without waiving the foregoing objections,

WorthPoint identifies the terms of the agreement and amendment that it previously produced

under Bates stamps WP0000001-000035.

**Interrogatory No. 3:**
State the name and address of WorthPoint's licensing representatives who authorized the mass downloading including the "1972 Oil Painting Man With Red Umbrella ", sold on eBay by Estate Auctions and appeared on the www.worthpoint.com website. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**ANSWER:** WorthPoint objects to the characterizations employed in this request, including that

an "authorization" or a "WorthPoint's licensing representative" were needed before the download

of any of the listings may commence once the applicable licensing agreement is in effect. Subject

to and without waiving the foregoing objections, WorthPoint identifies the document that sets

forth stags of data flow, which applied to the subject eBay data, and which was previously

produced WP0000001-000035. WorthPoint further identifies Jason Packer as a witness with

knowledge as to WorthPoint's data architecture, including stages of data acquisition and

**SA2169**

processing, as was previously identified in WorthPoint's Rule 26(a) disclosures. As Mr. Packer is

represented by counsel, he may be contacted via the undersigned counsel.

**Interrogatory No. 4**
State the name of eBay's authorized representatives that listed "1972 Man With Red Umbrella Oil Painting sold on eBay along with the Plaintiff's three page biography.
 **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity**.

**ANSWER:** WorthPoint objects to this request on the grounds that it is more appropriately

directed to eBay. WorthPoint is not in possession of any information as to whom eBay may have

authorized to undertake any specific actions with respect to the subject painting, if anyone.

**Interrogatory No. 5**
WorthPoint defendants response to Plaintiff's second set of interrogatories stated that: "WorthPoint does not have information as to which department at Terapeak, if any was in charge of licensing any particular listing". Explain then how mass-downloaded listings can obtain licensing rights by WorthPoint. In other words by what authority did WorthPoint claim the right to mass download the 1972 Oil painting. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**ANSWER:** WorthPoint objects to this request on the grounds that it exceeds the scope of a

permissible Interrogatory under the Local Rules of the Southern District of New York.

WorthPoint further objects to plaintiff misstating and truncating WorthPoint's previous

Interrogatory response. Subject to, and without waiving the foregoing objections, WorthPoint

states that it licensed the right to republish certain eBay data from its licensing partner identified

in WorthPoint's Production, WP000001-000035, but does not have insight as to which

department of its licensing partner has which responsibility, especially in regard to any particular eBay listing.

**Interrogatory No. 6**
What is the basis for WorthPoint Corporation's claim for licensing rights for massdownloading? **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**ANSWER:** WorthPoint objects to this request on the grounds that it exceeds the scope of a permissible Interrogatory under the Local Rules of the Southern District of New York. Subject to, and without waiving the foregoing objections, WorthPoint states that it licensed the right to republish certain eBay data from its licensing partner identified in WorthPoint's Production, WP000001-000035, which documents also set forth the terms under which WorthPoint may download and use the subject eBay data.

**Interrogatory No. 7:**
Explain the difference in the size between WorthPoint's evidence WP000038 to WP000040 for "1972 Original Oil Painting Man With Red Umbrella" and EAI ad. WorthPoint's evidence contains three pages, approximately 1355 words and the Estate Auctions Inc 's ad contains one page, 420 words of Plaintiff's self authored biography. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**ANSWER:** WorthPoint objects to this request on the grounds that it exceeds the scope of a permissible Interrogatory under the Local Rules of the Southern District of New York. WorthPoint further object to this request on the grounds that it is duplicative of Plaintiff's Interrogatory No. 9, set forth in Plaintiff's Second Request for Interrogatories, to which WorthPoint previously provided a response. Subject to, and without waiving the foregoing objections, WorthPoint states that WorthPoint does not change substantively any of the item descriptions in the licensed eBay

4

data that it downloads. For example, WorthPoint does not add any additional details to the item description or the biography of the alleged creator of the item. As such, the content downloaded for the subject listing, as shown in documents Bates stamped WP000038 to WP000040, is what WorthPoint's licensing partner made available to download. As WorthPoint is not in possession of the original eBay listing by Estate Auctions, Inc., WorthPoint cannot independently verify the differences between the original eBay listing by Estate Auctions, Inc. as a seller and the eBay data as to this listing that WorthPoint downloaded and posted. We note that the eBay listing produced by plaintiff that is referenced in the Interrogatory appears to be incomplete or truncated, which will likely explain the difference in the number of words. Presumably, at one time, the same words as were provided for WorthPoint to download were originally part of the eBay listing by Estate Auctions, Inc.

**Interrogatory No. 8:**
Name all related companies or persons that were responsible for the statement "© Copyrighted work licensed by WorthPoint" under the photograph for signature A.Trombetta with copyright vector. SEE PHOTO BELOW. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity**.



