**SA2386**



Plaintiff000165



SA2388



Plaintiff 000143

**SA2389**





EXHIBIT #6

Norb

Page 53

N. NOVOCIN

window.

MR. DUFF:    Can we take a quick break.

(Whereupon, a short recess was taken).

Q.    Mr. Novocin, did you compose the Ebay listing for Man With a Red Umbrella?

A.    Yes.

Q.    Were you the one who determined that this painting was attributed to Annamarie Trombetta?

A.    Yes.

Q.    How did you research this particular painting and this particular attribution?

A.    Once I saw the name on the back, I went to askArt.  I put in the name Trombetta and Annamarie came up.  It's an unusual name.  I have never come across it before.  I did not -- I do not remember ever seeing Annamaria on the back of the painting, so I just assumed it was the same person.  Pulled up that person on askART.

EXHIBIT #7

5.      Norb has been a paid subscriber to askART, which allowed Defendants to access a database containing photos of various artists that have sold, biographies of artists, previous sale prices for artworks, and other related information for twenty-one years. (Duff Decl. ¶ 3, Ex. A at 20:2-22, 129:2-5.)

6.      Norb believed that he as free to include the contents of artists' biographies that appeared on askART in Defendants' eBay listings. (Duff Decl. ¶ 3, Ex. A at 23:9-14.)

7.      When Norb included an artist's biography in one of Defendants' eBay listings, he always tried to attribute the biography to its source. (Duff Decl. ¶ 3, Ex. A at 23:15-24.)

8.      Defendant Estate Auctions, Inc. ("EAI") sold a painting titled Man with a Red Umbrella (the "Painting") on or around December 1, 2012. (Duff Decl. ¶ 3, Ex. A at 25:24-25, 26:1-11.)

9.      Marie did not have any involvement with sourcing or selling the Painting. (Duff Decl. ¶ 4, Ex. B at 9:11-16.)

10.     Norb wrote the description of the Painting for EAI's 2012 eBay listing. (Duff Decl. ¶ 3, Ex. A at 29:11-16.)

*Miss Gifted 1977*

11.     The wooden frame appearing on the back of the Painting featured the statement "Annamarie Trombetta, painted 1972." (Duff Decl. ¶ 3, Ex. A at 35:16-24, Ex. 2.)

12.     Norb relied upon the writing on the back of the Painting to identify the painter's signature on the front of the painting, which Defendants found difficult to read. (Duff Decl. ¶ 3, Ex. A at 37:20-25, 38:2-13.)

13.     EAI's eBay listing contained a close up photograph of a signature appearing on the front of the Painting. (Duff Decl. ¶ 3, Ex. A at 46:22-25, 47:2-20, Ex. 3.)

*Changed From ANNA MARIA*

2

EXHIBIT #13

PLACEHOLDER

Norb Novicin Estate Auctions.m4a

Plaintiff000330

**SA2394**

Plaintiff's Evidence Expert No. Lopes

# Norb Novocin Jan.10, 2017 Phone Call Made to Plaintiff

EXHIBIT #

00;00;07;18 - 00;00;48;00  Norb Novocin  January 10, 2017

Speaker 1 Novocin  I don't know where I acquired that . We sell about 360 items a week . So week in and week out so  that's,  that's um four, over four years ago, five years.  So unfortunately, I don't know where I acquired that.  So I 'm calling you back to tell you  that I have a wealth of no knowledge for you.

Speaker 2 Trombetta    You have a wealth of no knowledge..... Don't you have any paper or transact.... payment transactions?

Speaker 1 Novocin    Yes, I have that.   The lady does not want us to get her information... to you.  So we don't give out information on anyone?

00;00;49;26 - 00;01;03;03

Speaker 2 Trombetta   You don't give out any information. But there's something that I need to tell you.

Speaker 1 Novocin   Okay.

Speaker 2 Trombetta   Which is that... I need to get that information for my own purposes.

Speaker 1 Novocin  Well, Unfortunately, I can't give it to you.   I ...–It's Just ...We are under ah( a binding thing).  We don't give out information...

00;01;05;24 - 00;01;28;06

Speaker 2 Trombetta  But it was sold for one hundred eighty one dollars and fifty cents?

Speaker 1 Novocin   It was sold for one hundred eighty one dollars and fifty cents.

Speaker 2 Trombetta   Okay  and ah even though it was damaged  ?

Speaker 1 Novocin    Yup

00;01;30;19 – 00;1:49

Speaker 2 Trombetta    And even though there were two signatures on it.... front and back  ?

Speaker 1 Novocin    Yup

Speaker 2 Trombetta    Okay well ah, all I can tell you is that um  ...the fact that you can't give me that information...ah

SA2395

Plaintiff's Evidence Expert Dis. 000888

EXHIBIT # 19
Pag 2

## Norb Novocin Jan.10, 2017 Phone Call Made to Plaintiff

00;1:49 00:02:03

**Speaker 1 Novocin**

I...I just can't. I'm sorry.    It is as if you had told me to say.. Hi,  I talked to you ....You 've got my phone number... Please do not give out my phone number to anyone else.  I couldn't do it unless you said I could do it.

00;2 :04

**Speaker 2 Trombetta**

But that's in relationship to a particular item. You don't know why I want to speak to this woman.

00;02;10;23 - 00;02;55;04

**Speaker 1 Novocin**

I understand that   but she's asked for  me not to give out her information.

**Speaker 2 Trombetta**

Well, OK, then. The seller of the item, is it possible to give out that information?

**Speaker 1 Novocin**

I do not have that anymore.

**Speaker 2 Trombetta**

You don't have ....

**Speaker 1 Novocin**

It is older than our computer system has maintained. So so six years ...five years is older than our computer system. Our computer system cut out in ah  January of 2013 and unfortunately, this was in December of 2012.

**Speaker 2 Trombetta**

So you're saying that you have no record of who  the seller was....

**Speaker 1 Novocin**

Who I purchased it from ..... I'm the seller.

**Speaker 2 Trombetta**

You're the seller.

**SA2396**

Plaintiff's Evidence Expert Dis. 000889

EXHIBIT
Page 8
3

# Norb Novocin Jan.10, 2017 Phone Call Made to Plaintiff

**Speaker 1 Novocin**

I'm the seller. I sold this on eBay.

00;02;58;00 - 00;03;42;14

**Speaker 2 Trombetta**

And you don't know how you acquired it.

**Speaker 1 Novocin**

I acquired it at an auction, somewhere. It could have been... I go to about four auctions a week. I sell about 360 items every week. ... every week. So no I don't know which auction this came from.

**Speaker 2 Trombetta**

Well, since it's a painting, shouldn't it have had some kind of authenticity or ah uh ...as your wife said, provenance ?

**Speaker 1 Novocin**

If it doesn't have provenance..... there's lots of paintings out there without a provenance and so what we stated this ... We didn't even state it was by you. We just stated it was signed Annamarie Trombetta.

00;03;42;14 - 00;03;43;28

**Speaker 2 Trombetta**

Right And that's fraud, sir.

00;03;44;07 - 00;03;51;28

**Speaker 1 Novocin**

Why is that fraud ?

**Speaker 2 Trombetta**

Because, I did not do that painting. And I'm not a hack of a painter. I'm a professional painter.

00;03;52;03 - 00;03;52;21

**Speaker 1 Novocin**

Okay

**Speaker 2 Trombetta**

**SA2397**

*Page 4*

# Norb Novocin Jan.10. 2017 Phone Call Made to Plaintiff

EXHIBIT #13

And to put my signature on a painting

Speaker 1 Novocin

It may be more than one Annamarie Trombetta

Speaker 2 Trombetta

It may.....

Speaker 1 Novocin

All I know is that it was signed that.....    It was signed that.

00;04;07  00;04;35

Speaker 2 Trombetta

Right.... But.... when I saw the information ascribed to this painting, it was from my website.

Speaker 1 Novocin

Okay.

Speaker 2 Trombetta

No, it's not okay. That's fraud. And technically ....legally... You're not supposed to use my name.  And you're not supposed to sign things.

00;04;35;17 - 00;05;13;24

Speaker 1 Novocin

We have not sign anything. We did not sign anything. The painting was already signed.

Speaker 2 Trombetta

But you can't tell me where you acquired the painting

Speaker 1 Novocin

Not right now I can't.  Nope.

Speaker 2 Trombetta

And you can't tell me who purchased the painting.

Speaker 1 Novocin

I won't tell you whose

**SA2398**

Plaintiff's Evidence Exhibit

# Norb Novocin Jan.10, 2017 Phone Call Made to Plaintiff 5

Speaker 2 Trombetta

You won't......

Speaker 1 Novocin

who purchased the painting.... cause she asked me not to......

But if you want to acquire an attorney and go for stuff... stuff then Go For it. But we have not done anything illegal or wrong.

Speaker 2 Trombetta

Well let's leave a court to decide that, thank you,

Speaker 1 Novocin

Very good, thank you.

Speaker 2 Trombetta

We will.

EXHIBIT
#3

**Laws 1.** 18 U.S. Code § 1028. Fraud and related activity in connection with identification documents, authentication features, and information (a) Whoever, in a circumstance described in subsection (c) of this section 1) knowingly and without lawful authority produces an identification document, or a false identification document; (2) knowingly transfers an identification document, authentication feature, or a false identification document knowing that such document or feature was stolen or produced without lawful authority; 2. Under the Identity Theft and Assumption Deterence Act, it is a federal crime when a person "knowingly transfers or uses, without lawful authority, a means of identification of another person with the intent to commit, or to aid or abet, any unlawful activity that constitutes a violation of Federal law, or that constitutes a felony under any applicable State or local law."

Plaintiff has endured for about four years the ordeal of fraudulent information removed and reposted on the internet. Every civilized and reasonable attempt to free the Plaintiff of this fraudulent posting —painting and purchase has caused a great deal of loss—frustration and insult to the Plaintiff. The signature of the artist on their painting increases the value of the work. Without the signature there is no authenticity to the artwork. To have my reputation associated with another unknown signature has caused my branding, my identity and my reputation to be severely compromised. The Defendants unacknowledged these facts which may indicate that they are susceptible to do it again; hence one of the reasons for this lawsuit.

Lastly this lawsuit and this submission holds valuable information to all artists. photographers, writers and the like that are sole proprietors vulnerable to misappropriation of their work. I sincerely hope this information can assist other should they find themselves in an unwanted litigation suit.

