# 25-817-CV

IN THE

# United States Court of Appeals

FOR THE SECOND CIRCUIT

——————— ►◄ ———————

ANNAMARIE TROMBETTA, ARTIST,

*Plaintiff-Appellant,*

*v.*

NORB NOVOCIN, MARIE NOVOCIN,
ESTATE AUCTIONS, INC., WORTHPOINT CORPORATION,

*Defendants-Appellees,*

WILLIAM SEIPPEL, WORTHPOINT.COM,
JASON PACKER, EMPLOYEE AT WORTHPOINT CORPORATION,

*Defendants.*

———————————

*On Appeal from the United States District Court
for the Southern District of New York*

## SUPPLEMENTAL APPENDIX
## VOLUME 11 OF 12
## Pages SA2482 to SA2758

WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP
*Attorneys for Defendant-Appellee
WorthPoint Corporation*
150 East 42nd Street, 23rd Floor
New York, New York 10017
212-490-3000



**Table of Contents**

**Page**

**Volume 1**

Proposed Amended Complaint, dated January 17, 2020,
    with Exhibits ................................................................. SA1

Plaintiff's Response in Opposition to Defendant's Motion to
    Dismiss Amended Complaint, dated February 21, 2020,
    with Exhibits ................................................................. SA64

Opinion and Order of the Honorable Sarah L. Cave,
    dated March 19, 2020 .................................................... SA112

Protective Order of the Honorable Sarah L. Cave,
    so-ordered on February 16, 2022 .................................. SA126

Order of the Honorable Sarah L. Cave,
    so-ordered on December 8, 2022 .................................. SA130

Order of the Honorable Sarah L. Cave,
    so-ordered on December 20, 2022 ................................ SA131

Memorandum by Plaintiff in Support of Motion
    for Leave to File a Proposed Amended Complaint,
    dated December 23, 2022 .............................................. SA134

Proposed Second Amended Complaint,
    dated December 23, 2022 .............................................. SA216

Exhibits to Memorandum by Plaintiff in Support of Motion
    for Leave to File a Proposed Amended Complaint ....... SA237

Order of the Honorable Sarah L. Cave,
    dated December 29, 2022 .............................................. SA264

Order of the Honorable Sarah L. Cave,
    dated February 2, 2023 ................................................. SA266

**Table of Contents**
**(Continued)**

**Page**

Defendant WorthPoint Corporation's Omnibus Motion
   *in Limine* Concerning Experts, dated April 10, 2023 .................... SA268

Declaration of Jana S. Farmer in Support of Defendant's
   Motion *in Limine*, dated April 7, 2023 ......................................... SA270

**Volume 2**

   Exhibit A to Farmer Declaration -
   Documented Communications from WorthPoint's
   Counsel to Plaintiff ................................................................... SA273

   Exhibit B to Farmer Declaration -
   Expert Affidavit of Patrick O'Leary,
   sworn to December 5, 2022, with Exhibits ........................... SA298

   Exhibit C to Farmer Declaration -
   Expert Disclosure and Expert Report of
   Joseph V. Scelsa, dated February 16, 2023,
   with Exhibits ....................................................................... SA327

   Exhibit D to Farmer Declaration -
   Transcript of Proceedings held before the
   Honorable Sarah L. Cave on November 23, 2022 ................. SA390

Notice of Motion by Defendant WorthPoint Corporation
   for Summary Judgment, dated April 17, 2023 ............................ SA458

Declaration of Jana S. Farmer in Support of Defendant's
   Motion for Summary Judgment, dated April 17, 2023 ................. SA460

**Volume 3**

   Exhibit A to Farmer Declaration -
   Deposition Testimony of Annamarie Trombetta,
   taken August 30, 2022 ........................................................... SA465
   *(cont'd in Vol 4)*

ii

**Table of Contents**
**(Continued)**

**Page**

**Volume 5**

Exhibit B to Farmer Declaration -
Deposition Testimony of Norb Novocin,
taken September 21, 2022 ........................................................ SA837

Exhibit C to Farmer Declaration -
Redacted Deposition Testimony of Willie Chu,
taken October 7, 2022 ........................................................... SA1084

**Volume 6**

Exhibit D to Farmer Declaration -
Redacted Deposition Testimony of Vanessa Koi-Ploski,
taken October 17, 2022, with Cover Letter ........................... SA1136

Exhibit E to Farmer Declaration -
Redacted Defendant WorthPoint Corporation's
Expert Disclosure Pursuant to FRCP Rule 26(a)(2)
of Jessie Stricchiola, dated January 19, 2023,
with Report and Exhibits ........................................................ SA1237

Exhibit F to Farmer Declaration -
Redacted Declaration of Jason Packer,
dated January 19, 2023, with Exhibits ................................... SA1280

Exhibit G to Farmer Declaration -
Declaration of William H. Seippel,
dated April 17, 2023, with Exhibits ....................................... SA1303

Exhibit H to Farmer Declaration -
Expert Affidavit of Patrick O'Leary,
sworn to December 5, 2022, with Exhibits ............................ SA1349

**Volume 7**

Exhibit I to Farmer Declaration -
Deposition Testimony of Patrick O'Leary,
taken February 28, 2023 ......................................................... SA1382

iii

**Table of Contents**
**(Continued)**

**Page**

Exhibit J to Farmer Declaration -
Google Search Results, dated March 15, 2017 ...................... SA1654

Exhibit K to Farmer Declaration -
Screenshots of the WorthPoint Report .................................. SA1655

**Volume 8**

Exhibit L to Farmer Declaration -
Defendant WorthPoint's First Request for Production,
dated February 25, 2022 ......................................................... SA1661

Exhibit M to Farmer Declaration -
Plaintiff's Response to WorthPoint's First
Request for Production, dated April 22, 2022 ....................... SA1674

Exhibit N to Farmer Declaration -
WorthPoint's Post-Deposition Demands to Plaintiff,
dated October 6, 2022 ............................................................ SA1691

Exhibit O to Farmer Declaration -
Plaintiff's Response to WorthPoint's Post-Deposition
Demands, dated October 20, 2022, with Attachments .......... SA1701

Exhibit P to Farmer Declaration -
Deposition Testimony of Scott Goodwillie,
taken October 6, 2022, with Cover Letter ............................. SA1800

Rule 56.1 Statement of Material Facts by Defendant
WorthPoint, dated April 17, 2023 ................................. SA1884

Letter from Jana S. Farmer to the Honorable Sarah L. Cave,
dated May 9, 2023 ......................................................... SA1896

Exhibit A to Letter -
Email from Adam Bialek to Annamarie Trombetta,
dated January 18, 2022 ......................................................... SA1901

iv

**Table of Contents**
**(Continued)**

Page

Exhibit B to Letter -
WorthPoint's First Set of Interrogatories,
dated February 25, 2022 ........................................................ SA1903

Exhibit C to Letter -
Plaintiff's Third Response to WorthPoint's
Interrogatories, dated June 27, 2022 ..................................... SA1916

Exhibit D to Letter -
Various Email Correspondence,
dated July 19, 2022 through August 8, 2022 ......................... SA1926

Exhibit E to Letter -
Various Email Correspondence,
dated September 9, 2022 to September 12, 2022 ................... SA1935

Exhibit F to Letter -
Email from Annamarie Trombetta to Nicole Haimson,
*et al*., dated September 15, 2022 .......................................... SA1939

Exhibit G to Letter -
Various Email Correspondence,
dated September 15, 2022 to September 28, 2022 ................. SA1940

**Volume 9**

Exhibit H to Letter -
Post-Deadline Court Submissions
Regarding Expert Disclosure Issues ...................................... SA1943

Exhibit I to Letter -
Redacted Documents Relating to Dr. Joseph Scelsa's
Opinions and Qualifications .................................................. SA1952

Exhibit J to Letter -
Redacted Expert Report of Gayle Skluzacek,
dated February 21, 2023, with Attachments .......................... SA2016

**Table of Contents**
**(Continued)**

|  | Page |
|---|---|

Plaintiff's Opposition Response to Defendant WorthPoint's
Motion to Preclude and Proffer Plaintiff's Expert Witnesses,
dated May 19, 2023 ........................................................ SA2051

Defendant WorthPoint's Response to Plaintiff's (Trombetta's)
First Set of Notice to Admit for Defendants [Sic] WorthPoint
Corporation, dated April 8, 2022 ................................. SA2069

WorthPoint' s Responses and Objections to Plaintiff's
Request for the Production of Documents and Photos,
dated April 8, 2022 ........................................................ SA2087

Defendant Worth Point's Responses and Objections to
Plaintiff's Request for the First Set of Interrogatories for
Defendants WorthPoint Corporation, dated April 8, 2022 ........... SA2115

Defendant Worth Point Corp.'s Response to Plaintiff's
Second Request for Admissions, dated July 13, 2022 ................. SA2132

Defendant WorthPoint Corp.'s Answers to Plaintiff's
Second Set of Interrogatories for Defendant WorthPoint
Corporation, dated July 1, 2022 ................................... SA2146

Defendant WorthPoint Corp.'s Answers to Plaintiff's
Second Request for Production of Documents,
dated July 1, 2022 ........................................................ SA2157

Defendant WorthPoint Corp.'s Responses to Plaintiff's
Third Request for Interrogatories, dated August 15, 2022 ........... SA2167

Defendant WorthPoint Corp.'s Responses and Objections
to Plaintiff's Third Request For Production of Documents,
dated August 15, 2022 ................................................. SA2182

Defendant WorthPoint Corp.'s Responses and Objections
to Plaintiff's Fourth Request For Production of Documents,
dated October 11, 2022 ................................................ SA2194

vi

**Table of Contents**
**(Continued)**

Page

**Volume 10**

Exhibits to Plaintiff's Opposition Response to Defendant
WorthPoint's Motion to Preclude and Proffer Plaintiff's
Expert Witnesses ............................................................. SA2208

Exhibits to Plaintiff's Opposition Response to Defendant
WorthPoint's Motion to Preclude and Proffer Plaintiff's
Expert Witnesses ............................................................. SA2241

Declaration of Jana S. Farmer in Opposition to Plaintiff's
Various Motions *in Limine* and Motions to Proffer,
dated May 30, 2023 ......................................................... SA2264

    Exhibit A to Farmer Declaration -
    First Initial Disclosure of Defendant WorthPoint
    Corporation Pursuant to FRCP 26(A)(1),
    dated February 25, 2022 ......................................... SA2267

    Exhibit B to Farmer Declaration -
    Redacted Declaration of Jason Packer,
    dated January 19, 2023, with Exhibits ................... SA2273

    Exhibit C to Farmer Declaration -
    Redacted Defendant WorthPoint Corporation's
    Expert Disclosure Pursuant to FRCP Rule 26(a)(2) of
    Jessie Stricchiola, dated January 19, 2023, with Exhibits ..... SA2296

    Exhibit D to Farmer Declaration -
    Email from Jana S. Farmer to Annamarie Trombetta,
    *et al*., dated October 11, 2022 ............................... SA2339

Plaintiff's Response to Defendants Estate Auctions Inc. and
Norb and Marie Novocin's Motion for Summary Judgment,
dated May 30, 2023 ......................................................... SA2340

Exhibits 1-12 of Plaintiff's Response to Defendants
Estate Auctions Inc. and Norb and Marie Novocin's
Motion for Summary Judgment ....................................... SA2372

