# Annamarie Trombetta

Plaintiff 000123

| HOME | PORTFOLIO | VIDEO | ARTIST INFO | BIOGRAPHY | CREDENTIALS | CONTACT |

EXHIBIT #39 (6)

## Artist Information

Quotes on the Artist **below**

Education and Exhibitions

**EDUCATION** 1979 - National Academy School of Fine Art
1977 - William Bottas Years Summer School Sligo Ireland
1986 - New York Academy of Art
1981 - Art Students League
1966 - Ecole DeBois, Vilers, France
1936 - Parsons School of Design
1963 - Brooklyn Museum School of Fine Arts

**SOLO EXHIBITIONS**
2004 - The Staten Island Institute of Arts & Sciences Museum
2003 - Van Ede & Partners, Den Haag, Holland "Selected Works"
- The Dana Discovery Center, Central Park NY "Plein Air
Portraits of Central Park in Celebration of the 150th Anniversary"
Wagner College Art Gallery S.I. NY "Medley of Media"
2002 - Garibaldi Meucci Museum, S.I. NY "Selected Works"
2001 - Richmondtown Historic Museum, S.I. NY "Plein Air Paintings of Staten Island"
1999 - Lickaltanni Club, NY "Paintings of Yeats Country, Sligo Ireland"

**SELECTED GROUP EXHIBITIONS**
- Astor Art Museum "Representing Representation VI"
2005 - Astor Art Museum "69th Regional Exhibition"
- Audubon Artists Juried Exhibition for Contemporary Artists
- Audubon Artists Annual Juried Exhibition
- New York Academy Alumni Exhibition "Convergence"
2002 - Jerecinolo Foundation & Amber Gallery "Holiday Celebration"
- Blue Mountain Gallery Invitational Exhibition
- Garibaldi Teinbach Museum "Italian American Women Artists"
2001 - Christie's Art Auction featuring New York Academy Alumni
Art Expo Jacob Javits Center, NY c/o Arts Forum Gallery
Municipal Building, NY - Montagno Borough President, C. Virginia Fields - Presents The Diversity of American Multicultural Empowerment Month III, of
Hotel NY "Italian Americans & the Media"
2000 - Fordham University, Bronx NY "Issues of Italian America as Women"
Keepers of the Cultural Flame"
Palette Museum Prints & Drawings

**PAST GROUP EXHIBITS INCLUDE:**
Pastel Society of America Juried Exhibition at The National Arts Club
American Artists Professional League
Cork Gallery at Lincoln Center New York
The Catherine Lorillard Wolfe Juried Exhibition at The National Arts Club
Columbia University
The Union League Club
The Salmagundi Club

## Quotes on the Artist

Raymond J. Steiner ART TIMES

[text illegible]

Michael J. Fressola Staten Island Advance

As a plein air painter, Ms. Trombetta works out of doors. Under the logenta roads, she sheds the landscape drama elements into her subjects, the larger to achieve a close likeness"

Dr. Joachim Pissarro Art Historian

[text illegible]

Sara Cedar Miller Central Park Historian New York City

[text illegible]

John D. O'Born Executive Director and Curator Astor Art Museum

[text illegible]

Bartholomew F. Bland Director of Exhibitions & Collections The Staten Island Institute of Arts & Sciences Museum

[text illegible]

DMCA

**SA2553**

EXHIBIT #39 (7)



# Annamarie Trombetta

Plaintiff 000124

     

HOME | PORTFOLIO | VIDEO | ARTIST INFO | BIOGRAPHY | CREDENTIALS | CONTACT

## Biography



The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog (tba) was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the facade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge.

As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely.

I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time helped me to see the similarities as well as the differences of each quite clearly.

Upon my return I enrolled in an art history course to examine the content of art in relation to its chronological, political and historical relevance while applying to art colleges. I was accepted to Parsons School of Design located in lower Manhattan. The pulsating pace of this compressed cosmopolitan city was reflected in the school's curriculum. Although I did enjoy the challenges and experiences which expanded my capabilities, I was not satisfied with the level of my drawing and painting skills. In the mid Eighties I attended The New York Academy of Art which focused on teaching the history and traditional techniques from periods of art, such as the Italian Renaissance, the classical and neoclassical periods in France, as well as the Spanish, Dutch and Fleming masters. Here I studied cast drawing, grisaille painting, anatomy, dissected cadavers, yet most influential to me was geometry and perspective.

During this period I traveled once again to France and Italy to study with my teachers who offered summer classes in art history, drawing and painting. I remember when I was in the French countryside feeling as if I was walking into a huge painting. The views felt so familiar due to the talents of Monet, Pissarro, VanGogh, etc. In my solitude I would envision them, particularly VanGogh in a wheat field painting or see the circular hay stacks change colors by sunset right before my eyes. The truth captured in their paintings a century ago felt so real to me, it spiraled an indelible influence. This experience still inspires me to strive towards capturing my subjects with a sense of presence and atmosphere. Visiting Italy again, my ancestral homeland, sharpened my acuity and attraction to works of art on uniquely shaped canvases. There were so many moments that will be with me throughout my life, most notable was to see the chariot markings while walking in the ruins of ancient Rome, or to hear bells toll in St. Mark's Square, and to be within inches of some of the most revered art in the world.

When I returned to the States, the desire to develop artwork in various mediums became the goal. I started attending The National Academy School of Fine Arts to explore and prefect the media of pastels and figure painting, and also to study printmaking. During this time I was employed at The National Academy Museum. The Academy and its intriguing history filled the chasm of my knowledge for the heritage of American art while also informing me of the cultural developments in my country, particularly those in New York. The opportunity to read the Academy's books while I was working at the Museum, was an enlightening experience. I learned, most importantly, about the Hudson River School painters and their personal involvement with writer/poet William Cullen Bryant. This relationship between artists and writers of that time initiated the unfoldment of Central Park. The Park, which is adjacent to The National Academy Museum was already charted territory for my artistic expression. Learning about the creation of the Park intensified my passion for depicting it.



During my tenure at The Academy, a conversation with a museum visit led to my interest in the W.B. Yeats Society of New York, and another trip abroad. Coincidentally and perhaps synchronistically I had been attending lectures on Theosophy about the same time I was learning about Yeats. Crucial to my personal and professional development at that time was my comprehension of why Theosophy influenced the modern movement in the Arts. Yeats, like many other writers, musicians, and artists such as Mondrian and Klee, etc. drew inspiration from the philosophical texts written by the robust Russian, Madame Blavatsky. Within a few months I had won a scholarship under the auspices of the Yeats Summer School in Sligo, Ireland via the Yeats Society of New York.

A short trip to London, preceded the Summer School, where I hunted down John Singer Sargent's charcoal sketch of Yeats at the National Portrait Gallery. This inspired a trip to the Tate, and several other collections. Traveling to England first set the stage for the political, personal, and historical dynamics that I was about to encounter regarding the legacy of Yeats and of Ireland. Before the school commenced, there was a ceremonial service at Drumcliff Church where Yeats is buried. The picturesque view and the enigmatic words of his icy epitaph became etched in my memory on that day and inspired me to create a painting titled after his poem "Under Benbulben" which elaborates on his immortal words. To learn about his family, his life and his vision motivated me to begin a new chapter in creating my own work.

To culminate my journey, when I returned home I gathered the metaphorical leaves and branches that had fallen from my artistic tree, be it ancestral or archetypal and concentrated solely on 'The Holy Tree' described in Yeats's poem "The Two Trees." This image, inspired by the milieu of a mentor miles away is a tribute to his gifts and determined ways which regenerated and awakened the visionary in me. This upcoming catalogue highlights the pictorial progression from that trip and the time that followed.

I wish to acknowledge certain individuals who have enhanced my artistic sensibilities as a person, as well as an artist. These individuals include Everett Raymond Kinstler, Raymond Steiner, Harvey Dinnerstein, Burton Silverman, the artist's in The Painting Group particularly Aaron Shikler, David Levine, Danny Schwartz, Irene Hecht. I thank them for their help and guidance in my life.

All work on this site are ©Annamarie Trombetta. All rights reserved.

↑DM©A!

Plaintiff 000125

EXHIBIT #39 (8)

*Annamarie Trombetta*

HOME  PORTFOLIO  VIDEO  ARTIST INFO  BIOGRAPHY  CREDENTIALS  CONTACT

## Credentials

**SELECTED AWARDS/GRANTS**
The Edwin Abbey Mural Painting Scholarship Award
Premier Grant from the Council of the Arts & Humanities of Staten Island
Robert Lehman Award
Ogden Pleissner Award
Milton Avery Award
Frank Duveneck Memorial Award
The Delacorte Award
The John & Anna Lee Stacey Award Fund
Scholarship Winner to the William Butler Yeats Summer School,Sligo Ireland

**SELECTED PRIVATE COLLECTIONS**
William Papp of Florian Papp Art & Antique
Rudolph Guiliani, The Honorable Mayor of New York
David Dinkins, The Honorable Mayor of New York
Joe Franklin, Television & Radio Personality
Wolfgang Herz collector, American Drawings, Paintings & Prints

**SELECTED COMMISSIONS**
The Institute for Basic Research
Mark Boyle-Play-by-Play Announcer for the Indiana Pacers Basketball Team
Jonathan Griffin-Conductor at Carnegie Hall, Principal for Mid American Productions
Katherine Sagalyn-Advertising Director for Metropolis Magazine
Richard L. Brackett-President of the U. S. Croquet Association

**BIOGRAPHICAL LISTINGS**
Who's Who in American Art-24th Edition
Who's Who in America
The World's Who's Who
Who's Who in American Women-20th Edition
The International 2000 Outstanding Artists & Designers of the 20th Century
Biographical Encyclopedia of American Painters, Sculptors & Engravers of the U.S.
Dictionary of International Biographies, 30th Anniversary Edition

**PUBLICATIONS**
1996 Art Times, Artist's Profile A. Trombetta-Jan.Feb. Issue
1997 Manhattan Arts International Magazine
1999 Pastelagram Cover Feature "Poetry in Pastels by Annamarie Trombetta"
2001 Staten Island Advance Solo Exhibition at Historic Richmondtown
2002 Italian Tribune" A. Trombetta at The Garibaldi-Meucci Museum
Staten Island Star Reporter-Garibaldi-Meucci Museum Exhibition

DMCA

SA2555

Plaintiff 000126

EXHIBIT
#39 (a)

*Annamarie Trombetta*



| HOME | PORTFOLIO | VIDEO | ARTIST INFO | BIOGRAPHY | CREDENTIALS | CONTACT |

## Plein Air Painting, 2004

This Flash Video Player requires the Adobe Flash Player.

Get ADOBE®
FLASH PLAYER

DMCA

**SA2556**

EXHIBIT # 39 (10)



Plaintiff 000127

Annamarie Trombetta

elaborates on his immortal words. To learn about his family, his life and his vision motivated me to begin a new chapter in creating my own work.

To culminate my journey, when I returned home I gathered the metaphorical leaves and branches that had fallen from my artistic tree, be it ancestral or archetypal and concentrated solely on 'The Holy Tree' described in Yeats's poem "The Two Trees." This image, inspired by the milieu of a mentor miles away is a tribute to his gifts and determined ways which regenerated and awakened the visionary in me. This upcoming catalogue highlights the pictorial progression from that trip and the time that followed.

I wish to acknowledge certain individuals who have enhanced my artistic sensibilities as a person, as well as an artist. These individuals include Everett Raymond Kinstler, Raymond Steiner, Harvey Dinnerstein, Burton Silverman, the artist's in The Painting Group particularly Aaron Shikler, David Levine, Danny Schwartz, Irene Hecht. I thank them for their help and guidance in my life.

All work on this site are ©Annamarie Trombetta. All rights reserved.

DM©A

EXHIBIT #40 (3)

Plaintiff

000 295

**SA2558**

## Certificate of Registration

Confidential    Plaintiff 000118

EXHIBIT 40(2)

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-655-807**

**Effective Date of Registration:**
June 18, 2018

### Title

| | |
|---|---|
| Title of Work: | Annamarie Trombetta Website www.trombettaart.com Biography --Portfolio- Credentials -- HomePage |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2003 |
| Date of 1st Publication: | September 30, 2003 |
| Nation of 1st Publication: | United States |

### Author

| | |
|---|---|
| • Author: | Annamarie Trombetta |
| Author Created: | text, photograph(s), artwork |
| Citizen of: | United States |
| Domiciled in: | United States |
| Year Born: | 1963 |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Annamarie Trombetta |
| | 175 East 96th Street (12R), New York, NY, 10128, United States |

### Certification

| | |
|---|---|
| Name: | Annamarie Trombetta |
| Date: | June 18, 2018 |

| | |
|---|---|
| Correspondence: | Yes |

Page 1 of 1

DOMAINS / TROMBETTAART.COM / SUMMARY

# SUMMARY

The summary displays information about your domain and common actions.



| 🔒 DOMAIN SETTINGS | | 🌐 DOMAIN INFORMATION | |
|---|---|---|---|
| Auto Renew | 🟢 | Domain | trombettaart.com |
| Domain Lock | 🟢 | Registrar | Domain.com |
| Primary Domain | 🟢 | Registered On | September 8, 2003 |
| LetsEncrypt Free SSL | 🟢 | Expires On | September 8, 2022 |
| Enforce SSL | ⚪ | Renews On | August 24, 2022 |

RENEW DOMAIN

*EXHIBIT #40 (1)* (handwritten)

Plaintiff000250

**SA2560**

EXHIBIT

# 41

## PLACEHOLDER

E Bay.m4a

Plaintiff000328

Exhibit #41 p. 1

00;00;01;14 - 00;00;06;02
**Customer Service**
Welcome to e-Bay Customer Service to ensure quality and for training purposes.

Your call may be recorded.

If you're calling because you are unable to access your email account. Please stay on the line for all other inquiries, including password reset. Please call us at 1 8665403 I see you're calling from 212 427-5990

If you'd like me to use that.
Number to look up your. eBay account press 1But otherwise press two.

Please enter the phone.

**Annamarie Trombetta**
Well, before I do that, Christine, I have been trying to find out the seller of an item. The item is from December 2012. It's not that long ago. I found it on the Internet. And I don't know how to find out who the seller is.

00;01;06;09 - 00;01;09;22
Christine
You mentioned that you personally found an item in 2012.

00;01;09;26 - 00;01;32;22
**Annamarie Trombetta**
Yes. It's on a website called Worth Point dot com. When I went on to the membership, there's the source, the amount of money, but the seller is empty. There's no indication as to who the person was who sold this object.

