**SA2638**

Gmail - Annamarie Trombetta--Response

 **Gmail**

Annamarie Trombetta <atrombettaart@gmail.com>

## Annamarie Trombetta--Response

1 message

---

**Annamarie Trombetta** <atrombettaart@gmail.com>                    Fri, Jul 8, 2022 at 5:31 PM
To: "Bialek, Adam" <Adam.Bialek@wilsonelser.com>, "Farmer, Jana S." <jana.farmer@wilsonelser.com>, "Haimson, Nicole"
<Nicole.Haimson@wilsonelser.com>, Anderson Duff <ajd@hoganduff.com>

To Mr. Bialek and All Parties,

Please note there are two defendants in this case and my evidence is in response to WorthPoint as well as EAI and the
Novicins.

 Mr. Duff's second response to Plaintiff's Interrogatories -Production of Documents and Admissions has not been
submitted to the Plaintiff to date,
I cannot state today nor can I confirm today this is the last of my documents until I receive Mr. Duff's responses. Also,
WorthPoint still needs to submit
the second set of Admissions by July 13,2022

PLAINTIFF' S DEPOSITION DATES

I am available any time during the week of August 15, 2022 thru the 19th.

ATTACHED DOCUMENTS

I have attached new 4 documents and one DETAIL of Code
1) (283) Who is Look Up of WorthPoint.com in 2015
2) (284) Reverse IP Lookup with worthpoint links for 1972-original-oil-painting-man-red-48924172
3) (285)January 14, 2016 Item Review Request Page 1
4) (286)January 14, 2016 Item Review Request Page 2
5) (287) Detail of Code for 1972-original-oil-painting-man-red-48924172

Please confirm receipt of the attached 5 documents.
Sincerely,
Annamarie Trombetta

---

**5 attachments**

📄 **Plaintiff's (283) Who is Look Up of WorthPoint.com in 2015.pdf**
   209K

📄 **Plaintiff's (284) Reverse IP Lookup with worthpoint links for 1972-original-oil-painting-man-red-48924172.pdf**
   168K

📄 **(285) Plaintiff's January 14, 2016 Item Review Request Page 1.pdf**
   314K

📄 **(285) Plaintiff's January 14, 2016 Item Review Request Page 1.pdf**
   314K

📄 **(287)Plaintiff's Detail of Codes 1972-original-oil-painting-man-red-48924172.pdf**
   440K

**SA2639**

PL 284

Home > Reverse IP Lookup > 50.19.86.100

## 50.19.86.100 Reverse IP Lookup

Enter an IP address and our patented Reverse IP Lookup tool will show you all of the domains currently hosted there. Results include all gTLD domains and any known ccTLD domains.

**Lookup Connected Domains**                    Lookup tips ⓘ

worthpoint.com                                 LOOKUP

Example: 65.55.53.233 or 64.233.161.%

---

Reverse IP Lookup Results — 10 domains hosted on IP address 50.19.86.100

| | Domain | View Whois Record | Screenshots |
|---|---|---|---|
| 1 | acguide.com | | |
| 2 | antiqnet.net | | |
| 3 | antiquenetworking.com | | |

AND 7 other domains...
You must Log In, Open a Pro Account or Buy this Report for $49.00 to access all 10 results of your search

**Open a Pro Account**

---

### ONE-CLICK MONITORING

Create an IP Monitor to monitor future changes to "worthpoint.com".

Log In or Open an Account

### Related Tools

**Reverse NS Lookup**
Discover all the domain names currently hosted on any given name server.

**Name Server Monitor**
Monitor the daily activity of any name server and receive notification of all new and/or deleted domains.

**Hosting History**
View historical IP addresses, name servers, and registrars for any given domain name.

**IP Explorer**
Explore the range of all IP addresses and discover how any particular IP block is being utilized.

**IP Monitor**
Passively monitor additions and changes to registered domain names associated with an IP Address.

**Bulk Parsed Whois**
Submit a list of domain names, and receive a .csv file with parsed Whois records for the domains.

---

http://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (12/01/2012)

## 1972 Original Oil Painting Man With Red Umbrella

Welcome to EstateAuctionsInc! We are one of the Top Sellers of Antiques, Collectibles and Quirky Items on eBay. We have been selling since 1998 and ALL of

See us www.worthpoint.com        Powered by yahoo

PL 283

J u L y # 3

Home > Whois Lookup > WorthPoint.com

## Whois Record for WorthPoint.com

How does this work?

**— Whois & Quick Stats**

| | |
|---|---|
| Registrant Org | Worthpoint Corporation is associated with ~19 other domains |
| Registrar | GODADDY.COM, LLC |
| Registrar Status | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| Dates | Created on 2007-01-09 - Expires on 2023-01-09 - Updated on 2013-04-30 |
| Name Server(s) | NS1.P24.DYNECT.NET (has 137,133 domains)<br>NS2.P24.DYNECT.NET (has 137,133 domains)<br>NS3.P24.DYNECT.NET (has 137,133 domains)<br>NS4.P24.DYNECT.NET (has 137,133 domains) |
| IP Address | 50.19.86.100 - 9 other sites hosted on this server |
| IP Location | ▦ - Virginia - Ashburn - Amazon.com Inc. |
| ASN | ▦ AS14618 AMAZON-AES - Amazon.com, Inc. (registered Nov 04, 2005) |
| Domain Status | Registered And Active Website |
| Whois History | 203 records have been archived since 2007-05-11 |
| IP History | 12 changes on 8 unique IP addresses over 8 years |
| Registrar History | 2 registrars |
| Hosting History | 7 changes on 7 unique name servers over 8 years |
| Whois Server | whois.godaddy.com |

**— Website**

| | |
|---|---|
| Website Title | 🌐 Worthpoint | Antiques, Art and Collectibles - What's it Worth? | WorthPoint |
| Server Type | Apache/2.2.21 (Amazon) |
| Response Code | 200 |
| SEO Score | 93% |
| Terms | 400 (Unique: 222, Linked: 180) |
| Images | 12 (Alt tags missing: 10) |
| Links | 61 (Internal: 49, Outbound: 8) |

Whois Record ( last updated on 2015-08-15 )

```
Domain Name: WORTHPOINT.COM
Registrar URL: http://www.godaddy.com
Registrant Name: Systems Administrator
Registrant Organization: Worthpoint Corporation
Name Server: NS1.P24.DYNECT.NET
Name Server: NS2.P24.DYNECT.NET
Name Server: NS3.P24.DYNECT.NET
Name Server: NS4.P24.DYNECT.NET
DNSSEC: unsigned
```

You must Register or Log in to view the Whois record for this domain name



⬆ Preview the Full Domain Report

**Tools**

| | |
|---|---|
| Whois History | Hosting History |
| Monitor Domain Properties | ▾ |
| Reverse IP Address Lookup | ▾ |
| Reverse Name Server Lookup | ▾ |
| Network Tools | ▾ |
| Buy This Domain ▾ | Visit Website |

Find It.
Value It.
Price It.

View Screenshot History

Available TLDs

General TLDs    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| | |
|---|---|
| WorthPoint.com | View Whois |
| WorthPoint.net | View Whois |
| WorthPoint.org | View Whois |
| WorthPoint.info | View Whois |
| WorthPoint.biz | View Whois |
| WorthPoint.us | View Whois |

Case: 25-817, 07/17/2026, DktEntry: 90.3, Page 4 of 66

SA2641

Case 1:18-cv-00993-LTS-SLC    Document 493-4    Filed 06/01/23    Page 10 of 41

Date Jan 14 2016

# ITEM REVIEW REQUEST

WorthPoint is a web site for collectors and consumers that provides price history and other information for all types of collectible items. These items are not for sale by WorthPoint.

We license the data displayed in the Worthopedia from a variety of sources. We are an official licensee of eBay and many of the leading auction houses. Our agreements permit us to display all art, antiques and collectible items – with full attribution – that are contained in eBay's and the respective auction house partners' product catalogs, along with the price paid for such item. Our licenses permit our members to use completed sales results and images displayed on the Worthopedia solely for research purposes. You may review our content policy here.

If you believe you own the rights to the image/item and prefer it not be displayed, *do not* complete the form provided here. Instead, request removal here.

## Item Review

If you believe the item listed on the previous page is fraudulent or otherwise inappropriate for view, please supply the information requested below.

URL *

http://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924

### Reason for review

The URL above is incorrect and the information is not legitimate. My name and biography were used in this fake advertisement. Your ad from your website is coming up o the internet under my name. I am not the artist. Your listing is FALSE and the ad states there are 12 photos in the description but no photos are visible except a signature that is NOT mine. Please remove this immediately.

## Additional Items

If you know of additional items which you believe …

PL 285

Italy #3

Case: 25-817, 07/17/2026, DktEntry: 90.3, Page 11 of 41

Case 1:18-cv-00993-LTS-SLC    Document 493-4    Filed 06/01/23    Page 5 of 66

SA2642

10128

United States

ZIP / Postal Code

Country

Plaintiff 000286

Email *

trombettaart@yahoo.com

Telephone

(212) 427-5990

## Addendum to Removal Request

If you believe the listed item infringes on your intellectual property rights, please designate the reason or reasons for the Claimed Infringement below.

☑ Trademark - *Item* Infringement
Item is a counterfeit product which infringes the trademark owner's rights.

☐ Trademark - *listing content* infringement
Listing contains unlawful use of trademark

☑ Copyright - *listing content* infringement
Listing uses unlawful copy of copyrighted text.
Listing uses unlawful copy of copyrighted image.
Listing uses unlawful copy of copyrighted image and text.

## Additional Items

If you have additional items listed in Worthopedia which you believe present infringement issues, you can either repeat the above process for each item or complete the information below:

## Work(s) believed to be infringed (please include trademark registration or application number with each)

Listed on your website at the URL above is an ad for an Original Oil Painting from 1972. My name and self written biography from my website was used without my consent or knowledge. I am requesting that your infringing ad on your website be permanently removed. This information is fraudulent. Your company is claiming that I am the artist who painted the Original Oil Man With Red Umbrella in 1972. I did not paint this oil. I would have been 9 years old. PLEASE remove this false listing from your website and the internet immediately.

PL
286

August 29, 2022
The Honorable Judge Ronnie Abrams
United States District Court Southern District of New York
40 Foley Square, Room 2203 New York, NY 10007

The Honorable Judge Sarah L. Cave
United States District Court Southern District of New York
500 Pearl St., Courtroom 18A New York, NY 10007-1312

Re: Plaintiff's Explanation for Requesting Time Sensitive Information and Plaintiff's Requests
for the Court to Direct Defendants to Clarify Dates and Definitions with Definitive Answers.

To Judge Cave and Judge Abrams:

Once again I remind the Court that I am a Pro Se Litigant. I bring forth to the Court's attention, with
resolute reasoning, Defendants continued contradictions which beckons further questions that
Plaintiff must ask of the Defendants. Plaintiff, during this sensitive time in the discovery period,
brings to the Courts attention, the responses that were pointed out and made by Ms. Farmer in her
August 26, 2022 letter. Defendants have NOT specified any time frame or dates relative to my
requests. Therefore, my requests are not accurately and succinctly answered by the Defendants and
the need for further requests is vital to uncovering the true facts regarding WorthPoint's rights to
reproduce the Plaintiff's biographical content in the 1972 eBay ad also in WP Confidential evidence.

First, in Plaintiff August 26, 2022 letter, Doc. 271, I asked Defendants attorneys " *2) To state the
date and year that WorthPoint downloaded the 1972 eBay Estate Auctions Inc. Ad for the
Original Oil entitled " Man With Red Umbrella"*.
In Ms. Farmer's August 26, 2022 letter in Doc. 273 her reply to the Plaintiff is in the box below:

> **(2) To state the date and year that WorthPoint downloaded the 1972 eBay Estate
> Auctions Inc. Ad for the Original Oil entitled "Man with Red Umbrella."** As previously
> explained to Plaintiff numerous times, WorthPoint does not have this information and can only
> speculate as to when the download occurred.

Plaintiff informs the Defendants attorneys and the Court that on or around April 8, 2022, Defendants
attorneys produced WP00038 WP00039 and WP00040. In order for Defendants attorneys to
produce this Confidential evidence, which is relatively old, the meta data or computer data logs has
to be in existence. (Virtually all software applications and systems produce log files). Therefore,
Plaintiff's request is not only within reason, it requires at least the date, year and time relative to
Defendants attorneys April 8, 2022 production for the Confidential evidence known as WP00038
WP00039 and WP00040. If the data was produced the history is in the logs for the meta data.

Plaintiff notes the necessity to request of the Defendants attorneys to answer three requests :
**First ( 1 ) State or name the —Year —Month —Day and possibly the Time of day that the "
1972 Estate Auctions Inc. eBay Ad for the 1972 Original Oil entitled " Man With Red
Umbrella" was POSTED on the website of WorthPoint Corporation.**

Additionally, in Plaintiff August 26, 2022 letter, Doc. 271, I asked Defendants attorneys in No. 3 :
*"To name WorthPoint's Licensing Partner at the time when WorthPoint downloaded the
1972 eBay Estate Auctions Inc. Ad for the Original Oil entitled " Man With Red Umbrella"
which WorthPoint's attorneys allege is ONLY one licensing partner. "*
In Ms. Farmer's August 26, 2022 letter in Doc. 273 her reply to the Plaintiff is in the box below:

> **(3) To name WorthPoint's Licensing Partner at the time when WorthPoint
> downloaded the 1972 eBay Estate Auctions Inc. Ad for the Original Oil entitled "Man with
> Red Umbrella" which WorthPoint's attorneys allege is ONLY one licensing partner.** This
> again is the same company whose name appears on page 1, first full paragraph, line 2 (Bates
> WP000008) of the confidential licensing agreement for eBay data that WorthPoint produced. We
> will avoid restating this name herein as this is a public filing and the agreement is confidential.
> Again, if Plaintiff cannot locate the name pursuant to the directions above, we would be happy to
> identify it for her in a phone call.

*August #4*

Defendants' attorneys response to No. 3 above, requires Plaintiff to ask the Defendants attorneys two pertinent questions which explains Plaintiff's consistent requests for dates, time period sand names:

**Second** (2) Set forth WorthPoint's Corporations' definition and terms for WorthPoint's "Licensing Agreements" with eBay.

**Third** (3) Set forth WorthPoint's Corporations' definition and terms for WorthPoint's " Sub Licensing Agreement" with eBay.

Plaintiff has researched two definitions in the two boxes below. The first definition is for a Licensing Agreement and the second is the definition of a Sub Licensing Agreement. Each one is different.

