# 25-817-CV

IN THE

# United States Court of Appeals

## FOR THE SECOND CIRCUIT

———— ►►◄◄ ————

ANNAMARIE TROMBETTA, ARTIST,

*Plaintiff-Appellant,*

*v.*

NORB NOVOCIN, MARIE NOVOCIN,
ESTATE AUCTIONS, INC., WORTHPOINT CORPORATION,

*Defendants-Appellees,*

WILLIAM SEIPPEL, WORTHPOINT.COM,
JASON PACKER, EMPLOYEE AT WORTHPOINT CORPORATION,

*Defendants.*

————————

*On Appeal from the United States District Court
for the Southern District of New York*

## SUPPLEMENTAL APPENDIX
## VOLUME 12 OF 12
## Pages SA2759 to SA2967

WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP
*Attorneys for Defendant-Appellee
WorthPoint Corporation*
150 East 42nd Street, 23rd Floor
New York, New York 10017
212-490-3000



**Table of Contents**

**Page**

**Volume 1**

Proposed Amended Complaint, dated January 17, 2020,
with Exhibits ............................................................................. SA1

Plaintiff's Response in Opposition to Defendant's Motion to
Dismiss Amended Complaint, dated February 21, 2020,
with Exhibits ............................................................................. SA64

Opinion and Order of the Honorable Sarah L. Cave,
dated March 19, 2020 ............................................................... SA112

Protective Order of the Honorable Sarah L. Cave,
so-ordered on February 16, 2022 ............................................ SA126

Order of the Honorable Sarah L. Cave,
so-ordered on December 8, 2022 ............................................ SA130

Order of the Honorable Sarah L. Cave,
so-ordered on December 20, 2022 .......................................... SA131

Memorandum by Plaintiff in Support of Motion
for Leave to File a Proposed Amended Complaint,
dated December 23, 2022 ....................................................... SA134

Proposed Second Amended Complaint,
dated December 23, 2022 ....................................................... SA216

Exhibits to Memorandum by Plaintiff in Support of Motion
for Leave to File a Proposed Amended Complaint ................. SA237

Order of the Honorable Sarah L. Cave,
dated December 29, 2022 ....................................................... SA264

Order of the Honorable Sarah L. Cave,
dated February 2, 2023 ........................................................... SA266

**Table of Contents**
**(Continued)**

**Page**

Defendant WorthPoint Corporation's Omnibus Motion
*in Limine* Concerning Experts, dated April 10, 2023 .................... SA268

Declaration of Jana S. Farmer in Support of Defendant's
Motion *in Limine*, dated April 7, 2023 ......................................... SA270

**Volume 2**

Exhibit A to Farmer Declaration -
Documented Communications from WorthPoint's
Counsel to Plaintiff .................................................................. SA273

Exhibit B to Farmer Declaration -
Expert Affidavit of Patrick O'Leary,
sworn to December 5, 2022, with Exhibits ............................ SA298

Exhibit C to Farmer Declaration -
Expert Disclosure and Expert Report of
Joseph V. Scelsa, dated February 16, 2023,
with Exhibits ........................................................................ SA327

Exhibit D to Farmer Declaration -
Transcript of Proceedings held before the
Honorable Sarah L. Cave on November 23, 2022 ................. SA390

Notice of Motion by Defendant WorthPoint Corporation
for Summary Judgment, dated April 17, 2023 ............................ SA458

Declaration of Jana S. Farmer in Support of Defendant's
Motion for Summary Judgment, dated April 17, 2023 ................. SA460

**Volume 3**

Exhibit A to Farmer Declaration -
Deposition Testimony of Annamarie Trombetta,
taken August 30, 2022 ........................................................... SA465
*(cont'd in Vol 4)*

**Table of Contents**
**(Continued)**

Page

**Volume 5**

Exhibit B to Farmer Declaration -
Deposition Testimony of Norb Novocin,
taken September 21, 2022 ........................................................ SA837

Exhibit C to Farmer Declaration -
Redacted Deposition Testimony of Willie Chu,
taken October 7, 2022 ............................................................. SA1084

**Volume 6**

Exhibit D to Farmer Declaration -
Redacted Deposition Testimony of Vanessa Koi-Ploski,
taken October 17, 2022, with Cover Letter ............................ SA1136

Exhibit E to Farmer Declaration -
Redacted Defendant WorthPoint Corporation's
Expert Disclosure Pursuant to FRCP Rule 26(a)(2)
of Jessie Stricchiola, dated January 19, 2023,
with Report and Exhibits ........................................................ SA1237

Exhibit F to Farmer Declaration -
Redacted Declaration of Jason Packer,
dated January 19, 2023, with Exhibits ................................... SA1280

Exhibit G to Farmer Declaration -
Declaration of William H. Seippel,
dated April 17, 2023, with Exhibits ....................................... SA1303

Exhibit H to Farmer Declaration -
Expert Affidavit of Patrick O'Leary,
sworn to December 5, 2022, with Exhibits ............................ SA1349

**Volume 7**

Exhibit I to Farmer Declaration -
Deposition Testimony of Patrick O'Leary,
taken February 28, 2023 ........................................................ SA1382

**Table of Contents**
**(Continued)**

**Page**

Exhibit J to Farmer Declaration -
Google Search Results, dated March 15, 2017 ..................... SA1654

Exhibit K to Farmer Declaration -
Screenshots of the WorthPoint Report ................................. SA1655

**Volume 8**

Exhibit L to Farmer Declaration -
Defendant WorthPoint's First Request for Production,
dated February 25, 2022 ......................................................... SA1661

Exhibit M to Farmer Declaration -
Plaintiff's Response to WorthPoint's First
Request for Production, dated April 22, 2022 ....................... SA1674

Exhibit N to Farmer Declaration -
WorthPoint's Post-Deposition Demands to Plaintiff,
dated October 6, 2022 ............................................................ SA1691

Exhibit O to Farmer Declaration -
Plaintiff's Response to WorthPoint's Post-Deposition
Demands, dated October 20, 2022, with Attachments .......... SA1701

Exhibit P to Farmer Declaration -
Deposition Testimony of Scott Goodwillie,
taken October 6, 2022, with Cover Letter ............................. SA1800

Rule 56.1 Statement of Material Facts by Defendant
WorthPoint, dated April 17, 2023 ................................. SA1884

Letter from Jana S. Farmer to the Honorable Sarah L. Cave,
dated May 9, 2023 ......................................................... SA1896

Exhibit A to Letter -
Email from Adam Bialek to Annamarie Trombetta,
dated January 18, 2022 .......................................................... SA1901

iv

## Table of Contents
### (Continued)

Page

Exhibit B to Letter -
WorthPoint's First Set of Interrogatories,
dated February 25, 2022 ........................................................ SA1903

Exhibit C to Letter -
Plaintiff's Third Response to WorthPoint's
Interrogatories, dated June 27, 2022 .................................... SA1916

Exhibit D to Letter -
Various Email Correspondence,
dated July 19, 2022 through August 8, 2022 ......................... SA1926

Exhibit E to Letter -
Various Email Correspondence,
dated September 9, 2022 to September 12, 2022 ................... SA1935

Exhibit F to Letter -
Email from Annamarie Trombetta to Nicole Haimson,
*et al*., dated September 15, 2022 .......................................... SA1939

Exhibit G to Letter -
Various Email Correspondence,
dated September 15, 2022 to September 28, 2022 ................. SA1940

**Volume 9**

Exhibit H to Letter -
Post-Deadline Court Submissions
Regarding Expert Disclosure Issues ..................................... SA1943

Exhibit I to Letter -
Redacted Documents Relating to Dr. Joseph Scelsa's
Opinions and Qualifications .................................................. SA1952

Exhibit J to Letter -
Redacted Expert Report of Gayle Skluzacek,
dated February 21, 2023, with Attachments .......................... SA2016

v

**Table of Contents**
**(Continued)**

**Page**

Plaintiff's Opposition Response to Defendant WorthPoint's
Motion to Preclude and Proffer Plaintiff's Expert Witnesses,
dated May 19, 2023 ........................................................................ SA2051

Defendant WorthPoint's Response to Plaintiff's (Trombetta's)
First Set of Notice to Admit for Defendants [Sic] WorthPoint
Corporation, dated April 8, 2022 .................................................. SA2069

WorthPoint' s Responses and Objections to Plaintiff's
Request for the Production of Documents and Photos,
dated April 8, 2022 ........................................................................ SA2087

Defendant Worth Point's Responses and Objections to
Plaintiff's Request for the First Set of Interrogatories for
Defendants WorthPoint Corporation, dated April 8, 2022 ........... SA2115

Defendant Worth Point Corp.'s Response to Plaintiff's
Second Request for Admissions, dated July 13, 2022 .................. SA2132

Defendant WorthPoint Corp.'s Answers to Plaintiff's
Second Set of Interrogatories for Defendant WorthPoint
Corporation, dated July 1, 2022 ................................................... SA2146

Defendant WorthPoint Corp.'s Answers to Plaintiff's
Second Request for Production of Documents,
dated July 1, 2022 ........................................................................ SA2157

Defendant WorthPoint Corp.'s Responses to Plaintiff's
Third Request for Interrogatories, dated August 15, 2022 ........... SA2167

Defendant WorthPoint Corp.'s Responses and Objections
to Plaintiff's Third Request For Production of Documents,
dated August 15, 2022 .................................................................. SA2182

Defendant WorthPoint Corp.'s Responses and Objections
to Plaintiff's Fourth Request For Production of Documents,
dated October 11, 2022 ................................................................. SA2194

**Table of Contents**
**(Continued)**

**Page**

**Volume 10**

Exhibits to Plaintiff's Opposition Response to Defendant
WorthPoint's Motion to Preclude and Proffer Plaintiff's
Expert Witnesses ............................................................ SA2208

Exhibits to Plaintiff's Opposition Response to Defendant
WorthPoint's Motion to Preclude and Proffer Plaintiff's
Expert Witnesses ............................................................ SA2241

Declaration of Jana S. Farmer in Opposition to Plaintiff's
Various Motions *in Limine* and Motions to Proffer,
dated May 30, 2023 ........................................................ SA2264

    Exhibit A to Farmer Declaration -
    First Initial Disclosure of Defendant WorthPoint
    Corporation Pursuant to FRCP 26(A)(1),
    dated February 25, 2022 ......................................... SA2267

    Exhibit B to Farmer Declaration -
    Redacted Declaration of Jason Packer,
    dated January 19, 2023, with Exhibits .................. SA2273

    Exhibit C to Farmer Declaration -
    Redacted Defendant WorthPoint Corporation's
    Expert Disclosure Pursuant to FRCP Rule 26(a)(2) of
    Jessie Stricchiola, dated January 19, 2023, with Exhibits ..... SA2296

    Exhibit D to Farmer Declaration -
    Email from Jana S. Farmer to Annamarie Trombetta,
    *et al*., dated October 11, 2022 .............................. SA2339

Plaintiff's Response to Defendants Estate Auctions Inc. and
Norb and Marie Novocin's Motion for Summary Judgment,
dated May 30, 2023 ........................................................ SA2340

Exhibits 1-12 of Plaintiff's Response to Defendants
Estate Auctions Inc. and Norb and Marie Novocin's
Motion for Summary Judgment ..................................... SA2372

**Table of Contents**
**(Continued)**

**Page**

Exhibits 13-21 of Plaintiff's Response to Defendants
    Estate Auctions Inc. and Norb and Marie Novocin's
    Motion for Summary Judgment ...................................................... SA2410

Exhibits 22-35 of Plaintiff's Response to Defendants
    Estate Auctions Inc. and Norb and Marie Novocin's
    Motion for Summary Judgment ...................................................... SA2445

**Volume 11**

Exhibits 36-38 of Plaintiff's Response to Defendants
    Estate Auctions Inc. Motion for Summary Judgment .................. SA2482

