**SA2816**

EXHIBIT #10                                    Page 17

OK, so you have a working relationship.

00;35;09;15 - 00;35;10;28
**Archer**
That's what isshowing up in here, but it's....I. You know, to be honest, this is the first time I... I had this WorthPoint website open.

00;35;19;06 - 00;35;57;20
**Annamarie Trombetta**
OK? And and again, all I can tell you is that I contacted WorthPoints and they said that they don't sell anything. It's it was sold on eBay. What is it for? It's yes. I don't know specifically. I was told that it's a database that ...that people go to to see the value of info of paintings, antiques, artifacts, anything that's for sale. I know as much as you do, sir. I was told to call eBay in order to find out who the seller was. But since I can't find out who the seller was because of the limited database, that eBay has, how... how old is the company? I how old is eBay?

00;36;24;05 - 00;36;27;04
**Archer**
Since I believe it's 1997 or 1996

00;36;28;03 - 00;36;37;14
**Annamarie Trombetta**
1996. So it's a 20 year old company and, and basically you're telling me that you don't have a database for all the items that you sell.

00;36;41;16 - 00;37;15;02
**Archer**
We have databases to see specific information for specific period of time. Right. Yeah. There's a lot of sales there's a lot of information that can be seen.
So there's a time frame, so how long we can see those information that are on our website if there's only an item number showing up here, they cannot be searched as to when the item was first listed or the date of the item was ended but I don't get the information that I can get if you have an item number.

00;37;15;24 - 00;37;16;18
**Annamarie Trombetta**
So your telling me That because there isn't an item number. It's now impossible for you to find out who the seller is.

00;37;26;21 - 00;37;43;02
**Archer**
Basically yes it is possible  If we search for this title and the search results on ebay. I mean, I know I mean, normally if an item gets sold, it's only going to show up at the website for six months 60 days rather...60 days.

00;37;43;03 - 00;38;10;22
**Annamarie Trombetta**
 I understand. I understand the concept this, but for someone to have for WorthPoint, to have the permission to put eBay on to the source, then

EXHIBIT #10                                          Page 18

indirectly or directly, eBay is connected and responsible for the information

00;38;11;21 - 00;38;25;15
**Archer**
Possible Yes. So that can be true that if this owner who created this part of their Web site didn't provide any ah.. specific information. They just copied what was under this description it's impossible for us to check or confirm

00;38;27;26 - 00;38;31;26
**Annamarie Trombetta**
It's possible or impossible
00;38;31;26 - 00;38;32;28

**Archer**
Impossible,

00;38;33;22 - 00;39;19;23
**Annamarie Trombetta**
Impossible So basically what I have is ah it's basically copyright infringement. Your Web site has a great deal of information regarding copyright infringement. In other words, WorthPoints. And eBay is associating my name because it says it right in the title. Annamarie Trombetta. Is it possible for eBay to take this down since you say you don't know who the seller is and it's impossible for you to find out who the seller was? Is it possible for you ....for eBay . . .to take this off the Internet?

00;39;26;21 - 00;39;39;06
**Archer**
We can but you have that option because it bears your name in their site. You can request for Worth point to remove this breach on their site. It's on their site.

00;39;39;06 - 00;39;58;06
**Annamarie Trombetta**
So it's my responsibility. Now, to have WorthPoint, take it down, but it's associated with eBay because there's a link to eBay. So does eBay have any responsibility in in.. assisting me with taking this down.

00;39;58;29 - 00;40;11;18
**Archer**
If it's free If we really have a specific link for the sale.. all right... It only shows the link of the home page of eBay. Having it confirmed that it's sold on eBay.
But if it shows a source which it's UNDEFINED it's only a website It's only a page . . It's a homepage So let's say if we have a partner to this website.. right?

00;40;26;09 - 00;40;32;03
**Annamarie Trombetta**
It's a home page, but then it clicks on to the actual website of eBay.

SA2818

EXHIBIT #10

Page 19

00;40;32;10 - 00;40;40;26
**Archer**
eBay. Yeah. But if I'm going to be the one to create this page, I can get and add any webpage 's link, to any link on my page not just eBay

00;40;41;19 - 00;40;48;07
**Annamarie Trombetta**
Well, let me ask you this. Can can an unknown party put anything on the Internet.

00;40;52;01 - 00;40;56;04
**Archer**
that's possible.

00;40;56;17 - 00;41;20;04
**Annamarie Trombetta**
That's possible.

**Archer**
Yeah, it's coding.

**Annamarie Trombetta**
Coding. Well, how would you know whether it was coded because that would solve the riddle that an unknown party put this on the Internet. Would that be in the URL of worth point

00;41;23;12 - 00;41;27;09
**Archer**
I really can't understand this information. That said, assist you further. Like getting those information We need to find out for their seller is, but I don't have much information to link it to our database.

00;41;36;28 - 00;41;57;28
**Annamarie Trombetta**
OK, so is there anybody or any department, maybe a legal department that I can contact to find out how I can either determine who the seller is or possibly to get this link with eBay off the Internet.

00;42;01;01 - 00;42;06;26
**Archer**
And if they help you further, I can't pull up any correct information associated with the sale now because it's UNDEFINED Nothing is showing up here …Ah ..just the source.. that it's sold on eBay.

00;42;16;08 - 00;42;33;13
**Annamarie Trombetta**
OK, if its undefined, but what's not undefined is the association of my name with your company with WorthPoint and with this piece of artwork and with the signature, it is my name that is being used.

00;42;35;19 - 00;42;46;12
**Archer**

**SA2819**

EXHIBIT #10                      Page 20

You know if you want this page to be removed you should contact WorthPoint it's on their Web site. The page is associated with this but we Don't have the right to remove this page

00;42;47;18 - 00;42;54;25
**Annamarie Trombetta**
You don't have the right to remove the page.

**Archer**

No,

**Annamarie Trombetta**

but it's it's linked and it's linked to eBay.

00;42;58;01 - 00;43;09;25
**Archer**
But it's copyrighted to your name and you have all the right to request and remove it this page?

00;43;09;26 - 00;43;27;06
**Annamarie Trombetta**
Sir The purpose of my call is to get this off the Internet. This has been going on since August 2015. It is now December. I keep contacting Worth Point and they're telling me to contact you. I have no idea what's true and what's not.

**SUDDEN  HANG UP AND SOUND DIAL TONE BEEPING**



SA2821

ZIP / Postal Code          Country

10128          United States

**Email** *

trombettaart@yahoo.com

**Telephone**

(212) 427-5990

Plaintiff 000286

## Addendum to Removal Request

If you believe the listed item infringes on your intellectual property rights, please designate the reason or reasons for the Claimed Infringement below.

☑ Trademark – *Item* Infringement
   Item is a counterfeit product which infringes the trademark owner's rights.

☐ Trademark – *listing content* infringement
   Listing contains unlawful use of trademark

☑ Copyright – *listing content* infringement
   Listing uses unlawful copy of copyrighted text.
   Listing uses unlawful copy of copyrighted image.
   Listing uses unlawful copy of copyrighted image and text.

## Additional Items

If you have additional items listed in Worthopedia which you believe present infringement issues, you can either repeat the above process for each item or complete the information below:

## Work(s) believed to be infringed (please include trademark registration or application number with each)

Listed on your website at the URL above is an ad for an Original Oil Painting from 1972. My name and self written biography from my website was used without my consent or knowledge. I am requesting that your infringing ad on your website be permanently removed. This information is fraudulent. Your company is claiming that I am the artist who painted the Original Oil Man With Red Umbrella in 1972. I did not paint this oil. I would have been 9 years old. PLEASE remove this false listing from your website and the internet immediately.

#11B

EXHIBIT

B

Paged
Date Jan 142014

PL 286

# EXHIBITS  FOR PLAINTIFF'S

# RESPONSE  TO

# WORTHPOINT'S  MOTION

# FOR  SUMMARY  JUDGEMENT

2

# EXHIBITS

## TO WORTHPOINT'S SUMMARY JUDGEMENT

**EXHBIIT# 10** EBay Phone Transcript 20 Pages. Plaintiff Evid.000328 ON PAGE 13 SELLER OF ITEMS WAS REQUIRED TO PROVIDE EBAY WITH COPYRIGHT DOCUMENTS.

**EXHIBIT#11** WorthPoint's webpage Item Review Request Pl. Evid. 000285 and 000286 Dated Jan. 14, 2016 To REMOVE False webpages on WorthPoint's website.

**EXHIBIT#12** Google Listing on Jan.20, 2016 with 3 WorthPoint links to 1972 Oil Painting.

**EXHIBIT#13** Pl. deposition pages 102 to 107 with Pl. Evid. 000124 Pl. Bio from my website.

**EXHIBIT#14** WorthPoints' discovery responses to1972 date of post ,meta data request and links listed under Plaintiff's name in Pl. Evid. 000448 -000452 to 000457. WorthPoint's discovery response for "© Copyrighted work licensed by WorthPoint" and the misuse of the"© symbol Pl. Evid. 000439

**EXHIBIT#15** WorthPoint Evid.000132-134 Jan. 4, 2017 email Will Seippel/Jason Packer.

**EXHIBIT# 16** Wiil Seippel 6/29/20 Decl. March 1, 2016 response to PLFeb.20, 2016 email.

**EXHIBIT#17** A Wiil Seippel's Feb. 20, 2016 email to Pl. Feb.20,2016 email .
17 B Google listing on Feb. 17, 2016 with Last visit 2/17/16 —Marilyn Monroe.

**EXHIBIT#18** A Jason Packer Declaration page 9 w/annamarie@trombettaart.com email.
18 B Plaintiff's August 30, 2022 Depo. P.178 and
18 C August 30, 2022 Depo. P.48
18 D WorthPoint's sent email dated March 25, 2022 to Pl. website email address.

**EXHIBIT#19** A Plaintiff's deposition pages 117 and 118
19 B Plaintiff's Evid. 000439

**EXHIBIT#20** A EAI eBay sales receipt EAI000058-000059 produced April 27, 2022
20 B EAI eBay sales receipt EAI000060 produced November 16, 20222
20 C EAI eBay sales receipt in an eml on November 17, 2022 Pl. Evid.000822
20 D Plaintiff email to Mr. Duff Pl. Evid 000824 requesting the raw message.

**SA2824**

EXHIBIT # 12

1972 Original Oil Painting Man with Red umbrella signed Annamarie Trombetta – Google Search     Plaintiff's Evidence 000611     1/20/16, 3:50 PM

 Google  1972 Original  Oil Painting Man with Red umbrella signed Annamarie Trombetta  🔍     ⋮⋮⋮  Sign In

All     Images     Shopping     News     Videos     More ·     Search Tools     ✿

8 results (0 59 seconds)

Date
January 20
2016

EXHIBIT
# 12 (A)

 **1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...

 **THOMAS KINKADE -KINCAID - WorthPoint**
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or Sign In to see what it's worth. ... 1972 Original Oil Painting
Man With Red Umbrella Signed Annamarie Trombe · Handmade New ...

**Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...**
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or Sign In to see what it's worth. ... 1972 Original Oil Painting
Man With Red Umbrella Signed Annamarie Trombe · Mustangs" Frank ...

**Annamarie Trombetta - Artist Info**
www.trombettaart.com/info.html ▾
2001, -Richmondtown Historic Museum,S I, NY "Plein Air Paintings of Staten ...
representation may be, Annamarie Trombetta is enough of an artist to realize that ...
Missing: 1972 oil man red umbrella

**Annamarie Trombetta, Artist Interviewed by June Middleton ...**
https://www.youtube com/watch?v=ufEQ3D3LWms
Apr 29 2015  Uploaded by JuneMindingBusiness
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has created works in oil ...
Missing: 1972 man red umbrella
▶ 28:02

**Painting Central - artist Annamarie Trombetta on Vimeo**
vimeo.com › salem krieger › Videos   Vimeo
Nov 8 2012
Artist Annamarie Trombetta a NYC based painter working in
Central Pak  A profile of Annamarie as an artist.
Missing: 1972 oil man red umbrella
▶ 2:28

**Central Park's Plein Air Past | OutdoorPainter**
www.outdoorpainter.com/central-park-s-plein-air-past/ ▾
So it's perfectly natural that plein air painting would go on in those choice   "The
Destructive Dance of 'Sandy'" by Annamarie Trombetta ... "Central Park Clockwork
Mode of Multicolored Apps," by Annamarie Trombetta. oil and mixed media

**Annamarie Trombetta Profiles | Facebook**
https://www.facebook.com/public/Annamarie-Trombetta ▾ Facebook
Search Results for Annamarie Trombetta  Search  Search Results for Annamarie
Trombetta. Find your friends on Facebook  Log in or sign up for Facebook to
Missing: 1972 oil painting man red umbrella

**Original Oil Paintings - Original Art. Top Emerging Artists**
[Ad] www.ugallery.com/Buy-Original-Art ▾
Expertly Curated -- Free Shipping'
Expertly Curated Pieces  Happy Clients Worldwide  New Art Released Weekly

https://www.google.com/?gws_rd=ssl#q=1972+Original+ +Oil+Painting+Man+with+Red+umbrella+signed+Annamarie+Trombetta     Page 1 of 2

**SA2825**

1972 Original Oil Painting Man with Red umbrella signed Annamarie Trombetta – Google Search                    1/20/16, 3:50 PM

An attractive option for original artwork. – Better Homes and Gardens          **Plaintiff's Evidence 000612**
Most Popular Artists - The Showroom - New Arrivals - Staff Favorites

**Original Art Gallery - Over 7000 Completely Original Works**
**Ad** www.zatista.com/ ▾
Great Value. Buy Today, Save Big.
Free Returns · No Reproductions · Affordable
Original Paintings - Original Drawings - Browse Art to Buy - Try It Risk Free

**Original Paintings - Get Inspired By Our Curated Gallery**
**Ad** www.onekingslane.com/Paintings ▾
4 3 ★★★★✦ rating for onekingslane com
Join For Free & Shop Sales Now!

