**SA2874**

EXHIBIT # 23A Page 3

Gmail - Email

06&amp;loc=http%3A%2F%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyeBay%26CurrentPage%
3DMyeBaySold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1121"
title="http://rover.ebay.com/rover/0/e12011.m44.l1121/7?euid=45d0df16f2ea40759d3656f834970b
06&amp;loc=http%3A%2F%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyeBay%26CurrentPage%
3DMyeBaySold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1121" target="_blank"><img
src="http://p.ebaystatic.com/aw/pics/buttons/btnGotoMyeBay.gif" border="0" height="32" width="120"></a>
<br><span style="font-style:italic;font-size:8pt;font-family:arial,sans-serif;color:#000"></span></div></td>
</tr></tbody></table><br></div></div><div id="m_3729392004584666707OneClickDigestOrUnsubscribe">
<div><div class="m_3729392004584666707cub-cwrp"><h3 class="m_3729392004584666707cub-chd">
Select your email preferences</h3><div class="m_3729392004584666707cub-ccnt"><ul class="m_
3729392004584666707cub-ulst"><li><span class="m_3729392004584666707cub-ltxt"><span>Want to
reduce your inbox email volume? <a href="http://my.ebay.com/ws/eBayISAPI.dll?DigestEmail&amp;
emailType=12011" target="_blank">Receive this email as a daily digest</a>.</span><br><span>For other
email digest options, go to <a href="http://my.ebay.com/ws/eBayISAPI.dll?MyEbayBeta&amp;CurrentPage=
MyeBayNextNotificationPreferences" target="_blank">Notification Preferences</a> in My eBay.</span><br>
</span></li><li><span class="m_3729392004584666707cub-ltxt"><span>Don't want to receive this email?
<a href="http://my.ebay.com/ws/eBayISAPI.dll?EmailUnsubscribe&amp;emailType=12011"
target="_blank">Unsubscribe from this email</a>.</span><br></span></li></ul></div></div></div></div>
<div id="m_3729392004584666707MarketPlaceSafetyTip"></div><div id="m_
3729392004584666707Footer"><div><hr style="HEIGHT:1px"><table border="0" cellpadding="0"
cellspacing="0" width="100%"><tbody><tr><td width="100%"><font style="font-size:10pt;font-
family:arial,sans-serif;color:#000"><b>Email reference id: [#<wbr>45d0df16f2ea40759d3656f834970b
<wbr>06#]</b><br>Please don't remove this number. eBay customer support may ask you for this number,
if you should need assistance.</font></td></tr></tbody></table><br></div><hr style="HEIGHT:1px"><table
border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td width="100%"><font style="font-
size:xx-small;font-family:verdana;color:#666"><a href="http://pages.ebay.com/education/spooftutorial/index.
html" target="_blank">Learn More</a> to protect yourself from spoof (fake) emails.<br><br>eBay sent this
email to you at <a href="mailto:ebay@novocin.com" target="_blank">ebay@novocin.com</a> about your
account registered on <a href="http://www.ebay.com" target="_blank">www.ebay.com</a>.<br><br>eBay
sends these emails based on the preferences you set for your account. To unsubscribe from this email,
change your <a href="http://my.ebay.com/ws/eBayISAPI.dll?MyEbayBeta&amp;CurrentPage=
MyeBayNextNotificationPreferences" target="_blank">communication preferences</a>. Please note that it
may take up to 10 days to process your request. Visit our <a href="http://pages.ebay.com/
help/policies/privacy-policy.html" target="_blank">Privacy Policy</a> and <a href="http://pages.ebay.com/
help/policies/user-agreement.html" target="_blank">User Agreement</a> if you have any questions.<br>
<br>Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property
of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145
Hamilton Avenue, San Jose, CA 95125. </font></td></tr></tbody></table><img src="http://rover.ebay.com/
roveropen/0/e12011/7?euid=45d0df16f2ea40759d3656f834970b06" height="1" width="1"></div></div>
</div><br></div></body></html>

Adam Bialek
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017
212.915.5143 (Direct)
917.538.0616 (Cell)
212.490.3000 (Main)
212.490.3038 (Fax)
adam.bialek@wilsonelser.com

From: Bialek, Adam
Sent: Thursday, November 17, 2022 1:33 PM
To: Annamarie Trombetta <annamarietrombettalegal@outlook.com>; Annamarie Trombetta
<atrombettaart@gmail.com>; ajd@hoganduff.com; ajd@andersonjduff.com

Plaintiff000828

Gmail - Email

Cc: Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>

**Subject:** FW: Email

*November 17, 2022 Email*

I note that as of late there has been quite a few emails floating about looking for the complete document regarding the sale of the painting. I just came across this which was exchanged during the deposition of the Novicins. Hopefully, this issue is now resolved and we can start reducing the issues that need to be raised on the call with the Court next week. I suggest that we put together an agenda of items to be addressed with the Court next week and see if we can meet and confer on a resolution of as many as we can.

[Quoted text hidden]
[Quoted text hidden]

*EXHIBIT #23A*

*from Adam Bialek*

*Page 4*

Plaintiff000829

Plaintiff's Evidence 000814

Gmail - Increased Attorneys' Fees

 Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

---

## Increased Attorneys' Fees

**Anderson Duff** <ajd@hoganduff.com>                                       Wed, Nov 23, 2022 at 1:06 PM
To: Annamarie Trombetta <annamarietrombettalegal@outlook.com>, Annamarie Trombetta <atrombettaart@gmail.com>
Cc: "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>, "Haimson, Nicole" <Nicole.Haimson@wilsonelser.com>, "Bialek, Adam" <Adam.Bialek@wilsonelser.com>

Ms. Trombetta:

Because you do not seem to understand the severity of the situation you have created, I am again writing to remind you that my clients will be seeking an award of attorneys' fees under § 505 of the Copyright Act and/or because you rejected my clients' offer of judgment. For your information, today's conference added roughly $1,500 in attorneys' fees for my clients alone.

Best,

-Anderson-

646.450.3607

HoganDuff.com

EXHIBIT #23 B

Plaintiff's Evidence 000817        F  Gmail - FW: Activity in Case 1:18-cv-00993-RA-SLC Trombetta v. Novocin et al Letter

 Gmail                                    Annamarie Trombetta <atrombettaart@gmail.com>

---

## FW: Activity in Case 1:18-cv-00993-RA-SLC Trombetta v. Novocin et al Letter

**Bialek, Adam** <Adam.Bialek@wilsonelser.com>                         Fri, Dec 2, 2022 at 4:05 PM
To: Anderson Duff <ajd@hoganduff.com>, Annamarie Trombetta <annamarietrombettalegal@outlook.com>, Annamarie
Trombetta <atrombettaart@gmail.com>
Cc: "Haimson, Nicole" <Nicole.Haimson@wilsonelser.com>, "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>

Dear Ms. Trombetta:

EXHIBIT # 23B

I agree with Mr. Duff here.  Moreover, as I previously noted and stated during the call, I was providing things **as a courtesy** to you as your fights with Mr. Duff on matters that had been resolved were taking too much time and effort and causing my client to unnecessarily spend money.  This is a case where no good deed goes unpunished.  I did not have to send Mr. Duff's prior production of the sales receipt, nor the meta data, but since his disclosure was available to me, I saw no reason why not to try to short circuit the issue and provide to you what had already been produced.  I informed you and the Court during the call that I was doing it as a courtesy so we could put the issue to bed.  If my courtesies for you are only going to generate more attacks on me, my firm and my client, then I do not need to help you.  I have tried to be helpful recognizing that you are pro se and claim that you have no idea of the rules (even despite the Court's multiple explanations and directions).  Your attempts to malign me for trying to be helpful will not be forgotten.  And, like Mr. Duff's claims, will be used to seek reimbursement of my client's fees under Section 505 of the Copyright Act.

I strongly urge you to heed the advice of the Court.  Try to pick up the phone next time and have a meet and confer.  You will save time, money and aggravation of all concerned.  And for someone who is so bent out of shape over a claim about her reputation since someone paid $182.50 for a damaged painting by an artist who signed the work A. Trombetta, you might consider how your intentionally misleading, frivolous and attacking misrepresentations might impact others.  You have no problem sullying someone else's reputation INTENTIONALLY, while you claim what was done to you as **a simple mistake** (at best) is egregious.  It is my understanding the neither my client nor the Novocins even knew who you were before this, and there has been no evidence produced to the contrary.

You close your letter with: "I truly filed this lawsuit to legally "Declare" I am not the artist, nor is it my signature on their 1972 oil painting "1972 Man With Red Umbrella.  To date, neither Defendant has identified the artist."  At some point, your intentions must have changed, and for reasons that defy comprehension.  If you truly only wanted to declare that you are not the artist who painted the painting sold by the Novocins to Ms. Correia on eBay in 2012, then this case would have been over long ago.  And, if you stepped back and considered that WorthPoint (and I presume the Novocins) had no way of knowing who painted the painting,, then you would have tried to resolve this matter long ago.  Yet, you continue to believe that this case is worth hundreds of thousands of dollars and refuse to negotiate a settlement that reflects what you want.  It is for that reason, you and the defendants are going to waste hundreds of more hours on a case where you cannot get from my client the relief you are seeking (nor will you prevail as there are several defenses that will prevent you from recovering anything from WorthPoint).  If you instead want to address the stated intent of your lawsuit, rather than seek hundreds of thousands of dollars, please let us know.  In the interim, please follow the Court's directions and refrain from your misguided attacks.

Regards,

Adam

Adam Bialek
Attorney at Law

Case 1:18-cv-00993-LTS-SLC    Document 496-4    Filed 06/07/23    Page 22 of 31

EXHIBIT #24

Page 1

Page 70

N. NOVOCIN

A.      Well, 99 cents, correct.

Q.      We mentioned sometimes you maybe sell through live auction.  Did you ever to try to sell this painting through live auction?

A.      No.  The ones that go to live auction are items we put on Ebay.  If we don't get a 99 cents bid, then it's not worth putting it up again and I go to live auction.

Q.      When you were researching this painting before putting it on Ebay, did you have any conversations with anyone about it?

A.      No.

Q.      You mentioned that you are sometimes or frequently offering up to 360 listings a week on Ebay.  Did I get that right?

A.      That was the maximum we ever went.

Q.      The week that this painting was sold, can you estimate how many listings did you have up at that time?

EXHIBIT #24    Page 1

Page 71

N. NOVOCIN

A.    I am going to guess.  This is a guess.  I don't know, but I'm going to estimate about 60 listings.

Q.    Going back to the photographs that were included with the listing, do you recall how many photographs were included?

A.    I believe that we included a total of 18 photos.  They would always be 11 photos that would go to Ebay and they would put them up on the front.  We would include additional photos within the actual listing itself so that there would be more clarity.

Q.    Again, you no longer have possession of any of those pictures, correct?

A.    That is correct.  I have searched and searched and searched.

Q.    Do you still have a copy of the full Ebay listing before it was sold?

A.    My son was able to dig up the writing on the full Ebay listing.  I'm pretty sure it is the full listing, but I am not sure where he got it from.  My son

EXHIBIT A-24    Page 3

Page 72

N. NOVOCIN

is the computer guy.

Q.    Are you referring to the listing that appeared on the Worthpoint website or something else?

A.    I'm not sure -- yeah, I'm not sure if he got it off of Worthpoint or somewhere else.  I think he got it from somewhere else, because I don't see him going to Worthpoint to try to get something.

