**Prepared by PrintingHouse Press, Ltd. 10 East 39th Street, New York, NY 10016**

**Tel No: (212) 719-0990 Fax No: (212) 398-9253**

STATE OF NEW YORK )

COUNTY OF NEW YORK ) SS

Willie Addison, Being duly sworn, deposes and says that deponent is not party to the action, and is over 18 years of age.

That on 7/17/2026 deponent caused to be served 1 copy(s) of the within

**Supplemental Appendix**
**Volumes 1 - 12**

upon the attorneys at the address below, and by the following method:

**By Overnight Delivery**

**Annamarie Trombetta**
**Plaintiff - Appellant Pro Se**
**175 East 96th Street #12R**
**New York, NY 10128**

**Sworn to me this**

Friday, July 17, 2026

KEVIN AYALA
Notary Public, State of New York
No. 01AY6207038
Qualified in New York County
Commission Expires 7/13/2029

**Case Name:** Trombetta v. Novocin

**Docket/Case No:** 25-817

**Index:**

**Prepared by PrintingHouse Press, Ltd. 10 East 39th Street, New York, NY 10016**

**Tel No: (212) 719-0990 Fax No: (212) 398-9253**

STATE OF NEW YORK          )

COUNTY OF NEW YORK       )   SS

Willie Addison, Being duly sworn, deposes and says that deponent is not party to the action, and is over 18 years of age.

That on 7/17/2026 deponent caused to be served 1 copy(s) of the within

**Supplemental Appendix**
**(Filed Under Seal)**

upon the attorneys at the address below, and by the following method:

**By Overnight Delivery**

**Annamarie Trombetta**
**Plaintiff - Appellant Pro Se**
**175 East 96th Street #12R**
**New York, NY 10128**

**Sworn to me this**

Friday, July 17, 2026

KEVIN AYALA
Notary Public, State of New York
No. 01AY6207038
Qualified in New York County
Commission Expires 7/13/2029

**Case Name:** Trombetta v. Novocin

**Docket/Case No:** 25-817

**Index:**

**Prepared by PrintingHouse Press, Ltd. 10 East 39th Street, New York, NY 10016**

**Tel No: (212) 719-0990 Fax No: (212) 398-9253**

STATE OF NEW YORK )

COUNTY OF NEW YORK ) SS

Willie Addison, Being duly sworn, deposes and says that deponent is not party to the action, and is over 18 years of age.

That on 7/17/2026 deponent caused to be served 1 copy(s) of the within

<u>**Brief for Defendant-Appellee**</u>
<u>**WorthPoint Corporation**</u>

upon the attorneys at the address below, and by the following method:

<u>**By Overnight Delivery**</u>

**Annamarie Trombetta**
**Plaintiff - Appellant Pro Se**
**175 East 96th Street #12R**
**New York, NY 10128**

**Sworn to me this**

Friday, July 17, 2026

KEVIN AYALA
Notary Public, State of New York
No. 01AY6207038
Qualified in New York County
Commission Expires 7/13/2029

**Case Name:** Trombetta v. Novocin

**Docket/Case No:** 25-817

**Index:**