# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

_____

v.

**CERTIFICATE OF SERVICE***

Docket Number: _____

_____

I,_____, hereby certify under penalty of perjury that
                (print name)

on _____, I served a copy of _____
        (date)

_____
                   (list all documents)

by (select all applicable)**

___ Personal Delivery       ___ United States Mail      ___ Federal Express or other
                                                   Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

_____         _____
      Today's Date                           Signature

Certificate of Service Form (Last Revised 12/2015)