# EXHIBIT#11A askART Evidence Dated February 24, 2015 From Writer Bob Bahr

**possible article in PleinAir magazine's weekly enewsletter**

From:  Bob Bahr (babahr@yahoo.com)

To:    annamarie@trombettaart.com

Date:  Tuesday, February 24, 2015, 10:26 AM EST

*Exhibit 1*

Hello, Ms. Trombetta.

I would like to interview you about your Central Park paintings for PleinAir Today, the weekly enewsletter for PleinAir magazine. Would you be interested in this? It would require about 20 minutes on the phone and JPEGs of about 8 paintings done on location in Central Park.

Please do let me know.

Thanks,

Bob Bahr
editor
PleinAir Today

*EXHIBIT#6A*

# EXHIBIT#11B askART Evidence Dated March 5, 2015 From Writer Bob Bahr  Time 9:53 AM



Yahoo Mail - Re: Annamarie Trombetta

Exhibit#3B   4/5/22, 4:01 PM

Re: Annamarie Trombetta

From:  Bob Bahr (babahr@yahoo.com)

To:   trombettaart@yahoo.com

Date:  Thursday, March 5, 2015, 09:53 AM EST

Date March 5 2015

Thanks. Very glad you liked it. Yes, that is the right link.

I will try to send you a PDF later so you have it in that form as well.

Hope we can paint together sometime when it's above freezing!

Bob

From: Annamarie Trombetta <trombettaart@yahoo.com>
To: Bob Bahr <babahr@yahoo.com>
Sent: Thursday, March 5, 2015 9:47 AM
Subject: Annamarie Trombetta

Ask Art Website

Hi Bob,

Thank you so much for a wonderful article.   I have been sharing it with some of my collectors and  colleagues and will do so with many more people. Also thank you for your recommendation for the Ask Artwebsite . I consent to include  my biography  listing to their site.
Can you send me a link that is just this piece or is this the link below??   Also is there a magazine version that I can purchase.

I am please with the work that you selected as one of my collectors expressed her delight as well.

With sincere gratitude,
Annamarie Trombetta

http://www.outdoorpainter.com/artist-profiles/central-park-s-plein-air-past.html?
utm_source=Art+List&utm_campaign=f24b0abe29-PAT_3_4_15&utm_medium=email&utm_term=0_6907cc7961-
f24b0abe29-232018861

EXHIBIT#6B

Plaintiff000151

# EXHIBIT#11C  Article in Outdoor Painter
## Dated March 5, 2015 Time 9:56 AM
## Written by  Writer Bob Bahr



"Angel of the Water/Bethesda Fountain," by Annamarie Trombetta, oil, 24 in.

Central Park, the green lung of New York City, the cool, shady resting spot for summer-soaked New Yorkers, the Olmsted masterpiece of landscape design, was inspired by the work and the ideas of the Hudson River School of painting. So it's perfectly natural that plein air painting would go on in those choice 843 acres. Just ask Annamarie Trombetta.

# EXHIBIT#11D askART Evidence Dated June 6, 2015 From Writer Bob Bahr Time 12: 49 PM



Yahoo Mail – A Big Thank you from Annamarie Trombetta

4/17/21, 9:27 PM

Exhibit #1 3B
Date June 2015

## A Big Thank you from Annamarie Trombetta

From: Annamarie Trombetta (trombettaart@yahoo.com)

To: babahr@yahoo.com

Date: Saturday, June 6, 2015, 12:49 PM EDT

Hi Bob,

My sincere appreciation for including me once again in Outdoor Painter! I am indeed delighted as was the host of the show to learn that the link and a feature was in the Newsletter for Outdoor Painter.

It is the kind of situation that brings attention not just to me--the Magazine but also to the Hudson River School Painters who have done so much for this country's history in art, Parks and conservation.

Last thank you for the recommendation. I am delighted that my bio is now on AskArt-- Mille Grazie for that!

I hope to meet you in person one of these days. Let's plan a meeting if you live in the New York area. Take great care and all the best to you.

Warm Regards,
Annamarie Trombetta

AskArt
2015

EXHIBIT #6D

https://mail.yahoo.com/d/folders/1/messages/ALZEP5R_O374YH-2IgN6oAS_w4A

Plaintiff000150

Page 1 of 1

# EXHIBIT#11E    Archives of askART  Evidence
## Dated  June 30,2020       From askART Employee Kris

Case 1:18-cv-00993-RA-SLC   Document 75   Filed 07/13/20   Page 18 of 34

Gmail – Artist Annamarie Trombetta Question Regarding my Biography                                        7/10/20, 12:09 PM

 Gmail                                    Annamarie Trombetta <atrombettaart@gmail.com>

## Artist Annamarie Trombetta Question Regarding my Biography
4 messages

**Annamarie Trombetta** <atrombettaart@gmail.com>                              Tue, Jun 30, 2020 at 2:08 PM
To: AskART Customer Service <AskART@askart.com>

Dear Kris,

I am an artist and my biography is listed on ask art.

Can you send me the full Biography  of my own Biography as it is Listed on ask Art as I do not have a subscription .

When I look up my name Annamarie Trombetta I only get the first few lines.

