# APPELLANT'S LIST OF EXHIBITS FOR JULY 22, 2026 REQUEST LETTER

**EXHIBIT #1  Mr. Duff's July 20, 2026 Appellant's Missing  223  Exhibits  SA422  to  SA665**

**EXHIBIT #2  Anderson Duff  Offer of Judgment—Blocked Message Email Feb. 11, 2020**

**EXHIBIT #3  Norb Novocin testimony p.198 to 200   Marie Novocin's testimony p. 45**

**EXHIBIT #4  Disclosure Statement  by Anderson Duff— EAI  Forfeited Incorporation**

**EXHIBIT #5  askART's Terms of Service and Internet Privacy Policy**

**EXHIBIT #6  EAI's  Delaware Business Times article May 24, 2018**

**EXHIBIT #7  EAI's Brief   Introduction Description Page 6 -False Statements**

**EXHIBIT #8  EAI's  eBay receipts  April 27, 2022 -EAI000058  Nov. 16, 2022- EAI000060**

**EXHIBIT #9  Court Ordered  Discovery Completion Letter Doc. 338  filed Dec. 16, 2022**

**EXHIBIT #10  EAI's Unverifiable  Deficient  Email  allegedly from  Ask in (SA420)**

**EXHIBIT # 11 Appellant's Prima Facie Evidence—Appellant's 1972 Print and Signature**

**EXHIBIT #11  Attached in Separately— Contains askART 2015 Proof -2015 Emails to and**

**from  author Bob Bahr-March 2015 article on Central Park-Wayback Machine 2015 Proof**

# EXHIBIT #1

**Mr. Duff's July 20, 2026 Failed to**

**Email  Appellant's  All of the EAI**

**Exhibits I am Missing  <u>223</u> Exhibits**

**SA422  to  SA665**

**Please review the Six Attachments**

Case: 25-817, 07/23/2026, DktEntry: 107.1, Page 3 of 33

## Re: EAI Defendants' Brief & Supplemental Appendix

**DJ** Duff, Anderson J.<ADUFF1@lsls.fordham.edu>  ...

To: You  Mon 7/20/2026 6:39 PM

Cc: Bialek, Adam;  +1 other



① Dkt 98.1 – EAI Corrected Brief.pdf  ⌄
   Saved to "Attachments" in OneDrive

② Dkt 99.1 – EAI Corrected App'x ...  ⌄
   10 MB

③ Dkt 100.1 – EAI Corrected App'x...  ⌄
   Downloaded

④ Dkt 100.2 – EAI Corrected App'x...  ⌄
   6 MB

✉ 4 attachments (26 MB)   ⬇ Download all

Please see EAI Defendants' corrected filings attached.

Best,
-Anderson-
(c) 646.450.3607

---

## Re: EAI Defendants' Brief & Supplemental Appendix

**DJ** Duff, Anderson J.<ADUFF1@lsls.fordham.edu>  ...

To: You  Mon 7/20/2026 6:40 PM

Cc: Bialek, Adam;  +1 other

⑤ Dkt 101.2 – EAI Corrected App'x..  ⌄
   10 MB

⑥ Dkt 102.1 – Cert Service.pdf  ⌄
   159 KB

✉ 2 attachments (10 MB)   ⬇ Save all to OneDrive

⬇ Download all

Best,
-Anderson-
(c) 646.450.3607

**From:** Duff, Anderson J.
<ADUFF1@lsls.fordham.edu>
**Date:** Monday, July 20, 2026 at 6:40PM
**To:** annamarietrombettalegal@outlook.com
<annamarietrombettalegal@outlook.com>
**Cc:** Bialek, Adam
<adam.bialek@wilsonelser.com>;



# EXHIBIT # 2

**Anderson Duff  Offer of Judgment— On January  28, 2020 2 Pages**

**Frustrated Communication -Mr. Duff's Email address was blocked**

**anderson@revision legal.com**

**Blocked Message Email  on  Feb. 11, 2020**

234 A



**REVISION/LEGAL**

*Doing business as The Law Offices of Anderson J. Duff in the State of New York*

244 Fifth Avenue, Suite 2230, New York, NY 10001
**855.473.8474 / revisionlegal.com**

January 28, 2020

**VIA EMAIL & USPS**
Annamarie Trombetta
175 East 96th Street (12R)
New York, New York 10128
atrombettaart@gmail.com

EXHIBIT #38
Rule 68    (1)

RE:    *Trombetta v. Novocin, et al., 18-cv-0993-RA – Offer of Judgment*

Dear Ms. Trombetta:

On January 17, 2020, you filed an Amended Complaint in the above-captioned matter. (ECF No. 33.) In your Amended Complaint, you included several claims that Judge Abrams dismissed in the Court's October 2, 2019 opinion. (ECF No. 23.) Defending against your meritless allegations has already cost my clients significantly more than you would be entitled to recover even if you were successful on all of your claims. Your recent Amended Complaint will now force my clients to spend their time and energy responding to claims that the Court has already dismissed.

