# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Trombetta,

v.

Novocin, et al.

**CERTIFICATE OF SERVICE***

Docket Number: 25-817-CV

I, Anderson J. Duff , hereby certify under penalty of perjury that
(print name)

on July 24, 2026 , I served a copy of the oral argument statement of
(date)

Defendants-Appellees Norb Novocin, Marie Novocin, and Estate Auctions, Inc.

(list all documents)

by (select all applicable)**

___ Personal Delivery     ___ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     X E-Mail (on consent)

on the following parties:

Annamarie Trombetta    annamarietrombettalegal@outlook.com

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Jana Slavina | jana.slavina@wilsonelser.com | | | |
| Name | Address | City | State | Zip Code |
| Adam Bialek | adam.bialek@wilsonelser.com | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

July 24, 2026
Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)