# EXHIBITS FOR JULY 27, 2026 LETTER

**EXHIBIT #1 Appellant's Doc. 429 April 17, 2023  Jan. 16, 2018  Email from askART email**

**EXHIBIT #2  G. Skluzachek Confirms NO 2008 askART Bio Doc. 429 filed April 17, 2023**

**EXHIBIT #3 Judge Swain's Doc. 538 Feb. 20, 2024  Mem. page  25  -EAI Compliant**

**EXHIBIT #4 Appellant's Nov. 17, 2022 sent eBay Native Electronic Email  to All Attorneys**

**EXHIBIT #5 Dr. Scelsa's July 3, 2023 letter to Judge Swain filed July 6, 2023 in Doc. 522-5**

**EXHIBIT #6 Appellant's October 14, 2020 2-page Letter to submit Phone Call Recordings**

**EXHIBIT # 7A-  Ms. Brooks Nov. 2015  email**
**7B- Jan. 22, 2016 Phone Call Transcript with  Anita Brooks withholding Greg Watkins  WorthPoint's  Agent contact information.**
**7C-  Proof  of Greg Watkins is   WorthPoint Corp.'s Designated  Agent for Infringement Claims**

**EXHIBIT #8   Will Seippel's Feb. 20, 2016 sent email to Appellant WorthPoint's bate stamped WP000135**

**EXHIBIT #9A WorthPoint's  Subscription Confirmation Ticket #56607 date Jan. 22, 2016**
**9B  Appellant's response to WorthPoint's Membership email Jan. 22, 2016**
**9C  WorthPoint's Membership  payment declined Jan. 29, 2016**

**EXHIBIT #10   Doc. 363 Jan. 31, 2023  1 page Letter with  Proof of WorthPoint's still emailing my website annamarie@trombettaart.com  on March 25,2022**

**EXHIBIT # 11 A  Jana Farmer email  Rejecting  Plaintiff  Subpoena**
**EXHIBIT # 11 B Jason Packer's False Declaration purporting  email  NOT USED**
**EXHIBIT #11C  Jason Packer subpoena—ATTACHED SEPARATELY**

**EXHIBIT # 12   Plaintiff/Appellant's May 26, 2022 Letter RE Defendants Intentional Production of Fraudulent Evidence**

# EXHIBIT #1

**Appellant's  Doc. 429 Filed on April 17, 2023**

**Jan. 16, <u>2018</u>  Email from askART email**


Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

Evidence Exhibit
Confidential

**Question Regarding Biography Listing**

**AskART Customer Service** <AskART@askart.com>
To: Annamarie Trombetta <atrombettaart@gmail.com>

Tue, Jan 16, 2018 at 4:05 PM


EXHIBIT #5
A

Dear Annamarie,

Thank you for contacting askART. AskART is an online database containing close to 300,000 artists, with information ranging from biographies to auction records. Our research department constantly works on adding new artists to our database. Some contributions come from art researchers, museums, individual collectors, family and artist fans.

It looks like your biography was provided by a fan of yours. Please let me know if you would like for us to remove your biography from askART.

Also, we'd be happy to post an example of your favorite artwork, an example of your signature and a picture of you, with your profile on askART. If interested, please email them to images@askart.com.

Sincerely,

Kris

askART

[Quoted text hidden]

# EXHIBIT # 2

**Doc. 429 Filed April 17, 2023**

**April 6, 2022  Email from**

**Gayle A. Skluzachek  appraissersha@gmail.com**

**Confirming Appellant's Biography was NOT on askART in the year 2008 as falsely purported**

**By Defendant/Appellee Norb Novocin**

Gmail - Annamarie Trombetta---Thank you

 Gmail    EXHIBIT #3 Confidential

Annamarie Trombetta <artofannamarie@gmail.com>

## Annamarie Trombetta---Thank you

Abigail Hartmann <appraisersaha@gmail.com>
To: Annamarie Trombetta <artofannamarie@gmail.com>

Wed, Apr 6, 2022 at 4:12 PM

Dear Annamarie Trombetta,

I am contacting you on behalf of our full appraisal firm, Abigail Hartmann Associates. I can confirm we do not have any evidence of an askART biography within your 2009 past appraisal report regarding the Staten Island ferry crash. If we are able to be of any more assistance to you in this matter, please do not hesitate to contact our Head Appraiser Gayle A. Skluzacek

Sincerely,
Molly Gallo
Client Services
Abigail Hartmann Associates
[Quoted text hidden]

# EXHIBIT #3

**Judge Swain's Doc. 538  Memorandum Filed  Feb. 20, 2024 page  25 Judge  Swain wrote EAI  was Compliant**

**1-Estate Auctions Inc.  FAILED to obey and produce two Court Orders in  Doc. 319 Failed to Produce the Native Electronic 2012 eBay sale of the 1972 painting**

**2-Estate Auctions Inc.  FAILED to obey and produce a more fulsome production of  EAI000073 to EAI000079  Doc. 333**

**PLEASE NOTE EAI000079 is a blank page.**

Second, by negligently failing to research Trombetta's work, however, Mr. Novocin did not appear to save himself any expenses and he was ultimately able to sell the Painting for only a relatively small price — $181.50; it is unclear from the factual record how much of that price constituted a net profit.  (EAI 56.1 ¶ 22.)  Third, EAI has been cooperative in providing the appropriate receipts and evidence to establish the value of the infringing material.  Fourth, despite her conclusory allegations of reputational damages, it is not clear from the facts in the record that the Plaintiff lost any revenue because of the infringement.  Ms. Trombetta refused to provide discovery evidence regarding her usual income from art sales, and she has offered no admissible evidence demonstrating that she lost opportunities to sell or showcase her work due to the Listing.  Fifth, the conduct and attitude of the parties weighs in favor of a modest award of statutory damages.  Litigation in this case has been contentious and protracted, particularly due to repeated and unnecessary discovery disputes.  Although courts should and do afford certain indulgences to pro se plaintiffs, the Court finds that EAI has been cooperative and compliant with the difficulties inherent in this litigation.

*[Handwritten annotations: "FALSE See Doc. 517-4 pages 13 to 20 Art Receipts" and "EAI Failed to Produce Doc 319 Doc. 333"]*

The final factor directs the Court to consider the deterrent effect of the award of statutory damages.  Again, this factor weighs in favor of a modest award.  Deterrence is an important consideration within the statutory framework of VARA.  "If potential infringers believe that they can violate VARA at will and escape liability because [artists] are not able to provide a financial valuation for their works, VARA will have no teeth."  Cohen, 320 F. Supp. 3d at 446.  Still, the goals of general deterrence manifest more strongly in cases involving willful violations of VARA or otherwise egregious conduct.  See, e.g., id.  Neither circumstance is present here.  As to the goal of individual deterrence, the Court finds that a modest judgment against EAI — which, even at the lowest end of the statutory range ($750), will constitute over

# EXHIBIT #4

**Appellant's on Nov. 17, 2022, one day after EAI produced the SECOND false eBay sales receipts on Nov. 16, 2022, Sent my July 2015 eBay electronic native email to Defendants Attorneys as an EXAMPLE of what is an <u>eBay</u> electronic native email.**

**EAI's failure to produce the 2012 eBay email was DELIBERATE !!**

Mail - Annamarie Trombetta - Outlook

Exhibit #4

Adam sent this email to you as an attachment.

