# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

## Trombetta

**CERTIFICATE OF SERVICE**\*

Docket Number: 25-817

v.

## Novocin et al

I, Joyce McNally, hereby certify under penalty of perjury that

(print name)

on ___July 31, 2026___, I served a copy of ___Oral Argument Statement___

(date)

(list all documents)

by (select all applicable)\*\*

___ Personal Delivery     ___ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     __X_ E-Mail (on consent)

on the following parties:

Annamarie Trombetta, Appellant, via email annamarietrombettalegal@outlook.com

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|

Anderson Josiah Duff, attorney for appellees, via email aduff1@lsls.fordham.edu

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|

\*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

\*\*If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

## July 31, 2026

Today's Date

*Joyce McNally*

Signature

Certificate of Service Form (Last Revised 12/2015)