# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of August, two thousand twenty-six.

_____

Annamarie Trombetta, Artist,

        Plaintiff - Appellant,

  v.

Norb Novocin, Marie Novocin, Estate Auctions, Inc., WorthPoint Corporation,

        Defendants - Appellees,

William Seippel, Worthpoint.com, Jason Packer, Employee at Worthpoint Corporation,

        Defendants.

_____

**ORDER**

Docket No. 25-817

Appellant, pro se, has filed motions (docket entries 105 and 110) requesting to file supplemental documents, to supplement the record, to compel Appellees to produce evidence, for an extension of time, and for other relief.

IT IS HEREBY ORDERED that, to the extent Appellant requests an extension of time to file the reply brief, the motion is GRANTED. Appellant shall file any reply brief by September 5, 2026. The motions are otherwise REFERRED to the panel that will determine the merits of the appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court