UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): __25-817__          Caption [use short title]

Trombetta  vs Novocin and  WorthPoint Corporation

Motion for: __Letter with Exhibits  Opposing Appellees__

Oral Argument & Request for EAI Incorporation & Request to  Review

Exhibits of Connecting Two Appellees to WorthPoint's Webpages

Set forth below precise, complete statement of relief sought:

Appellant is Opposing Appellees Two Oral Arguments.

Appellant Request The Court to Review Exhibits Connecting

the False 1972 Painting Webpage with Another Artist on

WorthPoint's Website & The Connection of Two Appellees

to WorthPoint's Website and  to eBay

MOVING PARTY: Pro Se  Annamarie Trombetta          OPPOSING PARTY: Novocin and WorthPoint Corporation

- ☑ Plaintiff
- ☐ Defendant
- ☐ Appellant/Petitioner
- ☐ Appellee/Respondent

MOVING ATTORNEY: _____          OPPOSING ATTORNEY: Anderson Duff, Adam Bialek, Jana Farmer

[name of attorney, with firm, address, phone number and e-mail]

Adam R. Bialek Wilson Elser Moskowitz          150 East 42nd St. NY NY 10017 adambialek@wilsonelser.com 212 915-5143

Jana Farmer  Wilson Elser Moskowitz          1133 Westchester Ave. White Plains NY 10604 janafarmer@wilsonelser.com 914 872-7247

Anderson Duff Lincoln Square Legal Services          150 West 62nd St. NY NY 10023 ADUFF1@lsls.fordam.edu 646 450-3607

Court- Judge/ Agency appealed from: _____

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
- ☐ Yes ☐ No (explain): _____

Opposing counsel's position on motion:
- ☐ Unopposed ☐ Opposed ☑ Don't Know

Does opposing counsel intend to file a response:
- ☐ Yes ☐ No ☑ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below? ☐ Yes ☑ No
Has this relief been previously sought in this court? ☐ Yes ☑ No

Requested return date and explanation of emergency: _____

_____

_____

_____

Is the oral argument on motion requested? ☑ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☑ No If yes, enter date: _____

Signature of Moving Attorney: _____ Date: August 4, 2026   Service: ☑ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)