Third and of **UTMOST IMPORTANCE !! :**  also filed in Doc. 93 as EXHIBITS #6 and 6A are two webpages from WorthPoint's website printed out on Jan. 14, in, **2016.** I bring the Court's attention the images in Doc. 93 Ex. 6 -6A, related to Norb Novocin's 1972 painting description. Mr. Novocin added the name of artist Andre Kohn, in his ad because Kohn paints tall, narrow compositions depicting men or women with umbrellas. The text in 1972 painting Man With Red Umbrella describes a tall narrow painting with an umbrella See- **EXHIBIT #1 Description of 1972 Painting false webpage printed Jan. 14, 2016 . EXHIBIT #2 Doc. 93 on WorthPoint site-describing Andre Kohn Giclee printed Jan. 16, 2016. And EXHIBIT #3 Umbrella Image by Andre Kohn' on WorthPoint's site.** These exhibits connect Andre Kohn who is on WorthPoint's website, to the counterfeit 1972 painting and in turn incorrectly and unjustly to Appellant. Again the 1972 painting webpage had no photos. In 2015, I found a fake 2012 eBay sale webpage, weeks after I opened an eBay account for a one time eBay purchase. Both Appellees are eBay related online companies.

**Insert to the right is an excerpt from WorthPoint's fraudulent webpage. The fake 1972 painting description written by Norb Novocin states** *"to our eyes "it" (painting) looks like it is after the style of Andre Kohn".* **.SEE EX. #1**

Attached as **EXHIBIT #4 EAI's Delayed Photo of 1972 Oil Painting Man With Red Umbrella.** Estate Auctions Inc's photo of the 1972 Oil Painting Man With Red Umbrella, was titled by Norb Novocin and produced in Discovery on April 26, **in 2022.** I requested photos of the 1972 painting from The Novocins, documented in Doc. 22, filed on April 24, 2019. Due to Appellee's intentional delays, I lost three full years of my life and time -to obtain a photo. This intentional delay of quintessential evidence is a primary example of **Vexatious Litigation.** I remind the Court, there were NO photos of the 1972 painting in the online webpage. Please note, I filed Norb Novocin's WorthPoint Membership in Doc.517-4 06/29/23 on Page 2. Norb Novocin has been a member of WorthPoint since May 15, **2014.** Verified in the insert below:

**Mr, Novocin's Membership to WorthPoint Corp. was May 15, 2014. False webpage was online in August 2015.**

I affirm to the Court of Appeals I found on WorthPoint's website, on August 1, 2015, the webpage 1972 Oil Painting Man With Red Umbrella. It is duly filed in Doc. 1 on Feb. 5, 2018., Doc. 33. The evidence above proves a connection between both Appellees thru the use and name Andre Kohn who is on WorthPoint's website. Use of my name and my biography with artist Andre Kohn on WorthPoint's site false 1972 painting link increases WorthPoint's viewership by using two artists. Thus, the 1972 painting webpage was intentionally and willfully created by Norb Novocin, a member of WorthPoint. Moreover, from August 1, 2015, until mid March 2016, WorthPoint lied, denied and defied removing their fraudulent webpage Again, I remind the Court Appellees fraudulent webpage first appeared online after I signed onto eBay's to open an account in June 2015. My eBay emails were filed in Doc. 320 on Dec. 1, 2022, filed in Doc. 517-4 p 21, filed in Doc. 517-4 on p. 22, for my July 16, 2015, eBay email. Filed in Doc. 542 as Exhibit #5, in my Rule 59 (e) Rule 60 Motion, March 19, 2024, is the authentic  electronic native eBay email of my July 16, 2015 eBay email. Once again EAI failed to produce the court ordered native electronic 2012 eBay sale email. Aforementioned is the connection of both Appellees to one another and to eBay. Linking my name to another artist on WorthPoint's site proves the 1972 painting ad was intentionally created. I am requesting Permanent Injunctive Relief. In Judge Swain's Memorandum in Doc. 538, page 31, my request for Permanent Injunctive Relief was denied.

was not previously familiar with her work. (Id. at 58:24-25, 60:9-12.) In fact, Mr. Novocin testified that, in drafting the eBay sale description, he compared the Painting to the works of other artists, in part, because he thought Ms. Trombetta was relatively unknown and he wanted

