# EXHIBITS FOR AUGUST 3, 2026 LETTER

**EXHIBIT #1 Description of 1972 Painting false webpage printed Jan. 14, 2016 FROM DOC. 504-1 Filed on June 14, 2023**

**EXHIBIT #2 Doc. 93 WorthPoint webpage of Andre Kohn work printed Jan. 14, 2016 9:06**

**EXHIBIT #3 Doc. 93 Umbrella Image by Andre Kohn- WorthPoint's site. Jan.4, 2016 9:06**

**EXHIBIT #4 EAI's Delayed Photo 1972 Painting Man With Red Umbrella Produced in Discovery on April 26, 2022**

**EXHIBIT #5 WorthPoint's 2015 LAWSUIT Barry Rosen vs Terapeak WorthPoint due To WorthPoint's FAILURE to REMOVE Infringing Photos off its Website.**

**EXHIBIT #6 2023 BBB Fraud Complaint WorthPoint trying to sell the Fraudulent Unauthorized. photograph of someone else's art on WorthPoint's Website. Filed In Doc. 552**

**EXHIBIT # 7 Failure to cancell to WorthPoint's Membership from VICTIM Abused by WorthPoint Filed In Doc. 552**

**EXHIBIT #8 Online Facebook Complaint regarding EAI selling counterfeit Items— From China not French Porcelain Filed in Doc. 22**

**EXHIBIT #9 2012 Twitter Video Upload on Nov. 17, 2012 Dated Proof of Annamarie Trombetta Painting Central Vimeo Video**

# EXHIBIT #1

**Filed in Doc.  504-1  on June 14, 2023**

**Description of  Counterfeit  1972 Painting**

**With Forged Signature and Copyright and Licensing False Claim by WorthPoint Corp.**

**False webpage  printed   out on**

**Jan. 14, 2016 at 8: 42 AM**

Date January 14, 2016

.nal Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (12/01/2012)

1/14/16, 8:42 AM



EXHIBIT #2B

   


Raw data from eBay
under sublicense

Worthopedia™
price guide

*Items in the Worthopedia are obtained exclusively from licensors and partners solely for our members' research needs.*

If this item contains incorrect or inappropriate information please <u>contact us here to flag it for review.</u>

If you are the originator/copyright holder of this photo/item and would prefer it be excluded from our community, <u>contact us here for removal</u>.

- <u>Home</u> > <u>Worthopedia™</u> > 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

## 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

- Sold for: <u>Start Free Trial</u> or <u>Sign In</u> to see what it's worth.
- Item Category: -
- Source: <u>eBay</u>
- Sold Date: Dec 01,2012
- Channel: Online Auction

Welcome to EstateAuctionsInc! We are one of the Top Sellers of Antiques, Collectibles and Quirky items on eBay. We have been selling since 1998 and ALL of our auctions start at .99 cents. We are proud to announce that we maintain a "FIVE STAR Detailed Seller Rating" and our staff strives for 100% customer satisfaction, our 100% feedback rating will vouch for that. We work with consigners from Coast-To-Coast and work hard to make sure we have top quality items. We are "Your Quality Zone" - search "YQZ" to see our other listings our !

---

>>>>> UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition

- DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could be a woman) with a red umbrella. This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To our eyes it looks like it is after the style of Andre Kohn. It is quite large being approx. 48 1/2" tall and 17 1/2" wide. We are calling it shabby chic condition as it has a tear in the canvas, about 5/8" long just to the left of the man's knees, but still such a great painting. For those not familiar with Trombetta, here is information about her from off AskArt as they got it from her website: Annamarie Trombetta (1963 - ) Lived/Active: New York The nature of an artist's life, creativity and

# EXHIBIT # 2

**Filed in Doc. 93 Filed August 5, 2020**

**WorthPoint webpage  Description of**

**Andre  Kohn Glclee Print**

**printed  out on  Jan. 14, 2016  at 9:06 AM**



Giclee print by Andre Kohn "Vintage Chanel" #21 series limited edition of 95 (09/09/2013)

1/14/16, 9:C

X Date January 14, 2016

rs and partners solely for our members' researc

ase contact us here to flag it for review.

d would prefer it be excluded from our

community, contact us here for removal.

- Home > Worthopedia™ > Fine Art > Giclee print by Andre Kohn "Vintage Chanel" #21 series limited edition of 95

# Giclee print by Andre Kohn "Vintage Chanel" #21 series limited edition of 95

- Sold for: Click here to upgrade your account and see prices
- Item Category: Fine Art
- Source: eBay
- Sold Date: Sep 09,2013
- Channel: Online Auction

by

ANDRE KOHN

"Vintage Chanel"

#21

series

Giclee (print on canvas)

Signed and Numbered

Dimensions: 24 X 8 inches

EDITION OF ONLY 95

Each print is individually signed, numbered, varnished, and personally enhanced by the artist to assure it is one-of-a-kind.

