# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

## Annamarie Trombetta,

**CERTIFICATE OF SERVICE***

Docket Number: **25-817**

v.

Norb Novocin, Marie Novicin, et al.

I, **Joyce McNally**_____, hereby certify under penalty of perjury that
(print name)

on August 12, 2026_____, I served a copy of **Appellee Worthpoint's Motion to**
(date)

Strike Appellant's Unauthorized Submissions Outside Reply Brief_____

(list all documents)

by (select all applicable)**

___ Personal Delivery          ___ United States Mail          ___ Federal Express or other Overnight Courier

___ Commercial Carrier        **X** E-Mail (on consent)

on the following parties:

Annamarie Trombetta    annamarietrombettalegal@outlook.com

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**August 12, 2026**_____          _____
Today's Date                                    Signature

Certificate of Service Form (Last Revised 12/2015)