UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 25-817 _____          _____ Caption [use short title] _____

Motion for: Motion Letter Opposing Appellees

Motion To Strike Appellant's July 27 2026 and

August 4, 2026 Motion Letters with Supporting Exhibits

Set forth below precise, complete statement of relief sought:

Appellant is Opposing Appellees Motion to Strike My Two Letters

My July 27the letter Requestthe Court of Appeals

to Re instate my Right to Serve my Subpoena to

Mr. Jason Packer unjustly REJECTED by WorthPoint's

attorneys.I oppose Striking my Aug. 4, 2026 letter to

clarify if  Appellees have filed their FINAL Brief

MOVING PARTY: Pro Se Annamarie Trombetta         OPPOSING PARTY: Novocin vs WorthPoint Corporation

- ■ Plaintiff          ☐ Defendant
- ☐ Appellant/Petitioner     ☐ Appellee/Respondent

MOVING ATTORNEY: _____     OPPOSING ATTORNEY: Adam Bialek, Jana Farmer, Anderson Duff

[name of attorney, with firm, address, phone number and e-mail]

Adam Bialek Wilson Elser Moskowitz     150 East 42nd St. NY NY 10017 adambialek@wilsonelser.com 212 915-5143

Jana Farmer Wilson Elser Moskowitz     1133 Westchester Ave. White Plains NY 10604 janafarmer@wilonelser.com 914 572-3607

Anderson Duff Lincoln Square Legal Services     150 West 62nd St. NY NY 10023 ADUFF1@lsls.fordam.edu 646-450-3607

Court- Judge/ Agency appealed from: _____

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
■ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ■ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ■ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below?  ☐ Yes  ■ No
Has this relief been previously sought in this court?  ☐ Yes  ■ No

Requested return date and explanation of emergency: _____
_____
_____
_____
_____

Is the oral argument on motion requested?  ■ Yes  ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ■ No If yes, enter date: _____

Signature of Moving Attorney:
_____ Date: August 13, 2026     Service : ■ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)