# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Trombetta

_____

**CERTIFICATE OF SERVICE\***

25-817

Docket Number: _____

v.

Novocin and WorthPoint Corporation

_____

I, _____Annamarie Trombetta_____, hereby certify under penalty of perjury that
           (print name)                   Appellant's Opposition Motion to

on __August 13, 2026__, I served a copy of _____
          (date)

Appellees Motion to Strike my July 27, 2026 and August 4, 2026 Motion Letters with Exhibits

(list all documents)

by (select all applicable)\*\*

____ Personal Delivery      ____ United States Mail      ____ Federal Express or other
                                                       Overnight Courier

                          X

____ Commercial Carrier      ____ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Adam R. Bialek | 150 East 42nd Street | New York | NY | 10017 |
| Jana Farmer | 1133 Westchester Avenue | White Plains | NY | 10604 |
| Anderson Duff | 150 West 62nd Street | New York | NY | 10023 |
| | | | | |
| | | | | |

\*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

\*\*If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

August 13, 2026
_____
Today's Date

Annamarie Trombetta _____
Signature

Certificate of Service Form (Last Revised 12/2015)