# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of August, two thousand twenty-six.

---

Annamarie Trombetta, Artist,

        Plaintiff - Appellant,

  v.

Norb Novocin, Marie Novocin, Estate Auctions, Inc., WorthPoint Corporation,

        Defendants - Appellees,

William Seippel, Worthpoint.com, Jason Packer, Employee at Worthpoint Corporation,

        Defendants.

---

**ORDER**

Docket No. 25-817

Appellee WorthPoint Corporation move to strike submissions made by the Appellant.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

