UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): 25-817

Trombetta vs Novocin and WorthPoint Corp.
[illegible]

Motion for: Motion Letter Request for Word Increase
and exact day for Appellant's Reply to be filed.

Set forth below precise, complete statement of relief sought:
I am filing a brief letter requesting a word
increase to meet the standards
of the Court of Appeals.

MOVING PARTY: Annamarie Trombetta

☒ Plaintiff ☐ Defendant
☒ Appellant/Petitioner ☐ Appellee/Respondent

OPPOSING PARTY: The Novocins EAI and WorthPoint Corp.

MOVING ATTORNEY:

OPPOSING ATTORNEY: Adam Bialek, Jana Farmer, Anderson Duff

(name of attorney, with firm, address, phone number and e-mail)

Adam Bialek Wilson Elser Moskowitz — 150 East 42nd St, NY, NY 10017 [illegible]
Jana Farmer Adam Bialek Wilson Elser Moskowitz — [illegible]
Anderson Duff Lincoln Square Legal Services — 150 West 62nd St, NY NY 10023 [illegible]

Court- Judge/ Agency appealed from:

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below? ☐ Yes ☒ No
Has this relief been previously sought in this court? ☐ Yes ☒ No

Requested return date and explanation of emergency:

Is oral argument on motion requested? ☒ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

Signature of Moving Attorney: [signature] Date: August 28, 2026 Service: ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

Case No. 25-817 Title: Trombetta v. Novocin & WorthPoint Corporation
Appellant v. Defendants ~ Appellees

S.D.N.Y ~N.Y.C 18-cv 0993 ~ Mag. Judge Sarah L. Cave and Chief Judge Laura Taylor Swain

United States Court of Appeals
Thurgood Marshall U.S. Courthouse
40 Foley Square, New York, New York 10007
August 28, 2026

Annamarie Trombetta, Appellant
175 East 96th Street
New York, New York, 10128

To The Honorable Chief Judge Debra Ann Livingston,
To The Honorable Circuit Judge Amalya L. Kearse
To The Honorable Circuit Judge Richard C. Wesley
To The Honorable Circuit Judge Maria Ara'ujo Kahn

**RE: 1- Appellant's need to precisely clarify date of submission for Appellant's Reply**

**2- Appellant's Requests the Court of Appeals to decide ONE Reply Brief or TWO Briefs. If the Decision is ONE Brief, Appellant requests a word increase—please.**

Appellant wishes to thank the Court of Appeals for their generous decision to grant me until September 5, 2026 to file my Reply to Appellees Brief. If the Court is not aware, September 5th is Saturday and the Court of Appeals is closed. Appellant contacts the Court to find out the exact day in which my Reply is scheduled to be timely filed, please.

Secondly, Appellant upon checking my word count today it was at 9485 words. Although I have a week to edit it down, I remind the Court of Appeals I have two very difficult and problematic Appellees. Aside from two different Appellees, there were three different District Court Judges. Despite filing a Motion for Reconsideration and producing, as per required, new evidence, and inserting my askART 2015 emails into my Reconsideration Motion on page 13, to offset a need for my Appeal, to no avail.

I bring to the the Court of Appeals attention, in **Doc. 68** and **Doc. 69** on July 6, 2020, I did try to submit Discovery, albeit, prematurely. This included my 1972 childhood signatures six years ago, when EAI Appellees, Norb and Marie Novocin tried to Post a Bond for twenty thousand dollars.

Two years later, in Discovery, on April 8,2022 I produced my childhood signatures from 1972 and yet I was forced to continue litigating when I proved I was not the artist who painted Appellees 1972 oil painting and have nothing to do with either Appellees. After losing four years of my time. I bring to the Court of Appeal's attention my documented Meet and Confer Meeting noted in **Doc.512,** in a letter to Judge Swain on June 27, 2023. During the Meet and Confer, in June 2023, with EAI attorney Anderson Duff and WorthPoint's attorney Adam Bialik, both attorneys challenged the authenticity of my previously produced 1972 childhood signatures. I immediately looked for my Girl Scout Sash to irrefutably verify my 1972 filed signatures were indeed genuinely mine. My sash with location decals( Brooklyn-New York) is filed in **Doc. 526-2** on page 13 and also **Doc. 527-1,** page 20 of 41, 8/01/23.

Despite being a Pro Se Litigant, I do know that on a motion for summary judgment, the moving party ( Defendants -Appellees), bears the burden of establishing that no genuine issue of material fact exists and must show the absence of evidence in the discovery record.

In my research, The Court of Appeals' position is at times, varies from the standard for summary judgment set forth in Rule 56(c), in the District Court, which provides that summary judgment is proper "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law."

The Court of Appeals standard may require more words than I am allowed, given the fact that I have two Appellees that consistently denied, lied and defied liability, hence my request. My petition for an increase is words is simple due to two Appellees, numerous, intentionally created problems, willfully caused. The multiple filings, may have been, quite frankly, overwhelmed the District Court Judges. In an effort to verify evidence, I find myself challenged with the word restriction, due to the standards I have been burdened to uphold. I believed I did satisfy my evidence in my Summary Judgment as well as my Motion for Reconsideration that required I file new information. My past and new evidence went unacknowledged in Judge Swain's **Doc. 556** filed March 7, 2025. In support of my request, I am filing two previously filed documents from 2023, **Doc. 463 filed on May 11, 2023** and **Doc. 500 filed on June 9, 2023** which I feel were overlooked in the District Court.

Appellant, therefore respectfully ask the Court of Appeals to judge and decide upon my word increase requests as soon as possible, as I feel it is needed to meet the Court of Appeals' standard. I ask the Court to decide with a finding of facts that is just, fair and economically time efficient and in favor of Appellant.

Respectfully Submitted,

Annamarie Trombetta
175 East 96th Street
New York, New York 10128

Pro Se Appellant

——— Electronic Signature ———

/s/ Annamarie Trombetta, August 28, 2026

Annamarie Trombetta

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**CAPTION:**
Artist Annamarie Trombetta

**CERTIFICATE OF SERVICE***

Docket Number: 25-817

v.

[illegible]

I, Annamarie Trombetta, hereby certify under penalty of perjury that
(print name)

on August 28, 2025, I served a copy of Appellant's Letter for Word Increase
(date)

with Supporting Letters Attached Doc. 433 and Doc. 500 from the District Court
(list all documents)

by (select all applicable)**

___ Personal Delivery ___ United States Mail ___ Federal Express or other Overnight Courier

___ Commercial Carrier X E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| [illegible] | [illegible] | New York | NY NY | 10017 |
| [illegible] | 1133 Westchester Avenue | White Plains | NY | 10604 |
| [illegible] | 150 West 52nd Street | New York | NY | 10023 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

August 28, 2025
Today's Date

Annamarie Trombetta
Signature

Certificate of Service Form (Last Revised 12/2015)