Case No. 25-817 Title: Trombetta v. Novocin & WorthPoint Corporation
Appellant v. Defendants ~ Appellees

S.D.N.Y ~N.Y.C 18-cv 0993 ~ Mag. Judge Sarah L. Cave and Chief Judge Laura Taylor Swain

United States Court of Appeals
Thurgood Marshall U.S. Courthouse
40 Foley Square, New York, New York 10007
September 10 , 2026

Annamarie Trombetta, Appellant
175 East 96th Street
New York, New York, 10128

To The Honorable Chief Judge Debra Ann Livingston,
To The Honorable Circuit Judge Amalya L. Kearse
To The Honorable Circuit Judge Richard C. Wesley
To The Honorable Circuit Judge Maria Ara'ujo Kahn

**RE: Appellant's Motion Letter to the Court of Appeals Seeking Permission for A Word Increase in Tandem with my Request to File Exhibits, if my Sept. 8, 2026 Reply inserts are not in compliance.**

Appellant, upon checking with my case manager the morning of September 10, 2026, was informed that the rules of the Court of Appeals do not permit text and visual inserts I included in Appellant's Reply Brief filed on September 8, 2026. The intent of this letter motion is to cure all issues. Appellant is requesting the right to be granted a word increase and to attach exhibits with my reply brief or/and for the Court of Appeals to accept my Reply Brief with inserts as filed. Appellant consistently inserted text and visuals into all my pleading especially my Motion to Reconsider Rule 59(e) and Rule 60 filed March 19, 2024 and my Appeal's Brief filed on April 20, 2026. As a Pro Se litigant, I simply was not aware inserts in my briefs may jeopardize my submissions. I remind the Court of Appeals I requested a Pro Bono attorney twice to avoid any mistakes and or clerical errors that may ensue. I therefore, request permission for my inserts within my recently filed brief to be accepted as is or I request to attach exhibits to my Reply Brief. My word increase has been requested since August 4, 2026.

Moreover, the word count in my brief was proliferated due the abundance of issues with the two different Appellees who both produced and created numerous delays, problems, fraudulent documents prior to and throughout litigation. This was done to conceal the initial fraudulent content in the webpage *"1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz"*.

Appellant, therefore respectfully ask the Court of Appeals for direction and to decide upon my word increase and exhibit submission request as soon as possible, which I need to meet the Court of Appeals' standard. I ask the Court to decide with a finding of facts that is just, fair and economically time efficient and in favor of Appellant as it has been an unecessary Vexatious, Elongated Litigation.

Respectfully Submitted,

Annamarie Trombetta
175 East 96th Street
New York, New York 10128

Pro Se Appellant

——— Electronic Signature ———

/s/ Annamarie Trombetta, September 10, 2026

Annamarie Trom

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 25-817

Trombetta vs Novocin and WorthPoint Corp.
Caption [use short title]

Motion for: Motion Letter Requesting Word Increase and Permission to File Exhibits. Appellant in error inserted text and visuals in my Reply Brief.

Set forth below precise, complete statement of relief sought:
Pro Se Appellant on September 10, 2026 was informed by my case manager, my Reply Brief has visual inserts which are not permitted by the Court of Appeals.
Appellant's Motion is requesting a word extension and if need be to attached exhibits related within my Reply Brief

MOVING PARTY: Annamarie Trombetta

OPPOSING PARTY: EAI, the Novocin and WorthPoint Inc.

- [x] Plaintiff
- [ ] Defendant
- [ ] Appellant/Petitioner
- [ ] Appellee/Respondent

MOVING ATTORNEY: ______ OPPOSING ATTORNEY: ______
[name of attorney, with firm, address, phone number and e-mail]

Adam R. Bialek Wilson Elser Moskowitz — 150 East 42nd St. NY NY 10017 adambialek@wilsonelser.com 212-915-5143
Jana Farmer Wilson Elser Moskowitz — 1133 Westchester Avenue, White Plains NY 10604 janafarmer@wilsonelser.com 914- 572-3607
Anderson Duff Lincoln Square Legal Services — 150 West 62nd Street NYNY 10023 aduff1@lsls.fordam.edu 646-450-3607

Court- Judge/ Agency appealed from: ______

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
- [x] Yes
- [ ] No (explain): ______

Opposing counsel's position on motion:
- [ ] Unopposed
- [ ] Opposed
- [ ] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes
- [ ] No
- [x] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [ ] Yes [x] No
Has this relief been previously sought in this court? [ ] Yes [x] No

Requested return date and explanation of emergency: ______

Is the oral argument on motion requested? [x] Yes [ ] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? [ ] Yes [x] No If yes, enter date: ______

Signature of Moving Attorney: [signature] Date: September 10,2026 Service : [x] Electronic [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:
Annamarie Trombetta

v.

EAI, Novocins & WorthPoint Corp.

## CERTIFICATE OF SERVICE*

Docket Number: 25-817

I, Annamarie Trombetta (print name), hereby certify under penalty of perjury that on September 10, 2026 (date), I served a copy of Appellant's Letter Motion Word Increase and Attached Exhibit Requests Appellant's letter motion with Certificate of Service and 1080 Motion Information Statement (list all documents)

by (select all applicable)**

___ Personal Delivery ___ United States Mail ___ Federal Express or other Overnight Courier

___ Commercial Carrier X E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Adam R. Bialek Wilson Elser Moskowitz | 150 East 42nd St. | New York | NY | 10017 |
| Jana Farmer Wilson Elser Moskowitz | 1133 Westchester Avenue | White Plains | NY | 10604 |
| Anderson Duff Lincoln Square Legal Services | 150 West 62nd Street | New York | NY | 10023 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

September 10, 2026 — Today's Date

Annamarie Trombetta [signature] — Signature