Case No. 25-817 Title: Trombetta v. Novocin & WorthPoint Corporation
Appellant v. Defendants ~ Appellees

S.D.N.Y ~N.Y.C 18-cv 0993 ~ Mag. Judge Sarah L. Cave and Chief Judge Laura Taylor Swain

United States Court of Appeals
Thurgood Marshall U.S. Courthouse
40 Foley Square, New York, New York 10007
September 18, 2026

Annamarie Trombetta, Appellant
175 East 96th Street
New York, New York, 10128

To The Honorable Chief Judge Debra Ann Livingston,
To The Honorable Circuit Judge Amalya L. Kearse
To The Honorable Circuit Judge Richard C. Wesley
To The Honorable Circuit Judge Maria Ara'ujo Kahn

**Appellant's Seeks Direction RE: Dkt Entry 124 Letter Motion 9/10/26, from the Court of Appeals.**

Appellant contacts the Court of Appeals to follow up on the Court's direction in Dkt. Entry 123 filed on September 10, 2026, for the Appellant to file a motion letter to file exhibits with my Reply Brief.

Appellant immediately filed Dkt Entry 124, which is the Court's ordered motion letter. I requested permission from the Court of Appeals to file my exhibits with my Reply Brief. Presently I am not certain if I am permitted to file my exhibits because I filed my motion letter, or if I need to wait for the Court's ruling. This letter is seeking clarification from the Court of Appeals to find out what I need to do to bring this post eleven year ordeal, due to Appellees fraudulent and destructive assertions, devoid of authentic proof, to a justified conclusion. My lost time has been a true detriment to my life, my income earnings and my artistic career. Kindly let me know what I need to do to facilitate this case.

Appellant, therefore respectfully ask the Court of Appeals to direct and decide upon my filing on my exhibits for my Reply Brief in Dkt Entry 124 and word increase requests, in Dkt Entry 119. I ask the Court to decide with a finding of facts that are just, fair and economically time efficient and in favor of Appellant.

Respectfully Submitted,

Annamarie Trombetta
175 East 96th Street
New York, New York 10128

—-———— Electronic Signature ————

Pro Se Appellant

/s/ Annamarie Trombetta, September 18, 2026

Annamarie Trombetta

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:
Annamarie Trombetta

v.

EAI, Novocins and WorthPoint Corp.

CERTIFICATE OF SERVICE*

Docket Number: 25-817

I, Annamarie Trombetta (print name), hereby certify under penalty of perjury that on September 18, 2026 (date), I served a copy of Appellant's Sept. 18, 2026 Letter seeking clarity to file exhibits

One page letter seeking the Court's direction to file exhibits with Certificate of Service Form
(list all documents)

by (select all applicable)**

___ Personal Delivery ___ United States Mail ___ Federal Express or other Overnight Courier

___ Commercial Carrier X E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Adam R. Bialek Wilson Elser Moskowitz | 150 East 42nd Street | | NY | 10017 |
| Jana Farmer Wilson Elser Moskowitz | 1133 Westchester Avenue | White Plains | NY | 10604 |
| Anderson Duff Lincoln Square Legal Services | 150 West 62nd Street | New York | NY | 10023 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

September 18, 2026
Today's Date

Annamarie Trombetta [signature]
Signature

Certificate of Service Form (Last Revised 12/2015)