# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of September, two thousand twenty-six.

Before: Beth Robinson,
*Circuit Judge.*

---

Annamarie Trombetta, Artist,

Plaintiff - Appellant,

v.

Norb Novocin, Marie Novocin, Estate Auctions, Inc., WorthPoint Corporation,

Defendants - Appellees,

William Seippel, Worthpoint.com, Jason Packer, Employee at Worthpoint Corporation,

Defendants.

---

**ORDER**

Docket No. 25-817

Appellant, pro se, moves for leave to file an oversized reply brief and for leave to embed exhibits in the reply brief.

IT IS HEREBY ORDERED that the motions are GRANTED.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court