**SDNY 2018–0993-cv** **Appeal's Case No. 25-817**

**The United States Court Of Appeals For The**

**Second Circuit District Of New York**

---

Appeals from the United States District Court for the Southern District of New York in Case No. 18-CV-0993, Judge Laura Taylor Swain

---

Annamarie Trombetta, Artist
Plaintiff, Appellant
vs.
Norb Novocin, Marie Novocin
Estate Auctions Inc.
and WorthPoint Corporation

**MOTION TO REQUEST PERMISSION TO FILE UNDER SEAL RELAVANT TIME SENSITIVE INFORMATION**

---

Appellant sets forth a Motion Request to file a three page Motion Letter dated October 26, 2026 which contains time sensitive and personal relevant information. My Motion Letter communicates significant information relating to my self authored biography and the current status of a previous condition described in my biography that both Appellees unethically used in their 1972 fraudulent webpage claim of an alleged 2012 eBay painting sale, that never occurred.

Upon contacting my Appeal's case manager, I was informed on October 28, 2026, my three page Motion Letter, requesting to be filed Under Seal, requires permission by the Court of Appeals. I remind the Court my ordeal began over eleven years ago when logic, reason, diplomacy, a law firm and an attorney's

letter failed to resolve any accountability by both Appellees due to their publicly displayed fraudulent webpage, forged signature with fraudulent copyright claims. My Original Complaint filed Feb. 5, 2018 in Doc. 1on page 7 in number 8 stated :

*" I never gave Estate Auctions Inc. the right to use my name nor to use the content of my biography. As the owner of the copyright I did NOT sell the reproduction rights nor did I sell the license to print while I retain the Copyrights. No such transaction with either EA Inc or WorthPoint happened"*.

AskART's Terms of Use and Internet Policy prohibits any transference of its askART's content. Please read the full terms filed numerous times in my case. Both Appellees wrote and purported in their fraudulent 1972 oil painting webpage filed in Doc.1 pages 9 -10 and throughout the case, *" For those not familiar with Trombetta, here is information about her from off AskArt as they got it from her website"*. AskART received my biography from author writer, Bob Bahr when I gave my written consent in an email in March 2015. I confirmed my biography was on askART's website in an email to Mr. Bahr in June 2015, duly filed multiple times. Appellant embedded these two 2015 dated emails in my Motion To Reconsider in Doc. 542 on page 13. Appellant also filed the askART Terms of Use as the last exhibit in Doc. 542 on page 101. Judge Swain, nearly one year later, responded, never commenting on my two 2015, definitive, dated emails noting 2015 not 2012 was the year my biography was on askART, nor the proof that Appellees violated askART's Terms of Use. The Judge failed to consider I produced, not one but two, authentic 1972 signatures in print and in script which look like a child's signature. Appellees photo featured a scripted

forged signature whilst prolonging production of a written red pencil printed signature which misspelled my name three ways. The delay from 2018 to 2022, wasting four years of my time. In summary, the District Court Judges ignored Appellant's clear cut evidence which should have ended this legal case years ago.

This prolonged eleven year burden, misuse of my identity, eight year legal battle, all conjoined with the legal mistakes made by the District Court added to this excruciatingly painful agony I endured against numerous attorneys for years. It has resulted in irreparable harm to me, in every way and in every aspect of my life, unnecessarily, which is why this is so painful and damaging. Moreover, I do not know how to recover from all the mental gaslighting and extreme loss of time from this senseless ordeal. Kindly grant my Motion to file my three page Letter which further articulates why I contacted the Court of Appeals at this time.

Appellant, therefore respectfully ask the Court of Appeals to grant my Motion Request to file Under Seal my three page Motion Letter dated October 26, 2026. I asks the Court of Appeals to decide with a finding of facts that are just, fair and in favor of Appellant.

Respectfully Submitted,

Annamarie Trombetta
175 East 96th Street
New York, New York 10128

Electronic Signature

Pro Se Appellant

/s/ Annamarie Trombetta,

October 29, 2026

Annamarie Trombetta

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 25-817

Trombettta vs Novocin & WorthPoint Corp Caption [use short title]

Motion for: Motion To Request Permitting Filing of Pertinent Confidential Information and Requests That Are Timely and Relavant

Set forth below precise, complete statement of relief sought:

Appellant 's Motion seeks permission to file a three page Motion Letter filed October 26, 2026 Under Seal due to specific requests related to personal confidential health information.

Trombetta

vs.

EAI/ The Novocin and WorthPoint Corporatior

MOVING PARTY: Annamarie Trombetta

OPPOSING PARTY: EAI, The Novocins and WorthPoint Corp.

☒ Plaintiff ☐ Defendant

☐ Appellant/Petitioner ☐ Appellee/Respondent

MOVING ATTORNEY: Pro Se Appellant

OPPOSING ATTORNEY: Three Attorneys listed below

[name of attorney, with firm, address, phone number and e-mail]

Adam R. Bialek Wilson Elser Moskowitz 150 East 42nd St. NYNY 10017 adambialek@wilsonelser.com 212 915-5143

Jana Farmer Wilson Elser Moskowitz 1133

Anderson Duff Lincoln Square Legal Services

Court- Judge/ Agency appealed from: Judge Laura Taylor Swain

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain): ______

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☒ No

Requested return date and explanation of emergency: ______

Is the oral argument on motion requested? ☒ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date: ______

**Signature of Moving Attorney:**

Annamarie. Trombetta Date: October 29, 2026 Service : ☒ Electronic ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Artist Annamarie Trombetta

v.

EAI, The Novocins and WorthPoint Corp.

**CERTIFICATE OF SERVICE***

Docket Number: 25-817

I, Annamarie Trombetta, hereby certify under penalty of perjury that
(print name)

on October 29, 2026, I served a copy of Motion Request PermissionTo File Under Seal
(date)

Three Page Motion Letter dated October 26, 2026 to the Court of Appeals requests
(list all documents)

by (select all applicable)**

___ Personal Delivery ___ United States Mail ___ Federal Express or other Overnight Courier

___ Commercial Carrier X E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Adam R. Bialek Wilson Elser Moskowits | 150 East 42nd St. | New York | NY | 10017 |
| Jana Farmer Wilson Elser Moskowitz | 1133WestchesterAvenue | White Plains | NY | 10604 |
| Anderson Duff | 150 West 62nd Street | New York | NY | 10023 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

October 29, 2026
Today's Date

Annamarie Trombetta
Signature