Case No. 25-817 Title: Trombetta v. Novocin & WorthPoint Corporation
Appellant v. Defendants ~ Appellees

S.D.N.Y ~N.Y.C 18-cv 0993 ~ Mag. Judge Sarah L. Cave and Chief Judge Laura Taylor Swain

United States Court of Appeals
Thurgood Marshall U.S. Courthouse
40 Foley Square, New York, New York 10007
November 6, 2026

Annamarie Trombetta, Appellant
175 East 96th Street
New York, New York, 10128

To The Honorable Chief Judge Debra Ann Livingston,
To The Honorable Circuit Judge Amalya L. Kearse
To The Honorable Circuit Judge Richard C. Wesley
To The Honorable Circuit Judge Maria Ara'ujo Kahn

**RE: Appellant's Motion Response Letter to Appellees to Appellees Motion**

**PLEASE NOTE Some of Appellant's requests in my October 26, 2026 in Dkt Entry 128 were in Appellant's Requests in Dkt Entry 110 filed July 27, 2026, not ruled on by the Court of Appeals.**

Pro Se Appellant is opposing Appellees, Opposition Motion filed in Dkt 129 on November 4, 2026, in response to Appellant's October 26, 2026 motion letter and my Motion Request to File Under Seal entered in Dkt 128, October 29, 2026. First, Attorney Jana Farmer's 1080 Motion Form states *" the movant did **not** notify opposing counsel as per required by Local Rule 27.1."* Attached as **EXHIBIT A** is my October 26, 2026 Motion Letter sent email to all Appellees and my Motion Request sent email to all three attorneys on October 29, 2026, as **EXHIBIT B,** filed below after my current letter motion.

Attorney Jana Farmer is opposing my Motion which contains requests I first made in Dkt 110, on July 27, 2026, weeks before I filed my Reply Brief, in Dkt. Entry 122, on September 8, 2026. The Court of Appeals did not rule on my July 27, 2026 requests to submit my audio recordings. Since the Court did not rule on these issues, I filed my October 2026 Letter Motion to re addresses my audio phone call requests with the Court. I ask Appellees and the Court of Appeals to review my filing in Dkt Entry 110 in my July 27, 2026 letter, (Dkt. Entry 110). Aside from requesting permission to file my audio recordings, I brought to the Court of Appeal 's attention both Appellees production of fraudulent evidence in the District Court. In note that immediately after I, the Plaintiff, filed my Amended Complaint for Fraud based on both Defendants production of fraudulent documents **during** Discovery, to include EAI's and WorthPoint fraudulent askART documents, WorthPoint's employee, Jason Packer, filed more fraudulent charts and dates, **(See Doc. 517-5 pages 14-15 & Doc.518-3 page 35 filed on 6/29/23**) one month later, falsely claiming I used my website email annamarie@trombettaart.com to email WorthPoint. All my documents, filed in the District Court only have my yahoo email address trombettaart@yahoo.com. From the inception of this ordeal, WorthPoint persistently lied and misinformed me. Ms. Farmer's Opposition statements continues to lie and twists the chronological facts, demonstrating WorthPoint consistent propensity to purport false statements which is why I filed my lawsuit and appeal. WorthPoint knowingly distorted my public identity on the internet while concurrently, verbally and consciously lying and entrapping to me that their webpage was not on its website, misinforming me, repeatedly that I had to contact eBay to remove their false webpage.

## Appellant's Response to WorthPoint's Attorney Jana Farmers Numeric Statements:

**STATEMENT #2 page 1 Dkt Entry 129:** Filed on the District Court docket are the written, print out of the emails dated January 22, 2016 in **Doc. 446-1 Ex #5 Doc. 504-2. page 9 filed on June 14, 2023 Doc. 518-4 page 4** . I had to enroll in WorthPoint's membership to look up the price of the fraudulent oil painting Man With Red Umbrella. WorthPoint's membership, claims it is "free" for seven days to look up prices on its website. After I printed out the price of the forged painting, I closed my credit card to protect against unauthorized charges. due to WorthPoint 's false claims, forged signature and blatant lies, August 1, 2015 till Jan. 22, 2016, misdirecting me to contact eBay. My Jan. 22, 2016 audio call documents how argumentative Anita Brooks was and how on Jan. 22, 2016 she still kept misdirecting me to contact eBay send her an email.

