# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of November, two thousand twenty-six.

---

Annamarie Trombetta, Artist,

Plaintiff - Appellant,

v.

Norb Novocin, Marie Novocin, Estate Auctions, Inc., WorthPoint Corporation,

Defendants - Appellees,

William Seippel, Worthpoint.com, Jason Packer, Employee at Worthpoint Corporation,

Defendants.

---

**ORDER**

Docket No. 25-817

Appellant, pro se, moves for leave to file a motion under seal.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES COURT OF APPEALS SECOND CIRCUIT

Catherine O'Hagan Wolfe