Case No. 25-817 Title: Trombetta v. Novocin & WorthPoint Corporation
Appellant v. Defendants ~ Appellees

S.D.N.Y ~N.Y.C 18-cv 0993 ~ Mag. Judge Sarah L. Cave and Chief Judge Laura Taylor Swain

United States Court of Appeals
Thurgood Marshall U.S. Courthouse
40 Foley Square, New York, New York 10007
November 16, 2026

Annamarie Trombetta, Appellant
175 East 96th Street
New York, New York, 10128

To The Honorable Chief Judge Debra Ann Livingston,
To The Honorable Circuit Judge Amalya L. Kearse
To The Honorable Circuit Judge Richard C. Wesley
To The Honorable Circuit Judge Maria Ara'ujo Kahn

**RE: 1- Appellant's letter sets forth recent Better Businesses Bureau complaints against Appellees and their pattern to willfully commit infringements.**

**2- Appellant respectfully request to file audio phone recordings and two electronic emails to irrefutably prove Jason Packer filed fraudulent information.**

Pro Se Appellant, thanks the Court of Appeals for its prompt response filed on November 12, 2026. I sincerely hope the panel will determine the merits of my appeal and will approve my request to file my audio phone recording and my two electronic emails, previously noted in my July and October 2026 filed letters. I remind the Court again, Appellees' ad wrote con my biography was take from askART's website. AskArt prohibits any transference of its data content, particularly for commercial use. Appellees online webpage is a prime example of a fraudulent assertion of ownership rights.

Appellant's lawsuit includes eight years of numerous filings. against WorthPoint Corp. and the Novocins/ EAI, who are paid members of WorthPoint. The intent of my letter is to ask the Court of Appeals to please review two previously filed Better Business Bureau complaints against WorthPoint, I filed in **Doc. 552** in the District Court in April 2024. Judge Swain ignored two complaints. One was by Gayle H. dated March 7, 2024. She had a six months battle to stop WorthPoint from directly taking money out of her bank account, after she cancelled her *"free trial WorthPoint subscription"*. I also bring attention to the FRAUD complaint Judge Swain ignored, dated November 5, 2023, against WorthPoint also filed in **Doc. 552 on page 37.** This Better Business Bureau complaints states WorthPoint took a photo of a person's originally framed 19th Century artwork listed on another art auction's website. WorthPoint was trying to sell on its website, its unethically taken photo and listed its photo on WorthPoint's website. The victim's complaint was warning the public not to purchase WorthPoint's photo. **Please review pages 36 and 37 in Doc. 522, filed April 10, 2024,** two years ago, documenting WorthPoint's proclivity to engage in dishonest business practices.

On October 28, 2026, another Better Business Bureau complaint against WorthPoint Corp. was filed documenting WorthPoint's continued dishonest business practices. The customer's complaint notes the difficulty in dealing with WorthPoint and being hung up by them, twice before Kathy M. could be free of this company. Please read the current 2026 WorthPoint complaint embedded below :


Kathy M
Date: 10/28/2026

After repeated attempts, I was unable to successfully get into the app to cancel my subscription. I finally was successful via phone, after being hung up on twice. this is a ridiculously priced app and is very difficult to get rid of. [illegible] customer service!!!

WorthPoint Corporation
Date: 11/03/2026

Hi there,

Were sorry for your experience. Were sure that struggling to access the app to cancel was truly frustrating. We truly apologize for that experience.

On September 10, 2026, WorthPoint's unethical business practices publicly noted in another Better Business Bureau complaint, stated WorthPoint was taking money out of Diane B's bank account when the customer cancelled WorthPoint's subscription months earlier Please read the excerpt below.

**Diana B**

**Date:** 09/10/2026

It looks like my complaint is nothing new. This place is a SCAM. I took advantage of the trial in April, 2026. Once I was done - in April, 2026 - I canceled my account online to avoid any future fees. I confirmed it was canceled. When I logged back in, it showed as NOT ACTIVE. Yet, WorthPoint has continued to charge my bank $28.99 every month. As of this month, WorthPoint owes me $144.95 (5 months). I emailed support and was told that I didn't have an active account attached to my email address. I provided proof that I was still being charged and confirmed my email address. Then the company went dark. I've since sent at least 3 emails to no avail. Now I'm forced to dispute these charges with the bank with no guarantee I won't keep being charged. And yet this company still has an A+ review, even though they illegally charge customers for subscriptions that don't exist? How is this even possible???

