Case No. 25-817 Title: Trombetta v. Novocin & WorthPoint Corporation
Appellant v. Defendants ~ Appellees

S.D.N.Y ~N.Y.C 18-cv 0993 ~ Mag. Judge Sarah L. Cave and Chief Judge Laura Taylor Swain

United States Court of Appeals
Thurgood Marshall U.S. Courthouse
40 Foley Square, New York, New York 10007
November 24, 2026

Annamarie Trombetta, Appellant
175 East 96th Street
New York, New York, 10128

To The Honorable Chief Judge Debra Ann Livingston,
To The Honorable Circuit Judge Amalya L. Kearse
To The Honorable Circuit Judge Richard C. Wesley
To The Honorable Circuit Judge Maria Ara'ujo Kahn

**RE: 1- Appellant's letter references the Nov. 23, 2022 Conference Call and Appellees Intentional submission and pattern to willfully produce fraudulent evidence creating a Vexatious Litigation.**

I am writing to the Court of Appeals at this specific time right before Thanksgiving to bring to the Court's attention noteworthy, fraudulent evidence both Appellees produced, approximately four years ago in the District Court. Since 2022, till the present, I am trying to cope and heal from Appellees cruel, intentional infliction of emotional trauma. Appellees willfully committed fraud in the District Court by submitting fraudulent evidence prior to, during and after the Nov 23, 2022 Conference Call with Judge Cave. I remind the Court of Appeals Estate Auctions Inc produced its first fake receipt eBay receipt on April 27, 2022 bated stamped EAI000058 embedded below and filed last in **Doc. 527-1 on 08/01/23.**


Case 1:18-cv-00993-LTS-SLC Document 527-1 Filed 08/01/23 Page 2 of 41

EAI000058

Wednesday, April 27, 2022 at 21:30:09 Eastern Daylight Time

Subject: Fwd: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
Date: Tuesday, January 10, 2017 at 5:28:43 PM Eastern Standard Time
From: eBay EAI
To: Norb Novocin, marie novocin

---------- Forwarded message ----------
From: eBay <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
To: ebay@novocin.com

eBay

eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
Your registered name is included to show this message originated from eBay. Learn more.

Congratulations, your item sold!

Dear estateauctionsinc,

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print



To the Left **PLEASE NOTE in EAI000058** is the **ABSENT** eBay logo. There a **Yellow Bar** around *"Congratulations your item sold!*

**PLEASE NOTE BELOW** —embedded is the lower portion of **EAI000058.** It reveals it is cut off on the right side. The date and name of the alleged buyer is not visible in EAI's first eBay email receipt. It is incomplete in its entirety. As soon as it was produced in April 2022, I requested a full, complete the entire 2012 eBay receipt.


result in fewer questions from buyers and higher detailed seller ratings.

You should always leave feedback for your buyer to encourage them to buy from you again.

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

1972 Original Oil Painting Man \
Annamarie Trombetta yqz
Sale price: $181.!
Quantity sold: 1
Sale date: Dec-0
Buyer: nina c
9nacl
[conta
Buyer's shipping address: nina c
14215
reno, l
Sell another Item | Send invoice

Estate Auctions Inc, and Norb and Marie Novocin avoided and delayed production of second complete copy of their eBay email from April 27, 2022 until November 16, 2022,. Please note Mr. Duff's November 16, 2022 email states proof of payment from the buyer, Nina Correria **"does not exist".**

**Proof of Production of EAI's Second fake eBay sales receipt on November 16, 2022.**

Case 1:18-cv-00993-LTS-SLC Document 527-1 Filed 08/01/23 Page 5 of 41

Mail - Annamarie Trombetta - Outlook

**Re: Norb Novocin Deposition Full Production of Exhibit #4 –2 Page eBay email**

Anderson Duff <ajd@hoganduff.com>
Wed 11/16/2022 1:08 PM
To: Annamarie Trombetta <annamarietrombettalegal@outlook.com>
Cc: Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Halmson, Nicole <Nicole.Halmson@wilsonelser.com>

1 attachments (105 KB)
EAI000060-EAI000060.pdf;

EXHIBIT#2B

Dear Ms. Trombetta:

Please find a version of the email previously produced as EAI000058-EAI000059 attached. As previously discussed, my clients are producing this email again solely because a small portion of the email was cutoff when it was converted to a .pdf. To avoid confusion, I have stamped the email as EAI000060 rather than reproducing it with the same bates number. Since you have taken the position in several filings that I fabricated evidence because the @ symbol did not appear in an email my clients produced, I made sure that the @ symbols were preserved when converting this email to a .pdf for production.