**ANSWER**: WorthPoint objects to this Interrogatory on the grounds that is vague, ambiguous and unclear as to what is meant by the phrase "related companies". WorthPoint further object to this Interrogatory to the extent that it implies that the statement "© Copyrighted work licensed by

WorthPoint" was individually placed only under the photograph included in this Interrogatory.

Subject to and without waiving the foregoing objections, WorthPoint states that during the relevant

time period, in processing of licensed eBay data by WorthPoint, a copyright notice was added to

listings containing images to indicate that the listing is a copyrighted work that WorthPoint

licensed. As the notice was added electronically and not manually, there is no specific person who

is responsible for the placement of this specific notice under this specific image.

**Interrogatory No. 9:**
Defendants stated in response No.9 to Plaintiff's second set of Interrogatories the following: "WorthPoint does not change any of the item descriptions. As such, the content of the item description in WorthPoint's listing is the same as in the original eBay listing, except that the eBay listing may have had additional information that WorthPoint 's listing did not have. As WorthPoint is not in possession of the original eBay listing, it cannot independently verify the differences between the original eBay listing and the listing that WorthPoint downloaded and posted. We note that the eBay listing produced by Plaintiff appears to be incomplete or truncated. WorthPoint ADMITS that " WorthPoint is not in possession of the original eBay listing. WorthPoint noted WorthPoint Corporation website ad for 1972 Original Oil Painting Man With Red Umbrella produced by Plaintiff appears to be incomplete or truncated. Explain how WorthPoint can verify its claim that WorthPoint does not change any of the item descriptions without being in possession of the original eBay listing? **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**ANSWER**: WorthPoint objects to this request on the grounds that it exceeds the scope of a

permissible Interrogatory under the Local Rules of the Southern District of New York.

WorthPoint further objects to plaintiff's selective quoting and misstating WorthPoint's prior

discovery response.  Subject to and without waiving the foregoing objections, WorthPoint is able

to respond based on its usual and customary business practices that it does not substantively

change the listings it downloads and it specifically does not add any content to the descriptions of

the items.

**SA2173**

**Interrogatory No. 10:**
Identify all people at WorthPoint Corporation who are involved in WorthPoint's mass-downloading. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**ANSWER**: WorthPoint identifies Jason Packer as a witness with knowledge as to WorthPoint's

data architecture, including stages of data acquisition and processing, as was previously

identified in WorthPoint's Rule 26(a) disclosures.

**Interrogatory No. 11:**
Identify all communication from the Plaintiff to WorthPoint Corporation regarding the "1972 Original Oil Painting Man With Red Umbrella" that was sold by Estate Auctions Inc. sent to 8 of 11support@.desk-mail.com. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity**

**ANSWER**: WorthPoint objects to this request on the grounds that it exceeds the scope of a

permissible Interrogatory under the Local Rules of the Southern District of New York. WorthPoint

additionally objects to further identifying or restating the contents of communications that it

already produced. Subject to and without waiving the foregoing objections, WorthPoint states that

it does not recognize and email address "8of11support@.desk-mail.com" or "11support@.desk-

mail.com". WorthPoint states that it has previously produced all communications from plaintiff in

that are in WorthPoint's possession that it was able to locate, under Bates stamps WP000062-

WP000140. WorthPoint does not have any additional communications to identify.

**Interrogatory No. 12:**
Identify by name who submitted all written removal requests from WorhtPoint Corporation to Google for removing the 1972 Original Oil painting Man With Red Umbrella " misattributed to the Plaintiff. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**ANSWER**: WorthPoint identifies Jason Packer.

**Interrogatory No. 13**:
Was there Copyright Management Information on the 1972 Original Oil Man With Red Umbrella when it was download. if No please answer No. 14 PART II. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**ANSWER**: WorthPoint objects to this request on the grounds that it exceeds the scope of a

permissible Interrogatory under the Local Rules of the Southern District of New York, and

further objects on the grounds that it seeks a legal conclusion. Subject to and without waiving the

foregoing objections, WorthPoint invites plaintiff to examine the document  Bates stamped

WP000038 to WP000038 for its contents, meaning and legal significance.

**Interrogatory No. 14**
Explain why there was NO Copyright Management Information on the 1972 Original Oil Man With Red Umbrella when it was download. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**ANSWER**: WorthPoint objects to this request on the grounds that it exceeds the scope of a

permissible Interrogatory under the Local Rules of the Southern District of New York, and

further objects on the grounds that it seeks a legal conclusion. Subject to and without waiving the

foregoing objections, WorthPoint states that the contents of the document WP000038 to

WP000038 was all the eBay data as to the original eBay listing that was made available for

WorthPoint to download by its licensing partner. To the extent there was any additional data that

was part of the original eBay listing, if it is not part of document WP000038 to WP000038, it

was not made available to WorthPoint.