The Plaintiff  in the hope of a resolution  offers the Settlement terms before the Defendants and The Honorable Judge Ronnie Abrams for review as a means to end this legal matter.

### Settlement  Offer from Plaintiff  Annamarie Trombetta

The Plaintiff  had a conditional offer A) The Plaintiff Requests the amount of $70,000 to settle this case. If the Defendants can submit all the information —-documents —-photos and statements that were duly documented prior to this law suit and settlement —

-The Plaintiff agrees to deduct  the amount by each article of information that is supplied by the Defendant's Norb Novicin  and Marie Novicin—-Estate Auctions Inc

The Requested Articles —-Documented Statements are as follows

1.  Submission of the 12 photographs  duly written on the internet of the Actual Original Oil Painting  Entitled Man (or Woman ) with the Red Umbrella.

2.  The Name —Address —and Contact Phone Number of the Actual Owner of the painting. Notfication  Letter to the purchaser from Estate Auctions informing them that Artist Annamarie Trombetta is not the creator of this painting.

3.  A photograph of the actual signature in Red described on the back of the painting.

4.  Photographs of the tears or torn canvas in the description of the painting.

Plaintiff0003871

EXHIBIT# 9 C

Case 1:18-cv-00993-RA-SLC   Document 22   Filed 04/24/19   Page 11 of 38

11 of 13

5. The Name and Address and a statement from the of the Lawyer that the Novicins consulted with regarding the Settlement Letter sent by the Law Firm of Cahill Partners on behalf of the Plaintiff Annamarie Trombetta

6. The Letter Settlement Letter sent by Megan Noh of Cahill Partners Inc.

7. A copy of the response letter by Marie Novicin to the Better Business Bureau

8. A written confirmation that all internal records and any publicly accessible data including website metadata in regard to the sale of this painting have been corrected and removed.

*2019 Request for meta data*

9. If possible a copy of the Defendant's 2012 Income taxes that reported the sale of the painting.

10. An explanation and or statement as to WHY the painting was sold in 2012 and is devoid of any proof still on the internet in 2015.

For each piece of Proof that is entered by the Defendants and or their attorneys the Plaintiff will lower the amount of the settlement.

I enter into the court documents for Case No.18-CV-0093-RA-HBP Trombetta Vs. Norb

Novicin —Marie Novicin—Estate Auctions the information pertinent to the validity, violations

and infringements set upon the Plaintiff.

Plaintiff Annamarie Trombetta wishes to thank the court for their consideration, time and effort

pertaining to this matter.

Respectfully submitted,

*Annamarie Trombetta*

April 23, 2019

Annamarie Trombetta

Plaintiff , Pro se` Litigant

175 East 96th Street

New York , New York 10128

Anderson J. Duff

244 Fifth Avenue Stue 2230

New York, New York 11101

Plaintiff000387J

EXHIBIT # 10A 1

NorB

Page 9

N. NOVOCIN

Q.    Have you ever taken any art history courses?

A.    No, I have not.

Q.    How about any other art related courses, for example, studio art or any others?

A.    My mother was a professional artist, all the way through my life. I was trained on everything from macrame to Chinese ink block to water colors to oils. She chose something different every week. The one I hated the most was crumpled up tin foil in a pencil paper and with the crumpled up tin foil. I was not the artist that she was.

Q.    So you have live training?

A.    Yes.

Q.    Just to be clear, do you have any formal training in college in art?

A.    No, I do not.

Q.    Have you ever taken any formal courses, maybe not in college, maybe somewhere else, in how to do art or attribution?

EXHIBIT #10 A2

Page 10

N. NOVOCIN

A.    No, I was not.

Q.    At some point in your life, you have sold things on Ebay, correct?

A.    That's correct.

Q.    In order to do that, have you taken any courses, college, somewhere else, maybe even through your Ebay or some other organization on how to sell things on Ebay?

A.    I didn't know how to sell things on Ebay. It was put on Ebay by Ebay University. When I got there, I knew more what was going on that they did. I was teaching courses in the back of the classroom. They wanted practical stuff. They were teaching them how to copy and paste, silly things. I have not had any formal training, other than the one course from Ebay.

Q.    At some point in your life, have you come across an organization called askART?

A.    Yes, I have come across askART. I have been using them steadily since 2001.

Q.    How did you come about to start

EXHIBIT #1043

Page 11

N. NOVOCIN

using their service?

A.    In trying to research various paintings, drawings and so forth on line, came across it.  It was a subscription based company.  We actually signed up with them at that point and continued with them steadily through now.  Literally at one point when I had employees, they contacted me and said we were the biggest user of askART in the world, because the museums, galleries or anything else, we had more contact with them than anything else.  We are no longer the largest user of askART.  It's just my wife and I now.

MS. FARMER:  Marlene, my internet might have cut out for a bit.  After the word employees that Mr. Novocin just used, can you please read back to me the rest of his answer.

(Whereupon, the referred to answer was read back by the you Reporter).

Q.    Mr. Novocin, you mentioned that

EXHIBIT #10B

NorB

Page 138

N. NOVOCIN

A.  That is correct.

Q.  So your write-up that landed on Worthpoint and you don't know how, that write-up has a spelling of Annamarie Trombetta multiple times?

*7 times Plaintiff names written*

MR. DUFF:  Objection.

Q.  Yes or no.

MR. DUFF:  I object to the form of the question.

Q.  Does your composed 1972 Man With A Red Umbrella have multiple spellings of Annamarie Trombetta within the write-up?

A.  They have multiple times that Annamarie Trombetta is written down.

Q.  At any time, is Anna and Marie separated?

A.  No.

Q.  At any time, is Annamaria written?

A.  No.

Q.  An obvious question.  Why is there a difference in the spelling within the ad and the signature in red on the back of the painting?

EXHIBIT #10 C

NorB

Page 139

N. NOVOCIN

A.     Often artists have a tendency to put the name down differently.  My mother was a professional artist.  She has her name at least seven different ways.  Everywhere from Kathleen Carol Novocin to KC Man.  She signs her name different ways.  When you go onto askART, it's not uncommon to have a spelling of something, especially something so close as Annamarie Trombetta, Annamarie spelled differently on askART, as the way the artist did.  It's not always exactly the same.

Q.     When you Googled Annamarie Trombetta, did you Google Annamarie Trombetta or Annamaria Trombetta?  Do you recall?

MS. FARMER:  Objection to form.

A.     I did not Google it.  I put in askART and I put in Trombetta.  When I put in Trombetta in the askART, the only thing that came up was Annamarie Trombetta.

Q.     So based on that one and only askART biography, that's your only form of reference?

EAI000001

**⭕ CCNR**

**CAHILL COSSU NOH & ROBINSON LLP**

2017-August-28

BY FEDERAL EXPRESS AND ELECTRONIC MAIL; WITHOUT PREJUDICE; FOR SETTLEMENT PURPOSES

Mr. & Mrs. Norbert and Marie Novocin
Estate Auctions Inc.
1221 Old Furnace Road
Seaford, DE 19973
estateauctionsinc@gmail.com

Re:    Misattribution of eBay Lot Sold on 2012-Dec.-01, Described as "1972 Original Oil
       Painting Man With Red Umbrella Signed Annamarie Trombetta YQZ" (the "Lot")

Mr. and Mrs. Novocin:

We represent the artist Annamarie Trombetta ("Ms. Trombetta") in relation to your sale of the Lot
referenced above. If you are represented by counsel, please forward this communication to him/her.

Estate Auctions Inc. ("EAI") offered the Lot in December 2012 on eBay. EAI's eBay seller page
listed the Lot as being "by Annamarie Trombett[a]" and "signed Annamarie Trombetta." The listing
reproduced biographical information from Ms. Trombetta's website, and further indicated that the
Lot was "signed on the bottom, but on the back it has written in red on the stretcher, Annamarie
Trombetta 'Gifted' 1977, 'Painted' 1972."

There are numerous grave problems with this attribution and description, including without
limitation:

- Ms. Trombetta did *not* create the Lot nor approve her association therewith, such that the
  attribution of the work to her likely constitutes a **false designation of origin** in violation of
  the Lanham Act, and may also constitute a **violation of her moral rights** under the Visual
  Artists Rights Act;

- The unauthorized use of Ms. Trombetta's name for advertising or trade purposes was a
  **violation of her right of publicity** under New York state law;

- The publication of the misattribution of the Lot constituted **defamation**, resulting in damage
  to Ms. Trombetta's reputation, a detrimental impact on the sales prices for authentic works
  by her hand and/or the loss of individual sales thereof;

- The eBay listing's use of Ms. Trombetta's original website text constituted **copyright
  infringement**; and

- Because the signature on the front of the Lot can at best be read as "A. Trombetta," not
  "*Annamarie* Trombetta," the eBay listing, entirely *aside* from effecting a false attribution,

70 West 40th Street  New York, NY 10018  212-719-4400  www.CahillLawFirm.com

EAI000002

Estate Auctions Inc.
2017-August-28
Page 2 of 3

EXHIBIT #

17

(2)

was actually demonstrably inaccurate, potentially negligent and constituted a **breach of express warranty** in violation of the Uniform Commercial Code.

We understand that Ms. Trombetta reached out to you soon after her discovery of your online sale of the Lot, and spoke with you by telephone in January of this year, after the misattribution had been continually published for close to *four years*—damaging her reputation and the market for her artwork all the while. Upon learning from our client that EAI had misattributed the Lot, you apparently refused to remedy the situation. Among other potential avenues of redress, you declined to do any of the following:

- Provide to Ms. Trombetta images of the verso of the Lot showing the alleged inscription;

- Provide to Ms. Trombetta contact information for the consignor or purchaser of the Lot or assure Ms. Trombetta that such third parties would be notified of EAI's misattribution of the work;

- Assure Ms. Trombetta that the misattribution would be corrected in EAI's records, including without limitation any public records (such as those available through online aggregators, e.g. WorthPoint) or website metadata.

Rather than taking any of the above actions or otherwise addressing the wrongs inflicted on this established artist, you challenged Ms. Trombetta to get an attorney. She has done so.

As discussed above, **EAI's misattribution and misdescription of the Lot, as well as its unauthorized use of Ms. Trombetta's website text, violates Ms. Trombetta's legal rights and gives rise to numerous claims under federal and/or state law.** EAI's failure to take corrective actions, even after being notified by Ms. Trombetta of these issues—in combination with other consumer complaints regarding misattributions and false descriptions of property sold by EAI—may also constitute evidence of fraudulent intent and/or a pattern of fraudulent behavior triggering criminal liability.