**Table of Contents**
**(Continued)**

**Page**

Exhibits 13-21 of Plaintiff's Response to Defendants
    Estate Auctions Inc. and Norb and Marie Novocin's
    Motion for Summary Judgment ...................................................... SA2410

Exhibits 22-35 of Plaintiff's Response to Defendants
    Estate Auctions Inc. and Norb and Marie Novocin's
    Motion for Summary Judgment ...................................................... SA2445

**Volume 11**

Exhibits 36-38 of Plaintiff's Response to Defendants
    Estate Auctions Inc. Motion for Summary Judgment .................. SA2482

Exhibit 41 of Plaintiff's Response to Defendants
    Estate Auctions Inc. and Norb and Marie Novocin's
    Motion for Summary Judgment ...................................................... SA2525

Exhibits 39-41 of Plaintiff's Response to Defendants
    Estate Auctions Inc. Motion for Summary Judgement ................ SA2547

Letter from Annamarie Trombetta to the Honorable
    Sarah L. Cave, dated June 1, 2023 ............................................... SA2582

        Exhibit 1 to Letter -
        Various Email Correspondence between Annamarie
        Trombetta and Art Appraiser Gayle Skluzacek ..................... SA2584

        Exhibit 2 to Letter -
        Various Email Correspondence between
        Annamarie Trombetta and Dr. Joseph Scelsa ........................ SA2596

        Exhibit 3 to Letter -
        Plaintiff's Communication with Defendants
        for Witnesses ......................................................................... SA2618

        Exhibit 4 to Letter -
        Problems and Delays Caused by WorthPoint Defendants ..... SA2632

**Table of Contents**
**(Continued)**

**Page**

Exhibit 5 to Letter -
Plaintiff's Illness Beginning December 7, 2022
into Late January 2023 ........................................... SA2673

Exhibit 6 to Letter -
WorthPoint Attorneys 2023 Emailing Plaintiff
Requesting Expert Witness Depositions .............................. SA2676

Exhibit 7 to Letter -
Ebay Phone Call Transcript ................................... SA2682

Exhibit 8 to Letter -
List and Number by Month February to
December 2022 Plaintiff's Problems with Defendants ......... SA2708

Plaintiff's Response to Defendant WorthPoint Corporation's
Motion for Summary Judgment, dated June 7, 2023 ................... SA2721

**Volume 12**

Exhibits 1-9 to Plaintiff's Response to Defendant
WorthPoint Corporation's Motion for Summary Judgment ......... SA2759

Exhibit 10 to Plaintiff's Response to Defendant WorthPoint
Corporation's Motion for Summary Judgment ........................... SA2792

Exhibits 12-18D to Plaintiff's Response to Defendant
WorthPoint Corporation's Motion for Summary Judgment ......... SA2822

Exhibits 19A-24 to Plaintiff's Response to Defendant
WorthPoint Corporation's Motion for Summary Judgment ......... SA2857

Exhibits 25A-27 to Plaintiff's Response to Defendant
WorthPoint Corporation's Motion for Summary Judgment ......... SA2888

Exhibits 28-30D to Plaintiff's Response to Defendant
WorthPoint Corporation's Motion for Summary Judgment ......... SA2922

**<u>Table of Contents</u>**
**(Continued)**

**<u>Page</u>**

Letter from Jana S. Farmer to the Honorable Sarah L. Cave,
dated June 8, 2023 .......................................................... SA2947

Opinion and Order of the Honorable Sarah L. Cave,
dated June 22, 2023 ...................................................... SA2949

Order of the Honorable Laura Taylor Swain, dated July 5, 2023 ....... SA2966

x

**SA2482**

# EXHIBITS  PAGE 2

EXHIBIT #22   A Marie Novocin Dep, P 9- EAI  picture taker, shipper P.13

  B Marie Novocin Dep.Pages 41-43) Never saw 1972 Painting -Photographer

EXHIBIT#23   Marie Novocin Dep. Page 13—Attorney nothing to do with painting

EXHIBIT#24   Marie Novocin Dep Page 55-58   Question about photos of painting in 2012

EXHIBIT#25   Marie Novocin Dep Page 66   Owner of 1972 Oil unknown.

EXHIBIT#26   Norb Novocin Dep. Page 31-32 Owner Gifted  1972 Oil owner unknown.

  Norb Novocin Dep. Page 32  No visible Tear in Canvas

EXHIBIT#27   Nina Correia no written sales  receipt for eBay 1972 oil Pl. Evid. 000501

EXHIBIT#28   EBay  Receipts by Norb Novocin are on  Pages 135-136  EX. #28

EXHIBIT#29   Norb Novocin Dep.Page 52-55 Annamaria -unusual name -Secondary market

EXHIBIT#30   Norb Novocin Dep Page 15, EX# 30

EXHIBIT#31    99 Cents/ Norb Novocin Dep.Page 42- 47  WP Attorneys  ask about Signature

EXHIBIT#32   EAI Facebook page  selling Counterfeit items comment in Plain. Evid. 000345

EXHIBIT#33   Gayle Skluzacek askART bio in her files. EX, Pl. Evid. 000323-000579

EXHIBIT#34    Kris from askART Jan. 16, 2018 emails Regarding my Bio.000 321 -322

  Plaintiff's email to askART June 30, 2020 Plaintiff's Evidence 000585

EXHIBIT#35   Norb Novocin Dep. page 96-97  A. Trombetta as Teri Meissner sue him

  Dep. page 100

EXHIBIT#36   A Declaration Norb Novocin  Pl. Evid. 000174—000177

  B Declaration Marie Novocin  Pl.Evid. 000332—000337

EXHIBIT#37   Affidavit Patrick O'Leary Four eBay receipts

EXHIBIT#38   Attorney Anderson Duff in Pl. Evid. 000266-267  Rule 68 Offer of Judge

  Attorney Anderson Duff  Pl.   Evid -000 262-263 Blocked his emails

EXHIBIT#39    Plaintiff's CMI Evidence Biography  000295-296-

EXHIBIT#40    Plaintiff's Website Domain  Year of creation 2003 Pl's Evid. 000250

EXHBIT#41   EBay  Phone Call 2015/2016 Transcript

THIS PAGE INTENTIONALLY LEFT BLANK

**SA2483**

Case 1:18-cv-00993-RA-SLC   Document 56   Filed 06/26/20   Page 1 of 4

EXHIBIT

#36

(1)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ANNAMARIE TROMETTA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-cv-0993-RA-SLC |
| | ) | |
| v. | ) | |
| | ) | |
| NORB NOVOCIN, MARIE NOVOCIN, | ) | |
| ESTATE AUCTIONS, INC., WORTHPOINT | ) | |
| CORPORATION, WORTHPOINT.COM, and | ) | |
| JASON PECKER, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF NORB NOVOCIN IN SUPPORT OF DEFENDANTS' MOTION
FOR AN ORDER REQUIRING PLAINTIFF TO POST A BOND**

I, Norb Novocin, declare as follows:

1.      Together with my wife and co-defendant in this case, Marie Novocin, I owned and operated Estate Auctions, Inc. from April 23, 2012 until 2019.

2.      Estate Auctions curated a wide array of art and similar items that it sold through an online storefront on eBay.

3.      In 2012, Estate Auctions listed a painting on its eBay storefront that I personally inspected. The painting was signed on the front by "A. Trombetta" and featured an inscription reading "Annamarie Trombetta 'Gifted' 1997 'Painted' 1972" in red along its back stretcher (the "Painting").

4.      As was our typical practice, I conducted research to identify the artist who signed the Painting using online research tools designed for that purpose such as *AskArt.com*.

5.      When researching the Painting, I found only one artist whose name matched "A. Trombetta" and that artist was the Plaintiff, Annamarie Trombetta. Because "Annamarie

1

Plaintiff000174

EXHIBIT #36

(2)

Trombetta" was written on the back stretcher of the painting, we concluded that Plaintiff created the Painting.

6.    Before seeing the name Annamarie Trombetta on the Painting and researching the artist so that we could create an accurate listing for the Estate Auctions storefront describing the Painting, I had never heard of Annamarie Trombetta.

7.    I used biographical information about Plaintiff that I found on *AskArt.com* to ensure that the Estate Auctions eBay listing for the Painting was as accurate as possible. All of the information about Plaintiff that I included in the eBay listing was gleaned from *AskArt.com*.

8.    The Painting was listed on the Estate Auctions eBay seller's page for ten (10) days before it sold for $181.50. The profit made by Estate Auctions from this sale would have been significantly less than $180.

9.    After a buyer purchased the Painting, the Estate Auctions listing for the Painting was permanently removed for the Estate Auctions eBay seller's page and never republished by Estate Auctions, myself, or my wife.

10.    Neither Estate Auctions, nor myself, nor my wife have ever had any control of the content appearing at *worthpoint.com*.

11.    I did not think about the Painting again until my wife Marie received a phone call from a person identifying themselves as Teri Meissner in January 2017. Meissner followed up with an email on January 6, 2017. Meissner did not say anything about the Painting be misattributed. Meissner's sole stated concern was the chain of ownership of the Painting. Meissner demanded that Estate Auctions provide her with the name and contact information for the third party who purchased the Painting in 2012. Despite several additional phone calls from

Plaintiff000175

**SA2485**

EXHIBIT #36 (3)

Case 1:18-cv-00993-RA-SLC   Document 56   Filed 06/26/20   Page 3 of 4

the person calling themselves Meissner, they never once stated that the Painting had been misattributed and focused solely on the identity of the purchaser of the Painting.

12.     At "Meissner's" request, I contacted the purchaser of the Painting and asked if Estate Auctions could share their contact information. The purchaser asked us not to share that information. The purchaser also stated that he did not care about the artist and had purchased the Painting for purely aesthetic reasons.

13.     After roughly the third phone call I received from the person identifying themselves as "Meissner," I saw that the caller ID identified Annamarie Trobmetta and not Teri Meissner.

14.     Only after my wife and I refused to provide the purchaser's private information did we receive a letter from an attorney, Megan Noh, in late August 2017 asserting that the Painting had been misattributed to Plaintiff.

15.     In a subsequent phone call with Noh, answered by my wife Marie, Noh demanded to know why Estate Auctions continued to publish information about the painting on *worthpoint.com* in the years since the Painting was sold. When my wife Marie notified Noh that Estate Auctions only published the listing for ten (10) days until the Painting sold and that we had no connection to Worthpoint, the conversation ended and we did not hear from attorney Noh again.

16.     Nevertheless, Plaintiff continued to harass my wife and I and filed a complaint with the Better Business Bureau against Estate Auctions.

17.     After the Better Business Bureau investigated Plaintiff's complaint, the Better Business Bureau not only found that Plaintiff's complaint lacked merit, it invited Estate Auctions

Plaintiff000176

EXHIBIT #36

(4)

Case 1:18-cv-00993-RA-SLC   Document 56   Filed 06/26/20   Page 4 of 4

to join the Better Business Bureau and gave Estate Auctions permission to include its seal on all eBay listings posted by Estate Auctions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 25, 2020

Norb Novocin

Plaintiff000177

Case 1:18-cv-00993-LTS-SLC    Document 488-4    Filed 05/30/23    Page 6 of 43

EXHIBIT #36 (5)

Page 198

N. NOVOCIN

Q.    To the best of your knowledge, did Estate Auctions, did you have insurance for your company?

A.    No.

Q.    Not at any time did you have insurance for your company?

A.    Correct.

Q.    What is the date of the ending of Estate Auctions?

MR. DUFF:  Objection.