00;01;34;27 - 00;01;44;18
**Christine**
If I'm going to find that item on your account. So we have the timeframe. For the past two years Or a year. Mm hmm. But I'm afraid. We cannot also give you information that you need regarding that transaction

**Annamarie Trombetta**
Right. But it's on the Internet. It's on the Internet. I'm going to ask you to Google one 1972 original oil painting man with red umbrella Mm hmm. Thank you.

00;02;58;01 - 00;03;01;08
**Annamarie Trombetta**
Do you see it ?

**Christine**
Yes I was able to. Pull up some spreadsheets on it. Trying to search for the 1972 original.Oil painting.Man with the red umbrella.

**Annamarie Trombetta**

Exhibit #41    P-2

Mm hmm. Okay. It does say the source is eBay, correct? If you click on to that site and you go to WorthPoint dot com, it says Source eBay. Sold December 1st 2012. Channel online auction

**Christine**
All right.

00;03;46;16 - 00;03;49;22
**Annamarie Trombetta**
But it doesn't give the sellers Identification, right?

00;03;50;09 - 00;03;51;28
**Christine**
Yes. With their I.D. nor, any account related information with The seller.

00;03;58;00 - 00;04;19;00
**Annamarie Trombetta**
Right. However, I have gone on to this site and the value of the painting was $181.50. When you go on to the Worth Point membership it gives a dollar amount, but it doesn't give the seller. Why is that?

00;04;26;21 - 00;04;42;20
**Christine**
Okay, need to get a piece of information For the seller here on eBay. Yeah. And try to we can try to ask if our selling specialist can do something if they have a tool if  They can filter the Items that have been listed on the site from that day So if you want, I'm just going to get another specialist who can double check if we can get some seller information and that I don't have a right.
**Annamarie Trombetta**
Perfect. Thank you.

**Christine**

I'll be including that title of the item And that amount you said would be $181.63 and $0.50. 50. Yeah.

00;05;14;27 - 00;05;37;29
**Annamarie Trombetta**
I have it you know I have it on a documented that that was the value of the painting related to that item.

**Christine**
And you mentioned that the date we have here are December 2012 right

**Annamarie Trombetta**
that is correct.

00;05;38;22 - 00;05;41;02

SA2563

Exhibit #41 p.3

**Christine**
Ok we should be including complete documentation before I connect you


00;05;42;24 - 00;06;01;01
**Annamarie Trombetta**
That. Yeah. Please, please forward the the URL and the information that you found online, which is active to the appropriate person.

**Christine**
Yes, I know what I'm going to do that as well one moment

00;06;06;22 - 00;06;20;09
**Annamarie Trombetta**
My Name is Anna and my last name is Trombetta   .

**Christine**
ok thank you, and what should be the registered address on your e-bay account?

**Annamarie Trombetta**
I have no idea.

00;06;24;23 - 00;06;37;03
**Christine**
Actually. Just provide me the phone number, in fact,

**Annamarie Trombetta**

For the account.
**Christine**

Yeah,

**Annamarie Trombetta**
it's phone number. Yeah, it's 212 427-5990,

**Christine**
ok thank you so much
Anna do you remember. the zip code of your Address on 96th Street East 96th

00;06;54;16 - 00;07;13;19
**Annamarie Trombetta**
yes. Of course. It's 10128. That information has. It's in the system because in order for me to get to you, they confirmed all that

**Christine**
All right, great. So I was able to put a complete notation about your concerns for today Now let's try to you ask somehow from our online site Specialist who can double check and  look at the Information that you need

SA2564

Exhibit#41    p4

**SECOND EBAY CUSTOMER SERVICE REPRESENTATIVE**

00;07;23;02 - 00;07;24;10
**Ebay Customer Support**
Customer support Can I have your first and last name please

00;07;25;01 - 00;07;29;25
**Annamarie Trombetta**
Yes, it's Anna Trombetta. I'm trying to get information. Yeah.

00;07;30;19 - 00;07;31;26
**Ebay Customer Service**
How can I help you

00;07;32;27 - 00;07;37;14
**Annamarie Trombetta**
Information was forwarded to you. Yes or no?

00;07;39;00 - 00;07;40;19
**Ebay Customer Service**
There was no information yet provided.

00;07;41;24 - 00;08;32;11
**Annamarie Trombetta**
Okay. And I am interested to find out who the seller is of an item. I'm
going to ask you to Google on 1972 original oil painting man with red
umbrella. And what comes up is a website to Worth Point dot com. And the
reason for me calling you is that the seller information is it's not
visible. So I'm calling to find out if you can inform me who the seller
was if you Google 1972 original oil painting man with red umbrella.

00;08;35;28 - 00;08;41;20
**Ebay Customer Service**
Now I forget you right person you actually requested me search
information on eBay for that item

00;08;41;20 - 00;09;40;08
**Annamarie Trombetta**
Yes. Because I contacted the user agency. Yeah. Because there is no
seller ID and I contacted Worth Point and they said that I would have to
contact eBay in order to find out who the seller was. So it's on the
internet it says that the source is eBay and that it was sold in December
of 2012 and I actually know the value of the sale, which was $181.50 but
even though the sale was posted when I went on to the membership for
Worth Point, what is not there is the seller ID and when I contacted
Worth Point they said I have to contact eBay.

00;09;41;25 - 00;09;53;23
**Ebay Customer Service**
No further information I'll let you know that worked at providing
personal information to a buyer on the account because they also try to
protect sellers who buy this

00;09;53;23 - 00;09;58;10

EXHIBIT #41 P5

**Annamarie Trombetta**
well, how would I be able to obtain that information

00;09;59;10 - 00;10;05;26
**Ebay Customer Service**
Normally you try to provide
The title of the item here, there are a lot of sellers that are actually
selling the item as well in the account.

00;10;06;25 - 00;10;10;07
**Annamarie Trombetta**
There's a lot of sellers selling the item on the account.

00;10;10;29 - 00;10;33;04
**Ebay Customer Service**
Just making sure that the right title  that you provide to me in 1972 the
original oil painting man with red umbrella. Yes right when I try to
search that up eBay accounts here. There's a lot of information showing
up so we actually cannot offer exactly the sale you're talking about here
because there are a lot of sellers who are selling the same item as well.

00;10;35;05 - 00;10;47;05
**Annamarie Trombetta**
Right but this one says 1972 and you just googled and it came up in the
in the search bar did it not?

00;10;47;26 - 00;10;51;10
**Ebay Customer Service**
Is there a way that you could pick up the title of the item and you can
see the item number.

00;10;52;22 - 00;10;58;26
**Annamarie Trombetta**
The item number is it's only a nine digit item number on Worth Point.

00;10;59;29 - 00;11;00;19
**Ebay Customer Service**
It's supposed to be 12 digits maam

00;11;02;01 - 00;11;13;04not
**Annamarie Trombetta**
Yeah I know I it's only nine digits. So what I'm trying to find out is if
there actually was a seller or who the seller was.

00;11;17;00 - 00;11;25;27
**Ebay Customer Service**
Because when they tried to provide that information to the other search
bar on eBay, I just have a random listed item here showing up.

00;11;26;06 - 00;11;26;18
**Ebay Annamarie Trombetta**
Yes.

00;11;27;27 - 00;11;31;19

Case 1:18-cv-00993-LTS-SLC    Document 488-6    Filed 05/30/23    Page 20 of 35

EXHIBIT #41 p-6

**Ebay Customer Service**
But I can't actually provide you some personal information on the seller's account.

00;11;31;23 - 00;11;55;00
**Annamarie Trombetta**
OK, so again the title of the piece is 1972 Original Oil Painting Man with Red Umbrella. If you Google that, if you put up pull up another page and you Google that 1972 original oil painting man with red umbrella.

00;11;58;01 - 00;11;59;05
**Ebay Customer Service**
red umbrella.Right?

00;11;59;05 - 00;12;14;00
**Annmarie Trombetta**
Right Just Google that 1972 original oil painting man with red umbrella signed Annamarie Trombetta

00;12;14;00 - 00;12;14;22
**Ebay Customer Service**
Google.not eBay.

00;12;15;07 - 00;12;16;13
**Annamarie Trombetta**
Google. Correct.

00;12;21;22 - 00;12;23;20
**Ebay Customer Service**
So a lot of information showing up here.

00;12;24;09 - 00;12;24;18
**Annmarie Trombetta**
Right. 1972 original oil painting man with red umbrella and underneath it says www.worthpoint dot com.

00;12;37;00 - 00;12;37;25
**Ebay Customer Service**
Worth Point.

00;12;38;08 - 00;12;40;18
**Annamarie Trombetta**
Yes. That's the one you want to click on to.

00;12;41;10 - 00;12;43;20
**Ebay Customer Service**
I think that it's actually not eBay.

00;12;44;07 - 00;12;51;08
**Annamarie Trombetta**
Correct but click on to it if you click on to it. Did you.

00;12;52;25 - 00;12;57;24
**Ebay Customer Service**

Exhibit#41    p.7

I tried to do that on the web and it provided me a lot of information.

00;12;57;24 - 00;13;07;22
**Annamarie Trombetta**
correct And it says source eBay and it's highlighted. So when I click on to eBay, it goes to the eBay website.

00;13;10;16 - 00;13;14;08
**Ebay Customer Service**
Where if there you go, it's Worth Point, right?

00;13;14;13 - 00;13;16;06
**Annamarie Trombetta**
Correct. Worth Point.com

00;13;17;03 - 00;13;32;26
**EBay Customer Service**
It's actually a different selling page it's essentially a third party application from eBay as well let me check, **it's actually a third party app. It's a marketplace. It's not from eBay.**

00;13;33;17 - 00;13;36;02
**Annamarie Trombetta**
I know it's not from eBay. It's from Worth Point.

00;13;37;04 - 00;13;42;18
**EBay Customer Service**
Yeah. And it's not showing up here. Yes the source, is actually ebay if you have provided that Right,

00;13;42;18 - 00;13;43;11
**Annamarie Trombetta**
right. So you're on the Worth Point website right now with and you're looking at a picture of it looks like a canvas and it says A. Trombetta

**EBay Customer Service**
yes Maam

**Annamarie Trombetta**
and it says 1972 original oil painting item category source is eBay sold December 1st 2012. The channel is online auction. But what I need to do is find out or I need to be informed how can I find out who the seller was.

00;14;18;21 - 00;14;37;28
**EBay Customer Service**
So let me see if I can actually have the tool to actually provide that information but if we have that information here on my end we're not actually allowed to provide a personal information. All right. Because that's only part of how the seller's protection.

**Annamarie Trombetta**
OK, well

Exhibit #41   p8

**EBay Customer Service**
We can only provide if we have an item number. I can provide the item
number. All right.

00;14;38;18 - 00;14;41;13
**Annamarie Trombetta**
Thank you

**EBay Customer Service**
please. Stay on the line.

00;14;41;13 - 00;14;41;26
**Annamarie Trombetta**
I will.

00;14;42;18 - 00;14;43;10
**EBay Customer Service**
I will Be placing you on  hold.

00;14;43;19 - 00;14;45;01
**Annamarie Trombetta**
Thank you. Thank you.

00;14;46;11 - 00;14;48;06
**EBay Customer Service**
Thanks so much for staying on line here Anna

00;14;48;08 - 00;14;49;15
**Annamarie Trombetta**
Yes. And your name?

**EBay Customer Service**
Yeah, my name is Jamie.

00;14;53;05 - 00;14;57;27
**Annamarie Trombetta**
Jamie. Jamie, what do you mean by it was a third party seller.

 00;14;58;17 - 00;15;01;06
**Jamie EBay Customer Service**
Um, it's like they're using a third party application.

00;15;02;18 - 00;15;03;10
**Annamarie Trombetta**
Who is using.

00;15;03;10 - 00;15;09;11
**Jamie  EBay Customer Service**
A open third party apps on their account. And regarding that, that is
actually not from ebay anymore.

00;15;09;17 - 00;15;12;14
**Annamarie Trombetta**

Case 1:18-cv-00993-LTS-SLC    Document 488-6    Filed 05/30/23    Page 23 of 35

*Exhibit #41  p9*

OK, it's not from eBay, is it from WorthPoint?

00;15;13;08 - 00;15;22;00
**Jamie  eBay Customer Service**
Yeah. And I tried to get in touch with one of the experts regarding it, and they have informed me that if you want to go ahead and get some information on who is selling the item.

00;15;22;08 - 00;15;22;26
**Annamarie Trombetta**
Yes,

00;15;22;27 - 00;15;25;21
**Jamie  eBay Customer Service**
you can Get in touch with Worth Point and we do have their phone number.

00;15;26;21 - 00;15;36;16
**Annamarie Trombetta**
OK, hold on one second. Yes, I'm listening. What is it?

00;15;36;21 - 00;15;45;22
**Jamie  eBay Customer Service**
Okay. The phone number for **WorthPoint contact information. Customer service will be 877 481-5750.**

00;15;46;12 - 00;15;56;24
**Annamarie Trombetta**
Well, I did call them and they said that I had to get in touch with eBay because if they don't sell anything, they're a database. So I keep going back and forth.

00;15;59;16 - 00;16;10;12
**Jamie  eBay Customer Service**
Let me try see at our end to maybe they provided information like a third party app to give it to me tried to go ahead and provide that information here on eBay.
And do it again. OK,

**Annamarie Trombetta**
OK. Because I still don't understand what you mean by third party. You're saying that it is the responsibility of WorthPoint to have that information.

**Jamie  eBay Customer Service**
Yes Maam

**Annamarie Trombetta**
Well, again, Worth Point keeps telling me that since they don't sell anything and that it was sold on eBay in 2012 that you would be the source of the seller Id.

00;16;42;26 - 00;16;55;26
**Jamie  eBay Customer Service**

**SA2570**

Exhibit #41    p10

The item has already been sold here on ebay  What I have tI try to pull up an equal tag on the item on worth point I tried to search for some type of searching not just eBay and it's actually not showing up.

00;16;56;04 - 00;17;03;26
**Annamarie Trombetta**
**Well what if what if that information is not true what if it wasn't sold on eBay ?**

00;17;05;14 - 00;17;10;20
**Jamie  eBay Customer Service**
The item is already listed here on ebay here. It will still show on the ebay Web site.