> The term licensing agreement refers to **a legal, written contract between two parties wherein the property owner gives permission to another party to use their brand, patent, or trademark.**

Plaintiff definition below relates to Defendants' Bate Stamped WP000008 thru WP000035 which is relative and subject to certain periods of time, hence Plaintiff 's repeated requests to name the dates and times when the " 1972 Estate Auctions Inc. eBay Ad for the 1972 Original Oil entitled " Man With Red Umbrella" was DOWNLOADED from the alleged partner and when the 1972 EAI eBay ad was POSTED on the website of WorthPoint Corporation. Plaintiff also notes to the Court that each page, many which are redacted, of WP000008 thru WP000035 has written (Public Use).

> A sublicense agreement is **a legal document that outlines the terms and conditions where one business owner allows another party to use their intellectual property.** The original business owner, or licensor, often has the exclusive right to license specific intellectual property for a certain period of time.

For the record, Plaintiff has never had a licensing agreement or sub licensing agreement with any entity, source or company. Once again Plaintiff reminds the Court in Plaintiff's August 25, 2022 letter, Doc. 270 , the name of WorthPoint's 2016 source and downloading partner. This is different from the name set forth by the Defendants attorneys in 2022. The difference is the named downloading source, the absence of meta data and dates for the eBay ad from WorthPoint is relevant to my case.

The last issue Plaintiff needs to bring to the Court's attention is the fact that in Ms. Farmer's letter dated Friday August 26, 2022 in Doc. 273, Ms. Farmer accused the Plaintiff of making inaccurate statements. Below is Ms. Farmers full statements regarding the Plaintiff.

> WorthPoint also notes that this licensing partner was WorthPoint's only licensing partner *for eBay data during the relevant time period*, about which plaintiff was also previously advised. It is not accurate, however, for plaintiff to state that this was WorthPoint's only licensing partner, as WorthPoint partners with other auction houses for non-eBay data.

The purpose of Plaintiff's boxed inserts is to bring to the Court's attention the exact words written by the Defendants attorneys on a specific date, filed in a specific dated docket numbers in order to

keep track of the Defendants statements. This is NOT possible in Meet and Confer gatherings with the Defendants. In Plaintiff's letters to the Defendants and the Court, Plaintiff's use of box inserts is a way to document in writing Defendants' responses which at times are in contradiction to prior statements or assert untrue statements as was the case in Ms. Farmer's letter in Doc. 273. The WorthPoint Defendants have consistently demonstrated giving incorrect information to the Plaintiff since the year 2015. **EXHIBIT #1 WorthPoint employee Anita Brooks dated November 16, 2016 filed in Doc. 33 on January 17, 2020.** Plaintiff use within the numerous letters to the Court is an easier means to see precisely what, how and when words and statements are presented by specific named parties. The boxed insert below is in Plaintiff's August 25, 2022 letter in Doc. 270.

> • "Confusing" eBay licensing partner. Plaintiff expressed confusion as to which entity WorthPoint licensed the information about the past eBay sale of the subject painting in order to be able to post this information on WorthPoint's website. WorthPoint clarified to plaintiff that the name and address of its licensing partner appears on page 1 (Bates WP000008) of the confidential licensing agreement for eBay data that WorthPoint produced. WorthPoint clarified that this is the only licensing partner for eBay data that WorthPoint had during the relevant time period. WorthPoint also clarified that online research into the name of this licensing partner will reveal any former or subsequent names, which is likely further alleviate plaintiff's confusion.

**Fourth** Ms. Farmer clearly states *" WorthPoint clarified that this is the ONLY licensing partner for eBay data that WorthPoint had during the relevant time period"* Again, Ms. Farmer's 2022 statement and evidence is not the same as WorthPoint's 2016 statements from WorthPoint's website. Ms. Farmer's claims there is ONLY one licensing partner. In 2015 and 2016 on WorthPoint's website page entitled ITEM REVIEW REQUEST WorthPoint has written *"We license the data displayed in the Worthopedia from a VARIETY of sources . We are an official licensee of eBay and many of the leading auction houses"*. These minor yet multiple mistakes add up to unethical conduct. **EXHIBIT#4 WP Item Review Request Licensing Data from a VARIETY of sources.**

In Plaintiff's statements above from Doc. 270, I am merely pointing out that Ms. Farmer is claiming WorthPoint's named partner is the only licensing partner for ebay data. In response to this Plaintiff, brought to all parties attention the written claim by WorthPoint from their own website, regarding the variety of sources for licensing of eBay data. Plaintiff did not write or claim anything. Again, in Doc. 270, Plaintiff documented WorthPoint's written statements from WorthPoint's 2016 website in direct relation with WorthPoint's attorneys 2022 present claims. Plaintiff finds Ms. Farmers' accusation ivery harmful to my integrity. Indeed, this lawsuit is all about Defendants circulating false information and copyright claims that have harmed my integrity and my personal and professional reputation.

I ask the Court to direct the Defendants to accurately answer my requests as I am still in search of definitive answers from the Defendants that need clear dated responses.

Respectfully Submitted,

Annamarie Trombetta
175 East 96th Street ( 12 R)        ——-Electronically Signed ————-
New York, New York 10128            *Annamarie Trombetta*

August 29, 2022                      Annamarie Trombetta



Jason Packer <jason.packer@worthpoint.com>

## take down a WP page

2 messages

**Gregory Watkins** <greg.watkins@worthpoint.com>                       Wed, Feb 3, 2016 at 9:53 AM
To: Jason Packer <jason.packer@worthpoint.com>
Cc: Antoine Lyseight <antoine.lyseight@worthpoint.com>

Hi Jason,

A woman has called several times saying that a painting attributed to her that sold on eBay was not painted by her and she would like the page taken down.

Here is the link:

http://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172

She would like to know when it was posted (the date) and if there are any other photos that came with the file ... she's very unreasonable...

Please let me know what you can find out.

Thanks,

-g

--
**Gregory Watkins**
Editor
WorthPoint Corporation

**t. 877-481-5750    c. 770-344-9182**

WorthPoint.com :: GoAntiques.com :: MarksandLibrary.com



**Jason Packer** <jason.packer@worthpoint.com>                          Thu, Feb 4, 2016 at 9:12 AM
To: Gregory Watkins <greg.watkins@worthpoint.com>
Cc: Antoine Lyseight <antoine.lyseight@worthpoint.com>

Hi Greg,
That's removed.

It was posted 2013-03-05, and we do not have any other photos with it.

Gregory Watkins wrote:

> Hi Jason,
>
> A woman has called several times saying that a painting attributed to her that sold on eBay was not painted by her and she would like the page taken down.
>
> Here is the link:
>
> http://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172

WP000130

Motion To Dismiss EXHIBIT C

*#5*

August 30, 2022

Fulton County Superior Court
***EFILED***LW
Date: 6/14/2022 4:01 PM
Cathelene Robinson, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
### 136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303
#### SUMMONS

| | |
|---|---|
| WORTHPOINT CORP., SHARI SEIPPEL, | ) Case No.: 2022CV366175 |
| AND WILLIAM SEIPPEL | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANNAMARIE TROMBETTA | ) |
| Defendant | ) |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://efilega.tylerhost.net/ofsweb (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is:

Mary Trachian-Bradley (mtrachian@briskinlaw.com)
BRISKIN, CROSS & SANFORD, LLC
33 S. Main Street, Suite 300, Alpharetta, GA 30009

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

This _____6/14/2022_____ day of _____, 20 _____

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court
By_____
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20 _____

Deputy Sheriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used

No Date or Signature Empty

*August 30, 2021*

Fulton County Superior Court
***EFILED***LW

*Exhibit Oct 6, 2022*
*#2 No. 289*

*Exhibit #3*

10.

Trombetta was directed to file her purported Amended Complaint by January 17, 2020. On that date Trombetta filed a pleading entitled "Proposed Amended Complaint."

11.

Trombetta then untimely filed a pleading entitled the "Operative Amended Complaint" on February 21, 2020.

12.

Trombetta's Amended Complaint alleged claims against WorthPoint, worthpoint,com, WSeippel, and Jason Packer, a WorthPoint employee.

13.

On March 19, 2020, Trombetta was ordered to effect service of the Amended Complaint on WorthPoint and WSeippel. Ms. Trombetta failed to properly effect service.

14.

On April 6, 2020, Trombetta was again ordered to effect service of the Amended Complaint on WorthPoint and WSeippel no later than May 21, 2020. Ms. Trombetta failed to properly effect service.

15.

Approximately one (1) full year after filing the Amended Complaint, Trombetta arranged service of process on WorthPoint and WSeippel. On Jan 1, 2020, service was delivered via certified mail to WorthPoint. On January 4, 2020, service was delivered via Certified Mail to WSeippel and SSeippel's home residence.

*Wrong Year*
*Wrong delivery date*

SA2649

# RE: Trombetta- WE File: 19701.00006  Inbox ×

**Haimson, Nicole** <Nicole.Haimson@wilsonelser.com>

to me, Adam, Jana, Anderson ▼

Mon, Sep 26, 2022, 12:46 PM

**This message seems dangerous**

Similar messages were used to steal people's personal information. Avoid clicking links, downloading attachments, or replying with personal information.

[Looks safe]

Ms. Trombetta,

I am re-attaching the letter. If you cannot open it, you can download a copy at the following link: https://www.imanageshare.com/pd/8pdP1QUlCrI

Please confirm as soon as possible that you were able to access what we sent.

Thank you.

Case: 25-817, 07/17/2026, DktEntry: 90.3, Page 13 of 66

Case 1:18-cv-00993-LTS-SLC    Document 493-4    Filed 06/01/23    Page 19 of 41

SA2650

# Trombetta v. Norb Novocin  Inbox ×

**McNally, Joyce** <Joyce.McNally@wilsonelser.com>                    Wed, Aug 10, 2022, 5:01 PM  ☆  ↩  ⋮
to me, ajd@hoganduff.com, Adam, Jana, Nicole ▾

## This message seems dangerous

Similar messages were used to steal people's personal information. Avoid clicking links, downloading attachments, or replying with personal information.

[ Looks safe ]

Please see attached.

Joyce McNally
Legal Secretary
Wilson Elser Moskowitz Edelman & Dicker LLP
666 Old Country Road - Suite 602
Garden City, NY 11530
516.228.0233 (Direct)
516.228.8900 (Main)
516.228.0200 (Fax)
joyce.mcnally@wilsonelser.com

October 7, 2022

The Honorable Judge Ronnie Abrams
United States District Court Southern District of New York
40 Foley Square, Room 2203 New York, NY 10007

The Honorable Judge Sarah L. Cave
United States District Court Southern District of New York
500 Pearl St., Courtroom 18A New York, NY 10007-1312

**RE: — Another Bad Faith by WorthPoint Attorneys Towards Plaintiff 's Withdrawn Witness
that Plaintiff Furnished a Letter Sent Sept.22 , 2022 to WorthPoint's Counsel**

To Honorable Judge Cave and The Honorable Judge Abrams,

Pro Se Plaintiff respectfully sets forth this letter to inform and affirm to the Court, a pattern of willful misinformation, intimidation and harassment repeatedly demonstrated by the WorthPoint's attorneys.

On September 28, 2022 Plaintiff's formally withdrew in writing one of her witness due to his travel schedule and the unknown trial date for this case. Additionally. with Plaintiff's formal withdrawal the Plaintiff filed in my evidence and emailed a signed letter from my withdrawn witness stating these facts.

This morning all the attorneys and I, received an email from my withdrawn witnesses stating that he was out of town and returned to find a Notice of Deposition scheduled for today, Friday October 7, 2022, at his home address in New York. First and foremost, Plaintiff never furnished WorthPoint attorneys with my witnesses' home address. This means Wilson Elser's attorneys for WorthPoint investigated my witness's home address when Plaintiff furnished the attorneys with his preferred work address. Despite my withdrawal, WorthPoint's attorneys sent the summons to depose my withdrawn witness to his home address and failed to alert the Plaintiff or my withdrawn witness that they had sent a subpoena. This witness in particularly is a highly coveted profession contact and the editor of a well known magazine specializing in realistic artwork. The unnecessary stress and drama that could have been avoided by the WorthPoint attorney appears to be a means to intimidate and harass not only the Plaintiff and my witnesses but it is an attempt to adversely effect my professional and personal relationships.

Additionally in Ms. Farmer's letter to the Court dated October 6, 2022 Doc. 290, Ms Farmer falsely stated that I gave the Defendants a PO BOX address. This is completely false. My witnesses' letter of evidenced submitted in April 2022 had a PO Box address , As soon as the Plaintiff obtained my witness's address in late September, I emailed it to Ms. Nicole Haimson at Wilson Elser immediately upon confirmed information by my witnesses. **EXHIBIT #1 Proof of all facts in Sept 28, 2022 email.**

Plaintiff respectfully requests the Court to admonish opposing counsels repetitious pattern to harass, disrespect and willfully treat my witnesses, professional colleagues and dedicated friends with such a callous and complete lack of decorum. Plaintiff reminds the Court that in the first week of August 2022, I suspected the possibility of witness tampering and the attempt by WorthPoint's attorneys to intentionally harass my witnesses in an effort to effect their withdrawal, along with tainting my stellar relationships with my colleagues. My constituents exude integrity and deserve respectful consideration. I kindly ask the Court to note the insidious actions demonstrated by WorthPoint's attorneys and take any actions legally possible.

Respectfully Submitted,

October 7, 2022
Annamarie Trombetta
175 East 96th Street (12 R)
New York, New York 10128

——— Electronic Signature———

/s/ *Annamarie Trombetta*   *October 7, 2022*

Annamarie Trombetta

Certified Original

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

ANNAMARIE TROMBETTA,

                    Plaintiff,

                                        Index No.:

against -                               18-cv-00993-RA-SLC

NORB NOVOCIN, MARINE NOVOCIN,

ESTATE AUCTIONS, INC. and WORTH

POINT CORPORATION,

                    Defendants.

- - - - - - - - - - - - - - - - - X

                (VIA VIRTUAL PROCEEDING)

                October 6, 2022

                12:25 P.M.

        DEPOSITION of SCOTT GOODWILLIE, the non-party

herein, taken by the Defendants herein, pursuant to

Rule 45 of the Federal Rules of Civil Procedure,

held at the above-mentioned time and place, before

Anita M. Cummo, a Notary Public of the State of New

York.

Certified Original

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

ANNAMARIE TROMBETTA,

                Plaintiff,

                              Index No.:           -

against -                        18-cv-00993-RA-SLC

NORB NOVOCIN, MARIE NOVOCIN,

ESTATE AUCTIONS, INC. and

WORTHPOINT CORPORATION,

                Defendants.