Exhibit 41 of Plaintiff's Response to Defendants
    Estate Auctions Inc. and Norb and Marie Novocin's
    Motion for Summary Judgment ...................................................... SA2525

Exhibits 39-41 of Plaintiff's Response to Defendants
    Estate Auctions Inc. Motion for Summary Judgement ................ SA2547

Letter from Annamarie Trombetta to the Honorable
    Sarah L. Cave, dated June 1, 2023 ............................................... SA2582

        Exhibit 1 to Letter -
        Various Email Correspondence between Annamarie
        Trombetta and Art Appraiser Gayle Skluzacek ..................... SA2584

        Exhibit 2 to Letter -
        Various Email Correspondence between
        Annamarie Trombetta and Dr. Joseph Scelsa ........................ SA2596

        Exhibit 3 to Letter -
        Plaintiff's Communication with Defendants
        for Witnesses ........................................................................ SA2618

        Exhibit 4 to Letter -
        Problems and Delays Caused by WorthPoint Defendants ..... SA2632

**Table of Contents**
**(Continued)**

**Page**

Exhibit 5 to Letter -
Plaintiff's Illness Beginning December 7, 2022
into Late January 2023 ........................................................... SA2673

Exhibit 6 to Letter -
WorthPoint Attorneys 2023 Emailing Plaintiff
Requesting Expert Witness Depositions ............................... SA2676

Exhibit 7 to Letter -
Ebay Phone Call Transcript .................................................. SA2682

Exhibit 8 to Letter -
List and Number by Month February to
December 2022 Plaintiff's Problems with Defendants ......... SA2708

Plaintiff's Response to Defendant WorthPoint Corporation's
Motion for Summary Judgment, dated June 7, 2023 ................... SA2721

**Volume 12**

Exhibits 1-9 to Plaintiff's Response to Defendant
WorthPoint Corporation's Motion for Summary Judgment ......... SA2759

Exhibit 10 to Plaintiff's Response to Defendant WorthPoint
Corporation's Motion for Summary Judgment ............................ SA2792

Exhibits 12-18D to Plaintiff's Response to Defendant
WorthPoint Corporation's Motion for Summary Judgment ......... SA2822

Exhibits 19A-24 to Plaintiff's Response to Defendant
WorthPoint Corporation's Motion for Summary Judgment ......... SA2857

Exhibits 25A-27 to Plaintiff's Response to Defendant
WorthPoint Corporation's Motion for Summary Judgment ......... SA2888

Exhibits 28-30D to Plaintiff's Response to Defendant
WorthPoint Corporation's Motion for Summary Judgment ......... SA2922

**Table of Contents**
**(Continued)**

**Page**

Letter from Jana S. Farmer to the Honorable Sarah L. Cave,
     dated June 8, 2023 ........................................................... SA2947

Opinion and Order of the Honorable Sarah L. Cave,
     dated June 22, 2023 ........................................................ SA2949

Order of the Honorable Laura Taylor Swain, dated July 5, 2023 ....... SA2966

x

**SA2759**

# EXHIBITS  FOR PLAINTIFF'S

# RESPONSE  TO

# WORTHPOINT'S  MOTION

# FOR  SUMMARY  JUDGEMENT

**SA2760**

1

# EXHIBITS

## TO WORTHPOINT'S SUMMARY JUDGEMENT

EXHIBIT# 1  Pl's Evid. 000377  000378 hyperlinks of false 1972 oil painting  misattributed to Pl. under my name Webpages on WorthPoint's website <u>August 2, 2015</u> .

EXHIBIT# 2 Pl. Evid. 000260- 000316 Pl. Evid. 000493 Plaintiff childhood 1972 signatures.

EXHIBIT# 3 A Pl. Evid. 000163 False A. Trombetta Signature on WorthPoint's webpage
B  Pl. Evid.  000690 TransUnion and 000694 Experian Pl. Evid 000237.

EXHIBIT# 4  EAI  Fraudulent  red pencil signature photos ANNA (gap) TROMBETTA
Painted 1972 Gifted 1977.Pl. Evid. 000142-143 Pl. Evid. 000165.

EXHIBIT# 5  Pl. Evid.000264 Anne Trombetta   Pl. Evid.000265 Anita Trombetta NOT

A.Trombeta signature. Google listing of A. Trombetta artists-Pl. Evid.000593.

EXHIBIT# 6  WP Evidence  000130-000131. email to Watkins by Packer date of 1972
posting  March 5, 2013.

EXHBIIT# 7 A  Pl. Evid. 000432 1st Set of Inter. to WorthPoint. Pl. Evid. 000436 Interr.
No. 5 Day-Year-for 1972 fake post Pl. Evid. 000437 Attorneys deny request.
7 B  Pl. 2nd Request for Doc. No. 1 Day-Year-for 1972 fake post —No info.

EXHIBIT# 8   Pl. Evid.001008 -1 page of Greg Watkins phone transcript-date-yr of 72 post.

EXHIBIT# 9A  Pl. Evid. 000016 Email to eBay w/ Quote by WorthPoint's Anita Brook.
Voice Phone Message  by WorthPoint- Buys and Sell and  Bidding in
9B  Pl's Feb 1, 2016 Phone Call to Anita Brooks at WorthPoint Transcript.

**SA2761**

*Motion SumJudge*

Plaintiff's
Deposition
Response

Yahoo Mail - Worthpoint---Websites

Plaintiff's Evidence 000377

*EXHIBIT # 1A*

### Worthpoint---Websites

From: Annamarie Trombetta (trombettaart@yahoo.com)

To:  trombettaart@yahoo.com

Date: Sunday, August 2, 2015, 8:01 AM EDT

1952 Brooklyn NY Msgr Angelo Cioffi & Diamond-Encrusted Gold Press Photo ner6993
(07/04/2014)

### 1952 Brooklyn NY Msgr Angelo Cioffi & Diamond-Encrusted Gold Press Photo ner6993 (07/04/2014)

1952 Brooklyn NY Msgr Angelo Cioffi & Diamond-Encrusted Gold Press
Photo ner6993 (Part #: ner6993) You are bidding on an original 7 x 8
press photo of Brooklyn NY Msgr Angelo Cioffi & Di...from

View on www.worthpoint.com   *WorthPoint*   Preview by Yahoo

*link to Annamarie Trombetta*

Incredible Life Story of Sister Elena Aiello by Francesco Spadafora. 1964. Rare
(09/03/2013)

### Incredible Life Story of Sister Elena Aiello by Francesco Spadafora. 1964. Rare (09/03/2013)

I had the privilege of being acquainted with Sister Elena Aiello of
Cosenza. I corresponded with her. I know she lived constantly in the
presence of God....Besides bearing on her body the stigmata or ...from

71909127

View on www.worthpoint.com                    Preview by Yahoo

Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume 38x52" Poster .
(12/01/2012)

### Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume 38x52" Poster .

1988 Vintage Michael Ochs Archive Marilyn Monroe Chanel Perfume
38x52" Poster . Prev Stop Play Next This is a Vintage Rare 1988 Michael
Ochs Archive Marilyn Monroe Chanel Perfume Produced by ...from

46321626

View on www.worthpoint.com                    Preview by Yahoo

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz
(12/01/2012)

### 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (12/01/2012)

**SA2762**

Yahoo Mail - Worthpoint---Websites

Welcome to EstateAuctionsInc! We are one of the Top Sellers of Antiques, Collectibles and Quirky items on eBay. We have been selling since 1998 and ALL of our auctions start at .99 cents. We are p...from

1537357

View on www.worthpoint.com                    Preview by Yahoo

Plaintiff's
Deposition                    Plaintiff's Evidence  000378
Response

EXHIBIT
#1 B

regina pacis brooklyn history trombetta - Google Search

Google    regina pacis brooklyn history    ✕   🔍     ⚙ ⠿ Sign in

🔍 All   ⚲ Maps   📰 News   🖼 Images   ▶ Videos   ⋮ More     Tools

About 33,000 results (0.47 seconds)

https://basilicaofreginapacis.org › parish-history   ⋮

**Parish History - Basilica of Regina Pacis**

The shrine was dedicated on August 15, 1951, by the Bishop of Brooklyn, Archbishop Thomas E. Molloy. After the blessing of the cornerstone of the church in 1949 ...
Missing: trombetta | Must include: trombetta

https://basilicaofreginapacis.org › saint-joseph-chapel   ⋮

**Construction and History - Basilica of Regina Pacis**

When Regina Pacis was originally built in 1950, it had a completely functioning lower church, which was needed because of the large numbers of parishioners ...

https://basilicaofreginapacis.org   ⋮

**Basilica of Regina Pacis**

The Basilica of Regina Pacis is a parish in the Roman Catholic Diocese of Brooklyn. It is home to Saint Joseph Chapel & Columbarium and the Chapel of Mary, ...

https://www.bklynlibrary.org › blog › 2009/08/05 › re   ⋮

**Regina Pacis and the Case of the Missing Crowns - Brooklyn ...**

Aug 5, 2009 — By 1948 ground was broken for one the greatest churches in Brooklyn, a $1,000,000 devotion to the Queen of Peace - Regina Pacis.
Missing: trombetta | Must include: trombetta

https://www.trombettaart.com › bio   ⋮

**Biography - Annamarie Trombetta**

... ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, ...

http://brooklyncatholic.blogspot.com › 2017/07 › regin...   ⋮

**Regina Pacis minus St. Rosalia, May, 2017 - Brooklyn Catholic**

Jul 22, 2017 — The mailing address for the parish the Basilica of Regina Pacis is 1230 65th Street, Brooklyn NY 11219, telephone 718-236-0909.
Missing: trombetta | Must include: trombetta

https://www.brooklynpaper.com › assets › pdf POF   ⋮

**GRADUATION - Brooklyn Paper**

DANIELLE BACIGALUPO (Regina Pacis), HOFSTRA UNIVERSITY, NY - ACHIEVEMENT SCHOLARSHIP. PACE UNIVERSITY, NY - DEANS' SCHOLARSHIP.

https://olqpbranchville.org › regina-pacis-catholic-hom...   ⋮

**Regina Pacis Catholic Homeschooling Coop**

the Regina Pacis Catholic Homeschooling Coop. ... lessons in Chemistry, Biology, Art, Music, Literature, Theology & Philosophy, Debate and History.

*EXHIBIT #1C* (handwritten annotation)

https://www.google.com/search?q=regina+pacis+brooklyn+history+...cAJ4AIAB9QKIAc8IkgEHOC4xLjAuMZgBAKABAcgBCMABAQ&sclient=gws-wiz     Page 1 of 2

Plaintiff000152



**SA2765**

Plaintiff000316

Plaint's Evidence 000495





Plaintiff000163

HAB BANK
Habib American Bank
99 Madison Avenue, New York, NY 10016

ANNAMARIE TROMBETTA

EXHIBIT #3 B

IDENTITY THEFT
PROTECT YOURSELF,
KNOW WHAT TO DO

User name
username
Forgot your user
Password
••••••••••
Forgot your password

HAB BANK
99 Madison Avenue, New York, NY 10016
Tel. (212) 532-4444 • www.habbank.com
*Don't Be A Victim Of Identity Theft*

ebay
© Copyrighted work licensed by WorthPoint

EXHIBIT #3 B

Plaintiff000237



WorthPoint Corp. Plaintiff Trombetta
Supplemental Rule 37 Responses

TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

Plaintiff's Evidence 000690

File Number:
Page:                1 of 4
Date Issued:      10/10/2017

**TransUnion.**

*Page 1*

P7HMH000302134-I009643-041351471

‖ⁱ‖ⁱⁱ‖‖ⁱⁱⁱⁱⁱ‖‖ⁱ‖ⁱ‖ⁱⁱ‖ⁱ‖ⁱⁱⁱⁱⁱ‖ⁱ‖ⁱⁱⁱ‖ⁱⁱ‖
ANNAMARIE M TROMBETTA
175 E 96TH ST APT 12R
NEW YORK, NY 10128-6206

*EXHIBIT #30*

Thank you for contacting TransUnion. Our goal is to maintain complete and accurate information on consumer credit reports. We have provided the information below in response to your request.