*In order to show you the most relevant results, we have omitted some*
*entries very similar to the 8 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

Searches related to 1972 Original Oil Painting Man with Red
umbrella signed Annamarie Trombetta

artist annamarie trombetta

judge annamarie trombetta

◎ New york, ny - From your Internet address - Use precise location  Learn more

Help     Send feedback     Privacy     Terms

*(handwritten: EXHIBIT #12 (B))*

EXHIBIT # 13

Page 102

A. Trombetta

A.    I do.

Q.    Then we would request that we be provided with the full, complete original copy.

A.    And we would have to, we meaning you as well as I, review all the evidence and see if the numerical coordinates are already submitted.

MR. DUFF Can we go off the record for a moment?

MR. BIALEK:  Sure.

THE VIDEOGRAPHER:  Going off the record at 12:22.

(Discussion off the record.)

THE VIDEOGRAPHER:  We are back on the record at 12:23.

BY MR. BIALEK:

Q.    So while we were off the record you started to explain that you had lost some documents.

Can you explain?

A.    Let me state specifically that in August 2015 I found a false internet posting. From that point forward I consistently contacted eBay several times, also Worthpoint that informed me in order to do anything I had to contact eBay.

EXHIBIT #13

Page 103

A. Trombetta

For months I went to two different companies back and forth and I was given incorrect information by both parties. At a pinnacle point in November of 2015 I directly spoke to then employee Anita Brooks who informed me verbally on the phone that I had to contact eBay and she requested that I stop calling her. So I negotiated a deal and I said if you put in writing that I need to contact eBay and you solidify your stance on this issue I will then send that information to eBay because right now two different sources are telling me two contradictory things creating confusion and delays.

Q.    How does that have anything to do with --

A.    Can I finish?

Q.    -- with documents?  I'm sorry.  Go ahead.

A.    May I finish?

Q.    I didn't --

A.    I have been answering questions in the most detailed, what I think, respectful manner. So if I may continue.

Q.    Absolutely.

EXHIBIT #B

Page 104

A. Trombetta

A.    So upon contacting eBay several times and recording with eBay on a phone call who went on to the Internet with me while I was on the phone and this is all duly documented in phone calls that I have given to your company for you to review.  The last and final eBay representative after a period of about 40 minutes told me that in his experience there was a link on Worthpoint that brought up the eBay page.  That doesn't necessarily mean that eBay had a connection to the Worthpoint website.  And I am paraphrasing now. It is not verbatim from the phone call.  I gave him the code on the Worthpoint website which 489 blah, blah, blah.  I can't say it verbatim.  I believe it might be on document Exhibit 7 and when he looked that up he said that is not an eBay number, meaning I asked him specifically what does that mean.  It means that eBay numbers are between ten and 12 digits.  I don't believe that this item was sold on eBay.  With that in writing and by phone I contacted Anita Brooks duly documented and submitted no more than two weeks ago in August of 2022 my phone recording with Anita Brooks was submitted to your law firm.  In that phone call

EXHIBIT #15

Page 105

A. Trombetta

dated January 22, 2016 I was telling Miss Brooks that I did not do the painting. That it was definitely on Worthpoint's website even though she denied this, I confirmed to her and I asked to speak with someone who could assist me and she was speaking over me. I told her this is my copyrighted original website and she said she had -- that that information, even though she was not aware of the information, she wrongfully said we have the right, we meaning Worthpoint, have the right to use it. Well, the phone call ended with her instructions to have me put things in writing on January 22nd. Submitted in my evidence are those e-mails to Anita and to Greg Watkins at the e-mail address support at Worthpoint.com and then there is another address which I can't remember verbatim. That was duly documented in my evidence.

To end and summarize everything, when the information that I requested to be removed ceased to be seen on the internet. Somewhere in the Spring or summer some original documents at that time, because I was under the influence that my negotiation and deletion was permanent, some of

Page 106

A. Trombetta

those documents I may have in the summer of 2016 been thrown out. Plain and simple. I do have to review and see if I have from page 2 to 7. I know that I did edit certain things because why keep this if it's done and over with in the year 2016.

Q.    Do you know whether this document, Defendants' Exhibit 6, was saved to your computer?

A.    Because it was filed, in part the answer is yes.

Q.    Do you know if the complete document pages 1 through 7 were saved to your computer?

A.    I do not believe it was saved to my computer. I believe that when I saw this I printed out seven pages on October 30, 2015. It was on the Internet duly documented in the phone conversations that I had brought to your attention with eBay, with Anita Brooks.

Q.    So you believe that on October 30th of 2015 you printed out pages 1 through 7?

A.    I don't believe. I know that this ad was on the Internet and that on this documented date of October, is it 30th, 30, 2015 all seven pages were printed out.

Q.    So the indication on the bottom page 2

EXHIBIT A-B

Page 107

A. Trombetta

of 7 doesn't indicate anything to you?

A. Of course it does.

Q. Ma does it indicate?

A. It indicates there was a page 1 and a page 7 and in October of 2015, which was seven years ago, is when this was printed.

Q. But you only have page 2?

A. I have page 2, yes.

Q. But you don't have page 1 or 3 through 7?

A. Page 2 highlighted in yellow is the statement "All of the imagery in this catalog was either created en Plein Air or from the subject directly."

If I go to the biography on my web page and that is Plaintiff 000124.

Q. What are you referring to? You are referring to which exhibit?

A. Exhibit Plaintiff website biography Plaintiff 000124.

Q. Indicating on doc Exhibit 2 from today?

A. No. Yes. Exhibit number 2 Plaintiff Bates stamped 000124 on the biography portion of



Plaintiff 000124



HOME   PORTFOLIO   VIDEO   ARTIST INFO   BIOGRAPHY   CREDENTIALS   CONTACT

     

*EXHIBIT #13*

## Biography



The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog (tba) was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the facade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge.

As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely.

I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time helped me to see the similarities as well as the differences of each quite clearly.

Upon my return I enrolled in an art history course to examine the content of art in relation to its chronological, political and historical relevance while applying to art colleges. I was accepted to Parsons School of Design located in lower Manhattan. The pulsating pace of this compressed cosmopolitan city was reflected in the school's curriculum. Although I did enjoy the challenges and experiences which expanded my capabilities, I was not satisfied with the level of my drawing and painting skills. In the mid Eighties I attended The New York Academy of Art which focused on teaching the history and traditional techniques from periods of art, such as the Italian Renaissance, the classical and neoclassical periods in France, as well as the Spanish, Dutch and Fleming masters. Here I studied cast drawing, grisaille painting, anatomy, dissected cadavers, yet most influential to me was geometry and perspective.

During this period I traveled once again to France and Italy to study with my teachers who offered summer classes in art history, drawing and painting. I remember when I was in the French countryside feeling as if I was walking into a huge painting. The views felt so familiar due to the talents of Monet, Pissarro, VanGogh, etc. In my solitude I would envision them, particularly VanGogh in a wheat field painting or see the circular hay stacks change colors by sunset right before my eyes. The truth captured in their paintings a century ago felt so real to me, it spiraled an indelible influence. This experience still inspires me to strive towards capturing my subjects with a sense of presence and atmosphere. Visiting Italy again, my ancestral homeland, sharpened my acuity and attraction to works of art on uniquely shaped canvases. There were so many moments that will be with me throughout my life, most notable was to see the chariot markings while walking in the ruins of ancient Rome, or to hear bells toll in St. Mark's Square, and to be within inches of some of the most revered art in the world.

When I returned to the States, the desire to develop artwork in various mediums became the goal. I started attending The National Academy School of Fine Arts to explore and prefect the media of pastels and figure painting, and also to study printmaking. During this time I was employed at The National Academy Museum. The Academy and its intriguing history filled the chasm of my knowledge for the heritage of American art while also informing me of the cultural developments in my country, particularly those in New York. The opportunity to read the Academy's books while I was working at the Museum, was an enlightening experience. I learned, most importantly, about the Hudson River School painters and their personal involvement with writer/poet William Cullen Bryant. This relationship between artists and writers of that time initiated the unfoldment of Central Park. The Park, which is adjacent to The National Academy Museum was already charted territory for my artistic expression. Learning about the creation of the Park intensified my passion for depicting it.

During my tenure at The Academy, a conversation with a museum visit led to my interest in the W.B. Yeats Society of New York, and another trip abroad. Coincidentally and perhaps synchronistically I had been attending lectures on Theosophy about the same time I was learning about Yeats. Crucial to my personal and professional development at that time was my comprehension of why Theosophy influenced the modern movement in the Arts. Yeats, like many other writers, musicians, and artists such as Mondrian and Klee, etc. drew inspiration from the philosophical texts written by the robust Russian, Madame Blavatsky. Within a few months I had won a scholarship under the auspices of the Yeats Summer School in Sligo, Ireland via the Yeats Society of New York.

A short trip to London, preceded the Summer School, where I hunted down John Singer Sargent's charcoal sketch of Yeats at the National Portrait Gallery. This inspired a trip to the Tate, and several other collections. Traveling to England first set the stage for the political, personal, and historical dynamics that I was about to encounter regarding the legacy of Yeats and of Ireland. Before the school commenced, there was a ceremonial service at Drumcliff Church where Yeats is buried. The picturesque view and the enigmatic words of his icy epitaph became etched in my memory on that day and inspired me to create a painting titled after his poem "Under Benbulben" which elaborates on his immortal words. To learn about his family, his life and his vision motivated me to begin a new chapter in creating my own work.

To culminate my journey, when I returned home I gathered the metaphorical leaves and branches that had fallen from my artistic tree, be it ancestral or archetypal and concentrated solely on The Holy Tree described in Yeats's poem "The Two Trees." This image, inspired by the milieu of a mentor miles away is a tribute to his gifts and determined ways which regenerated and awakened the visionary in me. This upcoming catalogue highlights the pictorial progression from that trip and the time that followed.

I wish to acknowledge certain individuals who have enhanced my artistic sensibilities as a person, as well as an artist. These individuals include Everett Raymond Kinstler, Raymond Steiner, Harvey Dinnerstein, Burton Silverman, the artist's in The Painting Group particularly Aaron Shikler, David Levine, Danny Schwartz, Irene Hecht. I thank them for their help and guidance in my life.

All work on this site are © Annamarie Trombetta. All rights reserved.



Plaintiff's Evidence 000453

EXHIBIT #14

Request to the extent that it is not a request for production but an interrogatory. WorthPoint further objects to the characterizations employed in this Request to the extent that it is implied that WorthPoint misattributed the subject painting, which is expressly denied. Subject to and without waiving the foregoing objections, WorthPoint currently is not in possession of documents or records as to when information about the subject painting first appeared on the Internet, but WorthPoint is producing herewith pages from Google Analytics. No records were withheld from production due to the stated objections.