MS. FARMER:    Marlene, we are up to Exhibit 4.  I'm going to ask you to mark this document as Defendant's Exhibit 4, EAI000058 and 59 as Defendant's Exhibit 4 of today's date.

(Whereupon, the aforementioned document was deemed marked as Defendant's Exhibit 4 on this date, by the Reporter).

Q.    I'm going to put it at a hundred percent magnification.  Mr. Novocin, I'm showing you what has been marked as Defendant's Exhibit 4 of today's

EXHIBIT #24          Page 4

Page 73

N. NOVOCIN

date.  It's a two-page pdf document with bates stamp ranging EAI000508 to 59.  I'm going to scroll to the bottom of the document so you can see the entire thing. It is currently shown to you at a hundred percent of magnification.  Can I magnify it further for you to be able to see?

A.    No.   That's fine.  I have to take my glasses off to read.

Q.    If you want 125 percent, let me know if that's better.

A.    That's fine.

Q.    Mr. Novocin, when you mentioned that your son was able to dig up the listing, did you by any chance mean this document?

A.    No.

Q.    So you meant the full text of the listing?

A.    Yes.

Q.    Do you or your son or anybody at Estate Auctions, Inc. currently still have possession of that listing that your son was able to dig up?

**SA2882**

EXHIBIT #24

Page 5

Page 74

N. NOVOCIN

A.    I couldn't find it.   I e-mailed it to myself.

MS. FARMER:   To the extent not already produced, we will call for the production of the copy of the listing that your son was able to find.   We will make a request of Mr. Duff.

Q.    Mr. Novocin, this document, Defendant's Exhibit 4 that we are looking at, that appears to be an e-mail address to you, correct?

A.    Yes.

Q.    It appears to be from Ebay, EAI?

A.    Correct.

Q.    Is that the typical e-mail that you would receive from Ebay when one of your listings would sell?

A.    No.   Let me -- the one further down would be, yes, where it says, "Congratulations, your item sold", all of that would be a typical one that we had from Ebay, yes.

**SA2883**

EXHIBIT #24

Page 75

N. NOVOCIN

Q.    I take it the top e-mail is for the earlier notification, correct?

A.    Correct.

Q.    Did you ask Ebay to be sent to you that sales notification from 2012?

A.    No.

Q.    How did you happen to get the January 10, 2017 e-mail?

A.    We would have gone through our old e-mails and got a copy of it from other old e-mails.  We don't throw e-mails away.

Q.    When it says Ebay, EAI, does that indicate it came from Ebay or some other company?

A.    It came from us, Estate Auctions Incorporated.

Q.    This is initially you forwarding your old e-mail to yourself?

A.    Correct.

Q.    To your knowledge, does your e-mail server, if they are familiar with somebody's e-mail address, do they brief it so the A sign is not visible?

A.    Yes.

**SA2884**

EXHIBIT #24    Page 17

Page 76

N. NOVOCIN

Q.    It would make sense that your e-mail system knows your other e-mail addresses, correct?

A.    Correct.

Q.    Now, the e-mail below it, December 1, 2012, it is from Ebay.com, correct?

A.    Correct.

Q.    You received that e-mail from Ebay at Ebay@Novocin.com, correct?

A.    Correct.

Q.    Was that the e-mail that you personally used, somebody else in your company or something else?

A.    One of the company e-mails yeah.

Q.    Who has access to these e-mails?

A.    The list of people that I gave you earlier all have access to that e-mail.

Q.    Are you by any chance still in possession of the original file for this e-mail?  Not the pdf, but the actual e-mail.

EXHIBIT #24                                page 8

Page 77

N. NOVOCIN

A.    I don't know.  I would have to go and check.  I don't know if we still have that, if Ebay@Novocin.com goes back that far.

Q.    Do you see towards the bottom of this document, there appears to be a section that's a little bit cut off.  Do you see that?

A.    Yes.

Q.    I'm going to ask if you can go back and check if the original e-mail file, if you still have it, might have this information without being cut off.  If so, I would ask of you to please provide us with a copy that's not cut off.  Okay?

A.    That's okay.  I'm pretty sure we have a copy.  In fact, this one here might be a copy of it.  When you create pdfs, sometimes pdf cut it off.  I can get that.

MR. DUFF:  What's the part that's cut off?

(Whereupon, an off the record discussion was held).

SA2886

EXHIBIT #24    Page 9

Page 78

N. NOVOCIN

Q.    Mr. Novocin, does the domain Ebay@Novocin.com still exist?

A.    Yes.

Q.    Was there a server associated with this domain?

A.    Multiple.

Q.    Do these servers still exist?

A.    A lot of the servers that we had to switch, we lost all the previous photos on.  We switched it to a different server while keeping Novocin, but we didn't switch over the millions of photos that were on it.

Q.    When was Ebay@Novocin.com created?

A.    A long time ago.  I don't know.

Q.    Was it before top of the 2008 page, to your knowledge?

A.    Yes, it was before 2008, yes.

Q.    This document, Defendant's Exhibit 4, does it indicate to you the price for which the painting Man With A Red Umbrella was sold?

A.    Well, it's cut off, but yeah,

**SA2887**

EXHIBIT #24          Page 10

Page 79

N. NOVOCIN

it says, "Sale price, 181.5". I'm pretty sure it's 181.50.

Q. It indicates the buyer is Nina something?

A. Yes.

Q. Does it indicate that the person who bought this painting resides in Reno?

A. Reno, Nevada, yes.

Q. To your knowledge, is that true, the purchaser was named Nina and she resides in Reno, Nevada?

A. Yes.

Q. Is that the person that you spoke to to try to get the photos of the painting?

A. Yes.

Q. When you were composing the listing for this painting, did you call Worthpoint to discuss that with them?

A. I don't think I was a member of Worthpoint at that time.

Q. Did Worthpoint have any input whatsoever to what you put into the listing

**SA2888**

# EXHIBITS  FOR PLAINTIFF'S

# RESPONSE  TO

# WORTHPOINT'S  MOTION

# FOR  SUMMARY  JUDGEMENT

3

# EXHIBITS

## TO WORTHPOINT'S SUMMARY JUDGEMENT

EXHIBIT#21 A Plaintiff 3-page Letter to the Court ECF   dated Dec. 5, 2022

EXHIBIT#22 B Affidavit of Patrick O'Leary in a Digital format.

EXHIBIT#23 A Adam Bialek' ALL CODE Source information email dated Nov.23, 2022
Pl. Evid.000826 to 000828. Nov.17 2022 Bialek email Pl. Evid. 000829
B Attorney fees threats Bialek and Duff in emails on and after Nov.23, 2022
Pl. Evid.000814 and   Pl. Evid.000817

EXHIBIT#24 Norb Novocin Depostion page 71 to 75 claiming he had eBay emails.

EXHIBIT#25 A   EAI membershi records to WorthPoint.
B   Novocin's deposition p 47-51 Norb Novocin is a WorthPoint member.

EXHIBIT#26 WorthPoint 1972 listing -11 discovery documents Pl.Evid 000061- 000070
Google listing and a webpage printout of the 1972 text dated May 7, 2017

EXHIBIT#27 WorthPoint 2022 lawsuit in Georgia, Complaint/mistakes Pl. Evid 000478
on page 3 and Pl. Evid 000480 page 7.

EXHBIT #28 November 23, 2022 transcript pages 14 to   18 and 22 to 28

EXHIBIT #29 2015 WorthPoint lawsuit Barry Rosen vs Terapeak and WorthPoint
WorthPoint is a repeat infringer.

EXHIBIT #30 Plaintiff's Endorsement Letter from Eileen Guggenheim 000325
Plaintiff with Dalai Lama in Dharmsala India
Plaintiff with Mayor Bloomberg 000302 and Mayor Giuiliani 000304
Plaintiff 's 2004 Solo Exhibit at the Staten Island Museum brochur

EXHBIT#31 Biography Page from Website Pl. Evid. 000250 000294-000296-000342

EXHBIT#32 Plaintiff Website Dotster domain created 2003 Evidenced 000250

EXHBIT#33 WorthPoint's Bate Stamped Evidence WP000038- WP000040

**SA2890**

EXHIBIT #25A    Page 1

# WORTHPOINT DATE OF NORB NOVOCIN MAY 15, 2014

## ESTATE AUCTIONS INC. PRODUCED THE YEAR 2016

## MEMBERSHIP TO WORTHPOINT BEGAN MAY 15, 2014

Plaintiff's Evidence 000604

> RESPONSE: WorthPoint objects to this request on the grounds that it is more appropriately directed to Norb Novocin. WorthPoint further objects to the extent that this request seeks proprietary business information and information as to WorthPoint's members.
>
> Subject to and without waiving the foregoing objections, WorthPoint confirms that Norb Novocin is a paid subscriber to worthpoint.com from May 15, 2014 to present.

## ESTATE AUCTIONS INC. PRODUCED LIMITED RECORDS

## ON EAI000067 JULY 11, 2016 AND ENDS ON EAI000072
## WITH THE DATE 12/11/2017—SEE ATTACHMENTS



Anderson Duff <ajd@hoganduff.com>
Wed 11/30/2022 12:58 PM
To: You; 'Annamarie Trombetta'
Cc: Farmer, Jana S.; Haimson, Nicole; Bialek, Adam

📄 EAI000067-EAI000072.pdf
845 KB

Please find EAI's records showing its payments for a subscription to Worthpoint's services attached.

Best,

-Anderson-
646.450.3607
HoganDuff.com

| NV00272819 | Norb Novocin | 19.99 USD | 0.00 USD | 2/11/2018 | POSTED |
| NV00262827 | Norb Novocin | 19.99 USD | 0.00 USD | 1/11/2018 | POSTED |
| NV00253101 | Norb Novocin | 19.99 USD | 0.00 USD | 12/11/2017 | POSTED |

**SA2891**

Page 2

EXHIBIT #25A

Plaintiff's Evidence 000602

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Annamarie Trombetta,

               Plaintiff                 C.A. NO. 18-CV-993 (RA) (SLC)

VS.

Norb Novocin, Marie Novocin and
Estate Auctions Inc. and WorthPoint Corp.,

               Defendants

---

### DEFENDANT'S WORTHPOINT CORP. RESPONSES AND OBJECTIONS TO PLAINTIFF'S FOURTH REQUEST FOR INTERROGATORIES

Pursuant to Rule 33 for the Federal Rules of Civil Procedure, Defendant WorthPoint Corp.

("WorthPoint") hereby responds to Plaintiff's Fourth Request for Interrogatories.

**Plaintiff's Interrogatory No. 1**
State in writing if Norb Novocin ever had or has a membership with to WorthPoint Corporation website. If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

**RESPONSE:** WorthPoint objects to this request on the grounds that this request is duplicative as

testimony to this effect has previously been elicited from Norb Novocin in this matter.

WorthPoint further objects to the extent that this request seeks proprietary business information

and information as to WorthPoint's members. Subject to and without waiving the foregoing

objections, WorthPoint confirms that Norb Novocin is a paid subscriber to worthpoint.com.

**Plaintiff's Interrogatory No. 2**
State the years and dates when Norb Novocin has membership with WorthPoint Corporation. If you claim that part of any response is privileged or otherwise immune from discovery; (a) identify the grounds for your claim of privilege or immunity (b) identify the privileged documents or Photographs (c) provide all information which responds to this request and does not fall within your claim of privilege or other immunity.