Thank you in advance for you cooperation.
Annamarie Trombetta

*Exhibit #3*

**AskART Customer Service** <AskART@askart.com>                              Tue, Jun 30, 2020 at 3:10 PM
To: "atrombettaart@gmail.com" <atrombettaart@gmail.com>

Dear Annamarie,

Your recognition on askART was most likely the result of your being included in a publication some years ago,
where askART has always been pleased to help promote upcoming talented artists. Most likely one of our
interns around that time posted your publicly available biography on our site, with credit to your website.
Please let us know if you would prefer that your artist recognition be removed from the askART website, or
alternatively, if you might wish to provide some updated information and examples of your works of art (in
which case please send to images@askart.com)

Sincerely,

Kris

Biography from the Archives of askART

*EXHIBIT#6E*

https://mail.google.com/mail/u/0?ik=fd353d6ffe&view=pt&search=…g-a%3Ar6194395784159524958&simpl=msg-a%3Ar-2611336646032803814          Page 1 of 4

# EXHIBIT#11F askART  WEBSITE   Evidence
# One Capture on September  22, 2015



Case 1:18-cv-00993-LTS-SLC   Document 517-4   Filed 06/29/23   Page 36 of 38

# EXHIBIT#11G Wayback Internet Archive
# RE : askART WEBSITE Evidence
# One Capture on September 22, 2015



# EXHIBIT#11H askART  Website Terms of Use and  Internet Privacy Policy

Case 1:18-cv-00993-RA-SLC   Document 73   Filed 07/13/20   Page 28 of 43

7/10/20, 11:3

## askART

What's my art worth?   Auction Records   Research Art   Buy / Sell   Our Services   Sign In   Subsc

Enter artist name or use alphabet     a b c d e f g h i j k l m n o p q r s t u v w x y

## Terms of Service and Internet Privacy Policy

### ACCEPTANCE OF TERMS

Welcome to askART. These terms and conditions of use apply to and govern your use of the askART Web site (the "Site"). By using this service, you agree to the terms and conditions outlined below. If you do not agree to these terms and conditions, please do not use this site. The right to use askART services is personal and not transferable to any other person or entity.

Unless explicitly stated otherwise, any new features or service offerings that augment the current Service (as defined below) shall be subject to these Terms of Service.

askART reserves the right to change, modify, add or remove portions of these terms at any time, without notice to you. Usage of the site after changes are posted means you have accepted all such terms as posted.

As a Subscriber, unless otherwise agreed upon, the Subscriber account is limited solely to you and does not include usage by additional people or entities. You will be allowed almost unlimited access unless the activity level reaches our most active list, as determined in our sole discretion. In such case we reserve the further right in our sole discretion to issue replacement passwords at any time, and if appropriate, offer the service at a price to you to reflect this higher level of service usage. We also reserve the right to terminate your account with or without notice if we determine an abuse regarding the spirit of this agreement. We will confirm with you before making a custom pricing change, in which case you may subscribe on those different pricing terms. If you do not accept such different pricing terms, you or askART may elect to discontinue your subscription at any time.

askART reserves the right to cancel an account if in our sole determination there is unusual usage, not limited to automatic searches, storage or piracy of our data. Further, askART reserves the right to terminate any account for any reason not identified in these Terms of Service and that is not prohibited by law.

### LICENSE TO USE THE SITE

askART grants you a non-exclusive, non-transferable, limited right to access, use and display of the Site and the materials thereon for your personal use only, provided that you comply fully with these terms and conditions of use. You shall not interfere or attempt to interfere with the operation of the Site in any way through any means or device including, but not limited to, spamming, hacking, uploading computer viruses or time bombs, or the means expressly prohibited by any provision of these terms and conditions of use.

### OWNERSHIP; RESTRICTIONS; TRADEMARKS

askART owns, controls, licenses or has the right to use and provide the Site and all material on the Site, including, without limitation the askART Artist database, text, images, artist biographies, price valuation reports, articles, photographs, illustrations, audio and video clips, (collectively the "Content"). The Site is protected by copyright as a collective work and/or compilation, pursuant to U.S. copyright laws, international conventions, and other copyright laws. askART is the owner of the copyright in the entire Site. askART owns a copyright in the selection, coordination, arrangement and enhancement of the Site. You agree to abide by any and all copyright notices, information or restrictions displayed on the Site. askART does not grant permission to users of the site to reproduce images of original works of art.

You may not modify, create derivative works from, participate in the transfer or sale of, post on the World Wide Web, or in any way exploit the Site or any portion thereof for any public or commercial use without the express written permission of askART. You are responsible for complying with all applicable laws, rules and regulations regarding your use of any such downloaded Content. In the event of any permitted copying, redistribution or publication of material from the Site, no changes in or deletion of author attribution, trademark, legend or copyright notice shall be made.

askART and Artist Bluebook are trademarks and service marks of askART, Inc. ALL RIGHTS RESERVED. All other trademarks, service marks, product names and company names or logos appearing on the Site are the property of their respective owners. Any use of such trademarks, service marks, product names and company names or logos, including the reproduction, modification, distribution or republication without the prior written permission of the owner of same, is strictly prohibited.

### USE OF INFORMATION

As a user of the Site, you acknowledge that you may provide information regarding your tastes and preferences, and you hereby authorize askART, Inc. and its affiliates to use such information in connection with any online or offline offering or any electronic mail offering directed to you. askART, Inc. is committed to protecting your privacy. Any information that askART, Inc. collects about you will be used to enhance your utilization of the Site. By using our web site, you consent to the collection and use of this information by askART, Inc. and its affiliates.

By uploading material to any forum or by submitting any comments, recommendations or data ("information") to us, you automatically grant (or represent and warrant to us that the owner of such rights has expressly granted) to us a perpetual, royalty-free, irrevocable, nonexclusive right and license to use, reproduce, modify, adapt, publish, sublicense, translate, create derivative works of and distribute such information worldwide and/or incorporate such information into any form, medium, or technology now known or later developed. In addition, you represent and warrant to us that all so-called moral rights in the information have been waived.

https://www.askart.com/SiteTerms.aspx

Page 1