My clients, Defendants Norb Novocin, Marie Novocin, and Estate Auctions, Inc. ("Defendants") hereby collectively offer you ~~six hundred dollars ($600.00)~~ to settle all claims and costs against each and every one of them arising out of the facts alleged in your Complaint and/or Amended Complaint. My clients would not admit any liability and you would, within five (5) days after receipt of the payment mentioned above, agree to file a Notice of Dismissal as to each of the Defendants in the above-captioned matter dismissing all claims against my clients with prejudice.

This offer constitutes an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. Under Rule 68(a), you have fourteen days (14) from the date of this Offer of Judgment to accept this offer via written notice of such acceptance. If you would like to accept my clients' offer as described above, I am authorized to accept written notice of your acceptance via email at anderson@revisionlegal.com.

Please note that if you do not accept this Offer of Judgment and "the judgment that [you] finally obtain[] is not more favorable than" my clients' offer of $600, you "must pay the costs incurred [by my clients] after the offer was made." Fed. R. Civ. P. 68(d). Such costs may include their attorneys' fees associated with defending against this

Plaintiff000266

case from the time of this offer. *See Mango v. Democracy Now! Prods.*, 18cv10588 (DLC), 2019 U.S. Dist. LEXIS 123550 (SDNY July 24, 2019) (Cote, J.)[1]

We look forward to receiving your written response on or before **February 11, 2020.**

Sincerely,

Anderson J. Duff

AJD/st
Encl.

EXHIBIT # 38 (2)

---

[1] A copy of Judge Cote's opinion is enclosed for your convenience.

Plaintiff000267

Gmail - Response to Offer of Judgment Case 18-cv-0993-RA

*EXHIBIT# 38(4)*    1/20/22, 4:28 AM

# M Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

## Response to Offer of Judgment Case 18-cv-0993-RA

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
To: atrombettaart@gmail.com

Tue, Feb 11, 2020 at 6:11 PM

*Date Feb 11*



**Message blocked**

Your message to **anderson@revisionlegal.com** has been blocked. See technical details below for more information.

The response from the remote server was:

```
550 5.4.1 Recipient address rejected: Access denied. AS(201806281)
[SN1NAM02FT030.eop-nam02.prod.protection.outlook.com]
```

Final-Recipient: rfc822; anderson@revisionlegal.com
Action: failed
Status: 5.4.1
Remote-MTA: dns; revisionlegal-com.mail.protection.outlook.com. (104.47.36.36,
the server for the domain revisionlegal.com,)
Diagnostic-Code: smtp; 550 5.4.1 Recipient address rejected: Access denied. AS(201806281)
[SN1NAM02FT030.eop-nam02.prod.protection.outlook.com]
Last-Attempt-Date: Tue, 11 Feb 2020 15:11:41 -0800 (PST)

---------- Forwarded message ----------
From: Annamarie Trombetta <atrombettaart@gmail.com>
To: Anderson Duff <anderson@revisionlegal.com>, samantha@revisionlegal.com
Cc:
Bcc:
Date: Tue, 11 Feb 2020 18:11:20 -0500
Subject: Response to Offer of Judgment Case 18-cv-0993-RA
To Mr. Anderson and Ms. Troiani,

My sincere apologies for the response. My printer/scanner did not work yesterday. I had to find another way to scan the signed letter to you.

Plaintiff000200

# EXHIBIT #3

**Norb Novocin testimony pages 198 to 200**

**Marie Novocin's testimony page  45**

EXHIBIT #36 (5)

Page 198

N. NOVOCIN

Q.    To the best of your knowledge, did Estate Auctions, did you have insurance for your company?

A.    No.

Q.    Not at any time did you have insurance for your company?

A.    Correct.

Q.    What is the date of the ending of Estate Auctions?

MR. DUFF:    Objection.

A.    We have three different Estate Auctions, Inc.  Estate Auctions, Inc. In Florida started in 2001 and ended in 2012. Estate Auctions in Delaware started April 23, 2012 until it went defunct.  We stopped using it in July of 2013 when we started Estate Auctions LLC.  That started on July 15, 2013 and went until July -- January 11, 2019.

Q.    So can you tell me very simply and very specifically, which Estate Auctions, Inc. was the Estate Auctions during the sale of the 2012, 1972 painting?