Best,

-Anderson-
646.450.3607

**From:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>
**Sent:** Friday, November 18, 2022 2:20:20 PM
**To:** Anderson Duff <ajd@hoganduff.com>
**Cc:** Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S.
<Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>
**Subject:** Re: Norb Novocin Deposition Full Production of Exhibit #4 -2 Page eBay email

Mr. Duff,

On November 17, 2022 --yesterday---I sent you an example of a "raw Message" for an eBay notice dated July 16, 2022. Kindly open it and review it and you will see what it is I am requesting. Every email server has some kind of Original message. If it was an gmail account you have to go to MORE and click on Original and you will find the text and codes for the message.

Submitted by
Annamarie Trombetta

**From:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>
**Sent:** Thursday, November 17, 2022 9:14 AM
**To:** Anderson Duff <ajd@hoganduff.com>
**Cc:** Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S.
<Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>
**Subject:** Re: Norb Novocin Deposition Full Production of Exhibit #4 -2 Page eBay email

Mr. Duff,

Attached are two eBay Raw Message for my emails from ebay.

# EXHIBIT #5

**Dr. Scelsa's July 3, 2023 <u>two</u> page letter to Judge Swain filed July 6, 2023 in Doc. 522-5**

**PLEASE NOTE Defendants <u>linked</u> my Solo exhibit at The Italian American Museum With the false 1972 painting webpage**

**DR. SCELSA : <u>DEFENDANTS UNETHICAL MEANS</u>**

Her opponents have demonstrated cruel tactics and unethical means in order to adversely affect Ms. Trombetta's rights and personal freedom. I kindly urge the Court to permit my testimony. Ms. Trombetta has been fighting to clear her name and I applaud her efforts. My involvement is in part, due to the moral imperative that is at stake in this case. No one should claim an artist painted an oil that they did not create. This has taken so many years to resolve this matter and is one of the reasons I agreed to give testimony on her behalf.

# A'M'E'A'R'L'I'C'A'N'N
## ITALIAN AMERICAN
## MUSEUM

Ex #16 A   Date July 3, 2023

EXHIBIT #21 A page 1

RE: Expert Witness Testimony for Artist Annamarie Trombetta Case :0993

Joseph V. Scelsa, Ed.D.

Founder and President

jvscelsa@
italianamericanmuseum.org

T 212 965 9000
C 917 642 4922

151 Mulberry Street
New York, NY 10013

July 3, 2023

To the Honorable Chief Judge Laura Taylor Swain:

I am writing on behalf of artist, Annamarie Trombetta who had a solo exhibition at the Italian American Museum (IAM) in 2015. Ms. Trombetta has unfortunately been misattributed as the artist who painted a damaged oil painting, allegedly created in 1972. She could not have painted this painting since she was a small child. What makes this claim even more ridiculous is the size of the damaged painting which is roughly four feet high, taller than her size at that age.



It behooves me to inform Your Honor that these companies also associated the Italian American Museum with their fraudulent painting. Annamarie's 2015 exhibit at IAM was linked to this fraudulent internet listing. As the director of the Museum, I find such associations to be unethical aside from being false and unwanted.

I have written many letters on behalf of Ms. Trombetta regarding this prolonged legal matter and find the extent of work imposed on Ms. Trombetta to be excessive and harmful to her health. I have been counseling her by phone and I am concerned for her well being as I am a licensed Mental Health Counselor in New York State.

On May 31, 2023, I wrote a letter in support, including my expert witness report that I submitted in February 2023. I did so because Ms. Trombetta and her talent have been damaged by this unfortunate internet link. I know Ms. Trombetta to be kind, patient and tolerant. She did inform me that she contacted the companies many times before her lawsuit. I support her efforts to protect her name and professional contacts which were adversely affected by this public display of a forged signature next to her biography. This type of public display can affect the prices of her artworks and her livelihood.

In my last letter, I affirmed that Ms. Trombetta was not in any way negligent in pursuing my testimony. My schedule is consistently quite full, as the Museum is

Administrative Office
1806 Hering Avenue
Bronx, NY 10461

www.ItalianAmericanMuseum.org

# AMERICAN
## MUSEUM

EX#16B          EXHIBIT #21B

currently under construction and I am busy preparing for its reopening, hopefully this year.

In September 2022 we did meet in person. At that time, I suggested settling her lawsuit and furnished Ms. Trombetta with the name of an attorney. She immediately contacted him. On November 23, 2022, Ms. Trombetta sent me an email updating me on her case and the need to write her report. Due to unexpected circumstances detailed in my letter dated May 31, 2023, I was unable to accommodate her deadline of December 2022. I affirm that I asked Ms. Trombetta to request an extension to fulfill the requirements for my expert witness report which are quite specific.

As a Mental Health Counselor, I impress upon the Court the anguish and stress that has been put upon Ms. Trombetta due to this fake oil painting she did not paint. It would be a great hindrance to Ms. Trombetta if I were not permitted to give testimony on her behalf. Over time, I have watched a bright talent who had a successful exhibit at my Museum, become unnecessarily saddened and burdened with problems. All of which she had no control or involvement in creating, it is a public misinformation. Ms. Trombetta is the only artist on the internet that has her name and lives in New York.

Her opponents have demonstrated cruel tactics and unethical means in order to adversely affect Ms. Trombetta's rights and personal freedom. I kindly urge the Court to permit my testimony. Ms. Trombetta has been fighting to clear her name and I applaud her efforts. My involvement is in part, due to the moral imperative that is at stake in this case. No one should claim an artist painted an oil that they did not create. This has taken so many years to resolve this matter and is one of the reasons I agreed to give testimony on her behalf.

I add this letter to my others in April 2022 and my most recent letter on May 31, 2023. I sincerely hope Your Honor will permit my testimony in this case. Ms. Trombetta is well deserving and needs the support to prove her claims, defend her name and repair her reputation.

Sincerely,

Joseph V. Scelsa, Ed.D., LMHC

Administrative Office
1806 Hering Avenue
Bronx, NY 10461

www.ItalianAmericanMuseum.org

# EXHIBIT #6

**Appellant's October 14, 2020 2 page Letter to the district court to submit my Feb. 3, 2016 Phone Recording with WorthPoint's Webmaster Greg Watkins in Doc. 114**

**PLEASE NOTE: Feb. 3, 2016 phone call my email address to contact WorthPoint was <u>trombettaart@yahoo.com</u>-2015 to 2017**

**PLEASE NOTE : Jason Packer's falsely asserts on <u>Jan. 19, 2023</u> Appellant used my <u>annamarie@trombettaart.com</u> to look up price of 1972 painting on WorthPoint's site**

**Three years earlier I documented in 2020 my email address <u>trombettaart@yahoo.com</u>**

United States District Court
Southern District of New York

Case No. 18-cv-0993-RA-HBP

| | |
|---|---|
| Annamarie Trombetta | **PLAINTIFF'S REQUEST TO** |
| Plaintiff | **SUBMIT FEBRUARY 3, 2016 PHONE** |
| vs. | |
| Norb Novocin, Marie Novocin and | **RECORDING WITH WORTHPOINT** |
| Estate Auctions Inc. | **WEBMASTER GREGORY WATKINS** |

and
William Sieppel and WorthPoint Corporation |
5 Concourse Parkway NE, Suite 2850
Atlanta, Georgia 30328

Defendants

To The Honorable Judge Ronnie Abrams and
To The Honorable Judge Sarah L. Cave:

At this critical and timely junction, Plaintiff, Annamarie Trombetta is requesting permission

from the court to submit, for review the February 3, 2016 phone recording that Plaintiff had

with WorthPoint Webmaster Gregory Watkins. Plaintiff feels that the contribution of this

recording at this time is crucial for the court to hear for the following reasons. Plaintiff has

asked the court to submit this recording before and was denied. The Motion to Quash the

summonses intertwined with the possible dismissal of the Plaintiff's case prompted the Plaintiff

to re-address this request. Plaintiff is aware of the content and the tone of the recording.