TROMBETTA CROSS MSJs ·     VERSION FEBRUARY 20, 2024     23

Case 1:18-cv-00993-LTS-SLC   Document 538 · Filed 02/20/24   Page 24 of 35

buyers "to be able to associate somebody of value" to the painting — which cuts against a finding that Mr. Novocin misattributed the Painting deliberately to increase its value. (Id. at

I add that the subject and comparison of the false 1972 painting to artist Andre Kohn adversely effected Judge Swain's monetary decision in Doc. 538-page 23, to the right. It proves Judge Swain failed to read Mr. Novocin's 1972 description and the visual reason why Novocin compared the misattributed false 1972 painting to Mr. Kohn's work. It was due to the umbrella and his claim Kohn' work looks like the 1972 painting. No photos of 1972 painting were on WorthPoint's webpage. I have never painted umbrellas as subject matter. Judge Swain's reliance on Norb Novocin's testimony minimized my monetary award, influenced by Mr. Novocin, testimony. He said I was an unknown artist, Judge Swain decision exemplifies the diminished and negative effect this false webpage has on my financial worth and in my professional career. Unfortunately, I was targeted by both Defendants/Appellees because I am known due to my true internet links. I remind the Court of Appeals again, in 2015, I had two solo exhibits. Two online write ups appeared in 2015 in Plein Air Magazine. A third is the Sunday full article in the Staten Island Advance Newspaper. Both links are currently online. Without photos of the 1972 oil painting in Mr. Novocin ad, his use of my name and biography, adding artist Andre Kohn' name, also listed on WorthPoint' site has entrapped me since 2015 till today. **PLEASE NOTE—none of my true artwork has ever been on WorthPoint's website at any time.** Judge Swain's statements proves She did not view my filed credentials in Doc. 517-1 or 517-2, of my 2004 solo exhibit at The Staten Island Museum, my 2016 bio in Who's Who in American Art nor my photos with Mayor Bloomberg, Giuliani, and Adams, nor Park Commissioner, Henry Stern nor The Dalai Lama or my expert witness Director of The Italian American Museum, Dr. Scelsa.

For approximately eleven years, both Appellees, WorthPoint Corp. in particular lied, denied and defied accountability for the damage I sustained from the fake 1972 oil painting webpage publicly featuring a forged signature -See Below. In 2015 to 2016 the fake webpage was on WorthPoint's website and was reposted six months after the first removal due to its inept employees. Denial of my prima facie facts by both Appellees is egregious and has created ongoing litigation and now constitutes Vexatious Litigation. Unfortunately this is how these two eBay based companies do business, scamming and victimizing innocent people. Filings in this case support my statements **EXHIBIT #5 is WorthPoint's 2015 lawsuit Barry Rosen vs Terapeak WorthPoint** on the same issue in 2015 — willful delaying removal of infringed items ( photos) on WorthPoint's site even during the SAC. **EXHIBIT #6 2023 BBB Fraud Complaint WorthPoint trying to sell a fraudulent photograph on its site.** WorthPoint took a photo of another person's painting on another art website. **EXHIBIT #7 Delayed cancellation to WorthPoint's Membership** from exasperated victim on March 15, 2024. **EXHIBIT# 8 is an online Facebook Complaint regarding EAI selling counterfeit goods.**

I impress upon the Court of Appeals, in both Appellees Briefs, both parties have hurled absurd, damaging and false assertions to attack my personal integrity, whilst ignoring truthful prima facie evidence. At the same time, both are willfully minimizing the severity, danger and chaos their public forged signature has had on my career with WorthPoint's fraudulent, written claim "Copyright and licensed by WorthPoint" and copyright symbol I note, all of Appellees testimony are "made up" statements devoid of any proof. Their evidence is unverified. Mr. Duff is still purporting EAI's eBay sale was alleged made on Dec. 1, 2012 and online for ten days. This means EAI;s eBay listing was allegedly Nov. 21, 2012 On Nov.17, 2012, I had a video uploaded by videographer, Salem Krieger "Painting Central. In 2012 , Mr. Krieger and I were emailing my Painting Central video to people we knew and were monitoring the video's views online. If EAI's 2012 eBay ad was online, I would have seen it in 2012 since it is the same time my video premiered. Annexed is (EAI SA743) in Doc,542 **EXHIBIT 9 Nov. 17, 2012 video Painting Central by Salem Krieger.**



Signature on 1972 Internet webpage
FRONT— Absent my first name

Signature noted In 1972 Internet webpage
BACK— Misspelled my first name 3 ways



Please read WorthPoint's Caption—**Signed Annamarie Trombetta**