Worldwide shipping

FREE SHIPPING IN THE US

http://www.worthpoint.com/worthopedia/giclee-print-andre-kohn-vintage-467106040

Page 3 of 4

# EXHIBIT #3

**Filed in Doc. 93 on August 5, 2020**

**WorthPoint Website Image of Umbrella**

**Giclee by Andre Kohn**

**printed out on Jan. 14, 2016 at 9:06 AM**

Giclee print by Andre Kohn "Vintage Chanel" #21 series limited edition of 95 (09/09/2013)



1/14/16, 9:06 AM



Date January 14, 2016

Ex #6

B Photo Andre Kohn

http://www.worthpoint.com/worthopedia/giclee-print-andre-kohn-vintage-467106040

On Worth Point's Website

# EXHIBIT #4

**Filed in Doc. 93 on August 5, 2020**

**EAI's Delayed Photo of Counterfeit**

**Painting  1972  Man With Red Umbrella**

**Produced in Discovery  April 26, 2022**

**PLEASE  NOTE  Requested on April 24,**

**2019 in Doc. 22**



# Side by Side Comparison of  Paintings

## Andre  Kohn Giclee

## Counterfeit 1972 Man With Red Umbrella ARTIST  UNKNOWN ?



# EXHIBIT #5

**Filed in Doc. 526-2 on August 1, 2023**

**WorthPoint's 2015 LAWSUIT**

**Barry Rosen vs Terapeak WorthPoint**

**Due To WorthPoint's FAILURE to**

**REMOVE Mr. Rosen's Infringing Photos**

**off WorthPoint's Website**

**<u>SAME ISSUE AS APPELLANT —
FAILURE TO PERMANENTLY REMOVE
INFRINGING AND FALSE WEBPAGE</u>**

# 2015 Lawsuit  Against WorthPoint in Ca.
# Rosen Vs  WorthPoint and Terapeak Page One

Case 2:15-cv-00112-MWF-E   Document 21-1   Filed 03/02/15   Page 1 of 4   Page ID #:72

Plaintiff's Evidence 000404

JAMES M. MULCAHY (CA SBN 213547)
KEVIN A. ADAMS (CA SBN 239171)
MULCAHY.LLP
jmulcahy@mulcahyllp.com
kadams@mulcahyllp.com
Four Park Plaza, Suite 1230
Irvine, CA 92614
Telephone: (949) 252-9377
Fax: (949) 252-0090

Specially appearing for Defendant WorthPoint
Corporation

EXHIBIT

#8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Barry Rosen,

               Plaintiff,

    v.

Terapeak, Inc., WorthPoint Corporation,
and Does 1 through 10,

               Defendants.

Case No. 2:15-cv-00112-AB-JPR

DECLARATION OF WILLIAM H.
SEIPPEL IN SUPPORT OF
DEFENDANT WORTHPOINT'S
MOTION TO DISMISS
COMPLAINT FOR LACK OF
PERSONAL JURISDICTION

DATE: June 8, 2015
TIME:   10:00 a.m.
Courtroom: 1600
JUDGE: Hon. Michael W. Fitzgerald
DATE Comp. Filed: January 7, 2015

I, WILLIAM H. SEIPPEL, state as follows:

    1.    My name is William H., Seippel, and I am a resident of the State of Georgia. I am over the age of 18 and am competent to testify to the

MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
CASE NO. CV15-00112-MWF (Ex)

1

# 2015 Lawsuit Against WorthPoint in Ca. Failure to Remove Infringing Photos off WorthPoint 's Website Page 2

Rosen v. Terapeak, Inc., Not Reported in Fed. Supp. (2015)

EXHIBIT #8

- WorthPoint is a "broadcaster" whose broadcasts are sent across the world and California over the internet, and so it could reasonably foresee that its actions would result in access to people in California resulting in damage to people in California (*id.* ¶ 16);

- WorthPoint promotes its services across the internet and discovery will show that WorthPoint directs its advertising efforts to residents of California (*id.* ¶ 21);

- WorthPoint's services relate to collectables, and relevant to this case, entertainment collectibles related to the forum of Los Angeles, California (*id.* ¶ 20);

- WorthPoint has an app available from California-based Apple's App Store (*id.* ¶ 22);

- Infringing items were still available on WorthPoint's website when the FAC was filed on March 5, 2013 (*id.* ¶ 24).