The second electronic email request is WorthPoint's Payment Declined email dated January 29, 2016 . It was filed in **Doc. 497-1 on page 23 on 6/7/23** and **Doc 504-3 page 44 filed on 6/14/23.** I also note to the Court of Appeals after WorthPoint Corp was a Defendant for over two years, WorthPoint emailed me its Terms of Use on March 25th in the year 2022, to my website email address **annamarie@trombettaart.com**. **See Doc. 446-1 page 43 filed on 4/20/23.** WorthPoint's 2022 email refutes and contradicts Jason Packer's false claims he removed my email listed in his false charts and claims in his Declaration in February 2016. Why was I emailed WorthPoint's Terms of Use, years later, on March 25, 2022 ? In summary, WorthPoint and EAI since 2015, have consistently harassed, lied and kept this lawsuit going while concurrently producing false evidence to the District Court. Appellant's request to file these electronic emails dated January 22, 2016 and January 29, 2016 will irrefutable prove/verify Mr. Packer's false claims and charts in his Jan. 19, 2023 Declaration. I remind the Court of Appeals Jason Packer falsely stated he permanently removed the 1972 webpage from WorthPoint's website on February 4, 2016. His written claims and charts are unverifiable.

**Please Note**—an example of an authentic, print out of an electronic email sent my Appellant to Will Seippel on February 20, 2016 is filed in **Doc. 517-9 on pages 16-21 filed on 6/29/23.** I ask the Court of Appeals to compare my authentic electronic email to EAI's fake, cut off, documents falsely purporting to be eBay's 2012 1972 oil painting email filed in **Doc. 517-9 on pages 22 to 28 filed on 6/29/23.** In **Doc. 517-7 page 24 filed 6/29/23,** see WorthPoint's bate stamped evidence WP000096 which is Will. Seippel's written response to Appellant's sent via email on the same day. **PLEASE NOTE** Mr. Seippel's statement on February 20, 2016 *"you feel this is fraudulent, we **will** remove the item from the site so that it does not mislead anyone on your painting".* Again the date of this email is February 20, 2016. WorthPoint's 2026 Appeal Brief by Jana Farmer still claimed the false webpage was removed February 4, 2016. The January 22, 2016 and the January 29, 2016, raw native electronic email from WorthPoint will prove I only used my Yahoo address "trombettaaart@yahoo.com" to contact WorthPoint . It was WorthPoint who sent Appellant emails to my website email address. Permitting Appellant to file the raw, native electronic emails sent to me by WorthPoint Corp. in 01/ 22/ 2016 and 01/29 2016, will confirm, Mr. Packer's claims are all fraudulent.

**STATEMENT #4 page 1 Dkt Entry 129:** Ms. Farmer's opposition statement claims the Court of Appeals does not consider evidence that was not before the district court. As aforementioned the two January 22, 2016 and January 29, 2016 emails from WorthPoint Appellees to Appellant were filed. Additionally all four of my phone transcripts were filed—SEE **eBay** 2015 call in Doc. 517-7 pages 2- 22 **WP Anita Brooks** Doc. 504-3 pages 3 to 19 **Gregory Watkins** Doc. 504-3 pages 20-24 **Norb Novocin** Doc.527-1 pages 24-28.

**STATEMENT #5 page 1 Dkt Entry 129:** Ms. Farmer falsely stated that the audio and emails are not part of the district court records. **In Doc. 68 and 69** filed July 6, 2020, in **Doc. 114** on October 14, 2020 and in **Doc.301** filed on October 19, 2022, Appellant specifically asked to submit my "audio phone calls. Magistrate Judge Cave wrote in Doc. 302 on October 20, 2022 " *Ms. Trombetta is not precluded from providing the Court audio recordings, but transcripts will be easier for the Court's review".* Despite Judge Cave's written

statement, Judge Swain in **Doc 538 page 4** wrote " *The exact details of these phone calls are disputed and are ultimately immaterial, but it is clear that the parties were unable to conclude the matter in a manner satisfactory to the Plaintiff at that time.* Judge Swain's statement clearly indicates my filed phone transcripts were not read. My audio phone calls are a pure documentation of what was verbally stated by WorthPoint's Anita Brooks and Gregory Watkins. The multiple eBay reps in my 2015 phone call, confirmed the 1972 painting webpage was on WorthPoint's website, NOT eBay. EBay rep Archer stated the 1972 painting sale was undefined. This is why I requested EAI to produce its 2012 ebay email and why EAI never produced its 2012 raw native electronic email. Again Phone calls **eBay** 2015 in Doc. 517-7 pages 2- 22 **WP Anita Brooks** Doc. 504-3 pages 3 to 19 **Gregory Watkins** Doc. 504-3 pages 20-24 **Norb Novocin** Doc.527-1 pages 24-28.