**WorthPoint Corporation**

**Date:** 09/11/2026

Additionally, it is imperative to inform the Court of Appeals that the Appellees are still deliberately committing copyright infringements noted in another public complaints, despite my ongoing, elongated lawsuit. WorthPoint is not deterred from continuing to infringe upon people's intellectual property or identity by willfully committing copyright infringements. Below is an online Better Business Bureau complaint dated **September 14, 2026,** against WorthPoint, listed less than two months ago. In WorthPoint's 2026 response to Valerie V's in the September 22, 2026 complaint, WorthPoint wrote : *" To clarify, WorthPoint is an online price guide that aggregates historical sales data directly from our partners auction houses and.... **We do not buy or sell items nor do we claim copyright ownership over any items listed.** Because these records are transferred directly from the original seller into our database, we cannot alter or edit the original listing.*

Above, WorthPoint Corp. wrote' "***nor do we claim copyright ownership over any items listed .*** Despite WorthPoint's declaration on September 22, 2026, in my case, Appellees asserted ownership over my intellectual property, my name and copyrighted biography. WorthPoint publicly misrepresented on the global internet, a false, forged signature and wrote a statement "*© Copyrighted work licensed by WorthPoint".* The definition and use of a "C"with a circle vector and use the word "copyright," indicates to the public that the work is copyrighted by WorthPoint and that they had the permission to use the copyright symbol ©. Their false ad inferred WorthPoint was the owner and/or had the right to

**Copyright Infringement By WorthPoint in 2026**

**Valerie V**

**Date:** 09/14/2026

Worthpoint steals pictures and descriptions from online sellers. Several of my old pictures and my written descriptions are presented as if Worthpoint had something to do with the dolls I sell. My pictures and my words. They have several of my very old listings. This is how they make up their site. With copyright infringements.

**WorthPoint Corporation**

**Date:** 09/22/2026

Hi there,

Thank you for sharing your feedback. Were sorry to hear that you didnt have a better experience with us.

To clarify, WorthPoint is an online price guide that aggregates historical sales data directly from our partner auction houses and [illegible]. This data helps users identify items and estimate their current market value. We do not buy or sell items, nor do we claim copyright ownership over any items listed. Because these records are transferred directly from the original sellers into our database, we cannot alter or edit the original listing details.

**Copyright Infringement By WorthPoint in 2015**




license my intellectual property. WorthPoint's false use a copyright symbol with my name and biography absconding my exclusive copyrights while concurrently and falsely associating Appellant with eBay, WorthPoint and Estate Auctions Inc., companies selling low quality or damaged goods. Their actions diminished the value of my artwork. WorthPoint's false statement was under a forged signature that did NOT include my first name. I remind the Court of Appeals both Appellees' fraudulent ad claimed the painting was signed **" Annamarie "** Trombetta. Litigation in the District Court proved the alleged red signature on the back of the 1972 painting misspelled my first name in three different ways. In summary, both Appellees purported false information for a painting sale that never occurred, proven by the Novocins, production of three different eBay receipts that did not look the same. Their failure to produce one authentic electronic email for their asserted 2012 eBay painting sale, thus establishes the three receipts were counterfeit and falsely manufactured. My request for one electronic email which can only be exported in its entirety would have affirmed EAI's painting sale on eBay in 2012. The dated and embedded copyright infringements by WorthPoint Corp, in my case in 2015 and others in 2023 in Doc.522 page 37, conjoined with the September 2026 copyright infringement has prompted Appellant to ask the Court to reconsider my requests to submit two electronic emails and audio calls by WorthPoint, whose has a pattern of willfully and unlawfully infringing upon others ownership rights.

I remind the Court of Appeals, both Defendants produced fraudulent evidence during Discovery in the District Court. Their actions caused me to file an Amended Complaint to include Fraud. One month after I filed my amended complaint, WorthPoint's employee, Jason Packer, filed fraudulent charts and dates, falsely claiming, I used my website email address annamarie@trombettaart.com in 2016, to look up the price of the fraudulent 1972 painting, listed on WorthPoint website. Please note Mr. Packer's false removal date for the annamarie@trombettaart.com email address is Feb. 3, 2016. My request to submit WorthPoint's sent, January 29, 2016 electronic email, specifically states my payment to WorthPoint was declined, thus I could NOT access WorthPoint's website after January 29, 2016. Mr. Packer's false removal claim date of Feb. 3, 2016 is therefore not possible. My electronic email contains the true address trombettart@yahoo.com which dated. Each exported email has the entire content of each authentic email. In addition, I again request permission to file the audio phone recording with WorthPoint's employee Anita Brooks to reveal how argumentative Ms. Brooks was with me on January . 22, 2016, when I tried to inform her about their false webpage and forged signature. I also note Ms. Brooks emailed me on Nov. 16, 2015, see **Doc. 33 page 20,** when she deliberately misinformed and misdirected me to contact eBay to remove the false , 1972 oil painting webpage, all the while knowing the 1972 oil painting webpage was on WorthPoints website.