With respect to your request for "ALL eBay emails to the buyer Nina Correria's proof of payment and all eBay emails from Nina Correria to Norb Novocin and Estate Auctions Inc.," my clients cannot produce documents that do not exist. We have discussed this issue *many* times.

**Please note** Estate Auctions Inc's second eBay email sales receipts bate stamped EAI000060 is embedded at the bottom below. It looks different than its April 27, 2022 EAI000058-59 in **three** different ways.

**1- First,** please note on **EAI00060 embedded at the bottom of this page,** is missing the January 10, 2017 Fwd header whichis inserted below and in on the first eBay sales receipt dated April 27, 2022-<u>EAI000058-59.</u>

**JANUARY 10, 2017 HEADER on the April 27, 2022 EAI000058-59 on EAI's first <u>fake</u> eBay receipt.**

Wednesday, April 27, 2022 at 21:30:09 Eastern Daylight Time

Subject: Fwd: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
Date: Tuesday, January 10, 2017 at 5:28:43 PM Eastern Standard Time
From: eBay EAI
To: Norb Novocin, marie novocin

**2- Second**, please note on **EAI00060 embedded below HAS** a color eBay logo. <u>The dated April 27, 2022-EAI000058-59 first fraudulent eBay receipt does</u> **<u>NOT</u>** <u>have a colored eBay logo.</u>

**3- Third,** missing in EAI00060 is the visible yellow bar on the phrase *"Congratulations your item sold",*which is visible on EAI's first eBay receipt dated April 27, 2022-EAI000058-59 inserted below.

eBay
eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
Your registered name is included to show this message originated from eBay. Learn more
**Congratulations, your item sold!**
Dear estateauctionsinc,
You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print

Embedded below is the top portion of EAI'S SECOND fake eBay sales receipt bate stamped **EAI00060 produced on November 16, 2022,** six months after the first fake eBay receipt. Please note this one has a colored eBay logo yet there is an absence of the Yellow Bar around *"Congratulations your item sold",*

**ALSO Missing is the January 10, 2017 header on the April 27, 2022 EAI000058-59**

Case 1:18-cv-00993-LTS-SLC Document 527-1 Filed 08/01/23 Page 4 of 41
EAI000060

EXHIBIT#2A

From: eBay <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
To: <ebay@novocin.com>

(1) Yellow BAR Missing

EBAY Logo is on EAI000060 and NOT on EAI000058

ebay
eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
Your registered name is included to show this message originated from eBay. Learn more
**Congratulations, your item sold!** — Yellow Bar Missing
Dear estateauctionsinc,
You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print your eBay shipping label.
Complete one of the following:

Provide shipping information
Go to My eBay

I ask the Court of Appeals to review **Doc. 527-1 filed on 08/01/23 from pages 2 thru 5** to see the full page documents. Please note on pages 6 and 7 EAI produced another , fake eBay receipt bated stamped EAI000065-66 which is devoid of any color or visuals seen in EAI000058-59 and EAI000060.

EAI eBay two different sales receipts produced on April 27, 2022 and November 16, 2022 prompted Appellant to request the electronic email of the alleged 2012 eBay sales receipt from Judge Cave during the November 23, 2022 Conference Call. Production of the electronic eBay email, in its full digital formal would have conclusively proved EAI's 2012 eBay sale of the 1972 painting actually occurred. Appellees **FAILURE** to produce the eBay email dated Dec.1, 2012, not only violates Judge Cave's court order and FRCP 26, it irrefutably proves there was never a sale for the 1972 oil painting.