**Interrogatory No. 15**
Defendants stated in Plaintiff's second set of Interrogatories response No.14 the following:
WorthPoint merely downloaded the subject (1972 OilPainting) along with many others. In
processing, a copyright notice was added to indicate that the listing is a copyrighted work that
WorthPoint licensed. WorthPoint itself is not claiming copyright in the work. Was the
WorthPoint statement "©Copyright work licensed by WorthPoint Was WorthPoint statement
"© Copyright work licensed by WorthPoint" affixed with the WorthPoint logos that was
affixed ?prior to being listed on the internet.

**ANSWER**: WorthPoint objects to this request on the grounds that it exceeds the scope of a

permissible Interrogatory under the Local Rules of the Southern District of New York.

WorthPoint further object to plaintiff's paraphrasing and misstating WorthPoint's prior

Interrogatory response.  WothPoint objects on the grounds that the closed is missing after the

copyright notice, making this Interrogatory potentially misleading. WorthPoint further objects to

this request on the grounds that it was vague and ambiguous as to what the phrase "affixed ?prior

to being listed on the internet" means. Is plaintiff referring to the original eBay listing, to

WorthPoint's posting of eBay data about the original listing, or something else? Subject to and

without waiving the foregoing objections, WorthPoint states that copyright notices are affixed

after eBay data is downloaded by WorthPoint and before it is posted by WorthPoint on its

website.

**Interrogatory No. 16:**
Identify any written permission that allows for the licensing and for duplication and distribution
of a work protected by copyright law. **If you claim that part of any response is privileged or
otherwise immune from discovery; (a) identify the grounds for your claim of privilege or
immunity (b) identify the privileged documents or Photographs (c) provide all information
which responds to this request and does not fall within your claim of privilege or other
immunity.**

**ANSWER**: WorthPoint objects to this request on the grounds that it exceeds the scope of a

permissible Interrogatory under the Local Rules of the Southern District of New York, and

further objects on the grounds that it seeks  legal conclusion. Subject to and without waiving the

**SA2176**

foregoing objections, WorthPoint identifies the agreement with its licensing partner that it

previously produced under Bates stamps WP000001 to WP000035.

**Interrogatory No. 17:**
Explain why the WorthPoint' website for the ebay listing that was on the internet is two thirds shorter than the unmodified Terapeak download evidence in WP00038 thru WP00040. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**ANSWER**: WorthPoint objects to this request on the grounds that it exceeds the scope of a

permissible Interrogatory under the Local Rules of the Southern District of New York. WorthPoint

further objects to this Interrogatory as duplicative. WorthPoint further objects to the

characterizations employed in this Interrogatory, including "WorthPoint's website for ebay

listing", which is inaccurate and misleading. Subject to and without waiving the foregoing

objections, *see* Response to Interrogatory No. 7.

**Interrogatory No. 18**
Explain when, how and who added the WorthPoint phrase © Copyright work licensed by WorthPoint" that appeared under the photo signature "A. Trombetta, It is self evident that Estate Auctions Inc did not add the "WorthPoint" name. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity**.

**ANSWER**: WorthPoint objects to this request on the grounds that it exceeds the scope of a

permissible Interrogatory under the Local Rules of the Southern District of New York.

WorthPoint further objects to this Interrogatory as duplicative. WorthPoint further objects to the

characterizations employed in this Interrogatory, including misspelling the copyright notice.

Subject to and without waiving the foregoing objections, *see* Response to Interrogatories No. 8

and 15 herein and Response to Interrogatory No. 14 in Plaintiff's Second Set of Interrogatories,

**SA2177**

which set forth when and how copyright notices were added to WorthPoint listings, including

this one.   Furthermore, as the notice was added electronically and not manually, there is no

specific person who is responsible for the placement of this specific notice under this specific

image.

**Interrogatory No. 19**
Did WorthPoint obtain permission from Plaintiff Artist Annamarie Trombetta who wrote the self authored biography that appeared in the WorthPoint website for the 1972 Original Oil Man With Red Umbrella . YES OR NO **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**ANSWER:** WorthPoint objects to this request on the grounds that it exceeds the scope of a

permissible Interrogatory under the Local Rules of the Southern District of New York, and on the

grounds that it calls for a legal conclusion, and seeks mental impressions of counsel as to the claims

and defenses in this matter. As such, WorthPoint will not be responding to this Interrogatory.

**Interrogatory No. 20**
Explain why the complete downloaded Terapeak evidence WP00038 to WP00040 does not include in the biography coding and name Annamarie Trombetta, or the type of text for example Helvetic or Times New Roman or has the name of the Terapeak domain? **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity**.