Although we were disappointed to learn that you previously declined to remedy your breaches of our client's rights, we have counseled Ms. Trombetta to make a final attempt to resolve this matter amicably with EAI, so as to save her the time and energy that would be consumed by commencement of an action against EAI. To that end, without prejudice and with express reservation of all of her rights, powers and privileges available under at law or in equity, Ms. Trombetta hereby demands that EAI:

- **notify the consignor and purchaser** of the Lot of the Lot's misattribution, explicitly indicating that the Lot was not painted by Ms. Trombetta, and provide a copy of such notices and delivery confirmations to Ms. Trombetta (for the purposes of this settlement, it is acceptable for EAI to redact the names of the consignor and purchaser);

- **confirm that its internal records and any publicly-accessible data** (including website metadata) in regard to the sale of this Lot has been corrected to remove any reference to Ms. Trombetta (and instead correctly attribute the work to a different artist, or identify it as

EAI000003

Estate Auctions Inc.
2017-August-28
Page 3 of 3

EXHIBIT #1

3

"artist unknown"), including any data or metadata maintained by third party websites with whom EAI has a contractual relationship (e.g. Google AdWords or other SEO services), providing a listing of such corrective actions upon their initiation, and subsequent confirmation upon completion of such actions;

- **remit the lump-sum amount of $8,000.00 as liquidated damages** for the irreparable harm to her reputation and market caused by the original misattribution and EAI's subsequent willful perpetuation thereof.

Please confirm your agreement to the above conditions at your earliest convenience, and in any event no later than the close of business, New York time, on Friday, 2017-September-01; we will be happy to provide you with wire details for this firm's escrow account.

The foregoing does not purport to state all of the relevant facts or points of law. We request that EAI appropriately identify, preserve, and segregate all information relevant to Ms. Trombetta's claims, including without limitation electronically-stored information (e.g., text messages, computer caches, recycle bins, emails, all drafts and mark-ups of documents, etc., whether controlled by EAI or its employees), in anticipation of the possibility of litigation regarding this matter. Nothing contained herein, and no delay, failure or omission by Ms. Trombetta to exercise any right shall impair such right or operate as a waiver thereof.

Kind regards,

Megan E. Noh

Cc:    Annamarie Trombetta

70 West 40th Street  New York, NY 10018  212-719-4400  www.CahillLawFirm.com

**SA2409**

Mail - Annamarie Trombetta - Outlook

May 6 Date 2023

EXHIBIT #

12

## Re: Plaintiff's Fourth Settlement Letter

**Anderson Duff** <ajd@hoganduff.com>
Tue 5/16/2023 8:41 PM
To: Annamarie Trombetta <annamarietrombettalegal@outlook.com>
Cc: Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Adam Bialek <adam.bialek@wilsonelser.com>; Cahill, John <John.Cahill@wilsonelser.com>

Ms. Trombetta:

If you offered to settle this action for $8,000 in 2017, please forward that offer to all parties as I do not believe you ever offered to settle for anything below tens of thousands of dollars. The monetary demands in your letter, totaling several hundred thousand dollars, are far and away above what you could recover in the best case scenario for you. As your demands are not tethered to reality, my clients will not agree to a settlement conference and will move forward with our demand for attorneys' fees, as has been explained to you many, many times during the past several years.

Best,

-Anderson-
646.450.3607
HoganDuff.com

From: Annamarie Trombetta <annamarietrombettalegal@outlook.com>
Date: Tuesday, May 16, 2023 at 8:35 PM
To: "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>, Adam Bialek <adam.bialek@wilsonelser.com>, "Cahill, John" <John.Cahill@wilsonelser.com>, "Anderson J. Duff" <ajd@hoganduff.com>
Subject: Plaintiff's Fourth Settlement Letter

To All Parties,

Attached is Plaintiff 's Fourth Settlement Letter.

Sincerely,
Annamarie Trombetta

# EXHIBITS TO PLAINTIFF'S RESPONSE

**EXHIBIT #1** A Estate Auction Inc text 1972 Original Oil Painting Man With Red Umbrella
      B Pl's Evid Text of ad  000158 dated Jan. 14, 2016 and 000159 Aug. 1, 2015

**EXHIBIT# 2** A Letter by Alex Raspa warning of misspellings and fraudulent signature.
      B Norb Novocin Dep New York Listed Artist -Shabby Chic p83-86

**EXHIBIT #3** A Plaintiff's 1972 childhood signature Plaintiff's Evid. 000260 and 000493

**EXHIBIT #4** A False Frontal Oil Painting signature "A. Trombetta" on 1972 oil paining.
      B Plaintiff's Evidence 000690 TransUnion and 000694 Experian.

**EXHIBIT #5** EAI red pencil signatureANNA (gap) MARIA TROMBETTA 1972 GIFTED 1977

**EXHIBIT #6** Norb Novocin Deposition Page 53 Does NOT remember AnnamariA signature.

**EXHIBIT #7** EAI Rule 56.1 Statement of Facts Page 2 No. 11 CHANGE A to Annamari-E

**EXHIBIT #8** Phone Transcript of Norb Novocin & Plaintiff on Jan. 10, 2017

**EXHIBIT#9** ECF 22 April 24, 2019 p. 10 and 11 red signature settlement requests to EAI

**EXHIBIT#10** Norb Novocin Dep Page 9 & p138-139- mother is artist- N. Novocin trained in oils

**EXHIBIT #11** Bate stamped EAI as EAI00001-2-3 August 28, 2017 settlement

**EXHIBIT#12** Anderson Duff's May 16, 2023 email proof of Plaintiff's $8000 settlement

**EXHIBIT#13** Sept. 21, 2022 Deposition page 63-64 settlement letter Marie Novocin

**EXHIBIT#14** Sept. 21, 2022 Deposition pages 94- 97 settlement letter Norb Novocin

**EXHIBIT #15** EAI's. April 27, 2022-cut off and altered Nov. 16, 2022 2012 eBay sales receipts

**EXHIBIT#16** Sept. 21, 2022 Deposition page 38-39 GARBLED hard to read sig. Norb Novocin

**EXHIBIT#17** June 30 2020 email from Kris at askART Bio 000585

**EXHIBIT#18** AskART 2015 bio Wayback Machine 000149 Pl Evid Emails 00150 - 000151

**EXHIBIT#19** Norb Novocin Dep. pages 17 -18 Proficient Researcher

**EXHIBIT#20** EAI00004 Jan. 6, 2017 email sent to EAI by Teri Meissner -written reference to Jane

**EXHIBIT#21** A -Norb Novocin askART Member 2001 to present Pl. Evid 000586 -000592
      B- Norb Novocin Dep pages 53-54 askART research
      C- Norb Novocin Page 54 No secondary market-somebody of value to painting.
      D- askART Terms of Use Plain. Evid. 000342 DEPOSITION as exhibit # 8

Case 1:18-cv-00993-LTS-SLC     Document 488-2     Filed 05/30/23     Page 2 of 35

Page 63

Marie          M. NOVOCIN          2017 Settlement Letter

2017, she received a settlement

letter that --                    EXHIBIT 13

A.      Wrong.                              A

Q.      In 2015, did you receive a

settlement letter?

A.      No.

Q.      In 2017, in August, September

of 2017, did you receive a settlement

letter from Megan Noh?

A.      We received a demand letter.

Q.      Okay, a demand letter.  You

received a letter.  In the letter, did it

state that I was not the artist for the

1972 Man With A Red Umbrella painting?

A.      There is a bullet point that          Marie

says Ms. Trombetta did not create the lack.   Novocin

Let me ask you a question, did you see the

painting in 2017?

Q.      I personally did not see any

pictures of this painting until 2022.  So

why is that?  Why were there never any

pictures of the painting in the ad?

MR. DUFF:  Objection to form.

MS. FARMER:  Join.

Veritext Legal Solutions
www.veritext.com
212-267-6868                                    516-608-2400

12 Photos

Page 64

M. NOVOCIN

MR. BIALEK:   Objection.

EXHIBIT #13 B

Q.   Were there photos of the painting in the Estate Auctions, Inc.'s ad in 2012?

A.   Yes.

Q.   Was that documented in the ad in and of itself?

A.   Yes.

MR. BIALEK:   Objection.

MR. DUFF:   Objection.

You can answer.

Q.   I'm reading straight from the EAI ad and it says, "Viewing so many different cities and cultures in a concentrated period of time", dot, dot, dot.  Do you have any idea why dot, dot, dot after mid sentence was appeared in the Estate Auctions, Inc. ad?

A.   I do not.

Q.   In 2020, did you and your husband submit a settlement offer for $600?

THE WITNESS:   Is that what that was, Anderson?

MR. DUFF:   Objection to form.

Case 1:18-cv-00993-LTS-SLC     Document 488-2     Filed 05/30/23     Page 4 of 35

EXHIBIT # 14     1

Page 94

N. NOVOCIN

Q.     When you said that you copied the entire biography, how had the copyright notice, would you have also copied and included that if it was part of the text?

A.     If it was part of the text, yes.

Q.     Again, when you are composing the listing, it did not strike you that Miss Trombetta might have been very young, given her date of birth and the date that the painting was dated?

A.     No, it didn't.  If I had read that and noticed it, I would have laughed myself and gone up and further researched. I just didn't notice it.

Q.     Incidentally, wasn't there a title "Man With a Red Umbrella" written somewhere in the painting?

A.     No.

Q.     Did you come up with that title?

A.     Yes.

Q.     Once the painting was sold, did you ship it to the buyer?

Case 1:18-cv-00993-LTS-SLC    Document 488-2    Filed 05/30/23    Page 5 of 35

EXHIBIT #14  2

Page 95

N. NOVOCIN

A.    One of my employees did.

Q.    Once you shipped it to the buyer, that was the last time that you had possession of the painting, correct?

A.    Correct.

Q.    Did anybody at Estate Auctions assist you in researching this painting?

A.    No.

Q.    Did anybody in Estate Auctions, Inc. assist you in writing the description for the auction listing?

A.    No.

Q.    Do you know the present whereabouts of the painting?  I know you mentioned your purchaser gifted or sold it to somebody else.  Do you know where it's physically located?

A.    No.

Q.    Did you have any communications with Annamarie Trombetta prior to this litigation being commenced at any other point?

A.    Prior to this litigation, yes.

Q.    Before the lawsuit, but at any

EXHIBIT #14

Page 96

N. NOVOCIN

point prior to, when was the first time that you communicated with her?