A.    We have three different Estate Auctions, Inc.  Estate Auctions, Inc. In Florida started in 2001 and ended in 2012. Estate Auctions in Delaware started April 23, 2012 until it went defunct.  We stopped using it in July of 2013 when we started Estate Auctions LLC.  That started on July 15, 2013 and went until July -- January 11, 2019.

Q.    So can you tell me very simply and very specifically, which Estate Auctions, Inc. was the Estate Auctions during the sale of the 2012, 1972 painting?

MR. DUFF:  Objection.

EXHIBIT #36 (6)

Page 199

N. NOVOCIN

A.     Estate Auctions LLC started on April 23, 2012 and ran through July of 2013.

Q.     July of 2013?

A.     So it was -- so Estate Auctions was only in existence for one year before we started a different company and started operating with that company name.  We let Estate Auctions, Inc. go defunct.  We didn't do anything to end it.  We just let it go defunct and Estate Auctions only had from April to July, April 2012 to July 2013, correct.

Q.     That was the time period for the sale?

A.     Correct.

Q.     I needed to clarify that. Again, at no time there was insurance with your business?

A.     That is correct.

Q.     With any of the three different Estate Auctions, Inc., there was never any insurance?

A.     Correct.

Case 1:18-cv-00993-LTS-SLC     Document 488-4     Filed 05/30/23     Page 8 of 43

EXHIBIT #36  7

**Page 200**

N. NOVOCIN

Q.     What about for YQZ?

A.     YQZ started on January 11, 2019 and it is still operating today.

Q.     Do you have insurance on that?

A.     Why is that relevant?

Q.     I'm asking.

A.     I'm saying, why do you need to know?

Q.     Because I am inquisitive.  Do you have insurance?

A.     It's none of your business right now.  That's not it.  That's a different entity from everything else.  That's something this is not about --

Q.     You don't want to reveal whether you have insurance?

        MR. DUFF:  We are objecting to that question.

        MS. TROMBETTA:  Other than that, that is it.

        THE WITNESS:  Thank you.

        (Whereupon, at 5:18 P.M., the Examination of this witness was concluded.)

SA2490

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXHIBIT #36

_____

ANNAMARIE TROMETTA,            )
                               )
            Plaintiff,         )        Case No. 18-cv-0993-RA-SLC
                               )
    v.                         )
                               )
NORB NOVOCIN, MARIE NOVOCIN,   )
ESTATE AUCTIONS, INC., WORTHPOINT )
CORPORATION, WORTHPOINT.COM, and )
JASON PECKER,                  )
                               )
            Defendants.        )
_____

**DECLARATION OF NORB NOVOCIN IN SUPPORT OF DEFENDANTS' MOTION
FOR AN ORDER REQUIRING PLAINTIFF TO POST A BOND**

I, Norb Novocin, declare as follows:

1.    Together with my wife and co-defendant in this case, Marie Novocin, I owned and operated Estate Auctions, Inc. from April 23, 2012 until 2019.

2.    Estate Auctions curated a wide array of art and similar items that it sold through an online storefront on eBay.

3.    In 2012, Estate Auctions listed a painting on its eBay storefront that I personally inspected. The painting was signed on the front by "A. Trombetta" and featured an inscription reading "Annamarie Trombetta 'Gifted' 1997, 'Painted' 1972" in red along its back stretcher (the "Painting").

4.    As was our typical practice, I conducted research to identify the artist who signed the Painting using online research tools designed for that purpose such as *AskArt.com*.

5.    When researching the Painting, I found only one artist whose name matched "A. Trombetta" and that artist was the Plaintiff, Annamarie Trombetta. Because "Annamarie

1

EXHIBIT

7

Case 1:18-cv-00993-RA-SLC   Document 57   Filed 06/26/20   Page 1 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff's Evidence  000332

ANNAMARIE TROMETTA,                    )
                                       )
              Plaintiff,               )          Case No. 18-cv-0993-RA-SLC
                                       )
      v.                               )
                                       )
NORB NOVOCIN, MARIE NOVOCIN,           )          EXHIBIT
ESTATE AUCTIONS, INC., WORTHPOINT      )          #36 B(1)
CORPORATION, WORTHPOINT.COM, and       )
JASON PECKER,                          )
                                       )
              Defendants.              )

**DECLARATION OF MARIE NOVOCIN IN SUPPORT OF DEFENDANTS' MOTION FOR AN ORDER REQUIRING PLAINTIFF TO POST A BOND**

I, Marie Novocin, declare as follows:

1.     Together with my husband and co-defendant in this case, Norb Novocin, I owned and operated Estate Auctions, Inc. from April 23, 2012 until 2019.

2.     Estate Auctions curated a wide array of art and similar items that it sold through an online storefront on eBay.

3.     In 2012, Estate Auctions listed a painting on its eBay storefront that my husband Norb personally inspected. The painting was signed on the front by "A. Trombetta" and featured an inscription reading "Annamarie Trombetta 'Gifted' 1997, 'Painted' 1972" in red along its back stretcher (the "Painting").

4.     As was our typical practice, my husband Norb conducted research to identify the artist who signed the Painting using online research tools designed for that purpose such as *AskArt.com.*

1

Plaintiff's Evidence  000333

5.     When researching the Painting, my husband Norb found only one artist whose name matched "A. Trombetta" and that artist was the Plaintiff, Annamarie Trombetta. Because "Annamarie Trombetta" was written on the back stretcher of the painting, we concluded that Plaintiff created the Painting.

6.     Before talking to Norb about his research concerning the Painting, I had never heard of Annamarie Trombetta.

7.     Estate Auctions used biographical information about Plaintiff that Norb found on *AskArt.com* to ensure that the Estate Auctions eBay listing for the Painting was as accurate as possible. All of the information about Plaintiff that Estate Auctions included in the eBay listing was gleaned from *AskArt.com*.

8.     The Painting was listed on the Estate Auctions eBay seller's page for ten (10) days before it sold for $181.50. The profit made by Estate Auctions from this sale would have been significantly less than $180.

9.     After a buyer purchased the Painting, the Estate Auctions listing for the Painting was permanently removed for the Estate Auctions eBay seller's page and never republished by Estate Auctions, myself, or my husband Norb.

10.     Neither Estate Auctions, nor myself, nor my husband Norb have ever had any control of the content appearing at *worthpoint.com*.

11.     I did not think about the Painting again until I received a phone call from a person identifying themselves as Teri Meissner in January 2017. Meissner followed up with an email on January 6, 2017. Meissner did not say anything about the Painting be misattributed. Meissner's sole stated concern was the chain of ownership of the Painting. Meissner demanded that Estate Auctions provide her with the name and contact information for the third party who purchased

EXHIBIT #36
B (2)

**SA2493**

Case 1:18-cv-00993-RA-SLC   Document 57   Filed 06/26/20   Page 3 of 4

Plaintiff's Evidence  000334

the Painting in 2012. Despite several additional phone calls from the person calling themselves Meissner, they never once stated that the Painting had been misattributed and focused solely on the identity of the purchaser of the Painting.

12.     At "Meissner's" request, my husband Norb contacted the purchaser of the Painting and asked if Estate Auctions could share their contact information. The purchaser asked us not to share that information and stated that he did not care about the artist and had purchased the Painting for purely aesthetic reasons.

13.     After roughly the third phone call we received from the person identifying themselves as "Meissner," my husband Norb saw that the caller ID identified Annamarie Trobmetta and not Teri Meissner.

14.     Only after my husband and I refused to provide the purchaser's private information did we receive a letter from an attorney, Megan Noh, in late August 2017 asserting that the Painting had been misattributed to Plaintiff.

15.     In a subsequent phone call with between myself and Noh, Noh demanded to know why Estate Auctions continued to publish information about the painting on *worthpoint.com* in the years since the Painting was sold. When I notified Noh that Estate Auctions only published the listing for ten (10) days until the Painting sold and that we had no connection to Worthpoint, the conversation ended and we did not hear from attorney Noh again.

16.     Nevertheless, Plaintiff continued to harass my husband and I and filed a complaint with the Better Business Bureau against Estate Auctions.

17.     After the Better Business Bureau investigated Plaintiff's complaint, the Better Business Bureau not only found that Plaintiff's complaint lacked merit, it invited Estate Auctions

EXHIBIT #36
(3)

Case 1:18-cv-00993-RA-SLC    Document 57    Filed 06/26/20    Page 4 of 4

to join the Better Business Bureau and gave Estate Auctions permission to include its seal on all

eBay listings posted by Estate Auctions.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated: June 25, 2020

Marie Novocin

Marie Novocin

Plaintiff's Evidence 000335

EXHIBIT

#36 B

(4)

**SA2495**

Case 1:18-cv-00993-RA-SLC   Document 83   Filed 07/21/20   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNAMARIE TROMETTA, ) | Plaintiff's Evidence  000336 |
| ) | |
| Plaintiff, ) | Case No.  18-cv-0993-RA-SLC |
| ) | |
| v. ) | |
| ) | |
| NORB NOVOCIN, MARIE NOVOCIN, ) | |
| ESTATE AUCTIONS, INC., and WORTHPOINT ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**SECOND DECLARATION OF MARIE NOVOCIN IN SUPPORT OF DEFENDANTS'
MOTION FOR AN ORDER REQUIRING PLAINTIFF TO POST A BOND**

I, Marie Novocin, declare as follows:

1.     Together with my husband and co-defendant in this case, Norb Novocin, I owned
and operated Estate Auctions, Inc. from April 23, 2012 until 2019.

2.     I never spoke with Plaintiff but did speak with a person who identified themselves
as Teri Meissner who specifically requested the contact information for the purchaser of the
painting that is the subject of the above-captioned lawsuit.

3.     I printed out an email I received from Meissner and wrote, by hand, the phone
number Meissner provided on the printed-out email.

4.     The phone number Meissner provided was 212.427.5990, which is, according to
multiple filings in this case, Plaintiff's phone number. (Pl.'s Am. Compl. 15, ECF No. 33; ECF
No. 36, at 39.)

*2nd · EXHIBIT #36 B(5)*

1

**SA2496**

Plaintiff's Evidence  000337

Case 1:18-cv-00993-RA-SLC   Document 83   Filed 07/21/20   Page 2 of 2

5.    My husband, Norb Novocin, and I suspect that "Teri Meissner" was a false name used by Plaintiff and that all of our phone calls and correspondence with Meissner were actually with Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Dated:  July 21, 2020

_Marie Novocin_
Marie Novocin

EXHIBIT #36 (6)



Hunting Anitique | Teasure Hunting | Selling Anitques on Ebay

Plaintiff's Evidence 000338

8/6/20, 9:59 PM

Home    About    FAQs    Contact    Newsletter    Rare Antiques    Customer Service »    Blog    Online Store    Treasure Hunt Guide

*Estate Auctions Inc. YQZ Antiques*

*Your Quality Zone*

*Getting Sold On eBay*
*The Treasure Hunter's Guide to Making Money*

*Rare Antiques...Handling Quality Consignments for 15 Years*

**New** THE BOOK IS DONE!! "Getting SOLD on eBay, The Treasure Hunter's Guide to Making Money"

**CurrentNews**

Updated 07/27/16 In the mood for something different? Since Picasso's early appreciation, the status of African art has climbed. Pablo Picasso thought African Art was most powerful thing the human imagination had ever created. Africa has more distinct peoples and cultures than any other, and its artistic traditions vary hugely from region to region. Up for auction we have a huge striking collection of ethnic African Tribal Statues and Ceremonial Mask. Click on line to view entire collection. View the collection!