00;17;10;22 - 00;17;14;07
**Annamarie Trombetta**
Even though it's from 2012

00;17;14;07 - 00;17;26;15
**Jamie  eBay Customer Service**
still that Beyond I mean that would information fully deleted if it still we only can do something about it if the item activated on the account of what you sold the company a msximum of 60 ?days

00;17;28;15 - 00;17;47;28
**Annamarie Trombetta**
A maximum of 60 days so how do you know again how can I find out who the seller is from 2012?  Is it possible? Do you have the data stored. Is there a particular person or department that I have to contact in order to acquire that information.

00;17;49;10 - 00;17;55;21
**Jamie  eBay Customer Service**
On my end I don't have the actual tool to ah provide ah actually provide or see that information at my end

00;17;55;29 - 00;17;56;11
**Annamarie Trombetta**
Right.

00;17;56;20 - 00;18;07;29
**Jamie  eBay Customer Service**
And of a handful of limited access. But let me see if I can get in touch. You can go back to one of my expertise department here and see if they have a different department to actually search that item, ok

00;18;07;29 - 00;18;11;04
**Annamarie Trombetta**
OK. Thank you very much.

00;18;11;04 - 00;18;12;08
**Jamie  eBay Customer Service**
No Problem I'll be putting you back on hold ok Anna

Exhibit #41
P 11

00;18;12;08 - 00;18;16;28
**Annamarie Trombetta**
Yes. Thank you, Jamie. Thank you. Like awaiting it. Yes. Jamie.

00;18;18;08 - 00;18;20;22
**Aldrin**
Yeah. Yeah. This is Aldrin. Jamie's supervisor.

00;18;21;01 - 00;18;22;27
**Annamarie Trombetta**
Oh, Aldrin's ok. Yes.

00;18;23;22 - 00;18;26;18
**Aldrin**
I was told this is  this will be with one of your  items, which is
basically I tried pulling up that specific website.
as advised by Jamie  ..you know.. was looking at the information  provide
me was sold for December 1, 2012. and you're not the one who sold this
item.

00;18;44;21 - 00;18;59;21
**Annamarie Trombetta**
I am not the one who sold this item I'm actually the one that the
painting is being attributed to it says signed Annamarie Trombetta I'm
Annamarie Trombetta

00;19;01;26 - 00;19;09;06
**Aldrin**
There I now see, alright then let's try look at all the  best options for
us to pull up the item here on my end to get all the information about
the seller so that I can try to track..

00;19;09;06 - 00;19;50;25
**Annamarie Trombetta**
Right, so who the seller is because there is the source is named eBay
even though it's on worthpoint.com's website the source is eBay. And when
you click on to that source that highlighted eBay goes straight to the
eBay website but it's it's a circle it doesn't even though I went online
to try and find out the price which is $181.50, the seller identification
was absent.

00;19;57;08 - 00;20;07;13
**Aldrin**
Again further information so that I can try to track more details about
the item OK try and check and find the and pull up the  item number or
what not.
That's the only way for us to get the  details from the seller And based
on Price Point website and let me further check here on my end.

00;20;19;10 - 00;20;20;06
**Annamarie Trombetta**
OK, thank you.

00;20;21;18 - 00;20;24;11

Exhibit #4

p12

**Aldrin**
You're Welcome let me place you hold for one or two minutes I'll get back to you.

**Annamarie Trombetta**
Very good. Thank you. Aldrin

00;20;26;08 - 00;20;32;08
**Aldrin**
Yeah This is Aldrin OK. Yeah, I tried everything here on my end to possibly pull up details of this listing going back to the possible date specifically December of 2012 of what was sold on that date and I don't see anything here on my end Here's what we're going to do..

**Annamarie Trombetta**

Yes
**Aldrin eBay Supervisor Specialist**

 Okay We have a listing department here before making sure  taking care of reporting listing status members trying to check on listing things for corporate purposes and Stuff like that we might have further details about this item that was sold way back in 2012. Because as far as history is concerned here on my end I only have a limited time frame.

00;21;13;13 - 00;21;13;26
**Annamarie Trombetta**
OK.

00;21;14;13 - 00;21;19;17
**Aldrin**
However, listing policy at Worthpoint might have a way to gather more information  about it

00;21;20;00 - 00;22;02;06
**Annamarie Trombetta**
Is there anyone that I could contact or write to? Because again, when I called initially, it's just the nine digit code. The code on the URL for WorthPoint it's worthepedia 1972 to oil painting man red and it's 48924172 but that's only nine digits you're. Yeah Jamie was telling me that it's a 12 digit item number that you can look information up with is that correct exact.

00;22;02;22 - 00;22;08;26
**Aldrin**
Item numbers right I mean items registered on the website for ebay  will be consisting  of 12 numbers and that's.

00;22;12;05 - 00;22;30;03
**Annamarie Trombetta**
Yeah I was going to say even in 2012 that was the standard policy that all the inventory numbers were 12 digits because this is from 2012. Could it be that that's why it's only nine digits

**SA2573**

Exhibit #41 p 13

00;22;30;04 - 00;22;46;26
**Aldrin**
Not Necessarily it has been standardized since then. So that will be like for you. I need to get that standard number for item numbers at least 48924172 and this will be associated with WorthPoint item numbers.

00;22;47;00 - 00;22;47;13
**Annamarie Trombetta**
Okay.

00;22;48;29 - 00;23;33;27
**Aldrin**
So since it's on your website might have been login register between that specific series of numbers. OK, but do further check on this I'll be needing. to go up to our Listing Policy Department, you know, I'd be looking further into it   Together with that if you have access beyond the items that we have here on eBay, all the reports, all the details of the left bank that he might have even requiring this particular item for documents for **COPYRIGHT**  purposes like listing items like this very easy or whatnot, most likely the seller of items  was required to provide us(eBay) with documents updated to make sure for us as well that items which We know

**Annamarie Trombetta**
Right

And so I can give you just stay the line for me for a couple of seconds for Our Listing Policy department,

**Annamarie Trombetta**
listing policy department. Thank you.

**Aldrin**
And you're welcome stay on the line please.

00;23;51;15 - 00;23;54;22
**Annamarie Trombetta**
I shall

**FOURTH EBAY SPECIALIST**

00;23;55;22 - 00;24;02;22
**Archer**
Your name please..

**Annamarie Trombetta**
your name is Arthur

**Archer**
Archer.

**Annamarie Trombetta**
Archer. OK, and what department are you from? From eBay?

SA2574

Exhibit #41 p14

00;24;02;29 - 00;24;05;03
**Archer**
I'm from the Internet listings

00;24;05;24 - 00;24;17;11
**Annamarie Trombetta**
OK, my name is Anna Trombetta. I'm calling about a did did the Aldrin tell you what this was in reference to.

**Archer**
Yes, that there's Some notes from the previous job  let me check take that first ok
Something here to get details about the seller. One of your items shows it was bought last in 2012 ??

00;24;33;20 - 00;24;55;23
**Annamarie Trombetta**
That is yes it's if you Google 1972 original oil painting man with red umbrella if you Google that what will come up is the link and then it's connected to a website called. Worthpoint.com
Are you there ?

00;25;00;15 - 00;25;10;03
**Archer**
Yes I was provided that link  It's showing me coming 1972  original painting man with red umbrella signed saying ok yeah  tell me more about this let's go over this.

00;25;10;16 - 00;25;45;01
**Annamarie Trombetta**
Ok well the item category and the seller is not visible. The source is eBay. When you click on to the eBay logo, it goes straight to the eBay website and it says that it was sold December 1st 2012 and that the channel is an online auction. It gives a very detailed description of the painting, its states, the size and the, the condition of it. It's supposed to have been damaged. And then it also gives the biography of the artist. So what I'm trying to find, since it has been duly documented on this Worth Point website that it was sold in December 1st of 2012. What I did was I went on to the Worth Point website, it's valued at $181.50, but it doesn't reveal the seller.So what I'm trying to do is track down the seller Identification
 Hence the reason why I'm talking to you Archer

00;26;28;27 - 00;26;33;02
**Archer**
I am OK are you the one who painted this.

00;26;35;04 - 00;26;49;21
**Annamarie Trombetta**
Well somebody's saying that I painted it but I don't recall painting it and I, I looked to check to see the picture of it and there aren't pictures, but there's a picture of a signature.

00;26;52;14 - 00;26;57;19
**Archer**
That is true  but somebody that's absolutely clear. You wanted to report somebody using your name to sell this painting correct

00;26;59;00 - 00;27;08;24
**Annamarie Trombetta**
well, somebody sold it and they sold it for $181, and I need to know who sold it. And I'm checking with you to find out if there's any documentation of the sale, because when you go on to Worth Points membership, there's a dollar amount associated with the sale of this painting, and it's duly documented on the website, whether you're on the membership or not. That it is the source of the sale is eBay.

**Archer**
That is true Here's the thing we only recover or we only save information for up to 18 months. So one year and a half of information  after that those information can no longer receive  even if you can get the item number.
So It's not going To show And so my point that this has been sold for like three years

00;28;14;03 - 00;28;54;16
**Annamarie Trombetta**
Yes but your company eBay is associated with this website which is associated with me so whatever your policies are, that's your policy. OK, I'm just trying to find out who the seller is. Now, when I spoke to Aldrin, he said that you have information on file do you have a database back to 2012? Can you access that information? Is there a way to access that information?

00;28;58;13 - 00;29;06;01
**Archer**
No We can't save three years of information, so I might actually delete the specifics for again a year and a half.

00;29;06;15 - 00;29;47;16
**Annamarie Trombetta**
So you're saying that you're associating your company… eBay is associated with and now I'm associated with Worth Point and eBay and you have no way possible of telling me who the seller was because this potentially could be a fraudulent piece of artwork that was sold and attributed to me .....So that's why it is vital for me to find out who the seller is.

00;29;53;20 - 00;30;02;15
**Archer**
As much as I would like to Share those information to you. We can no longer go back to three years information and that's a system limitation.

00;30;03;06 - 00;30;20;12
**Annamarie Trombetta**
Well even though it's a system limitation, there has to be a way to if that and if that information is limited why is it up on the Internet now?

Exhibit #41 p16

**Archer**
Only by the time it was created, it just copied all the description they had on their database and on their system, I mean, we no longer have a copy of this because they don't release any information. It's still up there. That's what I think that that happened

00;30;41;00 - 00;30;41;16
**Annamarie Trombetta**
That's what you think

00;30;41;16 - 00;30;51;21
**Archer**
they didn't even provide any item number. Supposedly, there's an item I don't know when we can at least check the the data was created, those kind of things.

**Annamarie Trombetta**
Well, can I ask you, was it sold on eBay as they are stating the source To be

**Archer**
To be honest, that's fine. I can't even check it's undefined.

00;31;04;09 - 00;31;20;00
**Annamarie Trombetta**
OK, it's undefined. So how do I know what the painting looks like? And if it was one of mine ?   hello?

00;31;20;29 - 00;31;38;17
**Archer**
Yeah, I'm just looking at something.  Have you tried checking to see if there's a way for you to check with WorthPoint, So for them to get back with their own information, as I see here that it only shows one photo right ?

00;31;39;16 - 00;31;42;24
**Annamarie Trombetta**
It shows the photo of a signature

**Archer**
of a signature. So I don't think. Cause it's been more than a couple of years. It's showed up here on their site. On eBay we really really cannot get
this information anymore. Even if you have the item numbers is an information now, has it taken up? Oh.

00;32;03;21 - 00;32;24;25
**Annamarie Trombetta**
I have tried calling them. And they specifically said to me, we don't sell anything. We're a database and you need to contact eBay because it was sold online through eBay. OK. And now you're telling me to contact them

00;32;25;07 - 00;32;32;28

Exhibit 41  p17

**Archer**
If you click their store And it says eBay it's only going to redirect to eBay website But even not showing up the item specifically itself

00;32;32;28 - 00;32;42;05
**Annamarie Trombetta**
That's correct. Did you click on to the eBay link? Yeah, yeah, yeah. And it goes to the current eBay listing is that not correct?

00;32;43;03 - 00;32;53;16
**Archer**
That's correct. Technically I can't confirm  if it's purchase or sold that was I sold on eBay yet.

00;32;53;28 - 00;33;21;02
**Annamarie Trombetta**
You can'tconfirm . OK, so then how do I how do I know if you can't confirm it? I can tell you that that is not my signature. That I can tell you I don't sign my name that way. So whoever took that picture, whoever posted that picture is not revealing the truth. So if that's I know that's not my signature.
I don't know what the painting looks like, but it is definitely my biography that is so specific that I know it to be me. So basically what you have here is a fraudulent attribution now, is there anyone in the legal department that I can speak with regarding this to try and find out.. You're telling me that you don't have data longer than 18 months, is that correct? Excuse me?

00;34;00;08 - 00;34;02;12
**Archer**
Yeah  that is true but f I only have an item number I really can't check't …if there is an item number then we can try to check

00;34;02;23 - 00;34;20;26
But based on WorthPoint's information it was purchased or sold on eBay . Nothing is showing up here no item number  no transaction number not even a link to the original ah sales website.

00;34;21;07 - 00;34;48;21
**Annamarie Trombetta**
Well who is responsible for the linking to eBay ?In other words, the item is on Worth Points website and there is a link that goes directly to eBay. Who's responsible for that link? You've given Worth Point permission to do that?

00;34;49;02 - 00;34;59;19
**Archer**
It shows up here that eBay as a partnership with WorthPoint  So there's a possibility that the person who owns a WorthPoint  account links it's item to this website.

00;35;02;00 - 00;35;05;26
**Annamarie Trombetta**

SA2578

Exhibit #41 p 18

OK, so you have a working relationship.

00;35;09;15 - 00;35;10;28
**Archer**
That's what isshowing up in here, but it's….I. You know, to be honest, this is the first time I... I had this WorthPoint website open.

00;35;19;06 - 00;35;57;20
**Annamarie Trombetta**
OK? And and again, all I can tell you is that I contacted WorthPoints and they said that they don't sell anything. It's it was sold on eBay. What is it for? It's yes. I don't know specifically. I was told that it's a database that ...that people go to to see the value of info of paintings, antiques, artifacts, anything that's for sale. I know as much as you do, sir. I was told to call eBay in order to find out who the seller was. But since I can't find out who the seller was because of the limited database, that eBay has, how… how old is the company? I how old is eBay?

00;36;24;05 - 00;36;27;04
**Archer**
Since I believe it's 1997 or 1996

00;36;28;03 - 00;36;37;14
**Annamarie Trombetta**
1996. So it's a 20 year old company and, and basically you're telling me that you don't have a database for all the items that you sell.