- - - - - - - - - - - - - - - - - X

           (VIA VIRTUAL PROCEEDING)

           October 7, 2022

           12:05 P.M.

    DEPOSITION of WILLIE CHU, the non-party

herein, taken by the Defendants herein, pursuant to

Rule 45 of the Federal Rules of Civil Procedure,

held at the above-mentioned time and place, before

Anita M. Cummo, a Notary Public of the State of New

York.

Certified Original

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------X

ANNAMARIE TROMBETTA,

                              PLAINTIFF,

            -against-        Case No.:

                             18-cv-0993-RA-HBP

NORB NOVOCIN, MARIE NOVOCIN, ESTATE

AUCTIONS INC., WILLIAM SIEPPEL and

WORTHPOINT CORPORATION,

                              DEFENDANTS.

-----------------------------------------------X

                    DATE: October 17, 2022
                    TIME: 9:20 A.M

                    VIRTUAL DEPOSITION of a

Non-Party Witness, VANESSA KOI-PLOSKI,

taken by the Plaintiffs, pursuant to a

subpoena and to the Federal Rules of Civil

Procedure, held at the above date and time,

before Nathan Davis, a Notary Public of the

State of New York.

 Gmail                                    Annamarie Trombetta <trombettalegal@gmail.com>

## Fwd: Vanessa Ploski
1 message

Vanessa Ploski <vanessa.ploski@icloud.com>                     Sun, Oct 16, 2022 at 12:52 PM
To: Annamarie Trombetta <trombettalegal@gmail.com>

They sent the zoom. I also emailed you that 6pm works for me

Begin forwarded message:

> From: "Haimson, Nicole" <Nicole.Haimson@wilsonelser.com>
> Date: October 16, 2022 at 12:14:24 PM EDT
> To: Vanessa Ploski <vanessa.ploski@icloud.com>, Annamarie Trombetta <annamarietrombettalegal@outlook.com>, Anderson Duff <ajd@hoganduff.com>
> Cc: "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>, "Bialek, Adam" <Adam.Bialek@wilsonelser.com>
> Subject: RE: Vanessa Ploski

All,

The link to tomorrow's Zoom deposition of Ms. Ploski is as follows:

https://proceedings.veritext.com/?token=d94443f6d69b161f35162928e804b921

Meeting ID: 89550043085

Password: 0OAiyYG0b*

Please let us know if you have any difficulty accessing.

Best,

Nicole Haimson
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017
518.320.3608 (Direct)
516.330.8099 (Cell)
212.490.3000 (Main)
212.490.3038 (Fax)
nicole.haimson@wilsonelser.com

*Exhibit #2    ECF No 289    Oct. 6, 2022*

*Exhibit #1*

**Re: V~~~~~~~~ Pl~~**

V~~~~~~~~~~~~~~~~~~~
Wed 10/5/2022 5:13 PM

To: Farmer, Jana S. <Jana.Farmer@wilsonelser.com>
Cc: Annamarie Trombetta <annamarietrombettalegal@outlook.com>;Anderson Duff <ajd@hoganduff.com>;Bialek, Adam <Adam.Bialek@wilsonelser.com>;Haimson, Nicole <Nicole.Haimson@wilsonelser.com>

Jana,

To clarify, your email to Ms Trombetta is misleading.

A subpoena, (still addressed to 13a Catherine St) was taped to my door at '       nd Ave — TODAY, **within the last hour, today, Oct. 5, 2022**.

This is less than 24 hours before your scheduled deposition. Does the court not require 21 days prior service so that people can plan their schedules?

I will check my calendar and get back to you on the new dates you provided. What time were you thinking?

V~~~ : P. 🐚

On Oct 5, 2022, at 5:00 PM, Farmer, Jana S. <Jana.Farmer@wilsonelser.com> wrote:

Ms. Trombetta,

The process server also re-served Ms. Pl~~~ at the address you recently provided. Once I get a copy from them, I will also provide. However, we are available to re-schedule Ms. P~~~ deposition.
Please advise whether October 10 or October 11th is preferable for Ms. F~~~

Thank you,

*Columbus Day Holiday*

Jana S. Farmer
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604

**SA2657**

Gmail - Fwd: Vanessa Ploski

**From:** Vanessa Ploski [mailto:vanessa.ploski@icloud.com]
**Sent:** Thursday, October 6, 2022 11:50 AM
**To:** Haimson, Nicole <Nicole.Haimson@wilsonelser.com>
**Cc:** Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Annamarie Trombetta <annamarietrombettalegal@outlook.com>; Anderson Duff <ajd@hoganduff.com>; Bialek, Adam <Adam.Bialek@wilsonelser.com>
**Subject:** Re: Vanessa Ploski

**[EXTERNAL EMAIL]**

Thank you Nicole. I will accept the email as notice of a Zoom Deposition for October 17th at 9am. Formal service is not necessary.


Vanessa


> On Oct 6, 2022, at 11:25 AM, Haimson, Nicole <Nicole.Haimson@wilsonelser.com> wrote:


Ms. Ploski,


It appears our emails have been getting crossed with yours and causing a bit of confusion. If everyone could try and reply to the same email thread, that would probably be the most helpful.


As I indicated in my email to you, the revised subpoena was addressed to Midland Avenue. Attached is a copy of the revised subpoena for your records.


**Should we initiate formal service of this subpoena or will you accept it via email?**


We will forward a Zoom link to the deposition shortly.


Best,


Nicole Haimson
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017
518.320.3608 (Direct)
516.330.8099 (Cell)

Gmail - Fwd: Vanessa Ploski

212.490.3000 (Main)
212.490.3038 (Fax)
nicole.haimson@wilsonelser.com

**From:** Vanessa Ploski [mailto:vanessa.ploski@icloud.com]
**Sent:** Thursday, October 6, 2022 11:12 AM
**To:** Farmer, Jana S. <Jana.Farmer@wilsonelser.com>
**Cc:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>; Anderson Duff <ajd@hoganduff.com>; Bialek, Adam <Adam.Bialek@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>
**Subject:** Re: Vanessa Ploski

**[EXTERNAL EMAIL]**

Really? Why would you once again have the process server send it to Catherine Street, the wrong address again? That has not been my place of business for over a decade. I do not even know what business is there now.

Once again, my address is {          Ave., Nyack NY.

9am, October 17th is fine. Please email me the Zoom link and copy of the new Subpoena.

Thank you, Vanessa

On Oct 6, 2022, at 10:45 AM, Farmer, Jana S. <Jana.Farmer@wilsonelser.com> wrote:

Ms. Ploski,

While we await your confirmation as to your availability, the process server will serve the subpoena at your Catherine Street address again for the October 17th date. We remain open to schedule a different, earlier date at your convenience and wait to hear from you in that that regard.

Jana S. Farmer
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604
914.872.7247 (Direct)
914.552.9644 (Cell)
914.323.7000 (Main)

914.323.7001 (Fax)
jana.farmer@wilsonelser.com

**From:** Farmer, Jana S.
**Sent:** Wednesday, October 5, 2022 7:23 PM
**To:** Vanessa Ploski <vanessa.ploski@icloud.com>
**Cc:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>;
Anderson Duff <ajd@hoganduff.com>; Bialek, Adam
<Adam.Bialek@wilsonelser.com>; Haimson, Nicole
<Nicole.Haimson@wilsonelser.com>; Farmer, Jana S.
<Jana.Farmer@wilsonelser.com>
**Subject:** RE: Vanessa Ploski

Ms. Ploski,

Please provide your availability and we will see what we can do to accommodate.

My email is accurate. The process server did accomplish service at your correct address via the nail and mail service, after a different address for you was provided to us recently. It was our understanding also that you were in touch with Ms. Trombetta for this deposition and were aware. Concerning the date, as I stated, we can reschedule so please let us know what dates and times you have. Again, this is virtual.

Thank you,

Jana S. Farmer
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604
914.872.7247 (Direct)
914.552.9644 (Cell)
914.323.7000 (Main)
914.323.7001 (Fax)
jana.farmer@wilsonelser.com

**From:** Vanessa Ploski [mailto:vanessa.ploski@icloud.com]
**Sent:** Wednesday, October 5, 2022 5:13 PM
**To:** Farmer, Jana S. <Jana.Farmer@wilsonelser.com>
**Cc:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>;
Anderson Duff <ajd@hoganduff.com>; Bialek, Adam

6/1/2023                                        Gmail - Fwd: Vanessa Ploski

<Adam.Bialek@wilsonelser.com>; Haimson, Nicole
<Nicole.Haimson@wilsonelser.com>
**Subject:** Re: Vanessa Ploski

**[EXTERNAL EMAIL]**

Jana,

To clarify, your email to Ms Trombetta is misleading.

A subpoena, (still addressed to 13a Catherine St) was taped to my door at 80 N Midland Ave — TODAY, **within the last hour, today, Oct. 5, 2022**.

This is less than 24 hours before your scheduled deposition. Does the court not require 21 days prior service so that people can plan their schedules?

I will check my calendar and get back to you on the new dates you provided. What time were you thinking?

Vanessa Ploski

On Oct 5, 2022, at 5:00 PM, Farmer, Jana S.
<Jana.Farmer@wilsonelser.com> wrote:

Ms. Trombetta,

The process server also re-served Ms. Ploski at the address you recently provided. Once I get a copy from them, I will also provide.  However, we are available to re-schedule Ms. Ploski's deposition.

Please advise whether October 10 or October 11th is preferable for Ms. Ploski.

Thank you,

**SA2661**

Gmail - Fwd: Vanessa Ploski

Jana S. Farmer
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604
914.872.7247 (Direct)
914.552.9644 (Cell)
914.323.7000 (Main)
914.323.7001 (Fax)
jana.farmer@wilsonelser.com

**From:** Annamarie Trombetta [mailto: annamarietrombettalegal@outlook.com]
**Sent:** Wednesday, October 5, 2022 4:45 PM
**To:** Farmer, Jana S. <Jana.Farmer@wilsonelser.com>
**Cc:** Anderson Duff <ajd@hoganduff.com>; Bialek, Adam <Adam.Bialek@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>; vanessa.ploski@icloud.com
**Subject:** Re: Vanessa Ploski

**[EXTERNAL EMAIL]**

Ms. Farmer,

I regret to inform you that Ms. Haimson or whomever at your law firm sent Ms. Ploski's subpoena to an OLD address not in use for some time.

On September 28, 2022 I furnished you with the correct address: SEE EMAIL TO MS. Haimson BELOW

Vanessa Ploski is [illegible] Midland Avenue

Nyack, New York 10960 to send the subpoena.

The address on the subpoena is

1 [illegible] K   SEE ATTACHMENT . Aside from this grave error I was informed by Ms. Ploski that her summons was NOT SIGNED or dated.  This is improper service.

Ms. Ploski was not aware of the deposition until your email this morning.  I regret to inform you that she is unable to partake in the deposition due to her work schedule.

Gmail - Fwd: Vanessa Ploski

This is an your firm's error Quite frankly, the address on the subpoena was not verified . Moreover Ms. Gabrielle Segal contacted Ms. Ploski in August. You have had

There is no excuse for this mistake.

You have the address of that I Vanessa Ploski which is AGAIN

8○ N Midland Avenue

Nyack, ... Y ... 960 to send the subpoena.

Please give me dates to reschedule her deposition. Upon a proper service of the subpoena to her address and a proper notification Ms. Ploski is more than willing to speak to you on my behalf.

I am requesting immediately that she is respectfully and properly served the subpoena to the address I directly gave to you.

Submitted October 5, 2022

Annamarie Trombetta

**From:** Annamarie Trombetta [mailto: annamarietrombettalegal@outlook.com]
**Sent:** Wednesday, September 28, 2022 8:09 AM
**To:** Farmer, Jana S. <Jana.Farmer@wilsonelser.com>
**Cc:** Bialek, Adam <Adam.Bialek@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>; ajd@hoganduff.com
**Subject:** Re: Peter Trippi withdrawn

**[EXTERNAL EMAIL]**

To All Parties,

The letter by Mr. 1..., ... now evidence No. 350 . Mr. has withdrawn due to the unknown date of the trial,

and therefore I cannot call him as a witness.

Exhibit #8

Annamarie Trombetta
175 East 96 th Street ( 12 R)
New York, New York 10128
Tel, (212) 427 - 5990
Email atrombettaart@gmail.com

October 31, 2022

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Adam Bialek Jana A. Slavina Farmer
Nicole Haimson 1133 Westchester Avenue
150 East 42nd Street White Plains, New York 10604
New York New York. 10017

Anderson Duff Hogan Duff, LLP
Attorneys for Defendants
Norb Novocin, Marie Novocin
and Estate Auctions, Inc.
43-10 Crescent St. Ste. 1217 Long Island City, NY 11101
To All Attorneys,

On Friday October 28, 2022 Judge Cave extended the deadline to submit a joint letter from all parties to the Court. During the Friday October 28, 2022 Defendants requested meta data of named emails which Plaintiff furnished immediately on the same day. Additionally, Plaintiff emailed all Defendants requested Rule 37 responses on Saturday October 29, 2022. Additionally, at the October 28, 2022 Meet & Confer, the full and complete production of the December 1, 2012 email for the eBay sale by Estate Auctions Inc. was brought to the attention of Anderson Duff. The production of this document was requested by WorthPoint's attorneys on Wednesday September 21, 2022 at the Novocin Deposition. Plaintiff sent the pages with this request to Mr. Duff on Saturday October 29, 2022. Plaintiff is requesting an email from all attorneys to confirm receipt of all emails . Additionally, Plaintiff is requesting communication today in reference to the submission and review of the requested documents by attorneys and my responses.

**TIME SCHEDULE FOR COMMUNICATION TODAY at 11 AM    1 PM    and 3 PM**
**PLAINTIFF IS REQUESTING COMMUNICATION AT 3 TIMES TODAY OCT. 31, 2022**

1-Plaintiff is requesting in writing by **11 am. October 31, 2022** if all and any outstanding requests from Defendants will be answered. Secondly, Plaintiff is requesting the production of the ebay ad for the sale of the 1972 Original Oil Man With Red Umbrella dated December 1, 2012 to be produced in full by this time. If this is NOT possible Mr. Duff, please explains why. This request is outstanding.

2- Plaintiff is requesting in writing by **1 PM . October 31, 2022** if all parties wish to schedule a Meet & Confer . If not PLEASE SEND an E mail to either **CONFIRM COMPLETION** of the Fact Discovery **OR REQUEST AN EXTENSION** from the Court citing the reasons for the extension.