At your request, a TransUnion Security Freeze has been added to your credit report. Please keep this letter for future reference.

This Security Freeze will remain on your credit report until you request its removal in writing. If you change your state of residence, you must notify us in order to update your address and have the security freeze rules and any applicable fees applied for that state. Should you wish to temporarily or permanently remove the TransUnion Security Freeze from your credit report, you will need to provide TransUnion with your Security Freeze Personal Identification Number (PIN), which is listed below. Also listed below is the fee you were charged for adding the freeze to your credit report.

 ~~PIN: Fee: $0.00~~

Re: Security Freeze

You may obtain a new TransUnion Security Freeze Personal Identification Number (PIN).

If you know your current PIN, you may call (888) 909-8872. You may be asked to verify your identity again.

If you do not know your PIN or you have lost the PIN that was issued to you when you added the Security Freeze to your credit file, you may request a new one by writing to the address below. Please provide proof of identification, such as a copy of your driver's license, passport, birth certificate or other proper identification forms. For additional information on replacing your lost PIN, call our toll free Telephone Number (888) 909-8872.

Re: Security Freeze

What does a Security Freeze mean?
When your TransUnion credit report is frozen, all third parties whose use is not exempt by law will be unable to access your credit report without your consent. The Security Freeze may delay, interfere with or prohibit the timely approval of any subsequent request or application you make that involves access to your credit report.

Additionally, while your report is frozen, companies that provide consumer data to TransUnion will not be allowed to update name and address information on your credit report. If your name or address changes while your file is frozen, please notify TransUnion directly at the address provided so that we can update your personal information.

Case: 25-817, 07/17/2026, DktEntry: 91.1, Page 24 of 68

Case 1:18-cv-00993-LTS-SLC   Document 496-1   Filed 06/07/23   Page 13 of 31

SA2771

experian™

29 P. 1    Annual Free Credit
Report 877-
322-8228

Prepared for: ANNAMARIE TROMBETTA
Date: October 10, 2017
Report numbe

**Dear ANNAMARIE TROMBETTA**

As you requested, we have placed a security freeze on your personal credit report from Experian. Your personal identification number is 000004073842615.  Please retain the number as **you must submit this number in order to temporarily or permanently remove the security freeze from your credit report.** If you would like to create a single-use personal identification number to be used by a certain credit grantor, log on to www.experian.com/freeze.

To **temporarily** remove a security freeze for a period of time in order to apply for credit or for any transaction that requires that another party access your personal credit report, log on to www.experian.com/freeze or call 1 (888) EXPERIAN (1 888 397-3742), then enter your identification information and personal identification number. To temporarily remove a security freeze for a specific party, provide your single-use personal identification number to the party you wish to grant access to your report.

Fees to temporarily remove a security freeze by state are: Alabama, California, Colorado, Florida, Guam, Illinois, Kentucky, Michigan, Mississippi, Nevada, New Hampshire, Oklahoma, Oregon, Rhode Island, Utah, Wisconsin and Wyoming - $10; Connecticut - $10.64*; South Dakota - $10.65*; Pennsylvania - $10.70*; Texas - $10.83*; Washington - $11.01*; Puerto Rico - $11.15*; Iowa - $12; Idaho - $6; Arizona, Arkansas, Kansas, Maryland, Massachusetts, Minnesota, Missouri, New Jersey, North Dakota, Ohio and Vermont - $5; Hawaii - $5.20*; New Mexico - $5.26*; West Virginia - $5.30*; New York - $5.44*; Louisiana - $8; Georgia, Montana and Nebraska – $3; Alaska - $2. (* includes taxes)

All other states have no charge for temporarily removing a security freeze. There is no fee in any state for victims of identity theft who provide a copy of a valid identity theft report filed with a law enforcement agency.

To **permanently** remove a security freeze, log on to www.experian.com/freeze or call 1 (888) EXPERIAN (1 888 397-3742). You also may write to us (Washington, D.C. residents must request permanent removal of a security freeze in writing).  Send your request to: Experian Security Freeze, P.O. Box 9554, Allen, TX 75013.

Be sure to include the following information:

- Your full name including middle initial (and generation such as JR, SR, II, III)
- Social Security number

Scan me with your smart phone
for special offers from Experian.

PO Box 9701
Allen, TX 75013

0000838  01 AB 0.400  **AUTO  T4 2 2242 10128 62064B    C01-P00338-1

ANNAMARIE TROMBETTA
175 E 96TH ST APT12R
NEW YORK NY 10128-6206

Plaintiff's Evidence 000694

7242-01 00 0000338 001 00015:00



EXHIBIT #4 (2)

#3 Exhibit
NNA                    MARiA                    TrombBETTA
4

Plaintiff  000143



EXHIBIT #4 (3)

Exhibit #4 Photo Ana MARIA TROMBETTA

Written "Gifted" 1977

Plaintiff000165

Plaintiff's Evidence 000593                                a.trombetta artist – Google Search

Google          a.trombetta artist                    ×  🎤  🔍              ⚙  ⠿

🔍 All    🖼 Images   🛒 Shopping   📰 News   ▶ Videos   ⋮ More          Tools

Page 2 of about 493,000 results (0.53 seconds)

https://www.linkedin.com › annamarie-trombetta-9413361a  ⋮
Annamarie Trombetta - Instructor - Art Lab | LinkedIn
New York, New York, United States · Instructor · Art Lab
Annamarie Trombetta is an artist who has created works in oil, watercolor, printmaking and
pastel and is known for working "en Plein Air".

http://www.anitatrombetta.com › pagecv  ⋮
CV - Anita Trombetta
Anitatrombetta@gmail.com ... 2010 Artifact: Recent Paintings by Anita Trombetta at
The State University of ... 2020 Art Walk on Atlantic, Arts Gowanus.

*Another Artist A. Trombet*

https://www.24-7pressrelease.com › press-release › ann...  ⋮
Annamarie Trombetta Celebrated for Artistic Excellence - 24-7 ...
Feb 21, 2018 — Born in Brooklyn, New York in 1963 artist Annamarie Trombetta works and
lives in Manhattan. Ms. Trombetta began her artistic education after ...

http://www.arc-store.com › damiboevofar  ⋮
David Michael Bowers The Evolution of an Artist by Robert J ...
Product Description. ARC Living Master™, David Bowers' artistic career is in a constant state of
evolution. He is an artist in competition with himself as ...

https://www.strose.edu › Alumni Gift Guide  ⋮
Books by Kathy Powers '71 and Anne Trombetta G'76 - The ...
Besides posting weekly blogs, Kathy tutors writing in suburban Atlanta. Anne leads "2 Hour
Artist" workshops at which inexperienced participants transform into ...

*Another Artist Anne Tromb*

https://www.lexislegalnews.com › articles › in-new-york-v...  ⋮
In New York, VARA Claim Survives But Copyright Claim Tossed
Oct 3, 2019 — NEW YORK — Allegations by an artist that two individual defendants ...
Trombetta sued, asserting violations of the Visual Artists Rights Act ...

*Lawsuit*

https://www.museumoffriends.org › post › covid-19-cri...  ⋮
COVID-19 Crisis or Opportunity Artists Response Group ...
Sep 4, 2021 — The theme attracted visual artists, sculptors, photographers and ... The
Pandemic and the Pangolin, Annamarie Trombetta, New York.

https://www.artsy.net › artwork › anita-trombetta-inside...  ⋮
Anita Trombetta | Inside Out (2020) | Available for Sale | Artsy
Open SourceBlogThe Art Genome ProjectEducation. Partnerships. Artsy for GalleriesArtsy for
MuseumsArtsy for AuctionsArtsy for Fairs. Support.

https://www.nydailynews.com › new-york › artist-anna...  ⋮

*Exhibit # 5 A2*

 Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

## Oil Painting ---Signature A. Trombetta
3 messages

**Annamarie Trombetta** <atrombettaart@gmail.com>
To: Anitatrombettastudio@gmail.com

Sat, Mar 5, 2022 at 11:03 AM

Hello Anita,

My name is Annamarie "Trombetta" as well and I am also an artist.

I am contacting you because your website stated that you are an artist and painter.



*[handwritten: EXHIBIT #5B Anita Trombett]*

I am also contacting you because a small online Mom & Pop company sold
a painting on ebay. There is a photo attached of a signature in oil paint and it is not by my hand.

I was wondering if you created or painted a piece entitled " Man with Red Umbrella " which is dated 1972.
Can you Please view the signature. That is the only photo that was associated with the painting.

With Appreciaton,
Annamarie Trombetta

**ANITA TROMBETTA** <anitatrombettastudio@gmail.com>
To: Annamarie Trombetta <atrombettaart@gmail.com>

Tue, Mar 8, 2022 at 8:58 AM

Totally different A. Trombetta. I was born in 1989 and would never title my work something like that.
Good luck,
Anita Trombetta
[Quoted text hidden]

**Annamarie Trombetta** <atrombettaart@gmail.com>
To: ANITA TROMBETTA <anitatrombettastudio@gmail.com>

Tue, Mar 8, 2022 at 9:37 AM

Thank you for your reply. I sincerely appreciate the confirmation

https://mail.google.com/mail/u/0/?ik=fd353d6ffe&view=pt&search=all&permthid=thread-a%3Ar1547126105133586109&simpl=msg-a%3Ar1228617657779839431&simpl=msg

Plaintiff000265

Gmail - 1972 Original Oil Painting Man with Red Umbrella

 Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

## 1972 Original Oil Painting Man with Red Umbrella
3 messages

**Annamarie Trombetta** <atrombettaart@gmail.com>                    Sun, Feb 13, 2022 at 1:52 PM
To: AnneTrombetta@gmail.com

Hello Anne,

My name is Annamarie "Trombetta" as well and I am also an artist.

I am contacting you because your website stated that you have been making art your whole life.

Another reason why I am contacting you is because a small online Mom & Pop company sold a painting on ebay . There is a photo attached of a signature in oil paint and it is not by my hand.

I was wondering if you created or painted a piece entitled " Man with Red Umbrella " which is dated 1972.

I know I did not paint the oil because I was nine at that time and I did not paint in oils at that time. Please view the signature. That is the only photo that was associated with the painting.

With Appreciaton,
Annamarie Trombetta

*[Handwritten annotations: EXHIBIT #5B Anne Trombetta]*

📎 Signature A. Trombetta.pdf
    654K

*[Handwritten annotation: Artist Anne Trombetta]*

**Anne Trombetta** <annetrombetta9@gmail.com>                    Sun, Feb 13, 2022 at 3:53 PM
To: Annamarie Trombetta <atrombettaart@gmail.com>

No, that is not me.
[Quoted text hidden]

**Annamarie Trombetta** <atrombettaart@gmail.com>                    Sun, Feb 13, 2022 at 5:25 PM
To: Anne Trombetta <annetrombetta9@gmail.com>

Thank you for your reply Ms. Trombetta
Best of Luck to you.
Annaarie Trombetta
[Quoted text hidden]

*[Handwritten annotation: Denies "A Trombetta Signature]*

Plaintiff000264

Case 1:18-cv-00993-LTS-SLC    Document 496-1    Filed 06/07/23    Page 20 of 31

EXHIBIT #6  page 1

 **WorthPoint**

Jason Packer <jason.packer@worthpoint.com>

---

## take down a WP page

2 messages

---

**Gregory Watkins** <greg.watkins@worthpoint.com>                Wed, Feb 3, 2016 at 9:53 AM
To: Jason Packer <jason.packer@worthpoint.com>
Cc: Antoine Lyseight <antoine.lyseight@worthpoint.com>

Hi Jason,

A woman has called several times saying that a painting attributed to her that sold on eBay was not painted by her and she would like the page taken down.