**REQUEST FOR PRODUCTION NO. 2:**

Produce, identify all copies of all computer meta data, computer links documents, and things concerning the distribution dates on the internet for the "1972 Original Oil Painting Man With Red Umbrella [sic: no close quote] that was Misattributed Signed Annamarie Trombetta (12/01/2012) listed within the post on the website for WorthPoint Corporation. EX: Give dates for months and years for the distribution/circulation of information for "1972 Original Oil Painting Man With Red Umbrella" allegedly sold on December 1, 2012.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

WorthPoint objects to this Request to the extent it is vague, ambiguous, virtually incomprehensible as to what is meant by "computer meta data, computer links documents, and things" and whether the request seeks documents as to when the subject listing appeared on WorthPoint's website or when information about the subject painting appeared on the Internet, or something else. WorthPoint further objects to this Request to the extent that it is not a request for production but an interrogatory and that it contains multiple parts under the guise of a single request. WorthPoint further objects to the characterizations employed in this Request to the extent that it is implied that WorthPoint misattributed the subject painting, which is expressly denied. Subject to and without

-6-

Plaintiff's Evidence 000448

EXHIBIT #4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AnnamarieTrombetta,

    Plaintiff

vs.                                          C.A. NO. 18-CV-993 (RA) (SLC)

Norb Novocin, Marie Novocin and
Estate Auctions Inc. and WorthPoint Corp.,

    Defendants

## WORTHPOINT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUEST FOR THE PRODUCTION OF DOCUMENTS AND PHOTOS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant WorthPoint Corp. ("WorthPoint")[1] hereby responds to Plaintiff's revised Request for the Production of Documents and Photos, dated March 8, 2021 (the "Request").

### OBJECTIONS APPLICABLE TO ALL REQUESTS

1. To the extent the Request appears to be directed to Defendant William Seippel, it is objected to as Mr. Seippel was dismissed from this action by order of the court of December 21, 2021 and he will not be responding to the Request.

2. To the extent that the Request is also directed to WorthPoint's attorneys, it is objected to as attorneys are not witnesses and do not have independent knowledge or records relevant to the circumstances of this matter. As such, no separate response will be provided on behalf of WorthPoint's attorneys.

---

[1] While Plaintiff has directed these requests to William Seippel, Mr. Seippel is no longer a defendant and will not be responding.

EXHIBIT #14

Plaintiff's Evidence 000452

responses should in no way be considered prejudicial in relation to further discovery, investigation, research, analysis or production of evidence.

18. WorthPoint reserves the right to object on any ground at any time to such other or supplemental requests for production as Plaintiff may propound involving or relating to the same subject matter of this Request.

19. In accordance with the Protective Order dated 2/16/22, WorthPoint has designated specific document production responses as Confidential on the basis that they contain information of a highly confidential and proprietary business nature.

Subject to and without waiving the objections above, and subject to additional objections made to specific Requests below, WorthPoint responds as follows:

## RESPONSES TO REQUESTS FOR PRODUCTION

### REQUEST FOR PRODUCTION NO. 1:

Produce, identify all copies of the WorthPoint website documents or internet data that state the exact date of entry on the internet for the "1972 Original Oil Painting Man With Red Umbrella [sic: close quote is missing] that was Misattributed Signed Annamarie Trombetta (12/01/2012) listed within the post.

### RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

WorthPoint objects to this Request to the extent it is vague, ambiguous, virtually incomprehensible as to what is meant by "website documents" and whether the request seeks documents as to when the subject listing first appeared on WorthPoint's website or when information about the subject painting first appeared on the Internet, or something else. WorthPoint further objects to this

-5-

Plaintiff's Evidence 000454

EXHIBIT#14

waiving the foregoing objections, WorthPoint currently is not in possession of documents or records as to when or for how long the information about the subject painting appeared on the Internet, but WorthPoint is producing herewith pages from Google Analytics and Terapeak extract. No records were withheld from production due to the stated objections.

**REQUEST FOR PRODUCTION NO. 3:**

Produce, identify and submit all computer data, internet links, documents and things concerning the locations and geographic scope and circulation of the additional WorthPoint pages on the website of WorthPoint linked to and including the "1972 Original Oil Painting Man With Red Umbrella" allegedly sold on December 1, 2012. Include already identified and known six pages below:

1) Marilyn Monroe 1988 Vintage Micheal [sic] Ochs Archive Channel—"1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta"

2) Thomas Kinkade-Kincaid [sic] —"1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta"

3) Blue Hello Kitty—"1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta"

4) 1789 bonnaterre [sic] original antique hand colored reptile—yqz-Handmade New Mexican with "1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta"

5) 1789 bonnaterre [sic] original antique hand colored reptile Original Print Egyptian "1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta"

Plaintiff's Evidence 000455

EXHIBIT #14

6) Titanic Lithograph linked to "1972 Original Oil Painting Man With Red Umbrella

Signed Annamarie Trombetta."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

WorthPoint objects to this Request to the extent that it is not a request for production but an interrogatory and to the extent that it impermissibly seeks to include multiple requests under the guise of a single request. WorthPoint objects to this Request to the extent it is vague, ambiguous, and virtually incomprehensible as to what is meant by "geographic scope and circulation of [webpages]". WorthPoint's best interpretation of this Request is that plaintiff wishes to know in which countries or states the readers that accessed the identified pages on WorthPoint's website were located. WorthPoint further objects to this Request on the grounds that it is not relevant to any party's claim or defense as to where the readers of WorthPoint's website were located and that the Request is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, WorthPoint is not presently in possession of any responsive documents. No records were withheld from production due to the stated objections.

**REQUEST FOR PRODUCTION NO. 4:**

Produce copies of all documents, photographs and things evidencing any written or visual proof of the front and back of the 1972 Original Oil Painting. Full back photos to include signature written in red on the stretcher, Annamarie Trombetta "'Gifted' 1977, "Painted" 1972" for the "1972 Original Oil Painting Man With Red Umbrella" that was Misattributed and allegedly "Signed Annamarie Trombetta." Produce all full frontal photos with signature "A. Trombetta" of the torn canvas 48 1/2 tall and 17 1/2 wide entitled "1972 Original Oil Painting Man With Red Umbrella." Identify, label and forward all and any of

-8-

Plaintiff's Evidence 000456

EXHIBIT #14

the 12 photos duly documented in EAI ad, Images of the complete painting to must include

the EAI description "signed in red on back stretcher "Annamarie Trombetta Painted 1972

Gifted 1977." Produce any and all photos on file that WorthPoint has on file at any time.

## RESPONSE RO REQUEST FOR PRODUCTION NO. 4:

WorthPoint objects to this Request to the extent it in fact consists of multiple requests for

production in the guise of a single request. WorthPoint further objects to this requests on the

grounds that it is vague, ambiguous and virtually incomprehensible as to what is meant by

"documents, photographs and things evidencing any written or visual proof of the front and back

of the 1972 Original Oil Painting". WorthPoint's best interpretation of this Request is that plaintiff

is looking for any and all photographs of the subject painting in WorthPoint's possession.

WorthPoint further objects to the characterizations employed in this Request to the extent that it is

implied that WorthPoint misattributed the subject painting, which is expressly denied. Subject to

and without waiving the foregoing objections, there are no documents responsive to this request

in WorthPoint's possession, custody and control.  No records were withheld from production due

to the stated objections.

## REQUEST FOR PRODUCTION NO. 5:

Produce, submit and identify all copies of all documents and things concerning all inclusive

Copyright Agreements between eBay and WorthPoint Corporation from 2012 to 2019 that

allegedly permits WorthPoint to claim the right to adhere a copyright claim with c in circle

© copyright vector to the "A. Trombetta" oil painted signature.

If you claim that part of any response is privileged or otherwise immune from discovery; (a)

identify the grounds for your claim of privilege or immunity (b) identify the privileged

**SA2839**

Plaintiff's Evidence 000457

EXHIBIT #14

documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 5:

WorthPoint objects to this Request to the extent that it is not a request for production but an interrogatory. WorthPoint further objects to this request on the grounds that it is vague, ambiguous and virtually incomprehensible as to what is meant by "all inclusive Copyright Agreements" and what is meant by "that allegedly permits WorthPoint to claim the right to adhere a copyright claim with c in circle © copyright vector to the "A. Trombetta" oil painted signature." WorthPoint's best interpretation of this Request is that plaintiff is looking for copies of licensing agreements that authorized WorthPoint to report on the prior sale of the subject painting on eBay. WorthPoint further objects to this Request on the grounds that it is overly broad in scope and is not proportional to the needs of the case. Specifically, only the agreement that is relevant to the posting of the listing regarding the subject painting is relevant to the claims and defenses whereas any prior or subsequent agreements are not relevant and WorthPoint will not be producing any such prior or subsequent agreements. WorthPoint further objects to the characterizations employed in this Request to the extent that it implies that by including a notation "© Copyrighted work licensed by WorthPoint" WorthPoint claimed its own copyright in the subject painting, which is expressly denied. Subject to and without waiving the foregoing objections, WorthPoint is producing herewith the relevant provisions of its agreement concerning licensed eBay data.

## REQUEST FOR PRODUCTION NO. 6:

Produce, submit and identify all copies of all documents and things concerning the licensing rights of agreement between eBay and WorthPoint Corporation form 2012 to 2019 that allegedly permits the adherence of logos etc.

Plaintiff's Evidence 000455

EXHIBIT #14

6) Titanic Lithograph linked to "1972 Original Oil Painting Man With Red Umbrella

Signed Annamarie Trombetta."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

WorthPoint objects to this Request to the extent that it is not a request for production but an interrogatory and to the extent that it impermissibly seeks to include multiple requests under the guise of a single request. WorthPoint objects to this Request to the extent it is vague, ambiguous, and virtually incomprehensible as to what is meant by "geographic scope and circulation of [webpages]". WorthPoint's best interpretation of this Request is that plaintiff wishes to know in which countries or states the readers that accessed the identified pages on WorthPoint's website were located. WorthPoint further objects to this Request on the grounds that it is not relevant to any party's claim or defense as to where the readers of WorthPoint's website were located and that the Request is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, WorthPoint is not presently in possession of any responsive documents. No records were withheld from production due to the stated objections.

**REQUEST FOR PRODUCTION NO. 4:**

Produce copies of all documents, photographs and things evidencing any written or visual proof of the front and back of the 1972 Original Oil Painting. Full back photos to include signature written in red on the stretcher, Annamarie Trombetta "'Gifted' 1977, "Painted" 1972" for the "1972 Original Oil Painting Man With Red Umbrella" that was Misattributed and allegedly "Signed Annamarie Trombetta." Produce all full frontal photos with signature "A. Trombetta" of the torn canvas 48 1/2 tall and 17 1/2 wide entitled "1972 Original Oil Painting Man With Red Umbrella." Identify, label and forward all and any of

-8-

**SA2841**

Plaintiff's Evidence 000456

EXHIBIT # 14

the 12 photos duly documented in EAI ad, Images of the complete painting to must include the EAI description "signed in red on back stretcher "Annamarie Trombetta Painted 1972 Gifted 1977." Produce any and all photos on file that WorthPoint has on file at any time.

**RESPONSE RO REQUEST FOR PRODUCTION NO. 4:**

WorthPoint objects to this Request to the extent it in fact consists of multiple requests for production in the guise of a single request. WorthPoint further objects to this requests on the grounds that it is vague, ambiguous and virtually incomprehensible as to what is meant by "documents, photographs and things evidencing any written or visual proof of the front and back of the 1972 Original Oil Painting". WorthPoint's best interpretation of this Request is that plaintiff is looking for any and all photographs of the subject painting in WorthPoint's possession. WorthPoint further objects to the characterizations employed in this Request to the extent that it is implied that WorthPoint misattributed the subject painting, which is expressly denied. Subject to and without waiving the foregoing objections, there are no documents responsive to this request in WorthPoint's possession, custody and control. No records were withheld from production due to the stated objections.

**REQUEST FOR PRODUCTION NO. 5:**

Produce, submit and identify all copies of all documents and things concerning all inclusive Copyright Agreements between eBay and WorthPoint Corporation from 2012 to 2019 that allegedly permits WorthPoint to claim the right to adhere a copyright claim with c in circle © copyright vector to the "A. Trombetta" oil painted signature.

If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged

Plaintiff's Evidence 000458

EXHIBIT #14

If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

WorthPoint objects to this Request to the extent that it is not a request for production but an interrogatory. WorthPoint further objects to this requests on the grounds that it is vague, ambiguous and virtually incomprehensible as to what is meant by "adherence of logos". WorthPoint's best interpretation of this Request is that plaintiff is looking for copies of licensing agreements that authorized WorthPoint to report on the prior sale of the subject painting on eBay. WorthPoint further objects to this Request on the grounds that it is overly broad in scope and is not proportional to the needs of the case. Specifically, only the agreement that is relevant to the posting of the listing regarding the subject painting is relevant to the claims and defenses whereas any prior or subsequent agreements are not relevant and WorthPoint will not be producing any such prior or subsequent agreements. Subject to and without waiving the foregoing objections, please see Response to Request for Production 5.