I
CONFIDENTIAL

EXHIBIT #25A

Plaintiff's Evidence 000604

Page 3

**RESPONSE:** WorthPoint objects to this request on the grounds that it is more appropriately

directed to Norb Novocin. WorthPoint further objects to the extent that this request seeks

proprietary business information and information as to WorthPoint's members.

Subject to and without waiving the foregoing objections, WorthPoint confirms that Norb

Novocin is a paid subscriber to worthpoint.com from May 15, 2014 to present.

**Plaintiff's Interrogatory No. 3**
State in writing the dates of employment (the months and years) when Gregory Watkins was
employed at WorthPoint Corporation. **If you claim that part of any response is privileged or
otherwise immune from discovery; (a) identify the grounds for your claim of privilege or
immunity (b) identify the privileged documents or Photographs (c) provide all information
which responds to this request and does not fall within your claim of privilege or other
immunity.**

**RESPONSE:** September 2008 through April 2016.

**Plaintiff's Interrogatory No. 4**
State in writing the **last** day of employment (the months and years) when Gregory Watkins was
no longer employed at WorthPoint Corporation. **If you claim that part of any response is
privileged or otherwise immune from discovery; (a) identify the grounds for your claim of
privilege or immunity (b) identify the privileged documents or Photographs (c) provide all
information which responds to this request and does not fall within your claim of privilege
or other immunity.**

**RESPONSE:** WorthPoint objects to this request on the grounds that it is duplicative insofar as

Interrogatory No. 3 requests the last date of employment as well. Mr. Watkins was no longer

employed by WorthPoint after April 2016; the exact date is not available. Mr. Watkins performed

services for WorthPoint in an independent contractor capacity until September 2016.

**Plaintiff's Interrogatory No. 5**
State in writing the dates of employment (the month and years) when Anita Brooks was
employed at WorthPoint Corporation. **If you claim that part of any response is privileged or
otherwise immune from discovery; (a) identify the grounds for your claim of privilege or
immunity (b) identify the privileged documents or Photographs (c) provide all information**

2

CONFIDENTIAL

## EAI Payments For WorthPoint Subscription

EXHIBIT#25A
Page 4

**Anderson Duff** <ajd@hoganduff.com>
Wed 11/30/2022 12:58 PM

To: 'Annamarie Trombetta' <atrombettaart@gmail.com>; 'Annamarie Trombetta'
<annamarietrombettalegal@outlook.com>
Cc: Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>; Bialek,
Adam <Adam.Bialek@wilsonelser.com>

▌ 1 attachments (845 KB)
EAI000067-EAI000072.pdf;

Please find EAI's records showing its payments for a subscription to Worthpoint's services attached.

Best,

-Anderson-
646.450.3607
HoganDuff.com

EAI

Membership To
Worth Point

**SA2894**

Print | Close Window

EAI000067

EXHIBIT#25A

Page 5

**Subject:** Receipt for Your Payment to WorthPoint Corporation
**From:** "service@paypal.com" <service@paypal.com>
**Date:** Mon, Jul 11, 2016 4:47 pm
**To:** "Estate Auctions, Inc." <ebay@estateauctionsinc.com>

Jul 11, 2016 13:47:18 PDT | Transaction ID: 1EC8773320517035A

Hello Estate Auctions, Inc.,

You sent a payment of $19.99 USD to WorthPoint Corporation
(support@worthpoint.com)

It may take a few moments for this transaction to appear in your account.

---

Merchant:
WorthPoint Corporation
support@worthpoint.com

Instructions to merchant:
You haven't entered any instructions.

---

Purchase Details

---

Description:
Unit price: $19.99 USD
Qty: 1
Amount: $19.99 USD

Subtotal: $19.99 USD

Total: $19.99 USD

Payment: $19.99 USD
Payment sent to: support@worthpoint.com

Invoice ID: P00258531

---

Issues with this transaction?
You have 180 days from the date of the transaction to open a dispute in the Resolution Center.

Questions? Go to the Help Center at www.paypal.com/help.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click Help in the top right corner of any PayPal page.

You can receive plain text emails instead of HTML emails. To change your Notifications preferences, log in to your account, go to your Profile, and click My settings.

---

Copyright © 1999-2016 PayPal. All rights reserved.

PPID PP120 - 3ef002076e39b

Copyright © 2004 EAI000068 All rights reserved.

Exhibit
#25A   6

EAI000069

| Quick filter | Invoice Number ⌄ | Customer Name ⌄ | Invoice Date ⌄ | Balance ⌄ | Status ⌄ | + Add New Filter | Clear |

| Invoice Number | Customer Name | Total Price | Balance | Invoice Date | Status |
| --- | --- | --- | --- | --- | --- |
| INV01535031 | Norb Novocin | 22.99 USD | 0.00 USD | 11/11/2022 | POSTED |
| INV01504296 | Norb Novocin | 22.99 USD | 0.00 USD | 10/11/2022 | POSTED |
| INV01473417 | Norb Novocin | 22.99 USD | 0.00 USD | 9/11/2022 | POSTED |
| INV01441929 | Norb Novocin | 22.99 USD | 0.00 USD | 8/11/2022 | POSTED |
| INV01410135 | Norb Novocin | 19.99 USD | 0.00 USD | 7/11/2022 | POSTED |
| INV01377892 | Norb Novocin | 19.99 USD | 0.00 USD | 6/11/2022 | POSTED |
| INV01345037 | Norb Novocin | 19.99 USD | 0.00 USD | 5/11/2022 | POSTED |
| INV01312374 | Norb Novocin | 19.99 USD | 0.00 USD | 4/11/2022 | POSTED |
| INV01278738 | Norb Novocin | 19.99 USD | 0.00 USD | 3/11/2022 | POSTED |
| INV01244492 | Norb Novocin | 19.99 USD | 0.00 USD | 2/11/2022 | POSTED |
| INV01209881 | Norb Novocin | 19.99 USD | 0.00 USD | 1/11/2022 | POSTED |
| INV01176053 | Norb Novocin | 19.99 USD | 0.00 USD | 12/11/2021 | POSTED |
| INV01142449 | Norb Novocin | 19.99 USD | 0.00 USD | 11/11/2021 | POSTED |
| INV01108267 | Norb Novocin | 19.99 USD | 0.00 USD | 10/11/2021 | POSTED |
| INV01076084 | Norb Novocin | 19.99 USD | 0.00 USD | 9/11/2021 | POSTED |
| INV01044859 | Norb Novocin | 19.99 USD | 0.00 USD | 8/11/2021 | POSTED |
| INV01014749 | Norb Novocin | 19.99 USD | 0.00 USD | 7/11/2021 | POSTED |
| INV00985814 | Norb Novocin | 19.99 USD | 0.00 USD | 6/11/2021 | POSTED |
| INV00957447 | Norb Novocin | 19.99 USD | 0.00 USD | 5/11/2021 | POSTED |
| INV00929544 | Norb Novocin | 19.99 USD | 0.00 USD | 4/11/2021 | POSTED |

20 ▾   1 - 20   ‹ ›

EXHIBIT #25A

Page 7

EAI000070

| | Quick filter ▼ | Invoice Number ∨ | Customer Name ∨ | Invoice Date ∨ | Balance ∨ | Status ∨ | + Add New Filter | Clear |

| Invoice Number | Customer Name | Total Price | Balance | Invoice Date | Status |
|---|---|---|---|---|---|
| INV00902084 | Norb Novocin | 19.99 USD | 0.00 USD | 3/11/2021 | POSTED |
| INV00876222 | Norb Novocin | 19.99 USD | 0.00 USD | 2/11/2021 | POSTED |
| INV00850327 | Norb Novocin | 19.99 USD | 0.00 USD | 1/11/2021 | POSTED |
| INV00824989 | Norb Novocin | 19.99 USD | 0.00 USD | 12/11/2020 | POSTED |
| INV00799854 | Norb Novocin | 19.99 USD | 0.00 USD | 11/11/2020 | POSTED |
| INV00774951 | Norb Novocin | 19.99 USD | 0.00 USD | 10/11/2020 | POSTED |
| INV00750973 | Norb Novocin | 19.99 USD | 0.00 USD | 9/11/2020 | POSTED |
| INV00727916 | Norb Novocin | 19.99 USD | 0.00 USD | 8/11/2020 | POSTED |
| INV00705791 | Norb Novocin | 19.99 USD | 0.00 USD | 7/11/2020 | POSTED |
| INV00685383 | Norb Novocin | 19.99 USD | 0.00 USD | 6/11/2020 | POSTED |
| INV00666353 | Norb Novocin | 19.99 USD | 0.00 USD | 5/11/2020 | POSTED |
| INV00648013 | Norb Novocin | 19.99 USD | 0.00 USD | 4/11/2020 | POSTED |
| INV00629563 | Norb Novocin | 19.99 USD | 0.00 USD | 3/11/2020 | POSTED |
| INV00610634 | Norb Novocin | 19.99 USD | 0.00 USD | 2/11/2020 | POSTED |
| INV00592271 | Norb Novocin | 19.99 USD | 0.00 USD | 1/11/2020 | POSTED |
| INV00574802 | Norb Novocin | 19.99 USD | 0.00 USD | 12/11/2019 | POSTED |
| INV00557991 | Norb Novocin | 19.99 USD | 0.00 USD | 11/11/2019 | POSTED |
| INV00541609 | Norb Novocin | 19.99 USD | 0.00 USD | 10/11/2019 | POSTED |
| INV00525433 | Norb Novocin | 19.99 USD | 0.00 USD | 9/11/2019 | POSTED |
| INV00509084 | Norb Novocin | 19.99 USD | 0.00 USD | 8/11/2019 | POSTED |

20 ▼    21 - 40    ‹

EXHIBIT #25 A

Page 8

EAI000071

| Quick filter | Invoice Number ⌄ | Customer Name ⌄ | Invoice Date ⌄ | Balance ⌄ | Status ⌄ | + Add New Filter | Clear ⌄ |

| Invoice Number | Customer Name | Total Price | Balance | Invoice Date | Status |
|---|---|---|---|---|---|
| NV00492812 | Norb Novocin | 19.99 USD | 0.00 USD | 7/11/2019 | POSTED |
| NV00477284 | Norb Novocin | 19.99 USD | 0.00 USD | 6/11/2019 | POSTED |
| NV00461888 | Norb Novocin | 19.99 USD | 0.00 USD | 5/11/2019 | POSTED |
| NV00446779 | Norb Novocin | 19.99 USD | 0.00 USD | 4/11/2019 | POSTED |
| NV00431944 | Norb Novocin | 19.99 USD | 0.00 USD | 3/11/2019 | POSTED |
| NV00417734 | Norb Novocin | 19.99 USD | 0.00 USD | 2/11/2019 | POSTED |
| NV00403854 | Norb Novocin | 19.99 USD | 0.00 USD | 1/11/2019 | POSTED |
| NV00390575 | Norb Novocin | 19.99 USD | 0.00 USD | 12/11/2018 | POSTED |
| NV00377238 | Norb Novocin | 19.99 USD | 0.00 USD | 11/11/2018 | POSTED |
| NV00364031 | Norb Novocin | 19.99 USD | 0.00 USD | 10/11/2018 | POSTED |
| NV00350407 | Norb Novocin | 19.99 USD | 0.00 USD | 9/11/2018 | POSTED |
| NV00337846 | Norb Novocin | 19.99 USD | 0.00 USD | 8/11/2018 | POSTED |
| NV00325922 | Norb Novocin | 19.99 USD | 0.00 USD | 7/11/2018 | POSTED |
| NV00314793 | Norb Novocin | 19.99 USD | 0.00 USD | 6/11/2018 | POSTED |
| NV00303924 | Norb Novocin | 19.99 USD | 0.00 USD | 5/11/2018 | POSTED |
| NV00293252 | Norb Novocin | 19.99 USD | 0.00 USD | 4/11/2018 | POSTED |
| NV00282853 | Norb Novocin | 19.99 USD | 0.00 USD | 3/10/2018 | POSTED |
| NV00272819 | Norb Novocin | 19.99 USD | 0.00 USD | 2/11/2018 | POSTED |
| NV00262827 | Norb Novocin | 19.99 USD | 0.00 USD | 1/11/2018 | POSTED |
| NV00253101 | Norb Novocin | 19.99 USD | 0.00 USD | 12/11/2017 | POSTED |