MR. DUFF:    Objection.

EXHIBIT #36 (6)   Page 15

Page 199

N. NOVOCIN

A.   Estate Auctions LLC started on April 23, 2012 and ran through July of 2013.

Q.   July of 2013?

A.   So it was -- so Estate Auctions was only in existence for one year before we started a different company and started operating with that company name.  We let Estate Auctions, Inc. go defunct.  We didn't do anything to end it.  We just let it go defunct and Estate Auctions only had from April to July, April 2012 to July 2013, correct.

* Please NOTE ebay Sale Date Dec 1, 2012

Q.   That was the time period for the sale?

A.   Correct.

Q.   I needed to clarify that. Again, at no time there was insurance with your business?

A.   That is correct.

Q.   With any of the three different Estate Auctions, Inc., there was never any insurance?

A.   Correct.

EXHIBIT #36  7

Page 200

Please Note

YQZ

N. NOVOCIN

Q.    What about for YQZ?

A.    YQZ started on January 11, 2019 and it is still operating today.

Q.    Do you have insurance on that?

A.    Why is that relevant?

Q.    I'm asking.

A.    I'm saying, why do you need to know?

Q.    Because I am inquisitive.  Do you have insurance?

A.    It's none of your business right now.  That's not it.  That's a different entity from everything else. That's something this is not about --

Q.    You don't want to reveal whether you have insurance?

MR. DUFF:  We are objecting to that question.

MS. TROMBETTA:  Other than that, that is it.

THE WITNESS:  Thank you.

(Whereupon, at 5:18 P.M., the Examination of this witness was concluded.)



Marie

Page 45

M. NOVOCIN

EXHIBIT #36 B(8)

statement?

A.     Yes.

Q.     It doesn't specify when in 2019.  Can you elaborate on the month or date.  Which month in 2019?

A.     We ceased operations as Estate Auctions, Inc. at the very end of 2018, so probably January of 2019.

Q.     So when in 2019, ma'am?  I'm sorry.

A.     January 1st.

Q.     So January 1st of 2019, okay.  So technically, no public office is open on January 1, 2019.  So can you give me the dates when the --

MR. DUFF:  Objection.

You can answer.  She just answered this question.

Q.     Can you give me the date when the business was closed?

A.     We stopped operation on December 31st.  We started that business, that entity January 11, 2019.

Q.     January 11th what, ma'am?  I am

# EXHIBIT #4

**Disclosure Statement  by Anderson Duff**

**EAI  Forfeited Incorporation**

# 98.1 EAI Disclosure Statement For Incorporation

Case: 25-817, 07/20/2026, DktEntry: 98.1, Page 2 of 35

DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, Defendants-Appellees Estate Auctions, Inc., by and through its undersigned counsel, hereby certifies that it is a corporation, has no parent corporation and that no publicly held corporation owns 10 percent or more of its stock.

s/ Anderson J. Duff
Anderson J. Duff
LINCOLN SQUARE LEGAL
SERVICES, INC.
*Attorneys for Defendants-Appellees Norb Novocin, Marie Novocin, and Estate Auctions, Inc.*
150 W 62nd Street, 9th Floor
New York, NY 10022
(212) 636-6934



## Delaware
### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE CERTIFICATE OF INCORPORATION OF "ESTATE AUCTIONS, INC.", WAS RECEIVED AND FILED IN THIS OFFICE THE TWENTY-THIRD DAY OF APRIL, A.D. 2012.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS NO LONGER IN EXISTENCE AND GOOD STANDING UNDER THE LAWS OF THE STATE OF DELAWARE HAVING BECOME FORFEITED THE TWELFTH DAY OF OCTOBER, A.D. 2017, FOR FAILURE TO OBTAIN AND DESIGNATE A REGISTERED AGENT.

**EAI's Incorporation on April 23, 2012**

**Forfeited on October 12, 2017**

**PLEASE NOTE— NORB NOVOCIN TESTIMONY - PAGE 198 STATES EAI STARTED APRIL 23, 2012 AND STOPPED USING IT JULY 2013**



A. We have three different Estate Auctions, Inc. Estate Auctions, Inc. In Florida started in 2001 and ended in 2012. Estate Auctions in Delaware started April 23, 2012 until it went defunct. We stopped using it in July of 2013 when we started Estate Auctions LLC. That started on July 15, 2013 and went until July -- January 11, 2019.

Q. So can you tell me very simply and very specifically, which Estate Auctions, Inc. was the Estate Auctions during the sale of the 2012, 1972 painting?