This recording is the FIRST formal attempt to communicate to the WorthPoint Corporation

through the primary WorthPoint Website Designer, Gregory Watkins. Plaintiff, Annamarie

Trombetta stated that I did NOT create this painting. The falsity of the listing, the inquiry of

the seller of the sale of the "1972 Original Oil painting Man With Red Umbrella signed Annamarie Trombetta" allegedly sold in 2012 and the amount of time this ad was posted on the internet and the WorthPoint website was discussed. Mr. Watkins stated that if he removed the information it would take Google a while to clear out the data when they "re-spider" the site. Plaintiff did ask Mr. Watkins if Plaintiff needed to contact Google. ( Plaintiff subsequently did contact Google to remove the listing after the phone recording). Mr. Watkins furnished the Plaintiff with the personal e-mail of William Seippel and the Plaintiff furnished Mr. Watkins with her 2015 personal e-mail address—not the-mail from the Plaintiff's Artist Website. Mr. Watkins stated that WorthPoint is a small company of eight people . Additionally, the Plaintiff informed Mr. Watkins that despite the ad stating that there were 12 photos written in the Painting ad description with the Plaintiff self authored "Detailed" biography, there were no photos other than the false A. Trombetta signature . Mr Watkins stated that this was "Odd" and that usually with a piece of artwork there are photos that accompany the ad featuring the artwork. Plaintiff stated to Mr. Watkins the price of the painting which was sold for $181.50 Plaintiff explicitly stated that this low bid sale and association with the WorthPoint company website was "dangerous" to the Plaintiff's artistic reputation.

October 14,  2020                                   Respectfully Submitted


Annamarie Trombetta -Plaintiff
175 East 96th Street (12 R)
New York, New York 10128

                                        Annamarie  Trombetta

# EXHIBIT #7

**In Support of Judge Swain's Dismissal of my Phone Call Transcripts and Phone Recording**

**7A- Ms. Brooks Nov. 2015 email Intentional Misinformation to Appellant to contact eBay to remove the false 1972 painting webpage**

**7B- Jan. 22, 2016 Phone Call with Anita Brooks withholding Greg Watkins contact information.**

**7C- Proof of Greg Watkins is WorthPoint Corp.'s Designated Agent for Infringement Claims**

# 7 A

Case 1:18-cv-00993-LTS-SLC    Document 274-1    Filed 08/29/22    Page 1 of 1    Page 39

1/16/2020    Case 1:18-cv-00993-RA-SLC    Document 33    Filed 01/17/20    Page 20 of 63

Yahoo Mail - Use of Ebay logo and link on False page

Use of Ebay logo and link on False page

Doc 274-1

Exhibit #7

From:  Annamarie Trombetta (trombettaart@yahoo.com)

To:  Ippermissions@ebay.com

Date:  Thursday, November 26, 2015, 12:40 PM EST

To the E Bay Staff,

My name is Annamarie Trombetta.  I am an artist and I received an e-mail that informed me about a website named Worthpoint.com.

When I googled me name Annamarie Trombetta I found this Marilyn Monroe link below. At the bottom of the Maryiln Monroe link is a link to a painting that Worthpoint is stating that I painted.  My biography is listed in great detail, however I did NOT paint this image.

Please review the information below.  I am requesting a response as soon as possible.

Here is the e-mail that my contact forwarded to me from Worthpoint

NOV 16, 2015 | 08:35AM EST
**Anita B. replied:**
Hello,
We do not buy or sell anything on the site. Rather, we buy sales records from various auction houses and sites and compile them into a price guide to help users determine the value of antiques and collectibles.
If this particular item sold on EBay, I recommend trying to contact EBay, as they may be able to provide you with the additional information you are seeking.
Kind Regards,
The WorthPoint Team
www.WorthPoint.com
(877) 481-5750

Regards,

Customer Support Team
WorthPoint, Inc.

Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...
www.worthpoint.com › Worthopedia™

1972 Original Oil Painting Man With Red Umbrella Signed **Annamarie Trombetta** yqz;
Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (12/01/2012)

1972 Original Oil Painting
Man With Red Umbrella
Welcome to EstateAuctionsInc! We are
one of the Top Sellers of Antiques,
Collectibles and Quirky items on eBay. We
have been selling since 1998 and ALL of

1/3

**7 B**

Plaintiff's Evidence Expert Dis. 000925

*EXHIBIT # 38*  *Page 7*

00;04;30;13 - 00;04;35;04

### MS. BROOKS IS SPEAKING OVER PLAINTIFF AT THE SAME TIME

**Speaker Annamarie Trombetta Plaintiff**

No, but you're ...You're ... responsible. ... ... You're responsible.

*Jan. 22, 2016 Phone Call*

00;04;35;25 - 00;04;58;10   00;04;58;20 - 00;05;05;15

Speaker WorthPoint Employee Anita Brooks

So if the information was on your wrong, that they (eBay) gave us ... okay. Now we know that it's wrong. You can send us an Email ....If you want that information to be corrected on our website so that someone would have the proper ....You can email us the corrected information that you would like to be seen on our website, and I'll pass it on to our marketing director and we'll find out if he's going to change that information and/ or take it out altogether.   But I wouldn't give out any information referencing any specific person in our company. I'll pass the information on to them through your email........  the seller it is?

00;05;05;16 - 00;05;10;26

**Speaker Annamarie Trombetta Plaintiff**

I'm asking.... I'm asking, who is the person at your company that put this on your website
**( MS. BROOKS IS SPEAKING OVER PLAINTIFF AT THE SAME TIME)**

00;05;10;26 - 00;05;33;17

Speaker WorthPoint Employee Anita Brooks

Again... I will not give out this information....If you want to email us at support@worthpoint.com and ask any specific questions or request...or any specific thing.... , I'll pass that information on to the marketing director. And the marketing director can correspond with you at their leisure, deciding on what they want to do. But, I personally am not going to give you any specific information about anyone at our company.

00;05;33;20 - 00;05;39;16

**Speaker Annamarie Trombetta Plaintiff**

**(MS. BROOKS IS SPEAKING OVER PLAINTIFF AT THE SAME TIME)**

OK, well, Can I....Can I have... Can I have the name of the marketing director ? For the email

00;05;39;18 - 00;05;55;27

**7 B**

Plaintiff's Evidence Expert Dis. 000926

EXHIBIT    Page

#38 A

Jan. 22, 2016

Speaker WorthPoint Employee Anita Brooks

His name is Greg ....His name is Greg ...