Plaintiff does not clearly apply these factual allegations to the law, but the Court views Plaintiff as presenting four arguments as to why WorthPoint is subject to personal jurisdiction in California. *First*, WorthPoint directed harm at him in California by infringing his copyright. *Second*, WorthPoint has expressly directed itself to California through advertising its products to citizens of the state. *Third*, WorthPoint's interactions with its known customers in California constitute sufficient minimum contacts to establish personal jurisdiction. *Fourth*, WorthPoint has a number of other contacts with California that are sufficiently associated with its allegedly wrongful conduct to justify this Court exercising its jurisdiction over WorthPoint.

The Court applies the framework for analyzing personal jurisdiction under Ninth Circuit law to each of Plaintiff's arguments below and determines that Plaintiff fails to establish a prima facie case against WorthPoint on both the first and second prongs of the test for personal jurisdiction.

## A. Copyright Harm Felt by Plaintiff in California

Plaintiff argues that because WorthPoint was aware of his existence and his presence in California, WorthPoint has directly aimed its activities at California and so is subject to personal jurisdiction in the forum.

*6 Plaintiff is correct that Ninth Circuit precedent provides for a finding of personal jurisdiction in the plaintiff's forum where a defendant willfully infringes the intellectual property rights with knowledge of the plaintiff's place of residence. *See Washington Shoe Co. v. A-Z Sporting Goods Inc.*, 704 F.3d 668, 679 (9th Cir. 2012) (holding that sporting goods store was subject to personal jurisdiction in Washington state for sale of infringing goods after receiving notice from Washington resident despite sales all occurring in Alabama); *see also Columbia Pictures Television*, 106 F.3d at 289 (finding that the purposeful availment requirement of the specific jurisdiction test was satisfied where the defendant had "willfully infringed copyrights owned by Columbia, which, as [the defendant] knew, had its principal place of business in [the forum]"); *Amini Innovation Corp. v. JS Imports, Inc.*, 497 F. Supp. 2d 1093, 1107 (C.D. Cal. 2007) (interactive commercial website with no sales to California was not sufficient to establish personal jurisdiction, but knowledge of plaintiff's presence in California and allegations of willful infringement was sufficient to show purposeful direction of activity to California).

The court in *Washington Shoe* explained that the "something more" required from a merely foreseeable effect is "express aiming" by the defendant, which requires a showing that the defendant "engaged in wrongful conduct targeted at a plaintiff whom the defendant knows to be a resident of the forum state." 704 F.3d at 679 (quoting *Dole Food*, 303 F.3d at 1111). The court held that the "impact of a *willful* infringement is necessarily directed" at the place where the copyright is held. *Washington Shoe*, 704 F.3d at 678 (emphasis in original).

However, Plaintiff's allegations are not sufficient to establish such direction. WorthPoint may have been on notice as to Plaintiff's copyright claims prior to his filing this action. However, WorthPoint's actions in failing to remove every instance of Plaintiff's photographs from the billion it has on its servers does not constitute an act purposely directed, or "individually targeting" Plaintiff in his forum of residence sufficient to establish personal jurisdiction. *Bancroft*, 223 F.3d at 1087 ("express aiming encompasses wrongful conduct individually targeting a known forum resident"); *see also Golden Scorpio Corp. v. Steel Horse Saloon I*, No. CV-08-1781-PHX-GMS, 2009 WL 348740, at *8 (D. Ariz. Feb. 11, 2009) ("just because the defaulted defendants each had received a cease and desist letter and were therefore aware of the existence of Plaintiff in Arizona, does not transform their acts into acts expressly aimed at Arizona"); *see also Walden v. Fiore*, 134 S. Ct. 1115 (2014) ("For a State to exercise jurisdiction consistent with due process,

# EXHIBIT #6

**Filed in Doc. 552 on April 10, 2024**

**2023 BBB      Fraud Complaint**

**For WorthPoint**

**WorthPoint  trying to sell the Fraudulent   Unauthorized Photograph WorthPoint Took Of   Someone Else's Artwork And Trying to Sell Unauthorized Photo On  WorthPoint's Website.**

Exhibit 9

************



**Initial Complaint**
11/05/2023

**Complaint Type:**   Service or Repair Issues
**Status:**   Answered

I own an original piece of framed 19th century art which I photographed in a unique setting in my home. I sent the photographs electronically to two internationally known auction houses a couple of years ago. Several months later when researching the piece, I found that my picture had been posted exactly as I had photographed it in my home by someone trying to sell it on.***** It is now for sale by this corporation, but they say they cant tell if it is a print or not so, offer to sell it without the frame, which appears damaged. (Its not, in its in perfect condition.) On their website the left side of the frame has been obviously digitally altered to show damage & they display the painting as if on grass. The back of some frame they show as being for this piece of art has a hole in it. My original does not. Im assuming they take pictures of items they see on the internet, such as mine, crop them to alter them a bit, and try to sell a pirated, inferior product to unsuspecting people. My painting is called the Old ************ by ***** ********************. Dont buy it. Its not theirs to sell. These people are committing fraud.