**STATEMENT #5 page 2 Dkt Entry 129** Additionally, Jana Farmer falsely stated that Jason Packer's claims were addressed in the district court. In **Doc. 363 filed on January 31, 2023,** I filed a letter to immediately oppose Jason Packer's Declaration which Judge Cave denied in **Doc. 364** and pushed my chances to expose Mr. Packer's false claims into Summary Judgment. Judge Swain in **Doc. 538 page 8** wrote "*Packer's sworn declaration was made based on his personal knowledge of the underlying events; accordingly, his declaration complies with all the requirements of the Federal Rules and can properly be considered for the purposes of this motion practice. See Fed. R. Civ. P. 56(c)(4). Therefore, Plaintiff's motion to preclude the testimony of Jason Packer is denied.* Judge Swain failed to see or issue any written statement on my phone call or proof in **Doc.497-1 page or Doc. 504-3 page 44,** which is the Jan. 29, 2016 WorthPoint Payment Decline filing. I remind the Court of Appeals, Judge Swain wrote I did not file any sales receipts of my artwork which are filed in —**Doc. 517-4 pages 13 to 20 filed 6/29/2.** Judge Swain failed to note my irrefutable proof my biography was listed on askART by Bob Bahr in 2015 in **Doc. 504-2 pages 3-5** and **Doc.518-2 pages 4 to 6** or in my Motion to Reconsider in **Doc. 542** when I embedded my 2015 emails into **page 13** of my motion.

**STATEMENT # 6 page 4 Dkt Entry 129 and STATMENT #9 page 5** One essential reason for filing my Appeal is to bring to the Court's attention that both ebay based Appellees lied about a 2012 painting sale which NEVER happened Their contradiction claims, production of fraudulent documents " define elements of vexatious litigation" under 28 U.S.C. § 1927 and caused the errors in the district court and this Appeal.

**The Proposed Materials Are MOST RELEVANT to the Dispositive Issue.**

**STATEMENT #9 page 5 STATEMENT #10 page 6 Dkt Entry 129** MOST IMPORTANTLY, I again clarify it was WorthPoint's repost that caused me to contact EAI/ the Novocins in January 2017. In a phone call with Norb Novocin he claimed he sold the 1972 painting. Due to Mr. Novocin's suggestion to hire an attorney , I had a lawyer send him a settlement letter in August 2017. When I filed my suit in 2018, I was not certain if EAI or WorthPoint reposted the false 1972 webpage. Upon the Novocins written claim that WorthPoint was responsible for the first and second repost of the false 1972 painting , I amended my complaint to include WorthPoint. Discovery in the district Court proved Mr. Novocin's 2012 eBay painting sale never occurred.

**Appellant Renewed Request for Pro Bono Counsel Should Be Granted.**

**STATEMENTS #11 and #12.** As a Plaintiff, I produced and filed irrefutable PROOF **A)-** askART does NOT permit any transference of its website content, ergo EAI actions violated askART's terms and EAI's ad was illegally created. The terms are filed in **Doc.72-page 28 Doc. 73 page 28, Doc. 75 page 16 Doc. 430-3 page7, Doc. 464-10 page 30 Doc. 488 Ex.#21D and in Doc. 542. B)-** Plaintiff/ Appellant filed numerous times proof my biography listing was in 2015, noted in Docs listed above. I filed my print and script, two signatures in **Doc. 526-2 page 13 and Doc. 527-1 page 20**. I filed proof of the first posting and second reposting in 2017 WorthPoint webpages **in Doc. 504-2. - Doc. 518-3 pages 13-14, the full 1972 oil painting webpage repost dated May 2017- in Doc. 518- 4.** Despite my clear cut

evidence, I am now an Appellant, who has been entrapped in litigation for eight years, due to both Appellees consistent production of fraudulent evidence, Both Appellees produced and perpetuated numerous lies; against one utterly blameless litigant. My Appeal and Appeal's Brief Reply listed the elements a Vexatious Litigation which the district court ignored, and or overlooked in error or bias. Due to unforeseen medical issues caused by this senseless and elongated litigation, by two sadistic and obstinate Appellees, Pro Se Appellant, who has been fighting three to five attorneys for eight years at the same time, may not be able to deal with this unending lawsuit If it continues, I again request the Court of Appeals to assign a Pro Bono attorney.

Appellant, therefore respectfully ask the Court of Appeals to direct and decide upon this letter if I can file the raw native electronic WorthPoint emails and audio phone recordings and if this case continues, to be granted a Pro Bono attorney. I ask the Court to decide with a finding of facts that are just, fair and economically time efficient and in favor of Appellant.