I remain confused as to why the Court of Appeals is ignoring my argument and simple requests in my July and October 2026 motion letters, since these two 2016 electronic emails will irrefutable prove I never used my website email to contact WorthPoint. Such fraudulent evidence willfully produced by WorthPoint, forcibly elongated my case, causing a Vexatious Litigation. **28 U.S.C § 1927** . Since the Court of Appeals has not decided conclusively, nor has the Court set forth reasons why I cannot file my emails or audio phone recordings, I once again petition to do so, supported by the current 2026 and past Better Business Bureau complaints against WorthPoint. WorthPoint's infringements against Appellant took place in 2015. As aforementioned, in the District Court, I filed WorthPoint's 2023 and 2024 infringements in **Doc. 552**. In this letter, I bring to the Court's attention WorthPoint's current infringement complaints in 2026. Collectively these public, Better Business Bureau complaints demonstrates a decade of WorthPoint Corporations' unethical business practices. WorthPoint Corp. demonstrates consistent disreputable business habits and knowingly featured a forged signature. I respectfully ask the Court of Appeals to either grant my request and/or submit WorthPoint's pattern of infringing other peoples rights and property before the panel. Lastly, I remind the Court, I filed EAI/ the Novocins' public complaint of a false designation of origin many times-See **Doc. 518-1 page 7.** Both Appellees repeatedly demonstrated fraudulent actions prior to and throughout litigation, against the Appellant as well as other victims. I kindly ask the Court to reconsider my requests.

Appellant, therefore respectfully ask the Court of Appeals again, to decide if I can file two native electronic WorthPoint 2016 emails and the audio phone recordings. I ask the Court to decide with a finding of facts that are just, fair and economically time efficient and in favor of Appellant.

Respectfully Submitted,

Annamarie Trombetta
175 East 96th Street
New York, New York 10128
Pro Se Appellant

—-———— Electronic Signature ——————

/s/ Annamarie Trombetta, November 16, 2026

Annamarie Trombetta

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 25- 817

Caption [use short title]

Trombetta

Vs.

The Novocins, Estate Auctions Inc.

and

WorthPoint Corporation, Will Seippel

Jason Packer

Motion for: Appellant Letter Regarding Public Better Business Bureau Complaints against Appellees to Support of Appellant's Requests

Set forth below precise, complete statement of relief sought:

Appellant's Letter re petitions request based on Appellees online Better Business Bureau infringementt complaints. Appellant's Letter requests to submit two WorthPoint electronic emails dated January 22, 2016 and January 29, 2016 and audio phone call recordings.

MOVING PARTY: Pro Se Annamarie Trombetta

OPPOSING PARTY: EAI/Novocins & WorthPoint Corp.

☒ Plaintiff ☐ Defendant

☒ Appellant/Petitioner ☐ Appellee/Respondent

MOVING ATTORNEY: ____________

OPPOSING ATTORNEY: Mr. Bialek, Ms. Farmer, Mr. Duff

[name of attorney, with firm, address, phone number and e-mail]

| | |
|---|---|
| Adam R.Bialek Wilson, Elser Moskowitz | 150 East 42nd St. NY,NY 10017 adam.bialek@wilsonelsor.com 212 915-5143 |
| Jana Farmer Wilson, Elser Moskowitz | 1133 Westchester Ave. White Plains,NY 10604 jana.farmer@wilsonelserr.com 914 872-7247 |
| Anderson Duff Lincoln Square Legal Services | 150 West 62nd St. NY, NY 10604 ADUFF-1@lslsfordam.edu 646-450-3607 |

Court- Judge/ Agency appealed from: ____________

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain): By direct electronic emailing to all attorneys the same day as filing with the Pro Se Court of Appeals

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency: ____________

Is the oral argument on motion requested? ☒ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date: ____________

Signature of Moving Attorney: [signature] Date: November 16, 2026 Service : ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

CAPTION:

Pro Se Annamarie Trombetta

v.

EAI,Novocin & WorthPoint Corp.

**CERTIFICATE OF SERVICE***

Docket Number: 25-817

I, Annamarie Trombettta, hereby certify under penalty of perjury that
(print name)

on November 16, 2026, I served a copy of Appellant's re petiton letter
(date)

requests to file audio calls and electronic emails based on Appellees online Better Business Bureau infringement complaints.
(list all documents)

by (select all applicable)**

___ Personal Delivery ___ United States Mail ___ Federal Express or other Overnight Courier

___ Commercial Carrier X E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Adam R. Bialek Wilson, Elser Moskowitz | 150 East 42nd St. | New York | NY | 10017 |
| Jana FarmerWilson, Elser Moskowitz | 1133 Westchester Avenue | White Plains | NY | 10604 |
| Anderson Duff Lincoln Square Services | 150 West 62nd St. | New York | NY | 10023 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

November 16, 2026
Today's Date

Annamarie Trombetta
Signature