Moreover and of utmost importance, during the November 23, 2022 Conference Call, WorthPoint's attorneys intentional emailed Appellant, ambiguous coding , during the Conference Call. First and foremost, my request was made to EAI/The Novocins, not to WorthPoint's attorneys. WorthPoint's email with ambiguous coding was intentionally emailed to conceal the fact that Estate Auctions Inc. never sold an alleged "1972" oil painting on December1, 2012 on eBay. Appellees cruel attempt was to confuse and conceal the true content of their ambiguous coding which inflicted more problems and pain onto Appellant. As a result, I was forced to contact my internet expert, Mr. Patrick O'Leary. Mr O'Leary's internet equipment revealed WorthPoint's emailed coding clearly was NOT the full electronic email, ordered by the court. It was yet another eBay sales receipt visually different from the first, fake, April 27, 2022 receipt bate stamped EAI00058-59 and the second, fake, sales receipt bate stamped EAI00060 produced on November 16, 2022. Please review WorthPoint's email titled Source Information, last filed in **Doc. 526-1 on 08/01/23 on pages 6 thru 10.** All of Appellees intentional actions led to more confusion and chaos to hide Appellees never ending attempts to conceal clear cut fraud. **WorthPoint's email exemplifies** —Internal communications : Emails, texts, or other records showing an intent to burden or punish Plaintiff through litigation and engaging in false statements or concealment- documents, testimony, or communications **<u>demonstrating intentional misrepresentations to the court.</u>** Additionally, this exemplifies a key element defined as a Vexatious Litigation 28 U.S.C § 1927. The attorneys engaged in conduct that caused additional proceedings, filings, motions, discovery, hearings, appeals, or other litigation activity beyond what was **reasonably** necessary. I note **Patrick O'Leary's Expert Affidavit is filed Dec. 5, 2022 in Doc. 322.** I also note that I am in financial debt to Mr. O'Leary for his Affidavit filed on Dec. 5, 2022. EAI's **failure to produce one electronic native email for the 2012 alleged eBay sale was ordered in Doc. 319 No. 1 a**. Instead of producing the electronic email, EAI produced deficient, incomplete, cut off pages allegedly printed versions of the Dec 2012 eBay receipt **filed in Doc. 334 .** Appellant filed a true example of an electronic email. The email documents Mr. Duff 's sent email to Appellant, threatening me with his increased attorneys fees sent November 23, 2022. It is filed **in Doc. 527-2 pages 30 - thru 34.** Any original message should have a dated header. Additionally, I also note **in Doc. 504 filed 06/14/23, on page 4,** attorney Anderson Duff intentionally wrote defamatory statements regarding the authenticity of my true, 1972 signatures. **SEE RIGHT INSET BELOW.** Further proof of my authentic signatures is filed in **Doc. 527-1 - page 20.**

I also note Appellant filed Will Seippel, CEO of WorthPoint Corp.'s frivolous lawsuit in Fulton County Georgia **in Doc. 527-1 on pages 8 thru 19.** I remind the Court of Appeals I was ordered by Judge Abrams to mail a copy of my Summons and Complaint to Will Seippel's home in Ga. noted in **Doc. 187 filed 12/21/21.** Appellees used this to file a frivolous lawsuit in Georgia, a state I never entered to overburden and penalize Appellant with work all because I obeyed Judge Abarms court order.

**<u>EAI Defendants' Response:</u> Disputed. The record does not demonstrate with evidence aside from Plaintiff's testimony that this statement is true, and Plaintiff has demonstrated that she is willing to make misrepresentations while under oath.**

Plaintiff brings to the Court's attention on April 8, 2022 Plaintiff produced from my 1972 notebook three examples of my "authentic 1972 childhood signatures" **EXHIBIT #2 A** My evidence inserted below., was produced to both Defendants over a year and a half ago.



I remind the Court of Appeals, the intentional production of fraudulent evidence by both Defendants during Discovery in the District Court caused me to file an Amended Complaint to include Fraud. One month after I filed my amended complaint, WorthPoint's employee, Jason Packer, filed fraudulent claimsand charts falsely claiming I used my website email annamarie@trombettaart.com , in 2016, to look up the price of the fraudulent 1972 painting, listed on WorthPoint website. Please note Mr. Packer's false removal date for the annamarie@trombettaart.com email address is Feb. 3, 2016. My request to submit WorthPoint's sent, January 29, 2016 electronic email, specifically states my payment to WorthPoint was declined, thus I could **NOT** access WorthPoint's website after Jan. 29, 2016. Mr. Packer's false removal claim date of Feb. 3, 2016 is therefore **NOT** possible. My electronic email contains the true address trombettart@yahoo.com which is dated Jan. 29, 2016. Each exported email has the entire content of each authentic email. In addition, I again request permission to file the audio phone recording with WorthPoint's employee Anita Brooks to reveal how argumentative Ms. Brooks was with me on January 22, 2016, when I tried to inform her about their false webpage and forged signature. I also note Ms. Brooks emailed me on Nov. 16, 2015, see **Doc. 33 page 20,** when she deliberately misinformed and misdirected me to contact eBay to remove the false, 1972 oil painting webpage, all the while knowing the 1972 oil painting webpage was on WorthPoints website.