**ANSWER**: WorthPoint objects to this request on the grounds that it exceeds the scope of a

permissible Interrogatory under the Local Rules of the Southern District of New York and on the

grounds that it calls for speculation. Subject to and without waiving the foregoing objections,

document Bates stamped WP00038 to WP00040 was downloaded from WorthPoint's licensing

partner. As such, WorthPoint had no control over this document's coding, content or fonts.

SA2178

Case 1:18-cv-00993-LTS-SLC    Document 470-7    Filed 05/19/23    Page 12 of 15

**Interrogatory No. 21**
Explain why the complete downloaded Terapeak evidence WP00038 to WP00040 does not include in the or has the name of the Terapeak domain? **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**ANSWER**: WorthPoint objects to this request on the grounds that it exceeds the scope of a permissible Interrogatory under the Local Rules of the Southern District of New York. Subject to and without waiving the foregoing objections, *see* Response to Interrogatory No. 7. WorthPoint further states that the contents of the referenced document WP00038 to WP00040 were provided to WorthPoint by its licensing partner, and WorthPoint did not have any control as to what was included in this document.

**Interrogatory No. 22**
If WorthPoint does not claim copyright in the listing as defendants attorney stated in interrogatory No. 19 why did WorthPoint remove the original copyright CMI and the copyright vector © symbol—-ie "All work on this site are ©Annamarie Trombetta. All rights reserved" which is the Plaintiff's Copyright Management Information. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**ANSWER**:  WorthPoint objects to this request on the grounds that it exceeds the scope of a permissible Interrogatory under the Local Rules of the Southern District of New York, and on the grounds that it seeks a legal conclusion. Subject to and without waiving the foregoing objections, WorthPoint did not remove any copyright management information, and copyright symbol or any other content from the eBay data it downloaded from its licensing partner. The contents of the document Bates stamped WP00038 to WP00040 was the entirety of data that WorthPoint received as to the subject listing from its licensing partner.

**Interrogatory No. 23**
By what authority allows for the adherence of WorthPoint;s logos to third party copyrighted material?
**If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity**.

**ANSWER:** WorthPoint objects to this request on the grounds that it exceeds the scope of a

permissible Interrogatory under the Local Rules of the Southern District of New York, and on the

grounds that it calls for a legal conclusion, and seeks mental impressions of counsel as to the

claims and defenses in this matter. As such, WorthPoint will not be responding to this

Interrogatory.

**Interrogatory No.24**
Identify when the Terapeak extract occurred. State the year and month. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity**.

**ANSWER**: WorthPoint is not in possession of any responsive information.

**Interrogatory No. 25**
Explain why the worthpoint.com website caption reads " 1972 Original Oil Painting Man With Red Umbrella yqz(12/01/2012) has "Signed Annamarie Trombetta " when the photo signature has the letter "A. Trombetta". **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity**.

13

**SA2180**



**ANSWER**: WorthPoint objects to this Interrogatory as duplicative. *See* Response to Interrogatory No. 18 in Plaintiff's Second Set of Interrogatories.

WorthPoint Corp. reserves the right to supplement and/or amend the above responses throughout the pendency of this action.

DATED: August 15, 2022

Very Truly Yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

__s/ Jana A. Slavina Farmer _____
Adam R. Bialek
150 E. 42nd Street
New York, NY 10017
(212) 490-3000 (phone)
(212) 490-3038 (facsimile)
Adam.Bialek@wilsonelser.com

Jana A. Slavina Farmer
1133 Westchester Ave
White Plains, NY 10604
(914) 323-7000 (phone)
(914) 323-7001 (facsimile)
*Attorneys for Defendant WorthPoint*

TO:    Annemarie Trombetta
*Plaintiff Pro Se*
175 East 96th Street

14

**SA2181**

Apt. 12R
New York, NY 10128

Anderson Duff
Hogan Duff, LLP
Attorney for Defendants
Norb Novocin, Marie Novocin
And Estate Auctions, Inc.
43-10 Crescent St.Ste. 1217
Long Island City, NY 11101
(646) 450-3607
ajd@hoganduff.com

**SA2182**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Annamarie Trombetta,

                    Plaintiff                    C.A. NO. 18-CV-993 (RA) (SLC)

VS.

Norb Novocin, Marie Novocin and
Estate Auctions Inc. and WorthPoint Corp.,

                    Defendants

_____

### DEFENDANT'S WORTHPOINT CORP.'s RESPONSES AND OBJECTIONS TO PLAINTIFF'S THIRD  REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 26 and 34 for the Federal Rules of Civil Procedure, Defendant WorthPoint

Corp. ("WorthPoint") hereby responds to Plaintiff's Second Request for Request for Production of

Documents, dated July 14, 2022.