A.    I don't remember the exact date. It was earlier we received a call. I'm not -- I'm pretty sure it was my wife who took the call asking to speak with the person who won the painting and somewhere along the line, I ended up being on the phone and I said I would be happy to check to see if they want to talk to you. Now at that point I did not realize I was talking to Annamarie Trombetta. I thought I was talking to someone named Teri Meissner. I told them that I would check with the person. If they wanted to talk to them, I would give them the information. If not, I'm not free to give out the name or contact information of who bought the painting. I checked with them. They did not want to. They said we love the painting, we want to keep it. We don't want to talk to anybody about it. I came back and said I was not going to give that painting -- the information to them.

EXHIBIT #14     5

See Ex ~~#8~~
Phone Call

Page 97

N. NOVOCIN

That's what I was told over and over, you must, you must, you have got to. If you don't, I will sue you. I said fine, get a lawyer, sue me. I didn't realize that that actually would come to fruition. A little while after that, we received a demand letter asking for a sum of money. I think it was I believe 500 -- 8,000. $8,000 and then we wouldn't be sued. Give me $8,000 for damages. I carried it to another attorney, not Mr. Duff.

Q.     Let me stop you for a second. Mr. Novocin, I never want to hear what you may have said to another attorney.

A.     That's fine.

Q.     That's attorney-client privilege. I'm not allowed to ask you about that. I just want to remind you.

A.     I'm sorry. I'm rambling and I didn't need to be rambling. That should give you enough information, I guess.

Q.     Let me follow up with you on a couple of things.

A.     Sure.

**SA2417**

EAI000058

Wednesday, April 27, 2022 at 21:30:09 Eastern Daylight Time

**Subject:** Fwd: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)

**Date:** Tuesday, January 10, 2017 at 5:28:43 PM Eastern Standard Time

**From:** eBay EAI

**To:** Norb Novocin, marie novocin

EXHIBIT # 15 A

---------- Forwarded message ----------
From: eBay <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz
(330833102936)
To: ebay@novocin.com

eBay

eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
Your registered name is included to show this message originated from eBay. Learn more.

## Congratulations, your item sold!

Dear estateauctionsinc,

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print

Complete one of the following:

- Print a shipping label Avoid a trip to the post office, print and pay for your label at home. Printing shipping la
  you reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking i
  automatically.
- Provide shipping and tracking information. When you upload tracking information to eBay, we'll send it to yo
  the item is on its way. This will save you time, and may result in fewer questions from buyers and higher det
- Mark your item as shipped in My eBay. Do this, and we'll let your buyer know the item is on its way. This wil
  result in fewer questions from buyers and higher detailed seller ratings.

You should always leave feedback for your buyer to encourage them to buy from you again.

| 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz | 1972 Original Oil Painting Man \ Annamarie Trombetta yqz |
|---|---|
| | Sale price: $181.! |
| | Quantity sold: 1 |
| | Sale date: Dec-0 |
| | Buyer: nina c 9naclc [conta |
| | Buyer's shipping address:nina c 14215 reno, I |
| | Sell another Item \| Send invoice |

## Select your email preferences

- Want to reduce your inbox email volume? Receive this email as a daily digest.
  For other email digest options, go to Notification Preferences in My eBay.
- Don't want to receive this email? Unsubscribe from this email.

CVT OFF

Page 1 of 2

**SA2418**

EAI000059

**Email reference id: [#45d0df16f2ea40759d3656f834970b06#]**
Please don't remove this number. eBay customer support may ask you for this number, if you should need assistance.

Learn More to protect yourself from spoof (fake) emails.

eBay sent this email to you at ebay@novocin.com about your account registered on www.ebay.com.

eBay sends these emails based on the preferences you set for your account. To unsubscribe from this email, change your communication preferences. Please note that it may take up to 10 days to process your request. Visit our Privacy Policy and User Agreement if you have any questions.

Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125.

EXHIBIT 15A

Page 2 of 2



EXHIBIT #15 B

EAI000058

Wednesday, April 27, 2022 at 21:30:09 Eastern Daylight Time

**Subject:** Fwd: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
**Date:** Tuesday, January 10, 2017 at 5:28:43 PM Eastern Standard Time
**From:** eBay EAI
**To:** Norb Novocin, marie novocin

-------- Forwarded message --------
From: eBay <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
To: ebay@novocin.com

Missing Logo

eBay

eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
Your registered name is included to show this message originated from eBay. Learn more.

**Congratulations, your item sold!**

Dear estateauctionsinc,

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print

Complete one of the following:

- Print a shipping label Avoid a trip to the post office, print and pay for your label at home. Printing shipping la
  you reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking i
  automatically.
- Provide shipping and tracking information. When you upload tracking information to eBay, we'll send it to yo
  the item is on its way. This will save you time, and may result in fewer questions from buyers and higher det
- Mark your item as shipped in My eBay. Do this, and we'll let your buyer know the item is on its way. This wil
  result in fewer questions from buyers and higher detailed seller ratings.

You should always leave feedback for your buyer to encourage them to buy from you again.

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

1972 Original Oil Painting Man
Annamarie Trombetta yqz
Sale price:           $181.t
Quantity sold:        1
Sale date:            Dec-0
Buyer:                nina c
                      9nack
                      [conta
Buyer's shipping address nina c
                      14215
                      reno, I
Sell another item | Send invoice

Cut off

**Select your email preferences**

- Want to reduce your inbox email volume? Receive this email as a daily digest.
  For other email digest options, go to Notification Preferences in My eBay.
- Don't want to receive this email? Unsubscribe from this email.

Page 1 of 1

EXHIBIT
4

# EXHIBIT #15 C Nov. 16 2022

EAI000060

From: eBay <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (300830102906)
To: ebay@novocin.com


eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
Your registered name is included to show this message originated from eBay. Learn more.

## Congratulations, your item sold!

Dear estateauctionsinc,

**Provide shipping information**

**Go to My eBay**

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print your eBay shipping label.

Complete one of the following:

- Print a shipping label. Avoid a trip to the post office, print and pay for your label at home. Printing shipping labels on eBay also offers you reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking information is uploaded automatically.
- Provide shipping and tracking information. When you upload tracking information to eBay, we'll send it to your buyer and let them know the item is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed seller ratings.
- Mark your item as shipped in My eBay. Do this, and we'll let your buyer know the item is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed seller ratings.

You should always leave feedback for your buyer to encourage them to buy from you again.



1972 Original Oil Painting Man With Red Umbrella Signed
Annamarie Trombetta yqz
Sale price:          $181.50
Quantity sold:       1
Sale date:           Dec-01-12 18:54:01 PST
Buyer:               nina correia
                     9naclock (ninascorreia@aol.com)
                     [contact buyer]
Buyer's shipping address: nina correia
                     14215 prairie flower ct
                     reno, NV 89511-6710 United States
Sell another item | Send invoice to buyer

Select your email preferences

- Want to reduce your inbox email volume? Receive this email as a daily digest.
  For other email digest options, go to Notification Preferences in My eBay.
- Don't want to receive this email? Unsubscribe from this email

Email reference id: [#45d0df16f2ea40759d3656f834970b06#]
Please don't remove this number. eBay customer support may ask you for this number, if you should need assistance.

Learn More to protect yourself from spoof (fake) emails.

eBay sent this email to you at ebay@novocin.com about your account registered on www.ebay.com.

eBay sends these emails based on the preferences you set for your account. To unsubscribe from this email, change your communication preferences. Please note that it may take up to 10 days to process your request. Visit our Privacy Policy and User Agreement if you have any questions.

Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125.



Case: 25-817, 07/17/2026, DktEntry: 89.2, Page 37 of 58

SA2422

Case 1:18-cv-00993-LTS-SLC    Document 488-2    Filed 05/30/23    Page 13 of 35



EXHIBIT # 16 A

Page 38

N. NOVOCIN

words, the signature on the front of the painting was a garbled and it was kind of hard to read, when you turn it over, it had printed out what it was and if it were up to me, I would make it almost a law that all the artists had to print out the actual name and so forth. Because some artists pictures are so, so hard to read. So this allowed us to be able to look up Trombetta, Annamarie. This one says Maria. I didn't remember it saying Maria, but that's how I looked it up.

MR. BIALEK:  Marlene, can you read back the beginning of his answer.

(Whereupon, the referred to answer was read back by the Reporter).

Q.     Mr. Novocin, in your practice of dealing with antiques, have you ever encountered any ratings or stamps or labels glued to the back of the painting?

A.     Yes.

Q.     In your experience, is there



Page 39

N. NOVOCIN

any difference in, meaning as far as where
such writing, label or sticker or stamp is
placed, let's say back in the painting on
the stretcher?

    A.    I'm not ignoring it.  Sometimes
there will be a label that has to do with
the actual framing of it or the actual
manufacturer of the stretcher that would be
on the stretcher.  Sometimes there would be
information about the canvas itself.  If
it's produced by the artist, it really
doesn't matter too much if it's on the
stretcher or the canvas, but it would be
something where you would have to verify
that it is from the artist.

    Q.    If a gallery was involved in
the marketing of the artwork, would it be
typical for an artwork to have a gallery
stamp label in the back?

    A.    Sometimes.  Not always.

    Q.    When you examined this
painting, Man With a Red Umbrella, because
of the writings and labels that were and
were not there, did you have an impression

Gmail - Artist Annamarie Trombetta Question Regarding my Biography

Plaintiff's Evidence 000585

EXHIBIT #17    7/10/20, 12:09 PM

 Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

## Artist Annamarie Trombetta Question Regarding my Biography

4 messages

---

**Annamarie Trombetta** <atrombettaart@gmail.com>    Tue, Jun 30, 2020 at 2:08 PM
To: AskART Customer Service <AskART@askart.com>

Dear Kris,

I am an artist and my biography is listed on ask art.

Can you send me the full Biography of my own Biography as it is Listed on ask Art as I do not have a subscription .

When I look up my name Annamarie Trombetta I only get the first few lines.