**Treasure Hunters Guide**

*View Page*

Our new book Getting Sold On eBay along with our training DVD will help ambitious people navigate their way to eBay greatness. For those just looking for a good and fun read...you won't disappointed. Read More

**NewsLetter**

*Stay Up To Date*
*Current Auctions*
*Coupons*
*Contest*

Sign up for our newsletter for coupons, updates, latest auctions and exciting news. If you have a specific interest or collection and you would like to receive an email notification each time a unique item has been newly added to our site, please Join Our Mailing List and specify all of your antique interests. Mailing List

Main Menu:

» Home
» About
» Hot Antiques Online
» FAQs
» Contact

**Getting Sold On eBay**

Top Sellers on eBay Since 1999

Our family has been selling on eBay since 1998. We have fun working together and we learn something new everyday. One thing we learned four years ago was there was many other folks like us who wanted to be in business for themselves and have fun doing it.

Our new book Getting Sold On eBay along with our training DVD will help ambitious people navigate their way to eBay greatness. For those just looking for a good and fun read...you won't disappointed.

http://home.estateauctionsinc.com/EAI_Estate_Auction_ebay_treasure_hunt.htm

Page 1 of 2

EXHIBIT #36 B (7)

Website of Estate Auction Inc.

Page 45

M. NOVOCIN

statement?

A.    Yes.

Q.    It doesn't specify when in 2019.  Can you elaborate on the month or date.  Which month in 2019?

A.    We ceased operations as Estate Auctions, Inc. at the very end of 2018, so probably January of 2019.

Q.    So when in 2019, ma'am?  I'm sorry.

A.    January 1st.

Q.    So January 1st of 2019, okay.  So technically, no public office is open on January 1, 2019.  So can you give me the dates when the --

MR. DUFF:  Objection.

You can answer.  She just answered this question.

Q.    Can you give me the date when the business was closed?

A.    We stopped operation on December 31st.  We started that business, that entity January 11, 2019.

Q.    January 11th what, ma'am?  I am

EXHIBIT #36 B(8)

**SA2499**

Page 40

M. NOVOCIN

Q.    In number 2, can you see that Ms. Novocin?

A.    Do I see that?

Q.    It is the second declaration of Marie Novocin in support of defendant's motion for an order requiring plaintiffs to post a bond?  The date of this document is July 21, 2020.  In number 2, "I", meaning you, "never spoke with plaintiff, but did speak with the person who identified themselves as Teri Meissner, who specifically requested the contact information for the purchaser of the painting that is the subject of the above captioned lawsuit".  Did you write that?  It's your declaration.

A.    It is my declaration, yes.

Q.    So you did write that and do you still stand by your statement I never spoke with plaintiff?

A.    Well, yeah.  Plaintiff has another identity.  I spoke to somebody who identified them self as Teri Meissner.  You are informing me that it was you that I

EXHIBIT #36B
(9)

Veritext Legal Solutions
www.veritext.com
212-267-6868    516-608-2400

**SA2500**

EXHIBIT #0036 (1)

B (10)

Page 68

Marie

M. NOVOCIN

MR. BIALEK:  Join.

A.  I said already I had nothing to do with this painting, as in our profession.

Q.  But yet you declared in June and July of 2020 certain statements confirming that your husband gleaned the biography from askArt?  Yes or no.

MR. DUFF:  Objection.

Q.  Did your husband glean from askArt my biography?

A.  Haven't you already asked him that?

MR. DUFF:  Objection.  Asked and answered.

Q.  I am repeating for the very last time.

Marie Admits Plaintiff Called Jan 10. 2017

A.  This is like talking to you and that phone call where you demanded to know the buyer's name.

Plaintiff

Q.  So then you admit it was me who you spoke to in the phone call; is that correct?

MR. BIALEK:  You were

**SA2501**

*EXPERT Affidavit #1*                                                              *PATRICK MICHAEL O'LEARY*

# Plaintiff's Expert Affidavit #1

EXHIBIT #37 (1)

*EXPERT Affidavit #1*                                                                                     *PATRICK MICHAEL O'LEARY*

# Table of Contents

Plaintiff's Expert Affidavit #1 Sworn Statement                                    3
Plaintiff's Expert Affidavit #1 Conclusion                                         17
Plaintiff's Expert Affidavit #1 Signature                                          19
Exhibit A Plaintiff's Experts CV                                                    21

EXHIBIT #37 (2)

# Plaintiff's Expert

# Affidavit #1

# Sworn
# Statement



EXHIBIT #37 (3)

EXHIBIT #3 (4)

*EXPERT Affidavit #1*                                                                    *PATRICK MICHAEL O'LEARY*

**Plaintiffs:**     Trombetta                    Southern District of New York
                    **vs.**              §

**Defendants:**                          §     **Case No.** CV18 0993
                    Novocain

## AFFIDAVIT SWORN STATEMENT

**Date**: December 5th, 2022

My legal name is Patrick Michael O'Leary ("Affiant"), and I acknowledge I am:

  a) **Age**: 58 years old
  b) **Address**: 31 Par Ln N, Brentwood, New York, 11717
  c) **Residency**: New York

Being duly sworn, I hereby declare under oath that I (Patrick Michael O'Leary) have been retained as an expert by the Plaintiff to render my expert opinions in this matter. Accordingly, this document will serve as an expert witness affidavit for the Plaintiff.

I can state the following with absolute certainty:

I have **35** years of ***relevant*** and ***recent*** *experience* with ***Internet*** activities.

I have the ***expertise, scientific/technical/specialized knowledge, skill, training, education, and personal experience*** *beyond the common knowledge* **and** *outside the executive function* of the Trier that qualifies me to render expert opinions on this litigation matter.

*My analysis, recommendations, and opinions are with* ***Intellectual Rigor, Replicability, and Reliability*** *with* ***sufficient facts or data*** *as expected with expert witness affidavits and reports!*

EXHIBIT # 5

*EXPERT Affidavit #1*                                                *PATRICK MICHAEL O'LEARY*

To The Honorable Judge Cave,

I am writing to the Court on behalf of Annamarie Trombetta, the Plaintiff in this legal matter.

In **1987**, I completed a bachelor's degree in Electrical Engineering / Computer Science from the **NYU** / Polytechnic Institute of Brooklyn, New York *("Brooklyn Poly")*.

In **2000**, I sold an Internet Social media dot-com to *Lycos* for **45** million dollars.

In **2011**, I completed **seven** IT security certifications with ISC2, EC-Counsel, and Comp-TIA. (CISSP, CEH, CHFI, etc.)  The CISSP (**C**ertified **I**nformation **S**ystems **S**ecurity **P**rofessional) certification exam is to Information Technology as a Bar Exam would be to a lawyer.

In **2020**, I completed my **MBA** from Hofstra University with a **3.96** GPA.

Presently, I am *(slowly)* working on my **JD** law degree.

I have **thirty-five** plus years of post-college hands-on industry experience, from sitting in a cubicle programming and developing software to being the **Chief Technology Officer** (CTO) and **Chief Executive Officer** (CEO).

I have experience in **Internet business** areas of Planning, Strategy, Analysis, Operations Research, Sales, Marketing, Branding, Finances, Budgeting, Human Resources, Real Estate(Data Centers), Acquisitions, Mergers, Due Diligence, Risk Management, Sale of Company, Venture Capital, Investment Bankers, Social Media, Intellectual Property, Patents, Prior Art and Trademarks.

I have experience in the **Internet technical** areas of **Security**, **Programming**, Databases, Websites, SEO, Engineering, **Software**, Hardware, Networking (TCP/IP), Routing, Content. Filtering, **eMail (SMTP)**, Life-cycle, Risk Management, Information Technology (IT), Facility Maintenance/ Construction, Social Networking, Linux, Apache, MySQL, PHP, C#, HTML, Big Data platforms and content management systems like Drupal.

As a result, I have been admitted to the *1st, 2nd, 3rd, and 5th* Federal Circuits as an Internet subject matter expert.

I am currently an Internet Expert Witness and consult for law firms as an Internet Litigation Consultant.

**My full detailed CV is in Exhibit A.**

**SA2506**

EXHIBIT #37 (6)

*EXPERT Affidavit #1*                                                                                   *PATRICK MICHAEL O'LEARY*

The Plaintiff, Ms. Trombetta engaged me a ***few months ago*** to assist her with **technology** and **business** matters for both *liability and damages* in the litigation.

On or about **November 27th, 2022**, Ms. Trombetta requested my assistance regarding **two** email messages sent to her from the Defendant's attorney, Adam Bialek.

1) The ***first*** was sent **November 17, 2022,** was unable to be opened on her computer as it was in a ***".eml"*** format.

2) The ***second*** concerned the content of coding she received from the Defendants attorney on **November 23rd, 2022.** *(The Wednesday before Thanks Giving.)*

The **first** email was in a format for use with an email application on a computer or handheld device. I opened the first email with the default mail program on an Apple MacMini running MacOS Monterey (12.4). This effort resulted in an email from eBay regarding an item sold, referencing a 1972 oil painting that Ms. Trombetta did not paint.

The **second** email only contained HTML coding for the body of an eBay receipt email. Ms. Trombetta requested the full raw email (in plain ASCII text) to include the entire *Simple Mail Transfer Protocol* (**SMTP**) message stream.

In a conference call, she explained the **three simple steps** for how the Defendants could export and send this information to her in compliance with this request. These three steps are as follows:



1.  **Open** the message.

2.  Click the **More Menu** *(shown with 3 dots)* in the top right of this message window.

3.  In the drop-down menu, choose **View Raw Message** or **Original Message** option.

I confirm that her explanation and method are correct. Candidly, this is not difficult stuff, her instructions are pretty straightforward, as a person only needs to find the active drop-down menu (associated with an email message), which has the **View Raw Message** or **View Original** email.

A new window will appear showing the **raw email message** she requested, containing **all** the **SMTP** protocol data and the entire email message (in all its formats) with any attachments.

Case 1:18-cv-00993-LTS-SLC    Document 488-4    Filed 05/30/23    Page 26 of 43

EXHIBIT #37(1)

*EXPERT Affidavit #1*                                                                                    *PATRICK MICHAEL O'LEARY*

## Simple Mail Transport Protocol (SMTP) Overview



**Teaching Note:** The SMTP protocol data will include the *Name:Value* variable pairs, including (but not limited to) the sender's email, the date, the receiver's email address, etc. I show a general visual layout below.



An example of the full SMTP raw message is as follows.



EXHIBIT 37 (8)

*EXPERT Affidavit #1*                                                    *PATRICK MICHAEL O'LEARY*

Below, I show a partial screenshot of the **second** email sent to Ms. Trombetta from Mr. Bialek on **November 23rd, 2022.**

Mail - Annamarie Trombetta - Outlook

### RE: Email

**Bialek, Adam <Adam.Bialek@wilsonelser.com>**
Wed 11/23/2022 11:33 AM
To: 'Annamarie Trombetta' <annamarietrombettalegal@outlook.com>; 'Annamarie Trombetta' <atrombettaart@gmail.com>; 'ajd@hoganduff.com' <ajd@hoganduff.com>; 'ajd@andersonjduff.com' <ajd@andersonjduff.com>
Cc: Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>
Here is the Source Information from the email that I was able to capture. Being sent as a courtesy.