00;36;41;16 - 00;37;15;02
**Archer**
We have databases to see specific information for specific period of time. Right. Yeah. There's a lot of sales there's a lot of information that can be seen.
So there's a time frame, so how long we can see those information that are on our website if there's only an item number showing up here, they cannot be searched as to when the item was first listed or the date of the item was ended but I don't get the information that I can  get if you have an item number.

00;37;15;24 - 00;37;16;18
**Annamarie Trombetta**
So your telling me That because there isn't an item number. It's now impossible for you to find out who the seller is.

00;37;26;21 - 00;37;43;02
**Archer**
Basically yes it is possible  If we search for this title and the search results on ebay. I mean, I know I mean, normally if an item gets sold, it's only going to show up at the website for six months 60 days rather…60 days.

00;37;43;03 - 00;38;10;22
**Annamarie Trombetta**
 I understand. I understand the concept this, but for someone to have for WorthPoint, to have the permission to put eBay on to the source, then

SA2579

Exhibit #4) p 19

indirectly or directly, eBay is connected and responsible for the
information

00;38;11;21 - 00;38;25;15
**Archer**
Possible Yes. So that can be true that if this owner who created this
part of their Web site didn't provide any ah.. specific information. They
just copied  what was under this description it's impossible for us to
check or confirm

00;38;27;26 - 00;38;31;26
**Annamarie Trombetta**
It's possible or impossible
00;38;31;26 - 00;38;32;28

**Archer**
Impossible,

00;38;33;22 - 00;39;19;23
**Annamarie Trombetta**
Impossible So basically what I have is ah it's basically copyright
infringement. Your Web site has a great deal of information regarding
copyright infringement. In other words, WorthPoints. And eBay is
associating my name because it says it right in the title. Annamarie
Trombetta. Is it possible for eBay to take this down since you say you
don't know who the seller is and it's impossible for you to find out who
the seller was? Is it possible for you ....for eBay . . .to take this off
the Internet?

00;39;26;21 - 00;39;39;06
**Archer**
We can but you have that option because it bears your name in their site.
You can request  for Worth point to remove this breach on their site.
It's on their site.

00;39;39;06 - 00;39;58;06
**Annamarie Trombetta**
 So it's my responsibility. Now, to have WorthPoint, take it down, but
it's associated with eBay because there's a link to eBay. So does eBay
have any responsibility in in.. assisting me with taking this down.

00;39;58;29 - 00;40;11;18
**Archer**
If it's free If we really have a  specific link for the sale.. all
right... It only shows the link of the home page of eBay. Having it
confirmed  that it's sold on eBay.
But if it  shows a source which it's UNDEFINED  it's only a website  It's
only a page . . It's a homepage  So let's say if we have a partner to
this website.. right?

00;40;26;09 - 00;40;32;03
**Annamarie Trombetta**
It's a home page, but then it clicks on to the actual website of eBay.

**SA2580**

Exhibit 41    P20

00;40;32;10 - 00;40;40;26
**Archer**
eBay. Yeah. But if I'm going to be the one to create this page, I can get and add any webpage 's link, to any link on my page not just eBay

00;40;41;19 - 00;40;48;07
**Annamarie Trombetta**
Well, let me ask you this. Can can an unknown party put anything on the Internet.

00;40;52;01 - 00;40;56;04
**Archer**
that's possible.

00;40;56;17 - 00;41;20;04
**Annamarie Trombetta**
That's possible.

**Archer**
Yeah, it's coding.

**Annamarie Trombetta**
Coding. Well, how would you know whether it was coded because that would solve the riddle that an unknown party put this on the Internet. Would that be in the URL of worth point

00;41;23;12 - 00;41;27;09
**Archer**
I really can't understand this information. That said, assist you further. Like getting those information We need to find out for their seller is, but I don't have much information to link it to our database.

00;41;36;28 - 00;41;57;28
**Annamarie Trombetta**
OK, so is there anybody or any department, maybe a legal department that I can contact to find out how I can either determine who the seller is or possibly to get this link with eBay off the Internet.

00;42;01;01 - 00;42;06;26
**Archer**
And if they help you further, I can't pull up any correct information associated with the sale now because it's UNDEFINED Nothing is showing up here …Ah ..just the source.. that it's sold on eBay.

00;42;16;08 - 00;42;33;13
**Annamarie Trombetta**
OK, if its undefined, but what's not undefined is the association of my name with your company with WorthPoint and with this piece of artwork and with the signature, it is my name that is being used.

00;42;35;19 - 00;42;46;12
**Archer**

You know if you want this page to be removed you should contact
WorthPoint it's on their Web site. The page is associated with this but
we Don't have the right to remove this page

00;42;47;18 - 00;42;54;25
**Annamarie Trombetta**
You don't have the right to remove the page.

**Archer**

 No,

**Annamarie Trombetta**

but it's it's linked and it's linked to eBay.

00;42;58;01 - 00;43;09;25
**Archer**
But it's copyrighted to your name and you have all the right to request
and remove it this page?

00;43;09;26 - 00;43;27;06
**Annamarie Trombetta**
Sir The purpose of my call is to get this off the Internet. This has been
going on since August 2015. It is now December. I keep contacting Worth
Point and they're telling me to contact you. I have no idea what's true
and what's not.

**SUDDEN  HANG UP AND SOUND DIAL TONE BEEPING**

June 1, 2023

The Honorable Judge Sarah L. Cave
United States District Court Southern District of New York
500 Pearl St., Courtroom 18ANew York, NY 10007-1312

The Honorable Judge Sarah L. Cave

Re:  Plaintiff's Response to Judge Cave's ECF No. 449

To The Honorable Judge Sarah L. Cave:

Plaintiff set forth my response to Your Honor's request in ECF No. 449 and seeks to include the expert witness reports produced by Gayle Sckluzacek and Dr. Joseph V. Scelsa who took time to write and produce the required report in accordance to Fed. Rule 26. Plaintiff has attached all  communication with Ms. Skluzacek with began in June 2022 . I have   attached all emails in EXHIBIT #1 .  In like fashion in **EXHIBIT #2** I have included all email communication with Dr. Scelsa which began in August 2022. Both of my witness were given the proper Fed Rule 26.  Throughout April to August we were in contact and following this time both of my witnesses began their written drafts for the report.

Contributing to the late production of these reports has to do with Defendants delays and disruptions causing Plaintiff to address unexpected and numerous  problems on a weekly and  as the months unfurled, it was on a daily basis.

Pro Se Plaintiff has had the task of self representation while concurrently learning the rules and legal procedures of the Court. This is a difficult undertaking as it is for any Pro Se Litigant.  In my case I have two different Defendants  and  have dealt with five different attorneys in total.

In **ECF No. 195** On February 1, 2022  upon WorthPoints attorneys request and Mr. Duff's stoic stance that his clients  were in  in a bankruptcy state of suspension due to this litigation,  Plaintiff agreed to write a settlement letter before discovery.  Upon  professional legal advice Plaintiff was informed the elements that needed to be in the settlement letter such as a summary of events, a recitation of the claims and the rules that govern the infringements and also the inclusion of other case references. Upon production of a long detailed letter, Plaintiff did not hear  from Defendants. Without contacting the Plaintiff , WorthPoint's attorneys wrote a false letter to the Court, stating I did not write a monetary amount. This caused Plaintiff to have to do double the work and write another letter and writing to the Court in **ECF 207 209  210.**

In April upon  receipt of  contradictory discovery responses from WorthPoints attorneys  claiming they did not know when the 1972 post was ingested on WorthPoint's  website while concurrently producing an email from WorthPoint with a designated date of  March 5, 2013. Concurrently EAI did not produce a complete version of a sales receipt and despite bringing this to Mr. Duff's attention, months

**SA2583**

later in November, seven months later, Plaintiff thought three set of discovery interrogators and production of documents was unable , even through the intervention of the Court noted in **ECF 266 272 and 278** for EAI and attorney Mr. Duff to comply with Your Honor's Order.  I note that in 2015 before anyone including EAI was involved I phoned eBay as per directed by WorthPoint and recorded the phone call. The call clearly states the 1972 oil painting sale was "Undefined" and that eBay couldn't remove the post because it was on WorthPoint's website. Attached in **EXHBIT # 7** is the eBay transcript.

Plaintiff also notes that in **July in 249** attorney Jana Farmer cancelled Plaintiff's July deposition due to Plaintiff emailing Defendants and stated I found small box with some documents. The document in EXHBIT #4 total five documents.   The number of emails and letters to the Court all due to the chaos and confusion just to re schedule the deposition is simply ridiculous.   Upon leaving the deposition after nine hours of scrutiny, Plaintiff was served a summons and complaint from Will Seippel CEO of WorthPoint in the state of Georgia where I have never entered.   This emotional trauma was the first of many mental assaults on the Plaitniff's psychological  stability.  If that was not enough in August and September 2022 I kept receiving emails from WorthPoint with a warning signs which when clicked froze my computer noted in **ECF 922.**

Plaintiff has taken the liberty to copy and paste all the troublesome letters to the Court which are too numerous to articulate in **EXHIBIT #8.**

In summary, Plaintiff by no means and as evidence in all my exhibits was not negligent  nor were my expert witnesses in production their reports. Estate Auctions Inc has no witnesses and WorthPoint has just one who made many clerical and important errors in her report.  Plaintiff should not be denied the necessary witnesses as the burden of proof is my responsibility and the support and expertise of my witnesses fact as well as expert is tantamount to my case

Dated: New York, New York                          Respectfully Submitted by
Annamarie Trombet
175 East 96th Street (12 R)                      ——Electronic Signature ——
New York. New York 10128
June 1,  2023                                  /s/ Annamarie Trombetta

_____

Annamarie Trombetta Pro Se Plaintiff

SA2584

# EXHIBIT #1

## EMAILS  TO  AND FROM

## PLAINTIFF  ANNAMARIE TROMBETTA

## AND   ART APPRAISER  GAYLE SKLUZACEK

1-June 15, 2022 From Ms. Skluzacek
2-Sept. 9, 2022 To Ms. Skluzacek
3-Sept.12,2022 To Ms. Skluzacek
4-Sept. 12, 2022 From Ms. Skluzacek
5-Sept. 16, 2022 From Ms. Skluzacek
6-Oct. 2, 2022 To Ms. Skluzacek
7-Dec. 6, 2022 From Ms. Skluzacek
8-Jan. 20, 2023 From Ms. Skluzacek
9-Feb. 10 2023 To Ms. Skluzacek


February 21, 2023 Letter to the Court From Ms. Skluzacek

Gmail - Hi from Gayle

EXHIBIT
#1-1

# M Gmail

Annamarie Trombetta <artofannamarie@gmail.com>

## Hi from Gayle

**gskluzacek (Gayle Skluzacek)** <gskluzacek@aol.com>
Reply-To: "gskluzacek (Gayle Skluzacek)" <gskluzacek@aol.com>
To: artofannamarie@gmail.com

Wed, Jun 15, 2022 at 10:08 AM

Hi Anna Marie!
My office sent your message.  Whats going on with the case?

I have had laryngitis for the past 2 days (bad cold) and it hurts to talk.  May I call you on Friday?  What number?

Best regards, Gayle

 Gmail                     Annamarie Trombetta <artofannamarie@gmail.com>

## Annamarie Trombetta--Checking in about Expert Witness

Annamarie Trombetta <artofannamarie@gmail.com>                    Fri, Sep 9, 2022 at 3:49 PM
To: "gskluzacek (Gayle Skluzacek)" <Gskluzacek@aol.com>

Dear Gayle,

I hope that you had a refreshing trip.  Usually when one returns from such a long
vacation it is difficult to get back to one's routine.

Welcome back and I hope that the news about the Queen was not upsetting. (
on the 8th of September). The passing of time and people is a constant in life--one that you really never get used to and I
think that is healthy and a sign of sensitivity.

I am contacting you with unpleasant news.                                    I did not paint this  oil and in   2015  the
willful reluctance and wall  that I faced then is the same with WorthPoint  now. It is  repeated in this lawsuit.

I am sorry to say I need to know if you can be an Expert Witness.  I am surprised they did not contact you as they did to
my other witnesses who issued letters on my behalf as proof of their involvement. By this I mean a friend who contacted
G-Suite--and Google in 2015 when I was trying to figure out how to remove this false and harmful internet link from under
my name.  In short, google at that time was not able to assist.  Only the website or the webmaster  can remove
information off their website which in turn is on the internet.  Hostage then and Hostage now. BTW --since February I was
asked to write a Settlement Letter which gives a synopsis of my actions and timeline.  It might be helpful to send it to you
if you are on board.

Please let me know if I can contact you or if you can contact me over the weekend.

With Appreciation,
Annamaire Trombetta
Tel (212) 427-5990

EXHIBIT #1

Gmail - Annamarie Trombetta---Expert Witness

 Gmail

Annamarie Trombetta <artofannamarie@gmail.com>

## Annamarie Trombetta---Expert Witness

**Annamarie Trombetta** <artofannamarie@gmail.com>            Mon, Sep 12, 2022 at 11:57 AM
To: appraisersaha@gmail.com

Dear Gayle,

I am contacting you regarding my legal case.  The last time we spoke on the phone and emailed you were about to go away on holiday.  I believe you said you were back on September 8, 2022.

I just need to confirm with you and will need your CV  for this case.

Please let me know your thoughts.
With Appreciation,
Annamarie Trombetta

EXHIBIT#1

3

**SA2588**

Gmail - Annamarie Trombetta---Expert Witness

 Gmail

Annamarie Trombetta <artofannamarie@gmail.com>

---

## Annamarie Trombetta---Expert Witness

**Abigail Hartmann** <appraisersaha@gmail.com>                     Mon, Sep 12, 2022 at 12:46 PM
To: Annamarie Trombetta <artofannamarie@gmail.com>

Here is my CV
[Quoted text hidden]

---

📄 **Gayle-A Full Resume 2022.pdf**
106K

EXHIBIT #1

#4

Gmail - Annamarie Trombetta---Expert Witness

 Gmail

Annamarie Trombetta <artofannamarie@gmail.com>

## Annamarie Trombetta---Expert Witness

**Abigail Hartmann** <appraisersaha@gmail.com>                    Fri, Sep 16, 2022 at 6:58 AM
To: Annamarie Trombetta <artofannamarie@gmail.com>

Annamarie, I am teaching on Tuesday and Wednesday next week at the appraisers office.  I will NOT be there on Monday
as we discussed.
Sorry, Gayle
[Quoted text hidden]

EXHIBIT (#5) #1

Gmail - Annamarie Trombetta

M Gmail    EXHIBIT #1    Annamarie Trombetta <artofannamarie@gmail.com>

## Annamarie Trombetta

Annamarie Trombetta <artofannamarie@gmail.com>                    Sun, Oct 2, 2022 at 1:53 PM
To: "gskluzacek (Gayle Skluzacek)" <Gskluzacek@aol.com>

Hi  Gayle ,

I hope this email finds you in better health and good spirits.   I hope that your daughter and your husband have recovered from Covid.