3. Plaintiff will be filing a letter to the Court based on the responses by all the Defendants attorneys on the status of the Letter on Fact Discovery for this case.

Once again, kindly email Plaintiff at **11 am and at 1 pm** regarding the status and end of Fact Discovery today October 31, 2022. Upon a joint decision Plaintiff will either file a letter indicating the END or the reasons for another EXTENSION FOR FACT DISCOVERY.

Annamarie Trombetta, Plaintiff                Respectfully Emailed to All Defendants Attorneys
175 East 96th Street                                    at 9 a.m. on October 31, 2022
New York, New York 10128

/s/ Annamarie Trombetta

Annamarie Trombetta

October 31, 2022

The Honorable Judge Ronnie Abrams
United States District Court Southern District of New York
40 Foley Square, Room 2203 New York, NY 10007

The Honorable Judge Sarah L. Cave
United States District Court Southern District of New York
500 Pearl St., Courtroom 18A New York, NY 10007-1312

RE: - 1) Meet and Confer on October 28, 2022 with Defendants
    2) Plaintiff 's October 31, 2022 Letter to Defendants Attorneys at 9 AM Request of
      Communication at 11 am  and  1 pm  and 3 pm
    3) Plaintiff's single filing of Letter to the Court on  my Fact Discovery Responses

To  Honorable Judge Cave and The Honorable Judge Abrams,

Pro Se Plaintiff is filing this letter in gratitude for the Court's extension for Discovery till  the 31st of October, 2022.  Plaintiff sets forth this letter after the  October 28, 2022 Meet & Confer.  Plaintiff requested a Meet and Confer on October 17, 2022 noted in Doc. 299,  with all the attorneys to ask how the Supplemental Responses to Plaintiff's Deposition should be organized and to ask the same about the Defendants Rule 37 Supplemental Responses. On the 17th all attorneys stated that Plaintiff could have an extension for the Rule 37 Supplemental Documents and Responses which were seventy requests.

On  Thursday, October 20, 2022 Plaintiff hand delivered my corrections and responses to Plaintiff's  300 page August 30, 2022  Deposition to the law firm of Wilson Elser at 150 East 42nd Street.  A six page listing  in detail which titled and described  each numbered response by the Plaintiff to Defendants' demands was submitted  to included a notarized letter.  Each  page  of Plaintiff's responses are labeled as  *"Plaintiff's Deposition Response"*  and each response is numbered and labeled as  *"Plaintiff's evidence 000351 "* which ranged from 000351 to 000383.  Aside from this, Plaintiff listed each Deposition page  number  that I extracted.  Plaintiff  may or may not use  all pages as evidence in summary judgement or at trial.  **EXHIBIT #1  Photo of Plaintiff's Returned Deposition.**

The Defendants had a full week to review Plaintiff's Deposition responses.  At no time prior to Plaintiff's request to Meet and Confer  on Friday October 28, 2022  did any of the attorneys for the Defendants contact the Plaintiff regarding any inquiries, requests or deficiencies.  Plaintiff 's request to Meet and Confer on Friday October 28, 2022 was simply due to the lack of their response and  to check in with the Defendants regarding all my submitted documents. This was the first and only meeting regarding my submissions.

At the October 28th Meet and Confer, the attorneys stated they had  deficiencies with my responses. The attorneys requested meta data from the emails sent to and from the Plaintiff to WorthPoint Corporation in 2016.  Immediately following the Meet and Confer,  Plaintiff submitted in a PDF format the requested DIGITAL  RAW MESSAGES between Plaintiff and WorthPoint.   In addition, Plaintiff send other DIGITAL emails  that were not requested, simply to move this case along and avoid further demands and delays.  During the Meet and Confer  Plaintiff confirmed that on Saturday October 29, 2022  I would forward all requested documents to WorthPoint's Rule 37 Demands.  Again, the Defendants  Rule 37 Requests totaled 70 requests.  Plaintiff  labeled and numbered  each page  of the Supplemental Rule 37 Responses and also added Plaintiff's Evidence  to these responses.  The number  began with 000611  and ended with Plaintiff's Evidence 000745.  It is unsurprising that the  Plaintiff's  computer with the scanning  of documents, led to last week's frozen computer and defected  mouse on Plaintiff's laptop.

Aside from these issues, on Friday, October 28th,  Plaintiff brought to the attention of attorney Anderson Duff,  Norb Novocin Deposition  and the request by  WorthPoint attorneys . On September 21, 2022,

Case 1:18-cv-00993-LTS-SLC    Document 493-4    Filed 06/01/23    Page 34 of 41

WorthPoint's attorneys asked for the full version of the Estate Auctions Inc. eBay email for the sale for the December 1, 2012 Man With Red Umbrella Oil Painting. The current submission by Estate Auctions Inc. is truncated and missing information on the right side of the documents and is deficient. This Saturday on October 29, 2022 Plaintiff read and emailed Mr. Duff pages 74 to 79 from the September 21, 2022 Norb Novocin Deposition pertaining to WorthPoint's request. Plaintiff also forwarded a copy of Estate Auctions Inc original evidence EAI000058 and EAI 00059 to clarify the reasons for this request. Upon filing this letter on October 31, 2022, the requested 2012 eBay email from Estate Auctions Inc. has yet to be submitted.

This morning on October 31, 2022, Plaintiff forwarded a letter with a proposed schedule for today's communication regarding the Letter to the Court pertaining to the end of Fact Discovery. **SEE EXHIBIT#2 Plaintiff's October 31, 2022 Letter.** In a reasonable and civilized manner Plaintiff requested confirmation and clear communication regarding Plaintiff's submissions over the weekend. On or around 11 am Ms Farmer wrote the following :

*"While we are making every effort to review and organize your submission, which you again failed to organize in the order of the demands, we cannot do so on your proposed schedule. As such, we will be forwarding to you a letter outlining the outstanding items as per the Friday's meet and confer and we will be submitting an appropriate letter to the court.   "*

Additionally past noon and as requested by Plaintiff, I received an email from Nicole Haimson that stated
*"You have chronological numbered the documents in the 10/20/22 Prodction, but failed to Bates Stamp each page. As we have advised you on multiple occasions, every page of each documents needs to be Bate Stamped. For example Plaintiff's 000388 is a document that consists of 12 separate pages but each page is not Bate Stamped."*

I believe during the June 13, 2022 Conference Call, Judge Cave ordered the WorthPoint Defendants to Bate Stamp all documents. In Doc. 246 dated June 27, 2022, a copy of the Conference Call Transcript was filed and documentation of Judge Cave's order to have the WorthPoint's law firm Bate Stamp Plaintiff's evidence should be noted in the Transcript. To keep things organized as best I know, as a Pro Se litigant, I answered the deposition to the best of my ability and numbered each response to each of the Defendants' Deposition requests. I labeled and numbered each Depostion response but not each page.

On and around 1:30 pm attorney Mr. Duff responded regarding the deferent Dec. 1 , 2012 email from Estate Auctions Inc. from eBay regarding the sale of the 1972 Original Oil Painting Man With Red Umbrella. Mr. Duff wrote
*"I will pass along a new copy of the single email referenced in your email below as soon as I receive it from my clients."*
At this time and after all these years this pertinent eBay email is still deficient despite several requests for the full email from Estate Auctions Inc. by the Plaintiff and the WorthPoint attorneys.

Plaintiff notes to the Court my numerous requests to Mr. Duff to produce discovery to include all email correspondences from eBay to Estate Auctions Inc and from the buyer of the 1972 Oil Painting. My requests were served to Mr. Duff back in February. On April 26, 2022 Mr. Duff produced an eBay email which is deficient in information. Throughout discovery. particularly during the summer months, Plaintiff has been requesting a full print out of the 2012 ebay sale by Estate Auctions Inc. WorthPoint attorneys on September 21, 2022 directly asked Norb Novocin to produce the full email print out of the email from eBay regarding the sale of the 1972 Original Oil Painting Man With Red Umbrella. Plaintiff asks the Court to note the failure to produce in it's entirety, without deficiencies, this quintessential document.

At around 2:20 pm attorney Adam Bialek wrote Plaintiff with the following statements:

*First, we disagree with your characterization and statement about discovery. We do not believe you are in compliance and we are not requesting an extension for our discovery. We have been willing to accommodate you and give you more time to comply. As such, you should not characterize it as Defendants' Request for an Extension. Please understand that You have the burden of proof on your claims. If you do not produce the information to support your claims, so be it.*

Plaintiff throughout this litigation has dealt with four different attorneys. The excerpts from each attorney vary in information. On Friday the 28th of October, Plaintiff found the Meet and Confer to be overwhelming loud and equally confusing. Plaintiff has answered all requests by the Defendants.

Upon the Court's request to file the Fact Discovery Letter, Plaintiff notes to the Court that Plaintiff's Discovery requests for the licensing agreement between WorthPoint with Terapeak which is duly noted in the phone recording between the Plaintiff and WorthPoint Webmaster Gregory Watkins on February 3, 2016, has **not** been produced from WorthPoint Corporation. Plaintiff notes to the Court that my request for the day, date and year that WorthPoint Corporation posted the eBay sale in Dec. 2012 for the 1972 Original Oil Painting Man With Red Umbrella on the website of WorthPoint.com was **not** answered when directed to WorthPoint's attorneys. WorthPoint's attorneys repeatedly stated that they did **not** know the date that WorthPoint added the 1972 Original Oil Painting Man With Red Umbrella to www.worthpoint.com website. Plaintiff's requests for all and any meta data regarding the 1972 ad and the tickets submitted to WorthPoint website in 2016 have all been denied and not produced.

Plaintiff notes to the Court that I have produce as evidence my signature on or around the year 1972 in print and script. Plaintiff is seeking statutory damages to the three surviving infringements to include, Direct Copyright Infringement, Violations of the Visual Artists Rights Act, and the Digital Millennium Act and the extreme loss of time related to this counterfeit Trombetta oil painting. Furthermore, Plaintiff reserves the right to permit Defendants to pursue any additional medical records or reports aside from those already submitted to the Defendants, until after my Proposed Amended Complaint is Granted.

In anticipation of any letter's by the Defendants regarding Plaintiff's Discovery responses. Plaintiff is requesting the Court to possibly move the deadline for Plaintiff's Amended Complaint. Plaintiff is asking the Court to note that my time is limited. If Plaintiff is subjected to more responses demanded by the Defendants at this time, I may need to request another extension for my Proposed Amended Complaint.

Lastly, Plaintiff set forth on the morning of October 31, 2022, in good faith and in order to avoid any Motions or delays by the Defendants for Discovery, a letter emailed to all the attorneys. Plaintiff requests to determine whether an extension was needed by the Defendants was addressed differently by each one of WorthPoint's attorneys. In my opinion, as a Pro Se Plaintiff, I have to the best of my knowledge and ability, adequately responded in full, to all the demands set forth by each of the Defendants. Plaintiff dutifully files this letter alone and in compliance with Judge Cave's Order. Ms. Farmer indicated today that the attorneys will be filing a letter with the Court in her morning email to the Plaintiff. I on the other hand wish to forward to address the Defendants' numerous Discovery deficiencies in my Proposed Amended Complaint.

October 31, 2022                                    Respectfully Submitted,

Annamarie Trombetta                         ——— Electronic Signature———-
175 East 96th Street (12 R)
New York, New York 10128                  /s/ *Annamarie Trombetta*   October 31, 2022

                                                         Annamarie Trombetta

November 8, 2022

The Honorable Judge Ronnie Abrams
United States District Court Southern District of New York
40 Foley Square, Room 2203 New York, NY 10007

The Honorable Judge Sarah L. Cave
United States District Court Southern District of New York
500 Pearl St., Courtroom 18A New York, NY 10007-1312



**RE: - Plaintiff's Responses to Defendant WorthPoint's attorney's Discovery Status Letter**

To Honorable Judge Cave and The Honorable Judge Abrams,

Pro se Plaintiff, Annamarie Trombetta is shocked by the propaganda producing, problematic people known to the Court as WorthPoint Corporation and the attorneys who represent them. Plaintiff's submission of evidence to the Defendants on this date is number at 000745 documents. The Defendants November 7, 2022 letter filed by WorthPoint fails to accurately report the facts and the truth as a means to distract the Court by distorting the Plaintiff's voluminous submissions of evidence that has been labeled, described in detail and numbered.

**Plaintiff's Responses to Defendants August 30, 2022 Deposition Responses.**

Attached is Plaintiff's six page list titled Plaintiff's August 30, 2022 Deposition Responses which are numbered with a complete detailed description of each submission. The first number begins with 000351 and the last numbered submission is 000388. Additionally, Plaintiff listed all the Deposition Responses and also listed the Page numbers extracted from the Deposition which is listed on page 5 and page 6 in my submission. **EXHIBIT #1 Plaintiff's Deposition Responses List Pages 1 to 6**

Plaintiff reminds the Court that on September 19, 2022 noted in Docket 280, Plaintiff had to request the Court to order WorthPoint's attorneys to produce Plaintiff's Deposition. On September 20, 2022 in Docket 281, Judge Cave indeed granted Plaintiff's request and ordered the Deposition. Plaintiff responded in a timely manner despite the delay in receiving the Court Ordered Deposition. Plaintiff reminds the Court that I dropped off my responses directly to the law firm of Wlson Elser on October 20, 2022 and on said day, I requested Wilson Elser's receptionist "Mary" to scan and email all attorneys a copy of my Deposition responses. Plaintiff did not hear or receive any communication or responses from any of the Defendants attorneys. Therefore upon this silence, Plaintiff initiated a Meet and Confer on October 28, 2022. Plaintiff's meeting was in pursuit of writing a joint letter as per requested by Judge Cave due on October 31, 2022. On the same day that the letter ending fact discovery was due, the Defendants listed numerous last minute demands once again. Many have been answered and many responses have been wrongfully mischaracterized by the Defendants which I have indicated in this letter.

When WorthPoint's attorneys at Wilson Elser sent the Court Ordered Deposition to the Plaintiff, the attorneys FAILED to produce a written description of their requests. The absence of their non descriptive requests has now opened a window to further delay litigation which is another example evident in a pattern of conduct by the Defendants to postpone and delay. This trick has once again indeed delayed the end of fact Discovery. WorthPoint's attorneys have consistently implemented and imposed upon the Plaintiff several request that in the end, I have answered . Their requests prove to be redundant requests, lacking purpose, yet force the Plaintiff to produce documents. Plaintiff answered the Defendants Deposition requests yet Defendants have not accepted my responses and are incorrectly stating to the Court that I have not complied. It is the Defendants who fail to accept my responses or are requesting items that I have either produced or stated I do not have in my possession. Aside from this, the Defendants are creating false statements regarding the Plaintiff's evidence. Secondly, aside from the 300 page Deposition to correct and tor espond , Plaintiff was sent seventy request to produce documents of Plaintiff 's evidenced which due to the insignificance of the data on the page was omitted or deleted.