Here is the link:

http://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172

She would like to know when it was posted (the date) and if there are any other photos that came with the file ... she's very unreasonable...

Please let me know what you can find out.

Thanks,

-g

--

**Gregory Watkins**
Editor
WorthPoint Corporation

**t. 877-481-5750   c. 770-344-9182**

WorthPoint.com :: GoAntiques.com :: MarksandLibrary.com



---

**Jason Packer** <jason.packer@worthpoint.com>                Thu, Feb 4, 2016 at 9:12 AM
To: Gregory Watkins <greg.watkins@worthpoint.com>
Cc: Antoine Lyseight <antoine.lyseight@worthpoint.com>

Hi Greg,
That's removed.

It was posted 2013-03-05, and we do not have any other photos with it.

Gregory Watkins wrote:

> Hi Jason,
>
> A woman has called several times saying that a painting attributed to her that sold on eBay was not painted by her and she would like the page taken down.
>
> Here is the link:
>
> http://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172

WP000130

She would like to know when it was posted (the date) and if there are any other photos that came with the file ... she's very unreasonable...

Please let me know what you can find out.

Thanks,

-g

--

**Gregory Watkins**
Editor
WorthPoint Corporation

**t. 877-481-5750    c. 770-344-9182**

WorthPoint.com :: GoAntiques.com :: MarksandLibrary.com

EXHIBIT #6 Page 2

WP000131

Plaintiff's Evidence 000432

EXHIBIT
#7A (1)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AnnamarieTrombetta,

    Plaintiff

    v.

C.A. NO. 18-CV-993 (RA) (SLC)

Norb Novocin, Marie Novocin and
Estate Auctions Inc.
**and WorthPoint Corp.,**

    Defendants

**DEFENDANT WORTH POINT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUEST FOR THE FIRST SET OF INTERROGATORIES FOR DEFENDANTS WORTHPOINT CORPORATION**

Pursuant to Federal Rules of Civil Procedure 26 and 33, and the applicable Local Rules of the United States District Court for the Southern District of New York, defendant WorthPoint Corp. ("WorthPoint")[1], hereby responds to plaintiff's First Set of Interrogatories ("Interrogatories").

**SPECIFIC OBJECTION RELATIVE TO ALL DEMANDS**

1.    To the extent the Interrogatories appear to be directed to Defendant William Seippel, they are objected to as Mr. Seippel was dismissed from this action by order of the court of December 21, 2021 and will not be responding to the Interrogatories.

2.    To the extent that the Interrogatories is also directed to WorthPoint's attorneys, they are objected to as attorneys are not witnesses and do not have independent knowledge or

---

[1] While Plaintiff served the Interrogatories on William Seippel, Mr. Seippel has been dismissed and will not be responding to the discovery demands.

1

Plaintiff's Evidence 000436

EX4I(BIT#7
A-Q)

3.  Identify the names and addresses of all WorthPoint Corporation employees/persons that scripted, created and designed the ad for the " 1972 Original Oil Painting Man With Red Umbrella that appeared on the WorthPoint .com website and the internet.

RESPONSE: WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that the subject listing was an advertisement as opposed to a record of a past sale. WorthPoint further objects to this Interrogatory on the grounds that it is vague and ambiguous as to what the term "persons" means given the definition given in the instructions and the context of this Interrogatory.  For example, as per the definitions, the term "person" is to mean governmental agencies, trusts, groups, associations, organizations, and all other entities, among other things. WorthPoint does not have any such entities within its structure. Subject to and without waiving the foregoing objections, none of WorthPoint's employees or agents scripted, created or designed the subject listing.

4.  List and describe WorthPoint Corporation's historical meta data from 2011 to 2018 to include the times, months and years when the WorthPoint ad for the "1972 Original Oil Painting Man With Red Umbrella " was added to the www. worthpoint .com website and internet. Include the dates and written proof , meta data-for the ad.

RESPONSE: WorthPoint objects to this Interrogatory on the grounds that it is vague, ambiguous and incomprehensible in its entirety.  WorthPoint objects to this request on the grounds that it is, in part, a request for production and not an Interrogatory. WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that the subject listing was an advertisement as opposed to a record of a past sale. Subject to and without waiving the foregoing objections, WorthPoint is not in possession of any information as to any metadata related to the subject listing.

5.  Identify, list and provide proof in writing detailing the the [sic] month , year and length / DURATION of time that WorthPoint Corporation listed the misattributed "1972 Original Oil Painting Man With Red Umbrella " Oil Painting .

RESPONSE: WorthPoint objects to this request on the grounds that it is, in part, a request for production and not an Interrogatory. WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that WorthPoint misattributed the subject painting to plaintiff, which is

5

269003927v.1

Plaintiff's Evidence 000437

EXHIBIT # 7A



(3)

expressly denied. Subject to and without waiving the foregoing objections, at present WorthPoint cannot respond with certainty as to the date the subject listing was posted to WorthPoint's website. It was removed on February 4, 2016.

6. **Identify, name and list all staff members employed by WorthPoint Corporation and the**
   **years of employment from 2011 to present.**

RESPONSE: WorthPoint objects to this Interrogatory on the grounds that that it is overly broad, unduly burdensome, not reasonably limited in time and in scope, not proportionate to the needs of the case, and not relevant to any of the claims or defenses in this matter. As such, WorthPoint will not respond to this Interrogatory in the present form. To the extent that plaintiff wishes to know the names of WorthPoint's employees or agents that interacted with plaintiff concerning the subject listing, upon information and belief those persons were William Seippel, Gregory Watkins, Jason Packer and Anita Brooks.

7. **Produce and submit all of the Plaintiff's written submissions to the WorthPoint Corporation concerning the the [sic] false misattribution for the "1972 Original Oil Painting Man With Red Umbrella " including but not limited to**
   **a. all communication from the Plaintiff to WorthPoint Corporation**
   **b. all communication with WorthPoint via email or submissions sent on the WorthPoint website.**
   **c. all communication between the WorthPoint staff members and the Plaintiff concerning the "1972 Original Oil Painting Man With Red Umbrella "**
   **d. any and all documents. notifications, removal requests from WorhtPoint's [sic] website Google or any other online platform or website regarding the 1972 Original Oil painting Man With Red Umbrella "**

RESPONSE: WorthPoint objects to this request on the grounds that it is a request for production and not an Interrogatory and that it includes multiple requests under the guise of one. WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that WorthPoint misattributed the subject painting to plaintiff, which is expressly denied. WorthPoint further objects to this Interrogatory on the grounds that it is overly broad, unduly burdensome, not reasonably limited in time and in scope, not proportionate to the needs of the case, seeks information that is already in the possession of the plaintiff, and is not relevant to any of the claims or defenses in this matter and is generally incomprehensible.

6

269003927v.1

**SA2783**

Plaintiff's Evidence 000439

EXHIBIT #7A(4)

10. Present and specifically identify what the WorthPoint Corporation's has copyrighted by the statement "Copyrighted work licensed by WorthPoint" with the copyright
symbol vector © that was in added to the 1972 Original Oil Painting Man With Red Umbrella " that was misattributed to the Plaintiff Annamarie Trombetta. Ex. What in particular is being copyrighted by WorthPoint Corporation?

RESPONSE: WorthPoint objects to this Interrogatory on the grounds that it includes multiple requests under the guise of one. WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that WorthPoint misattributed the subject painting to plaintiff, which is expressly denied. WorthPoint furthermore objects to this request to the extent that it seeks a legal conclusion. Moreover, WorthPoint is not sure what the Plaintiff is seeking in this interrogatory as use of a copyright symbol is not the act of copyrighting a work.

11. Present and identify what -in particular WorthPoint Corporation has the right to license . For example: what signature—text —etc. in particular has been licensed by WorthPoint Corporation in the 1972 Original Oil Painting Man With Red Umbrella " that was misattributed to the Plaintiff Annamarie Trombetta.

RESPONSE: WorthPoint objects to this Interrogatory on the grounds that it is in part a request for production. WorthPoint furthermore objects to this request to the extent that it seeks a legal conclusion and to the extent that it is a hypothetical inquiry as to what rights may be licensed. WorthPoint furthermore objects to this request on the grounds that it is not reasonably calculated to lead to the discovery of admissible evidence. WorthPoint further objects on the grounds that it incorrectly implies that WorthPoint misattributed the subject painting to plaintiff. Subject to and without waiving the foregoing objections, WorthPoint states that it licenses eBay data on prior sales of artworks, including prices and item descriptions for the purposes of including such data in WorthPoint's database.

12. Within the WorthPoint Ad for the 1972 Original Oil Painting Man With Red Umbrella Misattributed to Plaintiff Annamaire [sic] Trombetta, the ad duly states :
*"Items in the Worthopedia are obtained exclusively from licensors and partners solely for our members' research needs. "*
Produce, submit, identify for inspection the "EXCLUSIVE contracts from licensors "

8

269003927v.1

Plaintiff's Evidence 000440

EXHIBIT# 7A (5)

such as eBay and or any other companies that are under written contract to allow WorthPoint the right to publicly state that WorthPoint licenses works sold on ebay.

RESPONSE: WorthPoint objects to this Interrogatory on the grounds that it is a request for production and not an Interrogatory and that it includes multiple requests under the guise of one. WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that the subject listing was an advertisement, which WorthPoint expressly denies. WorthPoint further objects on the grounds that it incorrectly implies that WorthPoint misattributed the subject painting to plaintiff. Subject to and without waiving the foregoing objections, WorthPoint entered into a confidential licensing agreement regarding eBay data.

13. The WorthPoint AD for the 1972 Original Oil Painting Man with Red Umbrella Misattributed to Plaintiff Annamaire [sic] Trombetta, duly states *"If you are the originator/ copyright holder of this photo/item and would prefer it be excluded from our community, contact us here for removal :*
Describe the steps taken by WorthPoint Corporation that confirms , " how or what " WorthPoint Corporation does when a "take down request is lodged. In other words, describe how WorthPoint Corporation responds to submitted request for items to be removed from the WorthPoint website.

RESPONSE: WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that WorthPoint misattributed the subject painting to plaintiff or that the subject listing was an advertisement, both of which are expressly denied. Subject to and without waiving the foregoing objections, WorthPoint states that when it receives a takedown request, it takes steps to verify that the request is legitimate and proceeds to remove the content that the requestor complained of.

14. In the WorthPoint website Removal Item text below, WorthPoint claims " *WorthPoint is a web site for collectors and consumers that provides price history and other information for all types of collectible items. These items are not for sale by WorthPoint."*
Submit, state or provide proof that WorthPoint Corporation did not sell "the 1972 Original Oil Painting Man With Red Umbrella Misattributed to Plaintiff Annamarie Trombetta".

9

SA2785

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Annamarie Trombetta,

               Plaintiff             C.A. NO. 18-CV-993 (RA) (SLC)

VS.

Norb Novocin, Marie Novocin and
Estate Auctions Inc. and WorthPoint Corp.,

               Defendants

## DEFENDANT'S WORTHPOINT CORP. ANSWERS TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 26 and 34 for the Federal Rules of Civil Procedure, Defendant WorthPoint

Corp. ("WorthPoint") hereby responds to Plaintiff's Second Request for Request for Production of

Documents dated May 27, 2022.

### OBJECTION COMMON TO ALL REQUESTS

Many of plaintiff's requests cited below include the term "WorthPoint internet ad" or similar

language. WorthPoint objects to the characterization of the subject listing as "WorthPoint

internet ad" (or similar terminology) as WorthPoint did not advertise anything by posting the

subject listing. The listing was merely included in WorthPoint's database of prior sales records.