**REQUEST FOR PRODUCTION NO. 7:**

Produce copies of all documents, photographs and things referenced in Interrogatories served concurrently herewith to include 17 Interrogatories.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

WorthPoint adopts and incorporates by reference herein any and all objections and responses set forth by WorthPoint in response to plaintiff's Interrogatories. WorthPoint further objects to the vague request for "documents, photographs and things" as it calls for WorthPoint to make a

Plaintiff's Evidence 000454

EXHIBIT #14

waiving the foregoing objections, WorthPoint currently is not in possession of documents or records as to when or for how long the information about the subject painting appeared on the Internet, but WorthPoint is producing herewith pages from Google Analytics and Terapeak extract. No records were withheld from production due to the stated objections.

**REQUEST FOR PRODUCTION NO. 3:**

Produce, identify and submit all computer data, internet links, documents and things concerning the locations and geographic scope and circulation of the additional WorthPoint pages on the website of WorthPoint linked to and including the "1972 Original Oil Painting Man With Red Umbrella" allegedly sold on December 1, 2012. Include already identified and known six pages below:

1) Marilyn Monroe 1988 Vintage Micheal [sic] Ochs Archive Channel—"1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta"

2) Thomas Kinkade-Kincaid [sic] —"1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta"

3) Blue Hello Kitty—"1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta"

4) 1789 bonnaterre [sic] original antique hand colored reptile—yqz-Handmade New Mexican with "1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta"

5) 1789 bonnaterre [sic] original antique hand colored reptile Original Print Egyptian "1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta"

Yahoo Mail - Re: Welcome to WorthPoint - Your Subscription Has Been Created                    Plaintiff 000022

## Re: Welcome to WorthPoint - Your Subscription Has Been Created

From:  WorthPoint Customer Support (support@worthpoint.desk-mail.com)

To:    trombettaart@yahoo.com

Date:  Friday, January 22, 2016, 02:27 PM EST

EXHIBIT 14

### Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Created

**WorthPoint** | Jan 22, 2016 02:26PM EST
Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #56607.

Plaintiff 000025    Yahoo Mail - Re: Fw: Welcome to WorthPoint - Your Subscription Has Been Created

Re: Fw: Welcome to WorthPoint - Your Subscription Has Been Created



From: Annamarie Trombetta (trombettaart@yahoo.com)
To: support@worthpoint.desk-mail.com
Date: Friday, January 29, 2016, 4:58 PM EST

I have contacted Worthpoint by phone and spoke with Anita on Friday January 22nd . I sent e-mails three times with a host of questions found under my name.
I am requesting answers to the questions listed below.
Sincerely,
Annamarie Trombetta

Ticket #56607:

Within this e-mail are several questions that I am requesting are answered as soon as possible.
I sent this to you on Friday January 22, 2016.

To The Worthpoint Staff,
I found this link to Worthpoint under Artist Annamarie Trombetta. The link 1972 is associated with several of my personal and profession:
Worthpoint to see the value of this painting.   The worth is $181.50 . See below

1)Who is responsible for posing "1972 Original Oil Painting  man with Red Umbrella signed Annamarie Trombetta" information o1 website ??
2)Can I have the name of the person who is the Worthpoint webmaster??
3)Can I have the name of the person who posted this information?
4) Who was the seller??  I called eBay and they do not have the information? Does Worthpoint have this information??
5) Please confirm if your website was last update on Updated Date: 30-apr-2013 --see below
6) Why do you state that there are are 12 photos in the description. Below is the text that is on the page for this painting.  I only signature   --see below
7) Kindly forward any information that you have regarding this painting .
Thankyou for your anticipated cooperation.
>>>>> UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition
- DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could umbrella. This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To the style of Andre Kohn.

1972 Original Oil Painting Man With Red Umbrella Signed ...

www.worthpoint.com › Worthopedia™

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz.
Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...

On Monday, January 25, 2016 6:34 PM, WorthPoint Customer Support <support@worthpoint.desk-mail.com> wrote:

Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Create

WorthPoint | Jan 25, 2016 06:33PM EST

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any addi
to this case, please reply to this email.

Thanks in advance for your patience and support.

1/1

**SA2846**

EXHIBIT # 15 WorthPoint A

(W) WorthPoint

Jason Packer <jason.packer@worthpoint.com>

---

## FW: Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...
### www.worthpoint.com › Worthopedia™------Artist Annamarie Trombetta
4 messages

---

**Will Seippel** <will.seippel@worthpoint.com>                                      Wed, Jan 4, 2017 at 11:48 AM
To: Jason Packer <jason.packer@worthpoint.com>
Cc: Antoine Lyseight <antoine.lyseight@worthpoint.com>

Hi Jason, is there anyway you can stop Google from indexing this to our site? There us nothing on our site from her, just this link that Google keeps recognizing.

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Wednesday, January 04, 2017 11:28 AM
**To:** will@worthpoint.com
**Subject:** Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ... www.worthpoint.com › Worthopedia™------Artist Annamarie Trombetta

Mr. Sieppel,

Please allow me to Re-introduce myself. My name is Annamarie Trombetta. I am an artist . Last year I found a MISATTRIBUTION of a painting that I did NOT create on your website--Worthpoint.com which came up on the internet under my name. Specific personal content from my professional biography on my personal artist website was copied, transplanted and posted on your site. A picture of a painted signature on canvas signed A. Trombetta that was NOT MY signature was also photo featured on the Worthpoint.com website listing.

On February 20, 2016 I contacted you via e-mail. Prior to contacting you I had spoken several times with your employer Anita and eventually I was on the phone at length with your webmaster Mr. Gregory Watkins regarding the FRAUDULENT posting of a painting that I did not create. I requested that this Fraudulent listing be permanently removed. I also sent a notice to the company website. SEE BELOW

---

### Ticket #57565: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

**WorthPoint** | Feb 20, 2016 10:24AM EST
Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #57565.

---

I am contacting you once again **almost a year later** because I found yet again a listing from Worthpoint.com under my name--Annamarie Trombetta artist. Below is today's listing January 4th 2017 of subjects and site which come up when I Google **Annamarie Trombetta artist. PLEASE REVIEW --- The Marilyn Monroe listing** was the **first** place where my name was Falsely associated along with the fraudulent painting and signature attributed to me that was listed on Worthpoint.com.

WP000132

**SA2847**



A year ago I took time, energy and effort to contact you and your company regarding the false attribution and requested that it should be removed.    I have NEVER HAD ANY ASSOCIATION with WORTHPOINT.com---NOR have I ever had any business with Worthpoint.com   and yet in a Google search for Annamarie Trombetta Artist  your company is listed under my name.  **This listing is not authentic and has NO RIGHT TO BE LISTED UNDER MY NAME.   The Listing from Worthpoint.com is taking up space that should be for  my other TRUE  credentials ---and should not  BE OCCUPIED  by your company.**

I am requesting that you remove this IMMEDIATELY from the internet -- kindly contact Google and responsibly deal with this issue to bring about a PERMANENT ENDING.  I do NOT WISH TO BE ASSOCIATED with your company---in ANY WAY.   The numerous times that I have had to contact you regarding this issue is an outrage and a waste of my personal time.  This is costing me time,  effort and energy  needlessly and for  NO  LOGICAL REASON as AGAIN  I have contacted your company  numerous times.

I am requesting a written response to this e-mail as soon as possible as a confirmation for receipt of this e-mail.  Further,  I am requesting that you and your company PERMANENTLY remove the association --or connection that Google or the algorithms on any other  internet site thereof  have between your company ---Worthpoint.com---- and my name Annamarie Trombetta.

Sincerely,

Annamarie Trombetta

### Central Park's Plein Air Past | OutdoorPainter

www.outdoorpainter.com › Home › Artist Profile

1.

Mar 2, 2015 - "The Destructive Dance of 'Sandy,'" by Annamarie Trombetta ... all this history, and the connections generated by artists, gave me a mission.".

You've visited this page many times. Last visit: 11/2/16

### Artist Annamarie Trombetta working on her piano, which ... - Pinterest

https://www.pinterest.com/pin/177751516514603960/

Artist Annamarie Trombetta working on her piano, which commemorates the 10- year anniversary of 9/11. | See more about Piano, Anniversaries and Artists.

You've visited this page 2 times. Last visit: 2/16/16

### Page 1 - Italian American Museum

italianamericanmuseum.org/exhibitions/Pleinair.htm

1.

Acclaimed artist Annamarie Trombetta presents a solo exhibition that celebrates the influence of the Italian Macchiaioli (Risorgimento) Artists and the American ...

You've visited this page many times. Last visit: 10/14/16

### artist annamarie trombetta's imagery offers visionary interpretation of ...

www.italianamericanmuseum.org/news/news_plein.html

1.

WP000133

**SA2848**

EXHIBIT #15C

Artist Annamarie Trombetta's "Central Park Imagery," a collection of en plein air works in oils, pastels, watercolors, etchings and drawings will be on display at ...

Staten Island native's passionate love affair with Central Park still ...

www.silive.com/entertainment/index.ssf/.../annamarie_trombetta_takes_a_wa.html

Jan 12, 2015 - STATEN ISLAND, N.Y. — After 20 years and well over a hundred works of art, painter Annamarie Trombetta still hasn't had her fill of Central ...

You've visited this page many times. Last visit: 11/2/16

## Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...

## www.worthpoint.com › Worthopedia™

.. Blue Hello Kitty Obey Giant Shepard Fairey Signed & Numbered Rare Print · Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...

---

**Jason Packer** <jason.packer@worthpoint.com>                    Wed, Jan 4, 2017 at 9:49 PM
To: Will Seippel <will.seippel@worthpoint.com>
Cc: Antoine Lyseight <antoine.lyseight@worthpoint.com>

I filed a temporary removal request with Google which may help flush out that URL, but since that URL is showing up for that search based on off-page signals that may not be enough to get it to stop showing.

Beyond that the only thing we could do is remove the URL altogether, let me know if I should do that.
[Quoted text hidden]

---

**Will Seippel** <will.seippel@worthpoint.com>                    Wed, Jan 4, 2017 at 9:51 PM
To: Jason Packer <jason.packer@worthpoint.com>

I would remove it if not too much trouble.


Happy New Year!


Will

[Quoted text hidden]

---

**Jason Packer** <jason.packer@worthpoint.com>                    Thu, Jan 5, 2017 at 8:20 AM
To: Will Seippel <will.seippel@worthpoint.com>

Sure thing, removed.
[Quoted text hidden]

WP000134

EXHIBIT #16 Page 1

Case 1:18-cv-00993-RA-SLC   Document 61-1   Filed 06/29/20   Page 2 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Annamarie Trombetta, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No: 18-cv-00993 (RA) (SLC) |
| v. | ) | |
| | ) | |
| Norb Novocin, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF WILLIAM H. SEIPPEL IN SUPPORT OF DEFENDANTS WORTHPOINT CORPORATION AND SEIPPEL'S MOTION TO DISMISS

I, WILLIAM H. SEIPPEL, state as follows:

1.     My name is William H. Seippel, and I am a resident of the State of Georgia. I am over the age of 18 and am competent to testify to the matters and facts set forth below, all of which are within my personal knowledge.

2.     I am the Chief Executive Officer and Founder of WorthPoint Corporation ("WorthPoint").

3.     WorthPoint is an online resource for researching and valuing antiques, art, and other collectibles.

Plaintiff000214

EXHIBIT #16 Page 2

4.    WorthPoint's primary offering, the Worthopedia, is a searchable online database that provides subscribing users with historical pricing data from actual auction and retail sales. The Worthopedia is accessible to users from the website www.worthpoint.com.  And it provides subscribers with access to more than 525 million historical auction listings, including historical listings from the online auction website www.ebay.com.

5.    In or around January 2016, I became aware that Plaintiff Annamarie Trombetta contacted WorthPoint regarding an auction listing in the Worthopedia that she alleged infringed her copyright rights (hereinafter, the "Allegedly Infringing Auction Listing").  And, on or around February 4, 2016, I caused the Allegedly Infringing Auction Listing, which was displayed at https://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-4892417, to be permanently deleted from WorthPoint's website.  Once deleted, the Allegedly Infringing Auction Listing was never reposted to the Worthopedia.

6.    On February 20, 2016, I received an email from Plaintiff Trombetta which stated that a reference to the title of the Allegedly Infringing Auction Listing remained visible when she conducted a "google search for the painting '1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta...'"  Shortly thereafter, on March 1, 2016, I responded to Plaintiff Trombetta's February 20, 2016 email and informed her that "we have taken down any pages that you have asked to have taken down as a courtesy to you" and that any reference to the Allegedly Infringing Auction Listing in her Google search "reflected the past" and was the result "of that search engine's memory."