20 ▼    41 - 60   ‹

SA2898

**SA2899**

EXHIBIT #25A

Page 10

EAI000072

| Invoice Number | Customer Name | Total Price | Invoice Date | Balance | Status |
|---|---|---|---|---|---|
| 00492812 | Norb Novocin | 19.99 USD | 7/11/2019 | 0.00 USD | POSTED |
| 00477284 | Norb Novocin | 19.99 USD | 6/11/2019 | 0.00 USD | POSTED |
| 00461888 | Norb Novocin | 19.99 USD | 5/11/2019 | 0.00 USD | POSTED |
| 00446779 | Norb Novocin | 19.99 USD | 4/11/2019 | 0.00 USD | POSTED |
| 00431944 | Norb Novocin | 19.99 USD | 3/11/2019 | 0.00 USD | POSTED |
| 00417734 | Norb Novocin | 19.99 USD | 2/11/2019 | 0.00 USD | POSTED |
| 00403854 | Norb Novocin | 19.99 USD | 1/11/2019 | 0.00 USD | POSTED |
| 00390575 | Norb Novocin | 19.99 USD | 12/11/2018 | 0.00 USD | POSTED |
| 00377238 | Norb Novocin | 19.99 USD | 11/11/2018 | 0.00 USD | POSTED |
| 00364031 | Norb Novocin | 19.99 USD | 10/11/2018 | 0.00 USD | POSTED |
| 00350407 | Norb Novocin | 19.99 USD | 9/11/2018 | 0.00 USD | POSTED |
| 00337846 | Norb Novocin | 19.99 USD | 8/11/2018 | 0.00 USD | POSTED |
| 00325922 | Norb Novocin | 19.99 USD | 7/11/2018 | 0.00 USD | POSTED |
| 00314793 | Norb Novocin | 19.99 USD | 6/11/2018 | 0.00 USD | POSTED |
| 00303924 | Norb Novocin | 19.99 USD | 5/11/2018 | 0.00 USD | POSTED |
| 00293252 | Norb Novocin | 19.99 USD | 4/11/2018 | 0.00 USD | POSTED |
| 00282853 | Norb Novocin | 19.99 USD | 3/10/2018 | 0.00 USD | POSTED |
| 00272819 | Norb Novocin | 19.99 USD | 2/11/2018 | 0.00 USD | POSTED |
| 00262827 | Norb Novocin | 19.99 USD | 1/11/2018 | 0.00 USD | POSTED |
| 00253101 | Norb Novocin | 19.99 USD | 12/11/2017 | 0.00 USD | POSTED |

Quick filter    Invoice Number    Customer Name    Invoice Date    Balance    Status    + Add New Filter    Clear

20    41 - 60

SA2900

Case 1:18-cv-00993-LTS-SLC    Document 496-5    Filed 06/07/23    Page 13 of 34

EXHIBIT #25 B

Page 47

N. NOVOCIN

EAI000024. I'm showing it to you at 150 percent and I have just scrolled from the top to the bottom of the document. Mr. Novocin, my question to you is, does this image depict the signature that appeared on the painting Man With A Red Umbrella?

A.    Yes.

Q.    Is this one of the photographs that was included in Estate Auctions Ebay listing for that painting?

A.    Yes.

Q.    Sir, how do you know that?

A.    Because if there's anything that we have seen over and over is this signature. It came off of Worthpoint. It's the only signature or only picture that survived on Worthpoint. Why, I don't know. That's how we know. It just was there.

Q.    Let me just follow up with you on that. So as far as you know, you testified that Worthpoint doesn't sell any paintings, correct?

A.    Correct.

EXHIBIT #25B    Page 2

Page 48

N. NOVOCIN

Q.    Do you understand that after this painting was sold on Ebay, Worthpoint acquired information as far as the sale results for this painting; is that right?

A.    Correct.

Q.    Do you know Worthpoint to license the right to use the past Ebay sales results in order to post them on the database?

A.    I don't know anything about Worthpoint's licensing.

Q.    Do you know them to post information about past Ebay sales?

A.    Yes.

Q.    Incidentally, have you ever been a paid member of Worthpoint?

A.    Have I been paid by Worthpoint? No.

Q.    Have you been a paid member? Such as you were a member of askART, did you also join Worthpoint as a member?

A.    Yes.

Q.    Do you or your company remain a paid user of Worthpoint to this day?

Case 1:18-cv-00993-LTS-SLC    Document 496-5    Filed 06/07/23    Page 15 of 34

EXHIBIT #25B          Page 3

Page 49

N. NOVOCIN

A.    Yes.

Q.    Do you see that there is an Ebay logo that's appearing in the bottom left-hand side corner of this exhibit?

A.    Yes.

Q.    Do you know why this logo is here?

A.    My assumption is that they got it off of Ebay.

Q.    In your experience doing Ebay sales, would Ebay typically place the logo on any photographs and upload it as part of the listing?

A.    I do not recall seeing their Ebay logo on photos that have been listed. I mean, I can look at mine right now to find out on a computer, but I don't recall them putting their logo or any photos that I have uploaded into a listing.

Q.    Do you know if they would add a banner or a footer to any images in order to add their logo?

A.    I'm not aware of them doing that. Now, that's not to say that they

**SA2903**

EXHIBIT #25B        Page 4

Page 50

N. NOVOCIN

might not, that they might do that when they are selling the information to a database service like Worthpoint. They may add it there so they acknowledge where it came from. As far as what I've seen on Ebay for the items that I sell, I don't ever recall seeing them add a footer onto it.

Q. Have you as a paid member of Worthpoint previously seen a notation, copyrighted work licensed by Worthpoint on any of the images on Worthpoint's website?

A. I haven't really looked for it, so not that I'm aware of. It maybe on all of them, but I have not really looked for it.

Q. You mentioned in your earlier answer a few answers ago that this particular image with Ebay logo, the copyright notice, it came from Worthpoint. Do you mean that at some point after the Ebay sale, the information about this listing appeared on the website?

A. Yes.

EXHIBIT #25 B    Page 5

Page 51

N. NOVOCIN

Q.    Do you mean this image appeared on Worthpoint's website together with a listing of the painting Man With A Red Umbrella?

A.    Correct.

Q.    Have you ever personally seen the Worthpoint listing when it was up on Worthpoint's website?

A.    Can you rephrase that, please.

Q.    At some point the listing appeared on Worthpoint's website, correct?

A.    Correct.

Q.    Did you personally see it on Worthpoint's website as opposed to a printout or somebody sending you an e-mail on about that?  Did you personally go to Worthpoint's website and saw Man With A Red Umbrella on it?

A.    No.

Q.    So when we look at this image and you say it came from Worthpoint, are you going by the notation at the bottom of this document?

A.    I would go by -- I would say

SA2905

EXHIBIT #25 B

Page 6

Page 52

N. NOVOCIN

yes.

Q.    Again, this document shows the signature and I think you testified earlier that you did not find it legible when you first saw the painting, correct?

A.    Correct.

Q.    When you looked at the back of the stretcher and you saw the words Annamarie Trombetta that we discussed earlier, did it help you interpret what the signatures may have read?

A.    It certainly interpreted the last name. I couldn't do anything for that first initial.

Q.    Taken together with the information on the bottom, how did you determine who may be the artist?

A.    You have to rephrase that. I'm sorry. You are going to have to rephrase that. You got gunked [sic] up on the internet.

Q.    Actually, give me one second. I have someone mowing the lawn outside of my window. I'm going to try to shut the

WorthPoint

# WorthPoint Newsletter

## Unsubscribe Successful

You will no longer receive email marketing from this list.

Thanks for the feedback

If you have a moment, please let us know why you unsubscribed:

I no longer want to receive these emails

 I never signed up for this mailing list

The emails are inappropriate

The emails are spam and should be reported

Other (fill in reason below)

Submit

← return to our website

Plaintiff 000061

EXHIBIT #26-1

1972 original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta – Google Search

Plaintiff 000062  A

3/15/17, 9:54 AM

 Google    1972 original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta       Sign in

All

8 results (0.60 seconds)

EXHIBIT #26-2

### Original Oil Paintings - UGallery.com
www.ugallery.com/Buy-Original-Art ▾
Original Art. Top Emerging Artists. Expertly Curated -- Free Shipping!
Happy Clients Worldwide · Custom Packaging   New Art Released Weekly
Most Popular Artists - The Showroom - New Arrivals · Staff Favorites

### 1972 Original Oil Painting Man With Red Umbrella Signed ...
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: .

### Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...
www.worthpoint.com › Worthopedia™ ▾
These posters are original from 1988 not remakes. ... 1972 Original Oil Painting Man
With Red Umbrella Signed Annamarie Trombe; Mustangs" Frank Rowland ...

### THOMAS KINKADE -KINCAID - WorthPoint
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or Sign In to see what it's worth.   1972 Original Oil Painting
Man With Red Umbrella Signed Annamarie Trombe   Handmade New

### Annamarie Trombetta - Artist Info
www.trombettaart.com/info.html ▾
2001, -Richmondtown Historic Museum,S I, NY "Plein Air Paintings of Staten
representation may be, Annamarie Trombetta is enough of an artist to realize that
Missing: 1972 oil man red umbrella

### Central Park's Plein Air Past | OutdoorPainter
www.outdoorpainter.com/central-park-s-plein-air-past/ ▾
So it's perfectly natural that plein air painting would go on in those choice   "The
Destructive Dance of 'Sandy,'" by Annamarie Trombetta .. 'Central Park Clockwork
Mode of Multicolored Apps," by Annamarie Trombetta, oil and mixed media
Missing: 1972 man red umbrella

### Painting Central - artist Annamarie Trombetta on Vimeo
 vimeo.com › salem krieger › Videos
Nov 6, 2012
Artist Annamarie Trombetta a NYC based painter working in
Central Park   A profile of Annamarie as an artist
Missing: 1972 oil man red umbrella

### Annamarie Trombetta, Artist Interviewed by June Middleton ...
 https://www.youtube.com/watch?v=ufEQ3D3LWms
Apr 29, 2015 - Uploaded by JuneMindingBusiness
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has created works in oil
Missing: 1972 painting man red umbrella

### Staten Island native's passionate love affair with Central ...
www.silive.com/entertainment/ /annamarie_trom ▾
Jan 12, 2015 - Paintings, prints, drawings and photos by Annamarie Trombetta
resident is showing 80 works — etchings, oil paintings, watercolors, pastels.