# EXHIBIT #5

**askART's Terms of Service and Internet Privacy Policy**

**Filed in Docs. 72- 73- 75  on July 13, 2020**

**Filed Doc. 488-2 May 30, 2023**

**Filed Doc. 538 as EX. #14 on March 19, 2024**

Filed: DOC 488-2 — May 30, 2023

Case 1:18-cv-00993-LTS-SLC   Document 488-2   Filed 05/30/23   Page 34 of 35

Case 1:18-cv-00993-RA-SLC   Document 75   Filed 07/13/20   Page 16 of 34   7/10/20, 11:37 AM

askART Site Terms and Privacy Policy

EXHIBIT 21 D (1)

Plaintiff's Evidence 000342

Page 18

## askART   What's my art worth?   Auction Records   Research Art   Buy / Sell   Our Services         Sign In   Subscribe

Enter artist name or use alphabet          a b c d e f g h i j k l m n o p q r s t u v w x y z

# Terms of Service and Internet Privacy Policy

## ACCEPTANCE OF TERMS

Welcome to askART. These terms and conditions of use apply to and govern your use of the askART Web site (the "Site"). By using this service, you agree to the terms and conditions outlined below. If you do not agree to these terms and conditions, please do not use this site. The right to use askART services is personal and not transferable to any other person or entity.

Unless explicitly stated otherwise, any new features or service offerings that augment the current Service (as defined below) shall be subject to these Terms of Service.

askART reserves the right to change, modify, add or remove portions of these terms at any time, without notice to you. Usage of the site after changes are posted means you have accepted all such terms as posted.

As a Subscriber, unless otherwise agreed upon, the Subscriber account is limited solely to you and does not include usage by additional people or entities. You will be allowed almost unlimited access unless the activity level reaches our most active list, as determined in our sole discretion. In such case we reserve the further right in our sole discretion to issue replacement passwords at any time, and if appropriate, offer the service at a price to you to reflect this higher level of service usage. We also reserve the right to terminate your account with or without notice if we determine an abuse regarding the spirit of this agreement. We will confirm with you before making a custom pricing change, in which case you may subscribe on those different pricing terms. If you do not accept such different pricing terms, you or askART may elect to discontinue your subscription at any time.

askART reserves the right to cancel an account if in our sole determination there is unusual usage, not limited to automatic searches, storage or piracy of our data. Further, askART reserves the right to terminate any account for any reason not identified in these Terms of Service and that is not prohibited by law.

## LICENSE TO USE THE SITE

askART grants you a non-exclusive, non-transferable, limited right to access, use and display of the Site and the materials thereon for your personal use only, provided that you comply fully with these terms and conditions of use. You shall not interfere or attempt to interfere with the operation of the Site in any way through any means or device including, but not limited to, spamming, hacking, uploading computer viruses or time bombs, or the means expressly prohibited by any provision of these terms and conditions of use.

## OWNERSHIP; RESTRICTIONS; TRADEMARKS

askART owns, controls, licenses or has the right to use and provide the Site and all material on the Site, including, without limitation the askART Artist database, text, images, artist biographies, price valuation reports, articles, photographs, illustrations, audio and video clips, (collectively the "Content"). The Site is protected by copyright as a collective work and/or compilation, pursuant to U.S. copyright laws, international conventions, and other copyright laws. askART is the owner of the copyright in the entire Site. askART owns a copyright in the selection, coordination, arrangement and enhancement of the Site. You agree to abide by any and all copyright notices, information or restrictions displayed on the Site. askART does not grant permission to users of the site to reproduce images of original works of art.

You may not modify, create derivative works from, participate in the transfer or sale of, post on the World Wide Web, or in any way exploit the Site or any portion thereof for any public or commercial use without the express written permission of askART. You are responsible for complying with all applicable laws, rules and regulations regarding your use of any such downloaded Content. In the event of any permitted copying, redistribution or publication of material from the Site, no changes in or deletion of author attribution, trademark, legend or copyright notice shall be made.

askART and Artist Bluebook are trademarks and service marks of askART, inc. ALL RIGHTS RESERVED. All other trademarks, service marks, product names and company names or logos appearing on the Site are the property of their respective owners. Any use of such trademarks, service marks, product names and company names or logos, including the reproduction, modification, distribution or republication without the prior written permission of the owner of same, is strictly prohibited.

## USE OF INFORMATION

As a user of the Site, you acknowledge that you may provide information regarding your tastes and preferences, and you hereby authorize askART, Inc. and its affiliates to use such information in connection with any online or offline offering or any electronic mail offering directed to you. askART, Inc. is committed to protecting your privacy. Any information that askART, Inc. collects about you will be used to enhance your utilization of the Site. By using our web site, you consent to the collection and use of this information by askART, Inc. and its affiliates.