Speaker  Annamarie Trombetta Plaintiff

Greg what?

Speaker WorthPoint Employee Anita Brooks

Greg he's the only Greg here and that's all the information I'm going to give you. Again if you want to email me I will pass  the information on to him  and he can correspond  with you that way, but I'm not going to give you any other specific information about him.

00;05;56;06 ~ 00;06;01;08

**Speaker  Annamarie Trombetta Plaintiff**

But yo' re  putting inform....you're putting information....Anita ...Anita ...Your company is...

**(MS. BROOKS  IS  SPEAKING OVER  PLAINTIFF AT  THE SAME TIME)**

Speaker WorthPoint Employee Anita Brooks -

--SPEAKING OVER PLAINTIFF IN A VERY RUDE MANNER

....on our website....and it is from our affiliates....copy down your putting any specific information any information on our website about you...   That's not what we've done....

00;06;01;08 ~ 00;06;01;21

**Speaker  Annamarie Trombetta Plaintiff**

Yes you ...Yes  you...

00;06;08;06 ~ 00;06;20;26

Speaker WorthPoint Employee Anita Brooks

That's not what we've done.

00;06;21;00 ~ 00;06;21;28

**Speaker Annamarie Trombetta Plaintiff**

Yes, you have. You   put my biography, which describes me to a tee. That's how I knew it was me. It describes my.... the year that I was born, where I lived..... Personal information.

00;06;25;09 ~ 00;06;32;01

**7C**

WorthPoint DMCA EXHIBIT Agent #1

### Interim Designation of Agent to Receive Notification of Claimed Infringement

Full Legal Name of Service Provider: WorthPoint Corp.

Alternative Name(s) of Service Provider (including all names under which the service provider is doing business): N/A

Address of Service Provider: 3525 Piedmont Rd. Building 5, Suite 435 Atlanta, GA 30305

Name of Agent Designated to Receive Notification of Claimed Infringement: Gregory Watkins

Full Address of Designated Agent to which Notification Should be Sent (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): WorthPoint Corp. 3525 Piedmont Rd. Building 5, Suite 435, Atlanta, GA 30305

Telephone Number of Designated Agent: 404.996.1474

Facsimile Number of Designated Agent: 877.588.3564

Email Address of Designated Agent: copyright@worthpoint.com

[signature] ve of the Designating Service Provider: Date: 8/15/13

Typed or Printed Name and Title: Gregory L. Watkins, Executive Editor & Director of content

Note: This Interim Designation Must be Accompanied by a Filing Fee* Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html

Scanned
AUG 3 0 2013

Mail the form to:
Copyright I&R/Recordation
P.O. BOX 71537
Washington, DC 20024

162658933

Received
AUG 2 2 2013
Copyright Office

Plaintiff000171

# EXHIBIT #8

**February 20, 2016   email from Will Seippel to Appellant stating** *__"we will remove the item from the site sot that it does not mislead anyone on your painting"__  ~ Will Seippel  CEO*

**WorthPoint's  Evidence bate stamped  at the bottom right side as.    WP000135**

 

EXHBIT #7A

WorthPoint

Jason Packer <jason.packer@worthpoint.com>

---

**RE: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork**
9 messages

From **Will Seippel** <will.seippel@worthpoint.com>                     Sat, Feb 20, 2016 at 10:35 AM
To: Annamarie Trombetta <trombettaart@yahoo.com>, will@worthpoint.com, Jason Packer <jason.packer@worthpoint.com>
Cc: Worthpoint Support <support@worthpoint.com>

Hi, Annamarie. The art world is a very dark world and it is our goal to remove as many shadows as possible and supply equal information, and a lot of it, to all. To achieve this goal many auction houses allow us to use their data, including eBay.

We unfortunately do not take the data from eBay you are asking for. We only obtain selling price, pictures and the description. We do not obtain sellers, buyers and all such information you are asking for. I am sorry we do not do that but we never had and it is more information than we are allowed to collect. I do not think that data actually exists anywhere at this point as we are the only persons that have saved this to my knowledge. Since you are the artists, and I have no reason to doubt that, and you feel this is fraudulent, we will remove the item from the site so that it does not mislead anyone on your paintings.

If I can be of any other help, please let me know.

From: Annamarie Trombetta [mailto:trombettaart@yahoo.com]
Sent: Saturday, February 20, 2016 10:24 AM
To: will@worthpoint.com
Cc: Worthpoint Support <support@worthpoint.com>
Subject: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

Dear Mr. Seippel and Mr. Watkins,

Allow me to introduce myself to you Mr. Seippel. I am professional artist Annamarie Trombetta. I as well as other people found a listing for a painting entitled 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta. This is not one of my paintings. There is a photo of a signature A. Trombetta with the eBay logo and Copyright symbol written "Copyrighted work licensed by Worthpoint " with your company logo in yellow next to it. This is not my signature. **Please see attachments.**

On February 3, 2016 I spoke with Mr. Gregory Watkins. Mr. Watkins also stated that you were at a conference in Las Vegas. I asked Mr. Watkins certain questions regarding the artwork falsely attributed to me. I requested that he e-mail me his answers regarding these questions that I had about this artwork on Tuesday February 3, 2016. Today is February 20, 2016 and nothing has been forwarded to me. I have contacted eBay several times prior to contacting your company.

EBay stated that they do not have the name of the seller nor the name of the buyer or the listing for this painting. Ebay expressed several times to me that I need to contact Worthpoint since the listing is on your site..

There are still listing for Worthpoint.com under my name. Under google search for the painting "1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta there is a link entitled **Marilyn Monroe 1988 Vintage Michael Ochs Archive and also Thomas Kinkade .** Both Worthpoint sites list 1972 Original Oil Painting Man with Red

Worth Point Evidence Date Stamped          WP000135

# EXHIBIT #9

## Judge Swain's Dismissal of Pertinent Facts

**9A  Appellant'sTrue email used to subscribe to WorthPoint <u>trombettaart@yahoo.com</u>  on Jan. 22,2016 Ticket  # 56607**

**9B   Appellant's Response email dated Jan. 22, 2016 to WorthPoint's Membership Subscription Sign up using <u>trombettaart@yahoo.com</u> PLEASE NOTE  Seven Questions to WorthPoint on false 1972 painting webpage.PLEASE NOTE :  Appellant's Sent email in response to Anita Brooks's direction during Jan.22, 2016  phone call**

**9C  WorthPoint sent  Your Payment Declined to Appellant' s True email <u>trombettaart@yahoo.com</u>   PLEASE  NOTE WORTHPOINT <u>ADDED</u> MY WEBSITE EMAIL <u>annamarie@trombettaart.com</u> the payment decline notice.**

## MY  PROOF  VS

**Jason Packer's false  Declaration and false evidence produced Jan. 19, 2023 falsely purporting Appellant's website <u>annamarie@trombettaart.com</u>   Email to subscribe WorthPoint**

**9 A**

Case 1:18-cv-00993-LTS-SLC    Document 446-1    Filed 04/20/23    Page 20 of 45

Yahoo Mail – Re: Welcome to WorthPoint – Your Subscription Has Been Created

EXHIBIT #3 *(handwritten)*

Plaintiff 000022

## Re: Welcome to WorthPoint - Your Subscription Has Been Created

From:  WorthPoint Customer Support (support@worthpoint.desk-mail.com)

To:  trombettaart@yahoo.com

Date:  Friday, January 22, 2016, 02:27 PM EST

*Date Jan. 22, 2016 (handwritten)*

### Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Created

**WorthPoint** | Jan 22, 2016 02:26PM EST

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #56607.