**Business response**
11/10/2023
Dear ******,

Fraud

Thank you for contacting WorthPoint. We appreciate your concern and wish to help clear things up a bit.

WorthPoint does not buy or sell any item that is found on our site. We are an online price guide where our users subscribe to see historical sales data. WorthPoint receives historical listings from our partnered auction houses that sold the item you are referring to. It sounds like an image was used for the listing you are describing that *** have not been their own. In order to protect everyones security, the buyer and seller information is removed before the listings arrive to our site. We own no copyright claim to the items that are transferred into our database from the auction house, therefore we are unable to alter, update, or make changes to any listing. A possible resolution is we can remove the listing from the site, but we would have to speak with you directly in order to gather all details.

We hope to hear from you soon so that we *** help resolve your concern and help clear up any confusion. Please feel free to contact us via the information below.

Sincerely,
The WorthPoint Team
*********************************
************

Fraudulent
Art Work

# EXHIBIT #7

**Filed in Doc. 552 on April 10, 2024**

**March 15, 2024 BBB Complaint**

**Please note the date is one month after Judge Swain's Doc. 538 on Feb.20, 2024**

**Complaint  Cannot  Cancel**

**WorthPoint's Membership to Price**

**Look Up**

you agree to allow us to use all cookies. Visit our _Privacy Policy_ to learn more.



**Customer Reviews**

# WorthPoint Corporation
Collectibles

View Business profile


**ACCREDITED BUSINESS**
BBB ®

20 Customer Reviews

Gayle H

★☆☆☆☆                                                          03/07/2024

THIS IS A SCAM and you can't cancel the only way is to talk to the bank where they MAKE YOU
LEAVE A CREDIT CARD # and the free trial IS A SCAM AND THE ***** THEY ARE TAKING OUT OF ****
OF AMERICA IS $31.97 EVERY MONTH AND I'VE CALLED THE WORTHLESS NUMBER AND SINCE
SEPTEMBER OF 2023 THEY HAVE BEEN RIPPING ME OFF FOR THE AMOUNT OF $31.97 A MONTH
ALSO I'VE TRIED TO USE THEIR STUPID LOOK-UP? IT DOESN'T WQOWRK AND ALL YOU HAVE TO
DO IF YOUR CURIOUS ABOUT AN ITEM IS TAKE A ***** PICTURE AND IT AUTOMATICALLY GIVES
YOU WHAT YOU WANT TO KNOW AND HOW MUCH WORTHLESS WORTHPOINT GETS RICH OFF
US DUMMIES



**WorthPoint Corporation Response**                              03/15/2024

# EXHIBIT #8

**Online Facebook Complaint Regarding Estate Auctions Inc Selling Counterfeit Items— China not French Porcelain**

**First Filed in Doc. 22 on April 24, 2019**

# Complaint About EAI Selling Counterfeit Goods on EAI's own Facebook Page



# EXHIBIT #9

**Appellant's 2012 Proof**

**Salem Krieger uploaded video of**

**"Painting Central" Annamarie Trombetta**

**dated November 17, 2012**

**PLEASE NOTE—EAI claims the eBay Painting sale was December 1, 2012 and was online for 10 days prior, the date would be November 21, 2012 . EAI failed to produce any substantial evidence proving the 2012 online listing. Moreover, EAI <u>FAILED</u> to produce the Court Order by Judge Cave in Doc. 319 for the native electronic eBay 2012 sale email**

Case: 25-817, 08/04/2026, DktEntry: 116.5, (21 of 21)

Case 1:18-cv-00993-LTS-SLC Document 542 Filed 03/19/24 Page 79 of 101
Case 25-817, 07/20/2026, DktEntry: 101.2, Page 79 of 101

X

⚙ Settings

← **Post**

**salem krieger**
@salemk

Painting Central, a short video about Annamarie Trombetta a painter
working in Central Park, NYC..

vimeo.com
Painting Central – artist Annamarie Trombetta
Artist Annamarie Trombetta a NYC based painter working in
Central Pak. A profile of Annamarie as an artist.

1:00 AM · Nov 17, 2012

💬     ⟲     ♡     🔖     ↥

SA743

SA743