Respectfully Submitted,

Annamarie Trombetta
175 East 96th Street
New York, New York 10128
Pro Se Appellant

—-——— Electronic Signature ————

/s/ Annamarie Trombetta, November 6, 2026

______________________________

Annamarie Trombetta

# EXHIBIT A

## Oct. 26, 2026 Letter Motion and Sent Email to Appellees



# EXHIBIT B

## Oct. 29, 2026 Motion Request Sent Email to Appellees

**Case 25-817 Motion Request to file under seal**

FS Farmer, Jana S.
Thank you for your message. I am out of the office on business October 28-30, 2026.... Thu 10/29/2026 10:48 PM

BA Bialek, Adam
I am sorry I missed your message, but it is important to me. I will be out of the office... Thu 10/29/2026 10:48 PM

AT Annamarie Trombetta
To: Adam Bialek; Farmer, Jana S.; Duff, Anderson J. Thu 10/29/2026 10:48 PM

Motion To Request To File Und...
197 KB

To All Parties,

Attached is my Motion Request to file Under Seal my three page Motion Letter dated Oct. 26, 2026 Motion requests I emailed to all parties on Monday.

Sincerely,

Annamarie Trombetta

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 25-817 Trombetta vs Novocins & WorthPoint Corp. (Caption [use short title])

Motion for: Appellant's Opposition Letter to Appellees Opposition Motion regading Appellant's October 26, 2026 Letter to the Court of Appeals to file information under seal.

Set forth below precise, complete statement of relief sought:
Appellant respectfully opposes Appellees recent Oppostion Motion to my October 26, 2026 letter to file information under seal. In my July 27,2026 filing I requested permission from the Court of Appeals to submit my audio phone recordings I addressed WorthPoint's Jan.22, 2016 emails and Jason Packer WorthPoint's fraudulent claims/charts I used my website email to contact WorthPoint etc.

Trombetta

vs.

The Novocins and

WorthPoint Corporation

MOVING PARTY: Pro Se Annamarie Trombetta

OPPOSING PARTY: The Novocins & WorthPoint Corporation

☒ Plaintiff ☐ Defendant

☒ Appellant/Petitioner ☐ Appellee/Respondent

MOVING ATTORNEY: Annamarie Trombetta

OPPOSING ATTORNEY: Mr. Duff, Mr. Bialek, Ms. Farmer

[name of attorney, with firm, address, phone number and e-mail]

| | |
|---|---|
| Adam R. Bialek Wilson, Elser, Moskowitz | 150 East 42nd St. NY, NY 10017 adam.bialek@wilsonelser.com 212 915-5143 |
| Jana Farmer Wilson, Elser, Moskowitz | 1133 Westchester Ave. White Plains, NY 10604 jana.farmer@wilsonelser.com 914 872-7247 |
| Anderson Duff Lincoln Square Legal Services | 150 West 62nd St. NY NY 10023 ADUFF-1@lslsfordam.edu 646 450-3607 |

Court- Judge/ Agency appealed from: Judge Laura Taylor Swain

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain): Sent email on October 26, 2026 and for my Motion Request emailed on October 29, 2026.

Opposing counsel's position on motion:
☐ Unopposed ☒ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☒ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

Signature of Moving Attorney: [signature] Date: Nov. 6, 2026 Service : ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Annamarie Trombetta

v.

EAI, The Novocins and WorthPoint Corp.

**CERTIFICATE OF SERVICE***

Docket Number: 25-817

I, Annamarie Trombetta, hereby certify under penalty of perjury that
(print name)

on November 6, 2026, I served a copy of Appellant's Oppositon Letter to Appellees WorthPoint Corp.
(date)

Opposition Motion to Appellant's Oct. 26 , 2026 Letter Motion and my Oct. 29, 2026 Motion Request to file informaion under seal
(list all documents)

by (select all applicable)**

___ Personal Delivery ___ United States Mail ___ Federal Express or other Overnight Courier

___ Commercial Carrier X E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Adam R. Bialek Wilson Elser,Moskowitz | 150 East 42nd St. | NY | NY | 10017 |
| Jana Farmer, Wilson Elser,Moskowitz | 1133 Westchester Avenue | White Plains | NY | 10604 |
| Anderson Duff Lincoln Square Legal Services | 150 West 62nd St. | NY | NY | 10023 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

November 6, 2026
Today's Date

Annamarie Trombetta
Signature

Certificate of Service Form (Last Revised 12/2015)