Appellant, for the last four years has suffered professionally, financially and emotionally, particularly during the holiday season due to the bombardment of problems, willful, cunning and cruel production of Appellees endless demands, frivolous lawsuit and fraudulent evidence by both Defendants in the District Court in 2022. Their lies and defiance to take accountability is exemplified by their willfull disobedience to produce evidence in the District Court orders. EAI failed to produce one 2012 electronic email from eBay for the painting sale ordered by Judge Cave on Nov. 23, 2022 , whilst WorthPoint's attorneys failed to produce all redacted licensing, sub licensing agreement ordered by Judge Swain in Doc. 528 filed on 12/13/23.

Appellant, therefore respectfully ask the Court of Appeals again, to review the aforementioned documents and to decide if I can file two native electronic WorthPoint 2016 emails and the audio phone recordings to conclusively end this Appeal in favor of the Appellant.. I have needlessly lost over eleven years of my life due to the never ending fraudulent claims and evidence produced by both Appellees. My November 16, 2026 letter contains Better Business Bureau complaints by other WorthPoint victims. These complaints prove WorthPoint's pattern to willfully creates problems and victimizes innocent people by violating ownership rights. I ask the Court to reconsider my requests based on Appellees willful production of fraudulent evidence and the past four years. I ask the Court to decide a finding of facts that are just, fair and economically time efficient and in favor of Appellant.

Respectfully Submitted,

Annamarie Trombetta
175 East 96th Street
New York, New York 10128
Pro Se Appellant

—-———— Electronic Signature ——————

/s/ Annamarie Trombetta, November 24, 2026

---

Annamarie Trombetta

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 25-817

Caption [use short title]

**Motion for:** Appellant's Letter brings forth Defendants/ Appellees clear cut fraudulent evidence filed this time four years ago exemplifing elements of a Vexatious Litigation and caused this Appeal.

Set forth below precise, complete statement of relief sought:
Appellant's Nov. 24, 2026 Letter restates and re petitons the Court of Appeals to review Appellees' frauduelent evidence prior to and after the November 23, 2022 Conference Call in the District Court.
Appellees intentional production of fraudulent evidence exemplifies elements of a Vexatious Litigation causing an Appeal.
Please review district court filings from four years ago in 2022.

Pro Se Appellant Trombetta

vs.

Appelllees The Novocins, Estate Auctions Inc.
and
WorthPoint Corporations, Will Seippel
and Jason Packer

MOVING PARTY: Pro Se Annamarie Trombetta

OPPOSING PARTY: EAI/The Novocins & WorthPoint Corporation

☒ Plaintiff ☐ Defendant

☒ Appellant/Petitioner ☐ Appellee/Respondent

MOVING ATTORNEY: ____________

OPPOSING ATTORNEY: Mr. Bialek, Ms. Farmer & Mr. Duff

[name of attorney, with firm, address, phone number and e-mail]

Adam R.Bialek Wilson Elser Moskowitz — 150 East 42nd St. NY,NY 10017 adam.bialek@wilsonelser.com 212 915-5143

Jana Farmer Wilson Elser Moskowitz — 1133 Westchester Ave. White Plains, NY 10604 jana.farmer@wilsonelser.com 914 872-7247

Anderson Duff Lincoln Square Legal Services — 150 West 62nd St. NY,NY 10604 ADUFF-1@lslsfordam.edu 646 450-3607

Court- Judge/ Agency appealed from: ____________

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain): By direct eletronic emailing to all attorneys on the same day as filing with the Pro Se Court of Appeals.

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☒ No

Requested return date and explanation of emergency: ____________

Is the oral argument on motion requested? ☒ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date: ____________

**Signature of Moving Attorney:** [signature]

**Date:** November 24, 2026

Service : ☒ Electronic ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Pro Se Annamarie Trombetta

v.

EAI, The Novocins& WorthPoint Corp.

**CERTIFICATE OF SERVICE***

Docket Number: 25-817

I, Annamarie Trombetta, hereby certify under penalty of perjury that
(print name)

on November 24, 2024, I served a copy of Appellant's Letter to The Court of Appeals regarding Appellees
(date)

November 2022 intentional production of fraudulent evidence resulting in a Vexatious Litigation and cause for an Appeal.

(list all documents)

by (select all applicable)**

___ Personal Delivery ___ United States Mail ___ Federal Express or other Overnight Courier

___ Commercial Carrier X E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Adam R.Bialek, Wilson Elser,Moskowitz | 150 East 42nd St. | New York | NY | 10017 |
| Jana Farmer, Wilson Elser,Moskowitz | 1133 Westchester Ave. | White Plains | NY | 10604 |
| Anderson Duff | 150 West 62nd St. | New York | NY | 10023 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

November 24, 2026
Today's Date

Annamarie Trombetta
Signature