### OBJECTION COMMON TO ALL REQUESTS

Many of plaintiff's requests cited below include the term "WorthPoint internet ad" or similar

language. WorthPoint objects to the characterization of the subject listing as "WorthPoint

internet ad" (or similar terminology) as WorthPoint did not advertise anything by posting the

subject listing. The listing was merely included in WorthPoint's database of prior sales records.

### RESPONSES TO REQUESTS FOR PRODUCTION

**Request No. 1:**
Produce and/or Identify in writing the month and year when the "1972 Original Oil Painting
Man With Red Umbrella WorthPoint Ad " was uploaded to the WorthPoint website. **If you
claim that part of any response is privileged or otherwise immune from discovery; (a)
identify the grounds for your claim of privilege or immunity (b) identify the privileged
documents or Photographs (c) provide all information which responds to this request and
does not fall within your claim of privilege or other immunity.**

1

**SA2183**

**RESPONSE:** WorthPoint is not in possession of any responsive documents or information.

**Request No. 2:**
Identify any evidence that supports WorthPoint's claim that the 1972 Original Oil Painting Man With Red Umbrella WorthPoint Ad " was taken off worthpoint website on February 4, 2016. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint refers plaintiff to its document production Bates Stamped

WP000042-WP000049.

**Request No. 3:**
Identify any and all persons with knowledge of the takedown of the " 1972 Original Oil Painting Man With Red Umbrella from the WorthPoint website.
**If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity**.

**RESPONSE:** WorthPoint objects to this request on the grounds that it is an Interrogatory and

not a request for production of documents; and on the grounds that it is impossible to identify

every person with knowledge of the takedown. Subject to and without waiving the foregoing

objections, WorthPoint identifies Jason Packer and William Seippel, witnesses previously

identified in WorthPoint's Rule 26(a) disclosure.

**Request No. 4:**
Produce any related picture/photo (seen below on worth point.com website) of the "A.Trombetta" signature with the caption " ©Copyrighted work licensed by WorthPoint" which had the WorthPoint logo. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity. PLEASE NOTE — CLOSE UP OF SIGNATURE IS THE FULL PAGE ENLARGEMENT FROM 1972 OIL PAINTING AD**



2

# SA2184

**RESPONSE:** WorthPoint objects to this request on the grounds that it is vague and ambiguous as to what is meant by "related picture/photo". Subject to and without waiving the foregoing objections, WorthPoint is not in possession of any such photos.

**Request No. 5:**
Produce and Identity the photo or data between the WorthPoint website and that of the seller Terapeak for the picture/photo (seen below on worth point.com website) of the "A.Trombetta" signature with the caption " ©Copyrighted work licensed by WorthPoint" which had the WorthPoint logo**. If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity**.

**RESPONSE:** WorthPoint objects to this request on the grounds that it is vague and ambiguous as to what is meant by "between the WorthPoint website and that of the seller Terapeak". Subject to and without waiving the foregoing objections, WorthPoint refers plaintiff to its document production, Bates Stamps WP000038-WP000040. WorthPoint is not in possession of any further responsive documents.

**Request No. 6:**
Produce all documents of or relating to the " 1972 Original Oil Painting Man With Red Umbrella that were mass downloaded per WorthPoint's licensing agreement. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint objects to the characterizations employed by this to the extent that it implies that a single listing may be mass-downloaded. Subject to and without waiving the foregoing objections, WorthPoint refers plaintiff to its document production, Bates Stamps WP000038-WP000040. WorthPoint is not in possession of any further responsive documents.

**Request No. 7:**
Produce the COMPLETE TEXT without any blackened pages or partial blackened pages of WorthPoint's bate stamp evidence listed as WP00001 thru WP00035. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

3

RESPONSE: WorthPoint objects to this request on the grounds that CONFIDENTIAL documents Bates Stamped WP000001 through WP000035 contain proprietary business information. Although there is a Protective Order in place that restricts public disclosure of CONFIDENTIAL documents and information, plaintiff has already disregarded the Protective Order and the CONFIDENTIAL designation twice, resulting in the Court sealing two of plaintiff's submissions from the public record.  The redacted portions of CONFIDENTIAL documents Bates Stamped WP000001 through WP000035 contain no information pertinent to the dispute at issue. As such, WorthPoint will not comply with this request.

**Request No. 8**
Produce the all related numbered bate stamped pages that explain the contract and terms that permit WorthPoint to adhere logos by WorthPoint and eBays to the Fake signature "A. Trombetta 1972 Original Oil Painting Man With Red Umbrella". **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

RESPONSE: WorthPoint objects to this request on the grounds that it is vague and ambiguous as to what is meant by "all related numbered bate stamped pages", specifically, to what issue would such documents be related. WorthPoint points out that Bates stamping is means of tracking document production in litigation and that WorthPoint does not keep Bates stamped documents in the regular course of its business. Subject to and without waiving the foregoing objections, WorthPoint states that the contracts it has previously produced speak for themselves and there are no additional documents that "explain the contact and terms."