Thank you in advance for you cooperation.
Annamarie Trombetta

---

**AskART Customer Service** <AskART@askart.com>    Tue, Jun 30, 2020 at 3:10 PM
To: "atrombettaart@gmail.com" <atrombettaart@gmail.com>

Dear Annamarie,

Your recognition on askART was most likely the result of your being included in a publication some years ago, where askART has always been pleased to help promote upcoming talented artists. Most likely one of our interns around that time posted your publicly available biography on our site, with credit to your website. Please let us know if you would prefer that your artist recognition be removed from the askART website, or alternatively, if you might wish to provide some updated information and examples of your works of art (in which case please send to images@askart.com)

Sincerely,

Kris

Biography from the Archives of askART

Yahoo Mail – Re: Annamarie Trombetta                                                                    4/5/22, 4:01 PM

### Re: Annamarie Trombetta

From: Bob Bahr (babahr@yahoo.com)

To:     trombettaart@yahoo.com

Date:  Thursday, March 5, 2015, 09:53 AM EST

*Exhibit #15  A*

*Date March 5 2015*

Thanks. Very glad you liked it. Yes, that is the right link.

I will try to send you a PDF later so you have it in that form as well.

Hope we can paint together sometime when it's above freezing!

Bob

From: Annamarie Trombetta <trombettaart@yahoo.com>
To: Bob Bahr <babahr@yahoo.com>
Sent: Thursday, March 5, 2015 9:47 AM
Subject: Annamarie Trombetta

*Ask Art Website*

Hi Bob,

Thank you so much for a wonderful article.   I have been sharing it with some of my collectors and  colleagues and will do so with many more people. Also thank you for your recommendation for the Ask Artwebsite . I consent to include  my biography  listing to their site.
Can you send me a link that is just this piece or is this the link below??    Also is there a magazine version that I can purchase.

I am please with the work that you selected as one of my collectors expressed her delight as well.

With sincere gratitude,
Annamarie Trombetta

http://www.outdoorpainter.com/artist-profiles/central-park-s-plein-air-past.html?
utm_source=Art+List&utm_campaign=f24b0abe29-PAT_3_4_15&utm_medium=email&utm_term=0_6907cc7961-
f24b0abe29-232018861

Plaintiff000151

Yahoo Mail - A Big Thank you from Annamarie Trombetta                                                    4/17/21, 9:27 PM

## A Big Thank you from Annamarie Trombetta

From:  Annamarie Trombetta (trombettaart@yahoo.com)

To:      babahr@yahoo.com

Date:  Saturday, June 6, 2015, 12:49 PM EDT

*Exhibit #18 B*

*Date June 2015*

Hi Bob,

My sincere appreciation for including me once again in Outdoor Painter!  I am indeed delighted as was the host of the show to learn that the link and a feature was in the Newsletter for Outdoor Painter.

It is the kind of situation that brings attention not just to me--the Magazine but also to the Hudson River School Painters who have done so much for this country's history in art, Parks and conservation.

Last thank you for the recommendation. I am delighted that my bio is now on AskArt-- Mille Grazie for that!

I hope to meet you in person one of these days. Let's plan a meeting if you live in the New York area. Take great care and all the best to you.

Warm Regards,
Annamarie Trombetta

*Ask Art*

*2015*

Plaintiff000150





Wayback Machine

🔒 web.archive.org

Ⓐ Annamarie Trombetta - Artist, Fine Art Prices, Auction Records for Annamarie Trombetta

INTERNET ARCHIVE
WayBackMachine

https://www.askart.com/artist/Annamarie_Trombetta/11156459/Annamarie_Trombetta.aspx    Go

1 capture
22 Sep 2015

Year

AUG | SEP | OCT
◄ 22 ►
2014 | 2015 | 2016

## askART

What's my art worth?    Auction Records    Research Art    Buy / Sell    Our Services    👤 Sign In    Subscribe

Enter artist name or use alphabet 🔍    a b c d e f g h i j k l m n o p q r s t u v w x y z

# Annamarie Trombetta (born 1963)

Annamarie Trombetta is active/lives in New York. Annamarie Trombetta is known for geometric still life arrangements-painting.

| The Artist | Auction Records | Buy / Sell | Resources |
|---|---|---|---|
| Overview 🏠 | Auction Records (0) | For Sale (0) | Signatures (0) |
| Biography | Upcoming Auctions (0) | Wanted (0) | Related Artists |
| Quick Facts | What's my art worth? | Dealers (0) | Publications |
| Get Alerts | Charts | Place an Ad | Samples of work |

Discover art and art prices ...

Subscribe

Sign in

- Auction records and images
- Record prices, graphs, stats
- Artist signature examples
- More about subscribing

## Biography  Annamarie Trombetta

The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for m ... Displaying 750 of 8277 characters.

Text

Exhibit 2B

#10 Exhibit

Plaintiff000149

EXHIBIT #19   A

Page 17

N. NOVOCIN

previously affiliate with any company that was selling art collectibles?

A.    No.

Q.    How did you and your wife decide to start Estate Auctions Inc.'s business?

A.    We were in a company that was a printing company and I separated from that company and it was six weeks before -- three weeks before Christmas, six weeks before our youngest child was born. We had no income. We were trying to figure out what in the world we are going to do. We decided let's try this Ebay thing. All we had left in the world was about $50. We went out to yard sales with that $50 to see if we can buy enough stuff to resell it and make some money. We made $500 on that 50. We said okay, let's do this again. So we started to do that and we have been doing Ebay ever since.

Q.    Once you started working with Ebay, did you have to get experience in how to research art and collectibles?

**SA2430**

EXHIBIT #19 B

Page 18

N. NOVOCIN

A.    No.    I didn't have to get experience on that, but I have always been good at researching.

Q.    How did you get started in researching the background on let's say art work that you were putting up for sale on Ebay?

A.    I would start to look on line to see if I could find any information about an artist, a style.  Whether it be a sculpture, a painting, a drawing.  Find everything I could on it and just research what I could and come back with that.  Any tool I could use, I would use on line.

Q.    You were very proficient as an online researcher?

A.    That's correct.

Q.    I don't think I asked you before.  Did you have any formal training in online research?

A.    No formal training, but I did own a company at one time called RE Search Incorporated that did research for people.  That was a number of years before that.

Research Company

1/10/2017                                                    Workspace Webmail :: Print

EA1000004

EXHIBIT #
20
A

**Print | Close Window**

**Subject:** Attention Marie Novocin Record of Sale for Oil Painting
**From:** "Teri Meissner" <seriouscollector@mail.com>
**Date:** Fri, Jan 06, 2017 3:20 pm
**To:** eBay@estateauctionsinc.com
**Cc:** estateauctionsinc@gmail.com
**Attach:** Estate Auctionsinc--1972 Original Oil Painting Man with Red Umbrella Signed Annamarie Trombetta.png
Signature of A.Trombetta Copyrighted work licensed by Worthpoint.png

Dear Ms. Novocin,

I spoke with you on Thursday Jan. 5th about an Oil Painiting. You stated that your son Alex  I wish to know the  name and address if possible of  the seller and also  the name and address of the buyer for an  Original Oil Painting.  It was listed as 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta

Here are the details--Sold on December 1, 2012  for $181.50  --*The source was ebay on an online auction---Part of the description reads --It is signed on the bottom,but on the back it has written in red on the strecher Annamarie Trombetta "Gifted 1977" Painted 1972. To our eyes it looks like it is after the style of Andre Kohn.   It is quite large being approx. 48 1/2 " tall and 17 1/2" wide.   We are calling it shabby chic condition as it has a tear in the canvas, about "5/8" long just to the left of the man's knees, but still such a great painting.*

Please see attachements as well.  Please contact me at your earliest convenience with the results.
Sincerely,
Teri Meissner

212 427 - 5990

Copyright © 2003-2017. All rights reserved.

*Knows Artist*

*Appraiser will call Jane the appraiser*
*Jane or Teri will call on Jan 17*

*★ AT PLEASE NOTE PROOF*
*Plaintiff Called Marie Novocin*
*Jane is an appraiser and colleague of Plaintiff*

Plaintiff's Evidence 000510

Yahoo Mail - RE: ADAA Invites You to An Evening with Joel Ehrenkranz

## RE: ADAA Invites You to An Evening with Joel Ehrenkranz

From: Jane

To: trombettaart@yahoo.com

Date: Tuesday, October 25, 2016, 10:52 AM EDT

Annamarie,

This sounds very interesting.

*need to take it slowly.

Jane

From: Annamarie Trombetta [mailto:trombettaart@yahoo.com]
Sent: Tuesday, October 25, 2016 10:13 AM
To: Jane
Subject: Fw: ADAA Invites You to An Evening with Joel Ehrenkranz

Hi Jane,

Do you want to come with me to attend this lecture---I think it might be relevant to both of us!

Please let me know and I will RSVP  ASAP-

Ciao for Now Annamarie

----- Forwarded Message -----
From: Art Dealers Association of America <gboyd@artdealers.org>
To: trombettaart@yahoo.com
Sent: Tuesday, October 25, 2016 9:55 AM
Subject: ADAA Invites You to An Evening with Joel Ehrenkranz

Plaintiff's Evidence 000586

Below are answers on ˚ items requested in the Subpoena data September 2, 2022, and received via email by askart@askart.com September 14, 2022.

RE: United States Southern District, Court of New York, Subpoena - Case Action No: 2018 CV: 0993
Plaintiff: Annamarie Trombetta
Defendants: Estate Auctions Inc., Norb and Marie Novocin, WorthPoint Corporation

1. "askART Memberships issued to Norb and Marie Novocin and Estate Auctions I."