&lt;html&gt;&lt;head&gt;
&lt;/head&gt;&lt;body&gt;&lt;div dir="ltr"&gt;&lt;br&gt;&lt;div class="gmail_quote"&gt;---------- Forwarded message ----------&lt;br&gt;From: &lt;b class="gmail_sendername"&gt;eBay&lt;/b&gt; &lt;span dir="ltr"&gt;&lt;&lt;a href="mailto:ebay@ebay.com"&gt;ebay@ebay.com&lt;/a&gt;&gt;&lt;/span&gt;&lt;br&gt;Date: Sat, Dec 1, 2012 at 9:54 PM&lt;br&gt;Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)&lt;br&gt;To: &lt;a href="mailto:ebay@novocin.com"&gt;ebay@novocin.com&lt;/a&gt;&lt;br&gt;&lt;br&gt; &lt;br&gt;&lt;div&gt;&lt;div id="m_3729392004584666707Header"&gt;&lt;div&gt;&lt;table border="0" cellpadding="0" cellspacing="0" width="100%"&gt;&lt;tbody&gt;&lt;tr&gt;&lt;td width="100%" style="word-wrap:break-word"&gt;&lt;table cellpadding="2" cellspacing="3" border="0" width="100%"&gt;&lt;tbody&gt;&lt;tr&gt;&lt;td width="1%" nowrap=""&gt;&lt;img src="http://q.ebaystatic.com/aw/pics/logos/ebay_95x39.gif" height="39" width="95" alt="eBay"&gt;&lt;/td&gt;&lt;td align="left" valign="bottom"&gt;&lt;span style="font-weight:bold;font-size:xx-small;font-family:verdana,sans-serif;color:#666"&gt;&lt;b&gt;eBay sent this message to Norb &amp; Marie Novocin (estateauctionsinc).&lt;/b&gt;&lt;br&gt;&lt;/span&gt;



&lt;span&gt;Don't want to receive this email? &lt;a href="http://my.ebay.com/ws/eBayISAPI.dll?EmailUnsubscribe&amp;emailType=12011" target="_blank"&gt;Unsubscribe from this email&lt;/a&gt;.&lt;/span&gt;&lt;br&gt; &lt;/span&gt;&lt;/li&gt;&lt;/ul&gt;&lt;/div&gt;&lt;/div&gt;&lt;/div&gt;&lt;/div&gt;&lt;div id="m_3729392004584666707MarketPlaceSafetyTip"&gt;&lt;/div&gt;&lt;div id="m_3729392004584666707Footer"&gt;&lt;div&gt;&lt;hr style="HEIGHT:1px"&gt;&lt;table border="0" cellpadding="0" cellspacing="0" width="100%"&gt;&lt;tbody&gt;&lt;tr&gt;&lt;td width="100%"&gt;&lt;font style="font-size:10pt;font-family:arial,sans-serif;color:#000"&gt;&lt;b&gt;Email reference id: [#&lt;wbr&gt;45d0df16f2ea40759d3656f834970b&lt;wbr&gt;06#]&lt;/b&gt;&lt;br&gt;Please don't remove this number. eBay customer support may ask you for this number, if you should need assistance. &lt;/font&gt;&lt;/td&gt;&lt;/tr&gt;&lt;/tbody&gt;&lt;/table&gt;&lt;br&gt;&lt;/div&gt;&lt;hr style="HEIGHT:1px"&gt;&lt;table border="0" cellpadding="0" cellspacing="0" width="100%"&gt;&lt;tbody&gt;&lt;tr&gt;&lt;td width="100%"&gt;&lt;font style="font-size:xx-small;font-family:verdana;color:#666"&gt;&lt;a href="http://pages.ebay.com/education/spooftutorial/index.html" target="_blank"&gt;Learn More&lt;/a&gt; to protect yourself from spoof (fake) emails.&lt;br&gt;&lt;br&gt;eBay sent this email to you at &lt;a href="mailto:ebay@novocin.com" target="_blank"&gt;ebay@novocin.com&lt;/a&gt; about your account registered on &lt;a href="http://www.ebay.com" target="_blank"&gt;www.ebay.com&lt;/a&gt;.&lt;br&gt;&lt;br&gt;eBay sends these emails based on the preferences you set for your account. To unsubscribe from this email, change your &lt;a href="http://my.ebay.com/ws/eBayISAPI.dll?MyEbayBeta&amp;CurrentPage=MyeBayNextNotificationPreferences" target="_blank"&gt;communication preferences&lt;/a&gt;. Please note that it may take up to 10 days to process your request. Visit our &lt;a href="http://pages.ebay.com/help/policies/privacy-policy.html" target="_blank"&gt;Privacy Policy&lt;/a&gt; and &lt;a href="http://pages.ebay.com/help/policies/user-agreement.html" target="_blank"&gt;User Agreement&lt;/a&gt; if you have any questions.&lt;br&gt;&lt;br&gt;Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125. &lt;/font&gt;&lt;/td&gt;&lt;/tr&gt;&lt;/tbody&gt;&lt;/table&gt;&lt;img src="http://rover.ebay.com/roveropen/0/e12011/7?euid=45d0df16f2ea40759d3656f834970b06" height="1" width="1"&gt;&lt;/div&gt;&lt;/div&gt;&lt;/div&gt;&lt;br&gt;&lt;/div&gt;&lt;/body&gt;&lt;/html&gt;

Page   3  /  3      —    🔍   +

**SA2509**

*EXHIBIT #37 (9)*

EXPERT *Affidavit #1*                                                                                  PATRICK MICHAEL O'LEARY

This response from the Defendants is merely the HTML coding of the body of the eBay email, which is **NOT** compliant with the discovery request made by Ms. Trombetta. As I explained above, Ms. Trombetta gave the Defendants step-by-step instructions, practically holding their hand on how to respond correctly. *(Unfortunately, from the outside looking in, this behavior of the Defendants seems to occur frequently.)*

Nonetheless, I took this HTML code in the Defendant's second email response from **November 23rd, 2022,** and put it into a file on my *ExpertWitness.com* server. The output of that file is as follows.



You can verify these by clicking on or directing your browser to the following web address URLs:

| Item | Date | Verification Link |
|------|------|-------------------|
| HTML from the *eml* file | November 17th, 2022 | http://www.expertwitness.com/at4.html |
| HTML from **sent** email | November 23rd, 2022 | http://www.expertwitness.com/at3.html |

EXHIBIT #37 (b)

*EXPERT Affidavit #1*                                                                       *PATRICK MICHAEL O'LEARY*

I am returning to the **first** email (eml file) the Defendants sent to Ms. Trombetta **on November 17, 2022**. The following screenshot shows this email opened by the email application program.

[screenshot of email labeled "HTML from EML file" with annotation arrows: "MacOS Window Controls", "Yellow Bar is Present", "Ebay Logo is Present", "Account Link is Present", "IMG ALT field is missing"]

To be clear, the HTML source information sent to Ms. Trombetta on **November 17, 2022** (in email) produced the **same visual** document that she received on **November 23, 2022** *(in eml format* that she could not view before my assistance).



**Here is the first problem!**

Ms. Trombetta requested the Original or Raw Message Data for the 2012 eBay sale.

Unfortunately, from my analysis and inspection, I  can state that she was **not** sent the raw email message with all the SMTP data as requested.

EXHIBIT #37 11

*EXPERT Affidavit #1*                                                                                    *PATRICK MICHAEL O'LEARY*

Defendant, Estate Auctions Inc. in discovery, turned over **two versions** of the receipt for the eBay sale in question.

**Bates 58-59**

EAI000058

Wednesday, April 27, 2022 at 21:30:09 Eastern Daylight Time

**Subject:** Fwd: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)

**Date:** Tuesday, January 10, 2017 at 5:28:43 PM Eastern Standard Time

**From:** eBay EAI

**To:** Norb Novocin, marie novocin

---------- Forwarded message ----------
From: eBay <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
To: ebay@novocin.com

eBay

eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
Your registered name is included to show this message originated from eBay. Learn more

**Congratulations, your item sold!**

Dear estateauctionsinc,

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print

Complete one of the following:

- **Print a shipping label** Avoid a trip to the post office, print and pay for your label at home. Printing shipping la you reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking i automatically.
- **Provide shipping and tracking information**. When you upload tracking information to eBay, we'll send it to yo the item is on its way. This will save you time, and may result in fewer questions from buyers and higher det
- **Mark your item as shipped in My eBay**. Do this, and we'll let your buyer know the item is on its way. This wil result in fewer questions from buyers and higher detailed seller ratings.

You should always **leave feedback** for your buyer to encourage them to buy from you again.

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

1972 Original Oil Painting Man \ Annamarie Trombetta yqz
Sale price:                     $181.!
Quantity sold:                  1
Sale date:                      Dec-0
Buyer:                          nina c
                                9nack
                                [conta
Buyer's shipping address nina c
                                14215
                                reno, I
Sell another item | Send invoice

Select your email preferences
- Want to reduce your inbox email volume? Receive this email as a daily digest.
  For other email digest options, go to Notification Preferences in My eBay.
- Don't want to receive this email? Unsubscribe from this email.

Page 1 of 2



EAI000059

Email reference id: [#45d0df16f2ea40759d3656f834970b06#]
Please don't remove this number. eBay customer support may ask you for this number, if you should need assistance.

Learn More to protect yourself from spoof (fake) emails.

eBay sent this email to you at ebay@novocin.com about your account registered on www.ebay.com

eBay sends these emails based on the preferences you set for your account. To unsubscribe from this email, change your communication preferences. Please note that it may take up to 10 days to process your request. Visit our Privacy Policy and User Agreement if you have any questions.

Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125.

*Monday, December 5, 2022*                              *Page 11 of 22*                              *CASE NO. CV18 0993*

EXHIBIT#37 (12)

*EXPERT Affidavit #1*                                                    *PATRICK MICHAEL O'LEARY*

Defendant, Estate Auctions Inc. turned over a discovery response of the receipt for the eBay sale in question.



**Here is the second problem:**

**Question:** How do we have **THREE** different screenshots for the same eBay sales receipt?   *(#1, #2 are the same but different from both #3 and #4.)*

**Question:** Why can't the Defendants comply with a simple discovery request?

**Answer:** Something nefarious is obviously going on here by the Defendants.



Exhibit #37 (13)

*EXPERT Affidavit #1*                                                                *PATRICK MICHAEL O'LEARY*

## Timeline of the Ebay Receipt History



Looking at the eBay receipts from a birds eye view in a timeline, it is pretty obvious something underhanded is going on. You can scroll up to see bigger pictures of each image.