Pardon my delay in getting back to you.  On the day I was deposed on August 30th 2022 I was improperly served a summons and complaint from WorthPoint Corporation located in the state of  Georgia  who is the internet company that kept reposting the false claim and attribution that I painted in  1972 Painting that I did not create or sign.

 I did contact the Court in Georgia and the Affidavit of Service claimed that the process server spoke with me which was impossible since I was on the phone. I submitted an Affidavit with my proof of a phone call etc.

                                                                                                 or make a proposed amended complaint.  My opponent  WorthPoint in the legal document on page 2 of the Georgian Complaint wrote the WRONG date and WRONG YEAR for the service of mail.

The point is ----- the root cause and basis of my lawsuit  is the false information purported by WorthPoint on the internet. My new evidence is proof that no matter  what the year----or the location of the Court ---or whether it is the internet link or a legal document filed in a Court in the State of Georgia---Will Seippel and Worth Point have once again purported FALSE INFORMATION.

 See No. 10 which states I filed my Amended Complaint on Jan. 17, 2020.  On the same page WorthPoint claims they received my certified mail  for the summons and complaint on Jan. 1, 2020 which is New Year's day plus the year should be 2021     Also the date of Jan. 4th of 2020 is the wrong year as well.

I hope to have a Meet and Confer- with the Defendants attorneys --either on Monday or Tuesday .

Please  let me know your schedule mid or at the end of the week.
With Appreciation,
Annamarie Trombetta
Tel (212) 427-5990

📄 F Mot.to DISMISS EXHIBIT F  Seippel Complaint  Page 3  No. 10  No. 11 and No. 15  WRONG FACTS.pdf
    764K

**SA2591**

EXHIBIT #1 #7

Gmail - Past Appraisal Letter

 Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

---

## Past Appraisal Letter

---

Abigail Hartmann <appraisersaha@gmail.com>
To: Annamarie Trombetta <atrombettaart@gmail.com>

Tue, Dec 6, 2022 at 10:23 AM

Hi Annamarie, unfortunately due to our workload, I cannot complete a report by you 12/12 deadline.  We are completely booked until at least early January.
Best wishes, Gayle Skluzacek
[Quoted text hidden]

 Gmail

EXHIBIT #1

Annamarie Trombetta <atrombettaart@gmail.com>

---

## Schedule report
1 message

---

**gskluzacek (Gayle Skluzacek)** <gskluzacek@aol.com>                    Fri, Jan 20, 2023 at 1:20 PM
Reply-To: "gskluzacek (Gayle Skluzacek)" <gskluzacek@aol.com>
To: atrombettaart@gmail.com

Dear Annamarie,
As mentioned, I have taken on other assignments since you contacted me on Nov. 1st.

In addition to my teaching schedule, I have a 1/25 deadline for large appraisal, followed by a 4 day trip to Florida
scheduled for January 26-29, then another deadline in mid February.  The earliest I could look at doing your report
would be February 15.

I am sorry that I cannot be more accommodating.

Gayle

Gayle Skluzacek, AAA
Fine and Decorative Art Services
415 Central Park West, Fifth Floor
New York, New York 10025
Tel: 212-316-5406
Cell:  917-301-2243
www.abigailhartmann.com

**SA2593**

M Gmail                                                    Annamarie Trombetta <atrombettaart@gmail.com>

EXHIBIT # 1 (9)

## Annamarie Trombetta-- Need Report ASAP

**Annamarie Trombetta** <atrombettaart@gmail.com>                    Fri, Feb 10, 2023 at 7:39 AM
To: gskluzacek@aol.com

Dear Gayle,
I am contacting you with a request for an immediate response. I called you on Wed. Feb. 8, 2023 in response to the
email I received on the same date from the Defendants' attorneys.

I do know that you did receive health news that is a priority. However the Defendants are trying to
block my expert witnesses.

I need to submit your report as soon as possible. Please Contact me immediately.

(212) 427-5990
Sincerely,
Annamarie Trombetta

Below is an email sent to me on Wed --which is whenI called you. Kindly call today ASAP

Farmer, Jana S. <Jana.Farmer@wil
sonelser.com>                              ↶   ↞   →   ·
Wed 2/8/2023 10:54 AM
To: You; ajd@hoganduff.com
Cc: Bialek, Adam; Farmer, Jana S.

Ms. Trombetta and Mr. Duff,

We have not received any rebuttal expert reports by the February
7, 2023 deadline and we therefore understand that not such
reports were served.
WorthPoint has not served any rebuttal expert reports given that
no other party served any Rule 26 expert disclosures to which a
rebuttal report may be submitted. The report of WorthPoint's
expert Stricchiola, which was served on January 19, 2023, had
already addressed the earlier O'Leary report.

EXHIBIT #1

*Abigail Hartmann Associates*

Fine and Decorative Art Services
415 Central Park West - Fifth Floor
New York, New York 10025
Tele: 212-316-5406
www.abigailhartmann.com

February 21, 2023

Re:   Civil Case No. 18-cv-00993-RA--HBP

To whom it may concern,

Annamarie Trombetta had asked me to provide an expert witness report to support her case.  Unfortunately, I was not able to provide this document until the New Year due to my obligations to other clients. I had a medical emergency in my immediate family last week which further delayed the completion of my report for Ms. Trombetta.  This sequence of events should not reflect upon nor be considered neglect on the part of Ms. Trombetta.

Sincerely,

Gayle M. Skluzacek, AAA

Case 1:18-cv-00993-LTS-SLC    Document 493-1    Filed 06/01/23    Page 12 of 12

Gmail – Past Appraisal Letter                                                    6/16/22, 11:15 AM

 Gmail

EXHIBIT #1

Annamarie Trombetta <artofannamarie@gmail.com>

B

## Past Appraisal Letter

Abigail Hartmann <appraisersaha@gmail.com>                    Mon, Mar 28, 2022 at 2:46 PM
To: artofannamarie@gmail.com

Hi Annamarie,
I am reaching out today to let you know I had a chance to look through your file and did not see an ASKART bio, I
believe you were interested in it for possible lawsuit purposes. If you would like, Gayle can get back to you in late
April or early May to discuss your options further regarding your past appraisal letter. Your files will surely not be
destroyed in the meantime. We are currently working to meet tax deadlines for other clients and appreciate your
patience.

Molly Gallo
Client Services
Abigail Hartmann Associates

https://mail.google.com/mail/u/0/?ik=cbb8da4785&view=pt&search...=msg-f%3A1728570432815042370&simpl=msg-f%3A1728570432815042370        Page 1 of 1

Plaintiff000198

SA2596

# EXHIBIT #2

## EMAILS TO AND FROM

## PLAINTIFF ANNAMARIE TROMBETTA

## AND Dr. Joseph Scelsa

1-August 19, 2022 To Dr. Joseph Scelsa
2-August 26, 2022 To Dr. Joseph Scelsa
3-August 26, 2022 From Dr. Joseph Scelsa

TO WORTHPOINT ATTORNEYS   on Sept. 15, 2022
CV of Dr. Joseph Scelsa Sept. 19, 2022

4-Oct. 9, 2022     To Dr. Joseph Scelsa
5-Oct. 9, 2022     From Dr. Joseph Scelsa
6-Nov. 16, 2022 To Dr. Joseph Scelsa
7-Nov. 16, 2022 From Dr. Joseph Scelsa
8-Nov. 23, 2022 To Dr. Joseph Scelsa
9-Dec.6 , 2022    To Dr. Joseph Scelsa
10- Jan. 2, 2023   To Dr. Joseph Scelsa
11- Jan. 6, 2023   From Dr. Joseph Scelsa
12-Feb. 10, 2023   To Dr. Joseph Scelsa
13-Feb.16, 2023  To Dr. Joseph Scelsa

*14 - May 31, 2023

Gmail - Annamarie ---An Update for



Annamarie Trombetta <artofannamarie@gmail.com>

---

## Annamarie ---An Update for

1 message

**Annamarie Trombetta** <artofannamarie@gmail.com>                    Fri, Aug 19, 2022 at 3:13 PM
To: scelsa/joseph <jvscelsa@italianamericanmuseum.org>





Dear Dr. Scelsa,
So sorry for the delay in getting back to you--                          r. The Judge ordered the first defendant to
give me my requested information . It is due today.
If I may or if need be can I  call you over the weekend ??

I may need for you to submit information as per an expert witness. CV  resume.  What books you have authored.  When it
is due I am not sure......Some time next week - but I will check on this.-After I receive the defendants responses today I
will know.

Some of the defendants responses are absolutely ridiculous and aside from being worked into the point of
exhaustion......they keep heaping more demands upon me.

Please know Dr. Scelsa,  when I started this it was to simply  declare that I did not do this painting.  In time who know who
would have claimed it as mine

 Unfortunately one  have to prove your claims . Over time I have 3 surviving  and serious claims---Visual Artist Rights Act-
-(no one can use an artist  name to a painting (artowrk)  the artist did not create)  Direct Copyright infringement--the use
of my self authored biography without knowledge or consent  and third the Digital Millenium Copyright Act . This has to

**SA2598**

do with removing my copyright management information from my website. This is the CMI from my website All work on this site are ©Annamarie Trombetta. All rights reserved.

Additionally the attached photo of the A. Trombetta is not by my hand. WorthPoint wrote a statement " © Copyrighted work licensed by WorthPoint" WorthPoint's claim and the use of the circle C means that they circulated on the internet false copyright management information. This is a big No No....Just so
that you are aware of the claims in my case. Also ---it is not my signature.

I hope you are enjoying the weather--Dr. Scelsa
With Heartfelt Appreciation,
Annamarie

---

2 attachments

P.#2Federal Rules for Witnesses Requirements.pdf
193K

P. #1 Federal Rules for Witnesses Requirements.pdf
317K

EXHIBIT
#1
(1)

5/17/2023    Gmail - Annamaire--Witness disclosures extended

 Gmail

Annamarie Trombetta <artofannamarie@gmail.com>

---

## Annamaire--Witness disclosures extended

---

Annamarie Trombetta <artofannamarie@gmail.com>                              Fri, Aug 26, 2022 at 9:29 AM
To: scelsa/joseph <jvscelsa@italianamericanmuseum.org>

Thank you once again for your willingness to be involved in this ridiculous yet
clear cut production of a false secondary market.

This week my opponents asked the Judge to extend time for witnesses. Mind you I gave them the names on June 27th .
When I was away the first week of August  they contacted people named as witnesses.

In short--I will try and get you the draft next week after I have my deposition on the 30th  which is Tuesday---I need to
study and prepare.

-- With Sincere Appreciation

--
Annamarie

EXHIBIT
#2

2

 Gmail

Annamarie Trombetta <artofannamarie@gmail.com>

---

## Annamaire--Witness disclosures extended

**Italian American Museum** <italianamericanmuseum@gmail.com>
To: Annamarie Trombetta <artofannamarie@gmail.com>

Fri, Aug 26, 2022 at 3:39 PM

Annmarie,
I will be away till Sept 8, and will have limited internet service
Joseph
[Quoted text hidden]

--

**Cav. Uff. Joseph V. Scelsa, Ed.D.**
**Founder and President**
**Italian American Museum**
Professor Emeritus
Queens College
The City University of New York



155 Mulberry Street
New York, NY 10013
Tel 212.965.9000
Fax 212.965.9004
Cell 917.642.4922
JVScelsa@ItalianAmericanMuseum.org
www.ItalianAmericanMuseum.org

EXHIBIT #2 3

 Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

---

## Expert Witnesses

---

Annamarie Trombetta <atrombettaart@gmail.com>                          Thu, Sep 15, 2022 at 3:55 PM
To: "Haimson, Nicole" <Nicole.Haimson@wilsonelser.com>, "Farmer, Jana S." <jana.farmer@wilsonelser.com>, "Bialek, Adam" <Adam.Bialek@wilsonelser.com>, Anderson Duff <ajd@hoganduff.com>

To All Attorneys and Parties,

At the end of June 2022 I sent my list of witnesses to you.

To date three have been removed and have furnished letters stating the reasons for their departure.

Attached please find the CV of Expert Witness Dr. Joseph V. Scelsa --Founder and Director of the Italian American Museum and Advocate for Italian Americans.

Attached please find the response and rates from Expert Witness Patrick Michael O'Leary.

I am still waiting to hear from Peter Trippi and Dan Caropreso due to the unknown date of the trial and the schedules of these individuals.

Submitted September 15, 2022
Annamarie Trombetta

---

**2 attachments**

📄 Curriculum Vitae Joseph V. Scelsa .pdf
227K

📄 Expert Witness Patrick Michael O'Leary.pdf
475K

*Plaintiff's Expert Witnesses*

*EXHIBT#2*

Gmail - Expert Witnesses

 Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

---

## Expert Witnesses

---

**Annamarie Trombetta** <atrombettaart@gmail.com>                    Thu, Sep 15, 2022 at 4:51 PM
To: "Farmer, Jana S." <jana.farmer@wilsonelser.com>, "Bialek, Adam" <Adam.Bialek@wilsonelser.com>, Anderson Duff
<ajd@hoganduff.com>, "Haimson, Nicole" <Nicole.Haimson@wilsonelser.com>

Please see the attached documents to accompany Dr. Scelsa'a CV
[Quoted text hidden]

**2 attachments**



Google List Italian American Museum Listing under 1972 Original Oil Man w_Red
Umbrella_signed   Annamarie Trombetta.tif
11677K

Scelsa v. CUNY_Motley 11.18.92.pdf
4034K

 **Gmail**

Annamarie Trombetta <atrombettaart@gmail.com>

## Expert Witnesses

**Haimson, Nicole** <Nicole.Haimson@wilsonelser.com>     Mon, Sep 19, 2022 at 12:47 PM
To: Annamarie Trombetta <atrombettaart@gmail.com>
Cc: "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>, "Bialek, Adam" <Adam.Bialek@wilsonelser.com>, Anderson Duff <ajd@hoganduff.com>

Ms. Trombetta,

Based on your recent emails, it is our understanding that the following individuals will be serving as your expert witnesses:

· Dr. Joseph V. Scelsa;

· Patrick Michael O'Leary; and

· Gayle Skluzacek

Please 1) confirm this is accurate; 2) provide your expert disclosures in accordance with FRCP Rule 26(a)(2) as soon as possible; and 3) let us know your availability for a meet and confer to discuss expert discovery.