Moreover, and what is incredibly deceptive is that in the status letter on Discovery by the Defendants, on page 2 listed as No. 5, Ms. Haimson inaccurately references Plaintiff's evidence 000074. This document, 000074, is in fact, a letter from one of my witnesses that was emailed to the Plaintiff and was submitted into evidence. The Defendants attorneys have FALSELY mischaracterized Plaintiff's evidence as an affidavit when it is a letter. Below is the Defendant's FALSE description verbatim, of Plaintiff's evidence. The inaccurate use of the word "AFFIDAVIT" when in truth it is a letter, sent by email to the Plaintiff by one of my witnesses. is a dishonorable way of distorting the integrity of my evidence. Defendants attorneys specifically claim in their statement in parenthesis **(which purports to be the fourth version of** an affidavit) This is completely INCORRECT, INACCURATE and should be noted as false misrepresentation to the Court. Ms. Haimson's statement

> 5. Plaintiff has not produced prior versions of Plaintiff00074 (which purports to be the fourth version of an affidavit) or indicated whether she is in possession of such prior versions.

does not describe the Plaintiff's evidence yet deceptively insinuates that the evidence is a " FOURTH VERSION OF AN AFFIDAVIT" which is a blatant lie. This vicious depiction leads the Court to theorize that there are more than one version and that this one page letter that my witness' emailed to me, is an affidavit. This highly unethical, and deeply unprofessional conduct is, yet unsurprising given nature of this lawsuit. It is apparent that Plaintiff's copyright infringements and false misappropriation of the Plaintiff and it's removal was willfully, skillfully delayed in it's permanent removal. Plaintiff is requesting permission to email to Judge Cave Plaintiff's evidence 000074 and Plaintiff is requesting that Ms. Haimson explain and be held accountable for such an false presentation of the Plaintiff's evidence.

Moreover, this is one of many Discovery distortions. Another example of misrepresentation to the Court about the Plaintiff are the numerous listings of Plaintiff's evidence in the box below. Plaintiff answered these demands to produce all page documents. Many are single page documents with a notation in the lower right corner, PAGE 1 of 2, written on the Plaintiff's evidence. Most of the Plaintiff's evidence listed in the box below are Google print outs with dates that list the FALSE and misattributed " 1972 Oil Painting Man With Red Umbrella" that was on the website of worthpoint.com and came up under the Plaintiff's name and profession on the internet. The Defendants are demanding the second page for the Google print outs. The second page is usually an insignificant listing continued from the first page . Plaintiff submits as proof the Google listing page 1 and page 2 dated 12/16/15 .
**SEE EXHIBIT #2 Google print out listing 1972 Oil Painting dated 12/16/15 pages 1 and 2 example.**

> 6. The following documents Plaintiff has produced are still incomplete and/or missing pages: Plaintiff000018B; Plaintiff000051B; Plaintiff000052; Plaintiff000053; Plaintiff000054; Plaintiff000055; Plaintiff000056; Plaintiff000057; Plaintiff000058; Plaintiff000062A; Plaintiff000063; Plaintiff000064; Plaintiff000066; Plaintiff000067; Plaintiff000068; Plaintiff000069; Plaintiff000075A; Plaintiff000085-00087; Plaintiff000147; Plaintiff000148; Plaintiff000152; Plaintiff000157-Plaintiff000159; Plaintiff000161-162; Plaintiff000179- Plaintiff000184; Plaintiff000277; Plaintiff000291; and Plaintiff000313-Plaintiff000314.[3]

Plaintiff answered and addressed the numbered requests in No. 6 noted in the November 7, 2022 status discovery letter by the Defendants. In order to verify my statements, Plaintiff is submitting to the Court my Rule 37 list with my written responses. **SEE EXHIBIT #3 Plaintiff Responses to Defendants Rule 37 Demands.**

Additionally, Plaintiff brings to the Court's attention No. 8 in the box below . In this statement WorthPoint has "now" requested copies of all written communication that Plaintiff has had with her non-party fact witnesses. Plaintiff is a Pro Se self represented litigant. Plaintiff is invoking the same rights of confidentiality and privileges that every attorney has with their clients for this request.

> 8. Plaintiff has not produced, and WorthPoint has now requested, copies of all written communications that Plaintiff has had with her non-party fact witnesses (Mr. Chu, Mr. Goodwillie, and Ms. Ploski) pertaining to this lawsuit and Plaintiff's artwork and biography.[4]

Plaintiff. notes to the Court that in the November 7, 2022 Defendants Discovery status letter the Defendants will attempt to object to the use of any introduction of any documents by Plaintiff that has not been produced in it's complete form.  If this is the standard that WorthPoint is setting as a precedent than Plaintiff is request of the Court the same standard and reminds the Court of the multiplicity of documents, photos and datas that WorthPoint Corporation has FAILED to produce to include:

1) All and any 12 photos of the 1972 Oil Painting Man With Red Umbrella that was listed in the advertisement on the website of WorthPoint Corporation.
2) All the computer and meta data that is readily available on the hard drive of the WorthPoint computer used for and to create and publish the actual page, link and coding for the 972 Oil Painting Man With Red Umbrella that was listed in the advertisement on the website of WorthPoint Corp.
3) WorthPoint Corporation failure to published true data without confirming proof of sale of the 1972 Painting Man With Red Umbrella that was listed in the advertisement on the website of WorthPoint.
4) WorthPoint failure to produce any of the emails Plaintiff sent directly to the emails support@worthpoint.com to include the ticket numbers 57565: Fraudulent artwork and links to fraudulent artwork duly documented and generated from the WorthPoint website on February 20, 2016 at 10:24 EST.
5) Failur to produce Plaintiff 's emails sent to WorthPoint's email address support@worthpoint.desk-mail.com to include Ticket # 56607 generated by thewebsite of WorthPoint on Jan. 22, 2016 at 2;26 EST.
6) The 2015/ 2016 licensing agreement by Terapeak that was named and documented by WorthPoint's webmaster Gregory Watkins in February, 2016.
7) Proof of WorthPoint employment records for webmaster Gregory Watkins and Anita Brooks.
8) The month/date and year that the listing of the 1972 Oil Painting Man With Red Umbrella that was listed and ingested as in the advertisement on the website of WorthPoint Corporation.
9) The names and addresses of all WorthPoint Corporation employees/persons that scripted, created and designed the ad for the " 1972 Original Oil Painting Man With Red Umbrella that appeared on the WorthPoint.com website and the internet.
10) The Production all of the WorthPoint Corporation computer and /or meta data information, to include any symbols holograms, copyright vectors, letters, eBay logo, WorthPoint Corporation logos and or statements of certification within the WorthPoint Corporation ad and used to create WorthPoint Corporations new graphic design image for the "1972 Original Oil Painting Man With Red Umbrella that was misattributed to the Plaintiff Annamarie Trombetta.

WorthPoint Corporation and it's attorneys have FAILED to produce ALL requested information above.

Further, Plaintiff submits as evidence a page from Plaintiff's Deposition on page 101 to include WorthPoint attorney Adam Bialek's statement on August 30, 2022  " I do not believe that my client has made any representations that you made the painting or didn't make this painting"  **SEE  EXHIBIT # 4 Plaintiff's Deposition on August 30, 2022 Page101**

Plaintiff reminds the Court this statement was made AFTER Plaintiff has produced in Discovery my signature in script and print around the year 1972 which conclusively proves I did not create or sign either signature that exists on the front or back of the 1972 oil painting. They are not by Plaintiff's hand.

November 8, 2022                                          Respectfully Submitted,

Annamarie Trombetta                             ———— Electronic Signature————
175 East 96th Street (12 R)
New York, New York 10128                        /s/ Annamarie Trombetta   November 8, 2022

_____

Annamarie Trombetta

Gmail - Pltf's expert's deposition

 Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

## Pltf's expert's deposition

Bialek, Adam <Adam.Bialek@wilsonelser.com>                    Tue, Jan 31, 2023 at 8:37 PM
To: Annamarie Trombetta <annamarietrombettalegal@outlook.com>, "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>,
"ajd@hoganduff.com" <ajd@hoganduff.com>, "Deplas, Alexandra" <Alexandra.Deplas@wilsonelser.com>, Annamarie
Trombetta <atrombettaart@gmail.com>, "ajd@andersonjduff.com" <ajd@andersonjduff.com>

Dear Ms. Trombetta and Mr. Duff:

Last week, I requested your availability between February 22 and March 1 for Ms. Trombetta's expert's deposition. I
have yet to receive a response. If we do not hear back by Thursday, we will select a day and time for the expert's
deposition that works for us, and if the expert or Ms. Trombetta cannot make it, we will request that the expert be
precluded.

Thanks,

Adam

Adam Bialek
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017
212.915.5143 (Direct)
917.538.0616 (Cell)
212.490.3000 (Main)
212.490.3038 (Fax)
adam.bialek@wilsonelser.com

From: Bialek, Adam
Sent: Wednesday, January 25, 2023 10:03 AM
To: Annamarie Trombetta <annamarietrombettalegal@outlook.com>; Farmer, Jana S.
<Jana.Farmer@wilsonelser.com>; ajd@hoganduff.com; Deplas, Alexandra <Alexandra.Deplas@wilsonelser.
com>
Subject: RE: Request to Receive Doc. 362 Filed by Anderson Duff on Jan. 24, 2023

I am sure Anderson will forward, but as a courtesy, please see attached.

We would appreciate it if you would do us the courtesy of having meet and confer conferences before you file letters
as the Court has often directed.

Gmail - Pltf's expert's deposition



Annamarie Trombetta <atrombettaart@gmail.com>

## Pltf's expert's deposition

**Annamarie Trombetta** <annamarietrombettalegal@outlook.com>          Wed, Feb 1, 2023 at 9:11 AM
To: "Bialek, Adam" <Adam.Bialek@wilsonelser.com>, Anderson Duff <ajd@hoganduff.com>, "Farmer, Jana S."
<Jana.Farmer@wilsonelser.com>, "Deplas, Alexandra" <Alexandra.Deplas@wilsonelser.com>, Annamarie Trombetta
<atrombettaart@gmail.com>, "ajd@andersonjduff.com" <ajd@andersonjduff.com>

To All Parties,

I am aware of your requests last week. As soon as I know a date for the depositions I will immediately
inform all attorneys.

Expert Witness Dr. Scelsa contacted me last week prior to your request being sent. He has not contacted me
since his departure last week to give a lecture out of town. I just sent him an email as his cell phone is full
and I have been unable to leave a voice mail.

I am requesting your patience.

I should know, the earliest perhaps today and or by Sunday/Monday the 6th of Feb.

Annamarie Trombetta

**From:** Bialek, Adam <Adam.Bialek@wilsonelser.com>
**Sent:** Tuesday, January 31, 2023 8:40 PM
**To:** Anderson Duff <ajd@hoganduff.com>; 'Annamarie Trombetta' <annamarietrombettalegal@outlook.com>;
Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Deplas, Alexandra <Alexandra.Deplas@wilsonelser.com>;
'Annamarie Trombetta' <atrombettaart@gmail.com>; 'ajd@andersonjduff.com' <ajd@andersonjduff.com>
**Subject:** RE: Pltf's expert's deposition

[Quoted text hidden]

February 2, 2023
The Honorable Judge Ronnie Abrams
United States District Court Southern District of New York
40 Foley Square, Room 2203 New York, NY 10007

The Honorable Judge Sarah L. Cave
United States District Court Southern District of New York
500 Pearl St., Courtroom 18A New York, NY 10007-1312

**RE Questions Regarding Expert Witness reports Permitted or Too Late to Disclose"**

To Honorable Judge Sarah L. Cave and the Honorable Judge Ronnie Abrams:

Pro Se Plaintiff, with limited legal experience, is compelled to forth another letter requesting the Court's responses questions due to the Defendants' contradictory email request dated Jan. 25th anon Jan. 31, 2023. WorthPoint's attorney Adam Bialek sent the Plaintiff an email requesting depostion dates for my experts between Feb. 22 and March 1, 2023. Last week my expert witnesses could not confirm. Upon Mr. Bialek's email on Feb.1, 2023, I furnish all the attorneys with my date and time for one expert witness deposition. Immediately following on Feb. 1, 2023, WorthPoint's Adam Bialek sent the Plaintiff an email that contradicts his requests for deposition dates. Yesterday and today Mr Bialke informed Plaintiff twice, that the expert report deadline was in Dec. 2022 and that he intends on objecting and opposing my experts. I am indeed confused by this type of contradictory information, which exemplifies why I included IIED in my PAC. My anxiety has prompted me to write yet another letter to the Court to discern the truth.

As a Pro Se Plaintiff, I have reviewed the rules. Since Your Honor has the ultimate answers I ask :
**QUESTION 1)** —Will the Court permit Plaintiff to submit her expert reports or is Mr. Bialek correct in stating that it is too late? Can Defendants object and preclude my expert witness reports.
**QUESTION —2** My expert witnesses have been named for months, If they cannot submit reports as experts can they be allowed to be fact witnesses at trial? My proposed amended complaint includes fraud and IIED. My expert witnesses will address these amended claims in particular. Plaintiff is requesting an immediate response prior to my experts expounding precious time which will also be an expense to me. Additionally, Plaintiff reminds the Court that on Jan, 4th I complied with Mr. Bialk's request to remove Will Seippel's name from my PAC and the Court denied Plaintiff's compliance filin . Based on this experience, Plaintiff is seeking the Court's direct answer if my expert witness reports will be accept without being deemed late. Additionally Plaintiff has reviewed Rule 2626(a)(2)(B) and found the following information :

*Under FRCP 26(a)(2)(B). An expert whose opinions are based on firsthand knowledge, and who does not regularly serve as an expert, may not be required to submit a report.*

*FRCP 26(a)(2)(B) requires that reports be submitted 90 days before trial and that <u>rebuttals be submitted 30 days after the other party's disclosure</u>. However, a stipulation or a specific date set by the court can (and often does) change this deadline in specific cases.*

The trial date has not been calendared and it is not clear when the 90 days rule is in effect. Plaintiff's has two witnesses that are experts in their field that have not given testimony on a regular basis. These witnesses are Dr. Scelsa /Director /Founder of the Italian American Museum and Art Appraiser Gayle Skulzlack. Both have given testimony in Federal Court and both are willing to write reports. Secondly, Plaintiff has looked up the information regarding rebuttals and the time frame. Plaintiff has submitted one report that pertains to the three alternations for the 2012 eBay sales receipt. Mr. O'Leary's report was submitted on <u>Dec. 5, 2022</u> and is not privileged as WorthPoint'sInternet Expert Witness. Mr. O' Leary's report did not address WorthPoint's 2017 reposting of the counterfeit 1972 Oil Painting lin documented in WorthPoint evidence WP00134.