### RESPONSES TO REQUESTS FOR PRODUCTION

**Request No. 1:**
Produce and/or Identify in writing the month and year when the "1972 Original Oil Painting
Man With Red Umbrella WorthPoint Ad " was uploaded to the internet. **If you claim that part
of any response is privileged or otherwise immune from discovery; (a) identify the
grounds for your claim of privilege or immunity (b) identify the privileged documents or
Photographs (c) provide all information which responds to this request and does not fall
within your claim of privilege or other immunity.**

1

EXHIBIT 7B

page 2

**RESPONSE:** WorthPoint is not in possession of any responsive documents or information.

**Request No. 2:**
Produce and/or Identify the month, year and of time when 1972 Original Oil Painting Man With Red Umbrella WorthPoint Ad " was taken off the internet. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint is not in possession of any responsive documents or information. If the Plaintiff means when the subject listing was taken down from WorthPoint's website, it was taken down on February 4, 2016.

**Request No. 3:**
Identify and name the WorthPoint employees who scripted, and created the WorthPoint Ad that appeared on the WorthPoint. com website which reports the record price paid for the " 1972 Original Oil Painting Man With Red Umbrella sale by Estate Auctions Inc. Ad **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint does not have any responsive documents that would identify any such employee because WorthPoint did not script or create the subject listing. See response No. Interrogatory No. 8 of Plaintiff's Second Set of Interrogatories.

**Request No. 4:**
Produce -Identity and Include ANY and all of the documented 12 photos of the " 1972 Original Oil Painting Man With Red Umbrella sale by Estate Auctions Inc. Ad .
**If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** WorthPoint is not in possession of any such photos.

**Request No. 5:**
Produce -Identity any data or computer communications between the WorthPoint website and that of the seller Terapeak for the sale information of the 1972 Oil painting sold on of eBay for the 1972 Painting. **If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.**

**RESPONSE:** All responsive documents were previously produced. See WorthPoint production, bates stamps WP000038-40.

**Request No. 6:**

2

**SA2787**

One Page Feb. 3, 2016 Phone Transcript EXHIBIT #8

Plaintiff's Evidence Expert Dis.001008

called Anita a few times about this, umm.. but I do appreciate the follow up. Ah ..

00;10;45;04 - - 00;11;17;14

Speaker Gregory Watkins

Yeah, well, you know, we are we're a small company. For as much data as we have out there we're are literally a company of eight people.

00;10;52;08 - 00;10;59;06
And she sent me ah several .. ah several e-mails from different people who had different concerns.. And I thought that I had replied to yours already, and I actually replied to two people at the same time. It wasn't Anita's fault, it got hung up in my inbox, and I missed it. So I guess you called back and Anita pinged me yesterday and to say that I needed to call you back.

00;11;18;01 - 00;11;25;13

**Speaker Annamarie Trombetta Plaintiff**

Well, I do have one last question. How long has the information been up there, to your knowledge?

00;11;26;01 - 00;11;29;19

Speaker Gregory Watkins

Two thousand thirteen ...2013 But I can ask the IT guy if there's a date attached to it.

00;11;29;25 - 00;11;31;23

**Speaker Annamarie Trombetta Plaintiff**

Yeah, that I would definitely need.

00;11;32;15 - 00;11;50;08

**Speaker Gregory Watkins**

I don't get to see the back end of the information so ah, if there is a tag on it that tells when it was posted, I could ask him that before they take it down. And then if I get it, I can send it back to you. But you know what, Let me get your email address.

**Speaker Annamarie Trombetta Plaintiff**

Okay.

00;11;50;09 - 00;12;14;08

**SA2788**

Annamarie Trombetta---Inquiry about Worthpoint Website---Oil Painting

From:  Annamarie Trombetta (trombettaart@yahoo.com)

To:     spoof@ebay.com

Cc:     ippermissions@ebay.com

Date:  Thursday, November 26, 2015, 10:07 AM EST

EXHIBIT #9A

To the E Bay Staff,

My name is Annamarie Trombetta.   I am an artist and I received an e-mail that informed me about a website named Worthpoint.com.

When I googled me name Annamarie Trombetta I found this Marilyn Monroe link below. At the bottom of the Maryiln Monroe link is a link to a painting that Worthpoint is stating that I painted.  My biography is listed in great detail, however I did NOT paint this image.

Please review the information below.   I am requesting a response as soon as possible.

Here is the  e-mail that my contact forwarded to me from Worthpoint
NOV 16, 2015 | 08:35AM EST
Anita B. replied:
Hello,
We do not buy or sell anything on the site. Rather, we buy sales records from various auction houses and sites and compile them into a price guide to help users determine the value of antiques and collectibles.
If this particular item sold on EBay, I recommend trying to contact EBay, as they may be able to provide you with the additional information you are seeking.
Kind Regards,
The WorthPoint Team
www.WorthPoint.com
(877) 481-5750

Regards,

Customer Support Team
WorthPoint, Inc.

Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...
www.worthpoint.com › Worthopedia™ ▼

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz;
Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...

1/3

**SA2789**

EXHIBIT # 9 B

From January 22, 2016 thru January 31, 2013 Plaintiff left messages with WorthPoint Message Voicemail. On January 29, 2016 I signed out of WorthPoint'sMembership January 31, 2016, I recorded message I left on voicemail

Worth Point Sell and Buys

## WORTHPOINT SERVICE OUTGOING MESSAGE

Time  00;09;18;28 - 00;09;54;01

## WORTHPOINT'S OUTGOING VOICE MESSAGE SERVICE ON MONDAY FEBRUARY 1. 2016

Welcome to WorthPoint. Your call is important to us. Please listen carefully as our options have changed. on hold you may  in the press 9  at any time to leave a voicemail  For Cancelations--press one    For Password --press two.    If you're looking to  Buy or Sell --- press three--    For bidding and billing information --press four.    To speak to a representive please press 6    The person at extension  4011 is unavailable.  Please leave your message after the tone. When done, hang up or press  the pound key.

00;09;55;12 - 00;10;19;04

Annamarie Trombetta Plaintiff's February 1, 2016 Voice Message left on WorthPoint's Phone Message Service

### Speaker Annamarie Trombetta Plaintiff

Yes, my name is Annamarie Trombetta . *Today is February, first Monday(2016)* I need to speak to Anita regarding a situation of a piece of artwork online which is attributed to me that is not mine. My telephone number is 212. 427-5990.  Again, this message is for Anita, thank you.

## WORTHPOINT'S AUTO PHONE CALLING SERVICE LEDS TO 2ND CALL WITH ANITA BROOKS on FEBRUARY 2, 2016

00;10;25;25 - 00;10;36;04

FEBRUARY 2, 2016  WORTHPOINT'S OUTGOING  VOICE MESSAGE SERVICE

Your call is important to us all.  Please listen carefully as our options have changed. (Sound of Phone ringing)

00;00;11;26;26 - 00;11;28;15

**SA2790**

# EXHIBITS  FOR PLAINTIFF'S

# RESPONSE  TO

# WORTHPOINT'S  MOTION

# FOR  SUMMARY  JUDGEMENT

**SA2791**

## PLACEHOLDER

E Bay.m4a

ExHiBiT

#10

Plaintiff000328

SA2792

2

# EXHIBITS

## TO WORTHPOINT'S SUMMARY JUDGEMENT

EXHBIIT# 10  EBay Phone Transcript  20 Pages.  Plaintiff Evid.000328 ON PAGE  13
SELLER OF ITEMS WAS REQUIRED TO PROVIDE  EBAY WITH
COPYRIGHT  DOCUMENTS .

EXHIBIT#11  WorthPoint's webpage Item Review Request Pl. Evid. 000285 and 000286
Dated Jan. 14, 2016 To REMOVE False webpages on  WorthPoint's website.

EXHIBIT#12  Google Listing on Jan.20, 2016 with 3 WorthPoint links to 1972 Oil Painting.

EXHIBIT#13 Pl. deposition pages 102 to 107 with Pl. Evid. 000124 Pl. Bio from my website.

EXHIBIT#14 WorthPoints' discovery responses to1972 date of post ,meta data request  and
links listed under Plaintiff's name in  Pl. Evid. 000448 -000452 to 000457.
WorthPoint's discovery response for "© Copyrighted work  licensed by
WorthPoint" and the  misuse of  the"© symbol Pl. Evid. 000439

EXHIBIT#15  WorthPoint Evid.000132-134  Jan. 4, 2017 email  Will Seippel/Jason Packer.
EXHIBIT# 16  Wiil Seippel 6/29/20  Decl.  March 1, 2016 response to PLFeb.20, 2016 email.

EXHIBIT#17  A Wiil Seippel's Feb. 20, 2016 email to Pl. Feb.20,2016 email .
17  B Google listing on Feb. 17, 2016 with Last visit 2/17/16 —Marilyn Monroe.

EXHIBIT#18 A  Jason Packer Declaration page 9 w/annamarie@trombettaart.com email.
18 B  Plaintiff's  August 30, 2022 Depo. P.178 and
18 C August 30, 2022 Depo. P.48
18 D WorthPoint's sent email dated March 25, 2022 to Pl. website email address.

EXHIBIT#19  A  Plaintiff's deposition  pages 117 and 118
19  B  Plaintiff's  Evid. 000439

EXHIBIT#20  A  EAI  eBay sales receipt  EAI000058-000059 produced April 27, 2022
20  B  EAI  eBay sales receipt  EAI000060  produced November 16, 20222
20  C  EAI  eBay sales receipt in an eml on November 17, 2022 Pl. Evid.000822
20  D  Plaintiff email to Mr. Duff  Pl. Evid 000824 requesting the raw message.

Gmail - E Bay phone call--Proof of 1972 on WorthPoint website--Codes--Report to NYPD

 Gmail

Exhibit #10

Annamarie Trombetta <atrombettaart@gmail.com>

## E Bay phone call--Proof of 1972 on WorthPoint website--Codes--Report to NYPD

**Annamarie Trombetta** <atrombettaart@gmail.com>                    Mon, Apr 11, 2022 at 11:23 AM
To: Anderson Duff <ajd@hoganduff.com>

Attached are the following documents
1) Report of Fraudulent listing to the New York Police Department on
August 9, 2015 for a "New" listing.
2)Email to Ebay dated November 26, 2015 informing ebay that WorthPoint is referring Plaintiff to contact e Bay to contact
the seller remove internet link that
is within the email.
3) Detail of coding on WorthPoint website
4)Coding next to WorthPoint 1972 Ad in color.
5) Proof that askArt Annamarie Trombetta Biography was added in the year
2015-–See Wayback Web Archive as confirmation.
6) Phone call to eBay to confirm or deny if ebay can remove the internet link.–
PLEASE NOTE - Call took place December 2015 and is over 40 minutes long–most important is the
multiple confirmations by eBay employees stating that the all e bay codes of sales are 12 digits..   – 1972-original-oil-
painting-man-red-48924172 is only 8 digits.

Please confirm receipt of all information and that you can open it.
Annamarie Trombetta

E Bay.m4a

**6 attachments**



CODINGWorthPoint- ScreenShot of direct link URL of painting next to
code from email.png
1723K



2015 Sept. 22 Ask Art Annamarie Trombetta.png
455K

DETAIL OF CODING1972 Oil Painting Signed Annamarie Trombetta png
236K

Email to NYPD 8-9-2015with Fraud ArtWorthPoint 2015.pdf
306K

EBay Email with WorthPoint Info Nov. 26, 2016.pdf
231K

**SA2794**

EYHIBIT # 10   Page 2

Gmail - Plaintiff's Phone Call Placeholder with Plaintiff's Bate Stamped

Please confirm receipt of Plaintiff's requests for my phone calls.