7.    On February 5, 2018, Plaintiff Trombetta filed a complaint against Estate Auctions, Inc., Marie Novocin, and Norb Novocin in the United States District Court for the

2



Plaintiff000215

EXHIBIT # 17  P 7

**WorthPoint**

Jason Packer <jason.packer@worthpoint.com>

## RE: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

9 messages

**Will Seippel** <will.seippel@worthpoint.com>                                    Sat, Feb 20, 2016 at 10:35 AM
To: Annamarie Trombetta <trombettaart@yahoo.com>, will@worthpoint.com, Jason Packer <jason.packer@worthpoint.com>
Cc: Worthpoint Support <support@worthpoint.com>

Hi, Annamarie. The art world is a very dark world and it is our goal to remove as many shadows as possible and supply equal information, and a lot of it, to all. To achieve this goal many auction houses allow us to use their data, including eBay.

We unfortunately do not take the data from eBay you are asking for. We only obtain selling price, pictures and the description. We do not obtain sellers, buyers and all such information you are asking for. I am sorry we do not do that but we never had and it is more information than we are allowed to collect. I do not think that data actually exists anywhere at this point as we are the only persons that have saved this to my knowledge. Since you are the artists, and I have no reason to doubt that, and you feel this is fraudulent, we will remove the item from the site so that it does not mislead anyone on your paintings.

If I can be of any other help, please let me know.

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Saturday, February 20, 2016 10:24 AM
**To:** will@worthpoint.com
**Cc:** Worthpoint Support <support@worthpoint.com>
**Subject:** Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

Dear Mr. Seippel and Mr. Watkins,

Allow me to introduce myself to you Mr. Seippel.  I am  professional artist Annamarie Trombetta.   I as well as other people found a listing for a painting entitled 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta.  This is not one of my paintings.   There is a photo of a signature A. Trombetta with the eBay logo and Copyright symbol written "Copyrighted work licensed by Worthpoint " with your company logo in yellow next to it.  This is not my signature.  **Please see attachments.**

On February 3, 2016  I spoke with Mr. Gregory Watkins.  Mr. Watkins also stated that you were at a conference in Las Vegas.  I asked Mr. Watkins certain  questions regarding the artwork falsely attributed to me.  I  requested that he e-mail me his answers regarding these questions that I had about this artwork  on Tuesday February 3, 2016.  Today is February 20, 2016  and  nothing has been forwarded  to me. I have contacted eBay several times  prior to contacting your company.

WP000062

1972 original oil painting man with red umbrella signed annamarie trombetta yqz - Google Search ····· EXHIBIT #17 ····· 2/17/16, 2:29 PM

Google    1972 original oil painting man with red umbrella signed annamarie trombett 🔍    Annamarie

All    Shopping    Images    Videos    News    More ▾    Search tools

7 results (0.41 seconds)

**Page 1 - Italian American Museum**
italianamericanmuseum.org/exhibitions/Pleinair.htm ▾
Acclaimed artist Annamarie Trombetta presents a solo exhibition that ... Ms. Trombetta
has created works in printmaking, watercolor, oil and pastel and is known ... was an
exhibition of Italian paintings from the collection of Gaetano Marzotto.
Missing: 1972 man red umbrella yqz

**Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...**
www.worthpoint.com › Worthopedia™ ▾
These posters are original from 1988 not remakes. ... 1972 Original Oil Painting Man
With Red Umbrella Signed Annamarie Trombe; Mustangs" Frank Rowland ...
You've visited this page many times. Last visit: 2/17/16

**THOMAS KINKADE -KINCAID "EVERETT"S COTTAGE 11 ...**
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or Sign In to see what it's worth. ... 1972 Original Oil Painting
Man With Red Umbrella Signed Annamarie Trombe · Handmade New ...

**Annamarie Trombetta - Artist Info**
www.trombettaart.com/info.html ▾
2001, -Richmondtown Historic Museum,S.I, NY "Plein Air Paintings of Staten ...
representation may be, Annamarie Trombetta is enough of an artist to realize that ...
Missing: 1972 oil man red umbrella yqz
You've visited this page 5 times. Last visit: 1/29/16

**Central Park's Plein Air Past | OutdoorPainter**
www.outdoorpainter.com/central-park-s-plein-air-past/ ▾
So it's perfectly natural that plein air painting would go on in those choice ... "The
Destructive Dance of 'Sandy,'" by Annamarie Trombetta ... "Central Park Clockwork
Mode of Multicolored Apps," by Annamarie Trombetta, oil and mixed media.
Missing: 1972 man red umbrella yqz
You've visited this page many times. Last visit: 1/7/16

**Staten Island native's passionate love affair with Central ...**
www.silive.com/entertainment/.../annamarie_trom... ▾ Staten Island Advance ▾
Jan 12, 2015 - Paintings, prints, drawings and photos by Annamarie Trombetta ...
resident is showing 80 works — etchings, oil paintings, watercolors, pastels, ...
Missing: 1972 red umbrella yqz
You've visited this page 3 times. Last visit: 1/7/16

[PDF] **2011 Newsletter - Artists' Fellowship, Inc.**
www.artistsfellowship.org/AFNewsletter2011.pdf ▾
Jul 1, 2011 - was immediately offered a one-man show, which was a sell-out. For the last
several decades Mr. Stobart's maritime paintings and limited edition prints have ... 12 x
16 inches, oil on canvas. Dear Friends and ... Annamarie Trombetta. Jasmine Sewell
..... The Library of Congress 2011 original print calendar ...
Missing: 1972 red umbrella yqz

*In order to show you the most relevant results, we have omitted some
entries very similar to the 7 already displayed.
If you like, you can repeat the search with the omitted results included.*

**Original Oil Paintings**
www.ugallery.com/Buy-Original-Art ▾
Original Art. Top Emerging Artists.
Expertly Curated -- Free Shipping!

**Collectible Original Art**
www.zatista.com/ ▾
Say No to Prints and Reproductions.
Over 7000 Completely Original Works

**Original Paintings**
www.onekingslane.com/Paintings ▾
4.2 ★★★★  advertiser rating
Find Emerging Artists & Chic Prints
Fabulous Sales Today! Join For Free

**Affordable Original Art**
www.nickyspauldingart.etsy.com/ ▾
Buy Original affordable Art online.
Original paintings for sale here

See your ad here »

EXHIBIT # 18A

15.     Figure 9 shows, once again, that the visitor on May 8, 2017 also encountered the "404 Page not found" error, which demonstrates with a reasonable degree of professional certainty that the URL had not returned any content and had not been reloaded.

16.     I further declare that there have not been any tagging errors or outages that would have caused significant data loss to WorthPoint's data processing server or Google Analytics account during the relevant time periods from 2012 to present.

17.     WorthPoint monitors their Google Analytics account closely and logs issues in Google Analytics as annotations. There are no relevant annotations in Google analytics indicating any tagging errors or outages during the relevant time period.

18.     WorthPoint does not sell any artworks or collectables. Rather, visitors and subscribers to WorthPoint's website are given an opportunity to view available information on sales of artwork. Further, only paid subscribers can view the price for which listed artworks or collectibles previously sold. WorthPoint was not involved in the sale of the 1972 Man with Red Umbrella painting, did not create the content in the listing, did not participate in identifying the artist of the painting, and was not party to the inclusion of plaintiff's biography in the original listing.

19.     According to WorthPoint's log of price lookups (a true and correct screenshot of which is annexed hereto as Exhibit 3 and Figure 10 below) made from the price guide detail page, only two users made those requests for the artwork described in the subject URL. Upon information and belief, annamarie@trombettaart.com is plaintiff's email address, meaning that one of the two users looking up the price for the subject painting was plaintiff herself. Upon information and belief, the other visitor, with an address of Simianarts@cs.com appears to have been plaintiff's friend.

Jason Packer
Declaration Page 9

9

257342712v.2

**SA2854**

EXHIBIT # 18 B

Plaintiff's Deposition Response

Never Gave WorthPoint my email to my website

Page 178

A. Trombetta

and make an inquiry.

Q.    Have you done that over the last six years?

A.    I cannot say that I have.

Q.    Do you know whether there is any evidence that Worthpoint visited your website prior to February 2015 or August 2015?

A.    I need to answer this in three particular ways.  First and for most, since this occurred in 2015 it has been a nightmare in which like a horror movie the source of the chaos and confusion keeps coming back to life and has yet to be vanquished.

Secondly, I have e-mails from Worthpoint that were sent to my website.

Three, I never gave Worthpoint my e-mail address from my website.  That is an important point.

Q.    You have no record of Worthpoint being on your website in 2012; correct?  Yes or no?

A.    At present I do not.

Q.    And you have no record of Worthpoint being on your website prior to August 13, 2015; is that correct; yes or no?

EXHIBIT #18C

Page 48

A. Trombetta

while.

So to clearly answer your question again, there was the Yahoo account and there was the e-mail related to my website.

Q.    And the G-mail?

A.    The G-mail came into existence late in 2017.

Q.    So the -- your website domain is Trombetta art.com?

A.    That's correct.

Q.    And the e-mail that you had there was Annamarie at Trombetta art.com; is that correct?

A.    That is correct.

Q.    Did you have any other e-mail through Trombetta art.com?

A.    That's the one e-mail.

Q.    And that was set up when you started your website?

A.    That is correct.

Q.    But you didn't use that regularly; is that fair to say?

A.    I checked it regularly.

Q.    But your outgoing e-mail was through Yahoo until 2017?

EXHIBIT #18 D

*Plaintiff's Email Address*

*In box Only*

emailmg.dotster.com

Dotster | Domain Led Experience | Foundation

Roundcube Webmail :: Search result

annamarie@trombettaart.com    Logout

Plaintiff's Evidence Expert Dis. 000880

**MAIL    CONTACTS    CALENDAR    SETTINGS    APPS**

Refresh    Compose    Reply    Reply all    Forward    Delete    Mark    More    All    Q WorthPoint.com

| | | Subject | | From | Date | Size | | |
|---|---|---|---|---|---|---|---|---|
| Inbox | 2808 | We've Updated our Terms of Use | | WorthPoint Marketing | 2022-03-25 10:33 | 25 KB | | |
| Drafts | | SPAM: Is collecting antiques old hat? WorthPoint thinks not! 🏆 💰 | | WorthPoint | 2016-10-20 12:16 | 57 KB | | |
| Sent | | SPAM: Is collecting antiques old hat? WorthPoint thinks not! 🏆 💰 | | WorthPoint | 2016-10-13 14:17 | 57 KB | | |
| Trash | | SPAM: Make your mark and partner with WorthPoint! | | WorthPoint | 2016-09-29 13:17 | 58 KB | | |
| | | SPAM: Today is the day to partner with WorthPoint! | | WorthPoint | 2016-09-22 13:55 | 54 KB | | |
| | | SPAM: Get ready to partner with WorthPoint! | | WorthPoint | 2016-09-15 17:01 | 49 KB | | |
| | | Spam from Website Follow up from the CEO | | WorthPoint CEO | 2016-04-14 16:48 | 34 KB | | |
| | | Spam from Website Letter From The CEO | | WorthPoint | 2016-03-31 15:59 | 42 KB | | |
| | | Worthpoint- Your Account Cancellation was successful | | WorthPoint | 2016-02-29 17:50 | 3 KB | | 📎 |
| | | Your payment was declined | | WorthPoint | 2016-01-29 17:10 | 106 KB | | 📎 |
| | | Welcome to WorthPoint - Your Subscription Has Been Created | | WorthPoint | 2016-01-22 10:30 | 5 KB | | 📎 |

81%    Select    Threads    Threads 1 to 11 of 11    |< < 1 > >|

# EXHIBITS  FOR PLAINTIFF'S

# RESPONSE  TO

# WORTHPOINT'S  MOTION

# FOR  SUMMARY  JUDGEMENT

3

# EXHIBITS

## TO WORTHPOINT'S SUMMARY JUDGEMENT

EXHIBIT#21 A Plaintiff 3-page Letter to the Court ECF   dated Dec. 5, 2022

EXHIBIT#22 B Affidavit of Patrick O'Leary in a Digital format.

EXHIBIT#23 A Adam Bialek' ALL CODE Source information email dated Nov.23, 2022
Pl. Evid.000826 to 000828. Nov.17 2022 Bialek email Pl. Evid. 000829
B Attorney fees threats Bialek and Duff in emails on and after Nov.23, 2022
Pl. Evid.000814 and Pl. Evid.000817

EXHIBIT#24 Norb Novocin Depostion page 71 to 75 claiming he had eBay emails.

EXHIBIT#25 A   EAI membershi records to WorthPoint.
B   Novocin's deposition  p 47-51 Norb Novocin is a WorthPoint member.