**SA2908**

1972 original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta – Google Search

3/15/17, 9:54 AM

Plaintiff 000062 **A**

 Google    1972 original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta    🔍    Sign in

All

8 results (0.60 seconds)

EXHIBIT #26-3

**Original Oil Paintings - UGallery.com**
www.ugallery.com/Buy-Original-Art ▾
Original Art. Top Emerging Artists. Expertly Curated -- Free Shipping!
Happy Clients Worldwide · Custom Packaging · New Art Released Weekly
Most Popular Artists - The Showroom - New Arrivals · Staff Favorites

**1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for: Start Free Trial or Sign In to see what it's worth. Item Category:

**Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...**
www.worthpoint.com › Worthopedia™ ▾
These posters are original from 1988 not remakes. ... 1972 Original Oil Painting Man
With Red Umbrella Signed Annamarie Trombe; Mustangs" Frank Rowland ...

**THOMAS KINKADE -KINCAID - WorthPoint**
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or Sign In to see what it's worth.    1972 Original Oil Painting
Man With Red Umbrella Signed Annamarie Trombe. Handmade New

**Annamarie Trombetta - Artist Info**
www.trombettaart.com/info.html ▾
2001, -Richmondtown Historic Museum,S.I, NY "Plein Air Paintings of Staten
representation may be, Annamarie Trombetta is enough of an artist to realize that
Missing: 1972 oil man red umbrella

**Central Park's Plein Air Past | OutdoorPainter**
www.outdoorpainter.com/central-park-s-plein-air-past/ ▾
So it's perfectly natural that plein air painting would go on in those choice    "The
Destructive Dance of 'Sandy,'" by Annamarie Trombetta .. 'Central Park Clockwork
Mode of Multicolored Apps," by Annamarie Trombetta, oil and mixed media
Missing: 1972 man red umbrella

**Painting Central - artist Annamarie Trombetta on Vimeo**
 vimeo.com › salem krieger › Videos
Nov 6, 2012
Artist Annamarie Trombetta a NYC based painter working in
Central Park  A profile of Annamarie as an artist
Missing: 1972 oil man red umbrella

**Annamarie Trombetta, Artist Interviewed by June Middleton ...**
 https://www.youtube.com/watch?v=ufEQ3D3LWns
Apr 29, 2015 - Uploaded by JuneMindingBusiness
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has created works in oil
Missing: 1972 painting man red umbrella

**Staten Island native's passionate love affair with Central ...**
www.silive.com/entertainment/ /annamarie_from ▾
Jan 12, 2015 - Paintings, prints, drawings and photos by Annamarie Trombetta ..
resident is showing 80 works — etchings, oil paintings, watercolors, pastels,

**SA2909**

3/15/17, 9:54 AM

Plaintiff 000062    B

EXHIBIT #26
-4

More Items From eBay

No image available

1X   1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombe

No image available

2X   Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sedona

No image available

3X   TITANIC Lithograph Poster

No image available

4X   THOMAS KINKADE -KINCAID "EVERETT'S COTTAGE 11"X14"

MATTED

**SA2910**

Plaintiff 000063

3/28/17, 3:21 PM

annamarie trombetta - Google Search

Google    annamarie trombetta    🔍    Annamarie    ⠿    ◯    Ⓐ

All    Images    News    Videos    Shopping    More ▾    Search tools    🔴    🔍    ⚙

Page    bout 47,700 results (0.30 seconds)

**artist annamarie trombetta's imagery offers visionary ...**
italianamericanmuseum.org/news/news_plein.html ▾
Artist Annamarie Trombetta's "Central Park Imagery," a collection of en plein air works
in oils, pastels, watercolors, etchings and drawings will be on display at ...

**1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz.
Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...

**Annamarie Trombetta | Whitepages**
www.whitepages.com/name/Annamarie-Trombetta ▾    Whitepages ·
2 matches for Annamarie Trombetta. Find Annamarie Trombetta's phone, address,
etc. on Whitepages, the most trusted online directory."

**Annamarie Trombetta on Paddle8**
https://paddle8.com/artists/annamarie-trombetta/ ▾
Annamarie Trombetta. Follow. Consign Works. Consign works by Annamarie
Trombetta for auctions and private sales. Learn more ». Have suggestions for ...

**salem krieger on Twitter: "Painting Central, a short video ...**
https://twitter.com/salemk/status/269681283083403264 ▾
... @salemk 16 Nov 2012. Painting Central, a short video about Annamarie Trombetta a
painter working in Central Park, NYC.. http://vimeo.com/52924850 ...

**Annamarie M Trombetta - Intelius**
www.intelius.com/people/Annamarie-Trombetta/0csdtac91wf ▾
Get contact information on Annamarie M Trombetta, New York NY. Find out Annamarie
M Trombetta's age, gender, possible aliases, associates, professional , ...

**Annamarie Trombetta - Pollock Krasner Image Collection**
www.pkf-imagecollection.org/artist/Annamarie_Trombetta/biography/ ▾
Annamarie Trombetta. Contact Works. CONTACT. Annamarie Trombetta Studio: 175
East 96th Street (14P) New York, NY 10128. Phone/ Fax: 212-427-5990.

**annamarie trombetta - OneLook Dictionary Search**
www.onelook.com/?lang...annamarie+trombetta ▾    OneLook Dictionaries ·
We found one dictionary that includes the word annamarie trombetta: Art dictionaries
Art (1 matching dictionary). Annamarie Trombetta: Artist Search [ home, info] ...

**Flickr: Annamarie Trombetta**
https://www.flickr.com/people/annamarietrombettaart/
Following (0). Annamarie Trombetta hasn't listed any contacts yet. Testimonials ( 0).
Annamarie Trombetta doesn't have any testimonials yet. Name: Annamarie ...

**annamarie trombetta Pictures & Images - Photobucket**
photobucket.com/images/annamarie%20trombetta ▾

https://www.google.com/?client=safari&channel=mac_bm#q=annamarie+trombetta&channel=mac_bm&start=10    Page 1 of 2

Print                                                    Plaintiff  000064                    4/27/17, 12:40 PM

**Subject:** WorthPoint for FREE for LIFE!

**From:** WorthPoint Insider (insider@worthpoint.com)

**To:** trombettaart@yahoo.com;

**Date:** Monday, April 24, 2017 12:02 PM





## WorthPoint®

## WorthPoint Insider

### April 24, 2017

Keeping you informed, connected, and involved in the antiques
and collectibles industry

Rate WorthPoint!     Start Free Trial



about:blank                                                                          Page 1 of 10

Case 1:18-cv-00993-LTS-SLC    Document 496-5    Filed 06/07/23    Page 25 of 34

1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAMARIE TROMBETTA YQZ - Google Search          4/27/17, 12:40 PM

Google+ Search   Images  Maps  Play  YouTube  News  Gmail  More ▾          Plaintiff 000065          artofannamarie@gmail.com ▾ ⚙

Google    1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNA    🔍

All   Shopping   Images   Videos   News   More   Search tools

About 17 results (0.54 seconds)

**1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for: Start Free Trial or Sign In to see what it's worth. Team ...

**Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz · "Mustangs" Frank Howard ~ Original Serigraph ~ LARGE DRAMATIC ...

**THOMAS KINKADE -KINCAID - WorthPoint**
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or Sign In to see what it's worth. ... 1972 Original Oil Painting
Man With Red Umbrella Signed Annamarie Trombetta yqz · Handmade New Mexican
Folk Art Church Birdhouse LARGE Lark Sedona ~ BLUE HELLO KITTY ...

**1789 bonnaterre original antique hand colored reptile ...**
www.worthpoint.com › Worthopedia™
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz · Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sea ...



**1789 bonnaterre original antique hand colored reptile ...**
www.worthpoint.com › Worthopedia™
Category: Original Antique Print Egyptian Cobra, Egg Eating Snake Pl.22 Historical
Information: This ... 1972 Original Oil Painting Man With Red Umbrella Signed
Annamarie Trombetta yqz · 1789 BONNATERRE ORIGINAL ANTIQUE HA...

**Annamarie Trombetta - Biography**
www.trombettaart.com/bio.html ▾
When I was a tiny seed of contemplative thought, my artistic nature began to sprout
interest while gazing up at the ceiling paintings in a neighborhood church ...
Missing: 1972 oil man red umbrella yqz

**Annamarie Trombetta - Artist Info**
www.trombettaart.com/info.html ▾
EDUCATION 1999 - National Academy School of Fine Arts 1991 - William Butler Yeats
Summer School, Sligo, Ireland 1989 - New York Academy of Art 1987 - Art ...
Missing: 1972 oil man red umbrella yqz

**artist annamarie trombetta's imagery offers visionary ...**
italianamericanmuseum.org/news/news_plein.html ▾
Artist Annamarie Trombetta's "Central Park Imagery," a collection of en plein air ... Ms.
Trombetta is an artist who has created works in printmaking, watercolor, oil ... The New
York Academy of Art, The National Academy Museum,    School, ...
Missing: 1972 oil man red umbrella yqz

**Annamarie Trombetta, Artist Interviewed by June Middleton ...**

https://www.youtube.com/watch?v=ufEQ3D3LWms
Apr 26, 2015 - Uploaded by JunemiddlingBusiness
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has created works in oil ...
Missing: 1972 oil man red umbrella yqz

**Painting Central - artist Annamarie Trombetta on Vimeo**

---

**Original Oil Paintings**
www.ugallery.com/Buy-Original-Art ▾
Original Art. Top Emerging Artists.
Expertly Curated -- Free Shipping!

**Original Art Gallery**
www.zatista.com/ ▾
Over 7000 Completely Original Works
Great Value. Buy Today, Save Big

**Original Art For Sale**
www.saatchiart.com/ ▾
★★★★★ rating for saatchiart.com
Curated Man Collections.
Paintings, Sculpture, Photo & More!

**Montclair Art Museum**
www.montclairartmuseum.org/ ▾
(973) 746-5555
Celebrating American Art
for 100 Years!

**Famous Paintings in NYC**
www.drawingcenter.org/painting ▾
Visit The Drawing Center in SoHo.
A Museum Dedicated to Drawings.
♦ 35 Wooster St, New York, NY

**Incredible Art for Sale**
www.poba.org/shop ▾
Masterworks from artists who left
us too soon available only at POBA!

See your ad here ›

https://www.google.com/search?q=1972+ORIGINAL+OIL+PAINTING+...IE+TROMBETTA+YQZ&noj=1&site=webhp&filter=0&biw=1280&bih=555          Page 1 of 2



1972 original oil painting man with red umbrella signed annamarie trombetta yqz - Google Search

Plaintiff 000066          5/4/17, 8:21 AM

Google+  Search  Images  Maps  Play  YouTube  News  Gmail  More ▾          Annamarie Trombetta 🔲  Share  ⬜  ⚙

**Go gle**  1972 original oil painting man with red umbrella signed annamarie trombetta yq  🔍

All   Shopping   Images   Videos   News   More ▾   Search tools

6 results (0.60 seconds)

**1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for. Start Free Trial or Sign in to see what it's worth Item Category. .