By uploading material to any forum or by submitting any comments, recommendations or data ("information") to us, you automatically grant (or represent and warrant to us that the owner of such rights has expressly granted) to us a perpetual, royalty-free, irrevocable, nonexclusive right and license to use, reproduce, modify, adapt, publish, sublicense, translate, create derivative works of and distribute such information worldwide and/or incorporate such information into any form, medium, or technology now known or later developed. In addition, you represent and warrant to us that all so-called moral rights in the information have been waived.

https://www.askart.com/SiteTerms.aspx

Please Note NORB NOVOCIN   Page 1 of

DEPOSITION EXHIBIT #8

**askART's Terms of Service and Internet Privacy Policy**

**Detail of askART's License to Use The Site**

**Ownership Restrictions Trademarks**

As a Subscriber, unless otherwise agreed upon, the Subscriber account is limited solely to you and does not include usage by additional people or entities. You will be allowed almost unlimited access unless the activity level reaches our most active list, as determined in our sole discretion. In such case we reserve the further right in our sole discretion to issue replacement passwords at any time, and if appropriate, offer the service at a price to you to reflect this higher level of service usage. We also reserve the right to terminate your account with or without notice if we determine an abuse regarding the spirit of this agreement. We will confirm with you before making a custom pricing change, in which case you may subscribe on those different pricing terms. If you do not accept such different pricing terms, you or askART may elect to discontinue your subscription at any time.

askART reserves the right to cancel an account if in our sole determination there is unusual usage, not limited to automatic searches, storage or piracy of our data. Further, askART reserves the right to terminate any account for any reason not identified in these Terms of Service and that is not prohibited by law.

LICENSE TO USE THE SITE

askART grants you a non-exclusive, non-transferable, limited right to access, use and display of the Site and the materials thereon for your personal use only, provided that you comply fully with these terms and conditions of use. You shall not interfere or attempt to interfere with the operation of the Site in any way through any means or device including, but not limited to, spamming, hacking, uploading computer viruses or time bombs, or the means expressly prohibited by any provision of these terms and conditions of use.

OWNERSHIP; RESTRICTIONS; TRADEMARKS

askART owns, controls, licenses or has the right to use and provide the Site and all material on the Site, including, without limitation the askART Artist database, text, images, artist biographies, price valuation reports, articles, photographs, illustrations, audio and video clips, (collectively the "Content"). The Site is protected by copyright as a collective work and/or compilation, pursuant to U.S. copyright laws, international conventions, and other copyright laws. askART is the owner of the copyright in the entire Site. askART owns a copyright in the selection, coordination, arrangement and enhancement of the Site. You agree to abide by any and all copyright notices, information or restrictions displayed on the Site. askART does not grant permission to users of the site to reproduce images of original works of art.

You may not modify, create derivative works from, participate in the transfer or sale of, post on the World Wide Web, or in any way exploit the Site or any portion thereof for any public or commercial use without the express written permission of askART. You are responsible for complying with all applicable laws, rules and regulations regarding your use of any such downloaded Content. In the event of any permitted copying, redistribution or publication of material from the Site, no changes in or deletion of author attribution, trademark, legend or copyright notice shall be made.

askART and Artist Bluebook are trademarks and service marks of askART, Inc. ALL RIGHTS RESERVED. All other trademarks, service marks, product names and company names or logos appearing on the Site are the property of their respective owners. Any use of such trademarks, service marks, product names and company names or logos, including the reproduction, modification, distribution or republication without the prior written permission of the owner of same, is strictly prohibited.

**Norb Novocin is <u>NOT</u> permitted to "Glean" any content from askART's website.**

# EXHIBIT #6

## EAI  Delaware Business Times Article On May  24, 2018

Norb and Marie Novocin attending an eBay seller showcase at the Eastern Market in Washington D.C.

Norb Novocin, owner of Estate Auctions, Inc., built his entire business on ebay. The Seaford-based company has eight employees and generates up $1 million in sales per year. His key to success: Start every auction at $1 regardless of the item's value.

## On January 2019 The Novocins filed for Bankruptcy

Exhibit Q

Stay informed of more local and regional business news.



# DELAWARE
# BUSINESS TIMES



FOBA
Family Owned Business Awards

Subscribe
Digital Edition
Customer Service
Buy the Book of Lists

NEWS EVENTS SPECIAL EDITIONS LISTS DIGITAL EDITION ARCHIVE INNOVATION STUFF

**Small Business. Big Support.** ⅅ Delaware
Visit www.DelBiz.com for one-on-one help with starting or growing your business.