*Appellant's trombettaart@yahoo.com (handwritten)*

*Yahoo Email to Contact (handwritten)*

https://mail.yahoo.com/d/search/name=Worthpoint%2520Desk%2520_ROM&contactIds=0000.07ba/messages/AMm-3mIAABEvVqKCiAUcmF0LN2A    Page 1 of 1

*WorthPoint (handwritten)*

Case: 25-817, 07/27/2026, DktEntry: 111.1, (25 of 39)

**9 B**

Re: Welcome to WorthPoint - Your Subscription Has Been Created

Plaintiff's
Deposition
Response

From: Annamarie Trombetta (trombettaart@yahoo.com)

To: support@worthpoint.com

Date: Friday, January 22, 2016, 2:25 PM EST

EXHIBIT #5

Page 1

Plaintiff's Evidence 000351

To The Worthpoint Staff,

I found this link to Worthpoint under Artist Annamarie Trombetta. The link 1972 is associated with several of my personal and professional links. I signed on to Worthpoint to see the value of this painting. The worth is $181.50 . See below

1) Who is responsible for posing "1972 Original Oil Painting man with Red Umbrella signed Annamarie Trombetta" information on Worthpoint.com website ??

2) Can I have the name of the person who is the Worthpoint webmaster??   Asking For Greg Watkins

3) Can I have the name of the person who posted this information?

4) Who was the seller??   I called eBay and they do not have the information? Does Worthpoint have this information??

5) Please confirm if your website was last update on Updated Date: 30-apr-2013--see below

6) Why do you state that there are are 12 photos in the description. Below is the text that is on the page for this painting.   I only see a photo of a signature    --see below

7) Kindly forward any information that you have regarding this painting .

Thankyou for your anticipated cooperation.

>>>>> UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition

- DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could be a woman) with a red umbrella. This is by Annamarie Trombetta. It is signed on the bottom, but on the back it has written in red on the stretcher. Annamarie Trombetta "Gifted" 1977. "Painted" 1972. To our eyes it looks like it is after the style of Andre Kohn.

7 Questions Appellant Sent To

1972 Original Oil Painting Man With Red Umbrella Signed

www.worthpoint.com › Worthopedia™

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz.
Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...

HOME > WORTHOPEDIA™ >
1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAMARIE TROMBETTA
YQZ

1972 ORIGINAL OIL PAINTING MAN WITH
RED UMBRELLA SIGNED ANNAMARIE
TROMBETTA YQZ

SOLD FOR:

$181.50

2) Can I have the name of the
person who posted this
information??

Case: 25-817, 07/27/2026, DktEntry: 111.1, (26 of 39)

Filed 04/20/23

Document 446-1

Case 1:18-cv-00993-LTS-SLC

**9 B**



Yahoo Mail - Re: Welcome to WorthPoint - Your Subscription Has Been Created

Plaintiff's
Deposition
Response

Plaintiff's Eviden

0003252

ITEM CATEGORY:

SOURCE:

eBay

SOLD DATE:

Dec 01, 2012

CHANNEL:

Online Auction

EXHIBIT #5
Page 2

Items in the Worthopedia are obtained exclusively from licensors and partners solely for our members' research needs.

Flag item for content or copyright

Domain Name: WORTHPOINT.COM
Registrar: GODADDY.COM, LLC
Sponsoring Registrar IANA ID: 146
Whois Server: whois.godaddy.com
Referral URL: http://registrar.godaddy.com
Name Server: NS1.P24.DYNECT.NET
Name Server: NS2.P24.DYNECT.NET
Name Server: NS3.P24.DYNECT.NET
Name Server: NS4.P24.DYNECT.NET
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 30-apr-2013
Creation Date: 09-jan-2007
Expiration Date: 09-jan-2023

On Friday, January 22, 2016 11:20 AM,
WorthPoint <support@worthpoint.com> wrote:

Dear Annamarie Trombetta,

I would like to congratulate you on your recent decision to buy a WorthPoint product and welcome you into the WorthPoint community! When I founded this company in 2007, I wanted to provide an easy way for people to find the value of everything from their beloved items to the stuff in their closets. I am now proud to say we have become the largest database in the world for this type of information and our product families include:

=> About 300 million prices realized from online sources;

=> About 1 billion images of antiques and collectibles;

=> About 100,000 maker's marks, autographs, patterns and symbols;

=> A digital library of more than 1,000 reference books, catalogs and historical price guides.

If you should have any questions, contact our personable Atlanta-based customer support team via email at support@worthpoint.com or by phone at 877.481.5750 Monday through Friday from 8 a.m. to 6 p.m. EST.

Sincerely,

William Seippel
CEO and Founder of WorthPoint.com

Your Membership Details:
Account Email:

Charge Name:
Charge Type:              Monthly Membership Charge
Effective Start Date:    Recurring
Unit Price:               01/29/2016
                          19.99

WorthPoint Free 7 Day Membership Charge 1/29/16

Case: 25-817, 07/27/2026, DktEntry: 111.1, (27 of 39)



Yahoo Email
Plaintiff's Evidence Expert Dis. 000872

Plaintiff's Yahoo Email Account

Secure | https://mail.yahoo.com/d/search/name=support%2540worthpoint.com&emailAddresses=support%2540worthpoint.com&listFilter=FROM&contactIds=0500....

HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SEARCH   SHOPPING   YAHOO PLUS   MORE...      y!mail+   Upgrade

**yahoo!mail**   support@worthpoint.com   Add keywords   Advanced ∨   Annamarie

My Subpoena Respo   Fw: trombetta Yahoo   support@worthp   Loading

Compose    ← Back ← ← →    Archive   Move   Delete   Spam   ...

Inbox
Unread
Starred
Drafts    581
Sent
Archive
Spam
Trash
∧ Less

Views    Hide
Photos
Documents
Subscriptions
Shopping
Receipts
Travel

Folders    Hide
+ New Folder
gertie de jongh
Images of Paintings

support@worthpoint.com
www.worthpoint.com          Visit site

Your payment was declined          Annamarie ....Inbox ☆

Sent by WorthPoint to my website

WorthPoint <support@worthpoint.com>    Also
To: annamarie@trombettaart.com    → Sent to Plaintiff's Website Email    Fri, Jan 29, 2016 at 5:25 PM ☆

Dear Annamarie Trombetta,

We tried to make a payment for $19.99 USD on 01/29/2016, but the payment was not successful (Error: Error processing transaction.304 - Lost/Stolen Card).