**Request No. 9**
Produce all documents and or bate stamped documents by WorthPoint Corporation related to the Copyright Management Information" © Copyrighted Work licensed by WorthPoint" written under the signature in oil paint "A. Trombetta". **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

4

**SA2186**



**RESPONSE:** WorthPoint objects to the characterizations employed in this request and points

out that Bates stamping is means of tracking document production in litigation and that

WorthPoint does not keep Bates stamped documents in the regular course of its business. Other

than the screengrab shown in the plaintiff's request above, WorthPoint is not in possession of

any other responsive documents pertaining the copyright management information that was

placed underneath the subject photograph.

**Request No. 10:**
Produce the full page of each of the three attachments in in bate stamped WP00074 and
WP00108. SEE BELOW
1) The first attachment is Text, the photo feature of oil signature "A.Trombetta with the price.
2) The second photos is the full page signature enlargement photo feature of oil signature
"A.Trombetta include the additional logo and also the WorthPoint logo and the statement
"Copyrighted work licensed by WorthPoint" with the copyright symbol vector ©.
3) Google Listing with the claim 1972 Original Oil painting…Signed Annamarie Trombetta.
 SEE VISUALS IN SCREEN SHOT OF WP00074 (also on page WP00108) BELOW



**If you claim that part of any response is privileged or otherwise immune from discovery;**

**(a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint is not in possession of responsive documents. Upon information and belief, these documents were attachments to plaintiff's emails to WorthPoint and therefore they should be in the possession of plaintiff herself. However, WorthPoint cannot open these attachments. Furthermore, WorthPoint is not in possession of the subject listing that at one point appeared on WorthPoint's website as it was previously deleted on February 4, 2016.

**Request No. 11:**
Produce and identify all bate stamped documents that allow WorthPoint.com to use the Copyright Vector © symbol in the caption "Copyrighted work licensed by WorthPoint." **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity**.

**RESPONSE:** WorthPoint objects to this request on the grounds that it calls for a legal conclusion, and to the extent that it is overly broad and unduly burdensome in that it calls for the production of "all" documents. WorthPoint further objects to this request on the grounds that it is not reasonably limited in time or in scope to the subject painting, subject listings, or otherwise not reasonably calculated to lead to the discovery of admissible evidence. WorthPoint further points out that Bates stamping is means of tracking document production in litigation and that WorthPoint does not keep Bates stamped documents in the regular course of its business. Subject to and without waiving the foregoing objections, WorthPoint identifies documents Bates stamped WP000001-35.

**Request No. 12:**
Produce and identify all bate stamped documents that state all related permissions or licensees for the duplication and distribution of a copyrighted work without the consent of the copyright owner. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify**

6

**SA2188**

**the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity**.

RESPONSE: WorthPoint objects to this request on the grounds that it calls for a legal conclusion, and to the extent that it is overly broad and unduly burdensome in that it calls for the production of "all" documents. WorthPoint further objects to this request on the grounds that it is not reasonably limited in time or in scope to the subject painting, subject listings, or otherwise not reasonably calculated to lead to the discovery of admissible evidence. WorthPoint further points out that Bates stamping is means of tracking document production in litigation and that WorthPoint does not keep Bates stamped documents in the regular course of its business. Subject to and without waiving the foregoing objections, WorthPoint identifies documents Bates stamped WP000001-35.

**Request No. 13:**
Produce and identify all WorthPoint's bate stamped evidence that permits the caption and copyright claim for " Signed Annamarie Trombetta " with the photo depicts the letter "A. Trombetta "
If you claim that part of any response is privileged or otherwise immune from discovery;
(a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.



PLEASE NOTE THE WORTHPOINT PHOTO OF THE SIGNATURE IS
THE FULL ENLARGEMENT PAGE OF THE WORTHPOINT AD FOR
THE "1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA"
MISATTRIBUTION

SA2189

Case 1:18-cv-00993-LTS-SLC    Document 470-8    Filed 05/19/23    Page 8 of 12

**RESPONSE**: WorthPoint objects to this request on the grounds that it implies that WorthPoint took any action to attribute the subject painting to any artist, or that WorthPoint "misattributed" the subject painting, when in fact it did not do so. WorthPoint objects to this request on the grounds that it calls for a legal conclusion, and to the extent that it is overly broad and unduly burdensome in that it calls for the production of "all" documents. WorthPoint further points out that Bates stamping is means of tracking document production in litigation and that WorthPoint does not keep Bates stamped documents in the regular course of its business. Subject to and without waiving the foregoing objections, WorthPoint states that it is not in possession of any responsive documents as WorthPoint did not insert the phrase "Signed Annamarie Trombetta" in the downloaded eBay data but rather this phrase was part of the original eBay listing. WorthPoint previously produced document WP000038-WP000040, which shows the data downloaded from WorthPoint's licensing partner.