| Name on account | Subscrption Plan | Start Date | End Date |
|---|---|---|---|
| Norb Novocin | Subscriber Member | 11/23/2001 | 12/23/2001 |
| Norb Novocin | Subscriber Member | 12/28/2001 | 1/28/2002 |
| Norb Novocin | Subscriber Member | 1/30/2002 | 2/28/2002 |
| Norb Novocin | Subscriber Member | 3/18/2002 | 4/18/2002 |
| Norb Novocin | Subscriber Member | 4/18/2002 | 5/18/2002 |
| Norb Novocin | Subscriber Member | 5/20/2002 | 6/20/2002 |
| Norb Novocin | Subscriber Member | 6/18/2002 | 7/18/2002 |
| Norb Novocin | Subscriber Member | 7/18/2002 | 8/18/2002 |
| Norb Novocin | Subscriber Member | 8/19/2002 | 9/19/2002 |
| Norb Novocin | Subscriber Member | 9/19/2002 | 10/19/2002 |
| Norb Novocin | Subscriber Member | 10/18/2002 | 11/18/2002 |
| Norb Novocin | Subscriber Member | 11/18/2002 | 12/18/2002 |
| Norb Novocin | Subscriber Member | 12/19/2002 | 1/19/2003 |
| Norb Novocin | Subscriber Member | 1/20/2003 | 2/20/2003 |
| Norb Novocin | Subscriber Member | 3/4/2003 | 4/4/2003 |
| Norb Novocin | Subscriber Member | 4/4/2003 | 5/4/2003 |
| Norb Novocin | Subscriber Member | 5/30/2003 | 6/30/2003 |
| Norb Novocin | Subscriber Member | 6/30/2003 | 7/30/2003 |
| Norb Novocin | Subscriber Member | 7/30/2003 | 8/30/2003 |
| Norb Novocin | Subscriber Member | 9/3/2003 | 10/3/2003 |
| Norb Novocin | Subscriber Member | 10/2/2003 | 11/2/2003 |
| Norb Novocin | Subscriber Member | 11/3/2003 | 12/3/2003 |
| Norb Novocin | Subscriber Member | 12/3/2003 | 1/3/2004 |
| Norb Novocin | Subscriber Member | 1/3/2004 | 2/3/2004 |
| Norb Novocin | Subscriber Member | 2/3/2004 | 3/3/2004 |
| Norb Novocin | Subscriber Member | 3/2/2004 | 4/2/2004 |
| Norb Novocin | Subscriber Member | 4/2/2004 | 5/2/2004 |
| Norb Novocin | Subscriber Member | 5/2/2004 | 6/2/2004 |
| Norb Novocin | Subscriber Member | 6/2/2004 | 7/2/2004 |
| Norb Novocin | Subscriber Member | 7/2/2004 | 8/2/2004 |
| Norb Novocin | Subscriber Member | 8/2/2004 | 9/2/2004 |
| Norb Novocin | Subscriber Member | 9/2/2004 | 10/2/2004 |
| Norb Novocin | Subscriber Member | 10/2/2004 | 11/2/2004 |

Plaintiff's Evidence 000587

EXHIBIT #21 A (2)

| | | | |
|---|---|---|---|
| Norb Novocin | Subscriber Member | 2/4/2005 | 3/4/2005 |
| Norb Novocin | Subscriber Member | 3/4/2005 | 4/4/2005 |
| Norb Novocin | Subscriber Member | 4/4/2005 | 5/4/2005 |
| Norb Novocin | Subscriber Member | 5/4/2005 | 6/4/2005 |
| Norb Novocin | Subscriber Member | 6/4/2005 | 7/4/2005 |
| Norb Novocin | Subscriber Member | 7/4/2005 | 8/4/2005 |
| Norb Novocin | Subscriber Member | 8/5/2005 | 9/5/2005 |
| Norb Novocin | Subscriber Member | 9/4/2005 | 10/4/2005 |
| Norb Novocin | Monthly (recurring) | 10/4/2005 | 11/4/2005 |
| Norb Novocin | Monthly (recurring) | 11/4/2005 | 12/4/2005 |
| Norb Novocin | Monthly (recurring) | 12/4/2005 | 1/4/2006 |
| Norb Novocin | Monthly (recurring) | 1/10/2006 | 2/10/2006 |
| Norb Novocin | Monthly (recurring) | 2/10/2006 | 3/10/2006 |
| Norb Novocin | Monthly (recurring) | 3/10/2006 | 4/10/2006 |
| Norb Novocin | Monthly (recurring) | 4/10/2006 | 5/10/2006 |
| Norb Novocin | Monthly (recurring) | 5/10/2006 | 6/10/2006 |
| Norb Novocin | Monthly (recurring) | 6/10/2006 | 7/10/2006 |
| Norb Novocin | Monthly (recurring) | 7/10/2006 | 8/10/2006 |
| Norb Novocin | Monthly (recurring) | 8/10/2006 | 9/10/2006 |
| Norb Novocin | Monthly (recurring) | 9/10/2006 | 10/10/2006 |
| Norb Novocin | Monthly (recurring) | 10/10/2006 | 11/10/2006 |
| Norb Novocin | Monthly (recurring) | 11/10/2006 | 12/10/2006 |
| Norb Novocin | Monthly (recurring) | 12/10/2006 | 1/10/2007 |
| Norb Novocin | Monthly (recurring) | 1/10/2007 | 2/10/2007 |
| Norb Novocin | Monthly (recurring) | 2/10/2007 | 3/10/2007 |
| Norb Novocin | Monthly (recurring) | 3/10/2007 | 4/10/2007 |
| Norb Novocin | Monthly (recurring) | 4/10/2007 | 5/10/2007 |
| Norb Novocin | Monthly (recurring) | 5/10/2007 | 6/10/2007 |
| Norb Novocin | Monthly (recurring) | 6/10/2007 | 7/10/2007 |
| Norb Novocin | Monthly (recurring) | 7/10/2007 | 8/10/2007 |
| Norb Novocin | Monthly (recurring) | 8/10/2007 | 9/10/2007 |
| Norb Novocin | Monthly (recurring) | 9/10/2007 | 10/10/2007 |
| Norb Novocin | Monthly (recurring) | 10/10/2007 | 11/10/2007 |
| Norb Novocin | Monthly (recurring) | 11/10/2007 | 12/10/2007 |
| Norb Novocin | Monthly (recurring) | 12/10/2007 | 1/10/2008 |
| Norb Novocin | Monthly (recurring) | 1/10/2008 | 2/10/2008 |
| Norb Novocin | Monthly (recurring) | 2/10/2008 | 3/10/2008 |
| Norb Novocin | Monthly (recurring) | 3/10/2008 | 4/10/2008 |
| Norb Novocin | Monthly (recurring) | 4/10/2008 | 5/10/2008 |
| Norb Novocin | Monthly (recurring) | 5/10/2008 | 6/10/2008 |
| Norb Novocin | Monthly (recurring) | 6/10/2008 | 7/10/2008 |

EXHIBIT #21A

(3)

Plaintiff's Evidence 000588

| Norb Novocin | Monthly (recurring) | 7/10/2008 | 8/10/2008 |
|---|---|---|---|
| Norb Novocin | Monthly (recurring) | 8/10/2008 | 9/10/2008 |
| Norb Novocin | Monthly (recurring) | 9/10/2008 | 10/10/2008 |
| Norb Novocin | Monthly (recurring) | 10/10/2008 | 11/10/2008 |
| Norb Novocin | Monthly (recurring) | 11/10/2008 | 12/10/2008 |
| Norb Novocin | Monthly (recurring) | 12/10/2008 | 1/10/2009 |
| Norb Novocin | Monthly (recurring) | 1/10/2009 | 2/10/2009 |
| Norb Novocin | Monthly (recurring) | 2/10/2009 | 3/10/2009 |
| Norb Novocin | Monthly (recurring) | 3/10/2009 | 4/10/2009 |
| Norb Novocin | Monthly (recurring) | 4/10/2009 | 5/10/2009 |
| Norb Novocin | Monthly (recurring) | 5/10/2009 | 6/10/2009 |
| Norb Novocin | Monthly (recurring) | 6/10/2009 | 7/10/2009 |
| Norb Novocin | Monthly (recurring) | 7/10/2009 | 8/10/2009 |
| Norb Novocin | Monthly (recurring) | 8/10/2009 | 9/10/2009 |
| Norb Novocin | Monthly (recurring) | 9/10/2009 | 10/10/2009 |
| Norb Novocin | Monthly (recurring) | 10/10/2009 | 11/10/2009 |
| Norb Novocin | Monthly (recurring) | 11/10/2009 | 12/10/2009 |
| Norb Novocin | Monthly (recurring) | 12/10/2009 | 1/10/2010 |
| Norb Novocin | Monthly (recurring) | 1/10/2010 | 2/10/2010 |
| Norb Novocin | Monthly (recurring) | 2/10/2010 | 3/10/2010 |
| Norb Novocin | Monthly (recurring) | 3/10/2010 | 4/10/2010 |
| Norb Novocin | Monthly (recurring) | 4/10/2010 | 5/10/2010 |
| Norb Novocin | Monthly (recurring) | 5/10/2010 | 6/10/2010 |
| Norb Novocin | Monthly (recurring) | 6/10/2010 | 7/10/2010 |
| Norb Novocin | Monthly (recurring) | 7/10/2010 | 8/10/2010 |
| Norb Novocin | Monthly (recurring) | 8/10/2010 | 9/10/2010 |
| Norb Novocin | Monthly (recurring) | 9/10/2010 | 10/10/2010 |
| Norb Novocin | Monthly (recurring) | 10/10/2010 | 11/10/2010 |
| Norb Novocin | Monthly (recurring) | 11/10/2010 | 12/10/2010 |
| Norb Novocin | Monthly (recurring) | 12/10/2010 | 1/10/2011 |
| Norb Novocin | Monthly (recurring) | 1/10/2011 | 2/10/2011 |
| Norb Novocin | Monthly (recurring) | 2/10/2011 | 3/10/2011 |
| Norb Novocin | Monthly (recurring) | 3/10/2011 | 4/10/2011 |
| Norb Novocin | Monthly (recurring) | 4/28/2011 | 5/28/2011 |
| Norb Novocin | Monthly (recurring) | 5/28/2011 | 6/28/2011 |
| Norb Novocin | Monthly (recurring) | 6/28/2011 | 7/28/2011 |
| Norb Novocin | Monthly (recurring) | 7/28/2011 | 8/28/2011 |
| Norb Novocin | Monthly (recurring) | 8/28/2011 | 9/28/2011 |
| Norb Novocin | Monthly (recurring) | 9/28/2011 | 10/28/2011 |
| Norb Novocin | Monthly (recurring) | 10/28/2011 | 11/28/2011 |
| Norb Novocin | Monthly (recurring) | 11/28/2011 | 12/28/2011 |