**SA2514**

*EXPERT Affidavit #1*                                                                 *PATRICK MICHAEL O'LEARY*

---

## Regarding Email Dated Feb 20, 2016 to Will/Support @ worthpoint.com

Here is the ORDER of the Court:

ORDER: Pursuant to the telephonic discovery conference held today, November 23, 2022 (the "Conference"), the Court orders as follows: 1. Defendants Norb Novocin, Marie Novocin, and Estate Auctions Inc. (together, the "EAI Defendants") shall produce to pro se Plaintiff Annamarie Trombetta ("Ms. Trombetta"), the following: a. the eBay receipt of the 2012 sale of the 1972 original oil painting, in the native electronic format; and b. documentation of the medium by which the transaction occurred (i.e., Paypal, credit card, check, etc.), to the extent such information exists. 2. Defendant Worthpoint Corporation ("Worthpoint," together with the EAI Defendants, the "Defendants") shall produce to Ms. Trombetta the last known contact information for Greg Watkins and Anita Brooks. 3. Ms. Trombetta's request for EAI's 2012 tax returns and information relating to its computer server i s DENIED. 4. As a result of Ms. Trombetta's representations at the Conference concerning the damages she is seeking in this action, Worthpoint's requests for Ms. Trombetta's tax and medical records, and sales records from 2018 thro ugh 2021, are DENIED WITHOUT PREJUDICE. 5. Ms. Trombetta shall produce to Defendants, the following: a. the February 20, 2016 email and attachments in native electronic format; and b. all communications Ms. Trombetta has had with any non-party witnesses relevant to the claims or defenses in this action. 6. The parties shall produce the documents set forth in this Order by no later than December 2, 2022. 7. Defendants shall order a transcript of the Conference and file it on the docket. The parties shall submit a single request to: etranscripts@nysd.uscourts.gov by Monday, November 28, 2022. The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below. SO ORDERED. (Signed by Magistrate Judge Sarah L. Cave on 11/23/2022)

The following will show Ms. Trombetta's compliance with the above Court ORDER.

**SA2515**

*EXPERT Affidavit #1*                                                                *PATRICK MICHAEL O'LEARY*

The following is a screenshot of my email sent to the Defendant's lawyers on <mark>Friday, Dec, 2nd, 2022</mark> regarding this 2016 email.



This particular screenshot is taken from the Yahoo email inbox of the Plaintiff.

Case 1:18-cv-00993-LTS-SLC    Document 488-4    Filed 05/30/23    Page 35 of 43

*EXPERT Affidavit #1*                                                    *PATRICK MICHAEL O'LEARY*

The attached file in the above email is Zip archive file *(a standard archive format)* that creates a folder named *"will worth point 2016 02 20"*. The following screenshots show it contents.



**SMTP native email data (in plain text).**

**Screenshots showing the email in Plaintiff's Yahoo Inbox**

**Attachments downloaded and were confirmed as readable.**

EXHIBIT #35 (17)

# Plaintiff's Expert

# Affidavit #1

# Conclusion



EXHIBIT #37 (18)

*EXPERT Affidavit #1*                                                                                    *PATRICK MICHAEL O'LEARY*

**General Summary:**

It appears the Defendant's lawyers just did a quick swipe of the mouse and then a cut-n-paste of the email body rather than properly extracting the full SMTP email message (in its entirety). This action resulted in something that is potentially not authentic. In light of the Defendants turning over three separate copies of the one receipt, in order to determine the authenticity, it is industry practice to forensically analyze the three separate SMTP raw email messages.

Per my advice, Ms. Trombetta based her request for the original SMTP raw email message on the fact that Defendants produced three different eBay receipts (which I have viewed and analyzed).

Two of the eBay receipts have numbers, and the last does not. I caution the Court to be aware of the HTML and eml email timeline. The HTML coding establishes and reveals that the raw or original message of the last unnumbered document (eml) should not be contained within the alleged 2012 eBay receipt due to the time frame of its release to Ms. Trombetta.

==It seems the Defendants are not being truthful, thus any reasonable person would likely conclude that they are concealing something.==

From a **qualitative** and logical high-level view, it is clear that Ms. Trombetta did **NOT** create this painting as she would have only been **9** years old in **1972**.

Hence, compounded with the **quantitative** alterations shown above, something nefarious has undoubtably taken place in this dispute that support Ms. Trombetta's liability and damages claims.

Regarding damages, while eBay in 2022, may be *far* more acceptable in the business mainstream, we need to consider that this unauthorized fraudulent transaction happened ten years ago in 2012 when such acceptance by the Art industry did not exist. Hence, further supporting Ms. Trombetta's claims for liability and damages against the Defendants.

Such undermining on the part of the Defendants would certainly impede Ms. Trombetta to market herself as a top-tier artist (and her work) in New York City and in other markets around the world.

Lastly, if the Defendants complied, Ms. Trombetta would not have incurred the expense for my services for this analysis.

Thank you.
Patrick Michael O'Leary, MBA, EE, CISSP

# Plaintiff's Expert

# Affidavit #1

# Signature



EXHIBIT #38

#19

| Expert's Signature and Notarization: |
|---|

Under penalty of perjury, I hereby declare and affirm that the statements mentioned above are true and correct to the best of my knowledge.

Patrick Michael O'Leary,
MBA, EE, CISSP

**Date:** Monday, December 5th, 2022

## NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which the certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of:** New York
**County of:** Suffolk

On December 05th 2022 before me, BHADRESH ACHARYA personally appeared **Patrick Michael O'Leary** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of **New York** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

BHADRESH ACHARYA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AC6002985
Qualified in Suffolk County
Commission Expires October 13, 2026

234A



# R E V I S I O N / L E G A L

*Doing business as The Law Offices of Anderson J. Duff in the State of New York*

244 Fifth Avenue, Suite 2230, New York, NY 10001
855.473.8474 / revisionlegal.com

January 28, 2020

EXHIBIT #38
Rule 68 (1)

**VIA EMAIL & USPS**
Annamarie Trombetta
175 East 96th Street (12R)
New York, New York 10128
atrombettaart@gmail.com

RE:    *Trombetta v. Novocin, et al.,* 18-cv-0993-RA – Offer of Judgment

Dear Ms. Trombetta:

On January 17, 2020, you filed an Amended Complaint in the above-captioned matter. (ECF No. 33.) In your Amended Complaint, you included several claims that Judge Abrams dismissed in the Court's October 2, 2019 opinion. (ECF No. 23.) Defending against your meritless allegations has already cost my clients significantly more than you would be entitled to recover even if you were successful on all of your claims. Your recent Amended Complaint will now force my clients to spend their time and energy responding to claims that the Court has already dismissed.

My clients, Defendants Norb Novocin, Marie Novocin, and Estate Auctions, Inc. ("Defendants") hereby collectively offer you six hundred dollars ($600) to settle all claims and costs against each and every one of them arising out of the facts alleged in your Complaint and/or Amended Complaint. My clients would not admit any liability and you would, within five (5) days after receipt of the payment mentioned above, agree to file a Notice of Dismissal as to each of the Defendants in the above-captioned matter dismissing all claims against my clients with prejudice.

This offer constitutes an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. Under Rule 68(a), you have fourteen days (14) from the date of this Offer of Judgment to accept this offer via written notice of such acceptance. If you would like to accept my clients' offer as described above, I am authorized to accept written notice of your acceptance via email at anderson@revisionlegal.com.

Please note that if you do not accept this Offer of Judgment and "the judgment that [you] finally obtain[] is not more favorable than" my clients' offer of $600, you "must pay the costs incurred [by my clients] after the offer was made." Fed. R. Civ. P. 68(d). Such costs may include their attorneys' fees associated with defending against this

Plaintiff000266

case from the time of this offer. *See Mango v. Democracy Now! Prods.*, 18cv10588 (DLC), 2019 U.S. Dist. LEXIS 123550 (SDNY July 24, 2019) (Cote, J.)[1]

We look forward to receiving your written response on or before **February 11, 2020.**

Sincerely,

Anderson J. Duff

AJD/st
Encl.

EXHIBIT #38 (2)

---

[1] A copy of Judge Cote's opinion is enclosed for your convenience.

Plaintiff000267

Exhibit 38 (B)

# CONTACT / US

## Northern Michigan Office

444 Cass St. Ste. D
Traverse City, MI 49684

phone 231.714.0100
fax 231.714.0200

## Southern Michigan Office

8051 Moorsbridge Road
Portage, MI 49024

phone 269.281.3908
fax 269.235.9900

## New York Office

244 5th Avenue, Suite 2230
New York, NY 10001

phone 212.996.4103

Annamarie

Trombetta

212 427-5990

atrombettaart@gmail.com

Email

I have attempted to e-mail New York Attorney Anderson Duff via his e-mail address at anderson@revisonlegal.com. The e-mail was Blocked. I have mailed a copy of the requested response to Mr. Duff

Plaintiff000263

Gmail - Response to Offer of Judgment Case 18-cv-0993-RA

EXHIBIT#38(4)

1/20/22, 4:28 AM

 Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

## Response to Offer of Judgment Case 18-cv-0993-RA

Mail Delivery Subsystem <mailer-daemon@googlemail.com>
To: atrombettaart@gmail.com

Tue, Feb 11, 2020 at 6:11 PM

**Message blocked**

Your message to **anderson@revisionlegal.com** has been blocked. See technical details below for more information.

The response from the remote server was:

550 5.4.1 Recipient address rejected: Access denied. AS(201806281)
[SN1NAM02FT030.eop-nam02.prod.protection.outlook.com]

Final-Recipient: rfc822; anderson@revisionlegal.com
Action: failed
Status: 5.4.1
Remote-MTA: dns; revisionlegal-com.mail.protection.outlook.com. (104.47.36.36,
the server for the domain revisionlegal.com.)
Diagnostic-Code: smtp; 550 5.4.1 Recipient address rejected: Access denied. AS(201806281)
[SN1NAM02FT030.eop-nam02.prod.protection.outlook.com]
Last-Attempt-Date: Tue, 11 Feb 2020 15:11:41 -0800 (PST)

---------- Forwarded message ----------
From: Annamarie Trombetta <atrombettaart@gmail.com>
To: Anderson Duff <anderson@revisionlegal.com>, samantha@revisionlegal.com
Cc:
Bcc:
Date: Tue, 11 Feb 2020 18:11:20 -0500
Subject: Response to Offer of Judgment Case 18-cv-0993-RA
To Mr. Anderson and Ms. Troiani,

My sincere apologies for the response. My printer/scanner did not work yesterday. I had to find another way to scan the signed letter to you.

Plaintiff000200

**SA2525**

# EXHIBIT  #41

Plaintiff's Evidence
Regarding Plaintiff's Request for
The Electronic Raw Original Email for 2012 eBay 1972

1)Nov, 23, 2022 Conference Call
Plaintiff's Evidence 000862-000869

2)Nov, 23, 2023 Increased Attorney's Fees Anderson Duff

3) Dec.13, 2022 Email from Anderson Duff for eBay receipt

4)Internet Expert Report Bill from Patrick O'Leary fee $7500

5) Deposition Testimony of Patrick O'Leary

**SA2526**

Nov. 23rd 2022
Call

#1

Case 1:18-cv-00993-LTS-SLC   Document 488-5   Filed 05/30/23   Page 2 of 22

Plaintiff's Evidence Expert Dis. 000862

862

6

that receipt as well as the coding for it, and it will just validate that the receipt transference was done. I have --

THE COURT:  What you have now is just like a PDF version of that receipt?

THE PLAINTIFF:  That is correct, Your Honor -- (interposing) --

THE COURT:  Hold on, everybody will have a chance to talk, please wait until I call on you.  Go ahead, Ms. Trombetta.