Best,

Nicole Haimson
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017
518.320.3608 (Direct)
516.330.8099 (Cell)
212.490.3000 (Main)
212.490.3038 (Fax)
nicole.haimson@wilsonelser.com

**From:** Annamarie Trombetta [mailto:atrombettaart@gmail.com]
**Sent:** Thursday, September 15, 2022 4:51 PM
**To:** Farmer, Jana S. <jana.farmer@wilsonelser.com>; Bialek, Adam <Adam.Bialek@wilsonelser.com>; Anderson Duff <ajd@hoganduff.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>
**Subject:** Re: Expert Witnesses

*(handwritten: EXHIBIT #2)*

5/17/2023

Gmail - Annamarie---Happy Columbus Day-- Lawyer info.

 Gmail

Annamarie Trombetta <artofannamarie@gmail.com>

---

## Annamarie---Happy Columbus Day-- Lawyer info.

---

Annamarie Trombetta <artofannamarie@gmail.com>                    Sun, Oct 9, 2022 at 8:39 AM
To: scelsa/joseph <jvscelsa@italianamericanmuseum.org>

Hi Dr. Scelsa,

First Happy Columbus Day. I am sure you are busy and have lots to do either today tomorrow and perhaps this week

In like fashion, since we last spoke on Thursday September 29th, I have been
beyond busy with deadlines, witness depositions and the intentional subpoenas the defendants sent to my withdrawn witnesses.
In short---I am happy to report that I have won every battle this week and brought the intentional chaotic deceptive problems by the defendants to the Court's attention  with proof.  Based on Friday's Order by the Judge, I have an extension for the expert witness disclosures and other matters.

This morning is the first chance I had to come up for air.   I wanted to reach out to know  when I could call you and who is the person or lawyer in mind that you referred to when we last spoke.

Please let me know when you can
Enjoy all the Celebrations of our Heritage,
With Appreciation,
Annamarie
Tel 202 427-5990

--
Annamarie Trombetta

EXHIBIT #2

4

Gmail - Annamarie---Happy Columbus Day--Lawyer info.

 Gmail

Annamarie Trombetta <artofannamarie@gmail.com>

---

## Annamarie---Happy Columbus Day-- Lawyer info.

---

**Italian American Museum** <italianamericanmuseum@gmail.com>          Sun, Oct 9, 2022 at 8:20 PM
To: Annamarie Trombetta <artofannamarie@gmail.com>

I sent the lawyer an email to see if he is interested in your case

On Sun, Oct 9, 2022 at 8:39 AM Annamarie Trombetta <artofannamarie@gmail.com> wrote:
[Quoted text hidden]
[Quoted text hidden]

EXHBIT

#2

5

 Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

---

## Annamarie Trombetta ---Lawsuit

Annamarie Trombetta <atrombettaart@gmail.com>                    Wed, Nov 16, 2022 at 10:50 AM
To: /-                    <              jdlaw.com>, jvscelsa@italianamericanmuseum.org

To /          and  Dr. Scelsa,

Thank you for taking the time to listen to my legal plight.  I appreciate the introduction to      ..., Dr. Scelsa and I am truly
grateful for your involvement.

As I stated,  I needed to access my every changing legal situation regarding outstanding Discovery. To date, the
eBay email receipt for the sale of the misattributed 1972 Oil Painting has not been produced in it's  entirety. The second
Defendants (WorthPoint) have called for the full production in their Deposition which is due this week.  For the Record--I
have attached it within this email if you care to review it which is not confidential.  This receipt is devoid of the gray image
icon and cut off on the right side.

 Last week I filed three letters with the Court in New York.  On Monday I had to file a response with the Court in the State
of Georgia for a premature false filing for an entry of Motion for Default by WorthPoint for IIED.   These tasks have
delayed my response and outreach in  contacting to the both of you.  '                        , in response to my letters
to the Court in New York,  the Magistrate Judge                           he  scheduled a Conference call for
the 23rd of November.

I will know upon the conclusion of this phone conference if I want to attempt  at
settle this lawsuit                                                                      
                                              .  I will know for certain on the 23rd after the Conference call.

I appreciate your patience regarding this lawsuit and what has become a true ordeal.

With Respect and Gratitude,
Annamarie Trombetta

---

📄  Ebay ITem Sold for 1972 Painting  --EAI000058-EAI000059.pdf
     107K

EXHIBIT #2

6

 Gmail

Annamarie Trombetta <artofannamarie@gmail.com>

---

## Annamarie Trombetta

**Annamarie Trombetta** <artofannamarie@gmail.com>                          Wed, Nov 23, 2022 at 1:15 PM
To: scelsa/joseph <jvscelsa@italianamericanmuseum.org>

Hello Dr. Scelsa,

I wanted to wish you a Happy Thanksgiving . I also wanted to touch base
with you about my case.

At the end of the Conference Call today I mentioned a Settlement Conference to the Judge and both Defendants declined
any offers.

I also stated to the Judge that the Expert witness reports which are due on December 12, 2022 but that with the Holiday
Season this may not be possible.
I have to make an application to the Court for an extension.

When you can please call me to discuss the production of the report.
With Appreciation,
Annamarie Trombetta
Tel (212) 427-5990

EXHBIT
# 2

 Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

## Annamarie Trombetta ---Lawsuit

An        ale -          .gdlaw.com>                                          Wed, Nov 16, 2022 at 10:58 AM
To: Annamarie Trombetta <atrombettaart@gmail.com>
Cc: jvscelsa@italianamericanmuseum.org

Annamarie:

Thank you for the update. As stated previously, I ca.
us. Please let me know if you wish to retain us for settlement negotiations after the November 23 hearing. I look forward
to hearing from you.
Sincerely,

[Quoted text hidden]

EXHIBIT #2

**SA2609**

5/17/2023    Gmail - Annamarie Trombetta Request on Expert Report due on Dec. 12, 2022

 Gmail

Annamarie Trombetta <artofannamarie@gmail.com>

## Annamarie Trombetta Request on Expert Report due on Dec. 12, 2022

Annamarie Trombetta <artofannamarie@gmail.com>    Tue, Dec 6, 2022 at 12:35 PM
To: scelsa/joseph <jvscelsa@italianamericanmuseum.org>

Good Day Dr. Scelsa,

Last week I phone you to find out if your schedule would allow you to complete the
expert report that is due on December 12, 2022.

I am contacting you again  if there are any updates.  If this is not possible, I will
need to make an application with the Court for an extension.

Kindly advise as soon as possible.
With Appreciation,
Annamarie Trombetta



 Gmail

Annamarie Trombetta <artofannamarie@gmail.com>

---

## Annamarie Trombetta--Happy New Years Wishes

**Annamarie Trombetta** <artofannamarie@gmail.com>                    Mon, Jan 2, 2023 at 11:16 AM
To: scelsa/joseph <jvscelsa@italianamericanmuseum.org>

Hello Dr. Scelsa,

I do hope that you had a memorable and pleasant holiday season.

At this time of the year may I extend all the best wishes to you for the New Year.

When you have some time, can you kindly phone me at (212) 427-5990,

-- Best Wishes,
  Annamarie

EXHIBIT
#2
16



M Gmail    EXHIBIT #10 2023    Annamarie Trombetta <artofannamarie@gmail.com>

## Availability
1 message

Italian American Museum <italianamericanmuseum@gmail.com>                Fri, Jan 6, 2023 at 4:59 PM
To: Annamarie Trombetta <artofannamarie@gmail.com>

Dear Ms. Trombetta.

As you know I was out of the country over the Holidays and was unable to write an expert report for you ..
I am however available now if it is still needed
Please advise.

Buon Anno,

Dr. Scelsa

--
Cav. Uff. Joseph V. Scelsa, Ed.D.
Founder and President
Italian American Museum
Professor Emeritus
Queens College
The City University of New York



155 Mulberry Street
New York, NY 10013
Tel 212.965.9000
Fax 212.965.9004
Cell 917.642.4922
JVScelsa@ItalianAmericanMuseum.org
www.ItalianAmericanMuseum.org



EXHIBIT #2
10

Gmail - Annamarie--Second Request from Defendants Attorneys to Schedule Depositons

 Gmail

Annamarie Trombetta <artofannamarie@gmail.com>

---

## Annamarie--Second Request from Defendants Attorneys to Schedule Depositons

Annamarie Trombetta <artofannamarie@gmail.com>                    Wed, Feb 1, 2023 at 8:47 AM
To: scelsa/joseph <jvscelsa@italianamericanmuseum.org>

Hello Dr. Scelsa,

I hope that you are well and that you have returned from your trip to Florida as a guest speaker.

My outreach, aside from finding out when you could produce your expert witness report was in reference to the Defendant's attorneys' request to schedule depositions on Jan. 25th--Please see email below.

Last night, on Jan. 31st I received another request. Your cell phone from last week was full, I could not leave a message or contact you. Clearly you are quite a busy person and I appreciate your patience with the all the scheduled changes regarding when and if your expert witness report will be accepted by the Court.

The Defendants attorneys are requesting a scheduled date for a deposition. If it is not given, the Defendants will move to preclude you as an expert witness.

Are you available any time from Feb 22nd to March 1st?? Please advise and confirm a date. Kindly contact me in writing or by phone at your earliest convenience.

With Appreciation,
Annamarie Trombetta
Tel 212 427-5990

EXHIBIT
#3

 BA    Bialek, Adam <Adam.Bialek@wilsonelser.co
To: You +3 others                    Wed 1/25/2023 10:03 AM

 Trombetta 362 Duff letter.pdf
149 KB

I am sure Anderson will forward, but as a courtesy, please see attached.

We would appreciate it if you would do us the courtesy of having meet and confer conferences before you file letters as the Court has often directed.

Separately, please let us know your availability between Feb 22 and March 1 for your expert's deposition.

Thanks,
Adam

Adam Bialek
Attorney at Law

**SA2613**

**From:** "Bialek, Adam" <Adam.Bialek@wilsonelser.com>
**Date:** Tuesday, January 31, 2023 at 8:37 PM
**To:** 'Annamarie Trombetta' <annamarietrombettalegal@outlook.com>, "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>, "Anderson J. Duff" <ajd@hoganduff.com>, "Deplas, Alexandra" <Alexandra.Deplas@wilsonelser.com>, 'Annamarie Trombetta' <atrombettaart@gmail.com>, "Anderson J. Duff" <ajd@andersonjduff.com>
**Subject:** Pltf's expert's deposition

Dear Ms. Trombetta and Mr. Duff:

Last week, I requested your availability between February 22 and March 1 for Ms. Trombetta's expert's deposition. I have yet to receive a response. If we do not hear back by Thursday, we will select a day and time for the expert's deposition that works for us, and if the expert or Ms. Trombetta cannot make it, we will request that the expert be precluded.

Thanks,

Adam

Adam Bialek
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017
212.915.5143 (Direct)
917.538.0616 (Cell)
212.490.3000 (Main)
212.490.3038 (Fax)
adam.bialek@wilsonelser.com

--

EXHBT #2

(

 Gmail

Annamarie Trombetta <artofannamarie@gmail.com>

---

## Rule 26 Plaintiff Disclosure to Defendants on Testimony

---

**Annamarie Trombetta** <artofannamarie@gmail.com>                    Fri, Feb 10, 2023 at 10:17 AM
To: scelsa/joseph <jvscelsa@italianamericanmuseum.org>

Hello  Dr. Scelsa,

As per out discussion, I as a self represented Plaintiff need to submit      what is
a Rule 26 Disclosure on the subject of your expected expert testimony.

I have attached the document I sent to you last week  for your convenience.
 Please review and either call or respond to me regarding your report.
I need your reposne and the report  immediately
With Anticipation and Appreciation,
Annamarie Trombetta

---

📄 **Rule 26  Plaintiff's Expert Witness Disclosure Dr. Scelsa.docx**
17K

EXHIBIT
#2

1 ak

 Gmail

Annamarie Trombetta <artofannamarie@gmail.com>

## Annamarie Trombetta -How is your virus?--Time for Expert Report?

Annamarie Trombetta <artofannamarie@gmail.com>
To: scelsa/joseph <jvscelsa@italianamericanmuseum.org>

Thu, Feb 16, 2023 at 12:11 PM

Dear Dr. Scelsa,

I am checking in with you once again. As s per our conversations on Friday February 10th and again on February 13th regarding your health, I could hear from your coughing that you are not well. I was pleased to know that you went to your physician and I hope the antibiotics are helping you with your recovery.

I am reaching out with my apologies, but I must ask if you when you might be finished with your expert report.

Below is a ruling. the Magistrate JudgeThe court has granted me an extension for the production of your report. In short, the ultimate decision as to who will give testimony as an expert witness for each party be it
the Defendants or I, the Plaintiff is up to the Trial Judge
Please read the attached.

Right now it is important that the report is submitted as soon as possible,
Please contact me or forward me your report as soon as possible.
With Appreciation,
Annamarie Trombetta

supersedes the default deadlines in FRCP 26(a)(2)(D). See Fed. R. Civ. P. 26(a)(2)(D) ("A party must make these disclosures at the times and in the sequence that the court orders."). (2) Ms. Trombetta may request leave to call at trial witnesses whom she previously proposed as experts, but Defendants will have th e right to oppose her request, and the ultimate determination of which witnesses Ms. Trombetta (and Defendants, for that matter), may call at trial, will be made by the Honorable Ronnie Abrams, who will preside over the trial. The deadline for a f inal pretrial order, in which the parties will list the witnesses they intend to call at trial, has not been set, and will not be set, until after the parties complete expert discovery and any dispositive motions have been decided. The Clerk of C ourt is respectfully

EXHIBIT #3

Gmail - As requested

 **Gmail**

Annamarie Trombetta <artofannamarie@gmail.com>

---

## As requested

---

Italian American Museum <italianamericanmuseum@gmail.com>               Wed, May 31, 2023 at 3:53 PM
To: Annamarie Trombetta <artofannamarie@gmail.com>

**To Whom It May Concern,**

This email dated May 31, 2023 is to confirm the following phone communication with Annamarie Trombetta .