Pro Se Litigant seeks definitive answers for the sake of my experts' time and efforts who agreed to testify.

February 2, 2023                          Respectfully Submitted,

Annamarie Trombetta                  ——— Electronic Signature———
175 East 96th Street (12 R)
New York,New York 10128          /s/ Annamarie Trombetta    February 2, 2023

                                                  Annamarie Trombetta

**SA2673**

Exhibit # 5  Plaintiff's Illness Beginning

December 7, 2022  into late  January 2023

**SA2674**

Gmail - CV-18-00993 Plaintiff Annamarie Trombetta-Sudden Flu

 **Gmail**
Annamarie Trombetta <atrombettaart@gmail.com>

---

## CV-18-00993 Plaintiff Annamarie Trombetta-Sudden Flu
1 message

**Annamarie Trombetta** <atrombettaart@gmail.com>     Sun, Dec 11, 2022 at 11:48 PM
To: Cave NYSD Chambers <Cave_NYSDChambers@nysd.uscourts.gov>

To the Honorable Judge Cave,

I am presently very ill with a stomach flu which came upon me this morning and has not improved.

May I ask for a brief extension--to recover.
My submission is due Dec 12th
however, it is difficult to stand upright

Kindly convey your decision at your earliest convenience.

Respectfully,
Annamarie Trombetta
Tel (212) 427-5990

**SA2675**

**Northwell Health™**
**Physician Partners**

Name:     ANNAMARIE TROMBETTA
Address:  175 E 96TH ST APT 12R
          NEW YORK, NY  10128

MRN:        .656
DOB: 0  05/1963

To Whom it May Concern:

Ms. Annamarie Trombetta was seen and evaluated in the office on 1/12/23 for fatigue and possible covid related syndrome.

Sincerely,

Christine Miglino, DO

Electronically signed by : CHRISTINE MIGLINO, MD; May 16 2023  9:34AM EST (Author)

1085 Park Avenue ,Suite 1N, New York, NY, 10128, Tel (212) 876-1886 Fax (212) 722-7539

**SA2676**

EXHIBIT #6  WorthPoint Attorneys 2023

Emailing Plaintiff Requesting Expert Witness

Depositions

Plaintiff's outreach to NYLAG New York
Legal Assistance Group to see if I can
Produce and Submit Expert Witness Reports

**SA2677**

M Gmail                                                          Annamarie Trombetta <atrombettaart@gmail.com>

## Pltf's expert's deposition

**Annamarie Trombetta** <annamarietrombettalegal@outlook.com>                    Wed, Feb 1, 2023 at 9:11 AM
To: "Bialek, Adam" <Adam.Bialek@wilsonelser.com>, Anderson Duff <ajd@hoganduff.com>, "Farmer, Jana S."
<Jana.Farmer@wilsonelser.com>, "Deplas, Alexandra" <Alexandra.Deplas@wilsonelser.com>, Annamarie Trombetta
<atrombettaart@gmail.com>, "ajd@andersonjduff.com" <ajd@andersonjduff.com>

To All Parties,

I am aware of your requests last week. As soon as I know a date for the depositions I will immediately
inform all attorneys.

Expert Witness Dr. Scelsa contacted me last week prior to your request being sent. He has not contacted me
since his departure last week to give a lecture out of town. I just sent him an email as his cell phone is full
and I have been unable to leave a voice mail.

I am requesting your patience.

 I should know, the earliest perhaps today and or by Sunday/Monday the 6th of Feb.

Annamarie Trombetta

---

**From:** Bialek, Adam <Adam.Bialek@wilsonelser.com>
**Sent:** Tuesday, January 31, 2023 8:40 PM
**To:** Anderson Duff <ajd@hoganduff.com>; 'Annamarie Trombetta' <annamarietrombettalegal@outlook.com>;
Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Deplas, Alexandra <Alexandra.Deplas@wilsonelser.com>;
'Annamarie Trombetta' <atrombettaart@gmail.com>; 'ajd@andersonjduff.com' <ajd@andersonjduff.com>
**Subject:** RE: Pltf's expert's deposition

[Quoted text hidden]

Gmail - Pltf's expert's deposition

 Gmail                                  Annamarie Trombetta <atrombettaart@gmail.com>

---

## Pltf's expert's deposition

4 messages

---

**Bialek, Adam** <Adam.Bialek@wilsonelser.com>                              Tue, Jan 31, 2023 at 8:37 PM
To: Annamarie Trombetta <annamarietrombettalegal@outlook.com>, "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>,
"ajd@hoganduff.com" <ajd@hoganduff.com>, "Deplas, Alexandra" <Alexandra.Deplas@wilsonelser.com>, Annamarie
Trombetta <atrombettaart@gmail.com>, "ajd@andersonjduff.com" <ajd@andersonjduff.com>

Dear Ms. Trombetta and Mr. Duff:

Last week, I requested your availability between February 22 and March 1 for Ms. Trombetta's expert's deposition.  I
have yet to receive a response.  If we do not hear back by Thursday, we will select a day and time for the expert's
deposition that works for us, and if the expert or Ms. Trombetta cannot make it, we will request that the expert be
precluded.

Thanks,

Adam

Adam Bialek
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017
212.915.5143 (Direct)
917.538.0616 (Cell)
212.490.3000 (Main)
212.490.3038 (Fax)
adam.bialek@wilsonelser.com

**From:** Bialek, Adam
**Sent:** Wednesday, January 25, 2023 10:03 AM
**To:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>; Farmer, Jana S.
<Jana.Farmer@wilsonelser.com>; ajd@hoganduff.com; Deplas, Alexandra <Alexandra.Deplas@wilsonelser.com>
**Subject:** RE: Request to Receive Doc. 362 Filed by Anderson Duff on Jan. 24, 2023

I am sure Anderson will forward, but as a courtesy, please see attached.

SA2679

**SA2680**

EXHIBIT #6

Gmail - Clarification on Two Order for the dates of Expert Discovery-CV-18-0993

M Gmail

Annamarie Trombetta <artofannamarie@gmail.com>

---

## Clarification on Two Order for the dates of Expert Discovery-CV-18-0993

Annamarie Trombetta <artofannamarie@gmail.com>                          Wed, Feb 22, 2023 at 12:34 PM
To: P███ sky@nylag.org

Dear Ms. ██████ sky,

I recently contacted Hans Romo and was sent your email. I have been litigating a case since 2018 and have some recent questions.

As a Pro Se litigant I am a little confused as to the dates when I can submit Expert Reports.

My two Expert Witnesses were MIA in Dec. due to their workload and the holiday season.
Finally at the end of January when the Court granted an extension--One expert had a virus--possibly Covid and my Art Expert Appraiser ████████████ in emergency surgery.
One Expert reports were submitted last week. The Art Expert was finally finished yesterday.

The Defendants attorneys are rejecting all my reports.

In addition on Friday I had subpoenas issued to request documented proof to statements made by WorthPoint regarding the false internet posting. These too were rejected claiming that I am too late.

On Feb. 3, 2023 Judge Cave granted my Amended Complaint. I think I am able to request Discovery since this decision was made.

Can you offer any advice or directions please?

Attached is Judge Cave's Jan. 24, 2023 Order 361 and her Feb. 3, 2023 Doc. 367 Order

With Appreciation,

Annamarie Trombetta

---

**2 attachments**

Doc. 361  Dated Jan. 24, 2023 Judge Cave Order%3aExpert Discovery Dates.pdf
214K

Doc.367 Feb. 3, 2023 Judge Cave Order.pdf
496K

Gmail - Translation of Judge Cave's Order    *From NYLAG*

M Gmail    *EXHIBIT*    Annamarie Trombetta <artofannamarie@gmail.com>

**Translation of Judge Cave's Order**    #

Hans Romo <HRomo@nylag.org>                              Mon, Jan 30, 2023 at 3:51 PM
To: Annamarie Trombetta <artofannamarie@gmail.com>

Hi Ms. Trombetta,

You should make your expert disclosures as soon as possible to make sure that expert depositions can take place by the March 1 deadline.

The rebuttal expert disclosures are those discussed in Rule 26(a)(2)(D)(ii). They are for any expert testimony you will offer to rebut expert testimony that the other side has disclosed.

Dispositive motions are those that would decide the case. Here, that likely means motions for summary judgment. You do not need to file the actual motion on March 8. You only need to tell the judge if you're going to move for summary judgment on that date.

-Hans

**Hans Romo**
Staff Attorney, S.D.N.Y. Pro Se Legal Clinic
New York Legal Assistance Group
(212) 659-6192

---

**From:** Annamarie Trombetta <artofannamarie@gmail.com>
**Sent:** Friday, January 27, 2023 10:09 AM
**To:** Hans Romo <HRomo@nylag.org>
**Subject:** Fwd: Translation of Judge Cave's Order

[Quoted text hidden]
*This email, including any attachments, may contain information that is legally privileged and/or confidential. If you are not the person this email was intended to reach, then do not share, distribute, or copy it. Please notify the person who sent this email immediately and then delete the email, including any attachments.*

SA2682

# Exhibit #7  Ebay Phone Call Transcript

 Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

## E Bay phone call--Proof of 1972 on WorthPoint website--Codes--Report to NYPD

**Annamarie Trombetta** <atrombettaart@gmail.com>                    Mon, Apr 11, 2022 at 11:23 AM
To: Anderson Duff <ajd@hoganduff.com>

Attached are the following documents
1) Report of Fraudulent listing to the New York Police Department on
August 9, 2015 for a "New" listing.
2) Email to Ebay dated November 26, 2015 informing ebay that WorthPoint is referring Plaintiff to contact e Bay to contact
the seller remove internet link that
is within the email.
3) Detail of coding on WorthPoint website
4) Coding next to WorthPoint 1972 Ad in color.
5) Proof that askArt Annamarie Trombetta Biography was added in the year
2015---See Wayback Web Archive as confirmation.
6) Phone call to eBay to confirm or deny if ebay can remove the internet link.--
PLEASE NOTE - Call took place December 2015 and is over 40 minutes long--most important is the
multiple confirmations by eBay employees stating that the all e bay codes of sales are 12 digits..   -- 1972-original-oil-
painting-man-red-48924172 is only 8 digits.

Please confirm receipt of all information and that you can open it.
Annamarie Trombetta

📄 E Bay.m4a

**6 attachments**



CODINGWorthPoint- ScreenShot of direct link URL of painting next to
code from email.png
1723K



2015 Sept. 22 Ask Art Annamarie Trombetta.png
455K

📄 DETAIL OF CODING1972 Oil Painting Signed Annamarie Trombetta png
236K

📄 Email to NYPD 8-9-2015with Fraud ArtWorthPoint 2015.pdf
306K

📄 EBay Email with WorthPoint Info Nov. 26, 2016.pdf
231K

EYHIBIT #5 A Page 2

Gmail - Plaintiff's Phone Call Placeholder with Plaintiff's Bate Stamped

Please confirm receipt of Plaintiff's requests for my phone calls.

Sincerely,
Annamarie Trombetta

7 attachments

Placeholder  EBay.m4a Phone call.pdf
95K

Placeholder..Gregory Watkins Webmaster.m4a Phone call.pdf
228K

054  Plaintiff's Evidence  Communication to WorthPoint.pdf.pdf
273K

055  Plaintiff's Evidence  Communication to WorthPoint.pdf.pdf
237K

Placeholder  Norb Novocin .m4a Phone call.pdf
214K

056  Plaintiff's Evidence  Communication to WorthPoint.pdf.pdf
256K

Anita B. Worthpoint.m4a
18120K

Use of Ebay logo and link on False page

From: Annamarie Trombetta (trombettaart@yahoo.com)

To:     ippermissions@ebay.com

Date: Thursday, November 26, 2015, 12:40 PM EST     — November 26, 2016

To the E Bay Staff,

My name is Annamarie Trombetta.  I am an artist and I received an e-mail that informed me about a website named Worthpoint.com.

When I googled me name Annamarie Trombetta I found this Marilyn Monroe link below. At the bottom of the Maryiln Monroe link is a link to  a painting that Worthpoint is  stating that I painted. My biography is listed in great detail, however I did NOT paint this image.

Please review the information below.  I am requesting a response as soon as possible.

Here is the  e-mail that my contact forwarded to me from Worthpoint
NOV 16, 2015 | 08:35AM EST
**Anita B.** replied:
Hello,
We do not buy or sell anything on the site. Rather, we buy sales records from various auction houses and sites and compile them into a price guide to help users determine the value of antiques and collectibles.
If this particular item sold on EBay, I recommend trying to contact EBay, as they may be able to provide you with the additional information you are seeking.
Kind Regards,
The WorthPoint Team
www.WorthPoint.com
(877) 481-5750

Regards,

Customer Support Team
WorthPoint, Inc.

Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...
www.worthpoint.com › Worthopedia™

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz;
Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (12/01/2012)

1972 Original Oil Painting
Man With Red Umbrella
Welcome to EstateAuctionsInc! We are
one of the Top Sellers of Antiques.

The Legal Process requires evidence-----Unfortunately I need your assistance---One of Two e-mails

From: Annamarie Trombetta (trombettaart@yahoo.com)

To: randy.rose@nypd.org

Date: Sunday, August 9, 2015, 10:33 AM EDT

— Date August 9, 2015

Detective Rose,
I know you are busy--and I am thankful for your help.   Unfortunately I need you or someone else to validate this information.
   The Legal system requires evidence for any enforcement procedures.  During yesterday's conversation I was  simply trying to communicate that there is are definite connections and patterns to my case of Agg. Harassment and it is Atlanta Georgia
A)  Three facts point to Atlanta Georgia---1) E-mail sent to me on June 3rd
2)
is                                                                    com and the RESELLER
                                                                     **Atlanta Georgia**
3)The new finding a fraudulent artwork for sell with my biography is  on Worthpoint.com .  The address for this company is  © 2015 - WorthPoint Corporation I 3525 Piedmont Road NE, Building 5, Suite 435, Atlanta, GA 30305 I 877.481.5750

1)  This Unknown e-mail sent to my website address on June 3rd.  When I ran the IP address it was coming from **Atlanta Georgia**  Below are contact tel.Numbers for Att and for the **IP NUMBER** from the sender of the bogus e-mail.   I Need someone from Law enforcement to run the **IP address for this e-mail that was sent---Whoever owns the Smartphone/IPhone  is**

that you get back to me on this.  Please give me some kind of evidence from **NEW YORK** that I could take to the Atlanta Police Dept.
Sincerely,
**Annamarie Trombetta Case #3**

Whois Lo

Whois Server

whois.arin.net

Status

LEGACY

Contact Email

[?]