Sincerely,
Annamarie Trombetta

7 attachments

Placeholder  EBay.m4a Phone call.pdf
195K

Placeholder..Gregory Watkins Webmaster.m4a Phone call.pdf
228K

054  Plaintiff's Evidence  Communication to WorthPoint.pdf.pdf
273K

055  Plaintiff's Evidence  Communication to WorthPoint.pdf.pdf
237K

Placeholder  Norb Novocin .m4a Phone call.pdf
214K

056  Plaintiff's Evidence  Communication to WorthPoint.pdf.pdf
256K

Anita B. Worthpoint.m4a
18120K

SA2795














EXHIBIT #10

Plaintiff000160

WorthPoint Code Exhibit #10

993437yui_3_16_0_1_1438514161681_8663" style=3D"width: 414px; vertical-align=
n: middle;"><div class=3D"" id=3D"yiv3102993437yui_3_16_0_1_1438514161681_8=
662" style=3D"line-height: 16.5px; width: 414px;"><div class=3D"" id=3D"yiv=
3102993437yui_3_16_0_1_1438514161681_8661" style=3D"word-wrap: break-word;"=
><span class=3D"" id=3D"yui_3_16_0_1_1439318268455_11114"></span><span clas=
s=3D"" id=3D"yui_3_16_0_1_1439318268455_11116"></span><a rel=3D"nofollow" s=
hape=3D"rect" class=3D"" id=3D"yiv3102993437yui_3_16_0_1_1438514161681_8668=
" target=3D"_blank" href=3D"http://www.worthpoint.com/worthopedia/1972-orig=
nal-oil-painting-man-red-48924172" style=3D"color: rgb(0, 0, 0); line-heig=
ht: 18px; font-size: 18px; display: block;"><span class=3D"" id=3D"yiv31029=
93437yui_3_16_0_1_1438514161681_8667" style=3D"margin: 0px 0px 3px; line-he=
ght: 21px; max-height: 43px; overflow: hidden; display: inline-block;">197=
2 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yq=
: (12/01/2012)</span></a><div class=3D"" id=3D"yiv3102993437yui_3_16_0_1_14=
38514161681_8660" style=3D"line-height: 20px; color: rgb(153, 153, 153); ma=
x-height: 81px; overflow: hidden;">Welcome to EstateAuctionsInc! We are one=
of the Top Sellers of Antiques, Collectibles and Quirky items on eBay. We =
have been selling since 1998 and ALL of our auctions start at .99 cents. We=
are p...from 1537357</div></div></div></td></tr><tr id=3D"yui_3_16_0_1_143=
9320306209_4352" class=3D""><td colspan=3D"2" rowspan=3D"1" class=3D"" id=
=3D"yui_3_16_0_1_1439320306209_4351" style=3D"min-height: 6px; font-size: 0=
pt; border-collapse: collapse;"><div class=3D"" id=3D"yui_3_16_0_1_14393203=
06209_4350" style=3D"min-height: 6px; font-size: 6pt;"></div></td></tr><tr =
id=3D"yui_3_16_0_1_1439320306209_4686" class=3D""><td colspan=3D"1" rowspan=
=3D"1" class=3D"" id=3D"yui_3_16_0_1_1439320306209_4685" style=3D"vertical-=
align: middle; font-family: Arial, 'Helvetica Neue', Helvetica, sans-serif;=
><div class=3D"" id=3D"yui_3_16_0_1_1439320306209_4684" style=3D"font-size=
0pt;"><a rel=3D"nofollow" shape=3D"rect" class=3D"" target=3D"_blank" hre=
=3D"http://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-r=
ed-48924172" id=3D"yui_3_16_0_1_1439320306209_4683" style=3D"color: black;"=
><span class=3D"" id=3D"yiv3102993437yui_3_16_0_1_1438514161681_8658" style=
=3D"display: inline-block; line-height: 11px; max-width: 314px; min-width: =
254px; overflow: hidden; max-height: 13px;"><span class=3D"" id=3D"yui_3_16=
_0_1_1439318268455_11129" style=3D"vertical-align: middle; font-size: 9px; =
color: rgb(153, 153, 153);">View on <span class=3D"" id=3D"yui_3_16_0_=
1_1439318268455_11131" style=3D"font-weight: bold;">www.worthpoint.com</spa=
n></span></span></a></div></td><td colspan=3D"1" rowspan=3D"1" class=3D"" i=
d=3D"yui_3_16_0_1_1439318268455_11133" style=3D"vertical-align: middle; wid=
h: 100px; font-family: Arial, 'Helvetica Neue', Helvetica, sans-serif;"><d=
v class=3D"" id=3D"yui_3_16_0_1_1439318268455_11135" style=3D"max-width: 1=
10px; min-width: 90px; overflow: hidden; text-align: right; line-height: 11

Plaintiff000201

SA2797

EXHIBIT #10

The Legal Process requires evidence-----Unfortunately I need your assistance---One of Two e-mails

From: Annamarie Trombetta (trombettaart@yahoo.com)
To: randy.rose@nypd.org
Date: Sunday, August 9, 2015, 10:33 AM EDT

— Date August 9, 2015

Detective Rose,
I know you are busy--and I am thankful for your help.   Unfortunately I need you or someone else to validate this information.
   The Legal system requires evidence for any enforcement procedures.  During yesterday's conversation I was simply trying to communicate that there is are definite connections and patterns to my case of Agg. Harassment and it is Atlanta Georgia
A)  Three facts point to Atlanta Georgia---1) E-mail sent to me on June 3rd
2)                                                                          com and the RESELLER
is _____                          **Atlanta Georgia**
3)The new finding a fraudulent artwork for sell with my biography is  on Worthpoint.com  .  The address for this company is  © 2015 - WorthPoint Corporation | 3525 Piedmont Road NE, Building 5, Suite 435, Atlanta, GA 30305 | 877.481.5750

1)  This Unknown e-mail sent to my website address on June 3rd.  When I ran the IP address it was coming from **Atlanta Georgia**  Below are contact tel.Numbers for Att and for the IP NUMBER from the sender of the bogus e-mail.   I Need someone from Law enforcement to run the IP address for this e-mail that was sent---Whoever owns the Smartphone/IPhone  is

that you get back to me on this.  Please give me some kind of evidence from NEW YORK that I could take to the Atlanta Police Dept.
Sincerely,
**Annamarie Trombetta Case #3**

Whois Lo

Whois Server

whois.arin.net

Status

LEGACY

Contact Email

Registrant

AT&T Internet Services
3300 E Renner Rd
Mailroom B2139

Fraudulent Artwork
© 2015 WorthPoint
Reported to New York
Police Detective Randy
Rose on August 9, 2015

SA2798

# EXHIBIT #10

## eBay   Phone Call Transcript

**SA2799**

EXHIBIT#16 EBAY Phone Page 1 Transcript

00;00;01;14 - 00;00;06;02
**Customer Service**
Welcome to e-Bay Customer Service to ensure quality and for training purposes.

Your call may be recorded.

If you're calling because you are unable to access your email account. Please stay on the line for all other inquiries, including password reset. Please call us at 1 8665403 I see you're calling from 212 427-5990

If you'd like me to use that.
Number to look up your. eBay account press 1But otherwise press two.

Please enter the phone.

**Annamarie Trombetta**
Well, before I do that, Christine, I have been trying to find out the seller of an item. The item is from December 2012. It's not that long ago. I found it on the Internet. And I don't know how to find out who the seller is.

00;01;06;09 - 00;01;09;22
**Christine**
You mentioned that you personally found an item in 2012.

00;01;09;26 - 00;01;32;22
**Annamarie Trombetta**
Yes. It's on a website called Worth Point dot com. When I went on to the membership, there's the source, the amount of money, but the seller is empty. There's no indication as to who the person was who sold this object.

00;01;34;27 - 00;01;44;18
**Christine**
If I'm going to find that item on your account. So we have the timeframe. For the past two years Or a year. Mm hmm. But I'm afraid. We cannot also give you information that you need regarding that transaction

**Annamarie Trombetta**
Right. But it's on the Internet. It's on the Internet. I'm going to ask you to Google one 1972 original oil painting man with red umbrella Mm hmm. Thank you.

00;02;58;01 - 00;03;01;08
**Annamarie Trombetta**
Do you see it ?

**Christine**
Yes I was able to. Pull up some spreadsheets on it. Trying to search for the 1972 original.Oil painting.Man with the red umbrella.

**Annamarie Trombetta**

EXHIBIT #10          Page 2

Mm hmm. Okay. It does say the source is eBay, correct? If you click on to that site and you go to WorthPoint dot com, it says Source eBay. Sold December 1st 2012. Channel online auction

**Christine**
All right.

00;03;46;16 - 00;03;49;22
**Annamarie Trombetta**
But it doesn't give the sellers Identification, right?

00;03;50;09 - 00;03;51;28
**Christine**
Yes. With their I.D. nor, any account related information with The seller.

00;03;58;00 - 00;04;19;00
**Annamarie Trombetta**
Right. However, I have gone on to this site and the value of the painting was $181.50. When you go on to the Worth Point membership it gives a dollar amount, but it doesn't give the seller. Why is that?

00;04;26;21 - 00;04;42;20
**Christine**
Okay, need to get a piece of information For the seller here on eBay. Yeah. And try to we can try to ask if our selling specialist can do something if they have a tool if They can filter the Items that have been listed on the site from that day So if you want, I'm just going to get another specialist who can double check if we can get some seller information and that I don't have a right.
**Annamarie Trombetta**
Perfect. Thank you.

**Christine**

I'll be including that title of the item And that amount you said would be $181.63 and $0.50. 50. Yeah.

00;05;14;27 - 00;05;37;29
**Annamarie Trombetta**
I have it you know I have it on a documented that that was the value of the painting related to that item.

**Christine**
And you mentioned that the date we have here are December 2012 right

**Annamarie Trombetta**
that is correct.

00;05;38;22 - 00;05;41;02

**SA2801**

EXHIBIT #10

Page 3

**Christine**
Ok we should be including complete documentation before I connect you

00;05;42;24 - 00;06;01;01
**Annamarie Trombetta**
That. Yeah. Please, please forward the the URL and the information that you found online, which is active to the appropriate person.

**Christine**
Yes, I know what I'm going to do that as well one moment

00;06;06;22 - 00;06;20;09
**Annamarie Trombetta**
My Name is Anna and my last name is Trombetta   .

**Christine**
ok thank you, and what should be the registered address on your e-bay account?

**Annamarie Trombetta**
I have no idea.

00;06;24;23 - 00;06;37;03
**Christine**
Actually. Just provide me the phone number, in fact,

**Annamarie Trombetta**

For the account.
**Christine**

Yeah,

**Annamarie Trombetta**
it's phone number. Yeah, it's 212 427-5990,

**Christine**
ok thank you so much
Anna do you remember. the zip code of your Address on 96th Street East 96th

00;06;54;16 - 00;07;13;19
**Annamarie Trombetta**
yes. Of course. It's 10128. That information has. It's in the system because in order for me to get to you, they confirmed all that

**Christine**
All right, great. So I was able to put a complete notation about your concerns for today Now let's try to you ask somehow from our online site Specialist who can double check and  look at the Information that you need

EXHIBIT #10                                          Page 4

SECOND EBAY CUSTOMER SERVICE REPRESENTATIVE

00;07;23;02 - 00;07;24;10
**Ebay Customer Support**
Customer support Can I have your first and last name please

00;07;25;01 - 00;07;29;25
**Annamarie Trombetta**
Yes, it's Anna Trombetta. I'm trying to get information. Yeah.

00;07;30;19 - 00;07;31;26
**Ebay Customer Service**
How can I help you

00;07;32;27 - 00;07;37;14
**Annamarie Trombetta**
Information was forwarded to you. Yes or no?

00;07;39;00 - 00;07;40;19
**Ebay Customer Service**
There was no information yet provided.

00;07;41;24 - 00;08;32;11
**Annamarie Trombetta**
Okay. And I am interested to find out who the seller is of an item. I'm going to ask you to Google on 1972 original oil painting man with red umbrella. And what comes up is a website to Worth Point dot com. And the reason for me calling you is that the seller information is it's not visible. So I'm calling to find out if you can inform me who the seller was if you Google 1972 original oil painting man with red umbrella.