EXHIBIT#26 WorthPoint 1972 listing -11 discovery documents Pl.Evid 000061- 000070
Google listing and a webpage printout of the 1972 text dated May 7, 2017

EXHIBIT#27 WorthPoint 2022 lawsuit in Georgia, Complaint/mistakes Pl. Evid 000478
on page 3 and Pl. Evid 000480 page 7.

EXHBIT #28 November 23, 2022 transcript pages 14 to   18 and 22 to 28

EXHIBIT #29 2015 WorthPoint lawsuit Barry Rosen vs Terapeak and WorthPoint
WorthPoint is a repeat infringer.

EXHIBIT #30 Plaintiff's Endorsement Letter from Eileen Guggenheim 000325
Plaintiff with Dalai Lama in Dharmsala India
Plaintiff with Mayor Bloomberg 000302 and Mayor Giuiliani 000304
Plaintiff 's 2004 Solo Exhibit at the Staten Island Museum brochur

EXHBIT#31 Biography Page from Website Pl. Evid. 000250  000294-000296-000342

EXHIBIT#32 Plaintiff Website Dotster domain created 2003 Evidenced 000250

EXHIBIT#33 WorthPoint's Bate Stamped Evidence WP000038- WP000040

SA2859

EXHIBIT # 19A

Page 117

A. Trombetta

Do you see that?

A.    I see that.

Q.    And this was the ad that you had seen on August 13th -- sorry.  Withdrawn.

This was the listing that you had seen on August 13, 2015; correct?

A.    That is correct.

Q.    And you had seen this on Worthpoint's site?

A.    If you go to the upper left-hand side in the search window it says www.worthpoint.com worthopedia/1972 original-oil-painting-man-red with the same number.  Starts with a four ends with a two which indicates definitively this page was on Worthpoint's website.

May I interject and state that at the end, the very bottom which is the conclusion of my sentence.  I have to see it.  It begins with viewing and ends mid-sentence period of time dot dot dot and what is deleted in paragraph 4, the last sentence is "Viewing so many different cities and cultures in a concentrated period of time the Worthpoint ad has..." and my biography has the rest of the sentence which is "helped me to see



EXHIBIT #19 B

Page 118

A. Trombetta

the similarities as well as the differences on each quite clearly."

Q.    Why do you refer to this as an ad?

A.    What is it in your --

Q.    What do you understand an ad to be?

A.    It is an ad on your web -- on the Worthpoint website regarding a painting --

Q.    Would you --

A.    -- that I did not paint.

Q.    Would you agree that ad is short for advertisement; the word ad is an abbreviation of advertisement?

A.    It is an advertisement of a painting.

Q.    No.  Just in general the term ad, AD, is an abbreviation of the word advertisement; would you agree to that?

A.    I would not agree to that.

Q.    What is the difference between an ad and an advertisement?

A.    There are several different meanings. I would have to look up in a dictionary to be very precise, but an ad could be for the sale of something.  An ad is an abbreviation of advertisement.  What an advertisement could be

Plaintiff's Evidence 000439

EXHIBIT #19B

10. Present and specifically identify what the WorthPoint Corporation's has copyrighted by the statement "Copyrighted work licensed by WorthPoint" with the copyright
symbol vector © that was in added to the 1972 Original Oil Painting Man With Red Umbrella " that was misattributed to the Plaintiff Annamarie Trombetta. Ex. What in particular is being copyrighted by WorthPoint Corporation?

RESPONSE: WorthPoint objects to this Interrogatory on the grounds that it includes multiple requests under the guise of one. WorthPoint objects to this Interrogatory on the grounds that it incorrectly implies that WorthPoint misattributed the subject painting to plaintiff, which is expressly denied. WorthPoint furthermore objects to this request to the extent that it seeks a legal conclusion. Moreover, WorthPoint is not sure what the Plaintiff is seeking in this interrogatory as use of a copyright symbol is not the act of copyrighting a work.

11. Present and identify what -in particular WorthPoint Corporation has the right to license . For example: what signature—text —etc. in particular has been licensed by WorthPoint Corporation in the 1972 Original Oil Painting Man With Red Umbrella " that was misattributed to the Plaintiff Annamarie Trombetta.

RESPONSE: WorthPoint objects to this Interrogatory on the grounds that it is in part a request for production. WorthPoint furthermore objects to this request to the extent that it seeks a legal conclusion and to the extent that it is a hypothetical inquiry as to what rights may be licensed. WorthPoint furthermore objects to this request on the grounds that it is not reasonably calculated to lead to the discovery of admissible evidence. WorthPoint further objects on the grounds that it incorrectly implies that WorthPoint misattributed the subject painting to plaintiff. Subject to and without waiving the foregoing objections, WorthPoint states that it licenses eBay data on prior sales of artworks, including prices and item descriptions for the purposes of including such data in WorthPoint's database.

12. Within the WorthPoint Ad for the 1972 Original Oil Painting Man With Red Umbrella Misattributed to Plaintiff Annamaire [sic] Trombetta, the ad duly states :
   *"Items in the Worthopedia are obtained exclusively from licensors and partners solely for our members' research needs. "*
Produce, submit, identify for inspection the "EXCLUSIVE contracts from licensors "

8

EXHIBIT #20A

EAI000058

Wednesday, April 27, 2022 at 21:30:09 Eastern Daylight Time

**Subject:** Fwd: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)

**Date:** Tuesday, January 10, 2017 at 5:28:43 PM Eastern Standard Time

**From:** eBay EAI

**To:** Norb Novocin, marie novocin

---------- Forwarded message ----------
From: **eBay** <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
To: ebay@novocin.com

eBay

**eBay sent this message to Norb & Marie Novocin (estateauctionsinc).**
Your registered name is included to show this message originated from eBay. Learn more.

## Congratulations, your item sold!

Dear estateauctionsinc,

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print

Complete one of the following:

- Print a shipping label Avoid a trip to the post office, print and pay for your label at home. Printing shipping la you reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking i automatically.
- Provide shipping and tracking information. When you upload tracking information to eBay, we'll send it to yo the item is on its way. This will save you time, and may result in fewer questions from buyers and higher del
- Mark your item as shipped in My eBay. Do this, and we'll let your buyer know the item is on its way. This wil result in fewer questions from buyers and higher detailed seller ratings.

You should always leave feedback for your buyer to encourage them to buy from you again.

| 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz | 1972 Original Oil Painting Man \ Annamarie Trombetta yqz |  |
|---|---|---|
|  | Sale price: | $181.! |
|  | Quantity sold: | 1 |
|  | Sale date: | Dec-0 |
|  | Buyer: | nina c |
|  |  | 9naclc |
|  |  | [conta |
|  | Buyer's shipping address: | nina c |
|  |  | 14215 |
|  |  | reno, I |
|  | Sell another Item | Send invoice |

## Select your email preferences

- Want to reduce your inbox email volume? Receive this email as a daily digest.
  For other email digest options, go to Notification Preferences in My eBay.
- Don't want to receive this email? Unsubscribe from this email.

Page 1 of 2

EXHIBIT#20A(2)     EAI000059

**Email reference id: [#45d0df16f2ea40759d3656f834970b06#]**
Please don't remove this number. eBay customer support may ask you for this number, if you should need assistance.

---

Learn More to protect yourself from spoof (fake) emails.

eBay sent this email to you at ebay@novocin.com about your account registered on www.ebay.com.

eBay sends these emails based on the preferences you set for your account. To unsubscribe from this email, change your communication preferences. Please note that it may take up to 10 days to process your request. Visit our Privacy Policy and User Agreement if you have any questions.

Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125.

EXHIBIT # 20 B

EAI000060

From: eBay <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330830102936)
To: <ebay@novocin.com>

**ebay** eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
Your registered name is included to show this message originated from eBay. Learn more.

## Congratulations, your item sold!

Dear estateauctionsinc,

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print your eBay shipping label.

**Provide shipping information**

**Go to My eBay**

YELLOW BAR MISSING

Complete one of the following:

- Print a shipping label Avoid a trip to the post office, print and pay for your label at home. Printing shipping labels on eBay also offers you reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking information is uploaded automatically.
- Provide shipping and tracking information. When you upload tracking information to eBay, we'll send it to your buyer and let them know the item is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed seller ratings.
- Mark your item as shipped in My eBay. Do this, and we'll let your buyer know the item is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed seller ratings.

You should always leave feedback for your buyer to encourage them to buy from you again.



1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz
Sale price:            $181.50
Quantity sold:         1
Sale date:             Dec-01-12 18:54:01 PST
Buyer:                 nina correia
                       9naclock (ninascorreia@aol.com)
                       [contact buyer]
Buyer's shipping address: nina correia
                       14215 prairie flower ct
                       reno, NV 89511-6710 United States
Sell another Item | Send invoice to buyer

Select your email preferences

- Want to reduce your inbox email volume? Receive this email as a daily digest. For other email digest options, go to Notification Preferences in My eBay.
- Don't want to receive this email? Unsubscribe from this email.

**Email reference Id: [#45d0df16f2ea40759d3656f834970b06#]**
Please don't remove this number. eBay customer support may ask you for this number, if you should need assistance.

Learn More to protect yourself from spoof (fake) emails.

eBay sent this email to you at ebay@novocin.com about your account registered on www.ebay.com.

eBay sends these emails based on the preferences you set for your account. To unsubscribe from this email, change your communication preferences. Please note that it may take up to 10 days to process your request. Visit our Privacy Policy and User Agreement if you have any questions.

Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125.

eBay EAI

Fwd: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)

To: Norb Novocin,  marie novocin

January 10, 2017 at 5:28 PM

2

——— Forwarded message ———
From: **eBay** <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
To: ebay@novocin.com

**ebay**  eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
Your registered name is included to show this message originated from eBay. Learn more.

## Congratulations, your item sold!

Dear estateauctionsinc,

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print your eBay shipping label.

Complete one of the following:

- **Print a shipping label** Avoid a trip to the post office, print and pay for your label at home. Printing shipping labels on eBay also offers you reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking information is uploaded automatically.
- **Provide shipping and tracking information.** When you upload tracking information to eBay, we'll send it to your buyer and let them know the item is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed seller ratings.
- **Mark your item as shipped in My eBay.** Do this, and we'll let your buyer know the item is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed seller ratings.

You should always **leave feedback** for your buyer to encourage them to buy from you again.

**Provide shipping information**

**Go to My eBay**

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz
Sale price:        $181.50
Quantity sold:     1
Sale date:         Dec-01-12 18:54:01 PST
Buyer:             nina correia
                   9naclock (ninascorreia@aol.com) [cc          er]
Buyer's shipping address: nina correia
                   14215 prairie flower ct
                   reno, NV 89511-6710 United States
Sell another item | Send invoice to buyer

**Select your email preferences**

- Want to reduce your inbox email volume? Receive this email as a daily digest. For other email digest options, go to Notification Preferences in My eBay.
- Don't want to receive this email? Unsubscribe from this email.

Email reference id: [#45d0df16f2ea40759d3656f834970b06#]
Please don't remove this number. eBay customer support may ask you for this number, if you should need assistance.

Learn More to protect yourself from spoof (fake) emails.

eBay sent this email to you at ebay@novocin.com about your account registered on www.ebay.com.

eBay sends these emails based on the preferences you set for your account. To unsubscribe from this email, change your communication preferences. Please note that it may take up to 10 days to process your request. Visit our Privacy Policy and User Agreement; if you have any questions.

Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125.

Plaintiff000822

Case: 25-817, 07/17/2026, DktEntry: 91.2, Page 50 of 58

Case 1:18-cv-00993-LTS-SLC   Document 496-4   Filed 06/07/23   Page 9 of 31

SA2865

EXHIBIT #20C

Mail - Annamarie Trombetta - Outlook

Exhibit #20 D(1)

Adam sent this email to you as an attachment.

Best,

–Anderson–
646.450.3607

---

From: Annamarie Trombetta <annamarietrombettalegal@outlook.com>
Sent: Friday, November 18, 2022 2:20:20 PM
To: Anderson Duff <ajd@hoganduff.com>
Cc: Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S.
<Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>
Subject: Re: Norb Novocin Deposition Full Production of Exhibit #4 -2 Page eBay email

Mr. Duff,

On November 17, 2022 --yesterday---I sent you an example of a "raw Message" for an eBay notice dated July 16, 2022. Kindly open it and review it and you will see what it is I am requesting. Every email server has some kind of Original message. If it was an gmail account you have to go to MORE and click on Original and you will find the text and codes for the message.

Submitted by
Annamarie Trombetta

---

From: Annamarie Trombetta <annamarietrombettalegal@outlook.com>
Sent: Thursday, November 17, 2022 9:14 AM
To: Anderson Duff <ajd@hoganduff.com>
Cc: Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S.
<Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>
Subject: Re: Norb Novocin Deposition Full Production of Exhibit #4 -2 Page eBay email

Mr. Duff,

Attached are two eBay Raw Message for my emails from ebay.