**Page 1 - Italian American Museum**
italianamericanmuseum.org/exhibitions/Pleinair.htm ▾
Acclaimed artist Annamarie Trombetta presents a solo exhibition that . . Ms. Trombetta
has created works in printmaking, watercolor, oil and pastel and is .  On view are works
of art executed in oils, pastels, watercolors, etchings and drawing

**Annamarie Trombetta, Artist Interviewed by June Middleton ...**
https://www.youtube.com/watch?v=ufEO3D3LWns
Apr 29, 2015  Uploaded by JuneMiddletonBusiness
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has on ..  works in oil.

**Painting Central - artist Annamarie Trombetta on Vimeo**
vimeo.com › salem krieger › Videos   Vimeo ▾
Nov 6, 2012
Artist Annamarie Trombetta a NYC based painter working in
Central Park. A profile of Annamarie as an artist

**Central Park's Plein Air Past | OutdoorPainter**
www.outdoorpainter.com/central-park-s-plein-air-past/ ▾
So it's perfectly natural that plein air painting would go on in those place .  "The
Destructive Dance of 'Sandy,'" by Annamarie Trombetta , . "Central Park Clockwork
Mode of Multicolored Apps," by Annamarie Trombetta, oil and mixed media

**Staten Island native's passionate love affair with Central ...**
www.silive.com/entertainment/. /annamarie_trom.  ▾  Staten Island Advance ▾
Jan 12, 2015  Paintings, prints, drawings and photos by Annamarie Trombetta
resident is showing 80 works — etchings, oil paintings, watercolors, pastels .
Missing: 1972 man red umbrella yqz

Original Oil Paintings
www.ugallery.com/Buy-Original-Art ▾
Shop from a Large Range of Original Art. Free Shipping on all Artwork!
New Art Released Weekly  Custom Packaging · Free Returns
The Showroom · Staff Favorites · New Arrivals · Most Popular Artists

Collectible Original Art · Say No to Prints and Reproductions
www.zatista.com/ ▾
Over 7000 Completely Original Works

Original Paintings - Find Emerging Artists & Chic Prints
www.onekingslane.com/Paintings ▾
★ ★ ★ ★ ☆ rating for www.onekingslane.com
Fabulous Sales Today! Join For Free

*(handwritten:)* EXHIBIT #26-8

annamarie trombetta artist - Google Search

Plaintiff 000067        5/9/17, 8:37 AI

Google    annamarie trombetta artist

All    Images    News    Videos    Shopping    More ·    Search tools

Page 8 of about 30,000 results (0.53 seconds)

**Cash for SI Ferry crash | New York Post**
nypost.com/2010/01/01/cash-for-si-ferry-crash/ ▾ New York Post
Jan 1, 2010 - A starving artist injured on the 2003 Staten Island Ferry crash cashed in on ... Annamarie
Trombetta, 46, of Staten Island, never made more than ...

[PDF] **Fiscal Year Ending June 30, 2011 [PDF] - San Jose State University**
www.sjsu.edu/towerfoundation/.../tower-annual-report-2011.... ▾ San Jose State University
by an engineer's innovation, a nurse's care or an artist's creation. At the heart of ...... Anna Marie and
Larry Boucher, Susan and ...., Diane trombetta, Margaret ...

**Who's Who in American Art - Learn more about Who's Who in ...**
www.it1me.com/learn?s=Who's_Who_in_American_Art
Who's Who in American Art is a biographical hardcover directory of noteworthy individuals in the visual
arts community in the United States, published by ...

**Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...**
www.worthpoint.com › Worthopedia™ ▾
... Blue Hello Kitty Obey Giant Shepard Fairey Signed & Numbered Rare Print · Handmade New
Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...

**Lower Manhattan Cultural Council celebrates 40 years - full list ...**
article.wn.com/.../Lower_Manhattan_Cultural_Council_celebrates_40_years_full_li/ ▾
Mar 20, 2013 - but River To River is just the tip of the iceberg in terms of programs and support offered
by LMCC to artists and arts organizations.

[PDF] **January 12 - Saint Helena Church**
www.sainthelena-centersquare.net/wp-content/uploads/2011/04/January-12.pdf ▾
Jan 12, 2014 - Our Art & Environment Committee who decorate our Church and ..... Trombetta, Brad
Soudera, Peter Nicolo, Joseph Yeccerino,. Irene Koziol ...

[PDF] **2014 Winter Newsletter and Annual Report(PDF) - Villa St. Joseph**
www.villastjoseph.org/files/files/14VillaAnnualReport_R7.pdf ▾
our residents, and initiate an art program for residents that takes ...... Patricia Tellish, Thomas and Anna
Maria Testa ... Joann M. Tridico, Arnold A. Trombetta.

[PDF] **Read Latest Issue - St. Vincent Meals on Wheels**
https://stvincentmow.org/.../VOL-31-ISSUE-3-FALL.pdf ▾ St. Vincent Meals on Wheels
passions: artworks by local artists and artifacts from her travel. 2 1 BREAD .... Trombetta Family Wines.
Workman Ayer .... Ms. Annamarie Espinosa. Mr. John A.

**Interventi edilizi maggiori - Comune di Milano**
www.comune.milano.it/wps/portal/ist/it/.../pratiche_edilizie ▾ Translate this page
Francesco Trombetta francesco.trombetta@comune.milano.it 02.884.66129 ... Sig.ra Annamaria
Bracciale annamaria.bracciale@comune.milano.it 02.884. 66337 ... armato, prima dell'inizio di tali
opere va depositata denuncia (ai sensi dell'art.

[PDF] **Herman Gift Sustains Student Tutoring Program - Cabrillo College**
https://www.cabrillo.edu/associations/.../2014%20Annual%20Report.... ▾ Cabrillo College
Dec 5, 2014 - SD Trombetta Foundation .... Omega Nu/ Sigma Alpha Chapter • Palace Art & Office
Supply • Julio Porro & Jennifer Hastings .... Virginia Draper • Carol Dressler • Teresa Duarte • Lonnie &
Annamarie Dugger • Linda Durnell ·.

‹ Goooooooooogle ›

1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAMARIE TROMBETTA YQZ - Google Search          5/9/17, 8:37 AM

Google+  Search  Images  Maps  Play  YouTube  News  Gmail  More +          Plaintiff 000068  dcfannamarie@gmail.com + ✿

**Google**  1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAN  🔍          *Exhibit 001*

All    Shopping    Images    Videos    News    More +    Search tools          *#26-10*

About 17 results (0 64 seconds)

*econd*  **1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...
You've visited this page many times. Last visit: 12/30/15

*irst*  **Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz · Mustangs" Frank Rowland ~ Original Serigraph ~ LARGE DRAMATIC ...
You've visited this page many times. Last visit: 12/30/15

*ourth*  **THOMAS KINKADE -KINCAID - WorthPoint**
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or Sign In to see what it's worth. ... 1972 Original Oil Painting
Man With Red Umbrella Signed Annamarie Trombetta yqz · Handmade New Mexican
Folk Art Church Birdhouse LARGE Lark Sedona · BLUE HELLO KITTY ...

*Third*  **1789 bonnaterre original antique hand colored reptile ...**
www.worthpoint.com › Worthopedia™
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz · Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...
You visited this page on 12/18/15.

**1789 bonnaterre original antique hand colored reptile ...**
www.worthpoint.com › Worthopedia™
Category: Original Antique Print Egyptian Cobra, Egg Eating Snake Pl.22 Historical
Information: This ... 1972 Original Oil Painting Man With Red Umbrella Signed
Annamarie Trombetta yqz · 1789 BONNATERRE ORIGINAL ANTIQUE HAND ...

**Annamarie Trombetta - Biography**
www.trombettaart.com/bio.html ▾
When I was a tiny seed of contemplative thought, my artistic nature began to sprout
interest while gazing up at the ceiling paintings in a neighborhood church ...
Missing: 1972 oil man red umbrella yqz

**Annamarie Trombetta - Artist Info**
www.trombettaart.com/info.html ▾
EDUCATION 1999 - National Academy School of Fine Arts 1991 - William Butler Yeats
Summer School, Sligo,Ireland 1989 - New York Academy of Art 1987 - Art ...
Missing: 1972 oil man red umbrella yqz
You've visited this page 4 times. Last visit: 11/12/15

*ifth*  **artist annamarie trombetta's imagery offers visionary ...**
italianamericanmuseum.org/news/news_plein.html ▾
Artist Annamarie Trombetta's 'Central Park Imagery,' a collection of en plein air ... Ms.
Trombetta is an artist who has created works in printmaking, watercolor, oil ... The New
York Academy of Art, The National Academy Museum and School, ...
Missing: 1972 man red umbrella yqz
You've visited this page 2 times. Last visit: 12/11/15

**Annamarie Trombetta, Artist Interviewed by June Middleton ...**

28:02
https://www.youtube.com/watch?v=ufEQ3D3LWms
Apr 29, 2015 - Uploaded by JuneMindingBusiness
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has created works in oil ...
Missing: 1972 man red umbrella yqz

**Painting Central - artist Annamarie Trombetta on Vimeo**

Ad ❐
**Original Oil Paintings**
www.ugallery.com/Buy-Original-Art ▾
Original Art. Top Emerging Artists.
Expertly Curated — Free Shipping!

**Original Art Gallery**
www.zatista.com/ ▾
Over 7000 Completely Original Works
Great Value. Buy Today, Save Big.

**Original Art For Sale**
www.saatchiart.com/ ▾
4 7 ★★★★✫ rating for saatchiart.com
Curated Men Collections.
Paintings, Sculpture, Photo & More!

**Montclair Art Museum**
www.montclairartmuseum.org/ ▾
(973) 746-5555
Celebrating American Art
for 100 Years!

**Famous Paintings in NYC**
www.drawingcenter.org/painting ▾
Visit The Drawing Center in SoHo.
A Museum Dedicated to Drawings.
♀ 35 Wooster St, New York, NY

**Incredible Art for Sale**
www.poba.org/shop ▾
Masterworks from artists who left
us too soon available only at POBA!

See your ad here »

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (12/01/2012)

Plaintiff 000069

5/7/17, 11:18 AM







ebay

Worthopedia™
price guide

*Items in the Worthopedia are obtained exclusively from licensors and partners solely for our members' research needs.*

Flag item for content or copyright
If this item contains incorrect or inappropriate information please contact us here to flag it for review.

If you are the originator/copyright holder of this photo/item and would prefer it be excluded from our community, contact us here for removal.

- Home > Worthopedia™ > 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

## 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

- Sold for: Start Free Trial or Sign In to see what it's worth.
- Item Category:
- Source: eBay
- Sold Date: Dec 01,2012
- Channel: Online Auction

Welcome to EstateAuctionsInc! We are one of the Top Sellers of Antiques, Collectibles and Quirky items on eBay. We have been selling since 1998 and ALL of our auctions start at .99 cents. We are proud to announce that we maintain a "FIVE STAR Detailed Seller Rating" and our staff strives for 100% customer satisfaction. our 100% feedback rating will vouch for that. We work with consigners from Coast-To-Coast and work hard to make sure we have top quality items. We are "Your Quality Zone" - search "YQZ" to see our other listings our !