YOU ARE HERE: Home → Seaford-based Estate Auctions ranks among top ebay sellers    ‹ ›

Bizinsights
SPONSORED CONTENT

## Seaford-based Estate Auctions ranks among top ebay sellers

👤 Alex Vuocolo   🕐 May 24, 2018   🏷 antiques, Auction Estates, eBay, Inc., Norb Novocin, online sales, seaford, Washington D.C.



Water Heater Failure During a Snow Storm! What Do You Do?
by Jeff Palady



Keep it in the Fairway
by Chris Dohl



'Digital Health' is Technology in Action
by Edmondo Robsinson



*Norb and Marie Novocin attending an eBay seller showcase at the Eastern Market in Washington D.C.*

Norb Novocin, owner of Estate Auctions, Inc., built his entire business on ebay. The Seaford-based company has eight employees and generates up $1 million in sales per year. His key to success: Start every auction at $1 regardless of the item's value.

Online bidders reach the right price point on their own, he said. The average item sells for about $150, but some bids jump into the tens of thousands. Products range from antique paintings of 18th century aristocrats to obscure historical trinkets, such as Russian nuclear launch keys from the Cold War.

"We go out there to estate auctions and buy dead people's stuff," Novocin said. "We like quirky. We like unusual."

Novocin and his wife, Marie, first started selling on ebay back in 1998. Novocin had lost his full-time job three weeks before Christmas and six weeks before the birth of their first child. To make some extra cash, he decided to hunt down cheap antiques at yard sales and estate auctions and sell them on ebay.

"We had about $50 to work with," Novocin said. "We went out to yard sales with the rule that we could only spend $1 per item."

That $50 turned into $500 in sales.

Two decades later, ebay has recognized Novocin as one of its top sellers. In May, the Seaford resident visited Capital Hill in Washington D.C. as part of a delegation of small business owners making a living on the ubiquitous e-commerce site.

# LISTS
DELAWARE BUSINESS TIMES EVENTS

## March 19th
5:30pm – 8:30pm
Christiana Hilton



Purchase Tickets Here

# EXHIBIT #7

## EAI's Introduction Page 6 In their Appeal' s Brief

**Appellant is requesting the Court of Appeals if I can submit my 2014 and 2016 art sales receipts.**

## INTRODUCTION

Plaintiff Annamarie Trombetta ("Trombetta") initiated this lawsuit against Defendants Norb Novocin ("Norb"), Marie Novocin ("Marie"), Estate Auctions, Inc. ("EAI") (together the "EAI Defendants") in 2018 alleging that an eBay auction misattributing a single painting (the "Painting") to her in 2012 ruined her career as an artist. The listing was live on EAI's eBay account for ten days but was scraped and preserved by Defendant Worthpoint Corporation ("Worthpoint"). If her claims were true, Trombetta should have had no problem showing that her sales declined after the 2012 eBay auction. She failed to provide such documentation and refused to discuss her past income as an artist during her deposition. Trombetta did produce three receipts showing that she sold three works in 2015 and seems to believe that her refusal to provide any additional evidence concerning her income as an artist transforms those three receipts into proof that she became unable, after her discovery of the alleged misattribution in 2015, to sell artwork. The receipts actually tend to show that the alleged misattribution, which has been available on eBay and then Worthpoint.com since 2012, did not impact Trombetta's ability to sell art. The 2012 misattribution would have affected third parties before Trombetta discovered it.

Trombetta's refusal to provide basic information that, were her allegations true, should have been readily available to her coupled with her propensity to ignore the district court's rulings significantly delayed resolution of this case and cluttered

1

# EXHIBIT #8

**FIRST DEFECTIVE DOCUMENT**

**EAI —April  27, 2022  Incomplete Alleged eBay
Email of 2012 sale—Please Note  this fake  evidence
Is cut off on the right side and missing an eBay logo.**

**SECOND  DEFECTIVE DOCUMENT**

**EAI —November16, 2022 eBay email of 2012 sale
Please Note this fake  evidence is missing  the 2017
Subject   date of Tuesday Jan. 10, 2017  at 5:28 pm.**

**Different from the April 27th receipt is
An eBay colored logo and the Removal of the
 Bright colored Yellow Bar**

**Date of Production  April 27, 2022
Date of Production November 16, 2022**

EXHIBIT #1   EAI000058   *Date April 1 2022*

Wednesday, April 27, 2022 at 21:30:09 Eastern Daylight Time

**Subject:** Fwd: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)

**Date:** Tuesday, January 10, 2017 at 5:28:43 PM Eastern Standard Time

**From:** eBay EAI

**To:** Norb Novocin, marie novocin

---------- Forwarded message ----------

From: eBay <ebay@ebay.com>

Date: Sat, Dec 1, 2012 at 9:54 PM

Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)

To: ebay@novocin.com

*— MISSING LOGO — No Color EBAY Logo*     *Yellow Bar*

eBay

*Yellow Bar*

eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
Your registered name is included to show this message originated from eBay. Learn more.