Here are some details about your Credit Card information on file:

Annamarie Trombetta

·············2798

01/2020

Visa

In order to ensure your service is not interrupted, please update your payment information or provide a new payment method.

If you have further questions or concerns, please contact WorthPoint's Customer Support at 877-481-5750 or support@worthpoint.com.

Thank you for your business!

INV0006558....pdf    Invoice # INV0006582

EXHIBIT # 8A

9 C

0993-LTS-SLC   Document 504-3   Filed 06/14/23   Page 44 of 46

# EXHIBIT # 10

**10 A  Appellant's <u>January 31, 2023</u> One Page Letter to Judge Cave to address  Jason Packer's Obviously False Declaration and False charts with  False email**

**10 B With Proof that WorthPoint emailed to website Email <u>annamarie@trombettaart.com</u> on March 25, 2022**

**Two years into litigation with WorthPoint Corporation is still emailing my website Email <u>annamarie@trombettaart.com</u> Which contradicts Jason Packer false Declaration purporting Feb. 3, 2016 as the Date of removal of my  website email.
My March 2022 email Proves WorthPoint Has reposted my email to its website.**

# 10 A  Appellant's  <u>January 31, 2023</u> One Page Letter to Judge Cave

Case 1:18-cv-00993-LTS-SLC    Document 363    Filed 01/31/23    Page 1 of 1



January 31, 2023
The Honorable Judge Ronnie Abrams
United States District Court Southern District of New York
40 Foley Square, Room 2203 New York, NY 10007

The Honorable Judge Sarah L. Cave
United States District Court Southern District of New York
500 Pearl St., Courtroom 18A New York, NY 10007-1312

**RE: 1) Questions regarding Order Document 361**
**2) Plaintiff's request to Oppose Jan. 19, 2023 Declaration by WorthPoint employee, Jason Packer.**

To Honorable Judge Sarah L. Cave and  the Honorable Judge Ronnie Abrams:

Pro Se Plaintiff sets forth this letter in search of clarification. First, Plaintiff sincerely  thanks the Court for the extension of time for  expert reports to be submitted. Prior to filing this letter, I did email the New York Legal Assistance Group (NYLAG). After yesterday's response, I am still  not clear on some issues, hence this letter.

My question concerns No. 3 in Docket 361 which states that "The parties will simultaneously  exchange rebuttal expert disclosures......on **Tuesday, February 7, 2023.** Is the due date for rebuttal expert disclosure Tuesday <u>February 7, 2023</u> or Tuesday <u>March 7, 2023</u> ?  I ask  because all expert discovery is due on March 1, 2023. My experts need to  produce their  reports in tandem with  their  schedules, hopefully soon.

Secondly on January 23rd in Doc.359,  Plaintiff requested  permission from the Court to oppose the January 19, 2023 Declaration by WorthPoint employee, Jason Packer, with good reason. Mr. Packer's Declaration, claims (page 9) that I used my website email address "<u>annamarie@trombettaart.com</u>" to  look up the price for the 1972 oil ad on WorthPoint's website. His data is based  on my website's email address. At no time did I ever furnish WorthPoint Corp. with my  website email address which  is public.  For the record, since my professional website  email address  is public, at no time have I  used my webmail to enter my  credit card number or to make  purchases. WorthPoint required this in  signing onto WorthPoint's membership.  I used my  separate Yahoo account to sign onto  WorthPoint's membership. My Yahoo <u>trombettaart@yahoo.com</u> email was used  to sign on  WorthPoint's membership email sent to  <u>support@worthpoint.com.</u>    WorthPoint's Jan.29, 2016 Invoice  lists <u>annamarie@trombettaart.com</u> as the Account Number and  not actual  numbers.

Due to Mr. Packer's Declaration claim,  I immediately  checked my website  webmail  to view WorthPoint's sent emails to Plaintiff.  There are eleven  surviving  sent emails- SEE EXHIBIT. The first email listed is dated Jan. 22, 2016. The  last email SURPRISINGLY, was sent in the YEAR 2022 dated March 25, 2022, entitled WorthPoint Marketing. The first five emails are from Jan. 2016 and go to April 2016. There is a gap of five months. In 2016, emails  from WorthPoint were sent to my  Yahoo  and my separate  website email. In the fall of 2016, I was  prompted  to  Google Search my name  and I found WorthPoint's 1972 listing reposted.  The dates on Plaintiff's emails from WorthPoint are consistent with my claims.  Mr. Packer declares the 1972 internet listing was permanently  removed on Feb. 4, 2016.  Mr. Packer's Jan. 4, 2017 email in WorthPoint's evidence in WP000134  contradicts Mr. Packer's claim. The March 2022 email from WorthPoint  is a demonstration  that my website email was  in WorthPoint's database in 2022.
**EXHIBIT #1  Plaintiff Webmail  List WorthPoint's SENT emails to Plaintiff -LAST DATE 3/25/ 2022**

Plaintiff's request to Oppose Mr. Packer's Declaration is due to the fact that I alone have the password  and access to my website email accounts discussed above.  An expert witness does not. The facts I wish to oppose are straightforward and do not warrant an expert's internet acumen  or experience. Plaintiff requests the Court to consider  granting my opposition motion to Mr. Packer's Declaration submitted on Jan. 19, 2023.

January 31,  2023                                        Respectfully Submitted,

Annamarie Trombetta                           ——— Electronic Signature———
175 East 96th Street (12 R)
New York, New York 10128                     /s/ Annamarie Trombetta   January  31, 2023

                                                                        Annamarie Trombetta

**10 B   Appellant's Website Emails from WorthPoint March 25, 2022**



List of Sent Emails
From Worth Point
To annamarie@trombettaart.com
Plaintiff Webmail address

EXHIBIT #1

Last Email Sent From WorthPoint
on March 25, 2022

Case 1:18-cv-00993-LTS-SLC   Document 363-1   Filed 01/31/23   Page 1 of 1

| Subject | From | Date | Size |
|---|---|---|---|
| We've Updated our Terms of Use | WorthPoint Marketing | 2022-03-25 10:33 | 25 KB |
| SPAM: Is collecting antiques old hat? WorthPoint thinks not! | WorthPoint | 2016-10-20 12:16 | 57 KB |
| SPAM: Is collecting antiques old hat? WorthPoint thinks not! | WorthPoint | 2016-10-13 14:17 | 57 KB |
| SPAM: Make your mark and partner with WorthPoint! | WorthPoint | 2016-09-29 13:17 | 58 KB |
| SPAM: Today is the day to partner with WorthPoint! | WorthPoint | 2016-09-22 13:55 | 54 KB |
| SPAM: Get ready to partner with WorthPoint! | WorthPoint | 2016-09-15 17:01 | 49 KB |
| Spam from Website Follow up from the CEO | WorthPoint CEO | 2016-04-14 16:48 | 34 KB |
| Spam from Website Letter From The CEO | WorthPoint | 2016-03-31 15:59 | 42 KB |
| Worthpoint- Your Account Cancellation was successful | WorthPoint | 2016-02-29 17:50 | 3 KB |
| Your payment was declined | WorthPoint | 2016-01-29 17:10 | 106 KB |
| Welcome to WorthPoint - Your Subscription Has Been Created | WorthPoint | 2016-01-22 10:30 | 5 KB |

## 10 B    WorthPoint March 25, 2022 Sent Email to Appellant

*Exhibit 4B*        Roundcube Webmail :: We've Updated our Terms of Use

*May 2026*

| | |
|---|---|
| Subject | **We've Updated our Terms of Use** |
| From | WorthPoint Marketing <marketing@worthpoint.com> |
| To | <annamarie@trombettaart.com> |
| Reply-To | Marketing <reply-ff001770716503-993_HTML-23580177-526003011-0@wpemail.worthpoint.com> |
| Date | 2022-03-25 10:33 |

roundcube ✚

*March 25, 2022*



WorthPoint
DISCOVER. VALUE. PRESERVE.