**Request No. 14:**
Produce all related copies and/or images of the ad from Estate Auction Inc's "1972 Original Oil Painting Man With Red Umbrella that was Misattributed Signed Annamarie Trombetta (12/01/2012) without the statement "©Copyrighted work licensed by WorthPoint with the copyright symbol vector ". **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint is not in possession of any responsive documents.

**Request No. 15:**
Produce all and any related documents for the "1972 Original Oil Man With Red Umbrella on WorthPoint's website with the —Copyright Management Information to include the copyright symbol vector ©" Copyrighted Work licensed by WorthPoint" **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint is no longer in possession of the subject listing because it was deleted in February 4, 2016. WorthPoint previously produced document WP000038-WP000040, which shows the data downloaded from WorthPoint's licensing partner.

8

**Request No. 16:**

**Identify and submit all related documents that appeared on the internet from the WorthPoint website including the1) text and 2) the photo signature in oil paint of the A. Trombetta 3)the use of the WorthPoint logo and statement" Copyrighted work licensed by WorthPoint" with the copyright symbol vector ©. If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

RESPONSE: WorthPoint objects to this request on the grounds that it is vague and ambiguous as to the meaning of the phrase "appeared on the internet from the WorthPoint website" and on the grounds that this request is not reasonably limited in time. WorthPoint does not know what may have appeared on the internet and when, and as such cannot respond or identify "all" such documents. Subject to and without waving the foregoing objections, WorthPoint is no longer in possession of the subject listing as it appeared on WorthPoint's website because it was deleted in February 4, 2016. WorthPoint further refers plaintiff to WorthPoint's document production, Bates stamps WP000038-WP000040, which contain the eBay data downloaded by WorthPoint pertaining to the subject listing.

**Request No. 17**
Plaintiff's submitted five separate emails to WorthPoint Corporation's website dated 1) January 22nd 2) January 25th 3) January 29th 4) February 1st and 5) February 20, all in 2016, using the WorthPoint email support address at support@worthpoint.desk-mail.com . Produce and verify Plaintiff's evidence to include PLAINTIFF 000021- PLAINTIFF 000022 PLAINTIFF 000023 -PLAINTIFF 000024-PLAINTIFF 000025-PLAINTIFF 000026 PLAINTIFF 000027 -PLAINTIFF 000028 PLAINTIFF 000029 PLAINTIFF 000030 PLAINTIFF 000031 -PLAINTIFF 000032—Please note images on this page.
**If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

RESPONSE: WorthPoint objects to this request on the grounds that is not a proper request for the production of documents, on the grounds that it is unclear as to what matter "verification"

9

is requested and on the grounds that WorthPoint cannot "verify" documents produced by

plaintiff.

**Request No. 18**
On January 29, 2016 Plaintiff submitted to WorthPoint website the notification of the "1972 Original Oil Painting Man With Red Umbrella that was Misattributed Signed Annamarie Trombetta (12/01/2012). WorthPoint .com generated a Takedown Ticket #56607.
Produce and verify Plaintiff's Jan. 29, 2016 numbered PLAINTIFF 000026 and PLAINTIFF 000028 evidence sent to WorthPoint Corp. using the WorthPoint website. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity**

**RESPONSE:** WorthPoint objects to this request to the extent that is not a proper request for

the production of documents, on the grounds that it is unclear as to what matter "verification"

is requested and on the grounds that WorthPoint cannot "verify" documents produced by

plaintiff. Subject to and without waiving the foregoing objections, WorthPoint is no longer in

possession of any takedown tickets submitted by plaintiff in 2016.

**Request No. 19:**
Review and Produce Plaintiff's new evidence sent in July 2022 URL and the Item Review Request the Plaintiff submitted http://www.worthpoint.com/worthopedia/1972-original-oilpainting-man-red-4892417 into WorthPoint website dated Jan. 14, 2016 .
**If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity**.

**RESPONSE:** WorthPoint objects to this request on the grounds that it is vague, ambiguous and

virtually incomprehensible as to what is being requested.  WorthPoint furthermore objects to

the instruction to re-produce to plaintiff any documents that plaintiff herself produced. As such,

WorthPoint cannot respond to this request.

**Request No. 20:**
Produce the agreement under which WorthPoint's eBay authorized licensing representatives

10

**SA2192**

allow WorthPoin [sic] to use of eBay's data. Include the years 2012 to 2015. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint objects to the characterizations employed in this request as the phrase "Worthpoint's eBay authorized licensing representatives" is inaccurate and misleading. WorthPoint is not eBay's representative. Subject to and without waiving the foregoing objections, WorthPoint refers plaintiff to its document production, Bates stamps WP000001-000035, for copies of the licensing agreement with WorthPoint's licensing partner for eBay data during the referenced time period.