**SA2436**

Plaintiff's Evidence 000589

EXHIBIT #21A

(4)

| | | | |
|---|---|---|---|
| Norb Novocin | Monthly (recurring) | 12/28/2011 | 1/28/2012 |
| Norb Novocin | Monthly (recurring) | 1/28/2012 | 2/28/2012 |
| Norb Novocin | Monthly (recurring) | 2/28/2012 | 3/28/2012 |
| Norb Novocin | Monthly (recurring) | 3/28/2012 | 4/28/2012 |
| Norb Novocin | Monthly (recurring) | 4/28/2012 | 5/28/2012 |
| Norb Novocin | Monthly (recurring) | 5/28/2012 | 6/28/2012 |
| Norb Novocin | Monthly (recurring) | 6/28/2012 | 7/28/2012 |
| Norb Novocin | Monthly (recurring) | 7/28/2012 | 8/28/2012 |
| Norb Novocin | Monthly (recurring) | 8/28/2012 | 9/28/2012 |
| Norb Novocin | Monthly (recurring) | 9/28/2012 | 10/28/2012 |
| Norb Novocin | Monthly (recurring) | 10/28/2012 | 11/28/2012 |
| Norb Novocin | Monthly (recurring) | 11/28/2012 | 12/28/2012 |
| Norb Novocin | Monthly (recurring) | 12/28/2012 | 1/28/2013 |
| Norb Novocin | Monthly (recurring) | 1/28/2013 | 2/28/2013 |
| Norb Novocin | Monthly (recurring) | 2/28/2013 | 3/28/2013 |
| Norb Novocin | Monthly (recurring) | 3/28/2013 | 4/28/2013 |
| Norb Novocin | Monthly (recurring) | 4/28/2013 | 5/28/2013 |
| Norb Novocin | Monthly (recurring) | 5/28/2013 | 6/28/2013 |
| Norb Novocin | Monthly (recurring) | 6/28/2013 | 7/28/2013 |
| Norb Novocin | Monthly (recurring) | 7/28/2013 | 8/28/2013 |
| Norb Novocin | Monthly (recurring) | 8/28/2013 | 9/28/2013 |
| Norb Novocin | Monthly (recurring) | 9/28/2013 | 10/28/2013 |
| Norb Novocin | Monthly (recurring) | 10/28/2013 | 11/28/2013 |
| Norb Novocin | Monthly (recurring) | 11/28/2013 | 12/28/2013 |
| Norb Novocin | Monthly (recurring) | 12/28/2013 | 1/28/2014 |
| Norb Novocin | Monthly (recurring) | 1/28/2014 | 2/28/2014 |
| Norb Novocin | Monthly (recurring) | 2/28/2014 | 3/28/2014 |
| Norb Novocin | Monthly (recurring) | 3/28/2014 | 4/28/2014 |
| Norb Novocin | Monthly (recurring) | 4/28/2014 | 5/28/2014 |
| Norb Novocin | Monthly (recurring) | 5/28/2014 | 6/28/2014 |
| Norb Novocin | Monthly (recurring) | 6/28/2014 | 7/28/2014 |
| Norb Novocin | Monthly (recurring) | 7/28/2014 | 8/28/2014 |
| Norb Novocin | Monthly (recurring) | 8/28/2014 | 9/28/2014 |
| Norb Novocin | Monthly (recurring) | 9/28/2014 | 10/28/2014 |
| Norb Novocin | Monthly (recurring) | 10/28/2014 | 11/28/2014 |
| Norb Novocin | Monthly (recurring) | 11/28/2014 | 12/28/2014 |
| Norb Novocin | Monthly (recurring) | 12/28/2014 | 1/28/2015 |
| Norb Novocin | Monthly (recurring) | 1/28/2015 | 2/28/2015 |
| Norb Novocin | Monthly (recurring) | 3/9/2015 | 4/9/2015 |
| Norb Novocin | Monthly (recurring) | 4/9/2015 | 5/9/2015 |
| Norb Novocin | Monthly (recurring) | 5/9/2015 | 6/9/2015 |

Plaintiff's Evidence 000590

EXHIBIT #21A
(5)

| Norb Novocin | Monthly (recurring) | 6/9/2015 | 7/9/2015 |
|---|---|---|---|
| Norb Novocin | Monthly (recurring) | 7/9/2015 | 8/9/2015 |
| Norb Novocin | Monthly (recurring) | 8/9/2015 | 9/9/2015 |
| Norb Novocin | Monthly (recurring) | 9/9/2015 | 10/9/2015 |
| Norb Novocin | Monthly (recurring) | 10/9/2015 | 11/9/2015 |
| Norb Novocin | Monthly (recurring) | 11/9/2015 | 12/9/2015 |
| Norb Novocin | Monthly (recurring) | 12/9/2015 | 1/9/2016 |
| Norb Novocin | Monthly (recurring) | 1/9/2016 | 2/9/2016 |
| Norb Novocin | Monthly (recurring) | 2/9/2016 | 3/9/2016 |
| Norb Novocin | Monthly (recurring) | 3/9/2016 | 4/9/2016 |
| Norb Novocin | Monthly (recurring) | 4/9/2016 | 5/9/2016 |
| Norb Novocin | Monthly (recurring) | 5/9/2016 | 6/9/2016 |
| Norb Novocin | Monthly (recurring) | 6/9/2016 | 7/9/2016 |
| Norb Novocin | Monthly (recurring) | 7/9/2016 | 8/9/2016 |
| Norb Novocin | Monthly (recurring) | 8/9/2016 | 9/9/2016 |
| Norb Novocin | Monthly (recurring) | 9/9/2016 | 10/9/2016 |
| Norb Novocin | Monthly (recurring) | 10/9/2016 | 11/9/2016 |
| Norb Novocin | Monthly (recurring) | 11/9/2016 | 12/9/2016 |
| Norb Novocin | Monthly (recurring) | 12/9/2016 | 1/9/2017 |
| Norb Novocin | Monthly (recurring) | 1/9/2017 | 2/9/2017 |
| Norb Novocin | Monthly (recurring) | 2/9/2017 | 3/9/2017 |
| Norb Novocin | Monthly (recurring) | 3/9/2017 | 4/9/2017 |
| Norb Novocin | Monthly (recurring) | 4/9/2017 | 5/9/2017 |
| Norb Novocin | Monthly (recurring) | 5/9/2017 | 6/9/2017 |
| Norb Novocin | Monthly (recurring) | 6/9/2017 | 7/9/2017 |
| Norb Novocin | Monthly (recurring) | 7/9/2017 | 8/9/2017 |
| Norb Novocin | Monthly (recurring) | 8/9/2017 | 9/9/2017 |
| Norb Novocin | Monthly (recurring) | 9/9/2017 | 10/9/2017 |
| Norb Novocin | Monthly (recurring) | 10/9/2017 | 11/9/2017 |
| Norb Novocin | Monthly (recurring) | 11/9/2017 | 12/9/2017 |
| Norb Novocin | Monthly (recurring) | 12/9/2017 | 1/9/2018 |
| Norb Novocin | Monthly (recurring) | 1/9/2018 | 2/9/2018 |
| Norb Novocin | Monthly (recurring) | 2/9/2018 | 3/9/2018 |
| Norb Novocin | Monthly (recurring) | 3/9/2018 | 4/9/2018 |
| Norb Novocin | Monthly (recurring) | 4/9/2018 | 5/9/2018 |
| Norb Novocin | Monthly (recurring) | 5/9/2018 | 6/9/2018 |
| Norb Novocin | Monthly (recurring) | 6/9/2018 | 7/9/2018 |
| Norb Novocin | Monthly (recurring) | 7/9/2018 | 8/9/2018 |
| Norb Novocin | Monthly (recurring) | 8/9/2018 | 9/9/2018 |
| Norb Novocin | Monthly (recurring) | 9/9/2018 | 10/9/2018 |
| Norb Novocin | Monthly (recurring) | 10/9/2018 | 11/9/2018 |

Plaintiff's Evidence 000591

EXHIBIT #21 A
(6)

| Norb Novocin | Monthly (recurring) | 11/9/2018 | 12/9/2018 |
|---|---|---|---|
| Norb Novocin | Monthly (recurring) | 12/9/2018 | 1/9/2019 |
| Norb Novocin | Monthly (recurring) | 1/9/2019 | 2/9/2019 |
| Norb Novocin | Monthly (recurring) | 2/9/2019 | 3/9/2019 |
| Norb Novocin | Monthly (recurring) | 3/9/2019 | 4/9/2019 |
| Norb Novocin | Monthly (recurring) | 4/9/2019 | 5/9/2019 |
| Norb Novocin | Monthly (recurring) | 5/9/2019 | 6/9/2019 |
| Norb Novocin | Monthly (recurring) | 6/9/2019 | 7/9/2019 |
| Norb Novocin | Monthly (recurring) | 7/9/2019 | 8/9/2019 |
| Norb Novocin | Monthly (recurring) | 8/9/2019 | 9/9/2019 |
| Norb Novocin | Monthly (recurring) | 9/9/2019 | 10/9/2019 |
| Norb Novocin | Monthly (recurring) | 10/9/2019 | 11/9/2019 |
| Norb Novocin | Monthly (recurring) | 11/9/2019 | 12/9/2019 |
| Norb Novocin | Monthly (recurring) | 12/9/2019 | 1/9/2020 |
| Norb Novocin | Monthly (recurring) | 1/9/2020 | 2/9/2020 |
| Norb Novocin | Monthly (recurring) | 2/9/2020 | 3/9/2020 |
| Norb Novocin | Monthly (recurring) | 3/9/2020 | 4/9/2020 |
| Norb Novocin | Monthly (recurring) | 4/9/2020 | 5/9/2020 |
| Norb Novocin | Monthly (recurring) | 5/9/2020 | 6/9/2020 |
| Norb Novocin | Monthly (recurring) | 6/9/2020 | 7/9/2020 |
| Norb Novocin | Monthly (recurring) | 7/9/2020 | 8/9/2020 |
| Norb Novocin | Monthly (recurring) | 8/9/2020 | 9/9/2020 |
| Norb Novocin | Monthly (recurring) | 9/9/2020 | 10/9/2020 |
| Norb Novocin | Monthly (recurring) | 10/9/2020 | 11/9/2020 |
| Norb Novocin | Monthly (recurring) | 11/9/2020 | 12/9/2020 |
| Norb Novocin | Monthly (recurring) | 12/9/2020 | 1/9/2021 |
| Norb Novocin | Monthly (recurring) | 1/9/2021 | 2/9/2021 |
| Norb Novocin | Monthly (recurring) | 2/9/2021 | 3/9/2021 |
| Norb Novocin | Monthly (recurring) | 3/9/2021 | 4/9/2021 |
| Norb Novocin | Monthly (recurring) | 4/9/2021 | 5/9/2021 |
| Norb Novocin | Monthly (recurring) | 5/9/2021 | 6/9/2021 |
| Norb Novocin | Monthly (recurring) | 6/9/2021 | 7/9/2021 |
| Norb Novocin | Monthly (recurring) | 7/9/2021 | 8/9/2021 |
| Norb Novocin | Monthly (recurring) | 8/9/2021 | 9/9/2021 |
| Norb Novocin | Monthly (recurring) | 9/9/2021 | 10/9/2021 |
| Norb Novocin | Monthly (recurring) | 10/9/2021 | 11/9/2021 |
| Norb Novocin | Monthly (recurring) | 11/9/2021 | 12/9/2021 |
| Norb Novocin | Monthly (recurring) | 12/9/2021 | 1/9/2022 |
| Norb Novocin | Monthly (recurring) | 1/9/2022 | 2/9/2022 |
| Norb Novocin | Monthly (recurring) | 2/9/2022 | 3/9/2022 |
| Norb Novocin | Monthly (recurring) | 3/9/2022 | 4/9/2022 |

Plaintiff's Evidence 000592

EXHIBIT #21A

(7)

| Norb Novocin | Monthly (recurring) | 4/9/2022 | 5/9/2022 |
|---|---|---|---|
| Norb Novocin | Monthly (recurring) | 5/9/2022 | 6/9/2022 |
| Norb Novocin | Monthly (recurring) | 6/9/2022 | 7/9/2022 |
| Norb Novocin | Monthly (recurring) | 7/9/2022 | 8/9/2022 |
| Norb Novocin | Monthly (recurring) | 8/9/2022 | 9/9/2022 |
| Norb Novocin | Monthly (recurring) | 9/9/2022 | 10/9/2022 |

SA2440

EXHIBIT #21 B (N)

Page 53

N. NOVOCIN

window.