THE PLAINTIFF:  Yeah, thank you.  So the defendants, WorthPoint, in particular, requested of me several of those type of printouts. So not only did I print out the PDF, you know, the content, text content, but I also printed out the raw message or the original message which gives you all the text within the tracking and the coding of that email.

THE COURT:  Okay, are you concerned about, that the PDF is somehow not authentic?

THE PLAINTIFF:  The production of the original message will validate and verify that conclusively. I am just, I just noticed that in all of my eBay documents there's the icon of the gray square where the image should be and it usually says, you know,

Plaintiff's Evidence Expert Dis. 000863

Nov 23, 2022

click on to view image.  But I did not see that in the PDF.  And, again, since that was asked of me and I understand why, then I just would like --

THE COURT:  There's no dispute that the eBay sale took place, right, that's not disputed?

THE PLAINTIFF:  Again, the verification of the original or the raw coding and email will conclusively validate that.  All I can tell you with most certainty is that I did not paint this image, I have produced my signature --

THE COURT:  I know.

THE PLAINTIFF:  And I've also cooperated to an extended amount. I had nothing to do with this.

THE COURT:  I know, and that goes to the merits of this case, so let me hear from --

MS. HAIMSON:  Your Honor, may I clarify quick, (indiscernible) was requested in terms of the actual email. So I think plaintiff just explained to the Court that counsel for WorthPoint had requested printouts of emails and that she was seeking basically the equivalent. That's actually inaccurate, what we have requested was essentially the native electronic format of that email which was exactly what we just sent her.  We sent her the native electronic format of

#1 Nov 23, 2022

#3

Plaintiff's Evidence Expert Dis. 000864

8

that sales receipt. So she has exactly what we are requesting from her and I don't know what she's talking about when she's saying coding, but we have given her the native electronic format of that email. So I don't think there's really anything else to give.

THE COURT:  Okay. All right, so, Ms. Trombetta, do you have -- Mr. Duff?

MR. DUFF:  Yes, Your Honor, I just wanted to address this very briefly since this was our production, my client's production.  The email that she's talking about, we originally produced in April, April 26th, and it was converted into a PDF and stamped. During the deposition of my clients, WorthPoint's counsel correctly pointed out that there were a few digits that were cut off when it was converted to a PDF on the right-hand side.  So while the deposition was happening, I forwarded the raw email, the .eml file, which contains all the metadata, is unstamped, has everything that Ms. Trombetta could want, that was on September 21st.  So she's had it since September 21st and she's continued to file these letters with the Court saying that she doesn't have it. And I know that everybody got the email because Adam Bialek recently, as counsel just stated,

SA2529

#14  Nov 23, 2022

Plaintiff's Evidence Expert Dis. 000865

9

recirculated that file. Ms. Trombetta's had this since the raw file, since September 21st, and just to address Ms. Trombetta's concerns I went ahead and reproduced it, restamped it as a PDF that does not cut off an of the information on the right-hand side.  So Ms. Trombetta's had this since April.

THE COURT:  Okay. All right, Ms. Trombetta, do you now have the emails?

THE PLAINTIFF:  In my letter that I wrote yesterday or maybe the day before, I gave and produced -- no, it was yesterday, examples of what it was that I was looking for.  And I had also stated that in the email that was sent from Adam Bialek, when I clicked onto the attachment, the attachment activated my mailbox on the computer, and a drop down menu came up where you have to select either Gmail, Yahoo, whatever. I don't have that system operating. If Mr. Duff sends me the coding of the PDF I would appreciate it if he'd send it to the outlook.com. I cannot open what it is that he, that Mr. Bialek sent.

Now I have been asking repeatedly for the full uncut version of the PDF on numerous occasions --

THE COURT:  He said he sent it to you on September 21st, Ms. Trombetta.

Plaintiff's Evidence Expert Dis. 000866

#1 (5)    Nov 23, 2023

10

THE PLAINTIFF: Yes, but on October 31st I sent Mr., well I put this in my letter, on the 29th I sent, which was a Saturday, I sent a sample of the April version of the PDF which was slightly truncated. Then I also sent the deposition pages 74 to 79 of my Mr. Novocin which states that he keeps all his emails. Another thing that I'm requesting is the transaction of the payment. Third, any type of receipt from the buyer which is still missing. This is just basic --

THE COURT: Okay, well it seems to me, Ms. Trombetta, that the defendants have produced to you in several different formats a copy of the receipt that you're asking for and I'm not going to require them to produce anything --

THE PLAINTIFF: Your Honor, I have to disagree. They produced in April the cut, truncated PDF, it's just the printout of the email --

THE COURT: And then he --

THE PLAINTIFF: What I'm requesting physically is the, I have received the full PDF but not the original and raw message of that particular email.

THE COURT: He just said --

THE PLAINTIFF: Secondly, there is no --

THE COURT: Ms. Trombetta, you have to listen

SA2531

#16 Nov 23, 2022

Plaintiff's Evidence Expert Dis. 000867

19

that. In the meantime, it's not necessary and it is a waste of my time for the parties to be belying each other in writing and letters to me and during conferences with the Court. Today we are talking about what, if there are any remaining categories of documents that either party thinks the other party has and needs to be produced, that's what we're talking about today.

So, Ms. --

MR. DUFF: My apologies, Your Honor, thank you.

THE COURT: It's not necessary to apologize, I just needed to level set the conversation.

MR. BIALEK: Your Honor, may I --

THE COURT: Go ahead.

MR. BIALEK: Sorry. I just wanted to say that I just am sending over to everybody the header information or the source information that was pulled from the email. But to avoid having to come back for another conference, I just want to point out the email that Mr. Duff had sent to us was actually forwarding the original email. So the email that he sent was from 2017 and it came from the Novocin's eBay@novocin.com, they had kind of forwarded the email that

Plaintiff's Evidence Expert Dis. 000868

Nov 23, 2022
Call

#1

20

eBay@eBay.com had sent to them.

So while I just forwarded the source information that she's looking, that Ms. Trombetta is looking for, it's not going to have the source information from that December 1, 2012, email, it would only have it from 2017. So I just want to make sure that everybody is aware of that so we don't have to have another fight over it.

THE COURT: Okay. All right, thank you for that clarification. All right, so one way or another, Ms. Trombetta, whether it's from Mr. Bialek momentarily, or from Mr. Duff after this call, you are going to get the information about the eBay sales receipt email that we were just discussing.

THE PLAINTIFF: Okay, Your Honor, if I may just say three things. First and foremost, my letter on Monday was filed on Friday evening. Any letters that I wrote that were filed yesterday were written over the weekend. I did, as stated, had appointments, it's a holiday week, I had a lot of things to do.

That said, I will go to my Gmail account and if you go, if the email was sent from Gmail you go to the arrow, there's a circle with three dots and it says reply, forward, filter message, you click on show

**SA2533**

Plaintiff's Evidence Expert Dis. 000869

#1 (6)

Nov 23, 2022

21

original and when you click on that what you get is message ID created at, which gives you the date, from/to/subject.  Underneath that you get the text of the email and all the coding that goes with it depending on how long the email is.

If it's a Yahoo account, then you go to the email, you go to more, you drop down the window and it says raw message. Now when WorthPoint asked me for the metadata, I didn't know how to produce it. But then I went to file, drop down window export PDF, and lo' and behold, it did it, it brought it to my desktop. This is what I put in my filing yesterday. Again, it's a printout of the original email which is what I have from Estate Auctions Inc. in full.

Again, in the spring of April it was truncated, on September 21st it was brought to the Novocins' attention, if Mr. Duff did, in fact, include the original or the raw message, it depends on the email platform.  Each email platform, Gmail, Outlook, they all have a different system but they all are consistent with being able to reveal and either print out or export to a desktop the original message with the coding and the text of the message.  Thank you.

THE COURT:  Okay.  Are there any other

**SA2534**

intiff's Evidence 000815

Mail - Annamarie Trombetta - Outlook

## Increased Attorneys' Fees

**Anderson Duff** <ajd@hoganduff.com>

Wed 11/23/2022 1:06 PM

To: 'Annamarie Trombetta' <annamarietrombettalegal@outlook.com>; 'Annamarie Trombetta' <atrombettaart@gmail.com>
Cc: Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>; Bialek, Adam <Adam.Bialek@wilsonelser.com>

Ms. Trombetta:

Because you do not seem to understand the severity of the situation you have created, I am again writing to remind you that my clients will be seeking an award of attorneys' fees under § 505 of the Copyright Act and/or because you rejected my clients' offer of judgment. For your information, today's conference added roughly $1,500 in attorneys' fees for my clients alone.

Best,

-Anderson-
646.450.3607
HoganDuff.com

Plaintiff's Evidence 00081 (ρ                    Mail - Annamarie Trombetta - Outlook

### Re: Plaintiff's request for Anderson Duff"SENT" email on September 21, 2022

**Anderson Duff** <ajd@hoganduff.com>
Tue 12/13/2022 11:30 PM
To: Annamarie Trombetta <annamarietrombettalegal@outlook.com>
Cc: Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>

▌ 3 attachments (113 KB)
Email .eml; Outlook_MessageSource_2022-12-14 04:22:29 +0000_0.pdf; 9.21.22 Email attaching eBay receipt.pdf;

Ms. Trombetta:

Although you were copied on my September 21, 2022 email that you reference below, I just located the email in my "sent" folder and forwarded it to you as a courtesy. For your convenience, I am also responding directly to your email below. Attached you will find the native .eml file of my September 21, 2022 email to you and counsel for all Defendants, a .pdf of the same email, and a .pdf showing the source code from my September 21, 2022 email.

-Anderson-
646.450.3607
HoganDuff.com

---

**From:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>
**Date:** Tuesday, December 13, 2022 at 10:27 PM
**To:** Adam Bialek <adam.bialek@wilsonelser.com>, "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>, "Haimson, Nicole" <Nicole.Haimson@wilsonelser.com>, "Anderson J. Duff" <ajd@hoganduff.com>
**Subject:** Plaintiff's request for Anderson Duff"SENT" email on September 21, 2022

To All Attorneys,

RE: Proof of Anderson Duff's SENT September 21, 2022 EAI 2012 Sales Receipt for Alleged Sale of the 1972 Oil Painting

Plaintiff is requesting all attorneys to produce Proof the SENT email dated September 21, 2022

FROM Anderson Duff

TO Adam Bialek
TO Jana Farmer and
TO Nicole Haimson    regarding the EAI eBay 2012 sales receipt.

Plaintiff has attached an example of what I am requesting.

Submitted Dec. 13, 2022
Annamarie Trombetta

**SA2536**



# Invoice

| | |
|---|---|
| Patrick O'Leary | **Bill To:** |
| eWitness, LLC | Annamarie Trombetta |
| PO Box 11341 | Apt 12R |
| Hauppauge, NY 11788 | 175 East 96th Street |
| | New York, NY 10128 |

| Date | Invoice No. | P.O. Number | Terms | Project |
|---|---|---|---|---|
| 12/15/22 | 2022-12-01 | | | |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Professional Fees | Advanced Evergreen Retainer | 20 | 375.00 | 7,500.00 |

*Bill for Deciphering Ambiguos Code Sent By Defendant on Nov 23, 2022*

**Please make all Checks/MOs payable to Patrick O'Leary / eWitness**

We appreciate your prompt payment.

| | |
|---|---|
| | **Total** $7,500.00 |

SA2537

*Deposition of Patrick O'Leary*
*Internet Expert Witness*

Page 191

P. O'LEARY

A.    No.

Q.    One more second and I believe I'm done.

On page 8 of your affidavit, it says, by Mr. Bialek, that, "As a courtesy, we don't go there.  The source -- we are sending you the source information."