On November 23, 2022 I received an email from Annamarie Trombetta regarding my expert witness report.
After the Thanksgiving holiday I briefly phoned Ms. Trombetta to inform her to ask for an extension of time for
my report.

In December 2022, I had funeral obligations to attend to  and had planned a Holiday vacation and was out of the country until the New Year.

I also wish to confirm during our in person meeting in late September,  I suggested Ms. Trombetta hire an attorney to
try and settle this case.  Annamarie had planned and I believe did request settlement talks on the November 23, 2022
call with the Judge.  She was disappointed to convey the Defendants immediately rejected her settlement request.

During a phone conversation with Annamarie in January 2023, she expressed she was not feeling well  and  was experiencing   extreme fatigue. I suggested to Annamarie to go see a doctor to make sure she did not have Covid or
the flu.  She informed me in February when we communicated about the report,  that she was Covid free.

This matter is taking valuable time away from a talented artist who really should be painting instead of litigation over a painting she did not paint and a signature that was not hers.

**Very truly yours,**

**Dr. Joseph V. Scelsa**

--
Cav. Uff. Joseph V. Scelsa, Ed.D.
Founder and President
Italian American Museum
Professor Emeritus
Queens College
The City University of New York

Gmail - As requested



155 Mulberry Street
New York, NY 10013
Tel  212.965.9000
Fax 212.965.9004
Cell 917.642.4922
JVScelsa@ItalianAmericanMuseum.org
www.ItalianAmericanMuseum.org

**SA2618**

Exhibit #3

PLAINTIFF'S COMMUNCIATION

WITH  DEFENDANTS  FOR WITNESSES

Case Management Scheduling Order

Case Management Report February 1, 2023

Plaintiff's emails to Defendants RE Witnesses

Case: 25-817, 07/17/2026, DktEntry: 90.2, Page 68 of 86

SA2619

Case 1:18-cv-00993-LTS-SLC  Document 493-3   Filed 06/01/23   Page 2 of 14
Case 1:18-cv-00993-RA-SLC  Document 195   Filed 02/01/22   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

Plaintiff,

-v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE
AUCTIONS, INC., AND WORTHPOINT
CORPORATION,

Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**CASE MANAGEMENT PLAN AND
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the discovery conference held today, February 1, 2022, discovery in this case

will proceed as follows:

1. A model confidentiality stipulation and protective order is available on the
   Court's page on the Southern District's website.  The parties shall promptly meet
   and confer concerning a protective order in this action and shall file a proposed
   protective order for the Court's endorsement by **February 15, 2022**.

2. By **February 15, 2022**, Ms. Trombetta shall serve on Defendants a confidential
   settlement demand (the "Settlement Demand").  Ms. Trombetta shall <u>not</u> file the
   Settlement Demand with the Court.

   a. The parties shall meet and confer after Ms. Trombetta serves the
      Settlement Demand and shall file a joint letter by **March 4, 2022** stating
      whether the parties request a settlement conference with the Court.

3. Initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) shall be
   served by **February 25, 2022**.

4. All fact discovery shall be completed by **August 1, 2022**.

   a. Initial requests for documents shall be served by **February 25, 2022**.

   b. Interrogatories shall be served by **February 25, 2022**.

Case: 25-817, 07/17/2026, DktEntry: 90.2, Page 69 of 86

SA2620

Case 1:18-cv-00993-LTS-SLC   Document 493-3   Filed 06/01/23   Page 3 of 14
Case 1:18-cv-00993-RA-SLC   Document 195   Filed 02/01/22   Page 2 of 3

   c. Responses to the initial requests for documents and interrogatories shall be served by **April 8, 2022**.

   d. Depositions shall be completed by **May 26, 2022**.

      i. Neither party may take more than ten depositions. Absent an agreement between the parties, non-party depositions shall follow party depositions.

   e. Any subpoenas requesting documents from third parties must be served by no later than **June 13, 2022**.

      i. The parties should serve subpoenas for third party records as early as practicable, and the Court may decline to extend any deadlines for the completion of discovery predicated on the late production of documents from third parties, especially if the subpoenas were not timely served.

   f. The parties shall file a joint status letter confirming that discovery is complete by **August 8, 2022**.

5. All discovery, including expert discovery, shall be completed by **September 23, 2022**.

   a. Expert reports shall be served by **August 17, 2022**.

   b. Depositions of experts shall be completed by **September 23, 2022**.

   c. The parties shall file a joint status report certifying the completion of all discovery by **September 30, 2022**. The parties shall adhere to the individual practices of the Honorable Ronnie Abrams concerning the filing and contents of any motion for summary judgment(s) or pretrial documents, including a proposed joint pretrial order.

The Court will hold a telephone status conference on **Tuesday, April 26, 2022 at 10:00 am**. The Parties are directed to call the Court's conference line at 866-390-1828, access code, 380-9799, at the scheduled time.

2

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:      New York, New York
            February 1, 2022

                                        SO ORDERED.

                                        SARAH L. CAVE
                                        United States Magistrate Judge

Mail To:      Annamarie Trombetta
              175 East 96th Street, Apt 12R
              New York, New York 10128

Revised February 24, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

[PLAINTIFF], ANNAMAIRE TROMBETTA

    Plaintiff(s),

    against

[DEFENDANT], NORB NOVICIN, MARIE

NOVICIN, ESTATE AUCTIONS ,INC. And

WORTHPOINT CORPORATION

CIVIL ACTION NO.: 18- Civ. 00993 (RA)(SLC)

**CASE REPORT AND PROPOSED CASE
MANAGEMENT PLAN FOR PRO SE
CASE**

### 1. Summary of Claims, Defenses, and Relevant Issues:

**Plaintiff/Defendant** (circle one)

**Summary of Claims against Estate Auctions Inc Norb and Marie Novicin and WorthPoint Corporation** for willful and intentional repeated violations of VARA 17 U.S.C. 106 (a) VARA 17 U.S.C. 507 (b) Direct Copyright Infringement 17 501-513 Also willful violation by WorthPoint Corporation of DMCA 1202 (a) 1202(b) Plaintiff is a professional realist artist for over 30 years. Both Defendants Misattributed a damaged oil painting to Plaintiff who in1972 was 9 years old. Defendants willfully used and directly infringed, without authorization Plaintiff's biography. Plaintiff's self authored bio was mutilated—Ex. Last statement on advertisement biography was cut off mid sentence .Secondly the bio was truncated by deleting 7 paragraphs from the original website version. Additionally false CMI was implemented by logos and copyright claims by WorthPoint Corporation. In 2015-2016 and 2017 Plaintiff repeatedly and duly documented informing Defendants WorthPoint Corp. Will Seippel and Norb and Marie Novicins of EAI that the ad was false and to permanently delete the Internet links. The ad was temporarily removed from the internet, then reposted under Plaintiff's name repeatedly after Plaintiff informed both companies regarding the damage to Plaintiff's reputation. **Defenses** Plaintiff's proof of Copyright Certificate —Plaintiff's proof Website DMCA logo Plaintiff's proof of signature in the year 1972—Proof of numerous duly reported documents and phone calls informing Defendants that Plaintiff was not the artist who painted the sold 1972 oil . **Relevant issues** Submission to the Court and Defendants Phone recordings to both companies.

### 2. I understand my obligation to preserve information relevant to this action and I am preserving that information now.

**Plaintiff /Defendant** (circle one)

### 3. Proposed Schedule:

All discovery must be completed by __July 31 2022____.

    a. Initial Requests for Documents must be made by _February 25, 2022___.

    b. Depositions shall be completed by _____May 26, 2022_____.

        i. Neither party may take more than _10__ depositions. Absent an agreement between the parties or an order from the Court, non party depositions shall follow initial party depositions.

    c. Documents from Third Parties (such as doctors) will/will not (circle one) be required. If required, the following are the Third Parties from whom the parties will request documents: _____TERAPEAK_____

    _____GOOGLE_____

    _____. i.

    Subpoenas requesting documents from Third Parties must be served by _June 11,2022____. Any party that receives a production from a Third Party must provide a copy of that production to all other parties in this action.

    d. There will/will not (circle one) be expert testimony in this case. If expert testimony will be needed, please describe the topic on which each expert is expected to testify.

    _____ART APPRAISERS __EXPERTS IN THE FIELD OF ART

**SA2624**

2

i. Written reports by any expert(s) must be served on the other

parties in this action by ___August 17, 2022_____. Depositions of

experts must be completed by ___September 23, 2022_____.

**4. Early Settlement or Resolution**:

The parties **have**/have not (circle one) discussed the possibility of settlement. The parties

request a settlement conference by no later than _____April 22, 2022_____. The following

information is needed before settlement can be discussed:

_____

**5. Other Matters**: DUE TO PROFESSIONAL NECESSITY PLAINTIFF WILL NOT BE AVAILABLE

DURING THE ENTIRE MONTH OF MARCH TO INCLUDE THE FIRST WEEK OF APRIL 2022.

Plaintiff/Defendant (circle one) wishes to discuss the following additional topics at the Initial

Case Management Conference.   DELAY IN TIME

_____

Respectfully submitted this __1__ day of __Febrauary 2022____.

*Annamarie Trombetta* Pro Se  02/01/2022

Name Annamarie Trombetta  Address 175 East 96th Street New York New York 10128
Counsel for _Pro Se ___ Email Address __atrombettaart@gmail.com

Phone Number (212) 427-5990

3

Gmail - Trombetta v WorthPoint Witness disclosure

 Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

## Trombetta v WorthPoint Witness disclosure

Annamarie Trombetta <atrombettaart@gmail.com>                          Wed, Jul 27, 2022 at 9:58 AM
To: "Bialek, Adam" <Adam.Bialek@wilsonelser.com>
Cc: "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>, "Haimson, Nicole" <Nicole.Haimson@wilsonelser.com>, Anderson
Duff <ajd@hoganduff.com>

Mr. Bialek,

Please Note---Last week you and Ms. Farmer sent Plaintiff two individual and separate emails requests regarding the
subject matter of my witnesses. I sent two separate replies to Ms. Farmer which did not include my inquiry regarding the
updated witness list.
 I specifically asked you alone Mr. Bialek for an update on your witnesses. I did not ask Ms. Farmer, for an update on
the witnesses I only asked you in my response email to you. I did acknowledged and thanked Ms. Farmerfor her
response.

    I am not clear on the nuanced difference between factual witness and an expert. Many of my witnesses are experts in
their field.
F          i --Expert
Gayle Skluzacek-Expert
Dr. Joseph Scelsa-Expert
Pe       rake-Expert
A        a -Fact
Scott G  dwillie-Fact
Willie Chu-Fact
Vaness    oski-Fact and Expert
Danie         eso-Expert
Eile           m-Expert

In response to your request for dates in September I already answered you below but will add on the 5th thru the 9th
And, again, please provide us with dates that you are available in September so we may schedule their depositions.

**To avoid further confusion and to accommodate your firm's schedule - Please set and confirm 3 dates----
August 26th Yes or No**

                                                                                              ---

**- August 25th Yes or No**

                                                                        **---- any day the week of**

 **August 29th Yes or No**
**Upon confirming a date please indicate a TIME and the prospective length of the deposition.**
**Sincerely,**
**Annamarie Trombetta**

[Quoted text hidden]

**SA2626**

Gmail - Where is my Deposition ? When is the Deposition of Norb and Marie NovocinWitness Status

 Gmail                                    Annamarie Trombetta <atrombettaart@gmail.com>

## Where is my Deposition ? When is the Deposition of Norb and Marie NovocinWitness Status

**Annamarie Trombetta** <atrombettaart@gmail.com>                          Fri, Sep 9, 2022 at 7:18 PM
To: "Farmer, Jana S." <jana.farmer@wilsonelser.com>, "Bialek, Adam" <Adam.Bialek@wilsonelser.com>, "Haimson, Nicole" <Nicole.Haimson@wilsonelser.com>, Anderson Duff <ajd@hoganduff.com>

To All Parties.

It has been eleven days since my nine hour deposition. When will I be receiving it to correct and set forth the requested supplemental responses??

Secondly, Plaintiff is requesting the date and time for the deposition date for Norb and Marie Novocin.  To date nothing has been scheduled or conveyed to the Plaintiff.

Last, upon the return and confirmation of all my witnesses I will be informing you of my updated status for witness as soon as possible on Monday September  12, 2022.

 Please  take note and review the email dated August 7, 2022 which states the return date of September 8, 2022 for Ms. Skluzacek.

Annamarie Trombetta

Screen Shot 2022-09-09 at 3.15.32 PM.png

Gmail - Plaintiff's Phone Call Placeholder with Plaintiff's Bate Stamped

**M** Gmail EXHIBIT#5 A     Annamarie Trombetta <atrombettaart@gmail.com>

## Plaintiff's Phone Call Placeholder with Plaintiff's Bate Stamped

Annamarie Trombetta <atrombettaart@gmail.com>                    Fri, Sep 9, 2022 at 7:21 PM
To: "Haimson, Nicole" <Nicole.Haimson@wilsonelser.com>, "Farmer, Jana S." <jana.farmer@wilsonelser.com>, "Bialek, Adam" <Adam.Bialek@wilsonelser.com>, Anderson Duff <ajd@hoganduff.com>

To Ms. Haimson, Ms. Farmer and Mr. Bialek,

Please Note Re: Witnesses ---Expert and Fact.

In April 2022, Plaintiff sent the lawfirm of Wilson Elser phone calls that were requested from Ms. Farmer and Mr. Bialek. See Below.