Registrant

AT&T Internet Services
3300 E Renner Rd
Mailroom B2139

*Fraudulent Artwork © 2015 Worth Point Reported to New York Police Detective Randy Rose on August 9, 2015*

00;00;01;14 - 00;00;06;02
**Customer Service**
Welcome to e-Bay Customer Service to ensure quality and for training purposes.

Your call may be recorded.

If you're calling because you are unable to access your email account. Please stay on the line for all other inquiries, including password reset. Please call us at 1 8665403 I see you're calling from 212 427-5990

If you'd like me to use that.
Number to look up your. eBay account press 1But otherwise press two.

Please enter the phone.

**Annamarie Trombetta**
Well, before I do that, Christine, I have been trying to find out the seller of an item. The item is from December 2012. It's not that long ago. I found it on the Internet. And I don't know how to find out who the seller is.

00;01;06;09 - 00;01;09;22
Christine
You mentioned that you personally found an item in 2012.

00;01;09;26 - 00;01;32;22
**Annamarie Trombetta**
Yes. It's on a website called Worth Point dot com. When I went on to the membership, there's the source, the amount of money, but the seller is empty. There's no indication as to who the person was who sold this object.

00;01;34;27 - 00;01;44;18
**Christine**
If I'm going to find that item on your account. So we have the timeframe. For the past two years Or a year. Mm hmm. But I'm afraid. We cannot also give you information that you need regarding that transaction

**Annamarie Trombetta**
Right. But it's on the Internet. It's on the Internet. I'm going to ask you to Google one 1972 original oil painting man with red umbrella Mm hmm. Thank you.

00;02;58;01 - 00;03;01;08
**Annamarie Trombetta**
Do you see it ?

**Christine**
Yes I was able to. Pull up some spreadsheets on it. Trying to search for the 1972 original.Oil painting.Man with the red umbrella.

**Annamarie Trombetta**

**SA2688**

Mm hmm. Okay. It does say the source is eBay, correct? If you click on to that site and you go to WorthPoint dot com, it says Source eBay. Sold December 1st 2012. Channel online auction

**Christine**
All right.

00;03;46;16 - 00;03;49;22
**Annamarie Trombetta**
But it doesn't give the sellers Identification, right?

00;03;50;09 - 00;03;51;28
**Christine**
Yes. With their I.D. nor, any account related information with The seller.

00;03;58;00 - 00;04;19;00
**Annamarie Trombetta**
Right. However, I have gone on to this site and the value of the painting was $181.50. When you go on to the Worth Point membership it gives a dollar amount, but it doesn't give the seller. Why is that?

00;04;26;21 - 00;04;42;20
**Christine**
Okay, need to get a piece of information For the seller here on eBay. Yeah. And try to we can try to ask if our selling specialist can do something if they have a tool if  They can filter the Items that have been listed on the site from that day So if you want, I'm just going to get another specialist who can double check if we can get some seller information and that I don't have a right.
**Annamarie Trombetta**
Perfect. Thank you.

**Christine**

I'll be including that title of the item And that amount you said would be $181.63 and $0.50. 50. Yeah.

00;05;14;27 - 00;05;37;29
**Annamarie Trombetta**
I have it you know I have it on a documented that that was the value of the painting related to that item.

**Christine**
And you mentioned that the date we have here are December 2012 right

**Annamarie Trombetta**
that is correct.

00;05;38;22 - 00;05;41;02

**SA2689**

**Christine**
Ok we should be including complete documentation before I connect you


00;05;42;24 - 00;06;01;01
**Annamarie Trombetta**
That. Yeah. Please, please forward the the URL and the information that you found online, which is active to the appropriate person.

**Christine**
Yes, I know what I'm going to do that as well one moment

00;06;06;22 - 00;06;20;09
**Annamarie Trombetta**
My Name is Anna and my last name is Trombetta   .

**Christine**
ok thank you, and what should be the registered address on your e-bay account?

**Annamarie Trombetta**
I have no idea.

00;06;24;23 - 00;06;37;03
**Christine**
Actually. Just provide me the phone number, in fact,

**Annamarie Trombetta**

For the account.
**Christine**

Yeah,

**Annamarie Trombetta**
it's phone number. Yeah, it's 212 427-5990,

**Christine**
ok thank you so much
Anna do you remember. the zip code of your Address on 96th Street East 96th

00;06;54;16 - 00;07;13;19
**Annamarie Trombetta**
yes. Of course. It's 10128. That information has. It's in the system because in order for me to get to you, they confirmed all that

**Christine**
All right, great. So I was able to put a complete notation about your concerns for today Now let's try to you ask somehow from our online site Specialist who can double check and  look at the Information that you need

**SECOND EBAY CUSTOMER SERVICE REPRESENTATIVE**

00;07;23;02 - 00;07;24;10
**Ebay Customer Support**
Customer support Can I have your first and last name please

00;07;25;01 - 00;07;29;25
**Annamarie Trombetta**
Yes, it's Anna Trombetta. I'm trying to get information. Yeah.

00;07;30;19 - 00;07;31;26
**Ebay Customer Service**
How can I help you

00;07;32;27 - 00;07;37;14
**Annamarie Trombetta**
Information was forwarded to you. Yes or no?

00;07;39;00 - 00;07;40;19
**Ebay Customer Service**
There was no information yet provided.

00;07;41;24 - 00;08;32;11
**Annamarie Trombetta**
Okay. And I am interested to find out who the seller is of an item. I'm
going to ask you to Google on 1972 original oil painting man with red
umbrella. And what comes up is a website to Worth Point dot com. And the
reason for me calling you is that the seller information is it's not
visible. So I'm calling to find out if you can inform me who the seller
was if you Google 1972 original oil painting man with red umbrella.

00;08;35;28 - 00;08;41;20
**Ebay Customer Service**
Now I forget you right person you actually requested me search
information on eBay for that item

00;08;41;20 - 00;09;40;08
**Annamarie Trombetta**
Yes. Because I contacted the user agency. Yeah. Because there is no
seller ID and I contacted Worth Point and they said that I would have to
contact eBay in order to find out who the seller was. So it's on the
internet it says that the source is eBay and that it was sold in December
of 2012 and I actually know the value of the sale, which was $181.50 but
even though the sale was posted when I went on to the membership for
Worth Point, what is not there is the seller ID and when I contacted
Worth Point they said I have to contact eBay.

00;09;41;25 - 00;09;53;23
**Ebay Customer Service**
No further information I'll let you know that worked at providing
personal information to a buyer on the account because they also try to
protect sellers who buy this

00;09;53;23 - 00;09;58;10

**Annamarie Trombetta**
well, how would I be able to obtain that information

00;09;59;10 - 00;10;05;26
**Ebay Customer Service**
Normally you try to provide
The title of the item here, there are a lot of sellers that are actually
selling the item as well in the account.

00;10;06;25 - 00;10;10;07
**Annamarie Trombetta**
There's a lot of sellers selling the item on the account.

00;10;10;29 - 00;10;33;04
**Ebay Customer Service**
Just making sure that the right title  that you provide to me in 1972 the
original oil painting man with red umbrella. Yes right when I try to
search that up eBay accounts here. There's a lot of information showing
up so we actually cannot offer exactly the sale you're talking about here
because there are a lot of sellers who are selling the same item as well.

00;10;35;05 - 00;10;47;05
**Annamarie Trombetta**
Right but this one says 1972 and you just googled and it came up in the
in the search bar did it not?

00;10;47;26 - 00;10;51;10
**Ebay Customer Service**
Is there a way that you could pick up the title of the item and you can
see the item number.

00;10;52;22 - 00;10;58;26
**Annamarie Trombetta**
The item number is it's only a nine digit item number on Worth Point.

00;10;59;29 - 00;11;00;19
**Ebay Customer Service**
It's supposed to be 12 digits maam

00;11;02;01 - 00;11;13;04not
**Annamarie Trombetta**
Yeah I know I it's only nine digits. So what I'm trying to find out is if
there actually was a seller or who the seller was.

00;11;17;00 - 00;11;25;27
**Ebay Customer Service**
Because when they tried to provide that information to the other search
bar on eBay, I just have a random listed item here showing up.

00;11;26;06 - 00;11;26;18
**Ebay Annamarie Trombetta**
Yes.

00;11;27;27 - 00;11;31;19

**SA2692**

**Ebay Customer Service**
But I can't actually provide you some personal information on the seller's account.

00;11;31;23 - 00;11;55;00
**Annamarie Trombetta**
OK, so again the title of the piece is 1972 Original Oil Painting Man with Red Umbrella. If you Google that, if you put up pull up another page and you Google that 1972 original oil painting man with red umbrella.

00;11;58;01 - 00;11;59;05
**Ebay Customer Service**
red umbrella.Right?

00;11;59;05 - 00;12;14;00
**Annmarie Trombetta**
Right Just Google that 1972 original oil painting man with red umbrella signed Annamarie Trombetta

00;12;14;00 - 00;12;14;22
**Ebay Customer Service**
Google.not eBay.

00;12;15;07 - 00;12;16;13
**Annamarie Trombetta**
Google. Correct.

00;12;21;22 - 00;12;23;20
**Ebay Customer Service**
So a lot of information showing up here.

00;12;24;09 - 00;12;24;18
**Annmarie Trombetta**
Right. 1972 original oil painting man with red umbrella and underneath it says www.worthpoint dot com.

00;12;37;00 - 00;12;37;25
**Ebay Customer Service**
Worth Point.

00;12;38;08 - 00;12;40;18
**Annamarie Trombetta**
Yes. That's the one you want to click on to.

00;12;41;10 - 00;12;43;20
**Ebay Customer Service**
I think that it's actually not eBay.

00;12;44;07 - 00;12;51;08
**Annamarie Trombetta**
Correct but click on to it if you click on to it. Did you.

00;12;52;25 - 00;12;57;24
**Ebay Customer Service**

I tried to do that on the web and it provided me a lot of information.

00;12;57;24 - 00;13;07;22
**Annamarie Trombetta**
correct And it says source eBay and it's highlighted. So when I click on to eBay, it goes to the eBay website.

00;13;10;16 - 00;13;14;08
**Ebay Customer Service**
Where if there you go, it's Worth Point, right?

00;13;14;13 - 00;13;16;06
**Annamarie Trombetta**
Correct. Worth Point.com

00;13;17;03 - 00;13;32;26
**EBay Customer Service**
It's actually a different selling page it's essentially a third party application from eBay as well let me check, **it's actually a third party app. It's a marketplace. It's not from eBay.**

00;13;33;17 - 00;13;36;02
**Annamarie Trombetta**
I know it's not from eBay. It's from Worth Point.

00;13;37;04 - 00;13;42;18
**EBay Customer Service**
Yeah. And it's not showing up here. Yes the source, is actually ebay if you have provided that Right,

00;13;42;18 - 00;13;43;11
**Annamarie Trombetta**
right. So you're on the Worth Point website right now with and you're looking at a picture of it looks like a canvas and it says A. Trombetta

**EBay Customer Service**
yes Maam

**Annamarie Trombetta**
and it says 1972 original oil painting item category source is eBay sold December 1st 2012. The channel is online auction. But what I need to do is find out or I need to be informed how can I find out who the seller was.

00;14;18;21 - 00;14;37;28
**EBay Customer Service**
So let me see if I can actually have the tool to actually provide that information but if we have that information here on my end we're not actually allowed to provide a personal information. All right. Because that's only part of how the seller's protection.

**Annamarie Trombetta**
OK, well

EBay Customer Service
We can only provide if we have an item number. I can provide the item number. All right.

00;14;38;18 - 00;14;41;13
Annamarie Trombetta
Thank you

 EBay Customer Service
please. Stay on the line.

00;14;41;13 - 00;14;41;26
Annamarie Trombetta
I will.

00;14;42;18 - 00;14;43;10
EBay Customer Service
I will Be placing you on  hold.

00;14;43;19 - 00;14;45;01
Annamarie Trombetta
Thank you. Thank you.

00;14;46;11 - 00;14;48;06
EBay Customer Service
Thanks so much for staying on line here Anna

00;14;48;08 - 00;14;49;15
Annamarie Trombetta
Yes. And your name?

EBay Customer Service
Yeah, my name is Jamie.

00;14;53;05 - 00;14;57;27
Annamarie Trombetta
Jamie. Jamie, what do you mean by it was a third party seller.

 00;14;58;17 - 00;15;01;06
Jamie EBay Customer Service
Um, it's like they're using a third party application.

00;15;02;18 - 00;15;03;10
Annamarie Trombetta
Who is using.

00;15;03;10 - 00;15;09;11
Jamie  EBay Customer Service
A open third party apps on their account. And regarding that, that is actually not from ebay anymore.

00;15;09;17 - 00;15;12;14
Annamarie Trombetta

**SA2695**

OK, it's not from eBay, is it from WorthPoint?

00;15;13;08 - 00;15;22;00
**Jamie   eBay Customer Service**
Yeah. And I tried to get in touch with one of the experts regarding it, and they have informed me that if you want to go ahead and get some information on who is selling the item.

00;15;22;08 - 00;15;22;26
**Annamarie Trombetta**
Yes,

00;15;22;27 - 00;15;25;21
**Jamie   eBay Customer Service**
you can Get in touch with Worth Point and we do have their phone number.

00;15;26;21 - 00;15;36;16
**Annamarie Trombetta**
OK, hold on one second. Yes, I'm listening. What is it?

00;15;36;21 - 00;15;45;22
**Jamie   eBay Customer Service**
Okay. The phone number for **WorthPoint contact information. Customer service will be 877 481-5750.**

00;15;46;12 - 00;15;56;24
**Annamarie Trombetta**
Well, I did call them and they said that I had to get in touch with eBay because if they don't sell anything, they're a database. So I keep going back and forth.