00;08;35;28 - 00;08;41;20
**Ebay Customer Service**
Now I forget you right person you actually requested me search information on eBay for that item

00;08;41;20 - 00;09;40;08
**Annamarie Trombetta**
Yes. Because I contacted the user agency. Yeah. Because there is no seller ID and I contacted Worth Point and they said that I would have to contact eBay in order to find out who the seller was. So it's on the internet it says that the source is eBay and that it was sold in December of 2012 and I actually know the value of the sale, which was $181.50 but even though the sale was posted when I went on to the membership for Worth Point, what is not there is the seller ID and when I contacted Worth Point they said I have to contact eBay.

00;09;41;25 - 00;09;53;23
**Ebay Customer Service**
No further information I'll let you know that worked at providing personal information to a buyer on the account because they also try to protect sellers who buy this

00;09;53;23 - 00;09;58;10

EXHIBIT #10                                              Page 5

**Annamarie Trombetta**
well, how would I be able to obtain that information

00;09;59;10 - 00;10;05;26
**Ebay Customer Service**
Normally you try to provide
The title of the item here, there are a lot of sellers that are actually
selling the item as well in the account.

00;10;06;25 - 00;10;10;07
**Annamarie Trombetta**
There's a lot of sellers selling the item on the account.

00;10;10;29 - 00;10;33;04
**Ebay Customer Service**
Just making sure that the right title  that you provide to me in 1972 the
original oil painting man with red umbrella. Yes right when I try to
search that up eBay accounts here. There's a lot of information showing
up so we actually cannot offer exactly the sale you're talking about here
because there are a lot of sellers who are selling the same item as well.

00;10;35;05 - 00;10;47;05
**Annamarie Trombetta**
Right but this one says 1972 and you just googled and it came up in the
in the search bar did it not?

00;10;47;26 - 00;10;51;10
**Ebay Customer Service**
Is there a way that you could pick up the title of the item and you can
see the item number.

00;10;52;22 - 00;10;58;26
**Annamarie Trombetta**
The item number is it's only a nine digit item number on Worth Point.

00;10;59;29 - 00;11;00;19
**Ebay Customer Service**
It's supposed to be 12 digits maam

00;11;02;01 - 00;11;13;04not
**Annamarie Trombetta**
Yeah I know I it's only nine digits. So what I'm trying to find out is if
there actually was a seller or who the seller was.

00;11;17;00 - 00;11;25;27
**Ebay Customer Service**
Because when they tried to provide that information to the other search
bar on eBay, I just have a random listed item here showing up.

00;11;26;06 - 00;11;26;18
**Ebay Annamarie Trombetta**
Yes.

00;11;27;27 - 00;11;31;19

**SA2804**

EXHIBIT #10        Page 6



**Ebay Customer Service**
But I can't actually provide you some personal information on the
seller's account.

00;11;31;23 - 00;11;55;00
**Annamarie Trombetta**
OK, so again the title of the piece is 1972 Original Oil Painting Man
with Red Umbrella. If you Google that, if you put up pull up another page
and you Google that 1972 original oil painting man with red umbrella.

00;11;58;01 - 00;11;59;05
**Ebay Customer Service**
red umbrella.Right?

00;11;59;05 - 00;12;14;00
**Annmarie Trombetta**
Right Just Google that 1972 original oil painting man with red umbrella
signed Annamarie Trombetta

00;12;14;00 - 00;12;14;22
**Ebay Customer Service**
Google.not eBay.

00;12;15;07 - 00;12;16;13
**Annamarie Trombetta**
Google. Correct.

00;12;21;22 - 00;12;23;20
**Ebay Customer Service**
So a lot of information showing up here.

00;12;24;09 - 00;12;24;18
**Annmarie Trombetta**
Right. 1972 original oil painting man with red umbrella and underneath it
says www.worthpoint dot com.

00;12;37;00 - 00;12;37;25
**Ebay Customer Service**
Worth Point.

00;12;38;08 - 00;12;40;18
**Annamarie Trombetta**
Yes. That's the one you want to click on to.

00;12;41;10 - 00;12;43;20
**Ebay Customer Service**
I think that it's actually not eBay.

00;12;44;07 - 00;12;51;08
**Annamarie Trombetta**
Correct but click on to it if you click on to it. Did you.

00;12;52;25 - 00;12;57;24
**Ebay Customer Service**

**SA2805**

EXHIBIT #10                    Page 7

I tried to do that on the web and it provided me a lot of information.

00;12;57;24 - 00;13;07;22
**Annamarie Trombetta**
correct And it says source eBay and it's highlighted. So when I click on to eBay, it goes to the eBay website.

00;13;10;16 - 00;13;14;08
**Ebay Customer Service**
Where if there you go, it's Worth Point, right?

00;13;14;13 - 00;13;16;06
**Annamarie Trombetta**
Correct. Worth Point.com

00;13;17;03 - 00;13;32;26
**EBay Customer Service**
It's actually a different selling page it's essentially a third party application from eBay as well let me check, **it's actually a third party app. It's a marketplace. It's not from eBay.**

00;13;33;17 - 00;13;36;02
**Annamarie Trombetta**
I know it's not from eBay. It's from Worth Point.

00;13;37;04 - 00;13;42;18
**EBay Customer Service**
Yeah. And it's not showing up here. Yes the source, is actually ebay if you have provided that Right,

00;13;42;18 - 00;13;43;11
**Annamarie Trombetta**
right. So you're on the Worth Point website right now with and you're looking at a picture of it looks like a canvas and it says A. Trombetta

**EBay Customer Service**
yes Maam

**Annamarie Trombetta**
and it says 1972 original oil painting item category source is eBay sold December 1st 2012. The channel is online auction. But what I need to do is find out or I need to be informed how can I find out who the seller was.

00;14;18;21 - 00;14;37;28
**EBay Customer Service**
So let me see if I can actually have the tool to actually provide that information but if we have that information here on my end we're not actually allowed to provide a personal information. All right. Because that's only part of how the seller's protection.

**Annamarie Trombetta**
OK, well

EXHIBIT #10                                              Page 8

**EBay Customer Service**
We can only provide if we have an item number. I can provide the item
number. All right.

00;14;38;18 - 00;14;41;13
**Annamarie Trombetta**
Thank you

**EBay Customer Service**
please. Stay on the line.

00;14;41;13 - 00;14;41;26
**Annamarie Trombetta**
I will.

00;14;42;18 - 00;14;43;10
**EBay Customer Service**
I will Be placing you on hold.

00;14;43;19 - 00;14;45;01
**Annamarie Trombetta**
Thank you. Thank you.

00;14;46;11 - 00;14;48;06
**EBay Customer Service**
Thanks so much for staying on line here Anna

00;14;48;08 - 00;14;49;15
**Annamarie Trombetta**
Yes. And your name?

**EBay Customer Service**
Yeah, my name is Jamie.

00;14;53;05 - 00;14;57;27
**Annamarie Trombetta**
Jamie. Jamie, what do you mean by it was a third party seller.

00;14;58;17 - 00;15;01;06
**Jamie EBay Customer Service**
Um, it's like they're using a third party application.

00;15;02;18 - 00;15;03;10
**Annamarie Trombetta**
Who is using.

00;15;03;10 - 00;15;09;11
**Jamie  EBay Customer Service**
A open third party apps on their account. And regarding that, that is
actually not from ebay anymore.

00;15;09;17 - 00;15;12;14
**Annamarie Trombetta**

**SA2807**

EXHIBIT #10                    Page 9

OK, it's not from eBay, is it from WorthPoint?

00;15;13;08 - 00;15;22;00
**Jamie  eBay Customer Service**
Yeah. And I tried to get in touch with one of the experts regarding it, and they have informed me that if you want to go ahead and get some information on who is selling the item.

00;15;22;08 - 00;15;22;26
**Annamarie Trombetta**
Yes,

EBay give Plaintiff
Worth Point's Phone
Number

00;15;22;27 - 00;15;25;21
**Jamie  eBay Customer Service**
you can Get in touch with Worth Point and we do have their phone number.

00;15;26;21 - 00;15;36;16
**Annamarie Trombetta**
OK, hold on one second. Yes, I'm listening. What is it?

EBAY
Confirms
WorthPoint
Website

00;15;36;21 - 00;15;45;22
**Jamie  eBay Customer Service**
Okay. The phone number for **WorthPoint** contact information. Customer service will be 877 481-5750.

1972 Post

00;15;46;12 - 00;15;56;24
**Annamarie Trombetta**
Well, I did call them and they said that I had to get in touch with eBay because if they don't sell anything, they're a database. So I keep going back and forth.

00;15;59;16 - 00;16;10;12
**Jamie  eBay Customer Service**
Let me try see at our end to maybe they provided information like a third party app to give it to me tried to go ahead and provide that information here on eBay.
And do it again. OK,

**Annamarie Trombetta**
OK. Because I still don't understand what you mean by third party. You're saying that it is the responsibility of WorthPoint to have that information.

**Jamie  eBay Customer Service**
Yes Maam

**Annamarie Trombetta**
Well, again, Worth Point keeps telling me that since they don't sell anything and that it was sold on eBay in 2012 that you would be the source of the seller Id.

00;16;42;26 - 00;16;55;26
**Jamie  eBay Customer Service**

EXHIBIT #10                    Page 10

The item has already been sold here on ebay  What I have tI try to pull up an equal tag on the item on worth point I tried to search for some type of searching not just eBay and it's actually not showing up.

Not Showing Up

00;16;56;04 - 00;17;03;26
Annamarie Trombetta
Well what if what if that information is not true what if it wasn't sold on eBay ?

00;17;05;14 - 00;17;10;20
Jamie  eBay Customer Service
The item is already listed here on ebay here. It will still show on the ebay Web site.

00;17;10;22 - 00;17;14;07
Annamarie Trombetta
Even though it's from 2012

00;17;14;07 - 00;17;26;15
Jamie  eBay Customer Service
still that Beyond I mean that would information fully deleted if it still we only can do something about it if the item activated on the account of what you sold the company a msximum of 60 ?days

00;17;28;15 - 00;17;47;28
Annamarie Trombetta
A maximum of 60 days so how do you know again how can I find out who the seller is from 2012?  Is it possible? Do you have the data stored. Is there a particular person or department that I have to contact in order to acquire that information.

00;17;49;10 - 00;17;55;21
Jamie  eBay Customer Service
On my end I don't have the actual tool to ah provide ah actually provide or see that information at my end

00;17;55;29 - 00;17;56;11
Annamarie Trombetta
Right.

00;17;56;20 - 00;18;07;29
Jamie  eBay Customer Service
And of a handful of limited access. But let me see if I can get in touch. You can go back to one of my expertise department here and see if they have a different department to actually search that item, ok

00;18;07;29 - 00;18;11;04
Annamarie Trombetta
OK. Thank you very much.

00;18;11;04 - 00;18;12;08
Jamie  eBay Customer Service
No Problem I'll be putting you back on hold ok Anna

**SA2809**

EXHIBIT #10                Page 11

00;18;12;08 - 00;18;16;28
**Annamarie Trombetta**
Yes. Thank you, Jamie. Thank you. Like awaiting it. Yes. Jamie.

00;18;18;08 - 00;18;20;22
**Aldrin**
Yeah. Yeah. This is Aldrin. Jamie's supervisor.

00;18;21;01 - 00;18;22;27
**Annamarie Trombetta**
Oh, Aldrin's ok. Yes.

00;18;23;22 - 00;18;26;18
**Aldrin**
I was told this is  this will be with one of your  items, which is
basically I tried pulling up that specific website.
as advised by Jamie  ..you know.. was looking at the information  provide
me was sold for December 1, 2012. and you're not the one who sold this
item.