Plaintiff000824

**Re: Email**

Exhibit 420
D
(2)

Annamarie Trombetta <annamarietrombettalegal@outlook.com>
Fri 11/18/2022 2:39 PM

To: Anderson Duff <ajd@hoganduff.com>;Adam Bialek <adam.bialek@wilsonelser.com>;Farmer, Jana
S. <Jana.Farmer@wilsonelser.com>;Haimson, Nicole <Nicole.Haimson@wilsonelser.com>

To All Parties,

On October 28, 2022 Plaintiff called for a Meet and Confer to conclude Discovery. Plaintiff notes to all parties that I addressed the incomplete eBay receipt for the 1972 Original Oil Painting Man With Red Umbrella to Mr. Duff. All the WorthPoint's attorneys were in attendance did not state that the Novocin eBay receipt was produced on the 28th. Aside from this none of the attorneys, particularly Mr. Bialek at any time and day --the 28th of October confirmed any production of the Novocin eBay receipt had been produced to Mr. Duff or Plaintiff.

Please Note that On October 29, 2022 Plaintiff sent to all the attorneys, pages 74 to 79 of the September 21, 2022 Deposition by Mr. Novocin who claims he keeps all his eBay emails . None of the attorneys sent me the Novocin eBay receipt dated Dec. 1, 2012.

In fact on October 31, 2022 Mr. Duff confirmed he would send me a complete copy of 1972 Original Oil Painting Man With Red Umbrella from his client when it became available.

There seems to be so many contradictions to your claim Mr. Bialek. Can you explain why --if the eBay receipt was produced on the 21st of September why you did not email the eBay receipt to Plaintiff before yesterday, November 17, 2022.

Submitted Nov. 18, 2022
Annamarie Trombetta

---

**From:** Anderson Duff <ajd@hoganduff.com>
**Sent:** Thursday, November 17, 2022 1:36 PM
**To:** Bialek, Adam <Adam.Bialek@wilsonelser.com>; Annamarie Trombetta
<annamarietrombettalegal@outlook.com>; Annamarie Trombetta <atrombettaart@gmail.com>;
ajd@andersonjduff.com <ajd@andersonjduff.com>
**Cc:** Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Haimson, Nicole

**SA2868**

Exhibit # 2   ECF No. 322 Page 21

A

Doc 5 2022 Letter

December 5, 2022

The Honorable Judge Ronnie Abrams
United States District Court Southern District of New York
40 Foley Square, Room 2203 New York, NY 10007

The Honorable Judge Sarah L. Cave
United States District Court Southern District of New York
500 Pearl St., Courtroom 18A New York, NY 10007-1312

**RE: Plaintiff's Follow Up to November 23, 2022 Conference Call RE WorthPoint Defendants**

To Honorable Judge Cave and The Honorable Judge Abrams,

Pro Se' Plaintiff extends another letter to the Court, due to the numerous difficulties, deficiencies and the decoding of evidence emailed to Plaintiff by Defendants after the Conference Call last Wed, Nov.23, 2022. Once again, I thanks the Court for it's imperative intervention. I can only hope that my exhaustion in dealing with both Defendants is not shared by the Court. Throughout this case, each Defendant has separately and collaboratively, created contradictions, complications and concealments to Plaintiff's discovery requests, albeit willfully. To understand this present willful pattern, I harken back to my Feb. 20, 2016 email sent to WorthPoint which I have reproduced repeatedly in print and sent in a raw message PDF on Oct. 28, 2022.

I begin by focusing on <u>Mr. Seippel's direct response to my Feb. 20, 2016 email sent to him</u>. Mr. Seippel's Feb. 20, 2016 dated email response has ambiguous, contradictory statements such as " *<u>We unfortunately do not take the data from eBay you are asking for.</u> We only obtain selling prices, pictures and the description. We do not obtain sellers, buyers and all such information you are asking for. I am sorry we do not do that but we never had and it is more information than we are allowed to collect. <u>I do not think that data actually exists anywhere at this point as we are the only persons that have saved this to my knowledge.</u> Since you are the artist, and I have no reason to doubt that <u>and you feel this is fraudulent, we will remove the item from the site so that it does not mislead anyone on your paintings".*
**EXHIBIT #1 Will Seippel's Feb. 20, 2016 email response to Plaintiff RE 1972 Oil-WP000135 Evidence**

Plaintiff brings to the Court's attention Five Points in Seippel 2016 statements compared to those in 2020:

**1)** - Will Seippel claimed " *We unfortunately do not take the data from eBay you are asking for*".
Allegedly, the 1972 oil painting sold on eBay. Despite my interrogatories, neither EAI nor WorthPoint have informed me, **"HOW" or "TO WHOM"** the 1972 painting, eBay 2012 sale record <u>was transferred</u>. How did the licensing source obtain this information after it was allegedly sold? Ambiguity, avoidance and multiple alterations of evidenced information is now a documented defense mechanism by Defendants.
**2)** - On Feb. 20, 2016, Mr. Seippel claims that <u>the 1972 data does not exit anywhere at that point as they are the only persons that have saved this to his knowledge.</u> Seippel's 2016 claim that WorthPoint was the only source that had the 1972 data is the main reason why I did not contact Norb Novocin /EAI in 2016 regarding the 2012 sale. My aim was to inform WorthPoint I was not the artist nor signed the 1972 oil and to request the false internet link be permanently deleted from WorthPoint's website and from my name.
**3)** - On Feb. 20, 2012,(SEE Ex#1 in WP 62), NOT, March 1, 2016, Will Seippel responded to the Plaintiff and wrote "*<u>Since you are the artist, and I have no reason to doubt that, and you feel this is fraudulent, we will remove the item from the site so that it does not mislead anyone on your paintings.</u>* Four years later, in Seippel's June 24, 2020 Declaration in Doc. 61-1, he alleges in **No. 5** "*And on or around Feb. 4, 2016 , I caused the Allegedly infringing Auction Listing which was displayed at http:www.worthpoint.com/ worthopedia/1972original oil-man-red-4892417 to be permanently deleted from WorthPoint's website.*
**4)** - Written in Seippel's 6/24/20 Declaration in **No.6** is "*Shortly thereafter, on March 1, 2016, I responded to Plaintiff Trombetta's Feb. 20, 2016 email and informed her that we have taken down any pages that you have asked as <u>a courtesy to you</u>*" and that any reference to the Allegedly Infringing Auction listing in her

*Google search "reflected the past" and was the result of that search engine's memory".* It is evident Seippel perjured himself. His 2020 Declaration states he responded on March 1, 2016 when it was Feb. 20, 2016. **SEE EXHIBIT #2 Will Seippels' June 29, 2020 Declaration Page 1 and Page 2 No. 5 and No. 6.**
5) - The last point to bring to the Court's attention is one of Plaintiff's attachments in my Feb. 20, 2016 email. Listed twice on the Google print out is the date Feb. 17, 2016 in the upper right corner under and also under the "Marilyn Monroe 1988 Micheal Ochs is documented *"Last visited site on Feb. 17, 2016 .* This Google print out has written in Search window "1972 Original Oil Painting Man With Red Umbrella signed Annamarie Trombetta". Th Google print out documents that the false WorthPoint links were incorrectly linked and marketed with my true credentials to include 1) the website of Italian American Museum and my 2015 solo show, 2) my website Artist Info page from my website, 3) my Central Park write up on the website of outdoorpainter.com 4)a Staten Island Advance Newspaper article on my Jan. 2015 solo exhibit etc. My name was the source of these false connections, and a false association to WorthPoint's website —eBay—Thomas Kincaid—Michael Ochs etc and vice versa was forged on the internet. These WorthPoint pages and links that I have no association with also surfaced under Google Search " artist Annamarie Trombetta" and under "Annamarie Trombetta". Repeatedly, in Plaintiff's 2022 interrogatories and Prod of Documents, I requested the date when the 1972 false attribution was ingested on the internet. WorthPoint's attorneys repeatedly denied knowing that date and year. WorthPoint circulated on the internet a false CMI with a copyright vector, associated with my name, biography and brand, known and documented since August 2015 to May 2017 in evidence 51,52,53, 54, 55, 56, 57,58, 62,63,65,66,67,68, 611and 612 and 745 and 736 which are the full 2 Google page printouts. verified proof that from August 2015 till May 2017. **EXHIBIT 3 #Plaintiff's Attachment in Feb.2016 Google Print out dated Feb. 17, 2016 written twice.**

For the record, Plaintiff 's Deposition responses has re-production print outs of my Feb. 20, 2016 email with attachments requested by the Defendants. Numbered documents are : *Plaintiff 's Deposition Response - Plaintiff's Evidence is — 000365 Page 1 —000366 Page 2 —000367 Page3 and the 2/20/16 attachments are —000368, —000369 — 000371 etc.* My numbered evidence were submitted to the Defendants on Thursday, Oct. 20, 2022. Plaintiff reached out to the Defendant for a Meet and Confer, since none of the attorneys contacted me regarding my Responses and Returned Deposition. During the Friday, Oct. 28, 2022 Meet and Confer. the attorneys requested Plaintiff to produce an electronic version of the Feb. 20, 2016 email sent to Will Seippel, and Webmaster Greg Watkins. EXHIBIT #3 confirms I sent my Feb. 20, 2016, Original/ Raw Message to all the attorneys. On my own accord I sent additional Original / Raw Message in a PDF to all the attorneys after my Feb. 20 2016 and 2017. To summarize, all the attorneys, received, are well aware and have no reason not to know what the content in an Original / Raw Message looks like in composition. Plaintiff submits to the Court the same full Raw Message , PDF format sent to all attorneys on Oct.28, 2022. **EXHIBIT #4 Proof of Sent Email to Attorneys - Plaintiff Feb. 20, 2016 Raw Message PDF file. EXHIBIT #5 Feb. 20, 2016 "Original Raw Message" in a PDF file sent to Defendants 10/28/22.** After, Plaintiff commenced the Oct. 28, 2022 Meet and Confer, from Fri., the 28th to Mon. the 31st of Oct. 2022, I produced all of the Defendants requests. **Plaintiff received NOTHING that I requested during these meetings.** Most notably was EAI's memberships to WorthPoint.com and the documented EAI 2012 eBay FULL receipt for the 1972 oil painting, in it's entirety. On Nov. 16, 2022, Mr. Duff produced the bate stamped EAI000060 evidence . Since I viewed the obvious absence of the bold yellow line that should be under EAI000060's *"Congratulations your item sold",* Plaintiff has been anticipating Defendants ' obfuscation and/ or "cure" to reverse the conspicuous differences between EAI00058/ EAI00059 and EAI0060. It was no surprise when attorney Adam Bialek, on Nov. 17, 2022, allegedly forwarded an eml format message claiming attorney Anderson Duff allegedly sent his eml message on Sept. 21, 2022 to all parties. If this is true, why did Mr. Duff produce his bate stamped EAI00060 on Nov. 16, 2022, absent the conspicuous bold yellow line, and the addition of the colored eBay logo not visible in EAI00058 ? Common sense and the apparent visual differences and alternations between EAI's April and Nov. bate stamped evidence demands these questions be answered. Plaintiff noted during the Nov. 23rd call, I could not open nor see Mr.Duff's eml message and also mentioned that I engaged an internet expert witness.