>>>>> UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition

- DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could be a woman) with a red umbrella. This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To our eyes it looks like it is after the style of Andre Kohn. It is quite large being approx. 48 1/2" tall and 17 1/2" wide. We are calling it shabby chic condition as it has a tear in the canvas, about 5/8" long just to the left of the man's knees, but still such a great painting. For those not familiar with Trombetta, here is information about her from off AskArt as they got it from her

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (12/01/2012)        Plaintiff 000070        5/7/17, 11:18 AM

website: Annamarie Trombetta (1963 - ) Lived/Active: New York The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly. My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge. As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely. I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time...

**Similar Items**

No image available

- Oil painting, original oil painting,impressionism

No image available

- original oil painting on canvas

EXHIBIT #26-12

## When does the statute of limitations begin to run?

For copyrights, the rule is that the statute of limitations started to run from the "last act" of infringement. With written materials and photographs, this generally means when the unauthorized use of the copyright is published. Examples would include a newspaper or a magazine. For copyright infringement that occurs on the internet, the general rule is that the statute of limitations begins to run when the infringing material is removed. So, to modify our example from above, if on January 1, 2022, someone uploaded to the internet your copyrighted artwork without permission and then removed the artwork on February 1, 2022, you have until February 1, 2025 to file a federal court complaint for copyright infringement.

## What is the discovery rule?

In general, the main exception to the running of any statute of limitations is called the "discovery rule." Generally, if a person or business did not discover their legal cause of action within the period of the statute of limitations, then extra time will be given. If the discovery rule is allowed, then, generally, the statute of limitations begins to run from the point at which the injury was discovered (or SHOULD have been discovered).

In most federal courts, the discovery rule applies to copyright infringement litigation (but not in every jurisdiction). Moreover, the burden is generally placed on the infringer to show that the owner of the copyright knew about (or SHOULD have known about) the infringement. As can be seen, these issues are legally complicated. So, it is important to seek legal advice and counsel from copyright infringement attorneys.

EXHIBIT #49

SA2918

Plaintiff's Evidence 000478

EXHIBIT #27

10.

Trombetta was directed to file her purported Amended Complaint by January 17, 2020. On that date Trombetta filed a pleading entitled "Proposed Amended Complaint."

11.

Trombetta then untimely filed a pleading entitled the "Operative Amended Complaint" on February 21, 2020.

12.

Trombetta's Amended Complaint alleged claims against WorthPoint, worthpoint,com, WSeippel, and Jason Packer, a WorthPoint employee.

13.

On March 19, 2020, Trombetta was ordered to effect service of the Amended Complaint on WorthPoint and WSeippel. Ms. Trombetta failed to properly effect service.

14.

On April 6, 2020, Trombetta was again ordered to effect service of the Amended Complaint on WorthPoint and WSeippel no later than May 21, 2020. Ms. Trombetta failed to properly effect service.

15.

Approximately one (1) full year after filing the Amended Complaint, Trombetta arranged service of process on WorthPoint and WSeippel. On Jan 1, 2020, service was delivered via certified mail to WorthPoint. On January 4, 2020, service was delivered via Certified Mail to WSeippel and SSeippel's home residence.

Page 3 of 7

Should Be

Year 2021

Plaintiff's Evidence 000480

EXHIBIT #27

23.

The claims against WorthPoint were filed without substantial justification and lacked a basis in fact or law.

24.

The claims against WSeippel were filed without substantial justification and lacked a basis in fact or law.

25.

The claims against WSeippel were filed without any basis in fact for liability nor for personal jurisdiction.

26.

The claims against WorthPoint and WSeippel were filed with malice.

27.

As a result of Trombetta's abusive litigation, both WorthPoint and WSeippel incurred damages related to (1) attorneys' fees, (2) termination and replacement of business insurance coverage, and (3) salaries paid for employees who investigated the wrongful claims.

28.

The amount of damages incurred by WorthPoint totals Eighty-Five Thousand and 00/100 Dollars ($85,000.00). The amount of damages incurred by WSeippel totals Forty Thousand and 00/100 Dollars ($40,000.00).

Gmail - Wednesday June 7, 2023 --@ 9:30 Civil Action No. 2022cv366175.

EXHIBIT#27

 Gmail

# Wednesday June 7, 2023 --@ 9:30 Civil Action No. 2022cv366175.

**Thompson, Tanesha** <Tanesha.Thompson@fultoncountyga.gov>          Tue, Jun 6. 2023 at 11:23 AM
To: Mary Trachian-Bradley <mtrachian@briskinlaw.com>
Cc: Michelle Blanton <mblanton@briskinlaw.com>, Annamarie Trombetta <atrombettaart@gmail.com>. "WorthPoint. Inc.
(robert.schmidt@worthpoint.com)" <robert.schmidt@worthpoint.com>

Good morning:

, hope you all are well. This matter will be moving forward as scheduled on Wednesday, June 7, 2023, at 9:30am. The Court has rescheduled this matter once and there will not be any further continuances. This case will not be removed from the calendar absent the filing of a voluntary dismissal of the case prior to the hearing.  All parties are expected to appear on the scheduled Motions Hearing on Wednesday, June 7, 203, at 9:30am via zoom. The zoom invitation is provided below in case parties have misplaced the Notice of Hearing that was filed on April 24, 2023.

Topic: 2022cv366175 Worthpoint Corp. Williams Seippel, Shari Seippel v. AnnaMarie Trombetta

Time: Jun 7, 2023, 09:30 AM Eastern Time (US and Canada)

Join Zoom Meeting

https://zoom.us/j/99554219760

Thank you for your time and attention. Have an amazing day!

Sincerely,

**SA2922**

# EXHIBITS  FOR PLAINTIFF'S

# RESPONSE  TO

# WORTHPOINT'S  MOTION

# FOR  SUMMARY  JUDGEMENT

**SA2923**

3

# EXHIBITS

## TO WORTHPOINT'S SUMMARY JUDGEMENT

EXHIBIT#21 A Plaintiff 3-page Letter to the Court ECF   dated Dec. 5, 2022

EXHIBIT#22 B Affidavit of Patrick O'Leary in a Digital format.

EXHIBIT#23 A Adam Bialek' ALL CODE Source information email dated Nov.23, 2022
Pl. Evid.000826 to 000828. Nov.17 2022 Bialek email Pl. Evid. 000829
B Attorney fees threats Bialek and Duff in emails on and after Nov.23, 2022
Pl. Evid.000814 and Pl. Evid.000817

EXHIBIT#24 Norb Novocin Depostion page 71 to 75 claiming he had eBay emails.

EXHIBIT#25 A EAI membershi records to WorthPoint.
B Novocin's deposition p 47-51 Norb Novocin is a WorthPoint member.

EXHIBIT#26 WorthPoint 1972 listing -11 discovery documents Pl.Evid 000061- 000070
Google listing and a webpage printout of the 1972 text dated May 7, 2017

EXHIBIT#27 WorthPoint 2022 lawsuit in Georgia, Complaint/mistakes Pl. Evid 000478
on page 3 and Pl. Evid 000480 page 7.

EXHBIT #28 November 23, 2022 transcript pages 14 to   18 and 22 to 28

EXHIBIT #29 2015 WorthPoint lawsuit Barry Rosen vs Terapeak and WorthPoint
WorthPoint is a repeat infringer.

EXHIBIT #30 Plaintiff's Endorsement Letter from Eileen Guggenheim 000325
Plaintiff with Dalai Lama in Dharmsala India
Plaintiff with Mayor Bloomberg 000302 and Mayor Giuiliani 000304
Plaintiff 's 2004 Solo Exhibit at the Staten Island Museum brochur

EXHBIT#31 Biography Page from Website Pl. Evid. 000250 000294-000296-000342

EXHBIT#32 Plaintiff Website Dotster domain created 2003 Evidenced 000250

EXHBIT#33 WorthPoint's Bate Stamped Evidence WP000038- WP000040

**SA2924**

EXHIBIT #28

page 1                    14

Plaintiff's Evidence Expert Dis. 000892

MR. DUFF: Yes, Your Honor.

THE COURT: Are you able to ascertain the data for the email comparable to what appears in exhibit 4 to Ms. Trombetta's letter yesterday?

MR. DUFF: Your Honor, just to be frank, I have no idea what she means when she says raw data. To the extent she is talking about the email headers which is what you can derive from the raw file which she's had, again, since September 21st, I'm happy to I guess convert to a PDF the email headers which she could do and has been able to do since September. But I'm happy to do that and circulate it. I just want to quickly address the --

THE COURT: I think it's something different, Mr. Duff, to be candid, I think -- I think what she's talking about is the metadata for the email and I realize that as a layperson, and I don't know the first thing about this either, but do you have someone in your office who could extract the metadata for the email and then produce it basically like in a PDF?

MR. DUFF: Your Honor, I'm not, I guess I'm not sure what that, what that means, but to the extent that I can I'm happy to do that. I mean we sent her the raw file that contains all of that --

*[Handwritten margin notes: "Plaintiff Did Not receive Sept 21 eml not an email"]*

*[Handwritten note at bottom: "→ False and Misleading Statement"]*

EXHIBIT #28

Plaintiff's Evidence Expert Dis. 000893

Page 2

15

THE COURT:  I know.

MR. DUFF:  So if she knows how to do it, she should be able to do it.

THE COURT:  She's not able to open the raw email --

MR. DUFF:  Well, Your Honor --

THE COURT:  Go ahead.

MR. DUFF:  I'm sorry, Your Honor, go ahead.

THE COURT:  It's all right, go ahead.

MR. DUFF:  Well with respect, she did say that when she tried to open the raw file the mail program started opening, well that's how you open the file, that indicates that she can open the file because it is a mail app file.  So if the mail app started opening she can open the file.  But because, just that she doesn't know how to do it doesn't mean she can't.

THE COURT:  Right.

MR. DUFF:  But to the extent that she will, if she can explain to me the steps I need to take to turn a PDF, give her a PDF that will resolve this issue for her, I'm happy to do that, even --

THE COURT:  What I'd like you to do, so, obviously there is going to be, all I'm, the reason to make a big deal about this is this is obviously a

*[handwritten margin note:]* On Nov 17, 2022 Plaintiff Send Mr. Duff a Digital Raw Mesag with instructions how to +export an email to the desktop to attach and send by email.

**SA2926**



EXHIBIT #28    Page 3

Plaintiff's Evidence Expert Dis. 000894

16

seminal document in this case and the authenticity of the sales receipt is going to be something that, you know, maybe you're going to be able to agree, but maybe not. And so the authenticity of the document is important.

MR. DUFF: Sure.

THE COURT: And what I'm interpreting Ms. Trombetta to be saying is she wants to confirm that the PDF and the raw email that was sent to her are, in fact, the actual authentic documents. And so if you look at exhibit 4 to her letter yesterday, which is ECF number 317, it's a bunch of garbled characters that make no sense to me but I am sure to an IT person they'll say, yes, this is the metadata for an email. And so --

MR. DUFF: Your Honor, this is the -- and I'm sorry. I'm sorry, go ahead, I did not mean to interrupt.

THE COURT: Sorry, what I'm just trying to get at is that for the raw email that you provided to her, to extract the metadata for that email and produce that to her as a, like a PDF similar to exhibit 4 to her letter --

MR. DUFF: Yes. So, Your Honor, I'm looking

**SA2927**

EXHIBIT #28    page 4

Plaintiff's Evidence Expert Dis. 000895

17

at exhibit 4 right now, that is -- that is the email headers, that's what I was talking about earlier.

THE COURT: Okay.