**Congratulations, your item sold!**

Dear estateauctionsinc,

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print

Complete one of the following:

- Print a shipping label Avoid a trip to the post office, print and pay for your label at home. Printing shipping la you reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking i automatically.
- Provide shipping and tracking information. When you upload tracking information to eBay, we'll send it to yo the item is on its way. This will save you time, and may result in fewer questions from buyers and higher del
- Mark your item as shipped in My eBay. Do this, and we'll let your buyer know the item is on its way. This wil result in fewer questions from buyers and higher detailed seller ratings.

You should always leave feedback for your buyer to encourage them to buy from you again.

*2 Second Title*

*1 First*

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

*Title*

*1972*

*Name of Listing*

| | |
|---|---|
| 1972 Original Oil Painting Man \ Annamarie Trombetta yqz | |
| Sale price: | $181.! |
| Quantity sold: | 1 |
| Sale date: | Dec-0 |
| Buyer: | nina c |
| | 9nack |
| | [conta |
| Buyer's shipping address: | nina c |
| | 14215 |
| | reno, I |

*1972*

*Name of Listing*

Sell another Item | Send invoice

*Cut off*

*Text*

*Incomplete*

Select your email preferences

- Want to reduce your inbox email volume? Receive this email as a daily digest. For other email digest options, go to Notification Preferences in My eBay.
- Don't want to receive this email? Unsubscribe from this email.

Case 1:18-cv-00993-LTS-SLC   Document 527-1   Filed 08/01/23   Page 4 of 41

EAI000060

(4) - Missing January 10, 2017 Header

EXHIBIT #3A

(1)

From: eBay <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
To: <ebay@novocin.com>

EBAY Logo is on EAI000060 and NOT on

Yellow BAR

EAI000058

ebay    eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
Your registered name is included to show this message originated from eBay. Learn more.

**Congratulations, your item sold!**    Yellow Bar Missing

Missing

Dear estateauctionsinc,

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print your eBay shipping label.

Provide shipping information

Go to My eBay

(3)

Complete one of the following:

- Print a shipping label Avoid a trip to the post office, print and pay for your label at home. Printing shipping labels on eBay also offers you reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking information is uploaded automatically.
- Provide shipping and tracking information. When you upload tracking information to eBay, we'll send it to your buyer and let them know the item is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed seller ratings.
- Mark your item as shipped in My eBay. Do this, and we'll let your buyer know the item is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed seller ratings.

You should always leave feedback for your buyer to encourage them to buy from you again.

(2)

Title Missing Different from EAI000058

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz
Sale price:        $181.50
Quantity sold:   1
Sale date:        Dec-01-12 18:54:01 PST
Buyer:             nina correia
                       9naclock (ninacorreia@aol.com)
                       [contact buyer]
Buyer's shipping address: nina correia
                       14215 prairie flower ct
                       reno, NV 89511-6710 United States
Sell another item | Send invoice to buyer

Select your email preferences

- Want to reduce your inbox email volume? Receive this email as a daily digest.
  For other email digest options, go to Notification Preferences in My eBay.
- Don't want to receive this email? Unsubscribe from this email.

Email reference id: [#45d0df16f2ea40759d3656f834970b06#]
Please don't remove this number. eBay customer support may ask you for this number, if you should need assistance.

Learn How to protect yourself from spoof (fake) emails.

eBay sent this email to you at ebay@novocin.com about your account registered on www.ebay.com.

eBay sends these emails based on the preferences you set for your account. To unsubscribe from this email change your communications preferences. Please note that it may take up to 10 days to process your request. Visit our Privacy Policy and User Agreement if you have any questions.

Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay is located at 2145 Hamilton Avenue, San Jose, CA 95125.

Produced by Defendants Norb and Marie Novocin on November 16, 2022 6 months AFTER EAI000058-S

# EXHIBIT #9

**Judge Cave's Court Ordered**

**Completion of Discovery in**

**Doc. 338 Filed December 16, 2022**

Page 104

December 16, 2022

The Honorable Judge Ronnie Abrams
United States District Court Southern District of New York
40 Foley Square, Room 2203 New York, NY 10007

The Honorable Judge Sarah L. Cave
United States District Court Southern District of New York
500 Pearl St. Courtroom 18A New York, NY 10007-1312

**RE: Plaintiff's Fact Discovery Status Letter and Expert Witness Report Extension**

To Honorable Judge Cave and The Honorable Judge Abrams,

Plaintiff's extends an immediate response and apology to the Court for my delayed Fact Discovery letter.