Hello there,

We're reaching out to let you know that we updated our Terms of Use on March 10, 2022.

As our WorthPoint community grows, we've been hard at work on new features and improvements to our site that bring even more value to our members. Please make sure to take a look at the updated Terms of Use for more detail on the changes mentioned below.

The changes include:

- Our new address (we moved!)
- Limitations on use
- Better details on billing
- Information on how to best use the "Sell to Partner" feature

The good news is that you can continue to use our site as you always have. But of course, let us know if you have any questions or concerns.

Thanks,
WorthPoint

P.S. Be on the lookout for some exciting updates coming soon!

*Year 2022*

# EXHIBIT # 11

**11 A  Jana Farmer 's Feb. 17, 2023 Email to Reject Plaintiff's Subpoena to Jason Packer RE: False use of Plaintiff's  website email <u>annamarie@trombettaart.com</u>**

**11 B Jason Packer RE : DECLARATION PRODUCTION OF  EVIDENCE  Page 10  False Claim and  use of Plaintiff's  website email  <u>annamarie@trombettaart.com</u>**

**11C 2023 Court Issued Subpoenas Issued**

**To Jason Packer RE : PRODUCTION OF EVIDENCE False use of Plaintiff's  website email  <u>annamarie@trombettaart.com</u>**

# 11 A

 **Outlook**

---

## RE: Production of Documents Subpoenas for lawsuit Trombetta vs. Novocins and WorthPoint Corporation

**From** Farmer, Jana S. <Jana.Farmer@wilsonelser.com>

**Date** Fri 2/17/2023 6:11 PM

**To** Annamarie Trombetta <annamarietrombettalegal@outlook.com>; Bialek, Adam <Adam.Bialek@wilsonelser.com>; ajd@hoganduff.com <ajd@hoganduff.com>

**Cc** Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Cahill, John <John.Cahill@wilsonelser.com>

Ms. Trombetta,

You are hereby advised to immediately stop contacting Mr. Packer directly as he is represented by counsel. Furthermore, your subpoena is rejected. Mr. Packer is a disclosed party witness for WorthPoint. Both document discovery and party deposition deadlines have long passed.

Sincerely,

Jana S. Farmer
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604
914.872.7247 (Direct)
914.552.9644 (Cell)
914.323.7000 (Main)
914.323.7001 (Fax)
jana.farmer@wilsonelser.com

**From:** Annamarie Trombetta [mailto:annamarietrombettalegal@outlook.com]
**Sent:** Friday, February 17, 2023 6:09 PM
**To:** jason.packer@worthpoint.com; Bialek, Adam <adam.bialek@wilsonelser.com>; Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Deplas, Alexandra <Alexandra.Deplas@wilsonelser.com>; ajd@hoganduff.com
**Subject:** Production of Documents Subpoenas for lawsuit Trombetta vs. Novocins and WorthPoint Corporation

**[EXTERNAL EMAIL]**

To Mr. Packer and All WorthPoint Attorneys:

Attached within are four separate subpoenas requesting the following information:

Produce all known viewings, dates and look up by email address
annamarie@trombettaart.com

Produce all known viewings, dates and look up by email address
annamarie@trombettaart.com for
https://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172

Produce all known viewings,dates and look up by email address who viewed
https://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172
From August 1, 2015 to May 10, 2017.

Produce all known viewings,dates and look up by email address who viewed
https://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172
From March 5, 2013 to August 1, 2015.

Produce all known viewings,dates and look up by email address who viewed
https://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172
on January 4, 2017 and January 5, 2017.

SEE ATTACHED SUBPOENAS DATED FEBRUARY 17, 2023

Time frame request to produce documents is as soon as possible

Please send information to emails

annamarietrombettalegal@outlook.com and/ or atrombettaart@gmail.com.

Submitted on February 17, 2023.
Annamarie Trombetta

**PLEASE NOTE :** 2023 SUBPOENAS FOR

JASON PACKER ARE ATTACHED

SEPARATELY IN. ANOTHER FILE

# 11 B Jason Packer's FALSE Declaration with
# False claim RE email annamarie@trombettaart.com

EXHIBIT # 6B

**Figure 10:**



```
worthpoint=> select email,date_unsubscribed from price_lookup, wpuser where wpuser.id = price_lookup.user_id
and inventory_id='368924172';
          email          |     date_unsubscribed
------------------------+---------------------------
annamarie@trombettaart.com | 2016-02-03 23:25:13.404
simianarts@cs.com        | 2015-08-31 10:10:54.099
(2 rows)
```

20.    I have searched WothPoint's records and confirmed that neither user referenced in Figure 10 was an active subscriber to WorthPoint's services after February 3, 2016. Once they were inactive, they would not have been able to see the price that the painting previously sold at.

21.    WorthPoint's website currently receives approximately 650,000 Googlebot spidering data refresh requests per day to price guide detail pages, which Google does in order to capture the content of those pages for their search engine, as well as cache versions of pages. WorthPoint currently has over 670 million price guide detail pages, which means that on average, each individual page may be spidered by Google and refreshed approximately once per 1,031 days. The frequency at which Googlebot returns to an individual URL may vary greatly, but on average individual price guide detail pages such as the URL in question are requested very infrequently if at all.

22.    In my personal experience serving as the SEO lead for WorthPoint since 2008, the overall volume of price guide detail pages and spidering rates were different in 2015-2017 vs currently, but the ratios of how often each page may be crawled and refreshed has remained quite consistent. Annexed hereto as Exhibit 4 and Figure 11 is a true and correct screenshot of WorthPoint's crawl request data:

**Figure 11:**

10

257342712v.2

# EXHIBIT # 12

**Plaintiff's   Three Page Letter to The District Court Judges  on May 26, 2022**

**RE:  Defendants Fraudulent Evidence  And Plaintiff's Proposed Amended Complaint  noted in  Doc. 230 filed on  May 26, 2022 over Four years ago**

May 26, 2022

The Honorable Judge Ronnie Abrams
United States District Court Southern District of New York
40 Foley Square, Room 2203 New York, NY 10007

The Honorable Judge Sarah L. Cave
United States District Court Southern District of New York
500 Pearl St., Courtroom 18A New York, NY 10007-1312

Re: Request for Chronological Court Rules / "Bad Faith" by the Defendants Attorneys

To Judge Cave and Judge Abrams :

The purpose of my letter is to set forth clear communication regarding Plaintiff's filings and my actions. Plaintiff is seeking correctness and clarity regarding the rules of the Court. The main request is to seek direct instructions from the Court regarding the Discovery process, Rule 37 letters and the appropriate and proper time to submit my Proposed Amended Complaint. Unfortunately, I have to to inform the Court of the willful reluctance by the Defendants Attorneys to respond to Plaintiff's simple email request sent on Monday May 23, 2022 —to confirm receipt of my response letter with attachments to Defendants Rule 37 letter - **Attached.**

I begin by reiterating facts. Upon viewing the falsification of evidence and the numerous deficiencies within Defendants Discovery responses, prior to and after April 26th, the Plaintiff filed Doc. 224 and 225 on May 18, 2022. From the 26th of April until my filing on May 18th, I was researching, writing and preparing my submission. At some point, I received a Rule 37 letter from WorthPoint demanding more Discovery responses, many of which have no relevance to this lawsuit. A new WorthPoint attorney Nicole Haimson composed the letter.