**Request No. 21:**
Produce all communication from the Plaintiff to WorthPoint Corporation regarding the "1972 Original Oil Painting Man With Red Umbrella" that was sold by Estate Auctions Inc. sent to support@.desk-mail.com. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity**.

**RESPONSE:** WorthPoint has previously produced all communications with plaintiff in its possession under Bates stamps WP000062-000140. WorthPoint is not in possession of any additional communications from or to plaintiff to any email address.

**Second Request No. 21:**
Produce any written permission that allows for the licensing and for duplication and distribution of a work protected by copyright law. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE**: WorthPoint object to this request on the grounds that it calls for a legal conclusion and is not reasonably calculated to lead to the discovery of admissible evidence, and on the grounds that it is not reasonably limited in subject matter, time or scope. Subject to and without

11

waiving the foregoing objections, WorthPoint identifies documents Bates Stamped WP000001-

000035.

WorthPoint Reserves the right to supplement and/or amend the above responses throughout the

pendency of this action.

DATED: August 15, 2022

Very Truly Yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

_s/Jana S. Farmer_
Adam R. Bialek
150 E. 42nd Street
New York, NY 10017
(212) 490-3000 (phone)
(212) 490-3038 (facsimile)
Adam.Bialek@wilsonelser.com

Jana A. Slavina Farmer
1133 Westchester Ave
White Plains, NY 10604
(914) 323-7000 (phone)
(914) 323-7001 (facsimile)
*Attorneys for Defendant WorthPoint*

TO:     Annemarie Trombetta
*Plaintiff Pro Se*
175 East 96th Street
Apt. 12R
New York, NY 10128

Anderson Duff
Hogan Duff, LLP
Attorney for Defendants
Norb Novocin, Marie Novocin
And Estate Auctions, Inc.
43-10 Crescent St.
Ste. 1217
Long Island City, NY 11101
(646) 450-3607
ajd@hoganduff.com

12

Plaintiff's Evidence 000594

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Annamarie Trombetta,

                    Plaintiff                    C.A. NO. 18-CV-993 (RA) (SLC)

VS.

Norb Novocin, Marie Novocin and
Estate Auctions Inc. and WorthPoint Corp.,

                    Defendants

## DEFENDANT'S WORTHPOINT CORP. RESPONSES AND OBJECTIONS TO PLAINTIFF'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 26 and 34 for the Federal Rules of Civil Procedure, Defendant

WorthPoint Corp. ("WorthPoint") hereby responds to Plaintiff's Fourth Request for Production of

Documents dated September 9, 2022 as follows:

**Plaintiff's Request for Production of Documents No. 1:**
Produce and/or Identify the Licensing Agreement of which the Sub Licensing Agreement transgressed the terms admitted to WorthPoint Corporation. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint objects to this request on the ground that it is incomprehensible and

is vague as to what is meant by "the Licensing Agreement of which the Sub Licensing

Agreement transgressed the terms admitted to WorthPoint Corporation." Subject to and without

waiving any objections, WorthPoint is not in possession of such an agreement. As discussed

with plaintiff during the October 5, 2022 meet and confer, the only licensing agreement for the

use of eBay data covering the relevant time period has previously been produced. Upon

information and belief, that document is titled a sublicensing agreement because there was a

1

**SA2195**

licensing agreement between eBay and WorthPoint's licensing partner, to which WorthPoint is

not privy.

Plaintiff's Evidence 000595

**Plaintiff's Request for Production of Documents No. 2:**
Produced WorthPoint Corporation's 2015 license based on the Terapeak agreement.
**If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint objects to this request on the grounds that it is vague and ambiguous as to what is being sought. Subject to and without waiving the forgoing objection, as discussed with plaintiff during the October 5, 2022 meet and confer, the only licensing agreement for the use of eBay data covering the relevant time period has previously been produced. WorthPoint did not have an agreement during the relevant time period with an entity formally called "Terapeak," however upon information and belief, this was the DBA or an AKA of WorthPoint's licensing partner at the time.

**Plaintiff's Request for Production of Documents No. 3:**
Produced WorthPoint Corporation's 2016 license based on the Terapeak agreement.
**If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint objects to this request on the grounds that it is vague and ambiguous as to what is being sought. Subject to and without waiving the forgoing objection, as discussed with plaintiff during the October 5, 2022 meet and confer, the only licensing agreement for the use of eBay data covering the relevant time period has previously been produced. WorthPoint did not have an agreement during the relevant time period with an entity formally called "Terapeak," however upon information and belief, this was the DBA or an AKA of WorthPoint's licensing partner at the time.

2