MR. DUFF:  Can we take a quick break.

(Whereupon, a short recess was taken).

Q.    Mr. Novocin, did you compose the Ebay listing for Man With a Red Umbrella?

A.    Yes.

Q.    Were you the one who determined that this painting was attributed to Annamarie Trombetta?

A.    Yes.

Q.    How did you research this particular painting and this particular attribution?

A.    Once I saw the name on the back, I went to askArt.  I put in the name Trombetta and Annamarie came up.  It's an unusual name.  I have never come across it before.  I did not -- I do not remember ever seeing Annamaria on the back of the painting, so I just assumed it was the same person.  Pulled up that person on askART.

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400

EXHIBIT # 21 B

Plaintiff's Evidence 000593

a.trombetta artist - Google Search

Google    a.trombetta artist    ✕  🎤  🔍              ⚙  ⠿

🔍 All   🖼 Images   🛒 Shopping   📰 News   ▶ Videos   ⋮ More        Tools

Page 2 of about 493,000 results (0.53 seconds)

https://www.linkedin.com › annamarie-trombetta-9413361a    ⋮
Annamarie Trombetta - Instructor - Art Lab | LinkedIn
New York, New York, United States · Instructor · Art Lab
Annamarie Trombetta is an artist who has created works in oil, watercolor, printmaking and pastel and is known for working "en Plein Air".

http://www.anitatrombetta.com › pagecv    ⋮
CV - Anita Trombetta
Anitatrombettastudio@gmail.com ... 2010 Artifact: Recent Paintings by Anita Trombetta at The State University of ... 2020 Art Walk on Atlantic, Arts Gowanus.

Another
Artist
A. Trombet

https://www.24-7pressrelease.com › press-release › ann...    ⋮
Annamarie Trombetta Celebrated for Artistic Excellence - 24-7 ...
Feb 21, 2018 — Born in Brooklyn, New York in 1963 artist Annamarie Trombetta works and lives in Manhattan. Ms. Trombetta began her artistic education after ...

http://www.arc-store.com › damiboevofar    ⋮
David Michael Bowers The Evolution of an Artist by Robert J ...
Product Description. ARC Living Master™, David Bowers' artistic career is in a constant state of evolution. He is an artist in competition with himself as ...

https://www.strose.edu › Alumni Gift Guide    ⋮
Books by Kathy Powers '71 and Anne Trombetta G'76 - The ...
Besides posting weekly blogs, Kathy tutors writing in suburban Atlanta. Anne leads "2 Hour Artist" workshops at which inexperienced participants transform into ...

Another
Artist
Anne Tromba

https://www.lexislegalnews.com › articles › in-new-york-v...    ⋮
In New York, VARA Claim Survives But Copyright Claim Tossed
Oct 3, 2019 — NEW YORK — Allegations by an artist that two individual defendants ... Trombetta sued, asserting violations of the Visual Artists Rights Act ...

Lawsuit

https://www.museumoffriends.org › post › covid-19-cri...    ⋮
COVID-19 Crisis or Opportunity Artists Response Group ...
Sep 4, 2021 — The theme attracted visual artists, sculptors, photographers and ... The Pandemic and the Pangolin, Annamarie Trombetta, New York.

https://www.artsy.net › artwork › anita-trombetta-inside...    ⋮
Anita Trombetta | Inside Out (2020) | Available for Sale | Artsy
Open SourceBlogThe Art Genome ProjectEducation. Partnerships. Artsy for GalleriesArtsy for MuseumsArtsy for AuctionsArtsy for Fairs. Support.

https://www.nydailynews.com › new-york › artist-anna...    ⋮

Case 1:18-cv-00993-LTS-SLC    Document 488-2    Filed 05/30/23    Page 33 of 35

EXHIBIT #21B(2)

Page 54

N. NOVOCIN

I saw it had a biography, but no record of any paintings ever been sold, which I'll just leave it that. There's no records of any painting been sold on secondary market. I grabbed the biography and used that in the listing. Because there was no records of any painting to be sold, I wanted people to be able to associate somebody of value to the painting and so I went out and found another artist on askART that had painted before with umbrellas. I said it's much in the style of and I mentioned that other person. So that way people can look it up and say, oh, it's like that person. They paint with umbrellas also. That way, people do some research on it. They see something of value and I'm willing to spend more money.

Q. You mentioned when you found Annamarie Trombetta's name on askART, that was not associated with any paintings on askART, correct?

A. That's correct. They had no listings and to this day, have no listings

EXHIBIT # 21 D (1)

Plaintiff's Evidence 000342

# askART

What's my art worth?   Auction Records   Research Art   Buy / Sell   Our Services      Sign In   Subscribe

Enter artist name or use alphabet      a b c d e f g h i j k l m n o p q r s t u v w x y z

## Terms of Service and Internet Privacy Policy

### ACCEPTANCE OF TERMS

Welcome to askART. These terms and conditions of use apply to and govern your use of the askART Web site (the "Site"). By using this service, you agree to the terms and conditions outlined below. If you do not agree to these terms and conditions, please do not use this site. The right to use askART services is personal and not transferable to any other person or entity.

Unless explicitly stated otherwise, any new features or service offerings that augment the current Service (as defined below) shall be subject to these Terms of Service.

askART reserves the right to change, modify, add or remove portions of these terms at any time, without notice to you. Usage of the site after changes are posted means you have accepted all such terms as posted.

As a Subscriber, unless otherwise agreed upon, the Subscriber account is limited solely to you and does not include usage by additional people or entities. You will be allowed almost unlimited access unless the activity level reaches our most active list, as determined in our sole discretion. In such case we reserve the further right in our sole discretion to issue replacement passwords at any time, and if appropriate, offer the service at a price to you to reflect this higher level of service usage. We also reserve the right to terminate your account with or without notice if we determine an abuse regarding the spirit of this agreement. We will confirm with you before making a custom pricing change, in which case you may subscribe on those different pricing terms. If you do not accept such different pricing terms, you or askART may elect to discontinue your subscription at any time.

askART reserves the right to cancel an account if in our sole determination there is unusual usage, not limited to automatic searches, storage or piracy of our data. Further, askART reserves the right to terminate any account for any reason not identified in these Terms of Service and that is not prohibited by law.

### LICENSE TO USE THE SITE

askART grants you a non-exclusive, non-transferable, limited right to access, use and display of the Site and the materials thereon for your personal use only, provided that you comply fully with these terms and conditions of use. You shall not interfere or attempt to interfere with the operation of the Site in any way through any means or device including, but not limited to, spamming, hacking, uploading computer viruses or time bombs, or the means expressly prohibited by any provision of these terms and conditions of use.

### OWNERSHIP; RESTRICTIONS; TRADEMARKS

askART owns, controls, licenses or has the right to use and provide the Site and all material on the Site, including, without limitation the askART Artist database, text, images, artist biographies, price valuation reports, articles, photographs, illustrations, audio and video clips, (collectively the "Content"). The Site is protected by copyright as a collective work and/or compilation, pursuant to U.S. copyright laws, international conventions, and other copyright laws. askART is the owner of the copyright in the entire Site. askART owns a copyright in the selection, coordination, arrangement and enhancement of the Site. You agree to abide by any and all copyright notices, information or restrictions displayed on the Site. askART does not grant permission to users of the site to reproduce images of original works of art.

You may not modify, create derivative works from, participate in the transfer or sale of, post on the World Wide Web, or in any way exploit the Site or any portion thereof for any public or commercial use without the express written permission of askART. You are responsible for complying with all applicable laws, rules and regulations regarding your use of any such downloaded Content. In the event of any permitted copying, redistribution or publication of material from the Site, no changes in or deletion of author attribution, trademark, legend or copyright notice shall be made.

askART and Artist Bluebook are trademarks and service marks of askART, Inc. ALL RIGHTS RESERVED. All other trademarks, service marks, product names and company names or logos appearing on the Site are the property of their respective owners. Any use of such trademarks, service marks, product names and company names or logos, including the reproduction, modification, distribution or republication without the prior written permission of the owner of same, is strictly prohibited.

### USE OF INFORMATION

As a user of the Site, you acknowledge that you may provide information regarding your tastes and preferences, and you hereby authorize askART, Inc. and its affiliates to use such information in connection with any online or offline offering or any electronic mail offering directed to you. askART, Inc. is committed to protecting your privacy. Any information that askART, Inc. collects about you will be used to enhance your utilization of the Site. By using our web site, you consent to the collection and use of this information by askART, Inc. and its affiliates.

By uploading material to any forum or by submitting any comments, recommendations or data ("information") to us, you automatically grant (or represent and warrant to us that the owner of such rights has expressly granted) to us a perpetual, royalty-free, irrevocable, nonexclusive right and license to use, reproduce, modify, adapt, publish, sublicense, translate, create derivative works of and distribute such information worldwide and/or incorporate such information into any form, medium, or technology now known or later developed. In addition, you represent and warrant to us that all so-called moral rights in the information have been waived.

https://www.askart.com/SiteTerms.aspx

Please Note  NORB NOVOCIN

DEPOSITION EXHIBIT #8

Page 1 of