Can you explain what "source information" is?

A.    The source information that he referred to was the HTML of the -- essentially, the body making up the email, okay?

So what I -- I have to explain.  So you got the SMTP protocol, okay?  And I want to draw your attention up here to the previous page.

Q.    On page 7, the SMTP?

A.    Yes.

Q.    I'm on it.

A.    There I say, on the top box, as a teaching note, "The SMTP protocol will include the name, value, variable pairs, including, but not limited to, vendor's

Page 192

P. O'LEARY

email, date, receiver's email address, et cetera."

I show a general visual layout. If you look there where it says "email message," you got the header, you got the body, and you have attachments, right? And a very high-level, that first diagram, I try to break all that down in order to make it real simple.

Then if you scroll down, you see the SMTP header.

Q.    Mm-hmm.

A.    Okay.  We also call that the envelope, right?

Then you see where it says "SMTP protocol body," right; you see that?

Q.    Yes.

A.    And over there, look to the right, it says "ASCII text and HTML."

MR. BIALEK:    Excuse me, are you referring to a specific document?

Because the transcript is not going to read properly without a reference to -- "look here, look there, look

Page 193

P. O'LEARY

everywhere else."

MS. TROMBETTA:  Thank you, Mr. Bialek.

Q.    What page is that --

A.    Page 7 of --

Q.    Yes, page 7.

A.    Right.  But for his concern, just put the Bates stamp in the record.

Q.    I don't have the Bates stamp right in front of me; Ms. Farmer does.

So page 7 --

A.    Okay.

Q.    So again, just to clarify, my question -- thank you.  My question is --

MS. FARMER:  This is page 7?

MS. TROMBETTA:  Page 7, page 7.

MS. FARMER:  Page 7 of what?

MS. TROMBETTA:  Of the affidavit -- I'm telling you:  The affidavit by Mr. O'Leary.

MS. FARMER:  Okay.  This is page 4, 5, 6, I assume this is 7.

MS. TROMBETTA:  Right there.

Q.    Right there, right there.

Page 194

P. O'LEARY

What is it, 793?  If you slide it up we can get the Bates stamp.  793?

A.    Okay.  So let me get back to -- thank you, Mr. Bialek, for getting that all straightened out.

So in 793, page 7 of the affidavit, you'll see at the left-hand side it says "SMTP protocol header," right?  And we call that the envelope.

Then if you slide down on page 7 -- when I say "slide down" -- excuse me, when you bring your eyes down on this same page -- same Bates page, okay -- you see "SMTP protocol body," right?

Now, on the same page, move your eyes over to the right.  It will say "ASCII text and HTML."

All right.  That's done so that when this email gets sent to different types of email clients -- maybe it's a browser, maybe it's Outlook, maybe it's something that's text-based, maybe it's something that's command line driven, like on a Unix machine, whatever -- what happens

Page 195

P. O'LEARY

is if the client is unable to display the HTML, it will display the ASCII text.

But in today's day and age, most clients can handle HTML.

So where you see HTML -- you see all the that HTML there?  That's the HTML source.  If you roll your eyes through there, you'll see it says the exact same thing than what's above it, okay?

So I think when Mr. Bialek sent this over and he referenced "source," it would have been the HTML source, a small piece of the entire -- it would only be maybe one quarter to one third of actually the entire protocol that you were asking for.

Q.    So to clarify, it's a segment?

A.    Yes, it would be -- that's a good layperson word:  A segment.

Q.    I think that is all I needed to question you about.

As far as the raw message is concerned, whatever is being typed, whatever is being deleted within the

Page 196

P. O'LEARY

message during its composure, is that the same when the message is sent, or is it like your affidavits, where they're in a state of transition?  So to -- let me rephrase it.

A.    Yeah, please do.

Q.    In another way, when one is toggling and composing and putting in images or take images out --

A.    I call that manipulating.

Q.    Okay.  Well, for the sake of clarity, once you are composing an email and once you send the email, is the email that is sent in a fixed format; meaning it has been crystalized like a diamond; it cannot be cut into different facets?

A.    Right.  Okay.  So what you're trying to get at is, if they -- if they play some toggling gymnastics here, and it turns -- that's only the view when you look at it in a certain client.  And what Mr. Duff was talking about was like on a Mac in Outlook, and so forth like that, right, as what you see.

Page 197

P. O'LEARY

But even if you turn stuff on and off, when you put stuff into the message and you -- and at the time you press "send" and it constructs the SMTP protocol stack -- it's what we call the protocol stack, which is going to be the protocol header, the protocol body -- it's going to put all the components in.

The toggling is irrelevant at that point. The toggling is only for the presentation to the person's eye that's looking at that client.

Because what happens is when you hit "send," you don't know where it's going. You don't know, at the time that you hit "send," that it's going to a client, and what functions and features the other client on the other end and the other reader's going to have. Maybe they only have text-only; maybe they have HTML capabilities, so --

Q.    So --

A.    -- going to put it back in the complete format, with the text and the HTML

Page 198

P. O'LEARY

and all the attachments in the proper form, and then send it.

Q.    So basically, the raw message is the soul of the email that is -- well, I don't know if --

A.    I think what you're grasping at is the sole authority.

Q.    Sole authority.

Authenticating nomenclature, "raw message" is indeed the map?

A.    Right.

Q.    Which has all the destinations used to envelope that email?

A.    Right.  Let me -- if I may give an example.  Is that okay?  All right.

Around the time that this case -- or just before this case really got busy, okay, relative to me, okay, I did another case on SMTP, a short little case on an SMTP issue with emails.

What had happened is a police officer used a police -- a police department email server to send an email, right, but then he denied he sent an email.

Page 199

P. O'LEARY

I was able to send from -- because I had access to the SMTP data, I was able to validate -- excuse me -- that he did send the email from the police department server.

Q.    Duly noted, duly noted.

A.    So is that -- the SMTP is the thing.  So when you want to authenticate something and validate something else real and valid, you go back to the SMTP, the simple mail transport protocol, all right?

Q.    Otherwise, also known as -- please confirm -- because the platform of Outlook calls it the "source information," the email platform Yahoo calls it the "raw message," and as my data in the December 5th filing with the Court will confirm, I submitted Mr. Bialek's email to me in an original message.  So for Gmail, the nomenclature, the name is "original." So --

MS. FARMER:  Objection. Leading.

MS. TROMBETTA:  No.  I'm

Page 200

P. O'LEARY

explaining, actually.

MS. FARMER:  You're explaining to the expert what his opinion should be?

A.    Let me --

Q.    I am just clarifying for the record that -- whether it's called a raw message by Yahoo, whether it's called a source information by Outlook, which is an email server, or the email server Gmail, which is called the original message, all those different names are the same reference to the SMTP; is that correct?

A.    Yes, yes.  I mean --

MS. TROMBETTA:  That's it.  I'm done.  I'm done.  Thank you.

MS. FARMER:  Nathan, what is the time, please?

THE COURT REPORTER:  The time is 3:50 P.M.

MS. FARMER:  I have a follow-up question, Mr. O'Leary.

EXAMINATION BY

MS. FARMER:

**SA2547**

# EXHIBITS PAGE 2

EXHIBIT #22   A Marie Novocin Dep, P 9- EAI  picture taker, shipper P.13

   B Marie Novocin Dep.Pages 41-43) Never saw 1972 Painting -Photographer

EXHIBIT#23   Marie Novocin Dep. Page 13—Attorney nothing to do with painting

EXHIBIT#24   Marie Novocin Dep Page 55-58   Question about photos of painting in 2012

EXHIBIT#25   Marie Novocin Dep Page 66   Owner of 1972 Oil unknown.

EXHIBIT#26   Norb Novocin Dep. Page 31-32 Owner Gifted  1972 Oil owner unknown.

   Norb Novocin Dep. Page 32  No visible Tear in Canvas

EXHIBIT#27  Nina Correia no written sales  receipt for eBay 1972 oil Pl. Evid. 000501

EXHIBIT#28   EBay  Receipts by Norb Novocin are on  Pages 135-136  EX. #28

EXHIBIT#29   Norb Novocin Dep.Page 52-55 Annamaria -unusual name -Secondary market

EXHIBIT#30   Norb Novocin Dep Page 15, EX# 30

EXHIBIT#31    99 Cents/ Norb Novocin Dep.Page 42- 47 WP Attorneys  ask about Signature

EXHIBIT#32   EAI Facebook page  selling Counterfeit items comment in Plain. Evid. 000345

EXHIBIT#33   Gayle Skluzacek askART bio in her files. EX, Pl. Evid. 000323-000579

EXHIBIT#34    Kris from askART Jan. 16, 2018 emails Regarding my Bio.000 321 -322

   Plaintiff's email to askART June 30, 2020 Plaintiff's Evidence 000585

EXHIBIT#35    Norb Novocin Dep. page 96-97  A. Trombetta as Teri Meissner sue him

   Dep. page 100

EXHIBIT#36  A Declaration Norb Novocin   Pl. Evid. 000174—000177

   B Declaration Marie Novocin  Pl.Evid. 000332—000337

EXHIBIT#37    Affidavit Patrick O'Leary Four eBay receipts

EXHIBIT#38    Attorney Anderson Duff in Pl. Evid. 000266-267  Rule 68 Offer of Judge

   Attorney Anderson Duff   Pl.   Evid -000 262-263 Blocked his emails

EXHIBIT#39    Plaintiff's CMI Evidence Biography  000295-296-

EXHIBIT#40    Plaintiff's Website Domain  Year of creation 2003 Pl's Evid. 000250

EXHIBIT#41    EBay  Phone Call 2015/2016 Transcript

intro

Plaintiff 000119

### Skip Intro

Exhibit #39 (2)
Website Intro page1



 — Copyright

file:///Users/monterey/Desktop/intro.html

Page 1 of 1

**SA2549**

Plaintiff 000120        Annamarie Trombetta



HOME

PORTFOLIO

VIDEO

ARTIST INFO

BIOGRAPHY

CREDENTIALS

CONTACT

New website for Annamarie Trombetta coming soon!

**Hello, welcome to my website. The Media I work in are:**

# Etching Oil Painting Pastels Watercolor

©Annamarie Trombetta. All rights reserved.

EXHIBIT #39 (3)

Plaintiff 000121

EXHIBIT #39 (4)


Annamarie Trombetta

 HOME   PORTFOLIO   VIDEO   ARTIST INFO   BIOGRAPHY   CREDENTIALS   CONTACT





New website for Annamarie Trombetta coming soon!

Hello, welcome to my website. The Media I work in are:

      

Etching          Oil Painting          Pastels          Watercolor



©Annamarie Trombetta. All rights reserved.

DMCA

Case: 25-817, 07/17/2026, DktEntry: 90.1, Page 82 of 82
SA2551

Case 1:18-cv-00993-LTS-SLC    Document 488-6    Filed 05/30/23    Page 5 of 35

*Annamarie Trombetta*

HOME    PORTFOLIO    ARTIST INFO    BIOGRAPHY    CREDENTIALS    CONTACT

Plaintiff 000122

EXHIBIT
# 39 (5)

DMCA