T





**Submit when you are done adding files**

6 file(s)

| | | |
|---|---|---|
| E Bay.m4a <br> 60 MB- Completed | ✓ | ✕ |
| Gregory WatkinsWebmaster Worth... <br> 24 MB- Completed | ✓ | ✕ |
| Norb Novicin Estate Auctions.m4a <br> 5 MB- Completed | ✓ | ✕ |
| EXHIBIT #1 Website Content and G... <br> 146 KB- Completed | ✓ | ✕ |
| Exhibit #2 Google Contacting Websi... <br> 551 KB- Completed | ✓ | ✕ |
| Exhibit # 3 Email to Judge Abrams ... <br> 639 KB- Completed | ✓ | ✕ |

+ Add file(s)

Would you like to add a comment? *(Optional)*

Attached are 3 calls from eBay--WorthPoint's
Greg Watkins and Norb Novicin. Also 3 PDF files



Date Sept. 9 2022

---

The phone call placecards are NOT in the Plaintiff bate stamped evidence . The old bate stamped numbers for these phone calls are not included in the Plaintiff's evidence. Attached is the Bate Stamped Placeholder for E Bay.m43 Plaintiff 000054
  Gregory Watkins.m43 Plaintiff 000055 and
  Norb Novocin Estate Auctions Inc. m43 Plaintiff 000056

At present the Bate Stamped Evidence for Plaintiff 000054 Plaintiff 000055 and Plaintiff 000056 were labeled by the Plaintiff --See Attachments. There is a conflict in the Bate Stamped Numbers. Kindly advise what you intend to do.

A few weeks ago I found on my old computer a phone call to former WorthPoint employee Anita Brooks which I have attached within this email. In total there should be FOUR phone call placeholders.

**SA2628**

6/1/2023                                    Gmail - Where is my Deposition ? When is the Deposition of Norb and Marie NovocinWitness Status

 **Gmail**                                              Annamarie Trombetta <atrombettaart@gmail.com>

## Where is my Deposition ? When is the Deposition of Norb and Marie NovocinWitness Status

**Annamarie Trombetta** <atrombettaart@gmail.com>                          Mon, Sep 12, 2022 at 1:10 PM
To: "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>
Cc: "Bialek, Adam" <Adam.Bialek@wilsonelser.com>, "Haimson, Nicole" <Nicole.Haimson@wilsonelser.com>, Anderson Duff
<ajd@hoganduff.com>, "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>

To All Parties,

Witness Update--- Three Removals from Plaintiff's Witnesses
Please Review the Letter by Witnesses Ei'        ɔgenh       -- **Plaintiff's Evidence 000325** ---Remove as Witness
Please Review the Letter by Witnesses ʀ          ke -- **Plaintiff's Evidence 000326** ---Remove as Witness
Please Review the Letter by ⁄        ɔa-- **Plaintiff's Evidence 000327** ---Remove as Witness

NEW EXPERT WITNESS   Patrick Michael O'Leary  is attached CV
EXPERT WITNESS  Gayle Skluzacek  is attached CV

Witnesses that I am awaiting  Confirmation.  It should happen if not today then  this week.
 1) Dan Caropreso
 2) Dr. Joseph V. Scelsa

Submitted September 12, 2022
Annamaire Trombetta

[Quoted text hidden]

**5 attachments**

📄 **PL EV000326**Pe'er ᵣ┐ɑke ᴰ  ɴ Provost **NYAA Letter Endorsement REMOVAL AS WITNESS 1.pdf**
    444K

📄 **PL EV 000325**ʜ        Guggenheim **Letter endorsement REMOVAL AS WITNESS .pdf**
    393K

📄 **PL.EV 000327**ᴀɪɔı ꞁɑꞩpɑ **NYU Letter REMOVAL AS WITNESS.pdf**
    491K

📄 **Patick Michael CV.pdf**
    235K

📄 **Gayle Skluzacek-A Full Resume 2022.pdf**
    106K

Gmail - Expert Witnesses

 Gmail                                        Annamarie Trombetta <atrombettaart@gmail.com>

---

## Expert Witnesses

---

**Annamarie Trombetta** <atrombettaart@gmail.com>                    Thu, Sep 15, 2022 at 3:55 PM
To: "Haimson, Nicole" <Nicole.Haimson@wilsonelser.com>, "Farmer, Jana S." <jana.farmer@wilsonelser.com>, "Bialek, Adam" <Adam.Bialek@wilsonelser.com>, Anderson Duff <ajd@hoganduff.com>

To All Attorneys and Parties,

At the end of June 2022 I sent my list of witnesses to you.

To date three have been removed and have furnished letters stating the reasons for their departure.

Attached please find the CV of Expert Witness Dr. Joseph V. Scelsa --Founder and Director of the Italian American Museum and Advocate for Italian Americans.

Attached please find the response and rates from Expert Witness Patrick Michael O'Leary.

I am still waiting to hear from ~~█████~~ and ~~█████~~ so due to the unknown date of the trial and the schedules of these individuals.

Submitted September 15, 2022
Annamarie Trombetta

---

**2 attachments**

📄 **Curriculum Vitae Joseph V. Scelsa .pdf**
   227K

📄 **Expert Witness Patrick Michael O'Leary.pdf**
   475K

EXHIBIT# 7

Mail - Annamarie Trombetta - Outlook

Email to
ALL Defendants

## CV18 0993 Trombetta v Novocain – 2016-02-20 email

**Patrick Michael O'Leary** <patrick@expertwitness.com>
Fri 12/2/2022 4:34 PM

To: Adam.Bialek@wilsonelser.com <Adam.Bialek@wilsonelser.com>; jana.farmer@wilsonelser.com <jana.farmer@wilsonelser.com>; Nicole.Haimson@wilsonelser.com <Nicole.Haimson@wilsonelser.com>; ajd@hoganduff.com <ajd@hoganduff.com>; annamarietrombettalegal@outlook.com <annamarietrombettalegal@outlook.com>

▌ 1 attachments (13 MB)
will worthpoint 2016 02 20.zip;

To Whom It May Concern:

I am writing on behalf of Plaintiff Annamarie Trombetta.   She has engaged me as one of her business and technology expert witnesses regarding issues in her case.

I have viewed Ms. Trombetta"s  February 20, 2016,  email with three attachments.  I affirm that I could easily download all three attachments and preview each one.

I've attached a zip file containing folders for:

1. Screenshots,
2. Attachments,
3. SMTP Headers

of this email that is addressed to will@worthpoint.com and support@worthpoint.com.

The zip file will unzip to a  *"will worthpoint 2016 02 20"* folder.

This folder contains all pertinent details that should satisfy your request asked of Plaintiff.  Please don't hesitate to contact me at this email address if you have any more questions.

Thank you.

Respectfully,

Patrick Michael O'Leary
MBA, BSEE, CISSP
Email: patrick@expertwitness.com
Resume/CV: www.PatrickOLeary.com

°°° Confidentiality Note °°°

The information contained within this electronic transmission ("e-mail") contains information from the sender that is confidential or privileged. The information is intended for the use of the individual or entity named on this e-mail. The unauthorized disclosure, copying, distribution, or use of the contents is prohibited. If you have received this transmission in error, please notify us by telephone so that we can correct any error in transmission.

**SA2631**



# Invoice

**Bill To:**

Patrick O'Leary
eWitness, LLC
PO Box 11341
Hauppauge, NY 11788

Annamarie Trombetta
Apt 12R
175 East 96th Street
New York, NY 10128

| Date | Invoice No. | P.O. Number | Terms | Project |
|------|-------------|-------------|-------|---------|
| 12/15/22 | 2022-12-01 | | | |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Professional Fees | Advanced Evergreen Retainer | 20 | 375.00 | 7,500.00 |

*Please make all Checks/MOs payable to Patrick O'Leary / eWitness*

We appreciate your prompt payment.

Plaintiff000861

| | |
|---|---|
| **Total** | **$7,500.00** |

**SA2632**

# Exhibit #4 Problems and DelaysCaused By WorthPoint Defendants

1-March 2 2022 Plaintiff's Settlement Letter No Monetary Amount

2-April 8, 2022  Defendants' Evidence
WP 000130  WP 000131  Date of 1972 oil painting post  March 5, 2013

3- July 8, 2022 Defendants cancel Plaintiff's deposition due to five new documents

4- August 29,2022 Defendants willfully deny since April 2022
  they do NOT know the Date of 1972 oil painting post.

5-  August 30, 2022Plaintiff improperly served and sued on August 30, 2022
 by CEO Will Seippel due to lawsuit in New York/ Summons
and Complaint are from Georgia with incorrect dates and unsigned summons.

6- Computer freezing and could not sign out of my email account. I had to
shut down my computer due to emails from WorthPoints' attorneys.

7-October, 2022  WorthPoints Attorneys failed to properly send Subpoena
to Vanessa Ploski -Wrong Address.  Also WorthPoints Attorneys  served
a removed witness at his home address that Plaintiff never provided.

8-October 31, 2022 Failure by EAI to produce a complete eBay 2012 sales
receipt for 1972 oil painting.

9- November WorthPoints Attorneys mistakes on Plaintiff's discovery
production.

10-January  February  2023 WorthPoints Attorneys Request Experts
availability for dates and times to be disposed.  CONTRADICTORY  AND
CONFUSING  Plaintiff.

**SA2633**

March 2, 2022

The Honorable Judge Ronnie Abrams
 United States District Court Southern District of New York
40 Foley Square, Room 2203 New York, NY 10007

The Honorable  Judge Sarah L. Cave
United States District Court Southern District of New York
500 Pearl St., Courtroom 18A New York, NY 10007-1312

**Re: Proof of Compliance for  Dollar Amount in Plaintiff's February 15, 2022 Settlement Letter**

To  The Honorable Judge  Abrams and  The Honorable  Judge Cave:

Attached  please find  an email from WorthPoint's Attorney Adam Bialek  dated March 2, 2022.

Mr. Bialek's  email confirms  I  definitely submitted  a  numeric dollar amount in my  February 15,

Settlement Letter.  He wrote  *"We now understand that your settlement demand is officially*

*$ Oo . oo"*.  On Monday,  February 28, 2022,  the Attorneys for WorthPoint wrote  a  letter to the

Court claiming  " *In fact, the letter appears to state that there is "no price" that* plaintiff will deem

**a sufficient compensation".**  Mr, Bialek  failed  to confirm the amount  of  my settlement prior to

his firm's  filing on  February 28, 2022 .  The Defendants' letter to the Court  caused Judge Cave to

view my  February 15th letter as being  " non- compliant" to the point of imposing Sanctions.  I

confirm  I did  and will  again submit  a dollar amount in my  Settlement Letter due by March 8, 2022.

The fact that my letter of Feb. 15th  contained a settlement number but was  not  acknowledged by

the defendant  until  after  your honor issued a warning of sanctions towards me,  is but one

example of the defendants repeated evasive conduct in this case towards the plaintiff.  I ask the

Court  to  note the Defendants' February. 28th letter  and it's  depiction of  the facts as well as  it's

implications upon my  integrity.    I complied, and will comply again,  as instructed  by the Court.

Respectfully Submitted,

Annamarie Trombetta
175 East 96th Street (12 R)
New York, New York 10128
 March 2, 2022

Annamaire  Trombetta

Gmail - Re--Settlement Letter Annamarie Trombetta

*March #1*

M Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

## Re--Settlement Letter Annamarie Trombetta

**Bialek, Adam** <Adam.Bialek@wilsonelser.com>                    Wed, Mar 2, 2022 at 9:00 AM
To: Annamarie Trombetta <atrombettaart@gmail.com>
Cc: "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>, Anderson Duff <ajd@hoganduff.com>

Dear Ms. Trombetta:

I have reviewed your submission to the Court yesterday, upon which the Court has already ruled. We now understand that your settlement demand is officially $192,000. If we are incorrect, please let us know.

Importantly, however, there is an issue that needs to be corrected by you and we hereby demand that you notify the Court accordingly.

In your letter to the Court, you advised the Court:

> For the record, the Attorneys Adam Bialik and Jana Farmer did not request from the Plaintiff a meeting they requested a number for settelement. My February 24 email is proof that I am the one who informed all counsel about the March 4, 2022 letter.

As you will note in the below email, I specifically wrote:

> As for the March 4 submission, we are also required to meet and confer before. We do not know what we are conferring about if we do not have a demand. Nevertheless, please let us know your availability to speak next week (after you tender a demand).

As such, it is clear that we did in fact request a meet and confer regarding the letter due to the Court. For someone who is outraged about the damage done to her reputation, we would expect that you would be careful before besmirching the reputation of another. Accordingly, you need to correct this error with the Court, and inform the Court that we did contact you regarding the meeting.

Gmail - Re--Settlement Letter Annamarie Trombetta                                          5/2/22, 1:21 PM

And, now that the Court has rescheduled the deadline, we are again requesting your availability for the required meet and confer.

We look forward to hearing from you.                      *March #1*

Regards,

Adam


Adam Bialek
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017
212.915.5143 (Direct)
917.538.0616 (Cell)
212.490.3000 (Main)
212.490.3038 (Fax)
adam.bialek@wilsonelser.com


[Quoted text hidden]
[Quoted text hidden]

*April #2*

 WorthPoint
THE INTERNET OF STUFF

Jason Packer <jason.packer@worthpoint.com>

---

## take down a WP page

2 messages

---

**Gregory Watkins** <greg.watkins@worthpoint.com>                   Wed, Feb 3, 2016 at 9:53 AM
To: Jason Packer <jason.packer@worthpoint.com>
Cc: Antoine Lyseight <antoine.lyseight@worthpoint.com>

Hi Jason,

A woman has called several times saying that a painting attributed to her that sold on eBay was not painted by her and she would like the page taken down.

Here is the link:

http://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172

She would like to know when it was posted (the date) and if there are any other photos that came with the file ... she's very unreasonable...

Please let me know what you can find out.

Thanks,

-g

--

**Gregory Watkins**
Editor
WorthPoint Corporation

**t. 877-481-5750   c. 770-344-9182**

WorthPoint.com :: GoAntiques.com :: MarksandLibrary.com



---

**Jason Packer** <jason.packer@worthpoint.com>                   Thu, Feb 4, 2016 at 9:12 AM
To: Gregory Watkins <greg.watkins@worthpoint.com>
Cc: Antoine Lyseight <antoine.lyseight@worthpoint.com>

Hi Greg,
That's removed.

It was posted 2013-03-05, and we do not have any other photos with it.

Gregory Watkins wrote:

> Hi Jason,
>
> A woman has called several times saying that a painting attributed to her that sold on eBay was not painted by her and she would like the page taken down.
>
> Here is the link:
>
> http://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172

WP000130

Case 1:18-cv-00993-LTS-SLC     Document 493-4     Filed 06/01/23     Page 6 of 41

She would like to know when it was posted (the date) and if there are any other photos that came with the file ... she's very unreasonable...

Please let me know what you can find out.

Thanks,

-g

--
**Gregory Watkins**
Editor
WorthPoint Corporation

**t. 877-481-5750   c. 770-344-9182**

WorthPoint.com :: GoAntiques.com :: MarksandLibrary.com



WP000131