00;15;59;16 - 00;16;10;12
**Jamie   eBay Customer Service**
Let me try see at our end to maybe they provided information like a third party app to give it to me tried to go ahead and provide that information here on eBay.
And do it again. OK,

**Annamarie Trombetta**
OK. Because I still don't understand what you mean by third party. You're saying that it is the responsibility of WorthPoint to have that information.

**Jamie   eBay Customer Service**
Yes Maam

**Annamarie Trombetta**
Well, again, Worth Point keeps telling me that since they don't sell anything and that it was sold on eBay in 2012 that you would be the source of the seller Id.

00;16;42;26 - 00;16;55;26
**Jamie   eBay Customer Service**

**SA2696**

The item has already been sold here on ebay  What I have tI try to pull up an equal tag on the item on worth point I tried to search for some type of searching not just eBay and it's actually not showing up.

00;16;56;04 - 00;17;03;26
**Annamarie Trombetta**
**Well what if what if that information is not true what if it wasn't sold on eBay ?**

00;17;05;14 - 00;17;10;20
**Jamie  eBay Customer Service**
The item is already listed here on ebay here. It will still show on the ebay Web site.

00;17;10;22 - 00;17;14;07
**Annamarie Trombetta**
Even though it's from 2012

00;17;14;07 - 00;17;26;15
**Jamie  eBay Customer Service**
still that Beyond I mean that would information fully deleted if it still we only can do something about it if the item activated on the account of what you sold the company a msximum of 60 ?days

00;17;28;15 - 00;17;47;28
**Annamarie Trombetta**
A maximum of 60 days so how do you know again how can I find out who the seller is from 2012?  Is it possible? Do you have the data stored. Is there a particular person or department that I have to contact in order to acquire that information.

00;17;49;10 - 00;17;55;21
**Jamie  eBay Customer Service**
On my end I don't have the actual tool to ah provide ah actually provide or see that information at my end

00;17;55;29 - 00;17;56;11
**Annamarie Trombetta**
Right.

00;17;56;20 - 00;18;07;29
**Jamie  eBay Customer Service**
And of a handful of limited access. But let me see if I can get in touch. You can go back to one of my expertise department here and see if they have a different department to actually search that item, ok

00;18;07;29 - 00;18;11;04
**Annamarie Trombetta**
OK. Thank you very much.

00;18;11;04 - 00;18;12;08
**Jamie  eBay Customer Service**
No Problem I'll be putting you back on hold ok Anna

**SA2697**

00;18;12;08 - 00;18;16;28
**Annamarie Trombetta**
Yes. Thank you, Jamie. Thank you. Like awaiting it. Yes. Jamie.

00;18;18;08 - 00;18;20;22
**Aldrin**
Yeah. Yeah. This is Aldrin. Jamie's supervisor.

00;18;21;01 - 00;18;22;27
**Annamarie Trombetta**
Oh, Aldrin's ok. Yes.

00;18;23;22 - 00;18;26;18
**Aldrin**
I was told this is  this will be with one of your  items, which is
basically I tried pulling up that specific website.
as advised by Jamie  ..you know.. was looking at the information  provide
me was sold for December 1, 2012. and you're not the one who sold this
item.

00;18;44;21 - 00;18;59;21
**Annamarie Trombetta**
I am not the one who sold this item I'm actually the one that the
painting is being attributed to it says signed Annamarie Trombetta I'm
Annamarie Trombetta

00;19;01;26 - 00;19;09;06
**Aldrin**
There I now see, alright then let's try look at all the  best options for
us to pull up the item here on my end to get all the information about
the seller so that I can try to track..

00;19;09;06 - 00;19;50;25
**Annamarie Trombetta**
Right, so who the seller is because there is the source is named eBay
even though it's on worthpoint.com's website the source is eBay. And when
you click on to that source that highlighted eBay goes straight to the
eBay website but it's it's a circle it doesn't even though I went online
to try and find out the price which is $181.50, the seller identification
was absent.

00;19;57;08 - 00;20;07;13
**Aldrin**
Again further information so that I can try to track more details about
the item OK try and check and find the and pull up the  item number or
what not.
That's the only way for us to get the  details from the seller And based
on Price Point website and let me further check here on my end.

00;20;19;10 - 00;20;20;06
**Annamarie Trombetta**
OK, thank you.

00;20;21;18 - 00;20;24;11

Case 1:18-cv-00993-LTS-SLC     Document 493-7     Filed 06/01/23     Page 17 of 26

**Aldrin**
You're Welcome let me place you hold for one or two minutes I'll get back to you.

**Annamarie Trombetta**
Very good. Thank you. Aldrin

00;20;26;08 - 00;20;32;08
**Aldrin**
Yeah This is Aldrin OK. Yeah, I tried everything here on my end to possibly pull up details of this listing going back to the possible date specifically December of 2012 of what was sold on that date and I don't see anything here on my end Here's what we're going to do..

**Annamarie Trombetta**

Yes
**Aldrin eBay Supervisor Specialist**

 Okay We have a listing department here before making sure  taking care of reporting listing status members trying to check on listing things for corporate purposes and Stuff like that we might have further details about this item that was sold way back in 2012. Because as far as history is concerned here on my end I only have a limited time frame.

00;21;13;13 - 00;21;13;26
**Annamarie Trombetta**
OK.

00;21;14;13 - 00;21;19;17
**Aldrin**
However, listing policy at Worthpoint might have a way to gather more information  about it

00;21;20;00 - 00;22;02;06
**Annamarie Trombetta**
Is there anyone that I could contact or write to? Because again, when I called initially, it's just the nine digit code. The code on the URL for WorthPoint it's worthepedia 1972 to oil painting man red and it's 48924172 but that's only nine digits you're. Yeah Jamie was telling me that it's a 12 digit item number that you can look information up with is that correct exact.

00;22;02;22 - 00;22;08;26
**Aldrin**
Item numbers right I mean items registered on the website for ebay  will be consisting  of 12 numbers and that's.

00;22;12;05 - 00;22;30;03
**Annamarie Trombetta**
Yeah I was going to say even in 2012 that was the standard policy that all the inventory numbers were 12 digits because this is from 2012. Could it be that that's why it's only nine digits

00;22;30;04 - 00;22;46;26
**Aldrin**
Not Necessarily it has been standardized since then. So that will be like for you. I need to get that standard number for item numbers at least 48924172 and this will be associated with WorthPoint item numbers.

00;22;47;00 - 00;22;47;13
**Annamarie Trombetta**
Okay.

00;22;48;29 - 00;23;33;27
**Aldrin**
So since it's on your website might have been login register between that specific series of numbers. OK, but do further check on this I'll be needing. to go up to our Listing Policy Department, you know, I'd be looking further into it   Together with that if you have access beyond the items that we have here on eBay, all the reports, all the details of the left bank that he might have even requiring this particular item for documents for **COPYRIGHT**  purposes like listing items like this very easy or whatnot, most likely the seller of items  was required to provide us(eBay) with documents updated to make sure for us as well that items which We know

**Annamarie Trombetta**
Right

And so I can give you just stay the line for me for a couple of seconds for Our Listing Policy department,

**Annamarie Trombetta**
listing policy department. Thank you.

**Aldrin**
And you're welcome stay on the line please.

00;23;51;15 - 00;23;54;22
**Annamarie Trombetta**
I shall

**FOURTH EBAY SPECIALIST**

00;23;55;22 - 00;24;02;22
**Archer**
Your name please..

**Annamarie Trombetta**
your name is Arthur

**Archer**
Archer.

**Annamarie Trombetta**
Archer. OK, and what department are you from? From eBay?

**SA2700**

00;24;02;29 - 00;24;05;03
**Archer**
I'm from the Internet listings

00;24;05;24 - 00;24;17;11
**Annamarie Trombetta**
OK, my name is Anna Trombetta. I'm calling about a did did the Aldrin tell you what this was in reference to.

**Archer**
Yes, that there's Some notes from the previous job  let me check take that first ok
Something here to get details about the seller. One of your items shows it was bought last in 2012 ??

00;24;33;20 - 00;24;55;23
**Annamarie Trombetta**
That is yes it's if you Google 1972 original oil painting man with red umbrella if you Google that what will come up is the link and then it's connected to a website called. Worthpoint.com
Are you there ?

00;25;00;15 - 00;25;10;03
**Archer**
Yes I was provided that link  It's showing me coming 1972  original painting man with red umbrella signed saying ok yeah  tell me more about this let's go over this.

00;25;10;16 - 00;25;45;01
**Annamarie Trombetta**
Ok well the item category and the seller is not visible. The source is eBay. When you click on to the eBay logo, it goes straight to the eBay website and it says that it was sold December 1st 2012 and that the channel is an online auction. It gives a very detailed description of the painting, its states, the size and the, the condition of it. It's supposed to have been damaged. And then it also gives the biography of the artist. So what I'm trying to find, since it has been duly documented on this Worth Point website that it was sold in December 1st of 2012. What I did was I went on to the Worth Point website, it's valued at $181.50, but it doesn't reveal the seller.So what I'm trying to do is track down the seller Identification
 Hence the reason why I'm talking to you Archer

00;26;28;27 - 00;26;33;02
**Archer**
I am OK are you the one who painted this.

00;26;35;04 - 00;26;49;21
**Annamarie Trombetta**
Well somebody's saying that I painted it but I don't recall painting it and I, I looked to check to see the picture of it and there aren't pictures, but there's a picture of a signature.

00;26;52;14 - 00;26;57;19
Archer
That is true  but somebody that's absolutely clear. You wanted to report
somebody using your name to sell this painting correct

00;26;59;00 - 00;27;08;24
Annamarie Trombetta
well, somebody sold it and they sold it for $181, and I need to know who
sold it. And I'm checking with you to find out if there's any
documentation of the sale, because when you go on to Worth Points
membership, there's a dollar amount associated with the sale of this
painting, and it's duly documented on the website, whether you're on the
membership or not. That it is the source of the sale is eBay.

Archer
That is true Here's the thing we only recover or we only save information
for up to 18 months. So one year and a half of information  after that
those information can no longer receive  even if you can get the item
number.
So It's not going To show And so my point that this has been sold for
like three years

00;28;14;03 - 00;28;54;16
Annamarie Trombetta
Yes but your company eBay is associated with this website which is
associated with me so whatever your policies are, that's your policy. OK,
I'm just trying to find out who the seller is. Now, when I spoke to
Aldrin, he said that you have information on file do you have a database
back to 2012? Can you access that information? Is there a way to access
that information?

00;28;58;13 - 00;29;06;01
Archer
No We can't save three years of information, so I might actually delete
the specifics for again a year and a half.

00;29;06;15 - 00;29;47;16
Annamarie Trombetta
So you're saying that you're associating your company… eBay is associated
with and now I'm associated with Worth Point and eBay and you have no way
possible of telling me who the seller was because this potentially could
be a fraudulent piece of artwork that was sold and attributed to me
.....So that's why it is vital for me to find out who the seller is.

00;29;53;20 - 00;30;02;15
Archer
As much as I would like to Share those information to you. We can no
longer go back to three years information and that's a system limitation.

00;30;03;06 - 00;30;20;12
Annamarie Trombetta
Well even though it's a system limitation, there has to be a way to if
that and if that information is limited why is it up on the Internet now?

**SA2702**

**Archer**
Only by the time it was created, it just copied all the description they had on their database and on their system, I mean, we no longer have a copy of this because they don't release any information. It's still up there. That's what I think that that happened

00;30;41;00 - 00;30;41;16
**Annamarie Trombetta**
That's what you think

00;30;41;16 - 00;30;51;21
**Archer**
they didn't even provide any item number. Supposedly, there's an item I don't know when we can at least check the the data was created, those kind of things.

**Annamarie Trombetta**
Well, can I ask you, was it sold on eBay as they are stating the source To be

**Archer**
To be honest, that's fine. I can't even check it's undefined.

00;31;04;09 - 00;31;20;00
**Annamarie Trombetta**
OK, it's undefined. So how do I know what the painting looks like? And if it was one of mine ?   hello?

00;31;20;29 - 00;31;38;17
**Archer**
Yeah, I'm just looking at something.  Have you tried checking to see if there's a way for you to check with WorthPoint, So for them to get back with their own information, as I see here that it only shows one photo right ?

00;31;39;16 - 00;31;42;24
**Annamarie Trombetta**
It shows the photo of a signature

**Archer**
of a signature. So I don't think. Cause it's been more than a couple of years. It's showed up here on their site. On eBay we really really cannot get
this information anymore. Even if you have the item numbers is an information now, has it taken up? Oh.

00;32;03;21 - 00;32;24;25
**Annamarie Trombetta**
I have tried calling them. And they specifically said to me, we don't sell anything. We're a database and you need to contact eBay because it was sold online through eBay. OK. And now you're telling me to contact them

00;32;25;07 - 00;32;32;28

**Archer**

If you click their store And it says eBay it's only going to redirect to eBay website But even not showing up the item specifically itself

00;32;32;28 - 00;32;42;05
**Annamarie Trombetta**

That's correct. Did you click on to the eBay link? Yeah, yeah, yeah. And it goes to the current eBay listing is that not correct?

00;32;43;03 - 00;32;53;16
**Archer**

That's correct. Technically I can't confirm  if it's purchase or sold that was I sold on eBay yet.

00;32;53;28 - 00;33;21;02
**Annamarie Trombetta**

You can'tconfirm . OK, so then how do I how do I know if you can't confirm it? I can tell you that that is not my signature. That I can tell you I don't sign my name that way. So whoever took that picture, whoever posted that picture is not revealing the truth. So if that's I know that's not my signature.
I don't know what the painting looks like, but it is definitely my biography that is so specific that I know it to be me. So basically what you have here is a fraudulent attribution now, is there anyone in the legal department that I can speak with regarding this to try and find out.. You're telling me that you don't have data longer than 18 months, is that correct? Excuse me?

00;34;00;08 - 00;34;02;12
**Archer**

Yeah  that is true but f I only have an item number I really can't check't …if there is an item number then we can try to check

00;34;02;23 - 00;34;20;26
But based on WorthPoint's information it was purchased or sold on eBay . Nothing is showing up here no item number  no transaction number not even a link to the original ah sales website.

00;34;21;07 - 00;34;48;21
**Annamarie Trombetta**

Well who is responsible for the linking to eBay ?In other words, the item is on Worth Points website and there is a link that goes directly to eBay. Who's responsible for that link? You've given Worth Point permission to do that?

00;34;49;02 - 00;34;59;19
**Archer**

It shows up here that eBay as a partnership with WorthPoint  So there's a possibility that the person who owns a WorthPoint  account links it's item to this website.

00;35;02;00 - 00;35;05;26
**Annamarie Trombetta**