00;18;44;21 - 00;18;59;21
**Annamarie Trombetta**
I am not the one who sold this item I'm actually the one that the
painting is being attributed to it says signed Annamarie Trombetta I'm
Annamarie Trombetta

00;19;01;26 - 00;19;09;06
**Aldrin**
There I now see, alright then let's try look at all the  best options for
us to pull up the item here on my end to get all the information about
the seller so that I can try to track..

00;19;09;06 - 00;19;50;25
**Annamarie Trombetta**
Right, so who the seller is because there is the source is named eBay
even though it's on worthpoint.com's website the source is eBay. And when
you click on to that source that highlighted eBay goes straight to the
eBay website but it's it's a circle it doesn't even though I went online
to try and find out the price which is $181.50, the seller identification
was absent.

00;19;57;08 - 00;20;07;13
**Aldrin**
Again further information so that I can try to track more details about
the item OK try and check and find the and pull up the  item number or
what not.
That's the only way for us to get the  details from the seller And based
on Price Point website and let me further check here on my end.

00;20;19;10 - 00;20;20;06
**Annamarie Trombetta**
OK, thank you.

00;20;21;18 - 00;20;24;11

**SA2810**

EXHIBIT #10    Page 12

**Aldrin**
You're Welcome let me place you hold for one or two minutes I'll get back
to you.

**Annamarie Trombetta**
Very good. Thank you. Aldrin

00;20;26;08 - 00;20;32;08
**Aldrin**
Yeah This is Aldrin OK. Yeah, I tried everything here on my end to
possibly pull up details of this listing going back to the possible date
specifically December of 2012 of what was sold on that date and I don't
see anything here on my end Here's what we're going to do..

**Annamarie Trombetta**

Yes
**Aldrin eBay Supervisor Specialist**

 Okay We have a listing department here before making sure  taking care
of reporting listing status members trying to check on listing things for
corporate purposes and Stuff like that we might have further details
about this item that was sold way back in 2012. Because as far as history
is concerned here on my end I only have a limited time frame.

00;21;13;13 - 00;21;13;26
**Annamarie Trombetta**
OK.

00;21;14;13 - 00;21;19;17
**Aldrin**
However, listing policy at Worthpoint might have a way to gather more
information  about it

00;21;20;00 - 00;22;02;06
**Annamarie Trombetta**
Is there anyone that I could contact or write to? Because again, when I
called initially, it's just the nine digit code. The code on the URL for
WorthPoint it's worthepedia 1972 to oil painting man red and it's
48924172 but that's only nine digits you're. Yeah Jamie was telling me
that it's a 12 digit item number that you can look information up with is
that correct exact.

00;22;02;22 - 00;22;08;26
**Aldrin**
Item numbers right I mean items registered on the website for ebay  will
be consisting  of 12 numbers and that's.

00;22;12;05 - 00;22;30;03
**Annamarie Trombetta**
Yeah I was going to say even in 2012 that was the standard policy that
all the inventory numbers were 12 digits because this is from 2012. Could
it be that that's why it's only nine digits

EXHIBIT #10    Page 13

00;22;30;04 - 00;22;46;26
**Aldrin**
Not Necessarily it has been standardized since then. So that will be like for you. I need to get that standard number for item numbers at least 48924172 and this will be associated with WorthPoint item numbers.

00;22;47;00 - 00;22;47;13
**Annamarie Trombetta**
Okay.

00;22;48;29 - 00;23;33;27
**Aldrin**
So since it's on your website might have been login register between that specific series of numbers. OK, but do further check on this I'll be needing. to go up to our Listing Policy Department, you know, I'd be looking further into it   Together with that if you have access beyond the items that we have here on eBay, all the reports, all the details of the left bank that he might have even requiring this particular item for documents for **COPYRIGHT**  purposes like listing items like this very easy or whatnot, most likely the seller of items  was required to provide us(eBay) with documents updated to make sure for us as well that items which We know

**Annamarie Trombetta**
Right

And so I can give you just stay the line for me for a couple of seconds for Our Listing Policy department,

**Annamarie Trombetta**
listing policy department. Thank you.

**Aldrin**
And you're welcome stay on the line please.

00;23;51;15 - 00;23;54;22
**Annamarie Trombetta**
I shall

**FOURTH EBAY SPECIALIST**  —→   New E Bay Specialist

00;23;55;22 - 00;24;02;22
**Archer**
Your name please..

**Annamarie Trombetta**
your name is Arthur

**Archer**
Archer.

**Annamarie Trombetta**
Archer. OK, and what department are you from? From eBay?

EXHIBIT #10 Page 14

00;24;02;29 - 00;24;05;03
**Archer**
I'm from the Internet listings

00;24;05;24 - 00;24;17;11
**Annamarie Trombetta**
OK, my name is Anna Trombetta. I'm calling about a did did the Aldrin tell you what this was in reference to.

**Archer**
Yes, that there's Some notes from the previous job  let me check take that first ok
Something here to get details about the seller. One of your items shows it was bought last in 2012 ??

00;24;33;20 - 00;24;55;23
**Annamarie Trombetta**
That is yes it's if you Google 1972 original oil painting man with red umbrella if you Google that what will come up is the link and then it's connected to a website called. Worthpoint.com
Are you there ?

00;25;00;15 - 00;25;10;03
**Archer**
Yes I was provided that link  It's showing me coming 1972  original painting man with red umbrella signed saying ok yeah  tell me more about this let's go over this.

00;25;10;16 - 00;25;45;01
**Annamarie Trombetta**
Ok well the item category and the seller is not visible. The source is eBay. When you click on to the eBay logo, it goes straight to the eBay website and it says that it was sold December 1st 2012 and that the channel is an online auction. It gives a very detailed description of the painting, its states, the size and the, the condition of it. It's supposed to have been damaged. And then it also gives the biography of the artist. So what I'm trying to find, since it has been duly documented on this Worth Point website that it was sold in December 1st of 2012. What I did was I went on to the Worth Point website, it's valued at $181.50, but it doesn't reveal the seller.So what I'm trying to do is track down the seller Identification
 Hence the reason why I'm talking to you Archer

00;26;28;27 - 00;26;33;02
**Archer**
I am OK are you the one who painted this.

00;26;35;04 - 00;26;49;21
**Annamarie Trombetta**
Well somebody's saying that I painted it but I don't recall painting it and I, I looked to check to see the picture of it and there aren't pictures, but there's a picture of a signature.

**SA2813**

EXHIBIT #10                                                    Page 15

00;26;52;14 - 00;26;57;19
**Archer**
That is true  but somebody that's absolutely clear. You wanted to report
somebody using your name to sell this painting correct

00;26;59;00 - 00;27;08;24
**Annamarie Trombetta**
well, somebody sold it and they sold it for $181, and I need to know who
sold it. And I'm checking with you to find out if there's any
documentation of the sale, because when you go on to Worth Points
membership, there's a dollar amount associated with the sale of this
painting, and it's duly documented on the website, whether you're on the
membership or not. That it is the source of the sale is eBay.

**Archer**
That is true Here's the thing we only recover or we only save information
for up to 18 months. So one year and a half of information  after that
those information can no longer receive  even if you can get the item
number.
So It's not going To show And so my point that this has been sold for
like three years

00;28;14;03 - 00;28;54;16
**Annamarie Trombetta**
Yes but your company eBay is associated with this website which is
associated with me so whatever your policies are, that's your policy. OK,
I'm just trying to find out who the seller is. Now, when I spoke to
Aldrin, he said that you have information on file do you have a database
back to 2012? Can you access that information? Is there a way to access
that information?

00;28;58;13 - 00;29;06;01
**Archer**
No We can't save three years of information, so I might actually delete
the specifics for again a year and a half.

00;29;06;15 - 00;29;47;16
**Annamarie Trombetta**
So you're saying that you're associating your company... eBay is associated
with and now I'm associated with Worth Point and eBay and you have no way
possible of telling me who the seller was because this potentially could
be a fraudulent piece of artwork that was sold and attributed to me
.....So that's why it is vital for me to find out who the seller is.

00;29;53;20 - 00;30;02;15
**Archer**
As much as I would like to Share those information to you. We can no
longer go back to three years information and that's a system limitation.

00;30;03;06 - 00;30;20;12
**Annamarie Trombetta**
Well even though it's a system limitation, there has to be a way to if
that and if that information is limited why is it up on the Internet now?

# EXHIBIT #10

Page 16

**Archer**
Only by the time it was created, it just copied all the description they
had on their database and on their system, I mean, we no longer have a
copy of this because they don't release any information. It's still up
there. That's what I think that that happened

00;30;41;00 - 00;30;41;16
**Annamarie Trombetta**
That's what you think

00;30;41;16 - 00;30;51;21
**Archer**
they didn't even provide any item number. Supposedly, there's an item I
don't know when we can at least check the the data was created, those
kind of things.

**Annamarie Trombetta**
Well, can I ask you, was it sold on eBay as they are stating the source
To be

**Archer**
To be honest, that's fine. I can't even check it's undefined.

00;31;04;09 - 00;31;20;00
**Annamarie Trombetta**
OK, it's undefined. So how do I know what the painting looks like? And if
it was one of mine ?   hello?

00;31;20;29 - 00;31;38;17
**Archer**
Yeah, I'm just looking at something. Have you tried checking to see if
there's a way for you to check with WorthPoint, So for them to get back
with their own information, as I see here that it only shows one photo
right ?

00;31;39;16 - 00;31;42;24
**Annamarie Trombetta**
It shows the photo of a signature

**Archer**
of a signature. So I don't think. Cause it's been more than a couple of
years. It's showed up here on their site. On eBay we really really cannot
get
this information anymore. Even if you have the item numbers is an
information now, has it taken up? Oh.

00;32;03;21 - 00;32;24;25
**Annamarie Trombetta**
I have tried calling them. And they specifically said to me, we don't
sell anything. We're a database and you need to contact eBay because it
was sold online through eBay. OK. And now you're telling me to contact
them

00;32;25;07 - 00;32;32;28

EXHIBIT #10

**Archer**
If you click their store And it says eBay it's only going to redirect to
eBay website But even not showing up the item specifically itself

00;32;32;28 - 00;32;42;05
**Annamarie Trombetta**
That's correct. Did you click on to the eBay link? Yeah, yeah, yeah. And
it goes to the current eBay listing is that not correct?

00;32;43;03 - 00;32;53;16
**Archer**
That's correct. Technically I can't confirm  if it's purchase or sold
that was I sold on eBay yet.

00;32;53;28 - 00;33;21;02
**Annamarie Trombetta**
You can'tconfirm . OK, so then how do I how do I know if you can't
confirm it? I can tell you that that is not my signature. That I can tell
you I don't sign my name that way. So whoever took that picture, whoever
posted that picture is not revealing the truth. So if that's I know
that's not my signature.
I don't know what the painting looks like, but it is definitely my
biography that is so specific that I know it to be me. So basically what
you have here is a fraudulent attribution now, is there anyone in the
legal department that I can speak with regarding this to try and find
out.. You're telling me that you don't have data longer than 18 months,
is that correct? Excuse me?

00;34;00;08 - 00;34;02;12
**Archer**
Yeah  that is true but f I only have an item number I really can't
check't …if there is an item number then we can try to check

00;34;02;23 - 00;34;20;26
But based on WorthPoint's information it was purchased or sold on eBay .
Nothing is showing up here no item number  no transaction number not even
a link to the original ah sales website.

00;34;21;07 - 00;34;48;21
**Annamarie Trombetta**
Well who is responsible for the linking to eBay ?In other words, the item
is on Worth Points website and there is a link that goes directly to
eBay. Who's responsible for that link? You've given Worth Point
permission to do that?

00;34;49;02 - 00;34;59;19
**Archer**
It shows up here that eBay as a partnership with WorthPoint  So there's a
possibility that the person who owns a WorthPoint  account links it's
item to this website.

00;35;02;00 - 00;35;05;26
**Annamarie Trombetta**