Exhibit #8 ECF 322

Dec 5 2022 Little Page No 3

I now turn the Court's attention to the content of Adam Bialek Nov. 23, 2022 email which was all in code. During the Conference Call, while Judge Cave was ordering the production of the Estate Auctions Inc. 2012 Raw or Original eBay email in it's entirety on Nov. 23, 2022 , Plaintiff explained how to download a PDF version of the eBay Dec. 1, 2012 Full Raw Message email. Above, I previously noted that all the attorneys specifically Mr. Bialek ,as he requested my Feb. 20, 2016 Raw Messages back in Oct. 28th . should therefore know what the "Raw Message " looks like in full composition . The Original /Raw Message email contains header data with the sender's email, receiver 's email, the email's date, ie the header, the body of email) and the email coding. Mr. Bialek's sent coding and labeled it as "Source information". **EXHIBIT#6 Original Gmail Message PDF of Nov23rd 2022 Call sent by Adam Bialek to Plaintiff** Plaintiff 's Nov.27th week began with an investigation and new findings as I was left to decode Mr. Bialek's cryptic "Source information" in his Wed, Nov. 23rd. email, "sent as a courtesy". As a result, Plaintiff" had to " reach out to my expert witness, whom I noted to the Court during the Conference. My expert witness opened Mr. Duff's eml formatted message, allegedly sent on Sept. 21, 2022. This email is yet another version of the 2012 eBay sales receipt for the 1972 Oil sent to EAI, yet it was NOT bate stamped. It differs from EAI00058 and EAI00059 which is missing the eBay color logo and has **written twice in blue** 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz.—**right next to each other** . The Nov. 16 2022 EAI00060 version is absent the bold yellow line under *"Congratulations, your item sold !"* and has the colored eBay logo. Again, Plaintiff requested in it's entirety the full Raw or Original Message Email ( EX. #4 #5) sent directly by eBay with **From: eBay <ebay@ebay.com>** on **Date: Sat, Dec 1, 2012 at 9:54 PM> To: ebay@novocin.com** as duly documented in first EAI00058 and EAI00059. EXHIBIT#6 Expert Witness Patrick O'LearyReport/ Affidavit on four eBay 2012 sales receipts to EAI. Plaintiff engaged an Internet expert witness who discovered and produced an affidavit to confirm that Plaintiff was NOT sent "eBay's sale email to EAI" from Dec. 2012 in an SMTP Raw Original Message format as ordered by the Court. My expert's affidavit reveals that Mr. Bialek's email **on November 23, 2022,** only contains HTML coding. This HTML coding matches Mr. Duff's eml message minus all other SMTP email raw data. **EXHIBIT#7 Plaintiff's Expert Witness Mr. O'Leary's email/attachments Dec.2.2022 Please see Expert Witness Mr. O'Leary's Exhibit #7 PlainText PDF of Feb. 20, 2022 email**

Since this case began in 2018, Plaintiff has requested **one simple eBay sales receipt** for the 1972 oil painting sale to verify payment for a painting I did not paint or sign which was falsely marketed with my credentials. I have confirmed with my internet expert witness that each of the four illustrated versions for the eBay receipts produced by EAI/ Mr. Duff, and Mr. Bialek will contain **different coding.** The differences will be reflected in the coding by the absence or inclusion of data with the visual elements and the text, missing or seen, within each of the four documents EAI/ and Mr. Duff produced. To date, Adam Bialek only produced the same HTML coding as Mr. Duff's 2012 eBay receipt in his eml format version. Due to this, Plaintiff requests the Court to Order Mr. Duff or Mr. Bialek to produce coding for EAI00058 and EAI00060 to determine which one of the Bate stamped eBay receipts is authentic and should be the code within the Original Raw Message of the 2012 eBay email sent to EAI **on December 1, 2012.** My expert witness can then determine which one of the coding within each Bate stamped receipt is valid to the Raw Original Message. Plaintiff submits all verbal and requested information ordered by the Court due by Dec. 2, 2022.

PLEASE NOTE PLAINTIFF HAS YET TO RECEIVE BY MAIL, JUDGE CAVE'S NOV. 23rd ORDER DOC. 319

EXHIBIT #8 Plaintiff's Supplemental Rule 37 Responses for No 6 w/3 page Attachments
EXHIBIT #9 Plaintiff's Proof of sent email to Defendants without Fact Witness emails
EXHIBIT #10 Notarized Affidavit by Expert Witness Patrick M. O'Leary on 4 EAI Receipts.

December 5, 2022                                      Respectfully Submitted.
Annamarie Trombetta                        ———— Electronic Signature ————
175 East 96th Street
New York, New York 10128                        /s/ Annamarie Trombetta

                                              ———————————————————
                                                    Annamarie Trombetta

**SA2871**

# EXHIBIT #22

# SEE DIGITAL FORMAT

# AFFIDAVIT OF

# INTERNET EXPERT WITNESS

# PATRICK O'LEARY

Gmail - Email

M Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

## Email

**Bialek, Adam** <Adam.Bialek@wilsonelser.com>                        Wed, Nov 23, 2022 at 11:33 AM
To: Annamarie Trombetta <annamarietrombettalegal@outlook.com>, Annamarie Trombetta <atrombettaart@gmail.com>,
"ajd@hoganduff.com" <ajd@hoganduff.com>, "ajd@andersonjduff.com" <ajd@andersonjduff.com>
Cc: "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>, "Haimson, Nicole" <Nicole.Haimson@wilsonelser.com>

Here is the Source Information from the email that I was able to capture. Being sent as a courtesy.

<html><head>

</head><body><div dir="ltr"><br><div class="gmail_quote">---------- Forwarded message ----------<br>From:
<b class="gmail_sendername">eBay</b> <span dir="ltr">&lt;<a href="mailto:ebay@ebay.com">eb
ay@ebay.com</a>&gt;</span><br>Date: Sat, Dec 1, 2012 at 9:54 PM<br>Subject: Your eBay item sold!
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
<br>To: <a href="mailto:ebay@novocin.com">ebay@novocin.com</a><br><br><br><div><div id="m_
3729392004584666707Header"><div><table border="0" cellpadding="0" cellspacing="0" width="100%">
<tbody><tr><td width="100%" style="word-wrap:break-word"><table cellpadding="2" cellspacing="3"
border="0" width="100%"><tbody><tr><td width="1%" nowrap=""><img src="http://q.ebaystatic.com/
aw/pics/logos/ebay_95x39.gif" height="39" width="95" alt="eBay"></td><td align="left" valign="bottom">
<span style="font-weight:bold;font-size:xx-small;font-family:verdana,sans-serif;color:#666"><b>eBay sent
this message to Norb &amp; Marie Novocin (estateauctionsinc).</b><br></span><span style="font-size:xx-
small;font-family:verdana,sans-serif;color:#666">Your registered name is included to show this message
originated from eBay. <a href="http://pages.ebay.com/help/confidence/name-userid-emails.html"
target="_blank">Learn more</a>.</span></td></tr></tbody></table></td></tr></tbody></table></div></div>
<div id="m_3729392004584666707Title"><div><table style="background-color:#ffe680" border="0"
cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td width="8" valign="top"><img
src="http://q.ebaystatic.com/aw/pics/globalAssets/ltCurve.gif" height="8" width="8"></td><td valign="bottom"
width="100%"><span style="font-weight:bold;font-size:14pt;font-family:arial,sans-serif;color:#000;margin:
2px 0 2px 0">Congratulations, your item sold!</span></td><td width="8" valign="top" align="right"><img
src="http://p.ebaystatic.com/aw/pics/globalAssets/rtCurve.gif" height="8" width="8"></td></tr><tr><td
style="background-color:#fc0" colspan="3" height="4"></td></tr></tbody></table></div></div><div id="m_
3729392004584666707SingleItemCTA"><div><table border="0" cellpadding="2" cellspacing="3"
width="100%"><tbody><tr><td><font style="font-size:10pt;font-family:arial,sans-serif;color:#000">Dear
estateauctionsinc,<table border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td><img
src="http://q.ebaystatic.com/aw/pics/s.gif" height="10" alt=" "></td></tr></tbody></table>You did it! Your
item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print your
eBay shipping label.<table border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td><img
src="http://q.ebaystatic.com/aw/pics/s.gif" height="10" alt=" "></td></tr></tbody></table><div>Complete one
of the following:<br><ul style="list-style-type:disc;margin:10px 10 10 14px"><li><a
href="http://rover.ebay.com/rover/0/e12011.m354.l1337/7?euid=45d0df16f2ea40759d3656f834970b
06&amp;loc=http%3A%2F%2Fpayments.ebay.com%2Fws%2FeBayISAPI.dll%3FPrintPostage%
26transactionid%3D0%26itemid%3D330833102936%26ssPageName%
3DADME%3AL%3AEOISSA%3AUS%3A1337" target="_blank">Print a shipping label</a> Avoid a trip to
the post office, print and pay for your label at home. Printing shipping labels on eBay also offers you
reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking
information is uploaded automatically.</li><li><a href="http://rover.ebay.com/rover/0/e12011.m354.l1663/7?
euid=45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%2Fpayments.ebay.com%2Fws%
2FeBayISAPI.dll%3FAddTrackingNumber2%26flow%3Dmyebay%26LineID%
3D330833102936_0%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1663"
target="_blank">Provide shipping and tracking information</a>. When you upload tracking information to
eBay, we'll send it to your buyer and let them know the item is on its way. This will save you time, and may
result in fewer questions from buyers and higher detailed seller ratings.</li><li><a

Plaintiff000826

**SA2873**

EXHIBIT #23A    page 2

Gmail - Email

href="http://rover.ebay.com/rover/0/e12011.m354.l1662/7?euid=45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyEbayBeta%26CurrentPage%3DMyeBayNextSold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1662" target="_blank">Mark your item as shipped in My eBay</a>. Do this, and we'll let your buyer know the item is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed seller ratings.</li></ul>You should always <a href="http://rover.ebay.com/rover/0/e12011.m354.l1332/7?euid=45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%2Ffeedback.ebay.com%2Fws%2FeBayISAPI.dll%3FLeaveFeedback2%26show_as%3Dsold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1332" target="_blank">leave feedback</a> for your buyer to encourage them to buy from you again.<br><br></div></font><div><table width="100%" cellpadding="0" cellspacing="3" border="0"><tbody><tr><td valign="top" align="center" width="100" nowrap=""><a href="http://rover.ebay.com/rover/0/e12011.m43.l1123/7?euid=45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%2Fcgi.ebay.com%2Fws%2FeBayISAPI.dll%3FViewItem%26item%3D330833102936%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1123" target="_blank"><img src="http://thumbs.ebaystatic.com/pict/330833102936.jpg" alt="1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz" border="0"></a></td><td colspan="2" valign="top"><table width="100%" cellpadding="0" cellspacing="0" border="0"><tbody><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" colspan="2"><a href="http://rover.ebay.com/rover/0/e12011.m43.l1123/7?euid=45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%2Fcgi.ebay.com%2Fws%2FeBayISAPI.dll%3FViewItem%26item%3D330833102936%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1123" target="_blank">1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz</a></td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" width="15%" nowrap="" valign="top"><font style="font-weight:bold;font-size:10pt;font-family:arial,sans-serif;color:#000">Sale price:</font></td><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top"><font style="font-weight:bold;font-size:10pt;font-family:arial,sans-serif;color:#000">$181.50</font></td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" width="15%" nowrap="" valign="top">Quantity sold:</td><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top">1</td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" width="15%" nowrap="" valign="top">Sale date:</td><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top">Dec-01-12 18:54:01 PST</td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" width="15%" nowrap="" valign="top">Buyer:</td><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top">nina correia</td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" width="15%" nowrap="" valign="top"></td><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top"><div><table border="0" cellpadding="0" cellspacing="0"><tbody><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top" class="m_3729392004584666707noWrap"><font style="font-size:10pt;font-family:arial,sans-serif;color:#000">9naclock (<a href="mailto:ninascorreia@aol.com" target="_blank">ninascorreia@aol.com</a>) [<a href="http://contact.ebay.com/ws/eBayISAPI.dll?ReturnUserEmail&amp;requested=9naclock&amp;redirect=0&amp;iid=330833102936" target="_blank">contact buyer</a>]</font></td></tr></tbody></table></div></td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" width="15%" nowrap="" valign="top">Buyer's shipping address:</td><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top"><div><table border="0" cellpadding="0" cellspacing="0"><tbody><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top" class="m_3729392004584666707noWrap" nowrap="">nina correia</td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top" class="m_3729392004584666707noWrap" nowrap="">14215 prairie flower ct</td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top" class="m_3729392004584666707noWrap" nowrap="">reno, NV 89511-6710 United States</td></tr></tbody></table></div></td></tr><tr><td colspan="2"><font style="font-size:10pt;font-family:arial,sans-serif;color:#000"><a href="http://rover.ebay.com/rover/0/e12011.m43.l1151/7?euid=45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%2Fcgi5.ebay.com%2Fws%2FeBayISAPI.dll%3FSellHub3%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1151" target="_blank">Sell another Item</a> | <a href="http://rover.ebay.com/rover/0/e12011.m43.l1156/7?euid=45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%2Fpayments.ebay.com%2Fws%2FeBayISAPI.dll%3FUnifiedCheckoutSellerUpdateDetails%26itemId%3D330833102936%26transId%3D0%26buyerid%3D0%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1156" target="_blank">Send invoice to buyer</a></font></td></tr></tbody></table></td></tr></tbody></table></div></td><td valign="top" width="185"><div><span style="font-weight:bold;font-size:10pt;font-family:arial,sans-serif;color:#000"><strong>Provide shipping information</strong></span><table border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td><img src="http://q.ebaystatic.com/aw/pics/s.gif" height="4" alt=" "></td></tr></tbody></table><a href="http://rover.ebay.com/rover/0/e12011.m44.l1121/7?euid=45d0df16f2ea40759d3656f834970b

Trombetta000827