MR. DUFF: So that I know how to produce, I'm happy to do that, I can do that from the (indiscernible) EML file that we've already given her, I can do that immediately after this conference and I will do that and then hopefully we can put that to bed.

I would like to address one more point that Ms. Trombetta (indiscernible), plaintiff said that we have not produced documents, the sales receipts that the buyer has. Well why would, we don't have documents that the buyer has and we can't produce things, we told her many, many times that we cannot produce documents that either do not exist or that are not within our possession, custody or control, those documents are not within our possession, custody and control, and we would have been able to explain that to her, at least try to explain that, had Ms. Trombetta met and conferred with us which she has consistently refused to do. In fact, last Thursday WorthPoint's counsel asked Ms. Trombetta if she would meet and confer with us on Monday of this week to try

SA2928



EXHIBIT #28    Page 5

Plaintiff's Evidence Expert Dis. 000896

18

to resolve some of these issues so that we wouldn't be wasting so much of the Court's time. Well, Ms. Trombetta responded and said that she couldn't possibly meet any time on Monday but then Monday morning she filed a two page, single spaced letter with the Court, so obviously she had time, she just wasn't willing to meet and confer. And that's just the most recent and one example, one tiny example of the continued bad faith with which Ms. Trombetta is proceeding in this case. And that's all I have to say about that, but I'll happy produce a PDF of the email header for this crucial email.  Thank you.

THE COURT:  Thank you, okay.

MR. BIALEK:  Your Honor, if I may --

THE COURT:  Let me just say I read all of your letters. I understand that there is a depth of loathing between the parties here that is almost immeasurable, and I understand that the parties are equally frustrated with where we are in the case. All I care about is getting you to the end of discovery. I'm not, I don't care about who shot John, I don't care about who behaved worse, if and when there is an appropriate time for the defendants' attorneys to be seeking sanctions or (indiscernible), we will address

**SA2929**

EXHIBIT #28

Page 6

Plaintiff's Evidence Expert Dis. 000897

22

categories of documents, Ms. Trombetta, that you have requested and you think the defendants have not produced that we need to discuss today?

THE PLAINTIFF: Thank you, yes, it is not the receipt from the buyer that I'm seeking, and I'm trying not to mention her name. But when something is purchased there's a transaction. I'm asking for how the buyer paid for, there had to have been some kind of transaction, either a check or PayPal or cash that occurred either electronically or by mail. This is the second thing that I'm seeking, the transaction, the monetary transaction proof.

The third is --

THE COURT: Let's just stop --

THE PLAINTIFF: When I purchase something at the supermarket --

THE COURT: Please, Ms. Trombetta -- Ms. Trombetta, when I talk you need to stop talking. Let's talk about that one first. But the transaction took place on eBay, right?

THE PLAINTIFF: I don't know. When I bought something off of eBay I used PayPal in order to pay for that.

THE COURT: Okay, so eBay knows the answer to

EXHIBIT #28 *Page 7*

*Plaintiff's Evidence Expert Dis. 000898*                                    23

that question, right?

THE PLAINTIFF: I have contacted eBay but since they received the funds, they meaning Estate Auctions Inc., since they received the funds they should have a document of payment of how the monetary transaction took place. I know I do when I --

THE COURT: Let me ask Mr. Duff. Mr. Duff, do you have any information about how EAI received the payment for the painting?

MR. DUFF: Your Honor, not at this moment, we were not aware until plaintiff's recently filing that she was so concerned with that.

THE COURT: Okay.

MR. DUFF: We also think that it's irrelevant to the claims in this proceeding. We will stipulate that my clients received payment. There's no dispute about whether my clients received payment --

THE COURT: I know.

MR. DUFF: (continuing) -- for this.

THE COURT: All right, so --

THE PLAINTIFF: There's no proof.

THE COURT: (continuing) -- Ms. Trombetta, will you accept that there's no dispute that the sale took place and that EAI and the Novocins received

*Mr. Duffs False and Misleading Statement*

EXHIBIT #28  Page 8

24

payment for the painting.

THE PLAINTIFF:  I -- I am requesting proof of how the payment transacted.

THE COURT:  Why does it matter?

THE PLAINTIFF:  Because, again, the whole purpose for WorthPoint advertising this painting was to broadcast the sale and the sales record.  That supposedly is WorthPoint's --

THE COURT:  Right, they're not disputing that the sale took place.  So why does it matter what form --

THE PLAINTIFF:  I'm disputing, absent the verification of proof, whether this sale actually took place in 2012. And a receipt for the painting is not a tall ask. I have produced 700, over 750 documents in proof to answer the most expanded extraneous questions, and I fulfilled every request. Again, the backbone of this case is for the sale of a painting that I did not do that was attributed to me. So to ask for a receipt of the monetary transaction of how the buyer bought the painting, I really think this is not only significant but a vital component to the records --

THE COURT:  Mr. Duff do you --

SA2932

EXHIBIT #28 Page 9

25

THE PLAINTIFF: (continuing) -- have one piece of evidence that they've produced. And, again, it hasn't been verified through the raw or original message. Thank you, Your Honor.

THE COURT: All right, Mr. Duff, do you have a way to check and see how EAI received payment for the sale, would there be something between eBay and EAI that would show this or something in EAI's bank account from 2012?

MR. DUFF: Your Honor, again, we would object to the production of this material but I'm happy to talk to my clients and if there, if they do have a document and, again, this is going back, I mean almost a decade I think, if my clients do have some kind of additional receipt, we'd be happy to produce it to the extent that it doesn't, you know, we'd want to redact confidential information. But I'll ask my clients, I don't know that they do. The reason that the email was forwarded to my client from an old account is that my client was losing access to the account that all these emails had originally been sent to and he was forwarding them to himself to preserve them. So I don't know that they actually even have access to this information anymore because of the length of time that

EXHIBIT #28  page 10

26

has elapsed, but I'm happy to ask.

THE COURT: I understand and there may be, I'm not on eBay, I don't know what your account looks like at eBay, but there may be some account history or something that may show --

MR. DUFF: Sure.

THE COURT: You know, I don't remember the price of the painting, but that dollar amount coming in.

MR. DUFF: It's $181.50, I think. And I will talk to my clients, if we have that, if my clients have that, but I guess we're happy to produce it if it means we will not hear about this issue again.

THE COURT: Okay. All right, thank you. All right, Ms. Trombetta, what else?

THE PLAINTIFF: I, for EAI let me just -- I wanted, I was requesting the WorthPoint membership. So during the deposition Norb Novocin on September 21st stated that he was a member of WorthPoint and I requested the years and the written proof of membership.

THE COURT: Okay.

MR. DUFF: Your Honor, she --

THE COURT: Okay, sorry.

Plaintiffs request for WorthPoint Membership from EAI

Case 1:18-cv-00993-LTS-SLC    Document 496-6    Filed 06/07/23    Page 13 of 25

EXHIBIT #28

27

THE PLAINTIFF: Yeah, that was actually in February of 2020, request number 25 was all and any memberships between EAI and WorthPoint, that was never granted.

THE COURT: Okay, let me Duff respond.

THE PLAINTIFF: Thank you.

THE COURT: Mr. Duff?

MR. DUFF: Your Honor, I believe that those were, that information's requested in an interrogatory to which we have responded. And also we have --

THE PLAINTIFF: (indiscernible) as well.

THE COURT: One at a time, please, everybody will have a chance to talk but it's going to be a mess if everybody is talking over each other. So, Mr. Duff, you finish.

MR. DUFF: Yeah, Your Honor, I'm not sure that there is any, I don't believe that my clients have any, I mean I'm not really sure what plaintiff's looking for here but there's no dispute that my clients have been members unless plaintiff is for some reason disputing that my clients have been a member of WorthPoint. I believe that we have produced documents, I don't have them right in front of me, but I believe that we have produced information, emails to that

Mr. Duff did Not Produce WorthPoint Membership until Nov 23, 2022 Conference Call

EXHIBIT #28  Page 12

28

effect, I don't have them in front of me, but my client has testified that they've been members and WorthPoint is not contesting that WorthPoint has also produced information showing that my client has been a member of WorthPoint during those years.

THE COURT:  Okay, Ms. Haimson, do you recall what you produced showing the Novocins' membership?

MS. HAIMSON:  Again, as Mr. Duff communicated to the Court, this was in response to a request for an interrogatory and we provided the dates of his paid subscription, of Mr. Novocin's paid subscription to WorthPoint, I confirmed that he's still a subscriber.

THE COURT:  Okay.  But do you have something like, is there like an account statement or some other form showing that he's a member?

MS. HAIMSON:  I'll confirm before the conference is over in terms of what we produced. I don't, I don't know offhand if we produced any documents, I don't believe they were requested, I think it was just information that was requested.

THE COURT:  Okay.  Well --

MS. HAIMSON:  But, again, as Mr. Duff said, I'd be happy to confirm if we have those in email.

THE COURT:  What I'm interpreting her to be

Case 2:15-cv-00112-MWF-E   Document 21-1   Filed 03/02/15   Page 1 of 4   Page ID #:72

Plaintiff's Evidence 000404

JAMES M. MULCAHY (CA SBN 213547)
KEVIN A. ADAMS (CA SBN 239171)
MULCAHY LLP
jmulcahy@mulcahyllp.com
kadams@mulcahyllp.com
Four Park Plaza, Suite 1230
Irvine, CA 92614
Telephone: (949) 252-9377
Fax: (949) 252-0090

Specially appearing for Defendant WorthPoint
Corporation.

EXHIBIT #29

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barry Rosen,<br><br>                    Plaintiff,<br><br>          v.<br><br>Terapeak, Inc., WorthPoint Corporation,<br>and Does 1 through 10,<br><br>                    Defendants. | Case No. 2:15-cv-00112-AB-JPR<br><br>**DECLARATION OF WILLIAM H. SEIPPEL IN SUPPORT OF DEFENDANT WORTHPOINT'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>DATE: June 8, 2015<br>TIME:   10:00 a.m.<br>Courtroom: 1600<br>JUDGE: Hon. Michael W. Fitzgerald<br>DATE Comp. Filed: January 7, 2015 |

I, WILLIAM H. SEIPPEL, state as follows:

My name is William H. Seippel, and I am a resident of the State

I am over the age of 18 and am competent to testify to the

MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
CASE NO. CV15-00112-MWF (Ex)

1

Plaintiff's Evidence 000325



NEW YORK
ACADEMY
OF ART



EXHIBIT # 30
A

111 FRANKLIN STREET  NEW YORK CITY   NEW YORK  10013

August 29, 2022

To whom it may concern,

    This letter is being written on behalf of Annamarie Trombetta, a visual artist whom I have known for many years. Annamarie is a graduate of the MFA program of The New York Academy of art located in Tribeca in New York City. I now serve as chair of the Academy.

    Ms. Trombetta is a talented and dedicated artist. She frequently exhibits her work and it is highly regarded. She has been an active and generous alumna and through the years has participated in many Academy events. I know her to be a person of high morals and fine character.

Sincerely,

Eileen Guggenheim Wilkinson, Ph. D.

P 212 966 0300 / F 212 966 3547 / WWW.NYAA.EDU

SA2938

EXHIBIT #30B







**SA2939**

EXHIBIT #30 C (1)



Plaintiff000302

EXHIBIT #30 C    (2)



Plaintiff000304



Confidential    Plaintiff 000108 ©