Plaintiff reminds the Court that on Dec. 8, 2022 , Plaintiff set forth an application for an extension for my expert witness reports. Most notably, my art appraisal expert witness,  who is not free until January as evidenced in her email dated Dec. 6, 2022 that has been filed in Doc. 330.  Plaintiff regrets that none of my expert witnesses can produce an expert report by Monday Dec.19, 2022. I ask the Court to understand that in October, all my expert witness were ready, however  Discovery issues with the Defendants  were present. All of my experts expressed interest in reviewing my evidence that I produced, which is logical. At present, I have now encountered difficulty adjusting my expert witnesses with the Court schedule.  In Doc. 330 dated Dec. 8 2022  I set forth emails from my witness expressing  unavailability due to their  prior commitments. **EXHIBIT #1 Email filed with  Dec. 8,2022 letter in Doc.  330.**

Pro Se` Plaintiff  informs  the Court regarding my Discovery status and that it was delayed. On  Dec. 15, 2022 Plaintiff and  WorthPoint's attorney Nicole Haimson  reviewed Plaintiff's Production of Evidence which surpasses nine hundred pages. Due to some minor  yet significant issues,  a follow up phone meeting to  correct and reorganize  Plaintiff's documents was scheduled  Friday morning Dec. 16, 2022 which concluded  on or around  noon. All  of Plaintiff's submitted Fact Discovery  are soundly resolved.

Additionally,  submitted late eve  on Dec. 15, 2022, Plaintiff  filed a letter petitioning the Court to reconsider  Plaintiff's  request for the production for one   native electronic Original email  directly exported to a PDF file for the Ebay 2012 sale of the 1972 Original Oil Painting Man With Red Umbrella.

Lastly, due on Monday is Plaintiff's Proposed Amended Complaint to include the Court's  Complaint application.  At this juncture, is Plaintiff permitted to file exhibits with my Proposed Amended Complaint  or to include Plaintiff's evidence? Plaintiff did contact the NYLAG with questions regarding exhibits  and Plaintiff's evidence however no responses were set forth upon filing this letter.

Once again, outside of the Plaintiff  desire for the  PDF  file for the Ebay 2012 sale of the 1972 Original Oil, Plaintiff's Fact Discovery is complete.

December 16, 2022                                          Respectfully Submitted.
Annamarie Trombetta                          ———— Electronic Signature ————
175 East 96th Street
New York, New York 10128                          /s/ Annamarie Trombetta

                                                    Annamarie Trombetta

# EXHIBIT # 10

**EAI  Defective Document produced April 26, 2022**

**Claim that Appellant's Biography was listed on askART in 2008**

**PLEASE NOT  askART address is missing the @ symbol**

Case 1:18-cv-00993-RA-SLC   Document 420-1   Filed 04/17/23   Page 62 of 62

SA420

EAI000053
Tuesday, April 26, 2022 at 10:53:29 Eastern Daylight Time

Subject: askART Information
Date:    Tuesday, March 2, 2021 at 2:22:15 PM Eastern Standard Time
From:    AskART Customer Service
To:      norb@novocin.com

Dear Mr. Novocin,

Thank you for contacting askART. The biography for Ms. Annamarie Trombetta has been listed on askART since 2008.

Our records show that you have been a subscriber of askART since 2001.

Best,
Kris
askART

# Detail of EAI email Missing @ symbol From: askART

Date:    Tuesday, March 2, 2021 at 2:22:15 PM
From:    AskART Customer Service
To:      norb@novocin.com

# EXHIBIT # 11

**Appellant's Prima Facie Evidence —See Attached File Exhibit # 11 A to H**

**1-Appellant's one sample of my 1972 childhood Print and Script Signatures.**

**Please Note -I produced more samples of my 1972 signature in Discovery**



**Below Defendants Forged Signatures With WorthPoint's Fraudulent Copyright and Licensing Claim.Please note the signature is missing my first name and WorthPoint's caption states signed Annamarie Trombetta— The Fraud is self evident upon sight**



**EAI's Signature in Red below misspelled my first name. There is a space between ANNA ( and) MARIA. My name does not end in the letter A —it ends in the letter E. This spelling is NOT the same as the spelling of my name in the fraudulent online ad**