On May 19th, Ms. Farmer sent her letter that was filed with the Court to my direct email. My time is presently limited due to the enormous work generated by this lawsuit. Immediately, in haste, I composed a response, went off to an appointment and I filed my response letter, without the knowledge of Judge Cave's Order in Doc. 227. My response letter (Doc.228) was not a Second Request. My letter was intended to inform the Court that WorthPoint's alleged evidence that is deemed "Confidential" contains 1354 words from the Plaintiff's full biography. The word count in the fraudulent 1972 ebay internet ad created by Estate Auctions Inc that was allegedly bought by WorthPoint, contains 418 words. WorthPoint's alleged evidence contains triple the amount of words from the Plaintiff's biography. WorthPoint is presently claiming that all 1354 words are WorthPoint's "Confidential" evidence. Additionally, the Plaintiff informed the Court that without my consent, WorthPoint labeled my Discovery responses. In WorthPoint's Rule 37 letter by a new Attorney, Nicole Haimson I was informed that my documents of which there were 40 were not "Bate" stamped. Ms. Haimson stated that she "*took the liberty*" of stamping my evidence. Again this was done without my knowledge or consent . The order of my evidence has been usurped. These actions by WorthPoint have

caused me more work. This is consistent with the way WorthPoint has always treated me and my property since 2015. I was hoping for a comment from Judge Cave in response to the willful unknown take over of the Plaintiff's evidence and stamped numeration which has duplicates.

Upon reading Judge Cave's Doc. 227 on May 19, 2022, Plaintiff read Judge Cave's statement *"To the extent Ms. Trombetta is also claiming that Defendants' discovery responses are deficient, then, consistent with § II.C of Judge Cave's Individual Practices, she must first meet and confer with Defendants' counsel about those issues, and, if unresolved, may raise them in a letter-motion."*

*C. Discovery Disputes.*
*1. Requirement to Meet and Confer. The Court will not hear any discovery dispute unless the moving party (including a non–party seeking relief) has first conferred in good faith with any adverse party to resolve the dispute. An exchange of letters or emails alone does not satisfy this requirement.* **Counsel must respond promptly and in good faith to any request from another party to confer in accordance with this paragraph.**

In response to Judge Cave's Doc. 227. Order, and the information above, on Monday May 23, 2022 Plaintiff finally had the opportunity to respond to WorthPoint's Rule 37 letter.. I explained in a three page letter that my personal and professional time has been consumed by the demands of this case. I communicated that this lawsuit was adversely effecting my health and impeding on my ability to earn a living. In light of this, I requested that WorthPoint review each demand sent to me and specify why they were requiring the response due to my time constraints. I began my letter with :

*"As all the Defendants are aware, the Plaintiff is a Pro Se litigant. As a Pro Se litigant and a novice to legal protocol, particularly in Federal Court, I am required to obey rules that are not within my consciousness or my personal experience. On April 26, 2022, during the Conference Call with Judge Cave, the subject for the possibilities to request additional Discovery was mentioned. Up until this time, Plaintiff was not aware that further requests for Discovery were ongoing. The Discovery deadline was April 8, 2022 and on said date the Plaintiff contacted both Defendants to communicate that more evidence from the Plaintiff needed to be submitted on April 11, 2022. I asked all the Defendants attorneys if they would accept Plaintiff's terms and conditions for the delay in Discovery due to computer issues. Upon confirmation, I followed through on Monday April 11th of said terms".*

Aside from acknowledging WorthPoint's Rule 37 letter, I also complied with the Attorneys request for my collection of Google documents from Google's online help tools . I sent all the Google print outs to the three WorthPoint Attorneys and Mr. Duff —nine Google print outs. The Google print outs are support and information pages on how to clearly report and remove incorrect or fraudulent content from Google. Google's DMCA policy states *"In accordance with the law, the content will be reinstated unless you submit evidence that you've filed a court action against the user seeking to restrain the allegedly infringing activity. If we don't receive that notice from you within 10 days, we may reinstate the material to Google.—*

The statement above and it's information contributed to the Plaintiff filing this lawsuit.

Within my email dated Monday May 23, 2022,—which is attached, I requested that the Attorneys review and confirm receipt of WorthPoint requested information. No one responded. I am a Pro Se litigant and sole proprietor against four Attorneys working on this case—Jana Farmer—Adam Bialek—Nicole Haimsaon nor Andersaon Duff. My delayed responses to WorthPoint's Rule 37 letter was due to the fact I did not receive essential Discovery responses. Some of the Defendants Discovery responses were conspicuously fraudulent. Not aware of legal protocol, as a one person Pro Se litigant I deduced that I should file Sanctions and Motions for Leave to Amend against the Defendants which are time consuming endeavors.

I am communicating with the Court to inform both Judges that I have complied with the Defendants request yet have not received a simple response for confirmation of receipt as I requested. Secondly, I need to inform the Court that the previous Meet and Confer meetings with the Attorneys were quite overwhelming and loud. It was difficult for the Plaintiff to complete a sentence. At some point I told either Mr. Bialek or Mr. Duff that " *You can change the volume but not the facts of the case*". Due to current health issues, the Plaintiff cannot subject myself to the treatment received in prior unsupervised Meet and Confer conferences.

As per Ms. Farmer's May 19, 2022 letter, and Judge Cave's instructions regarding Discovery, I am sensing there is a time-line and sequence of events that may need to be implemented prior to submitting my Proposed Amended Complaint. Plaintiff is not sure and is requesting clarity and the proper timely direction from the Court to proceed forward .

In summary, Plaintiff is informing the Court that I have received fraudulent "conspicuous " evidence and deficiencies and non responses from both Defendants. I complied with the Defendants demands. requested a response yet no response was sent from four Attorneys.. Judge Cave's instructions state *"Counsel must respond promptly and in good faith to any request from another party to confer in accordance with this paragraph."* Plaintiff asks the Court to kindly direct and inform the Plaintiff so that I can proceed accordingly, efficiently and effectively, in tandem with the rules of the Court to bring a swift and successful resolution to this case.

May 26, 2022                                         Respectfully Submitted,


Annamarie Trombetta
175 East 96th Street (12 R)                    ——— Electronic Signature———
New York, New York 10128
                                                         *Annamarie Trombetta    May 26, 2022*


                                                         Annamarie Trombetta